| 08/21/2025 | 132 | Notice of Interlocutory Appeal re 131 Order by Kevin Guthrie. Filing fee $ 605.00 receipt number AFLSDC-18724978. |