No. 25-12873

In the United States Court of Appeals
for the Eleventh Circuit

FRIENDS OF THE EVERGLADES, INC., ET AL.,
*Plaintiffs-Appellees,*

v.

EXECUTIVE DIRECTOR,
FLORIDA DIVISION OF EMERGENCY MANAGEMENT,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Florida
No. 25-cv-22896-KMW

# TIME-SENSITIVE MOTION FOR ENLARGEMENT OF WORD LIMIT

James Uthmeier
  *Attorney General of Florida*
Jeffrey Paul DeSousa
  *Acting Solicitor General*
Nathan A. Forrester
  *Chief Deputy Solicitor General*
Kevin Golembiewski
  *Senior Deputy Solicitor General*
Robert S. Schenck
  *Assistant Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com

August 26, 2025

Jesse Panuccio
Evan Ezray
David Costello
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

*FOE v. FDEM*
*Eleventh Circuit Case No. 25-12873*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management (FDEM), certifies that, to the best of his knowledge, the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Ajizian, Christopher
2. Bennett, Elise Pautler
3. Boies Schiller Flexner LLP
4. Bonzon-Keenan, Geraldine
5. Burkhardt, Dominique
6. Carpenter, Hayley A.
7. Center for Biological Diversity
8. Chris Ajizian P.A.
9. Coe, Alisa
10. Coffey Burlington P.L.
11. Costello, David M.
12. DeSousa, Jeffrey Paul

13. Earthjustice

14. Ezray, Evan M.

15. Ficarelli, Dante

16. Forrester, Nathan A.

17. Friedman, Todd R.

18. Friends of the Everglades, Inc.

19. Galloni, Tania

20. Golembiewski, Kevin A.

21. Gustafson, Adam R.F.

22. Guthrie, Kevin

23. Hiaasen, Scott

24. Lyons, Todd

25. Martinez, Hon. Jose E.

26. Miami-Dade County

27. Murray, David M.

28. Noem, Kristi

29. O'Byrne, Hayden P.

30. Panuccio, Jesse

31. Perez, Monica Rizo

32. Piropato, Marissa

33. Raurell, Carlos J.

34. Quiñones, Jason A. Reding

35. Sanchez, Hon. Eduardo I.

36. Schenck, Robert S.

37. Schwiep, Paul J.

38. Singer, Frank

39. The Miccosukee Tribe of Indians

40. Todd R. Friedman P.A.

41. Torres, Hon. Edwin G.

42. Torstensen, Peter M.

43. Totoiu, Jason Alexander

44. Uthmeier, James

45. Wahl, Christopher J.

46. Williams, Hon. Kathleen M.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

## MOTION FOR ENLARGEMENT OF WORD LIMIT

Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management (FDEM), moves to enlarge the word limit for FDEM's contemporaneously filed Time-Sensitive Motion to Stay Preliminary Injunction Pending Appeal and for Administrative Stay. *See* Fed. R. App. P. 27(d)(2). In support, FDEM states as follows:

1. "Florida is suffering an immigration crisis of unprecedented magnitude." Doc. 137-1 ¶ 3. Governor DeSantis thus declared a "state of emergency" and tasked FDEM—Florida's emergency-response agency, Fla. Stat. § 252.35—to coordinate State and local agencies to abate the crisis. FDEM Ex.60 at 11-20.[1] To achieve that end, FDEM converted a busy airport in Collier County, Florida, into a temporary detention and deportation facility. *Id.* ¶¶ 4, 6, 9, 11-12. The facility became operational in July and has housed several thousand detainees, alleviating dangerous overcrowding in other facilities.

---

[1] All cited documents are available in the appendix supporting FDEM's stay motion.

1

2. Two advocacy organizations sued the Florida and federal governments in the Southern District of Florida, contending that construction and operation of the facility without an environmental-impact statement violated the National Environmental Policy Act (NEPA). Plaintiffs sought a preliminary injunction, which Defendants opposed on multiple grounds, including that the Southern District is an improper venue to challenge a facility located in the Middle District of Florida.

3. After a four-day evidentiary hearing involving ten live witnesses, twenty-four unique declarants, 146 exhibits, and 910 pages of transcript, the district court enjoined the facility's operation, barred it from accepting new detainees, and ordered that it be largely dismantled within sixty days. Doc. 131. The court's order spans eighty-two pages and addresses a host of critical issues, including venue, jurisdiction, the scope of the APA and NEPA, and the balance of equities.

4. As explained in FDEM's contemporaneously filed stay motion, the district court's preliminary injunction is rife with error and will impose immediate and irreparable harm on the State and its citizens. FDEM has thus moved this Court for a time-sensitive stay pending

appeal. That stay motion contains 8,653 words, which is beyond the standard 5,200-word limit for such motions. Because the lengthy district court order (relying on a voluminous record) raises a host of issues critically important to the State and federal governments, FDEM respectfully requests that this Court enlarge the word limit for FDEM's stay motion to 8,700 words.

## CONCLUSION

For the foregoing reasons, FDEM respectfully requests that this Court enlarge the word limit for FDEM's stay motion to 8,700 words.

| | |
|---|---|
| Dated: August 26, 2025 | Respectfully submitted, |
| James Uthmeier<br>  *Attorney General of Florida*<br>Jeffrey Paul DeSousa (FBN 110951)<br>  *Acting Solicitor General*<br>Nathan A. Forrester (FBN 1045107)<br>  *Chief Deputy Solicitor General*<br>Kevin A. Golembiewski (FBN 1002339)<br>Robert S. Schenck (FBN 1044532)<br>  *Assistant Solicitor General*<br>**Office of the Attorney General**<br>The Capitol, PL-01<br>Tallahassee, FL 32399<br>jeffrey.desousa@myfloridalegal.com | s/ *Jesse Panuccio*<br>Jesse Panuccio (FBN 31401)<br>Evan Ezray (FBN 1008228)<br>David Costello (FBN 1004952)<br>**BOIES SCHILLER FLEXNER LLP**<br>401 East Las Olas Blvd.<br>Suite 1200<br>Fort Lauderdale, FL 33301<br>jpanuccio@bsfllp.com<br><br>*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management* |

4

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 420 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

s/ *Jesse Panuccio*
Jesse Panuccio

## CERTIFICATE OF SERVICE

I certify that on August 26, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

s/ *Jesse Panuccio*
Jesse Panuccio