# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 27, 2025

Christopher Ara Ajizian
Christopher Ajizian, PA
1101 BRICKELL AVE RM 700
MIAMI, FL 33131

Florida Attorney General Service
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Elise Pautler Bennett
Center for Biological Diversity
PO BOX 2155
ST PETERSBURG, FL 33731

Allen M. Brabender
DOJ-Enrd
Environment & Natural Resources Division, Appellate Section
PO BOX 7415
WASHINGTON, DC 20044-7415

Dominique Burkhardt
Earthjustice
4500 BISCAYNE BLVD STE 201
MIAMI, FL 33137

Alisa A. Coe
Earthjustice
111 S MARTIN LUTHER KING JR BLVD
TALLAHASSEE, FL 32301

David M. Costello
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Jeffrey B. Crockett
Coffey Burlington, PL
2601 S BAYSHORE DR PH 1
MIAMI, FL 33133

Jeffrey Paul DeSousa
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

Evan Matthew Ezray
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Dante C. Ficarelli
Bryan Simpson United States Courthouse
300 N HOGAN ST
JACKSONVILLE, FL 32202-4204

Nathan Andrew Forrester
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Todd Friedman
Todd R. Friedman, PA
1101 BRICKELL AVE STE S-700
MIAMI, FL 33131

Tania Galloni
Earthjustice
4500 BISCAYNE BLVD STE 201
MIAMI, FL 33137

Scott A. Hiaasen
Coffey Burlington, PL
2601 S BAYSHORE DR PH 1
MIAMI, FL 33133

David M. Murray
Miami-Dade County Attorney's Office
Aviation Division
PO BOX 025504

MIAMI, FL 33102-5504

Jesse Panuccio
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Carlos Javier Raurell
DOJ-USAO
Southern District of Florida
99 NE 4TH ST
MIAMI, FL 33132

Robert Scott Schenck
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

Paul Joseph Schwiep
Coffey Burlington, PL
2601 S BAYSHORE DR PH 1
MIAMI, FL 33133

Rebecca Sharpless
University of Miami School of Law
Immigration Clinc
1311 MILLER DR STE B400
CORAL GABLES, FL 33146

U.S. Attorney Service - Southern District of Florida
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Appeal Number: 25-12873-J
Case Style: Friends of the Everglades, Inc., et al v. Executive Director, Florida Division of Emergency
District Court Docket No: 1:25-cv-22896-KMW

The Defendant-Appellant and the Federal Appellants have both filed motions to stay. Responses are due from the parties by 5 p.m. on Tuesday, *September 2, 2025,* and Replies are due by Friday, *September 5, 2025*, at noon.

Clerk's Office Phone Numbers
General Information:   404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135      Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125      Cases Set for Oral Argument: 404-335-6141