# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 25-12873

FRIENDS OF THE EVERGLADES, INC., et al.,
*Plaintiffs-Appellees*,

v.

EXECUTIVE DIRECTOR,
FLORIDA DIVISION OF EMERGENCY MANAGEMENT,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of Florida
Case No. 1:25-cv-22896-KMW
(Hon. Kathleen M. Williams, Dist. Judge)

## APPELLEES' TIME-SENSITIVE MOTION FOR ENLARGEMENT OF WORD LIMIT

Tania Galloni, FBN 619221
Dominique Burkhardt, FBN 100309
**EARTHJUSTICE**
4500 Biscayne Boulevard, Suite 201
Miami, Florida  33137
Telephone:  (305) 440-5434
tgalloni@earthjustice.org
dburkhardt@earthjustice.org

*Counsel for Friends of the Everglades*

Paul J. Schwiep, FBN 823244
Scott A. Hiaasen, FBN 103318
Jeffrey B. Crockett, FBN 347401
**COFFEY BURLINGTON, P.L.**
2601 S. Bayshore Drive, PH-1
Miami, Florida  33133
Telephone:  (305) 858-2900
pschwiep@coffeyburlington.com
shiaasen@coffeyburlington.com
jcrockett@coffeyburlington.com
yvb@coffeyburlington.com
service@coffeyburlington.com

Case No. 25-12873

*Counsel for Appellees*

Elise Pautler Bennett, FBN 106573
Jason Alexander Totoiu, FBN 871931
**CENTER FOR BIOLOGICAL
 DIVERSITY**
Post Office Box 2155
St. Petersburg, Florida  33731
Telephone:  (727) 623-9797
ebennett@biologicaldiversity.org
jtotoiu@biologicaldiversity.org

*Counsel for Center for Biological
Diversity*

Case No. 25-12873

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1, Appellees, FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization, hereby state the following individuals and entities have an interest in the outcome of this appeal:

1. Ajizian, Christopher
2. Bennett, Elise Pautler
3. Boies Schiller Flexner LLP
4. Bonzon-Keenan, Geraldine
5. Burkhardt, Dominique
6. Carpenter, Hayley A.
7. Center for Biological Diversity
8. Chris Ajizian P.A.
9. Coe, Alisa
10. Coffey Burlington P.L.
11. Costello, David M.
12. Crockett, Jeffrey B.
13. DeSousa, Jeffrey Paul

C-1 of 3

14. Earthjustice

15. Ezray, Evan M.

16. Ficarelli, Dante

17. Forrester, Nathan A.

18. Friedman, Todd R.

19. Friends of the Everglades, Inc.

20. Galloni, Tania

21. Golembiewski, Kevin A.

22. Gustafson, Adam R.F.

23. Guthrie, Kevin

24. Hiaasen, Scott

25. Lyons, Todd

26. Martinez, Hon. Jose E.

27. Miami-Dade County

28. Murray, David M.

29. Noem, Kristi

30. O'Byrne, Hayden P.

31. Perez, Monica Rizo

32. Piropato, Marissa

33. Raurell, Carlos J.

34. Quiñones, Jason A. Reding

35. Sanchez, Hon. Eduardo I.

36. Schenck, Robert S.

37. Schwiep, Paul J.

38. Singer, Frank

39. The Miccosukee Tribe of Indians

40. Todd R. Friedman P.A.

41. Torres, Hon. Edwin G.

42. Torstensen, Peter M.

43. Totoiu, Jason Alexander

44. Uthmeier, James

45. Wahl, Christopher J.

46. Williams, Hon. Kathleen M.

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, there are no parent corporation or publicly held corporation that owns more than 10% of either Appellees' stock.

<div align="right">Case No. 25-12873</div>

# APPELLEES' MOTION FOR ENLARGEMENT OF WORD LIMIT

Plaintiffs/Appellees Friends of the Everglades, Inc. and Counsel for Center for Biological Diversity ("Appellees") move to enlarge the word limit for their response to Defendant/Appellant Executive Director, Florida Division of Emergency Management's ("Florida") and Defendants/Appellants U.S. Secretary of Homeland Security and U.S. Immigration and Customs Enforcement (the "Federal Defendants") Time-Sensitive Motions to Stay Preliminary Injunction Pending Appeal and for Administrative Stay. D.E. 9 & 20. Appellees plan to submit a consolidated response and request leave to file a 12,000 word response. In support, Appellees state:

1.     After a four-day evidentiary hearing conducted over eight days during which Appellees and Plaintiff/Intervenor Miccosukee Tribe of Indians presented nine witnesses, and Defendants/Appellants, combined, presented just one, electing instead to rely on hearsay declarations, the district court issued an 82-page order making detailed factual findings based on the evidence, and ruling that Appellees were substantially likely to prevail on their claims, and preliminarily ordering a return to the status quo *ante* over a measured sixty-day period. Defendants/Appellants have appealed.

2.     On August 26, Florida filed a motion to stay of 8,653 words, exceeding the word limit for motion by 3,453 words. Federal Defendants filed a

<div align="center">1</div>

motion to stay of 5,096 words, for a total of 13,749 words.

3. In order to respond to Defendants' motions, Appellees fairly need additional space. Appellees plan to submit a consolidated response which will provide for more streamlined consideration of the issues. They respectfully request leave to file a single, consolidated response, not to exceed 12,000 words.

## CONCLUSION

For the foregoing reasons, Appellees' respectfully requests that this Court grant them leave to file a consolidated response to Defendants/Appellants motions to stay, not to exceed 12,000 words.

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE<br>4500 Biscayne Boulevard, Suite 201<br>Miami, Florida 33137<br>Telephone: (305) 440-5432<br><br>By: s/ Tania Galloni<br>   Tania Galloni, Fla. Bar No. 619221<br>   tgalloni@earthjustice.org<br>   Dominique Burkhardt, Fla. Bar No. 100309<br>   dburkhardt@earthjustice.org<br>   Alisa Coe, Fla. Bar No. 10187<br>   acoe@earthjustice.org<br><br>*Counsel for Appellee Friends of the Everglades* | COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive<br>Penthouse One<br>Miami, Florida 33133<br>Telephone: (305) 858-2900<br><br>By: s/ Paul J. Schwiep<br>   Paul J. Schwiep, Fla. Bar No. 823244<br>   PSchwiep@CoffeyBurlington.com<br>   Scott Hiaasen, Fla. Bar No. 103318<br>   SHiaasen@CoffeyBurlington.com<br>   Jeffrey B. Crockett, Fla. Bar No. 347401<br>   YVB@CoffeyBurlington.com<br>   LPerez@CoffeyBurlington.com<br>   service@CoffeyBurlington.com<br><br>*Counsel for Plaintiffs-Appellees* |

<div align="right">Case No. 25-12873</div>

CENTER FOR BIOLOGICAL DIVERSITY
Elise Pautler Bennett, Fla. Bar No. 106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No. 871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Appellee Center for Biological Diversity*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 277 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

<div align="right">
*/s/ Paul J. Schwiep*  
Paul J. Schwiep
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

></div>
*/s/ Paul J. Schwiep*
Paul J. Schwiep