# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12873

_____

FRIENDS OF THE EVERGLADES, INC.,
a Florida 501(c)(3) not-for-profit corporation,
CENTER FOR BIOLOGICAL DIVERSITY,
a 501(c)(3) nonprofit organization,

*Plaintiffs-Appellees,*

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,

*Plaintiff-Intervenor-Appellee,*

versus

SECRETARY OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY,
ACTING DIRECTOR, OF THE UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT,
EXECUTIVE DIRECTOR, OF THE FLORIDA DIVISION
OF EMERGENCY MANAGEMENT,

*Defendants-Appellants,*

MIAMI-DADE COUNTY,
a political subdivision of the State of Florida,

2                              Order of the Court                              25-12873

*Defendant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-22896-KMW

_____

ORDER:

The "Motion of Indiana and 21 Other States for Leave to File Amicus Curiae Brief in Support of Appellant's Motion for Stay Pending Appeal" is GRANTED.

"Appellees' Time-Sensitive Motion for Enlargement of Word Limit" is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION