# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 10, 2025

Christopher Ara Ajizian
Christopher Ajizian, PA
1101 BRICKELL AVE RM 700
MIAMI, FL 33131

Florida Attorney General Service
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

James A. Barta
Office of the Attorney General
302 W WASHINGTON ST IGCS 5TH FL
INDIANAPOLIS, IN 46204

Elise Pautler Bennett
Center for Biological Diversity
PO BOX 2155
ST PETERSBURG, FL 33731

Allen M. Brabender
DOJ-Enrd
Environment & Natural Resources Division, Appellate Section
PO BOX 7415
WASHINGTON, DC 20044-7415

Dominique Burkhardt
Earthjustice
4500 BISCAYNE BLVD STE 201
MIAMI, FL 33137

Alisa A. Coe
Earthjustice
111 S MARTIN LUTHER KING JR BLVD
TALLAHASSEE, FL 32301

David M. Costello
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Jeffrey B. Crockett
Coffey Burlington, PL
2601 S BAYSHORE DR PH 1
MIAMI, FL 33133

Jeffrey Paul DeSousa
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

Evan Matthew Ezray
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Dante C. Ficarelli
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Nathan Andrew Forrester
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Todd Friedman
Todd R. Friedman, PA
1101 BRICKELL AVE STE S-700
MIAMI, FL 33131

Tania Galloni
Earthjustice
4500 BISCAYNE BLVD STE 201
MIAMI, FL 33137

Adam R.F. Gustafson
U.S. Department of Justice
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

Scott A. Hiaasen
Coffey Burlington, PL
2601 S BAYSHORE DR PH 1
MIAMI, FL 33133

Elliot Burt Kula
Kula & Associates, PA
12000 BISCAYNE BLVD STE 221
MIAMI, FL 33181

Jason Muehlhoff
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

David M. Murray
Miami-Dade County Attorney's Office
Aviation Division
PO BOX 025504
MIAMI, FL 33102-5504

Jesse Panuccio
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Carlos Javier Raurell
DOJ-USAO
Southern District of Florida
99 NE 4TH ST
MIAMI, FL 33132

Robert Scott Schenck
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

Paul Joseph Schwiep
Coffey Burlington, PL
2601 S BAYSHORE DR PH 1
MIAMI, FL 33133

Rebecca Sharpless
University of Miami School of Law

Immigration Clinc
1311 MILLER DR STE B400
CORAL GABLES, FL 33146

U.S. Attorney Service - Southern District of Florida
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Elaine Dawn Walter
Kula & Associates, PA
12000 BISCAYNE BLVD STE 221
MIAMI, FL 33181

Appeal Number: 25-12873-J
Case Style: Friends of the Everglades, Inc., et al v. Executive Director, Florida Division of Emergency
District Court Docket No: 1:25-cv-22896-KMW

A motion for reconsideration was filed by *Center for Biological Diversity and Friends of the Everglades. Inc.* on September 8, 2025. Responses ae due no later than September 18, 2025.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |