In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12873

_____

FRIENDS OF THE EVERGLADES, INC.,
  a Florida 501(c)(3) not-for-profit corporation,
CENTER FOR BIOLOGICAL DIVERSITY,
  a 501(c)(3) nonprofit organization,

                                                     *Plaintiffs-Appellees,*

MICCOSUKEE TRIBE OF INDIANS OF
FLORIDA,

                                                 *Plaintiff-Intervenor-Appellee,*

versus

SECRETARY OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY,
ACTING DIRECTOR, OF THE UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT,
EXECUTIVE DIRECTOR, OF THE FLORIDA DIVISION
OF EMERGENCY MANAGEMENT,

                                                 *Defendants-Appellants,*

MIAMI-DADE COUNTY,
  a political subdivision of the State of Florida,

2                              Order of the Court                              25-12873

*Defendant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-22896-KMW

_____

ORDER:

The "Conservation Organizations' Motion for Leave to File Brief of Amici Curiae in Support of Plaintiffs-Appellees' Response to Defendants-Appellants' Motion for Stay Pending Appeal and Amici-22 States' Brief in Support" is DENIED AS MOOT.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE