Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 25-12873

**Caption:**

Friends of the Everglades, Inc., et al.,

v.

Secretary, U.S. Department of Homeland Security, et al.

District and Division: Southern District - Miami Division
Name of Judge: Hon. Kathleen M. William
Nature of Suit: APA
Date Complaint Filed: June 27, 2025
District Court Docket Number: 1:25-cv-22896-KMW
Date Notice of Appeal Filed: Aug. 23, 2025
☐ Cross Appeal    ☐ Class Action

Has this matter previously been before this court?
☐ Yes    ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Please see attached | | |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Please see attached | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☑ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☑ Preliminary  ☑ Granted<br>☐ Permanent    ☐ Denied |

Page 2

11th Circuit Docket Number: 25-12887

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name/Statute  National Environmental Policy Act, 42 U.S.C. § 4321 et seq.; Administrative Procedure Act, 5 U.S.C. § 701 et seq.; 8 U.S.C. § § 1226(e), 1252(f)
    (b) Citation  Seven Cnty. Infrastructure Coal. v. Eagle Cnty., Colorado, 145 S. Ct. 1497 (2025)
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name  Friends of the Everglades. Inc., et al v. Noem
    (b) Citation  25-12887
    (c) Docket Number if unreported _____
    (d) Court or Agency  U.S. Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

The issues presented include: (1) whether the district court erred in finding that venue was proper in the Southern District; and (2) whether the district court erred in granting a preliminary injunction.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  15th  DAY OF  September , 2025 .

Allen M. Brabender        /s/ Allen M. Brabender
NAME OF COUNSEL (Print)        SIGNATURE OF COUNSEL

**Counsel for Plaintiffs-Appellees**

Tania Galloni
Dominque Burkhardt
Alisa Coe
Earthjustice
4500 Biscayne Blvd., Suite 201 Miami, FL 33133
(305) 440-5432
tgalloni@earthjustice.org
dburkhardt@earthjustice.org
acoe@earthjustice.org

*Counsel for Friends of the Everglades*

Elise Pautler Bennet
Jason Alexander Totoiu
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
(727) 755-6950
ebennet@biologicaldiversity.org
jtotoiu@biolgoicaldiversity.org

*Counsel for the Center for Biological Diversity*

Paul J. Schwiep
Scott Hiaasen
Jeffrey B. Crockett
Coffey Burlington, P.L.
2601 S. Bayshore Dr., PH
Miami, FL 33137
(305) 858-2900
PSchwiep@CoffeyBurlington.com
SHiaasen@CoffeyBurlington.com

*Counsel for Friends of the Everglades & Center for Biological Diversity*

Christopher Ajizian
Christopher Ajizian, P.A.
1101 Brickell Ave., Suite S-700
Counsel for Center of Biological Diversity Miami, FL 3313
(305) 699-5001

Todd R. Friedman
Todd R. Friedman, P.A.
1101 Brickell Ave., Suite S-700
Miami, FL 33131
(786) 536-7190

Elliot Burt Kula
Eliane Dawn Walker
Kula & Associates, P.A.
12000 Biscayne Blvd., Ste. 221
Miami, FL 33181
(305) 354-3858

*Counsel for the Miccosukee Tribe of Indians*

**Counsel for Defendants-Appellants**

James Uthmeier
Jeffery Paul DeSousa
 Nathan A. Forrester
Kevin A. Golembiewski
 Robert S. Schenck
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3688
jeffrey.desousa@myfloridalegal.com

Jesse Panuccio
Evan Ezray
David Costello
Boies Schiller Flexner LLP
401 E. Las Olas, Blvd., Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

Adam R.F. Gustafson
Allen M. Brabender
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044
(202) 532-3281
allen.brabender@usdoj.gov

*Counsel for the Federal Defendants*