25-12873-J



U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 02 2025
ATLANTA, GA

Marissa A. Piropato
DOJ-Enrd
150 M ST NE
WASHINGTON, DC 20002

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N W
Atlanta, Georgia 30303

David J Smith
Clerk of Court

For rules and forms visit
www ca11 uscourts gov

September 16, 2025

Florida Attorney General Service
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Allen M. Brabender
DOJ-Enrd
Environment & Natural Resources Division, Appellate Section
PO BOX 7415
WASHINGTON, DC 20044-7415

David M. Costello
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Jeffrey Paul DeSousa
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

Evan Matthew Ezray
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Dante C. Ficarelli
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Nathan Andrew Forrester
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST

TALLAHASSEE, FL 32399-1050

Adam R.F. Gustafson
U.S. Department of Justice
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

Jason Muehlhoff
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Jesse Panuccio
Boies Schiller Flexner LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301

Carlos Javier Raurell
DOJ-USAO
Southern District of Florida
99 NE 4TH ST
MIAMI, FL 33132

Robert Scott Schenck
Office of the Attorney General
107 W GAINES ST
TALLAHASSEE, FL 32399-6549

U.S. Attorney Service - Southern District of Florida
U.S. Attorney Service - SFL
99 NE 4TH ST FL 5
MIAMI, FL 33132-2111

Appeal Number: 25-12873-J
Case Style: Friends of the Everglades, Inc., et al v. Executive Director, Florida Division of Emergency
District Court Docket No: 1:25-cv-22896-KMW

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files in the **District Court** a completed Transcript Order Form OR a certificate stating no transcript will be ordered. See FRAP 10(b)(1) & the accompanying 11th Cir. IOP.

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-1 Deficiency

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, NW
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

ATLANTA GA RPDC 302
17 SEP 2025 PM 7

US POSTAGE PITNEY BOWES
ZIP 30303 $ 000.74
02 4W
0000368939 SEP. 17. 2025

CLEARED SECURITY

OCT 0 2 2025

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

NIXIE     171     FE 1     0009/27/25
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 30303229599     *1817-05338-17-45