No. 25-12873

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

FRIENDS OF THE EVERGLADES and CENTER FOR BIOLOGICAL DIVERSITY,
*Plaintiffs/Appellants*,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security, et al.,
*Defendants/Appellees*.

Appeal from the United States District Court for the Southern District of Florida
No. 1:25-cv-22896 (Hon. Katherine M. Williams)

**MOTION TO STAY APPEAL IN LIGHT OF LAPSE OF APPROPRIATIONS**

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

ROBERT STANDER
*Deputy Assistant Attorney General*

MARISSA A. PIROPATO
HAYLEY A. CARPENTER
ALLEN M. BRABENDER
*Attorneys*
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044
(202) 532-3281
allen.brabender@usdoj.gov

# CERTIFICATE OF INTERESTED PERSONS

Undersigned counsel hereby certifies that the following is a complete list of all the known trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the case:

1. Ajizian, Christopher
2. Bailey, Andrew
3. Barta, James A.
4. Bennett, Elise Pautler
5. Bird, Brenna
6. Boies Schiller Flexner LLP
7. Bonzon-Keenan, Geraldine
8. Brabender, Allen M.
9. Burkhardt, Dominique
10. Carpenter, Hayley A.
11. Carr, Christopher M.
12. Center for Biological Diversity
13. Coe, Alisa
14. Coffey Burlington, P.L.
15. Coleman, Russel
16. Commonwealth of Kentucky
17. Costello, David

18. Crockett, Jeffrey B.

19. Curran, Rachel

20. DeNardi, Betsy

21. DeSousa, Jeffrey Paul

22. Drummond, Gentner F.

23. Earthjustice

24. Ezray, Evan

25. Ficarelli, Dante

26. Florida Department of Emergency Management

27. Florida Wildlife Federation

28. Forrester, Nathan A.

29. Friedman, Todd

30. Friends of the Everglades, Inc.

31. Galloni, Tania

32. Golembiewski, Kevin A.

33. Griffin, Tim

34. Gustafson, Adam R.F.

35. Guthrie, Kevin

36. Hiaasen, Scott

37. Hilgers, Michael T.

38. Issac Walton League of America Florida Chapter

39. Jackley, Marty

40. Kautz, Keith G.

41. Knudsen, Austin

42. Kula, Elliot Burt

43. Labrador, Raul

44. Lyons, Todd

45. Marshall, Steve

46. Martinez, Hon. Jose E.

47. McCuskey, John B.

48. Miami-Dade County

49. Miccosukee Tribe of Indians

50. Muehlhoff, Jason

51. Murray, David M.

52. Murrill, Liz

53. Noem, Kristi

54. O'Byrne, Hayden P.

55. Panuccio, Jesse

56. Paxton, Ken

57. People's Economic and Environmental Resiliency Group, Inc.

58. Perez, Monica Rizo

59. Piropato, Marissa

60. Raurell, Carlos J.

61. Rizo, Monica

62. Rokita, Theodore E.

63. Quiñones, Jason A. Reding

64. Sanchez, Hon. Eduardo I.

65. Schenck, Robert S.

66. Schwiep, Paul J.

67. Sharpless, Rebecca A.

68. Sierra Club

69. Singer, Frank

70. Skrmetti, Jonathan

71. Stander, Robert

72. State of Alabama

73. State of Alaska

74. State of Arkansas

75. State of Georgia

76. State of Idaho

77. State of Indiana

78. State of Iowa

79. State of Kansas

80. State of Louisiana

81. State of Missouri

82. State of Montana

83. State of Nebraska

84. State of North Dakota

85. State of Ohio

86. State of Oklahoma

87. State of South Carolina

88. State of South Dakota

89. State of Tennessee

90. State of Texas

91. State of West Virginia

92. State of Wyoming

93. Stetson University College of Law's Jacobs Public Interest Clinic

94. Taylor, Treg

95. Todd R. Friedman P.A.

96. Torres, Hon. Edwin G.

97. Torstensen, Peter M.

98. Totoiu, Jason Alexander

99. Tropical Audubon Society

100. United States Department of Homeland Security

101. United States Immigration and Custom Enforcement

Friends of the Everglades v. Noem, No. 25-12873

102. University of Miami School of Law's Environmental Justice Clinic

103. Uthmeier, James

104. VoteWater, Inc.

105. Wahl, Christopher J.

106. Walter, Elaine Dawn

107. Wilson, Alan

108. Williams, Hon. Kathleen M.

109. Wrigley, Drew H.

110. Yost, David A.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ Allen M. Brabender
ALLEN M. BRABENDER

102. University of Miami School of Law's Environmental Justice Clinic

103. Uthmeier, James

104. VoteWater, Inc.

105. Wahl, Christopher J.

106. Walter, Elaine Dawn

107. Wilson, Alan

108. Williams, Hon. Kathleen M.

109. Wrigley, Drew H.

110. Yost, David A.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ Allen M. Brabender
ALLEN M. BRABENDER

The Federal Defendants-Appellants hereby move for a stay of the appeal.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Department of Homeland Security. The Department of Justice does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of appeal until Congress has restored appropriations to the Department. Absent a stay, the Federal Defendant-Appellants' opening brief is due October 24, 2025 (as is Appellant-Defendant Florida Department of Emergency Management's (FDEM) opening brief), Plaintiffs-Appellees' response brief is due November 7, 2025, the reply briefs are due November 21, 2025, and the Court has set argument for January 2026.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

5. The undersigned has contacted counsel for FDEM, Plaintiffs-Appellees, Intervenor-Appellee about this motion. FDEM takes no position on this motion. Plaintiffs-Appellees and Intervenor-Appellee oppose this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Federal Defendants-Appellants hereby move for a stay of the appeal in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

/s/ *Allen M. Brabender*
ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

ROBERT STANDER
*Deputy Assistant Attorney General*

MARISSA A. PIROPATO
HAYLEY A. CARPENTER
ALLEN M. BRABENDER
*Attorneys*
U.S. Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3281
allen.brabender@usdoj.gov

October 10, 2025
DJ # 90-1-4-17960

# CERTIFICATE OF COMPLIANCE

I hereby certify:

1. This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(i) because, excluding the parts of the document exempted by Rule 32(f), this document contains 279 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Garmond font.

/s/ *Allen M. Brabender*
ALLEN M. BRABENDER

*Counsel for the Federal Defendants-Appellants*