Case No. 25-12873

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FRIENDS OF THE EVERGLADES, INC., et al.,
*Plaintiffs-Appellees*,

v.

EXECUTIVE DIRECTOR,
FLORIDA DIVISION OF EMERGENCY MANAGEMENT,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of Florida
Case No. 1:25-cv-22896-KMW
(Hon. Kathleen M. Williams, Dist. Judge)

## APPELLEES FRIENDS OF THE EVERGLADES AND CENTER FOR BIOLOGICAL DIVERSITY'S RESPONSE TO FEDERAL APPELLANTS' NOTICE TO THE COURT

Tania Galloni, FBN 619221
Dominique Burkhardt, FBN 100309
**EARTHJUSTICE**
4500 Biscayne Boulevard, Suite 201
Miami, Florida  33137
Telephone:  (305) 440-5434
tgalloni@earthjustice.org
dburkhardt@earthjustice.org

*Counsel for Friends of the Everglades*

Paul J. Schwiep, FBN 823244
Scott A. Hiaasen, FBN 103318
Jeffrey B. Crockett, FBN 347401
**COFFEY BURLINGTON, P.L.**
2601 S. Bayshore Drive, PH-1
Miami, Florida  33133
Telephone:  (305) 858-2900
pschwiep@coffeyburlington.com
shiaasen@coffeyburlington.com
jcrockett@coffeyburlington.com
yvb@coffeyburlington.com
service@coffeyburlington.com

*Counsel for Appellees*

Case No. 25-12873

Elise Pautler Bennett, FBN 106573
**CENTER FOR BIOLOGICAL
DIVERSITY**
Post Office Box 2155
St. Petersburg, Florida  33731
Telephone:  (727) 623-9797
ebennett@biologicaldiversity.org

*Counsel for Center for Biological
Diversity*

Case No. 25-12873

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellees, FRIENDS OF THE EVERGLADES, INC., a Florida not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization, hereby state the following individuals and entities have an interest in the outcome of this appeal:

