IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 25-12873
District Court Docket No. 25-22896-CV-WILLIAMS

---

FRIENDS OF THE EVERGLADES, INC., et al.,

*Plaintiffs-Appellees,*

v.

EXECUTIVE DIRECTOR, FLORIDA DIVISION OF EMERGENCY MANAGEMENT, et al.

*Defendants-Appellants*.

---

**APPELLEE THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA'S NOTICE AND RESPONSE TO THE VARIOUS SUBMISSIONS REGARDING RECOMMENCEMENT OF THE BRIEFING SCHEDULE**

---

On Appeal from the United States District Court
for the Southern District of Florida

---

| | |
|---|---|
| Elliot B. Kula | Christopher Ajizian |
| Elaine D. Walter | CHRISTOPHER AJIZIAN P.A. |
| KULA & ASSOCIATES, P.A. | 1101 Brickell Ave., Ste. 700 |
| 12000 Biscayne Blvd., Ste. 221 | Miami, Florida 33131 |
| Miami, Florida 33181 | Telephone: (305) 699-5001 |
| Telephone: (305) 354-3858 | chris@ajizianlaw.com |
| eservice@kulalegal.com | |
| elliot@kulalegal.com | Todd R. Friedman |
| elaine@kulalegal.com | TODD R. FRIEDMAN P.A. |
| | 1101 Brickell Ave., Ste. S-700 |
| | Miami, Florida 33131 |
| | Telephone: (786) 536-7190 |
| | todd@toddfriedmanpa.com |

*Co-Counsel for The Miccosukee Tribe of Indians of Florida*

*Friends Of The Everglades, Inc., et al. v. FDEMA, et al.*

<u>Case No. 25-12873</u>

**CERTIFICATE OF INTERESTED PERSONS
AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Plaintiff-Appellee, The Miccosukee Tribe Of Indians Of Florida, submits this list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this review:

1. Ajizian, Christopher
2. Ajizian, Christopher, Esq.
3. Bennett, Elise Pautler, Esq.
4. Boies Schiller Flexner LLP
5. Bonzon-Keenan, Geraldine
6. Brabender, Allen M., Esq.
7. Burkhardt, Dominique, Esq.
8. Carpenter, Hayley A., Esq.
9. Center for Biological Diversity
10. Chris Ajizian P.A.
11. Coe, Alisa, Esq.
12. Coffey Burlington P.L.
13. Costello, David M., Esq.
14. Crockett, Jeffrey B., Esq.

C-1 of 3

*G.D.M. v. City of Oviedo, Fla.*

## Case No. 24-13732-H

CERTIFICATE OF INTERESTED PERSONS
AND
<u>CORPORATE DISCLOSURE STATEMENT</u>
(Continued)

15. DeSousa, Jeffrey Paul, Esq.

16. Earthjustice

17. Ezray, Evan M., Esq.

18. Ficarelli, Dante, Esq.

19. Florida Division of Emergency Management

20. Forrester, Nathan A., Esq.

21. Friedman, Todd R., Esq.

22. Friends of the Everglades, Inc.

23. Galloni, Tania, Esq.

24. Golembiewski, Kevin A., Esq.

25. Gustafson, Adam R.F., Esq.

26. Guthrie, Kevin

27. Hiaasen, Scott, Esq.

28. Kula & Associates, P.A.

29. Kula, Elliot B, Esq.

30. Lyons, Todd

31. Martinez, Hon. Jose E.

*G.D.M. v. City of Oviedo, Fla.*

Case No. 24-13732-H

CERTIFICATE OF INTERESTED PERSONS
AND
CORPORATE DISCLOSURE STATEMENT
(Continued)

32. Miami-Dade County

33. Miccosukee Tribe of Indians

34. Murray, David M., Esq.

35. Noem, Kristi

36. O'Byrne, Hayden P., Esq.

37. Panuccio, Jesse Michael, Esq.

38. Perez, Monica Rizo

39. Piropato, Marissa, Esq.

40. Raurell, Carlos J., Esq.

41. Rizo, Monica, Esq.

42. Quiñones, Jason A. Reding, Esq.

43. Sanchez, Hon. Eduardo I.

44. Schenck, Robert S., Esq.

45. Schwiep, Paul J., Esq.

46. Singer, Frank

47. Stander, Robert, Esq.

48. Todd R. Friedman P.A.

*G.D.M. v. City of Oviedo, Fla.*

Case No. 24-13732-H

CERTIFICATE OF INTERESTED PERSONS
AND
CORPORATE DISCLOSURE STATEMENT
(Continued)

49. Torres, Hon. Edwin G.

50. Torstensen, Peter M., Esq.

51. Totoiu, Jason Alexander, Esq.

52. United States Department of Homeland Security

53. United States Immigration and Customs Enforcement

54. Uthmeier, James, Esq.

55. Wahl, Christopher J., Esq.

56. Walter, Elaine D., Esq.

57. Williams, Hon. Kathleen M.

Pursuant to Federal Rule of Appellate Procedures 26.1 and Eleventh Circuit Rules 26.101 through 26.1-3, Plaintiff-Appellee, The Miccosukee Tribe Of Indians Of Florida, makes the following statement as to corporate ownership: No publicly traded company or corporation has an interest in the outcome of this case or appeal.

