No. 25-12873

# In the United States Court of Appeals for the Eleventh Circuit

FRIENDS OF THE EVERGLADES, INC., ET AL.,
*Plaintiffs-Appellees,*

v.

EXECUTIVE DIRECTOR, FLORIDA DIVISION OF EMERGENCY MANAGEMENT, ET AL.
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Florida
No. 25-cv-22896-KMW

**APPELLANT FDEM'S NOTICE
REGARDING THE BRIEFING SCHEDULE**

James Uthmeier
  *Attorney General of Florida*
Jeffrey Paul DeSousa
  *Acting Solicitor General*
Nathan A. Forrester
  *Chief Deputy Solicitor General*
Kevin A. Golembiewski
  *Senior Deputy Solicitor General*
Robert S. Schenck
  *Assistant Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL  32399
jeffrey.desousa@myfloridalegal.com

November 18, 2025

Jesse Panuccio
Evan Ezray
David Costello
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL  33301
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

*FOE v. FDEM*
*Eleventh Circuit Case No. 25-12873*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management (FDEM), certifies that, to the best of his knowledge, the following is a complete list of interested persons as required by Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 to 26.1-3:

1. Ajizian, Christopher
2. Bailey, Andrew
3. Barta, James A.
4. Bennett, Elise Pautler
5. Bird, Brenna
6. Boies Schiller Flexner LLP
7. Bonzon-Keenan, Geraldine
8. Brabender, Allen M.
9. Burkhardt, Dominique
10. Carpenter, Hayley A.
11. Carr, Christopher M.
12. Center for Biological Diversity

C-1 of 7

13. Chris Ajizian P.A.

14. Coe, Alisa

15. Coffey Burlington P.L.

16. Coleman, Russel

17. Commonwealth of Kentucky

18. Costello, David M.

19. Crockett, Jeffrey B.

20. Curran, Rachael

21. DeNardi, Betsy

22. DeSousa, Jeffrey Paul

23. Drummond, Gentner F.

24. Earthjustice

25. Ezray, Evan M.

26. Ficarelli, Dante

27. Florida Division of Emergency Management

28. Florida Wildlife Federation

29. Forrester, Nathan A.

30. Friedman, Todd R.

31. Friends of the Everglades, Inc.

32. Galloni, Tania

33. Golembiewski, Kevin A.

34. Griffin, Tim

35. Gustafson, Adam R.F.

36. Guthrie, Kevin

37. Hiaasen, Scott

38. Hilgers, Michael T.

39. Izaak Walton League of America's Florida Chapter

40. Jackley, Marty

41. Kautz, Keith G.

42. Knudsen, Austin

43. Kobach, Kris

44. Kula & Associates, P.A.

45. Kula, Elliot B.

46. Labrador, Raúl

47. Lopez, Jaclyn

48. Lyons, Todd

49. Marshall, Steve

50. Martinez, Hon. Jose E.

51. McCuskey, John B.

52. Miami-Dade County

53. Miccosukee Tribe of Indians

54. Murray, David M.

55. Murrill, Liz

56. Noem, Kristi

57. O'Byrne, Hayden P.

58. Panuccio, Jesse

59. Paxton, Ken

60. People's Economic and Environmental Resiliency Group, Inc.

61. Perez, Monica Rizo

62. Piropato, Marissa

63. Raurell, Carlos J.

64. Rokita, Theodore E.

65. Sierra Club

66. Skrmetti, Jonathan

67. State of Alabama

68. State of Alaska

69. State of Arkansas

70. State of Georgia

71. State of Idaho

72. State of Iowa

73. State of Kansas

74. State of Louisiana

75. State of Missouri

76. State of Montana

77. State of Nebraska

78. State of North Dakota

79. State of Ohio

80. State of Oklahoma

81. State of South Carolina

82. State of South Dakota

83. State of Tennessee

84. State of West Virginia

85. State of Wyoming

86. Stetson University, Inc. College of Law's Jacobs Public Interest Law Clinic for Democracy and the Environment

87. Quiñones, Jason A. Reding

88. Sanchez, Hon. Eduardo I.

89. Schenck, Robert S.

90. Schwiep, Paul J.

91. Singer, Frank

92. Stander, Robert

93. Taylor, Treg

94. Todd R. Friedman P.A.

95. Torres, Hon. Edwin G.

96. Torstensen, Peter M.

97. Totoiu, Jason Alexander

98. Tropical Audubon Society

99. United States Department of Homeland Security

100. United States Immigration and Customs Enforcement

101. University of Miami School of Law's Environmental Justice Clinic

102. Uthmeier, James

103. VoteWater, Inc.

104. Wahl, Christopher J.

105. Walter, Elaine D.

106. Williams, Hon. Kathleen M.

107. Wilson, Alan

108. Wrigley, Drew H.

109. Yost, David A.

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

## NOTICE REGARDING THE BRIEFING SCHEDULE

On November 14, the Federal Defendants proposed a new briefing schedule in anticipation of this Court lifting its stay of this appeal. The Federal Defendants proposed that Appellants' opening briefs be due fourteen days from entry of the Court's order; that Appellees' answer briefs be due fourteen days after the filing of the opening briefs; and that Appellants' reply briefs be due fourteen days after the filing of the answer briefs, or by January 12, 2026, whichever is later. Plaintiffs mostly consented to that schedule, but asked this Court to force Appellants to file their reply briefs "within 14 days of the response briefs, *and* no later than January 5, 2026." Doc. 73 at 1 (emphasis added).

Intervenor-Plaintiff, the Miccosukee Tribe of Indians of Florida, has diverged from its co-plaintiffs' approach. Raising fair concerns about the forthcoming holidays, the Tribe asks this Court for twenty-eight days to file its answer brief. FDEM shares the Tribe's concerns about the holiday break and the backlog of work it will create during the month of January. Accordingly, FDEM notifies this Court that it does not oppose the Tribe's request to extend the time to file its answer brief to twenty-eight days. But what is good for the goose is good for the gander. Like counsel for

1

the Tribe, counsel for FDEM is similarly managing both the holidays and other pressing litigation matters. So if this Court accepts the Tribe's proposal, FDEM requests that the Court also grant Appellants' twenty-eight days from the last-filed answer brief to file their reply briefs. In that event, the new schedule would be as follows:

- **Appellants' Opening Briefs:** Fourteen days after the Court's briefing order.

- **Appellees' Answer Briefs:** Twenty-eight days after all Opening Briefs are filed.

- **Appellants' Reply Briefs:** Twenty-eight days after all Answer Briefs are filed, or January 12, 2026, whichever is later.

Counsel for FDEM has conferred with counsel for the Federal Defendants, who consent to FDEM's proposed schedule.

2

Dated: November 18, 2025 

Respectfully submitted,

James Uthmeier
  *Attorney General of Florida*
Jeffrey Paul DeSousa (FBN 110951)
  *Acting Solicitor General*
Nathan A. Forrester (FBN 1045107)
  *Chief Deputy Solicitor General*
Kevin A. Golembiewski (FBN 1002339)
  *Senior Deputy Solicitor General*
Robert S. Schenck (FBN 1044532)
  *Assistant Solicitor General*
**Office of the Attorney General**
The Capitol, PL-01
Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com

s/ *Jesse Panuccio*
Jesse Panuccio (FBN 31401)
Evan Ezray (FBN 1008228)
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

3

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 329 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

s/ *Jesse Panuccio*  
Jesse Panuccio

## CERTIFICATE OF SERVICE

I certify that on November 18, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

s/ *Jesse Panuccio*  
Jesse Panuccio
