# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12873
_____

FRIENDS OF THE EVERGLADES, INC.,
  a Florida 501(c)(3) not-for-profit corporation,
CENTER FOR BIOLOGICAL DIVERSITY,
  a 501(c)(3) nonprofit organization,

　　　　　　　　　　　　　　　　　　　　　　*Plaintiffs-Appellees,*

MICCOSUKEE TRIBE OF INDIANS OF
FLORIDA,

　　　　　　　　　　　　　　　　　　　　*Plaintiff-Intervenor-Appellee,*

versus

SECRETARY OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY,
ACTING DIRECTOR, OF THE UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT,
EXECUTIVE DIRECTOR, OF THE FLORIDA DIVISION
OF EMERGENCY MANAGEMENT,

　　　　　　　　　　　　　　　　　　　　　*Defendants-Appellants,*

MIAMI-DADE COUNTY,
  a political subdivision of the State of Florida,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Defendant.*

2                  Order of the Court                  25-12873

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-22896-KMW

_____

ORDER:

"Appellees Friends of the Everglades and Center for Biological Diversity's Motion for Leave to File Consolidated Response Brief with Excess Words" is DENIED without prejudice to refiling with a copy of Appellees' proposed brief.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE