In the

# United States Court of Appeals

## For the Eleventh Circuit

No. 25-12873

FRIENDS OF THE EVERGLADES, INC.,
a Florida 501(c)(3) not-for-profit corporation,
CENTER FOR BIOLOGICAL DIVERSITY,
a 501(c)(3) nonprofit organization,

*Plaintiffs-Appellees,*

MICCOSUKEE TRIBE OF INDIANS OF FLORIDA,

*Plaintiff-Intervenor-Appellee,*

*versus*

SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
ACTING DIRECTOR, OF THE UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,
EXECUTIVE DIRECTOR, OF THE FLORIDA DIVISION OF EMERGENCY MANAGEMENT,

*Defendants-Appellants,*

MIAMI-DADE COUNTY,
a political subdivision of the State of Florida,

*Defendant.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-22896-KMW

---

ORDER:

Upon consideration of the "Notice to the Court" filed November 14, 2025, and the subsequent responses and replies filed by the parties, the Court *sua sponte* LIFTS the stay of this appeal. Briefing shall proceed as follows:

Appellants' initial briefs are due within 21 days from the date of this order.

Appellees' response briefs are due within 28 days from the filing of the last initial brief.

Appellants' reply briefs are due within 28 days from the filing of the last response brief.

The Clerk of Court is DIRECTED to place this case on the oral argument calendar for the week of March 9, 2026, or April 6, 2026 with a vacancy.

UNITED STATES CIRCUIT JUDGE