Case No. 25-12873

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

FRIENDS OF THE EVERGLADES, INC., *et al.*,
*Plaintiffs-Appellees*,

v.

SECRETARY, UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Southern District of Florida
Case No. 1:25-cv-22896-KMW
(Hon. Kathleen M. Williams, Dist. Judge)

## SUPPLEMENTAL APPENDIX TO APPELLEES' ANSWER BRIEF

Tania Galloni, FBN 619221
Dominique Burkhardt, FBN 100309
**EARTHJUSTICE**
4500 Biscayne Boulevard, Suite 201
Miami, Florida  33137
Telephone:  (305) 440-5434
tgalloni@earthjustice.org
dburkhardt@earthjustice.org

*Counsel for Friends of the Everglades*

Paul J. Schwiep, FBN 823244
Scott A. Hiaasen, FBN 103318
Jeffrey B. Crockett, FBN 347401
**COFFEY BURLINGTON, P.L.**
2601 S. Bayshore Drive, PH-1
Miami, Florida  33133
Telephone:  (305) 858-2900
pschwiep@coffeyburlington.com
shiaasen@coffeyburlington.com
jcrockett@coffeyburlington.com
yvb@coffeyburlington.com
service@coffeyburlington.com

*Counsel for Appellees*

Case No. 25-12873

Elise Pautler Bennett, FBN 106573
**CENTER FOR BIOLOGICAL
DIVERSITY**
Post Office Box 2155
St. Petersburg, Florida  33731
Telephone:  (727) 623-9797
ebennett@biologicaldiversity.org

*Counsel for Center for Biological
Diversity*

Case No. 25-12873

## INDEX TO SUPPLEMENTAL APPENDIX

| | Page(s) |
|---|---|
| **VOLUME I** | Supp. App. 0001 |
| DE 12 Def MDC's Response to Pls' Expedited Motion for Temporary Restraining Order and Preliminary Injunction | Supp. App. 0002-0035 |
| DE 24 Pls' Reply ISO its Expedited Motion for Temporary Restraining Order and Preliminary Injunction | Supp. App. 0036-0121 |
| DE 28 Def Guthrie's Omnibus Response to Pls' Three Supplemental Reply Briefs | Supp. App. 0122-0125 |
| DE 33 Miccosukee's Motion to Intervene | Supp. App. 0126-0150 |
| DE 35 Def Guthrie's Response to Pls' Motion [31] for Expedited Ruling | Supp. App. 0151-0152 |
| DE 38 Pls' Notice of Filing (Notice of Intent to Sue) | Supp. App. 0153-0312 |
| DE 60 Federal Defs' Supplemental Response on Venue | Supp. App. 0313-0324 |
| DE 61 Pls' CORRECTED Reply to Def Guthrie's Supplemental Response Objecting to Venue | Supp. App. 0325-0347 |
| DE 64 Order on Pls' Motion for Expedited Discovery | Supp. App. 0348-0352 |
| DE 66 Pls' Reply to Fed Defs Supplemental Response on Venue | Supp. App. 0353-0366 |
| DE 67 The Tribe's Reply in Support of Motion to Intervene (DE 33) | Supp. App. 0367-0379 |
| DE 70 Pls' Notice of Supplemental Authority (United States v. Sec'y, Fla. Dep't of Corrections) | Supp. App. 0380-0387 |
| DE 71 Guthrie's Response to Supplemental Authority [70] | Supp. App. 0388-0389 |