1. Ajizian, Christopher, Esq.

2. Bailey, Andrew, Esq.

3. Bennett, Elise Pautler, Esq.

4. Bird, Brenna, Esq.

5. Boies Schiller Flexner LLP

6. Bonzon-Keenan, Geraldine

7. Brabender, Allen M., Esq.

8. Burkhardt, Dominique, Esq.

9. Carpenter, Hayley A., Esq.

10. Carr, Christopher M., Esq.

11. Center for Biological Diversity

12. Chris Ajizian P.A.

13. Coe, Alisa, Esq.

14. Coffey Burlington P.L.

Case No. 25-12873

15. Coleman, Russel, Esq.

16. Commonwealth of Kentucky

17. Costello, David M., Esq.

18. Crockett, Jeffrey B., Esq.

19. Curran, Rachael

20. DeNardi, Betsy, Esq.

21. DeSousa, Jeffrey Paul, Esq.

22. Drummond, Gentner F., Esq.

23. Earthjustice

24. Ezray, Evan M., Esq.

25. Ficarelli, Dante, Esq.

26. Florida Immigration Coalition

27. Florida Division of Emergency Management

28. Florida Wildlife Federation

29. Forrester, Nathan A., Esq.

30. Friedman, Todd R., Esq.

31. Friends of the Everglades, Inc.

32. Galloni, Tania, Esq.

33. Golembiewski, Kevin A., Esq.

34. Griffin, Tim, Esq.

Case No. 25-12873

35. Gustafson, Adam R.F., Esq.

36. Guthrie, Kevin

37. Hiaasen, Scott, Esq.

38. Hilgers, Michael T., Esq.

39. Izaak Walton League of America's Florida Chapter

40. Jackley, Marty, Esq.

41. Kautz, Keith G., Esq.

42. Knudsen, Austin, Esq.

43. Kobach, Kris, Esq.

44. Kula & Associates, P.A.

45. Kula, Elliot B., Esq.

46. Labrador, Raúl, Esq.

47. Lopez, Jaclyn, Esq.

48. Lyons, Todd

49. Marshall, Steve, Esq.

50. Martinez, Hon. Jose E.

51. McCuskey, John B., Esq.

52. Miami-Dade County

53. Miccosukee Tribe of Indians

54. Murray, David M., Esq.

Case No. 25-12873

55. Murrill, Liz, Esq.

56. Noem, Kristi

57. O'Byrne, Hayden P., Esq.

58. Panuccio, Jesse Michael, Esq.

59. Paxton, Ken, Esq.

60. People's Economic and Environmental Resiliency Group, Inc.

61. Perez, Monica Rizo, Esq.

62. Piropato, Marissa, Esq.

63. Quiñones, Jason A. Reding, Esq.

64. Raurell, Carlos J., Esq.

65. Rokita, Theodore E., Esq.

66. Sanchez, Hon. Eduardo I.

67. Schenck, Robert S., Esq.

68. Schwiep, Paul J., Esq.

69. Sharpless, Rebecca, Esq.

70. Sierra Club

71. Singer, Frank

72. Skrmetti, Jonathan, Esq.

73. Stander, Robert, Esq.

74. State of Alabama

Case No. 25-12873

75. State of Alaska

76. State of Arkansas

77. State of Florida

78. State of Georgia

79. State of Idaho

80. State of Iowa

81. State of Kansas

82. State of Louisiana

83. State of Missouri

84. State of Montana

85. State of Nebraska

86. State of North Dakota

87. State of Ohio

88. State of Oklahoma

89. State of South Carolina

90. State of South Dakota

91. State of Tennessee

92. State of West Virginia

93. State of Wyoming

Case No. 25-12873

94. Stetson University, Inc. College of Law's Jacobs Public Interest Law Clinic for Democracy and the Environment

95. Taylor, Treg, Esq.

96. Todd R. Friedman P.A.

97. Torres, Hon. Edwin G.

98. Torstensen, Peter M., Esq.

99. Totoiu, Jason Alexander, Esq.

100. Tropical Audubon Society

101. United States Department of Homeland Security

102. United States Immigration and Customs Enforcement

103. University of Miami School of Law's Environmental Justice Clinic

104. University of Miami School of Law Immigration Clinic

105. Uthmeier, James, Esq.

106. VoteWater, Inc.

107. Wahl, Christopher J., Esq.

108. Walter, Elaine D., Esq.

109. Williams, Hon. Kathleen M.

110. Wilson, Alan, Esq.

111. Wrigley, Drew H., Esq.

112. Yost, David A., Esq.

Case No. 25-12873

Pursuant to Rule 26.1, Federal Rules of Appellate Procedure, there is no parent corporation or publicly held corporation that owns more than 10% of stock of either Appellees.

Case No. 25-12873

## APPELLEES FRIENDS OF THE EVERGLADES AND CENTER FOR BIOLOGICAL DIVERSITY'S RESPONSE TO FEDERAL APPELLANTS' NOTICE TO THE COURT

Appellees Friends of the Everglades and Center for Biological Diversity ("Friends") consent to the Federal Defendants' proposed schedule (Doc. 72) except that the replies should be filed within 14 days of the response briefs, and no later than January 5, 2026, because the Court has expedited the appeal. Doc. 59. Friends note that under the original schedule, briefing would have concluded this week, with oral argument set for January 12, 2026. Friends therefore respectfully request that the matter be reset for the earliest available oral argument date.

Given the on-going irreparable harms to Friends' interests as found by the district court, *see* Doc. 35 at 41–50, Doc. 45, Doc. 68 at 4, Friends respectfully request that the Court enter the briefing schedule at its earliest convenience and lift the stay on proceedings in the district court for the reasons argued in their fully brief motion, s*ee* Doc. 43.

Respectfully submitted this 17th day of November 2025.

1

Case No. 25-12873

| | |
|---|---|
| EARTHJUSTICE | COFFEY BURLINGTON, P.L. |
| 4500 Biscayne Boulevard, Suite 201 | 2601 South Bayshore Drive |
| Miami, Florida  33137 | Penthouse One |
| Telephone:  (305) 440-5432 | Miami, Florida  33133 |
| By: ___/s/___Tania Galloni_____ | Telephone:  (305) 858-2900 |

EARTHJUSTICE
4500 Biscayne Boulevard, Suite 201
Miami, Florida  33137
Telephone:  (305) 440-5432
By:   /s/   Tania Galloni
    Tania Galloni, Fla. Bar No. 619221
    tgalloni@earthjustice.org
    Dominique Burkhardt, Fla. Bar No.
    100309
    dburkhardt@earthjustice.org

*Counsel for Appellee Friends of the
Everglades*

COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive
Penthouse One
Miami, Florida  33133
Telephone:  (305) 858-2900
By:  /s/    Paul J. Schwiep
    Paul J. Schwiep, Fla. Bar No.
    823244
    PSchwiep@CoffeyBurlington.com
    Scott Hiaasen, Fla. Bar No. 103318
    SHiaasen@CoffeyBurlington.com
    Jeffrey B. Crockett, Fla. Bar No.
    347401
    YVB@CoffeyBurlington.com
    LPerez@CoffeyBurlington.com
    service@CoffeyBurlington.com

*Counsel for Plaintiffs-Appellees*

CENTER FOR BIOLOGICAL
DIVERSITY
Elise Pautler Bennett, Fla. Bar No.
106573
ebennett@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Appellee Center for
Biological Diversity*

2

Case No. 25-12873

## CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 149 words.

2.    This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Paul J. Schwiep*
Paul J. Schwiep

3

Case No. 25-12873

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing

document with the Clerk of the Court using the Court's CM/ECF system, which will

send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Paul J. Schwiep*
Paul J. Schwiep