/s/ Elliot B. Kula
Elliot B. Kula

# APPELLEE THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA'S NOTICE AND RESPONSE TO THE VARIOUS SUBMISSIONS REGARDING RECOMMENCEMENT OF THE BRIEFING SCHEDULE

Plaintiff-Appellee The Miccosukee Tribe of Indians of Florida submits this notice and response to the various submissions by the parties regarding the recommencement of the briefing schedule upon lifting the October 22nd stay order, which was entered upon motion by the Federal Defendants-Appellees due to the government shut down.

### CONCERNS AND OBJECTIONS TO PROPOSED BRIEFING SCHEDULE

1. On November 14th, the Federal Defendants-Appellants filed their Notice to the Court, advising the Court that the October 22nd stay order has been obviated because on the evening of November 12, 2025, the President signed into law a bill providing funding for the Department of Justice and other federal agencies. And in their Notice to the Court, the Federal Defendants-Appellants proposed a briefing schedule allowing them 14 days to file their opening briefs (this above the time that ran prior to the October 22nd stay order, this appeal having been initiated on August 21st), and allowing Plaintiffs-Appellees 14 days to file their Briefs of Appellees. And then allowing Federal Defendants-Appellants 14 days thereafter to file their Reply Briefs.

2. On November 17th, Appellees Friends of the Everglades and Center for Biological Diversity filed their Response to Federal Appellants' Notice to the Court,

1

adding that the deadline for the Reply Briefs should be no later than January 5th to facilitate expediting this appeal.

3. On November 18th, the Federal Defendants-Appellants filed their Reply, pointing out scheduling concerns with the more expedited proposal, referencing longstanding plans of lead counsel to be away.

4. Plaintiff-Appellee The Miccosukee Tribe of Indians of Florida offer its own concerns, likewise due to the longstanding plans of a principle member of the legal team to be away (from December 19th through January 3rd), and also due to the intervening holidays. Recognizing that the Federal Defendants-Appellees have had several weeks before the October 30th stay order to work on its Briefs of Appellants, with yet an additional 14 days, to file their Briefs of Appellees, the undersigned counsel on behalf of Plaintiff-Appellee The Miccosukee Tribe of Indians of Florida will be disadvantaged under the circumstances.

5. To be sure, Plaintiff-Appellee The Miccosukee Tribe of Indians of Florida are intent on proceeding expeditiously on appeal, recognizing the irreparable harm operating on the ground in light of the Court's denial of a stay pending appeal. And important to say, allowing the time necessary for the briefing under the circumstances that have unfolded do not undermine the irreparable harm on the ground, the finding of which formed the basis for district court's preliminary injunction that is the subject of this appeal.

6. Based on the above-stated concerns, Plaintiff-Appellee The Miccosukee Tribe of Indians of Florida requests the Court allow 28 days from the filing of the Briefs of Appellants within which to file the Brief of Appellee.

## Conclusion

Plaintiff-Appellee The Miccosukee Tribe of Indians of Florida would ask only that in establishing the briefing schedule, the Court give consideration to the concerns expressed herein and allow 28 days from the filing of the Briefs of Appellants within which to file the Brief of Appellee.

Respectfully submitted,

| | |
|---|---|
| Elliot B. Kula | Christopher Ajizian |
| Florida Bar No. 003794 | Florida Bar No. 1010170 |
| Elaine D. Walter | CHRISTOPHER AJIZIAN P.A. |
| Florida Bar No. 873381 | 1101 Brickell Ave., Ste. 700 |
| KULA & ASSOCIATES, P.A. | Miami, Florida 33131 |
| 12000 Biscayne Blvd., Ste. 221 | Telephone: (305) 699-5001 |
| Miami, Florida 33181 | chris@ajizianlaw.com |
| Telephone: (305) 354-3858 | |
| eservice@kulalegal.com | By: /s/ Christopher Ajizian |
| elliot@kulalegal.com | Christopher Ajizian |
| elaine@kulalegal.com | |
| | |
| By: /s/ Elliot B. Kula | Todd R. Friedman |
| Elliot B. Kula | Florida Bar No. 97919 |
| | TODD R. FRIEDMAN P.A. |
| By: /s/ Elaine D. Walter | 1101 Brickell Ave., Ste. S-700 |
| Elaine D. Walter | Miami, Florida 33131 |
| | Telephone: (786) 536-7190 |
| | todd@toddfriedmanpa.com |
| | |
| | By: /s/ Todd R. Friedman |
| | Todd R. Friedman |

*Co-Counsel for The Miccosukee Tribe of Indians of Florida*

4

**CERTIFICATE OF COMPLIANCE**

I certify that this Response complies with the type-volume limitation set forth in Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure. This Response uses Times New Roman 14-point typeface and contains <u>533</u> words.

/s/ Elliot B. Kula
Elliot B. Kula

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Elliot B. Kula
Elliot B. Kula