Case No. 25-12873

| | |
|---|---|
| DE 72 Minutes of hearing on Venue; how to order transcript | Supp. App. 0390-0392 |
| Transcript of hearing on Venue 2025.07.30 | Supp. App. 0393-0478 |
| DE 79 FDEM's Notice of Supplemental Authority (one-quarter to one-third of the TNT airport) | Supp. App. 0479-0483 |
| DE 80 Pls' Response to FDEM Notice of Supplemental Authority | Supp. App. 0484-0556 |
| DE 84 The Tribe's Complaint for Injunctive Relief | Supp. App. 0557-0593 |
| DE 85 The Tribe's Notice of Joinder in Pls' Expedited Motion for Temporary Restraining Order and Preliminary Injunction (DE 5) | Supp. App. 0594-0596 |
| DE 98 Pls' Notice of Supplemental Authority (CoreCivic, Inc. v. Governor of New Jersey) | Supp. App. 0597-0625 |
| DE 99 Pls' Pre-Hearing Brief | Supp. App. 0626-0637 |
| **VOLUME II** | Supp. App. 0638 |
| DE 123 Pls' Admitted Exhibits | Supp. App. 0639-0641 |
| DE 124 Defs' Final List of Admitted Exhibits | Supp. App. 0642-0644 |
| DE 141 Pls' and Pl-Intervenor's Motion to Strike Late-Filed Declarations 8.25.25 | Supp. App. 0645-0656 |
| DE 144 Pl's and Intervenor-Pl's Response in Opposition to Defs' Expedited Motions for Stay Pending Appeal 8.25.25 | Supp. App. 0657-0729 |
| DE 148 Notice of Filing (2025.08.28 Declaration of Anna V Eskamani) | Supp. App. 0730-0735 |
| Pls Ex 1 - 2025.06.27 - DE 5-1 Declaration of Eve Samples | Supp. App. 0736-0743 |

Case No. 25-12873

| | |
|---|---|
| Pls Ex 2 - 2025.06.27 - DE 5-2 Declaration of Tierra Curry | Supp. App. 0744-0752 |
| Pls Ex 3 - 2025.06.27 - DE 5-3 Declaration of Amber Crooks | Supp. App. 0753-0759 |
| Pls Ex 4 - 2025.06.30 - DE 16-1 Declaration of Keith Pruett | Supp. App. 0760-0761 |
| Pls Ex 5 - 2025.07.03 - DE 21-1 Declaration of Thomas P. Giles | Supp. App. 0762-0765 |
| Pls Ex 6 - 2025.07.03 - DE 21-2 Declaration of David Richardson | Supp. App. 0766-0767 |
| Pls Ex 7 - 2025.07.03 - DE 24-1 Florida Immigration Enforcement Operations Plan | Supp. App. 0768-0804 |
| **VOLUME III** | Supp. App. 0805 |
| Pls Ex 9 - 2025.07.03 - DE 24-3 Memorandum of Agreement between DHS and FNG | Supp. App. 0806-0819 |
| Pls Ex 10 - 2025.07.03 - DE 24-4 Declaration of Betty Osceola | Supp. App. 0820-0822 |
| Pls Ex 11 - 2025.07.03 - DE 24-5 Declaration of Ra Schooley and Laura Reynolds | Supp. App. 0823-0835 |
| Pls Ex 13 - 2025.07.07 - DE 26-1 Declaration of Ralph Arwood (w-Report of Dr. Chris McVoy attached) | Supp. App. 0836-0860 |
| Pls Ex 14 - 2025.07.08 - DE 27-1 Declaration of Christopher W. McVoy, Ph.D. | Supp. App. 0861-0885 |
| Pls Ex 18 - 2025.07.21 - DE 49-1 Declaration of Christopher W. McVoy, Ph.D. | Supp. App. 0886-0905 |
| Pls Ex 19 - 2025.07.15 - DE 34-1 Declaration of Dr. Anna V. Eskamani | Supp. App. 0906-0907 |
| Pls Ex 22 - 2025.07.16 - DE 38-4 Brief Analysis Assertion Pre-Existing Cement Pad Underlying Newly Asphalted Jetport Site | Supp. App. 0908-0920 |

Case No. 25-12873

| | |
|---|---|
| Pls Ex 23 - McVoy CV | Supp. App. 0921-0924 |
| Pls Ex 24 - 2025.07.16 - DE 38-5 (Appendix C) TDF Waste Management Plan Overview | Supp. App. 0925-0927 |
| Pls Ex 25 - 2025.07.16 - DE 38-6 (Appendix D) Randy S. Kautz Panther Report | Supp. App. 0928-0955 |
| Pls Ex 26 - 2025.07.16 - DE 38-7 (Appendix E) Randy S. Kautz CV | Supp. App. 0956-0968 |
| Pls Ex 31 - 2025.07.21 - DE 50-1 Declaration of Ian Gadea-Guidicelli | Supp. App. 0969-0970 |
| Pls Ex 33- 2025.08.05 – Declaration of Joseph Kinnebrew | Supp. App. 0971-0973 |
| Pls Ex 34 - WERP map | Supp. App. 0974 |
| Pls Ex 39 - Dillon Reio Resume_2025 | Supp. App. 0975-0976 |
| Pls Ex 43 - So Fla Detention Facility Continuity of Operations (Alligator Alcatraz hurricane plan) | Supp. App. 0977-1009 |
| Pls Ex 44 - 2025.07.31 Declaration of Miranda Daviduk | Supp. App. 1010-1018 |
| Pls Ex 47 - 2025.06.23_DLC FDEM Letter Response Final | Supp. App. 1019-1020 |
| Pls Ex 48 - 2025.07.07_DLC Letter to AG for Oversight & Compliance | Supp. App. 1021 |
| Pls Ex 49 - 2025.07.10 Letter to FL DEM for Oversight & Compliance | Supp. App. 1022 |
| Pls Ex 51 - FDEM DLC - LOI to Utilize TNT | Supp. App. 1023 |
| Pls Ex 52 - Letter of Intent to Purchase TNT | Supp. App. 1024-1025 |
| Pls Ex 53 - Photo – 4814 | Supp. App. 1026 |

Case No. 25-12873

| | |
|---|---|
| Pls Ex 54 - Photo – 5145 | Supp. App. 1027 |
| Pls Ex 55 - Photo – 7540 | Supp. App. 1028 |
| Pls Ex 56 - Photo – 7538 | Supp. App. 1029 |
| Pls Ex 58 - 2025.07.25 - DE 61-2 Req for Immediate Access & Oversight Authority – Training & Transition Site | Supp. App. 1030-1031 |
| Pls Ex 79 - 2025.08.02 Expert Disclosure Report - Dillon N. Reio, P.G. | Supp. App. 1032-1056 |
| Pls Ex 82 - Analysis of New Paving at the Dade Collier TNT Airport – McVoy | Supp. App. 1057-1073 |
| Pls Ex 83 - Dade-Collier Airport (Jetport) in Context of WERP | Supp. App. 1074-1075 |
| Pls Ex 85 - Tour of Detention Center - McVoy - June 28, 2025 | Supp. App. 1076-1077 |
| **VOLUME IV** | Supp. App. 1078 |
| Pls Ex 87 - 2025.08.01 - DE 80-1 Declaration of Curt Bradley | Supp. App. 1079-1147 |
| Pls Ex 88 - Map of Big Cypress Wildlife Management Area (4 Hunt map units) | Supp. App. 1148 |
| Pls Ex 89 - Soil Profile_Dade Collier Training Draft | Supp. App. 1149-1152 |
| Pls Ex 90 - 2025.06.30 TNT Dade-Collier Airport Full Civil Updated Set | Supp. App. 1153-1160 |
| Pls Ex 91 - 2025.07.07 TNT Dade-Collier Airport Full Civil Set | Supp. App. 1161-1169 |
| Pls Ex 92 - 2025.07.08 - Rev_TNT Dade-Collier Airport_Full Civil Set | Supp. App. 1170-1181 |
| Pls Ex 93 - 050713-17_ComplianceEngHistory_658820 | Supp. App. 1182-1199 |

Case No. 25-12873

| | |
|---|---|
| Pls Ex 94 - 080428-16_Exhibits_432584 | Supp. App. 1200-1211 |
| Pls Ex 98 - Draft-COOP-Redacted (Fla State of Emergency Response Team (SERT) - So Fla Detention Facility Continuity of Operations Plan) | Supp. App. 1212-1244 |
| Pls Ex 99 - Mike Radford (SCS Engineers) Resume | Supp. App. 1245-1249 |
| Pls Ex 100 - MDC-Aviation Dept-Operational Directive No 15-02 (effec 06.02.15) Dade-Collier Training & Transition Airport | Supp. App. 1250-1255 |
| Pls Ex 101 - Noem - over 10 miles of Everglades on all sides of facility - IMG_1076 | Supp. App. 1256 |
| Pls Ex 102 - GovRonDesantis X post Operations at [the Facility] are ongoing and deportations continuing | Supp. App. 1257 |
| Pls Ex 103 - Photographs of new fencing on access road | Supp. App. 1258 |
| Pls Ex 104 - August 7, 2025 statement of Miami-Dade County Mayor Daniella Levine Cava | Supp. App. 1259 |
| Pls Ex 105 - July 25, 2025 - PC deportation flights from Florida's 'Alligator Alcatraz | Supp. App. 1260 |
| Pls Ex 106 - July 16, 2025 Stephen Miller Fox News interview | Supp. App. 1261 |
| Pls Ex 107 - SERT Order No. PO-010162 (E6001_PO-010162_00047_IRG Global EM_$1180000.00_Redacted) | Supp. App. 1262-1269 |
| Pls Ex 108 - SERT Order No. PO-010177 (E6002_PO-010177_00009_Innovative EM_$325,800.00) | Supp. App. 1270-1277 |
| Pls Ex 109 - PO-010174 (E6003_PO-010174_00775_AC Disaster_$380,000.00) | Supp. App. 1278-1286 |

Case No. 25-12873

| | |
|---|---|
| Pls Ex 110 - SERT Order No. PO-010181 (E6004_PO-010181_00045_Trulight LLC_$25,594.00) | Supp. App. 1287-1294 |
| Pls Ex 111 - SERT Order No. PO-010182 (E6005_PO-010182_00061_CDW Government_$15,699.35) | Supp. App. 1295-1302 |
| Pls Ex 112 - SERT Order No. PO-010183 (E6006_PO-010183_00013_Granny's Alliance_$3,358,700.00) | Supp. App. 1303-1312 |
| Pls Ex 113 - SERT Order No. PO-010201 (E6007_PO-010201_00085_WeatherSTEM Inc._$24,740) | Supp. App. 1313-1321 |
| Pls Ex 114 - SERT Order No. PO-010199 (E6008_PO-010199_00072_Public Safety Solutions_848,420.22) | Supp. App. 1322-1335 |
| Pls Ex 115 - SERT Order No. PO-010200 (E6009_PO-010200_00071_WILLIAMS COMMUNICATIONS_$47,730.00) | Supp. App. 1336-1343 |
| Pls Ex 116 - SERT Order No. PO-010198 (E6010_PO-010198_00051_Lemoine CDR Logistics_$52,010.00) | Supp. App. 1344-1351 |
| Pls Ex 117 - SERT Order No. PO-010197 (E6011_PO-010197_00043_Lemoine CDR Logistics_ $18,178,796.27) | Supp. App. 1352-1362 |
| Pls Ex 118 - SERT Order No. PO-010195 (E6012_PO-010195_00019_TNT Transportation_$2905740.00_Redacted) | Supp. App. 1363-1371 |
| Pls Ex 119 - SERT Order No. PO-010196 (E6013_PO-010196_00018_IRG Global Emergency_$2248540.00_Redacted) | Supp. App. 1372-1379 |
| Pls Ex 120 - SERT Order No. PO-010307 (E6014_PO-010307_00073_WILL-BURT Integration & Elevation_ $259,012.00) | Supp. App. 1380-1387 |
| Pls Ex 121 - SERT Order No. PO-010306 (E6015_PO-010306_00075_BAKER'S COMMUNICATIONS_$499,869.60) | Supp. App. 1388-1396 |
| Pls Ex 122 - SERT Order No. PO-010305 (E6016_PO-010305_00086_WILLIAMS COMMUNICATIO_$245,141.04) | Supp. App. 1397-1404 |

Case No. 25-12873

| | |
|---|---|
| Pls Ex 123 - SERT Order No. PO-010304 (E6017_PO-010304_00097_MOTOROLA SOLUTIONS, INC_ $27,865.00) | Supp. App. 1405-1412 |
| **VOLUME V** | Supp. App. 1413 |
| Pls Ex 124 - SERT Order No. PO-010303 (E6018_PO-010303_00098_MOTOROLA SOLUTIONS, INC_$2,192.00) | Supp. App. 1414-1421 |
| Pls Ex 125 - SERT Order No. PO-010302 (E6019_PO-010302_00084_CDW GOVERNMENT LLC_$128,132.40) | Supp. App. 1422-1430 |
| Pls Ex 126 - SERT Order No. PO-010326 ($36,848,875) - LTS, Inc. | Supp. App. 1431-1442 |
| Pls Ex 127 - Photo of black temporary silt fencing - 2025-07-25 | Supp. App. 1443 |
| Pls Ex 128 - FDHSMV (Kerner) FB Post April 9, 2025 | Supp. App. 1444 |
| Pls Ex 129 - Miami Herald Article - Hundreds at Alligator Alcatraz Have No Criminal Charges | Supp. App. 1445-1456 |
| Pls Ex 130 - Miami Herald Article - Is your family member or client at Alligator Alcatraz | Supp. App. 1457-1462 |
| Pls Ex 131 - Outside Everglades Detention Center by Carrie Feit Portraits | Supp. App. 1463-1464 |
| Pls Ex 132 - Carrie Feit Declaration | Supp. App. 1465-1470 |
| Pls Ex 133 - LinkedIn page for Ian-Paul Gadea-Guidicelloi | Supp. App. 1471-1472 |
| Pls Ex 134 - Homeland Security Final Notice and Public Explanation of a Proposed Activity | Supp. App. 1473-1475 |
| Pls Ex 135 - Texts from Israel O Herrera ICE Assistant Field Officer to FDEM re Standards and Compliance Tour Scheduling | Supp. App. 1476-1477 |
| Pls Ex 136 - Ralph Arwood - 08-08-2025  KTNT 06 | Supp. App. 1478 |

Case No. 25-12873

| | |
|---|---|
| Pls Ex 137 - Ralph Arwood - 08-08-2025  KTNT 15 | Supp. App. 1479 |
| Pls Ex 138 - Ralph Arwood - 08-08-2025  KTNT 17 | Supp. App. 1480 |
| Pls Ex 139 - Ralph Arwood - 08-08-2025  KTNT 82 | Supp. App. 1481 |
| Pls Ex 140 - Ralph Arwood - 08-08-2025  KTNT 76 | Supp. App. 1482 |
| Pls Ex 141 - Ralph Arwood - 08-08-2025  KTNT 79 | Supp. App. 1483 |
| Pls Ex 142 - Ralph Arwood - 08-08-2025 KTNT 09 | Supp. App. 1484 |
| Pls Ex 143 - 2025.08.08 Brian Mast letter to Jessica Namath | Supp. App. 1485 |
| Pls Ex 144 - 2025.08.08 Declaration of Cooper-Kass | Supp. App. 1486-1491 |
| Pls Ex 146 - 2025.08.05 Declaration of Joseph Kinnebrew | Supp. App. 1492-1494 |
| Pls Ex 147 - FDEP - Florida Panther Consultation Area _ Florida Department of Environmental Protection Geospatial Open Data | Supp. App. 1495-1498 |
| Pls Ex 148 - 2019 ICE OIG Report | Supp. App. 1499-1534 |
| Pls Ex 149 - 2025 State Immigration Council Agenda | Supp. App. 1535 |
| Pls Ex 150 - A look at Florida's immigration arrest numbers in 2025 _ WUSF | Supp. App. 1536-1542 |
| Pls Ex 151 - Baker County IGSA | Supp. App. 1543-1635 |
| Pls Ex 152 - DOC Addendum ACLU Case | Supp. App. 1636-1638 |
| **VOLUME VI** | Supp. App. 1639 |
| Pls Ex 153 - Final Environmental Assessment for the Proposed Contract Detention Facility in the Houston, Texas Area of Operations | Supp. App. 1640-1726 |

Case No. 25-12873

| | |
|---|---|
| Pls Ex 154 - Final Notice and Public Explanation of a Proposed Activity - Krome HS | Supp. App. 1727-1729 |
| Pls Ex 155 - Glades IGSA | Supp. App. 1730-1731 |
| Pls Ex 156 - 2025.08.10 Declaration of Matt Luchins | Supp. App. 1732-1778 |
| Pls Ex 157 - Venezuelan influencer Luis Frio faints in Alligator Alcatraz – NBC 6 South Florida | Supp. App. 1779-1783 |
| Pls Ex 158 - 2025.08.11 Declaration of Miranda Daviduk | Supp. App. 1784-1791 |
| State DX 28 - Memo. of Agreement between ICE and FHP (Feb. 7, 2025) | Supp. App. 1792-1806 |
| Tribe Ex 1 - 2025.08.01 - Declaration of Kevin Donaldson (CAA REV Esigned | Supp. App. 1807-1814 |
| Tribe Ex 2 - 2025.08.01 - Declaration of Amy Castaneda AC edits (002) | Supp. App. 1815-1820 |
| Tribe Ex 4 - 2025.08.01 - Declaration of Jason Daniel | Supp. App. 1821-1822 |
| Tribe Ex 5 - 2025.08.01 - Declaration of Melany Flint | Supp. App. 1823-1867 |
| Tribe Ex 6 - 033.1 - Villages Map | Supp. App. 1868-1869 |
| Tribe Ex 7 - 033.2 - Tribal Sites | Supp. App. 1870 |
| Tribe Ex 8 - 033.3 - Water Flow Map | Supp. App. 1871-1872 |
| Tribe Ex 9 - Light Report | Supp. App. 1873-1909 |
| **VOLUME VII** | Supp. App. 1910 |
| Tribe Ex 10 - BICY_BAP_FEIS_508_2024-11 | Supp. App. 1911-2302 |
| Tribe Ex 12 – The White House, President Trump Arrives Dade-Collier Training and Transitional Airport 7-1-25 | Supp. App. 2303 |

Case No. 25-12873

| | |
|---|---|
| Tribe Ex 13 - The White House, President Trump Participates in a Guided Walking Tour of Alligator Alcatraz Part 1. 7-1-25 | Supp. App. 2304 |
| Tribe Ex 14 - The White House, President Trump Participates in a Guided Walking Tour of Alligator Alcatraz Part 2. 7-1-25 | Supp. App. 2305 |
| Tribe Ex 15 - Fox 5 Atlanta, President Trump visits Alligator Alcatraz ICE detention center in Florida 7-1-25 | Supp. App. 2306 |
| **VOLUME VIII** | Supp. App. 2307 |
| Tribe Ex 19 - Comprehensive Everglades Restoration Plan - Western Everglades Restoration Project | Supp. App. 2308-2785 |
| **VOLUME IX** | Supp. App. 2786 |
| Tribe Ex 20 - Collier County Right of Way, Sign & Well Permit Application Status | Supp. App. 2787-2792 |
| Tribe Ex 21 - DHS Instruction Manual 023-01-001-01 - Implementation of NEPA | Supp. App. 2793-2883 |
| **VOLUME X** | Supp. App. 2884 |
| Tribe Ex 22 - Appendix C, part 1, Comprehensive Everglades Restoration Plan, Western Everglades Restoration Project | Supp. App. 2885-3438 |
| **VOLUME XI** | Supp. App. 3439 |
| Tribe Ex 23 - Appendix C, part 2, Comprehensive Everglades Restoration Plan, Western Everglades Restoration Project | Supp. App. 3440-4186 |
| **VOLUME XII** | Supp. App. 4187 |
| Certificate of Service | Supp. App. 4188 |