Supp. App. 1078

# VOLUME IV

Supp. App.1079

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 2 of 335
Case 1:25-cv-22896-KMW   Document 80-1   Entered on FLSD Docket 08/01/2025   Page 1 of 69

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., a Florida
not-for-profit corporation, and CENTER FOR
BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit
organization,

        Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary
of the UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; TODD LYONS, in his
official capacity as Acting Director of the UNITED
STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT; KEVIN GUTHRIE, in his official
capacity as Executive Director of the Florida Division
of Emergency Management; and MIAMI-DADE
COUNTY, a political subdivision of the State of
Florida,

        Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

        Intervenors.

### DECLARATION OF CURT BRADLEY

1.      My name is Curt Bradley, and I make this declaration on personal knowledge.

2.      I am a senior scientist and Geographic Information Systems (GIS) specialist at the

Center for Biological Diversity, where I assist Center matters with GIS analyses and cartography.

I hold a master's in watershed management and a bachelor of science in mechanical engineering

Exhibit A

Supp. App.1080

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 3 of 335
Case 1:25-cv-22896-KMW    Document 80-1    Entered on FLSD Docket 08/01/2025    Page 2 of 69

from the University of Arizona. I have training in several GIS software applications and have more than 25 years of experience in GIS analysis and cartography.

3.      I prepared the map attached to this declaration as Exhibit 1. The map depicts the Dade-Collier Training and Transition Airport property (TNT Site) in relation to a map counsel for Defendant Guthrie filed in this case on August 1, 2025, D.E. 79.

4.      To prepare this map, I used ArcGIS Pro version 3.4.4 GIS software from ESRI.

5.      To prepare this map, I created a map layer of the TNT Site boundary by digitizing a map found on page 15 of a report titled "17,339 acres in the BIYC, Collier, and Miami-Dade Counties: A Real Property Appraisal," prepared for the Miami-Dade County Aviation Department on May 25, 2025 (Exhibit 2).  Digitizing is a process of converting geographic features from an image into digital format so that it can be used in a GIS.

6.      I confirmed the TNT Site boundary against a National Park Service Map titled "Big Cypress Wildlife Management Area,"[1] found at https://www.nps.gov/bicy/planyourvisit/upload/-9002373-4_Hunt_map_units.jpg, which depicts the same area and calls it "Jetport Property" (Exhibit 3). I labeled this layer "Dade-Collier Training and Transition Airport." Hereafter, I will call this shape on the map as the "TNT Site."

7.      I then digitized and added a map layer that approximates the map counsel for Defendant Guthrie filed on August 1, 2025, which the defendant characterizes as the "TNT Airport," (D.E. 79). I labeled this layer "Defendant's Exhibit Map (D.E. 79-1)."

8.      I also added a map layer that shows the county boundaries obtained from the National Atlas of the United States.

_____

[1] Nat'l Park Serv., Brochures, Maps, Big Cypress Management Units, https://www.nps.gov/bicy/planyourvisit/upload/-9002373-4_Hunt_map_units.jpg (last accessed Aug. 1, 2025).

Exhibit A

Supp. App. 1081

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 4 of 335
Case 1:25-cv-22896-KMW    Document 80-1    Entered on FLSD Docket 08/01/2025    Page 3 of 69

9.      According to my map, approximately 27.9% of the TNT Site is in Miami-Dade County

10.      A true and correct copy of this map is attached as Exhibit 1 to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2025.

Curt Bradley

Exhibit A

Supp. App.1082

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 5 of 335
Case 1:25-cv-22896-KMW    Document 80-1    Entered on FLSD Docket 08/01/2025    Page 4 of 69

Exhibit 1



# 17,339 Acres in the BIYC, Collier and Miami-Dade Counties

### A Real Property Appraisal





## TRANSFORMING COMPLEXITY INTO CLARITY

<span style="color:red">Exhibit A</span>

APPRAISAL OF

17,339 ACRES IN THE BIG CYPRESS NATIONAL PRESERVE,
COLLIER AND MIAMI-DADE COUNTIES, FLORIDA

Prepared By

Michael McElveen, MAI, CRE
State Certified General Real Estate Appraiser RZ360
Urban Economics, Inc.

Prepared For

Basil Binns, ll
Miami-Dade County Aviation Department
P.O. Box 025504
Miami, FL 33102

Effective Date Value May 2, 2025

Date of Report May 25, 2025

Exhibit A



Urban Economics
813.289.8844
info@urbaneconomics.com

URBANECONOMICS.COM

May 25, 2025

Basil Binns, ll
Miami-Dade County Aviation Department
P.O. Box 025504
Miami, FL 33102

Re: 17,339 Acres in the Big Cypress National Preserve, Collier and Miami-Dade Counties, Florida.

Dear Mr. Binns:

As requested, I made a detailed investigation, analysis and appraisal of the market value of fee simple estate in 7,389 acres and the market value of the surface estate in 9,950 acres which together is the 17,339 acre non-airfield portion of the Dade-Collier Training and Transition Airport.

The purpose of the appraisal is to develop an opinion of market value as of the effective date, May 2, 2025, which is the date of my most recent inspection of the referenced property.

It was not necessary to use either a hypothetical condition or extraordinary assumption to produce a credible opinion of market value.

The attached appraisal report complies with the reporting requirements of Standards Rule 2-2(a) of the *Uniform Standards of Professional Appraisal Practice*, Effective January 1, 2024.

My opinions and conclusions are based on the scope of work described in the report and the expressed definitions, assumptions, limiting conditions, and certifications. Supporting documentation concerning the data, reasoning and my analysis of the data has been retained in my workfile. The depth of discussion contained in the report is specific to the needs of my client and to the intended use of the opinions as stated in the report.

Exhibit A

Page 2
Mr. Binns
May 25, 2025

Based on my analysis, my opinion of the market value of the subject property, as set forth, documented, and qualified in the attached report under conditions prevailing on May 2, 2025, was:

<div align="center">

THIRTY-FIVE MILLION, TWO HUNDRED SIXTY-EIGHT THOUSAND DOLLARS,
($35,268,000)

</div>

Respectively;

Michael A. McElveen, MAI, CRE
State-Certified General Real Estate Appraiser RZ360

Exhibit A

Table of Contents

Letter of Transmittal....................................................................................................... -

Appraiser's Certification................................................................................................. -

Identification of the Appraisal Problem......................................................................... 1

Scope of Work................................................................................................................ 6

Type and Extent of Data Researched............................................................................. 7

    Market Area............................................................................................................... 7

Legal Description........................................................................................................... 8

Three Year History of Sales, Options and Listing......................................................... 10

Market Area Location, Description and Trend............................................................... 10

Land Description............................................................................................................ 14

    Physical Characteristics............................................................................................ 14

    Legal Characteristics................................................................................................ 21

Highest and Best Use as if Vacant................................................................................ 22

Valuation Methodology................................................................................................. 24

Sales Comparison Approach.......................................................................................... 25

    Qualitative Analysis................................................................................................. 28

Exposure Time............................................................................................................... 33

Assumptions and Limiting Conditions...........................................................................-

Michael A. McElveen, MAI, CRE, Curriculum Vitae....................................................-

ADDENDA.....................................................................................................................-

Exhibit A

Appraiser's Certification

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have not performed an appraisal or other real estate services regarding the property that is the subject of the attached report.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, effective January 1, 2024.

- I made a personal inspection of the property that is the subject of this report on May 2, 2025.

- No one provided significant real property appraisal assistance to the person signing this certification.

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

Exhibit A

- As of the date of this report, Michael A. McElveen, MAI, CRE has completed the continuing education program of the Appraisal Institute.

Michael A. McElveen, MAI, CRE
State-Certified General Real Estate Appraiser RZ360

Exhibit A

## Identification of the Appraisal Problem

### Client

The client of this appraisal assignment and the opinions in this report is the Miami-Dade County Aviation Department, 4200 NW 36th St, Miami, FL 33166.

### Intended User

The Intended User of this appraisal assignment and the opinions include the client, Miami-Dade County Aviation Department (MDAD), the Federal Aviation Administration (FAA) and Slack, Johnson & Magenheimer, Inc, as the contracting agent.

### Intended Use

The intended use of the opinions in this appraisal report, identified in conversations with my client, is to establish value for planning purposes.

### Type of Value

Based on the Service Order I estimated market value which is defined as: "The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress."[1]

### Real Property Rights Appraised

Based on the Service Order from my client, this appraisal is of a total 17,339 acres. This includes a fee simple estate of 7,389 acres and a surface estate of 9,950 acres. Miami-Dade County (MDC) owns mineral rights in this land as follows:

- MDC has an undivided 25% mineral interest in 8,361 acres.
- MDC has no mineral interest (0%) in 1,589 acres.

Within the total acreage, 2,862 acres are in a Tier 3 prospect for oil and gas. MDC's mineral interests within this Tier 3 prospect area are:

- 25% undivided mineral interest in 299 acres.
- 100% mineral interest in 1,272 acres.
- 0% mineral interest in 1,291 acres.

---

[1] Appraisal Institute. (2022). market value. *The Dictionary of Real Estate Appraisal* (7th ed., p. 118). Appraisal Institute.

Exhibit A

An undivided interest in real property is "fractional ownership without physical division. Co-owners share the property rights owned."[2] Fractional ownership can affect marketability and reduce the value buyers are willing to pay, particularly when the ownership stake is 50% or less. In Florida a majority ownership or effective control (over 50%) is required to apply for a drilling permit.

The table below summarizes the distribution of MDC's fee simple ownership, surface estate ownership, and mineral rights (oil, gas, and minerals). Following the table is a map showing the Public Land Survey System (PLSS) sections categorized by MDC's percentage ownership of oil, gas, and mineral rights.

---

[2] Appraisal Institute. (n.d.-i). undivided interest. *The Dictionary of Real Estate Appraisal* (p. 196).

Exhibit A

Table 1

**Undivided Mineral Estate Ownership**

| | | | | | MDC Ownership | | | | OGM Ownership | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TWS | RNG | SEC | Acres | Surface Estate | MDC | CLCC | SPK | MDC Prospect Acres |
| 52S | 34E | 21 | 649 | MDC | 25% | 50% | 25% | 57 |
| 52S | 34E | 22 | 646 | MDC | 25% | 50% | 25% | 3 |
| 52S | 34E | 23 | 644 | MDC | 25% | 50% | 25% | 0 |
| 52S | 34E | 24 | 641 | MDC | 25% | 50% | 25% | 0 |
| 52S | 34E | 25 | 639 | MDC | 25% | 50% | 25% | 0 |
| 52S | 34E | 26 | 642 | MDC | 25% | 50% | 25% | 0 |
| 52S | 34E | 27 | 645 | MDC | 25% | 50% | 25% | 0 |
| 52S | 34E | 28 | 646 | MDC | 25% | 50% | 25% | 0 |
| 52S | 34E | 29 | 324 | MDC | 25% | 50% | 25% | 0 |
| 52S | 34E | 32 | 323 | MDC | 25% | 50% | 25% | 0 |
| 52S | 34E | 33 | 643 | MDC | 25% | 50% | 25% | 88 |
| 52S | 34E | 34 | 642 | MDC | 25% | 50% | 25% | 148 |
| 52S | 34E | 35 | 640 | MDC | 25% | 50% | 25% | 3 |
| 52S | 34E | 36 | 637 | MDC | 25% | 50% | 25% | 0 |
| 53S | 34E | 2 | 635 | MDC | 0% | 100% | 0% | 0 |
| 53S | 34E | 4 | 632 | MDC | 0% | 100% | 0% | 0 |
| 53S | 34E | 8 | 322 | MDC | 0% | 100% | 0% | 0 |
| Total Acres | | | 9,950 | | 8,361 | | | 299 |

**Fee Simple Ownership**

| | | | | | MDC Ownership | | | | OGM Ownership | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TWS | RNG | SEC | Acres | Surface Estate | MDC | CLCC | SPK | MDC Prospect Acres |
| 53S | 34E | 1 | 640 | MDC | 100% | 0% | 0% | 3 |
| 53S | 34E | 3 | 630 | MDC | 100% | 0% | 0% | 630 |
| 53S | 34E | 5 | 319 | MDC | 100% | 0% | 0% | 0 |
| 52S | 35E | 19 | 636 | MDC | 100% | 0% | 0% | 0 |
| 52S | 35E | 20 | 160 | MDC | 100% | 0% | 0% | 0 |
| 52S | 35E | 29 | 637 | MDC | 100% | 0% | 0% | 0 |
| 52S | 35E | 30 | 632 | MDC | 100% | 0% | 0% | 0 |
| 52S | 35E | 31 | 628 | MDC | 100% | 0% | 0% | 0 |
| 52S | 35E | 32 | 635 | MDC | 100% | 0% | 0% | 0 |
| 53S | 35E | 5 | 642 | MDC | 100% | 0% | 0% | 0 |
| 53S | 35E | 6 | 637 | MDC | 100% | 0% | 0% | 0 |
| 53S | 35E | 8 | 556 | MDC | 100% | 0% | 0% | 2 |
| 53S | 35E | 17 | 637 | MDC | 100% | 0% | 0% | 637 |
| Total Acres | | | 7,389 | | | | | 1,272 |

Exhibit A

Figure 1

Mineral Estate Ownership Distribution



<span style="color:red">Exhibit A</span>

Following are the definitions of fee simple estate and surface estate that is to be appraised.

Fee simple estate is "Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat."[3]

Surface estate is "The surface estate encompasses all rights to the land not expressly reserved as part of the mineral estate and is servient to the mineral estate. This means the surface owner must accommodate reasonable use of the land for mineral development."[4]

Mineral rights are "the rights to the use and profits of the underground portion of a designated property; usually refers to the right to extract coal, minerals, oil, gas, or other hydrocarbon substances as designated in the grant."[5] The mineral estate has dominance over the surface estate and the mineral owner or lessee is permitted to use the surface as reasonably necessary to explore for and produce the oil, gas and minerals.

Real Property is "An interest or interests in real estate."[6]


Effective Date of the Opinions of Market Value

The market value estimate is as of May 2, 2025, which is the date of my most recent inspection of the subject property.


Date of Report

The date of this report is May 25, 2025.


Competency

I have significant geographic competency, having appraised the fee simple estate, dominant estate, servient estate, surface estate or mineral estate in more than 550,000 acres across 19 parcels in south Florida, including in the Big Cypress National Preserve, over the last seven years. Additionally, I have more than 42 years of experience appraising real property in Florida and the southeast United States.

Based on my work experience and education I have demonstrated the geographic and property type expertise necessary to perform this assignment competently.

---

[3] Appraisal Institute. (2022). fee simple. *The Dictionary of Real Estate Appraisal* (7th ed., p. 73). Appraisal Institute.
[4] *Texas Natural Resources Code § 91.402*; see also *Getty Oil Co. v. Jones*, 470 S.W.2d 618 (Tex. 1971)
[5] Appraisal Institute. (n.d.-i). mineral rights. *The Dictionary of Real Estate Appraisal* (p. 122).
[6] Appraisal Institute. (2022). real property. *The Dictionary of Real Estate Appraisal* (7th ed., p. 165). The Appraisal Institute.

Exhibit A

Relevant Property Characteristics

The following relevant characteristics of the subject property can affect market value.

- The subject property at 17,339 acres is the largest non-United States of America owned property in the Big Cypress National Preserve (BIYC).
- The property is within an environmentally sensitive freshwater wetland ecosystem and ecologically significant wildlife habitat which impose constraints and burdens on the use of the property.
- 96.6% of the land cover is wetlands.
- The property does not have frontage on a paved public right of way, therefore access to the property is severely restricted.
- The real property rights to be appraised are the fee simple estate in 7,389 acres and the surface estate in 9,950 acres.
- 2,862 Acres are within a Tier 3 oil and gas prospecting zone.

Property Inspections

On April 16, 2024 I inspected the subject from 11-Mile Road which bisects the property in a north/south direction. On April 17, 2024 I further inspected the subject property by aircraft at an altitude between 1,000 feet and 1,500 feet to gain a better understanding of the interplay between water, streams, swamps, uplands, hammocks and bogs, the transportation network, exploration burdens and development types and development intensity in the area.

My most recent inspection of the subject property was on May 2, 2025, when I inspected the property from the public right of way Tamiami Trail, BIYC trailheads, and the adjacent KTNT airfield.

Assignment Conditions

Assignment conditions are assumptions, extraordinary assumptions, hypothetical conditions, laws and regulations, jurisdictional exceptions, and other conditions affecting the scope of work. Neither a hypothetical condition nor an extraordinary assumption was required to provide a credible opinion of market value.

Scope of Work

The scope of work of an appraisal is the type and extent of research and analysis needed to produce a credible opinion of market value. The scope is determined by the appraisal problem to be solved and the assignment conditions.

Based on the seven factors identifying the appraisal problem, I am estimating the market value of the fee simple estate and the surface estate in a single tract of land comprising 17,339 acres within an environmentally sensitive national preserve and the wetlands land cover is extraordinarily high at 96.6% of the total area.

Exhibit A

The direct comparison method of the sales comparison approach will require consideration and analysis of the partial ownership interests, location in a national preserve, the large size of the tract and the high percentage of wetlands.

### Type and Extent of Data Researched

Resulting from my analysis of the appraisal problem and the relevant property characteristics, following is the type and extent of data analyzed to produce credible opinions.

#### Market Area

In addition to my inspection of the subject property and the area around the property I collected and analyzed data to determine the market area boundaries and the social, economic, governmental, and environmental influences within this defined area that affect the supply and demand for real property in the area.

I collected and analyzed data from the following sources:

- Collier and Miami-Dade County government,
- South Florida Water Management District,
- National Park Service, U.S. Department of the Interior, and
- United States Department of the Interior, Geological Survey

#### Physical Characteristics of the Land

To ascertain the physical characteristics of the land and their effect on value I extracted and analyzed data from the following sources:

- On-site inspection,
- United States Geological Survey, U.S. Department of the Interior,
- National Park Service, U.S. Department of the Interior,
- General Management Plan, Big Cypress Preserve, U.S. Department of the Interior,
- University of Florida GeoPlan Center,
- U.S. Fish and Wildlife Service, U.S. Department of the Interior, and
- Florida Natural Areas Inventory.

#### Sales Comparison Approach

Land is most commonly valued by the direct comparison method of the sales comparison approach. To gather a sufficient number land sales to estimate market value, I obtained the sales data file of the following elected county property appraisers.

- Collier County,
- Lee County,
- Hendry County,

<span style="color:red">Exhibit A</span>

- Charlotte County,
- Osceola County,
- Glades County,
- Okeechobee County,
- Miami-Dade County,
- Broward County.

Besides sales data from county property appraisers, I researched transaction data on Acres.com, and CREXI.com and researched land sales and listings on websites and publications of brokers with an emphasis on the sale of large land tracts in Florida.

For each transaction, I gathered all publicly accessible data from the elected county property appraiser, County Clerk of Courts Office, Florida Department of Environmental Protection, and the relevant Regional Water Management District.

<div align="center">Legal Description</div>

The subject property is legally described as follows.

Sections 19, 29, 30, 31, 32, AND THE SW 1/4 of Section 20, all lying in Township 52 South, Range 35 East, Dade County, Florida.

Sections 5, 6, 8, AND 17, all lying in Township 53 South, Range 35 East, Dade County, Florida.

Sections 21, 22, 23, 24, 25, 26, 27, 28, 33, 34, 35, 36, the South 1/2 of Section 29, and the North 1/2 of Section 32, all lying in Township 52 South, Range 34 East, Collier County, Florida.

Sections 1, 2, 3, 4, the South 1 /2 of Section 5, and the North 1 /2 of Section 8, TWP 53 South Range 34 East, Collier County, Florida.

Less and Except the West 1 /2 of the Southeast Quarter of Section 8, Township 53 South, Range 35 East, Dade County Florida.

Said Lands Containing 17,339.16 Acres, More or Less.

The subject property  is depicted in the exhibit below.

Exhibit A

Figure 2

Depiction of the Non-Airfield Property Appraised



Exhibit A

### Three Year History of Sales, Options and Listing

Based on conversation with my client and my research of the Official Records of Collier and Miami-Dade Counties, I am unaware of an agreement of sale, option, or listing agreement of the subject property current as of the appraisal's effective date and I am unaware of a sale or transfer of the subject property within three years prior to the effective date of this appraisal.

### Market Area Location, Description and Trend

The productivity and value of real estate are deeply affected by both its physical and economic location. Economic location goes beyond the physical positioning of properties and involves analyzing economic activities within the area, which is shaped by physical, political, social, and economic factors, as well as travel times to key destinations. The boundaries of a market area depend on the specific property and can be determined using natural or man-made features. Geographic boundaries may include lakes, hills, mountains, terrain patterns, vegetation, or lot sizes, while man-made features can involve highways, roads, bridges, walls, infrastructure, or legal and political jurisdictions. Additionally, topographic elements that obstruct development or travel can also serve as natural boundaries.

The subject property is located in the Big Cypress National Preserve (BICY). This preserve is surrounded by several protected areas, including Fakahatchee Strand Preserve State Park, Florida Panther National Wildlife Refuge, Green Heart of the Everglades, Rookery Bay National Estuarine Research Reserve, Ten Thousand Islands National Wildlife Refuge, Picayune Strand State Forest, and Francis S. Taylor Wildlife Management Area.

Together, these parks, preserves, and wildlife management areas cover approximately 3.2 million acres (about 5,066 square miles). This extensive region stretches from Naples on Florida's west coast to Miami on the east coast. The area is largely undeveloped, and both the State of Florida and the United States intend to keep it that way. Their goal is to preserve the region's natural habitats, wetlands, water flow systems, and estuarine ecosystems.

I believe the market area is defined as the 5,066 square mile region bounded by San Marco Road to the west, the Miami-Dade County Urban Development Boundary to the east, the northern limits of the BIYC and Francis S. Taylor Wildlife Management Area, and the southern boundary of the Everglades National Park, due to the shared environmental characteristics and protected status of these lands.

Refer to the Market Area map below for reference.

Exhibit A

Figure 3

Market Area Location Map



Exhibit A

Social Considerations

In a market area analysis, social factors examine why people choose to live and work there. Reasons may include the area's reputation, environment, public services, recreational opportunities, affordable housing and land, and proximity to businesses.

Economic Considerations

On a local level, economic considerations relate to the financial capacity of a market area's occupants and their ability to rent or own property, maintain it attractively, and renovate or rehabilitate it when needed.

Southwest Florida's major protected areas serve as powerful economic engines for the region. These lands collectively attract millions of visitors each year, fueling substantial spending on lodging, dining, outdoor recreation, and related services. For instance, Big Cypress National Preserve alone generates nearly $92 million in annual economic output and supports over 800 local jobs. Similarly, Rookery Bay National Estuarine Research Reserve contributes $55 million per year and sustains more than 500 jobs.

These protected areas provide significant indirect and long-term economic benefits beyond direct visitor spending. Additionally, the preservation of these lands ensures the continued provision of vital ecosystem services—including clean water, flood protection, storm surge mitigation, and wildlife habitat—which are essential for the region's resilience and would be costly to replace through engineered solutions.

When accounting for the combined effects of tourism, recreation, property value enhancement, and ecosystem services, the total annual economic impact of Southwest Florida's protected areas reaches several billion dollars. These lands not only safeguard the region's unique environmental heritage but also underpin its economic vitality and long-term prosperity.

Governmental

Florida manages land use and development through an integrated framework of state, regional, and local laws. All local governments must adopt comprehensive plans to guide future growth and enforce them through specific land development regulations, covering zoning, environmental protections, stormwater management, and traffic requirements. Zoning divides land into categories—residential, commercial, industrial, or agricultural—each with rules on uses, building heights, lot sizes, and setbacks. Zoning must align with comprehensive plans to ensure consistent land use decisions.

In Collier County, about two-thirds of the land is designated for conservation under the Future Land Use Plan. Key protected areas include the Florida Panther National Wildlife Refuge, Big Cypress National Preserve, and Corkscrew Swamp Sanctuary. The county's Rural Land Stewardship Area (RLSA) program sets aside nearly 200,000 acres in eastern Collier County for conservation and agriculture.

Exhibit A

Miami-Dade uses the Future Land Use Plan to guide growth while preserving critical natural resources. The Future Land Use Plan designates significant tracts of land for conservation, including wetlands, environmentally sensitive lands, and agricultural areas. The county land use policies specifically aim to protect and preserve these areas through a combination of regulatory measures, such as limiting development in critical zones like the Big Cypress Area of Critical State Concern and the East Everglades, and proactive programs like the transfer and purchase of development rights for agricultural and environmentally sensitive property. The county's conservation efforts are further supported by zoning regulations and periodic reviews of the Urban Development Boundary, which currently encompasses about 269,000 acres (420 square miles).

Environmental

Water is the most important natural resource in the South Florida region. Approximately 90% of the area becomes flooded during the rainy season, which lasts from May through October. The region receives about 53 inches of rainfall annually, with 75% occurring during this rainy period.

Figure 4 



The flat limestone terrain causes floodwaters to remain for several months after the rains end, allowing the region to function as a natural reservoir and nutrient filter. Throughout the rainy season, water flows slowly southwest, eventually passing through the estuaries of Everglades National Park.

Exhibit A

The landscape includes extensive prairies, marshes, forested swamps, shallow sloughs, coastal marshes, prairie marshes, and freshwater marl prairies. The large amount of wetlands and regular flooding strongly influence how land in this region can be used.

This area also supports significant wildlife populations. Ten species found here are federally listed as threatened or endangered, and an additional fourteen species are listed by the state of Florida as threatened, endangered, or of special concern. Both the state of Florida and the U.S. government aim to protect these endangered species and preserve their natural habitats. To achieve this, strict regulations have been put in place to prevent destruction of native habitats and changes to the natural water flow.

In an effort to preserve the native habitat, linkages in the area are very limited. Interstate 75, a limited access expressway, bisects the area in an east/west direction and generally runs from the city of Naples on the west coast to Ft. Lauderdale on the east coast. This expressway has four interchanges along its 80 mile length. The interchanges are at County Road 951, State Road 29, Snake Road and US Highway 27.

The Tamiami Trail (U.S. Highway 41) bisects the market area in an east/west direction and runs parallel to Interstate 75. This roadway, which was completed in 1928, is two lanes.

Conclusion

By design, this region is largely undeveloped, with federal, state, and local governments working in concert to preserve its natural ecosystems, wildlife habitats, and hydrologic functions. These efforts are enforced through strict zoning regulations, comprehensive land use plans, and conservation programs that limit development and maintain the ecological integrity of the area. Socially, the area appeals to those who value environmental quality and recreational opportunities, though traditional residential and commercial drivers are absent due to land use restrictions.

The region thrives economically not through development, but through the preservation of its natural assets. Ecotourism and outdoor recreation generate significant revenue and support thousands of jobs, while ecosystem services like flood protection, clean water, and storm surge mitigation provide critical long-term value. Infrastructure is intentionally minimal to limit ecological disruption, with limited access roads and carefully placed interchanges. Altogether, the market area's significance lies in its role as a natural preserve—offering environmental, recreational, and economic benefits that are essential to the sustainability and resilience of South Florida.

Land Description

Physical Characteristics

The subject property is on the north, east and west sides of the Dade-Collier Training and Transition Airfield and is bisected by the Collier County Miami-Dade County boundary. The property does not have a connection with a public road being 1.5 miles north of the nearest public right of way, Tamiami Trail (U.S. Highway 41). Within the vicinity of the subject property.

Exhibit A

Tamiami Trail is a two lane asphalt paved arterial running in a general east/west direction from the city of Naples on the west coast of Florida to Miami on the east coast. In the figure below is an aerial depiction of the subject property.

Figure 5



The National Park Services classifies the subject property as "back county" meaning it does not receive public utility service, is not accessible via a state, county, or privately maintained road, and must be accessed by foot, aircraft, or off road vehicle (ORV). Access to a back country property is allowed only at designated trailheads and on designated trails. An owner of back country property has to request a permit to cross closed or restricted Federal lands through the office of the Chief Ranger at the Big Cypress Preserve. The Chief Ranger's office will issue a Special Use Permit to access the property by a designated route using a swamp buggy, airboat, or ATV.

The subject property comprises 17,339 acres and dimensionally at its widest is seven miles laterally and six miles vertically. Of the total acreage 11,556 acres are in Collier County and 5,784 acres are in Miami-Dade County.

Exhibit A

Land Cover Description

Water is the unifying force of the surface, connecting the five predominant surface habitats: hardwood hammocks, pinelands, prairies, cypress swamps, and estuaries.

The almost imperceptible slope of the land, about 1 inch per mile, creates an overland sheet flow of water to the southwest to Tamiami Trail.

The Level 1 Florida Land Use, Cover and Forms Classification System (FLUCCS) classifies 96.6% of the surface as wetlands. Wetlands are areas where the water table is at, near, or above the land surface for most of the year. The hydrologic regime supports aquatic or hydrophytic vegetation, although alluvial and tidal flats may be non-vegetated. Wetlands are often in low-lying areas. Examples include marshes, mudflats, emergent vegetation areas, and swamps.

Rangeland and upland forests, which make up 3.2% of the land cover, are mainly clustered in the northeast and east areas of the property in Miami-Dade County.

The L-28 canal bisects the southeast corner of the property in a general north/south direction. This canal acts as a dam blocking water flow from the east and is represented as the 15 acres of water on the FLUCCS Land Cover map.

See Figure 6 below for a depiction of the land cover.

Exhibit A

Figure 6

FLUCCS Land Cover Map



Exhibit A

The utility of the subject property is severely limited as a result of back country access, lack of utilities and 96.6% of the property that is wetlands. In the area, land with these characteristics are commonly used as open space and/or recreation.

Oil and Gas Characteristics

Almost all of the subject property is within the Sunniland Trend formation, which is characterized by oil reservoirs located more than two miles below the surface. Refer to the figure below for a depiction of the Sunniland Trend coverage of the subject property. Over its history, the Sunniland Trend has yielded more than 120 million barrels of oil (MMBO) from eight major commercial fields, making it a significant contributor to Florida's oil output. The Sunniland Trend continues to draw interest, as evidenced by ongoing exploration and investment in seismic data from Calumet, Burnett Oil Company, and Maverick Natural Resources.

Exhibit A

Figure 7

Map of the Sunniland Trend, Prospect and Subject Property



Exhibit A

There have been 14 oil fields in South Florida, all of which are within the Sunniland Trend. Together, these fields have produced over 100 million barrels of oil (MMBO). Two of these fields, Raccoon Point and Bear Island, are within the Sunniland Trend and within the BIYC. Raccoon Point is approximately three miles north of the subject property. Combined, Raccoon Point and Bear Island are the only two developed wellfields in the BIYC and have produced over 32 MMBO.

In the 12 months ending September 2024, Raccoon Point produced an average of 234 barrels of oil per day, more than twice the production of any wellfield in the Sunniland Trend.

In 2018, Burnett Oil Company invested $30 million to acquire new 3D seismic data near Raccoon Point. Based on this data, they identified two promising areas for potential oil production: the Nobles Grade and Tamiami prospects. The Tamiami prospect is located close to the subject property, approximately three miles north of the subject property and 1.25 miles east of 11 Mile Road, which runs through the subject property.

Burnett Oil Company has applied for permits to drill and produce oil at both the Nobles Grade and Tamiami prospects. These permit applications demonstrate that Burnett Oil considers these areas to have significant commercial potential.

Older 2D seismic data, along with newer 3D seismic data, have revealed several additional potential drilling sites ("prospects") within or near the Sunniland Trend. A "prospect" is an area identified through geological or geophysical data as likely containing sufficient oil to justify exploratory drilling.

A Tier 3 prospect of 2,862 acres has been identified on the subject property, as illustrated in Figure 7. Prospects are ranked from Tier 1 to Tier 4 based on their potential for successful oil exploration and development. Tier 1 prospects have the highest potential and lowest risk, while Tier 4 prospects are highly speculative and have the highest risk. Tier 3 prospects, such as the one on the subject property, are considered moderately speculative—less promising than Tier 1 or Tier 2, but more promising than Tier 4.

In 2013, Burnett Oil Company signed a seismic option and exploration agreement covering 150,000 mineral acres, mostly within the BIYC, to further illustrate local demand and interest in oil exploration. In 2019, they exercised a portion of this option, acquiring two oil and gas leases totaling 2,950 acres. Both leases remain active as of the date of this report. The original agreement included lease bonus payments of $300 per net mineral acre, although Burnett Oil noted paying approximately $500 per net mineral acre when the leases were executed.

The market value of the subject property's mineral estate is influenced by the long history of oil production in the Sunniland Trend, ongoing identification of new prospects, and continued industry interest in eastern Collier County.

Exhibit A

Supp. App.1110

Legal Characteristics

Future Land Use

The subject property lies within two counties, Collier and Miami-Dade. Therefore, the 11,556 acres in Collier County are governed by the Collier County Growth Management Plan, Future Land Use Element adopted April 23, 2024 and the 5,784 acres in Miami-Dade County are governed by the Comprehensive Master Plan for Miami-Dade County as adopted July 22, 2020 and amended through January 19, 2023.

The Future Land Use designation of Conservation applies to the 11,556 acres in Collier County. The Conservation designation protects environmentally unique or sensitive areas by enforcing strict reviews of development proposals to minimize environmental impacts. Key sites like Big Cypress National Preserve and Florida Panther National Wildlife Refuge are vital for biodiversity, recreation, tourism, and economic stability. In Conservation-designated areas of Collier County, oil extraction and processing are allowed.

The 5,784 acres in Miami-Dade County are designated Environmentally Protected Parks, a designation comprising environmentally sensitive land and water areas within the Big Cypress National Preserve.

Zoning

Collier and Miami-Dade Counties use zoning designations and overlay districts to manage development more effectively. This approach allows for greater flexibility and specificity in land use regulations.

Zoning designations provide the framework for land use, determining permitted uses, densities, and development standards. Overlay districts supplement these base zoning regulations to address unique characteristics or goals for particular areas.

The 11,556 acres in Collier County are zoned Rural Agricultural District (A) and have a Big Cypress Area of State Critical Concern/Special Treatment Overlay (ACSC/ST). The Rural Agricultural district preserves and supports agricultural, pastoral, and rural land uses while accommodating related activities and conservation efforts. This zoning district allows agricultural operations and compatible land uses that do not compromise environmental integrity, potable water resources, or wildlife habitats. Oil and gas exploration subject to state drilling permits and Collier County site development plan review is a permitted use in Rural Agricultural District.

The ACSC overlay is an area designated by Florida with a significant impact on regional or statewide environmental or natural resources. After the State designates an area as an ACSC, the local government, Collier County, submits its land use regulations for guiding development in the area, complying with the principles of the ACSC as defined by the State.
The principles of the Big Cypress Area of Critical State Concern are to conserve and protect its natural, environmental, and economic resources. These regulations aim to provide a land and water management system that preserves water quality and optimizes the limited water resources of the area.

Exhibit A

The Special Treatment Overlay are areas that require special regulations. These areas are significant due to their unique flora and fauna, aesthetic appeal, historical or archaeological significance, rarity in the County, or contribution to their own and adjacent ecosystems.
The land in Miami-Dade is unzoned and is designated Environmentally Protected Park land by the Comprehensive Master Plan for Miami-Dade County.

### Other Encumbrances

The U.S. Army Corps of Engineers (ACOE) issues dredge and fill permits for activities in wetland areas. The U.S. Fish and Wildlife Service (FWS) reviews impacts to fish and wildlife as part of the ACOE process; other governmental and non-governmental organizations also review and comment on applications made to the ACOE.

The Florida Department of Environmental Protection issues Environmental Resource Permits for activities within environmentally sensitive areas and individual permits for activities related to exploration and production of oil and natural gas and mining, which is germane because of the proximity to such operations. Separately, the Big Cypress Swamp Advisory Committee reviews applications for activities associated with oil exploration, production, and transportation within the Big Cypress area. The South Florida Water Management District oversees permitting for consumptive use of water for oil and gas operations. The National Park Service, other federal and state agencies, and nongovernmental organizations are asked to comment on applications for Florida seismic or drilling permits within the Big Cypress National Preserve.

### Highest and Best Use as if Vacant

The concept of "highest and best use" reflects a fundamental principle in real estate and market behavior: a property's value is determined by the most profitable use a buyer envisions for it. As a result, land and partial real property estates are typically utilized in ways that maximize their profit potential for the owner. This ideal use may not align with the property's current use, as legal restrictions or physical characteristics of the real estate can impose limitations.

Highest and best use of real property is "The reasonably probable use of property that results in the highest value. The four criteria that the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum productivity."[7]

In essence, value is derived from the potential use of real property. Without a current or foreseeable use, land's value is limited. According to the principle of surplus productivity, the highest and best use is the option, among reasonable alternatives, that generates the greatest present real property value after accounting for labor, capital, and coordination costs.

---

[7] Appraisal Institute. (n.d.-h). highest and best use. *The Dictionary of Real Estate Appraisal* (pp. 88–89).

Exhibit A

Legally Permissable

In Collier County, the 11,556 acres have a Future Land Use designation of Conservation, while the 5,784 acres in Miami-Dade County is designated Environmentally Protected Parks. Both designations share a common and explicit goal: the preservation of environmentally sensitive areas, protection of critical habitats for endangered and threatened species, and maintenance of ecological integrity. These designations clearly demonstrate a commitment to preventing activities that would degrade or compromise fragile ecosystems such as the construction of roads or structures.

Although the land in Collier County is zoned Rural Agricultural District, the controlling overlay is Big Cypress Area of Critical State Concern/Special Treatment. This overlay imposes strict controls on land use to safeguard the area's unique hydrology, preserve water quality and quantity, and protect rare flora and fauna. The overlay specifically aims to limit and regulate development in order to prevent ecological degradation and preserve the natural character of the region.

The National Park Service assigned the subject property a backcountry designation that significantly restricts access to the property. Under the backcountry designation, access to the property is permitted only by foot, aircraft, or ATV along designated trails when crossing federally protected lands. Such stringent access limitations inherently restrict potential uses of the property to activities compatible with minimal environmental impact and access, such as camping, hunting, or passive outdoor recreation.

Miami-Dade County has a 25% undivided interest in the mineral estate in 8,361 acres and no mineral interest in 1,589 acres. Florida Statute 377.2411 requires that to obtain a drilling permit the operator must have a majority of the mineral interests within a drilling unit. Thus, Miami-Dade County has an insufficient ownership interest to apply for a drilling permit without purchasing or leasing additional mineral rights.

The subject property is within the BIYC, a critical component of the hydrological system supporting the greater Everglades ecosystem. The BIYC was established largely in response to intense public opposition and concern over the ecological damage caused by the nearby Jetport. Given this historical context and heightened public sensitivity, any proposed land use—particularly activities like oil exploration or drilling—would inevitably face substantial public scrutiny, widespread criticism, and potential legal challenges.

Physically Possible

The subject property consists of 17,339 acres, of which 96.6% is wetlands. The remaining upland areas are irregularly shaped and scattered throughout the northeastern quadrant of the property, which is farthest from public road access. From May through October (the rainy season), the land experiences flooding, with water depths ranging from several inches to several feet. This seasonal flooding significantly limits practical use of the property, making most conventional activities impractical for roughly half of each year.

The property remains suitable for outdoor recreational uses, despite its irregular shape and flooding limitations.

Exhibit A

Seismic investigations indicate that 2,862 acres of the property fall within a Tier 3 prospect area, meaning this area has moderate potential for finding commercially viable deposits of oil and gas. Active oil and gas exploration and extraction are currently occurring near the property. For example, Burnett Oil Company has optioned 150,000 mineral acres nearby and has exercised a part of the option to lease 2,950 acres specifically for oil and gas extraction in Raccoon Point, Bear Island, Nobles Grade, and Tamiami prospects.

Miami-Dade County has a 25% mineral interest in 299 acres and a 100% mineral interest in 1,272 acres in this prospect, of the 2,862 acres within the prospect.

The Raccoon Point wellfield, currently the most productive wellfield in South Florida, producing more than twice the oil than all other wellfields in South Florida, is located just three miles north of the subject property. Using updated 3D seismic data, Burnett Oil Company has applied for permits to establish a second wellfield (Tamiami), also located three miles north of the property. Burnett Oil's substantial investment in exploration and development in the immediate area strongly supports the potential value of oil, gas, and mineral rights associated with the subject property.

Oil and gas exploration and extraction are permitted within the BIYC. This is evidenced by the existing wellfields at Raccoon Point and Bear Island, as well as the permitted sites at Tamiami and Nobles Grade, all located within the BIYC.

Financially Feasible

The uses of the property remaining after considering the legal encumbrances and restrictions on access and use by the National Park Service are open space, outdoor recreation, and hunting.

The exploration and extraction of oil are permitted on property in the BIYC, and the exploration and wellfields in the immediate area are indications of financial feasibility outweighing the passive recreation uses of a small portion of the property.

The current wellfields in the BIYC are evidence that the exploration and extraction of oil and gas can coexist with the passive outdoor recreational uses on the property.

Maximally Productive

After considering the legally permissible, physically possible and financially feasible uses of the property, I am of the opinion that the maximally productive use is outdoor recreation and hunting. On the 2,862 acres comprising the Tier 3 prospect, the additional aspect of oil and gas exploration.

Exhibit A

Valuation Methodology

Buyers and sellers most commonly price land by the direct comparison method of the sales comparison approach. There is a sufficient number of timely sales of land in South Florida with a highest and best use that is similar to the subject property. Therefore, I used the direct comparison method of the sales comparison approach to estimate the market value of the subject fee simple estate.

I did not use the income approach because buyers and sellers do not rely on this method for pricing open space or outdoor recreational land. As a result, there is insufficient data on land leases and capitalization rates to support this method.

The cost approach does not apply here because the subject property is unimproved land. It estimates value based on the depreciated cost of improvements.

Exhibit A

### Sales Comparison Approach

I analyzed the comparable land sales on a relative qualitative basis. A relative qualitative comparison studies the market data relationships. This technique reflects the nature of real estate markets. To apply this technique, I analyzed comparable sales to determine whether their value-influencing characteristics are inferior, superior or equal to those of the subject property.

The appropriate unit of comparison to estimate the value of open space/recreation land is the overall sale price per gross acre. In the qualitative comparison analysis of the comparable sales, each sale is analyzed for real property rights, financing, conditions of sale, market conditions, location, and physical characteristics.

The table below summarizes the comparable sales details. A detailed description of the comparable land sales is in the Addenda.

Exhibit A

Table 2

Comparable Land Sales Summary Table

| Sale No. | Name | County | Real Property Rights Sold | Date of Sale | Nominal Sale Price | Adjusted Sale Price | Parcel Size | Sale Price / Acre | Upland Acres | Wetland Acres | Percent Wetlands |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Tarpon Blue | Collier, Hendry | Fee simple, surface estate | Nov 2024 | $ 122,400,000 | $ 122,400,000 | 25,039 | $ 4,888 | 12,085 | 12,954 | 51.7% |
| 2 | Devil's Garden | Hendry | Fee simple | Dec 2023 | $ 77,630,500 | $ 77,630,500 | 17,229 | $ 4,506 | 13,885 | 3,344 | 19.4% |
| 3 | Green Heart of the Everglades | Collier | Fee simple | Jun 2023 | $ 29,850,000 | $ 29,850,000 | 11,053 | $ 2,701 | 52 | 11,001 | 99.5% |
| 4 | Everglades Headwaters Preserve | Okeechobee | Fee simple | Dec 2021 | $ 45,842,300 | $ 45,842,300 | 11,220 | $ 4,086 | 8,602 | 2,619 | 23.3% |
| 5 | Deer Creek Ranch | Charlotte | 92% Servient estate, 18% fee simple | Dec 2024 | $ 7,000,000 | $ 7,000,000 | 3,745 | $ 1,869 | 768 | 2,977 | 79.5% |

Exhibit A

Figure 8

Comparable Land Sales Location Map



Exhibit A

Qualitative Analysis

Property Rights Conveyed

The discussion of real property rights conveyed is organized into three groups:

- Group 1: 7,389 acres owned in fee simple.
- Group 2: 8,361 acres with an undivided 25% mineral estate interest.
- Group 3: 1,589 acres with no mineral estate interest (surface rights only).

Comparable Sales 2, 3, and 4 are the sale of the fee simple bundle of real property rights. These sales therefore have a bundle of property rights that are similar to Group 1 property rights, and superior to Groups 2 and 3 real property rights.

Comparable Sale 1 involved primarily surface rights, as the seller retained ownership of oil, gas, and mineral (OGM) rights. Therefore, this sale is inferior to Groups 1 and 2, but similar to Group 3 real property rights.

Comparable Sale 5 involved the sale of the servient estate in an Agricultural Conservation Easement (WRP easement). This easement severely restricts the property rights, making it inferior to the rights in Groups 1, 2, and 3. The Comparable Sale 5 dominant estate rights of this easement were purchased by the United States in December 2020 for $11,669,492, or $3,119 per acre. When this dominant estate sale price is combined with the sale price of the servient estate, the summed prices of the dominant easement and servient estate indicate a total fee simple equivalent price of $4,985 per acre. Thus, an upward adjustment of $3,119 per acre is applied to account for the inferior rights.

After this adjustment, Comparable Sale 5 becomes similar to Group 1 property rights and superior to Groups 2 and 3 real property rights.

I performed a paired sales analysis to estimate the price effect of an undivided partial interest in a mineral estate compared to the price of a 100% ownership interest. I found two sales of an undivided 25% ownership in Collier County which were then compared to a similar sale of a 100% mineral estate interest. To ensure accuracy of the analysis, I adjusted the sale price of the partial interest sale to account for the Consumer Price Index (CPI) and variations in market conditions between the sale dates of the partial interest sales and the 100% ownership sales. This adjustment provides a more accurate comparison by normalizing the data for economic fluctuations over time. Following is the paired sales analysis. Refer to the table below for this comparison.

Exhibit A

Table 3

### Partial Ownership Interest Paired Sales Analysis

|  | Pair 1 | Pair 2 | Pair 3 | Pair 4 |
|---|---|---|---|---|
| Sale Price / SF |  |  |  |  |
| Sale Date | Dec- 10 | Dec- 10 | Dec- 10 | Dec- 10 |
| Sale Price | $ 25.63 | $ 25.63 | $ 25.63 | $ 25.63 |
| CPI | 0.0% | 0.01% | 0.01% | 0.0% |
| Market Conditions | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted Price | $ 25.63 | $ 25.63 | $ 25.63 | $ 25.63 |
| / Ownership % | 25.0% | 25.0% | 25.0% | 25.0% |
| Adjusted 100% Ownership Price | $ 102.50 | $ 102.51 | $ 102.51 | $ 102.50 |
| Comparable | A | B | C | D |
| Sale Date | Dec- 10 | Feb- 11 | Feb- 11 | Jan- 11 |
| Sale Price | $ 112.50 | $ 107.50 | $ 102.50 | $ 114.50 |
| Partial Ownership Discount | -8.9% | -4.6% | 0.0% | -10.5% |

|  | Pair 5 | Pair 6 | Pair 7 | Pair 8 |
|---|---|---|---|---|
| Sale Price / SF |  |  |  |  |
| Sale Date | Oct- 10 | Oct- 10 | Oct- 10 | Oct- 10 |
| Sale Price | $ 22.75 | $ 22.75 | $ 22.75 | $ 22.75 |
| CPI | 0.0% | 0.01% | 0.01% | 0.0% |
| Market Conditions | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted Price | $ 22.75 | $ 22.75 | $ 22.75 | $ 22.75 |
| / Ownership % | 25.0% | 25.0% | 25.0% | 25.0% |
| Adjusted 100% Ownership Price | $ 91.00 | $ 91.01 | $ 91.01 | $ 91.00 |
| Comparable | A | B | C | D |
| Sale Date | Dec- 10 | Feb- 11 | Feb- 11 | Jan- 11 |
| Sale Price | $ 112.50 | $ 107.50 | $ 102.50 | $ 114.50 |
| Partial Ownership Discount | -19.1% | -15.3% | -11.2% | -20.5% |

Seven of the eight comparisons indicate a slight discount in the price of a partial ownership interest in a mineral estate. Specifically, seven of these comparisons demonstrate that the price of an undivided minority partial interest in a mineral estate is discounted between -4.6% and -20.5% when compared to 100% ownership. The average price discount of an undivided minority interest in a mineral estate is -11.3%. Based on this analysis I am of the opinion that an undivided minority interest in a mineral estate is priced at a discount of -10.0% of the value of a 100% ownership interest in a mineral estate, assuming all other factors remain constant. This discount equates to $9.00 per mineral estate acre in which there is less than a majority ownership.

Exhibit A

Financing Terms

The sale price of each comparable was in cash or a cash equivalent, therefore the sale price is similar to the cash or cash equivalent tenet of market value.

Conditions of Sale

The sale price of each comparable sale is the result of typical conditions of sale with neither party under undue duress to complete the transaction.

Market Conditions

Florida agricultural land prices rose 35.5% from $5,240 per acre in 2017 to $7,100 per acre in 2024 with the biggest increases occurring between 2023 and 2024 and a one year increase of 11.3%. Refer to the chart for the change in market conditions over time.

Figure 9



According to the Lay of the Land, Florida 2024 Market Report, ranch and recreation land in Florida increased 7.7% per year on a simple basis between 2020-2024. As the state population grows and wealth relocates to Florida, ranch and recreation continues to be in high demand.

Data analysis clearly shows that there has been a positive change in market conditions between 2020 and the date of value. Thus, the market conditions existing on the date of the

<span style="color:red">Exhibit A</span>

comparable sales is inferior to the market conditions existing on the valuation date. The degree of inferiority is in proportion to the magnitude of change between the comparable sale date and the valuation date.


Location

It is best to analyze the macro location of the property and the micro location separately because of the unique locational aspects of the subject property.

The subject property is in one of the most remote areas of Florida, surrounded by 5,066 square miles of conservation land, swamps, marshes, estuaries and hammocks. Land value is mostly derived from the use that land can be put by land users. To have land users there needs to be people. There is an inverse relationship between distance (friction) between the users and the land. Given the long distance between the subject property and the nearest population centers of Naples and Miami the location of the subject property is very remote.

Comparable Sales 1, 2, 4 and 5 are in areas with a higher population density and they are nearer to population centers, thus more users and higher demand. Therefore, these comparable land sales have a macro location that is superior to the subject property macro location.

Comparable Sale 3, Green Heart of the Everglades, is 28 miles west of the subject property within the 5,066 square mile defined market area. However, this sale is near the western boundary of the market area, near the populations of Marco Island, Everglades City and Naples. The location of this comparable is slightly superior to the subject property location.
The National Park Service classifies the subject property as "backcountry", meaning it does not receive public utility service, is not accessible via a state, county, or privately maintained road, and must be accessed by foot, aircraft, or off-road vehicle (ORV). This severe access control significantly restricts the use of the land.

Comparable Sales 1, 2, 3 and 4 have extensive frontage and access from a paved public road, which is superior to the subject property access. The access to Comparable Sale 5 is via a 33 foot wide non-exclusive 0.56 mile long ingress/egress easement, which is slightly superior to the subject property access.


Physical Characteristics

The subject property is 96.6% wetlands, which is a significant determinant on use. Generally, the price of recreation or agricultural land is inversely related to the percentage of wetland coverage. The higher the wetland percentage, the lower the average price per gross acre.
Comparable Sales 3 and 5 have a wetland ratio that is very similar to the subject property at 99.5% and 79.5%. The sales price per gross acre of these two land sales are the lowest of the five sales, obviously reflecting the high wetland ratio. Comparable Sale 1 has a wetland ratio of 51.7%, which is moderately superior to the subject property. Comparable Sales 2 and 4 have low wetland ratios of 19.4% and 23.3% and are therefore superior to the subject property for wetland ratio.
Tier 3 Prospect

Exhibit A

The property has 1,571 acres within a Tier 3 prospect, which suggests moderate potential for discovering commercially viable oil and gas deposits. Active oil exploration and extraction operations are occurring within three miles of the property. The nearby Raccoon Point wellfield is the most productive wellfield in the Sunniland Trend, further indicating that a mineral estate within a Tier 3 prospect holds value.

Legal Characteristics

Although Agricultural (A) zoning allows residential development of one dwelling unit per five acres, the Big Cypress Area of Critical State Concern and Special Treatment Overlays significantly restrict development density allowed by the Agricultural zoning. These overlays prohibit a negative impact on the flow of water and since 96.6% of the subject property is wetlands, residential development is almost impossible.

Comparable Sale 3 is therefore most similar to the subject for these legal characteristics, as it is mostly under the same land use, zoning, and overlay districts as the subject property.

The WRP easement removes development within the 3,462 encumbered acres on Comparable Sale 5, which is similar to the effect of the subject future land use, zoning, and overlay districts. 283 acres are unencumbered and are therefore developable. Overall, the legal characteristics of this comparable sale are slightly superior to the subject property.

The legal characteristics of Comparable Sales 1, 2, and 4 are superior to the future land use, zoning, and overlay districts encumbering the subject property.

Comparable Sale 3 is most similar to the subject property but slightly superior in public right of way, paved road frontage, and macro location, given the number and magnitude of adjustments. Comparable Sale 5 is accorded secondary consideration due to the WRP easement effect and its similarity with the future land use, zoning, and overlay districts encumbering the subject property.

The remaining comparable sales are given tertiary weight in the estimation of market value.

Reconciliation

Based on my analysis, I am of the opinion that the market value of the fee simple estate of the 7,389 acres is $2,100 per gross acre and the market value of the servient of the 9,950 acres is $1,950 per gross acre. Thus, the market value of the subject property is:

Exhibit A

Table 4

### Market Value Fee Simple Estate

| | |
|---|---|
| Gross Acres | 7,389 |
| * Market Value Acre | $ 2,100 |
| Market Value | $ 15,516,900 |

### Market Value of the Servient Estate

| | |
|---|---|
| Gross Acres | 9,950 |
| * Market Value Acre | $ 1,985 |
| Market Value | $ 19,750,750 |
| | |
| Total Market Value | $ 35,267,650 |
| Rounded | $ 35,268,000 |

### Exposure Time

Comparable Sale 3 was exposed to the market for about 18 months. Analysis of other large tract sales in south Florida were exposed to the market of buyers from 4 months to 12 months. In consultation with land brokers if appropriately priced and marketed the exposure time for a large recreation tract should be less than 12 months. Based on my analysis of this data I am of the opinion that the exposure time for the subject property at the estimated market value is less than 12 months.

Exhibit A

## ASSUMPTIONS AND LIMITING CONDITIONS

1.  No responsibility is assumed for the legal description or for matters including legal or title considerations.  Title to the property is assumed to be good and marketable unless otherwise stated.

2.  The property is appraised free and clear of all encumbrances, unless otherwise noted.

3.  It is assumed that there are no hidden or unapparent conditions of the property's subsoil or structure that render it more or less valuable.  No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

4.  All value estimates have been made contingent on information provided by governmental authorities and employees.

5.  It is assumed that there is full compliance with all applicable federal, state, and local environmental laws and regulations, unless noncompliance is stated, defined, and considered in the appraisal report.

6.  This appraisal report covers only the premises herein; and no figures provided, analysis thereof, or any unit values derived therefrom are to be construed as applicable to any other property, however similar they may be.

7.  The appraiser, by reason of this report, is not required to give testimony in court with reference to the property herein, nor obligated to appear before any governmental body, board, or agent, unless arrangements have been previously made therefor.

8.  This appraisal has been prepared solely for the private use of the client who is listed above as the addressee.  No other party is entitled to rely on the information, conclusions, or opinions contained herein.

9.  Neither all nor any portion of the contents of this appraisal shall be conveyed to the public through advertising, public relations, news, sales, or other media without the written consent and approval of the appraiser, particularly as to valuation conclusions, identity of the appraiser or firm with which he is connected, or any reference to the Appraisal Institute or to the MAI designation. Furthermore, neither all nor any portion of the contents of this appraisal shall be used in connection with any offer, sale, or purchase of a security (as that term is defined in Section 2(l) of the Securities Act of 1933) without the prior express written consent of the appraiser.

10. Unless stated otherwise, the possibility of hazardous material, which may or may not be present on the property, was not observed by the appraiser during the course of the normal inspection and research conducted during the appraisal assignment.  The appraiser, however, is not professionally qualified to detect such substances, and inspection by a professional in the field is recommended for any property. The presence of substances such as asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials could affect the value of the property, if found.  The value estimate is predicated on the assumption that there is no such material on or in the property that

Exhibit A

would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.  This appraisal report is subject to receipt of an environmental audit confirming that no hazardous or toxic material is located on the premises.  Should such material be discovered, final value estimates herein would be reduced by the cost to remove such substances and to restore the premises to serviceable condition, and would further be reduced by indirect expenses and income losses incurred by the owner during abatement.  Such adjustments to the value estimate contained herein may be made only by the appraiser and only upon receipt of the environmental audit, construction cost estimates and other data satisfactory to the appraiser at his sole discretion.

Exhibit A

### MICHAEL A. MCELVEEN, MAI, CRE
### President
### Urban Economics, Inc.

Michael A. McElveen serves as President of Urban Economics, Inc., a Tampa-based real estate consulting firm specializing in econometrics, valuation, spatial analytics, economic impact studies, and stigma-effect analysis. With over 42 years of professional experience, Mr. McElveen is particularly recognized for his extensive expertise as an expert witness, having provided testimony in numerous jury trials, hearings, and depositions.

Areas of Expertise Include:

- Real Estate Valuation & Expert Testimony: Mr. McElveen has completed valuations, evaluations, consulting, and expert testimony across diverse real estate sectors including:
  - Office Properties
  - Aviation and Port-Related Real Estate
  - Manufacturing Facilities
  - Hospitality and Hotel Properties
  - Golf Courses and Recreational Facilities
  - Regional Retail Centers and Big-Box Stores
  - Master-Planned Residential Communities
  - Developments of Regional Impact (DRIs)
  - Condominiums and Apartment Complexes
  - Convenience Stores and Gas Stations
  - Entitled and Unentitled Land Parcels

- Environmental Impairment and Stigma Analysis: Recognized by his peers and Florida courts as an expert on valuation impacts due to environmental impairment and associated stigma, Mr. McElveen has extensively studied and lectured on property marketability within environmentally impaired contexts, including Brownfields redevelopment. Representative environmental impairment assignments include:
  - Jacksonville, FL: Groundwater contamination (cleaning solvents, VOCs, heavy metals) affecting 86 single-family residences.
  - St. Thomas, USVI: Petroleum groundwater contamination analysis.
  - Orlando, FL: Impact of unexploded World War II ordnance on residential property values.
  - Tallevast, FL: Groundwater contamination and proximity to a Superfund site affecting 150 residential and commercial properties.
  - Tampa, FL: Arsenic-based solvents in groundwater at commercial development sites.
  - Tampa, FL: Valuation impacts from Mulberry Phosphate acidic wastewater slurry spill into Alafia River.
  - Clearwater, FL: Asbestos contamination within a regional shopping mall.
  - Port St. Joe, FL: Impaired fill material impacts on single-family residential development.
  - Largo, FL: Groundwater contamination impacts on retail and business park sites from off-site sources.
  - Sarasota, FL: Petroleum groundwater contamination of residential property.
  - Tavernier, FL: Sewage contamination impact on single-family home.
  - Florida (multiple sites): Numerous valuation analyses involving dry cleaning solvent contamination, landfill proximity, and Brownfield redevelopment sites.

- Aviation and Port-Related Real Estate: As an active Instrument-Rated Single-Engine Land (SEL) Private Pilot and a U.S. Merchant Marine Captain (100-ton, near-coastal waters), Mr. McElveen combines practical aviation and maritime knowledge with real estate expertise. His unique

<span style="color:red">Exhibit A</span>

qualifications have led to frequent consulting roles with organizations such as the University of South Florida's Center for Transportation Research (CUTR). Recent aviation and port-related engagements include:

- Port Canaveral: Comprehensive land lease rent and terms analysis for properties south of the shipping channel, including the proposed retail development "The Cove at Port Canaveral."
- Clearwater, FL: Aircraft hangar rental and lease term study for U.S. Army Corps of Engineers corporate aviation facilities.
- Orange County, FL: Approved aviation/non-aviation real estate appraiser with Orange County Aviation Authority (OCAA).
- Opa Locka, FL: Ground lease appraisal review and consulting for Miami-Dade Aviation Department.
- Florida Department of Transportation (FDOT) Aviation & Space Ports: Advisory roles in the publication of:
  - "Guidelines for Determining Market Value & Market Rent of Airport Property" (CUTR)
  - "Florida Aviation Facilities Rent Study" (CUTR)
- Florida Aviation Trades Association: Authored and analyzed the "Florida Hangar Rent Survey," published in Spring 2012.

- Economic Analysis: Mr. McElveen employs advanced econometric and meta-analysis methodologies, utilizing the latest IMPLAN economic impact modeling software to quantify real estate development impacts. Representative projects include:
  - Meta-analysis of Home Depot stores' impact on nearby residential property values (Cape Coral and Jacksonville Beach, FL).
  - Economic impact assessment of a 9,400-acre aggregate mine in Levy County, FL.
  - Econometric analysis of aggregate mine impacts on home prices in Hernando County, FL.
  - Economic impact study of a 1-million-square-foot regional shopping mall in Hillsborough County, FL.
  - Economic impact study of urban infill condominium developments in Tampa, FL.
  - Marginal valuation impact analyses for golf courses, equestrian facilities, and community amenities in various Florida locations.
  - Analysis of delay and development plan-change damages in residential condominiums (Jacksonville Beach, FL; St. Johns, USVI).
  - Hedonic regression analyses examining vehicular traffic, roadway elevation, and parking adequacy effects on property values.

- Spatial Analytics and Counseling: Mr. McElveen leverages sophisticated spatial analytics, including GIS mapping with ESRI ArcView software, to visually demonstrate locational impacts on real estate value and marketability. His advisory services have been utilized by major corporations, such as The Home Depot, to educate stakeholders and communities regarding large-scale retail developments and infrastructure projects.

Education:

- Bachelor of Arts in Finance, University of South Florida
- Bachelor of Science, Florida State University

Professional Associations and Certifications:

- Member of the Appraisal Institute (MAI), Certificate No. 7569
- Florida Real Estate Broker, License BK89611
- CCIM Institute Member (CCIM), National Association of Realtors

Exhibit A

- State of Florida Certified General Real Estate Appraiser, License RZ360
- American Real Estate Society (ARES)
- American Real Estate and Urban Economics Association
- National Association of Business Economists (NABE)
- The Counselors of Real Estate (CRE), Member ID 2592

Expert Witness Experience:

- Qualified expert witness in Federal Bankruptcy Courts (Florida Middle and Lower Districts) and multiple Circuit Courts across Florida counties including Miami-Dade, Hillsborough, Pinellas, Lee, Broward, Orange, Polk, Alachua, Hernando, Manatee, Palm Beach, St. Johns, Sumter, Volusia, Pasco, Hardee, and Washington.

Publications and Presentations:
- Published and presented extensively on topics including real estate valuation, environmental impairment impacts, aviation-related real estate, and spatial econometric analyses. Notable journals include the Journal of Housing Research and Assessment Digest.

Professional Service:

- Past President and Board Member, Florida State University Trends Conference
- Regular speaker and contributor at industry conferences and professional forums addressing valuation, environmental impacts, and spatial analytics.

Exhibit A

ADDENDA

Exhibit A

**Comparable Sale 1 - Tarpon Blue**

## TRANSACTION OVERVIEW

| | |
|---|---|
| Grantor: | CDC Investment Properties, LLC, successor by merger to CDC Land Investments Inc, Collier Land Holdings Ltd, Cow Bone Slough LLLP. |
| Grantee: | Board of the Trustees of the Internal Improvement Trust Fund of the State of Florida (TIITF) |
| Transaction Date: | November 18, 2024 |
| Real Property Interest: | Fee simple & Surface estate |
| Ownership Interest Transferred | 100% |
| Highest & Best Use: | Agriculture & recreation |
| Sale Price: | |
|    Nominal Price | $122,400,000 |
|    Adjusted Price | $122,400,000 |
| Price per Acre: | $4,888 |

## PROPERTY DETAILS

| | |
|---|---|
| Location: | Northeast corner of Collier County and west side Hendry County. |
| County/State: | Collier & Hendry Counties, FL |
| Parcel ID Number: | 1-31-47-28-A00-0001-0000, et al |
| Parcel Size Acres: | 25,039 |
| Upland Acres: | 12,085 |
| Wetland Acres: | 12,954 |
| Land Use/Zoning: | Low Residential, High Residential, Agriculture, Rural Mixed Use, Mobile Home Overlay and Rural Land Stewardship, Collier & Hendry Counties |
| Topography: | Level |
| Present Use of Surface: | Agriculture, pasture, row crops & recreation |

## TRANSACTION CHARACTERISTICS

| | |
|---|---|
| Verification: | Tom Jones, Barron Collier Enterprises |
| Market Exposure: | Not exposed to the market. |
| Financing Terms: | All cash |
| Deed Type: | SWD |
| Recording Data: | OR 1089/1191, Hendry County, OR 6417/3647 Collier County |

<span style="color:red">Exhibit A</span>

Encumbrances/Easements:                Access easements.
Special Conditions:                    Grantor leased the property back at
                                       market rate for five-years with one five
                                       year option to renew.

**COMMENTS/ANALYSIS**

TIIFT acquired two five-year options to purchase this tract on March 26, 2024 and
exercised the option and closed on the property November 18, 2024.

The Grantor obtained from the Grantee two five-year leases on the property. The lease
rate is to be at market and adjusted annually by CPI. The Grantor retained oil, gas and
mineral rights therefore this is the sale of the surface estate.

This property is a combination of four parcels ranging in size from 2,341 acres to 9,263
acres located in Collier and Hendry Counties. These parcels have extensive frontage
on paved arterials, CR 858, SR 29 and CR 846.

Exhibit A

**AERIAL PHOTOGRAPH**



Exhibit A

## LAND COVER



Exhibit A

Supp. App. 1134

**Comparable Sale 2 - Devil's Garden**

| TRANSACTION OVERVIEW | |
|---|---|
| Grantor: | Alico Inc. |
| Grantee: | Board of the Trustees of the Internal Improvement Trust Fund of the State of Florida (TIITF) |
| Transaction Date: | December 21, 2023 |
| Real Property Interest: | Fee simple |
| Ownership Interest Transferred: | 100% |
| Highest & Best Use: | Agriculture |
| Sale Price: | |
|    Nominal Price | $77,630,500 |
|    Adjusted Price | $77,630,500 |
| Price per Acre: | $4,506 |

| PROPERTY DETAILS | |
|---|---|
| Location: | N&S sides Hill Grade Rd, east of Sam Jones Rd. |
| County/State: | Hendry County, FL |
| Parcel ID Number: | 1-33-45-31-A00-0001, et al |
| Parcel Size Acres: | 17,229 |
|    Upland Acres: | 13,885 |
|    Wetland Acres: | 3,344 |
| Land Use/Zoning: | Agriculture/A-2 by Hendry County |
| Topography: | Level with elevations of 20 to 28 feet NAVD88 |
| Present Use of Surface: | Agriculture, row crops, pasture |

| TRANSACTION CHARACTERISTICS | |
|---|---|
| Verification: | TIITF board minutes |
| Market Exposure: | Not exposed to the market |
| Financing Terms: | All cash |
| Deed Type: | WD |
| Recording Data: | 202326015628 |
| Encumbrances/Easements: | Typical easements for ingress/egress |
| Special Conditions: | None known |

**COMMENTS/ANALYSIS**

This land sale is located in east Hendry County approximately 20 miles southeast of LaBelle.

The property is encumbered with typical ingress/egress easements.

<span style="color:red">Exhibit A</span>

The property is zoned by General Agriculture,A-2 by Hendry County which permits one dwelling per five acres.

The site is improved with typical ranch improvements such as fencing, cross-fencing, gates, ditches, culverts, trails, and water pits. The majority of this land sale is located in flood zone X which is an area of minimal flood risk. The remainder of the property is in zone A and AE which are areas subject to inundation by the one-percent annual chance flood event.

Access to this property is via two miles frontage on CR 833 and six miles frontage on CR 835, Sam Jones Trail Grade Road and Dooley Grade Road.l

**AERIAL PHOTOGRAPH**



**LAND COVER**



Land Cover
- AGRICULTURE - 13,616 AC
- RANGELAND - 174 AC
- UPLAND FORESTS - 10 AC
- URBAN AND BUILT-UP - 45 AC
- WATER - 25 AC
- WETLANDS - 3,319 AC

Exhibit A

**Comparable Sale 3 - Green Heart of the Everglades**

| TRANSACTION OVERVIEW | |
|---|---|
| Grantor: | Collier Land Holdings LTD, CDC Investment Properties LLC, PHU Properties LLC, Barron Collier Partnership LLLP. |
| Grantee: | South Florida Water Management District |
| Transaction Date: | June 28, 2023 |
| Real Property Interest: | Fee simple |
| Ownership Interest Transferred: | 100% |
| Highest & Best Use: | Open space, recreation |
| Sale Price: | |
|   Nominal Price | $29,850,000 |
|   Adjusted Price | $29,850,000 |
| Price per Acre: | $2,701 |

| PROPERTY DETAILS | |
|---|---|
| Location: | West side SR 29, north & south side of Tamiami Trail (US Hwy 41). |
| County/State: | Collier County, FL |
| Parcel ID Number: | 01136000009, et al |
| Parcel Size Acres: | 11,053 |
| Upland Acres: | 52 |
| Wetland Acres: | 11,001 |
| Land Use/Zoning: | AG, Conservation, Urban Residential Sub-district, Agriculture/Rural, ACSC/ST, Rural Agriculture, Collier County |
| Topography: | Level |
| Present Use of Surface: | Open space, recreation |

| TRANSACTION CHARACTERISTICS | |
|---|---|
| Verification: | Ernie Cox, Esq, for Grantor |
| Market Exposure: | Not exposed to market |
| Financing Terms: | All cash |
| Deed Type: | WD |
| Recording Data: | OR 6268/2017, OR 6268/2006, OR 6268/2020, OR 6268/2023 |
| Encumbrances/Easements: | Typical ingress/egress & utility |
| Special Conditions: | None known |

Exhibit A

## COMMENTS/ANALYSIS

This property has frontage on the Barron River which flows into Chokoloskee Bay and is a visual and recreational amenity. This property has extensive frontage on the west side of SR 29 and the north and south sides of Tamiami Trail (US Hwy 41) and is in close proximity to the Interstate 75/State Road 29 interchange. The property is adjacent to the BIYC.

This property is near Marco Island and as such is influenced by land development in Marco Island and nearby city of Naples.

The ACSC and the ST overlay  serve to protect the natural, environmental, and economic resources of the area and thus precludes land development.

526.17 acres of State Sovereign submerged land with a depth of 1 to 3 feet mean low water south of the Barron River in Chokoloskee Bay.

## LAND SALE MAP



Exhibit A

**LAND COVER**



Land Cover

| | |
|---|---|
| ▢ (yellow) | AGRICULTURE - 47 AC |
| ▢ (tan) | RANGELAND - 3 AC |
| ▢ (red) | URBAN AND BUILT-UP - 2 AC |
| ▢ (blue) | WATER - 767 AC |
| ▢ (teal) | WETLANDS - 10,323 AC |

Exhibit A

## Comparable Sale 4 - Everglades Headwaters Preserve

### TRANSACTION OVERVIEW

| | |
|---|---|
| Grantor: | Durando Okeechobee Partners, Shala ll, LLC, |
| Grantee: | Everglades Headwaters Preserve LLC |
| Transaction Date: | December 1, 2021 |
| Real Property Interest: | Fee simple |
| Ownership Interest Transferred: | 100% |
| Highest & Best Use: | Agriculture, recreation |
| Sale Price: | |
|   Nominal Price | $45,842,300 |
|   Adjusted Price | $45,842,300 |
| Price per Acre: | $4,086 |

### PROPERTY DETAILS

| | |
|---|---|
| Location: | West of US Hwy 441, between Yeehaw Junction and Ft. Drum. |
| County/State: | Okeechobee County, FL |
| Parcel ID Number: | 1-10-33-34-0A00-00001-0000 |
| Parcel Size Acres: | 11,220 |
| Upland Acres: | 8,602 |
| Wetland Acres: | 2,619 |
| Land Use/Zoning: | Agriculture, Agriculture (A), Okeechobee County |
| Topography: | Level |
| Present Use of Surface: | Ranch land, agriculture, hunting, |

### TRANSACTION CHARACTERISTICS

| | |
|---|---|
| Verification: | Ben Crosby, Broker |
| Market Exposure: | Exposed to market |
| Financing Terms: | All cash to grantor |
| Deed Type: | WD |
| Recording Data: | 2021015280, 2022014685 |
| Encumbrances/Easements: | Typical ingress/egress and drainage easements. |
| Special Conditions: | None known. |

### COMMENTS/ANALYSIS

Agriculture zoning allows one dwelling unit per ten acres on paved roads and one dwelling unit per forty acres on unpaved roads. The property is within the Avon Park Air Force Range "Military Operations Area" which is an overlaying restricted airspace.

Exhibit A

The property has 1.2 miles of paved frontage on the west side of U.S. Highway 441 and access to U.S. Highway 44.

All but 3.77 acres are contiguous and lie west of U.S. Highway 441. This ranch has been used for cow/calf ranching, hay production, row crop farming, sod and recreation.

The property slopes negatively from the north and east towards the south and west eventually draining to the Kissimmee River. Elevations are relatively flat being between 67 feet and 72 feet.

## AERIAL PHOTOGRAPH



Exhibit A

**LAND COVER**



Land Cover
- AGRICULTURE - 8,299 AC
- RANGELAND - 138 AC
- UPLAND FORESTS - 167 AC
- WATER - 0.5 AC
- WETLANDS - 2,618 AC

Exhibit A

**Comparable Sale 5 - Deer Creek Ranch**

| TRANSACTION OVERVIEW | |
| --- | --- |
| Grantor: | Spanish Trail Land and Cattle Company LLC |
| Grantee: | Deer Creek Ranch LLC |
| Transaction Date: | December 1, 2024 |
| Real Property Interest: | 3,462 Acres servient estate of WRP easement, 283 acres fee simple |
| Ownership Interest Transferred: | 100% |
| Highest & Best Use: | Agriculture, recreation |
| Sale Price: | |
|   Nominal Price | $7,000,000 |
|   Adjusted Price | $7,000,000 |
| Price per Acre: | $1,869 |

| PROPERTY DETAILS | |
| --- | --- |
| Location: | 0.56 miles east of Farabee Road, 5 miles east of SR 31, along northern Charlotte County boundary |
| County/State: | Charlotte, FL |
| Parcel ID Number: | 402601300001, et al |
| Parcel Size Acres: | 3,745 |
|   Upland Acres: | 768 |
|   Wetland Acres: | 2,977 |
| Land Use/Zoning: | FLUP Designation: AG, Agriculture, permitting residential development 1 unit per 5 or 10 acres and RC, Resource Conservation permitting residential development of 1 unit per 40 acres. Zoning Agriculture, AG, Charlotte County |
| Topography: | Level |
| Present Use of Surface: | Agriculture, cattle grazing |

| TRANSACTION CHARACTERISTICS | |
| --- | --- |
| Verification: | Patrick Hill, Grantee |
| Market Exposure: | |
| Financing Terms: | All cash |
| Deed Type: | SWD |
| Recording Data: | 3473886 |
| Encumbrances/Easements: | Typical ingress/egress easement, Federal WRP wetland reserve easement, see comments below. |
| Special Conditions: | None known. |

<span style="color:red">Exhibit A</span>

**COMMENTS/ANALYSIS**

Physical and legal access is via a 33' wide non-exclusive easement extending 0.56 mile east from the eastern extension of Farabee Road. Farabee Road extends west to paved State Road 31 and is an unpaved Charlotte County maintained right-of-way that transitions into a non-exclusive easement for ingress/egress in proximity to the property.

The underlying residential density provided by zoning was sold to the USDA as part of the WRP conservation easement. Thus this sale is of the servient estate in which there is no residential in the encumbered 2,901 acres.

On the eastern encumbered lands continued use is limited to cattle grazing during the dry season, periodic hay harvesting (with permission from the WRP), and recreational use after implementation of the proposed wetland rehydration plan that will inundate 84% of the encumbered acreage approximately 180 days per year into the future.

Land improvements consist of improved pastures on productive organic and transitional soils served by land improvements for water control including on-site pump station. Land Improvements for water control include perimeter and interior canals along with a 650±-acre diked reservoir for storage and reuse of excess surface water in the northeast. Other typical land improvements include perimeter fencing and gates along with internal all weather ranch roads for movement of vehicles and equipment.

3,462.11 acres is encumbered by a Wetland Reserve Program Conservation Easement No. 232 referenced in Charlotte County Official Records Book 4693, Page 1079

The property is improved with pastures.The USDA and NRCS has made a restoration plan over the eastern 3,462 acres for the restoration and rehydration of historical wetlands. After implementation of this project, the 3,462 acres will have 2,901 acres of wetlands which will be inundated for 180 days per year. The western 283 fee simple acres are upland pasture. After the wetland restoration plan implementation, the property will comprise 2,977 wetland acres, an 80% wetland ratio.

This property is 92% encumbered with the USDA WRP easement which prohibits the construction of roads or buildings and prohibits impacting the wetlands and native uplands. Permitted uses include cattle grazing (5-year compatible use agreement) plus typical recreation uses.

The property was acquired by the adjacent property owner for cattle grazing and recreational opportunities of the property for future paid hunts.

On December 28, 2020, the eastern 3,462.11 acres was voluntarily placed under a USDA WRE conservation easement for $11,669,492 and referenced in Charlotte County Official Records Book 4693, Page 1079.

Exhibit A

**AERIAL PHOTOGRAPH**



Uplands/Usable Wetlands - 2,627.11 AC
Wetlands - 1,136.87 AC
Total - 3,763.98 AC

Exhibit A

**LAND COVER**



Exhibit A

Supp. App. 1147

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2016    Page: 70 of 335
Case 1:25-cv-22896-KMW    Document 80-1    Entered on FLSD Docket 08/01/2025    Page 69 of 69

**Exhibit 3**



# BIG CYPRESS
### WILDLIFE MANAGEMENT AREA
711,848 acres
Collier, Miami-Dade and Monroe Counties

Exhibit A



# BIG CYPRESS
## WILDLIFE MANAGEMENT AREA
711,848 acres
Collier, Miami-Dade and Monroe Counties

Note: Zones in the Stairsteps Unit pertain to NPS ORV rules. Please see ORV map provided by NPS for more information.

# Supp. App.1149



♦ Approximate Location of Standard Penetration Test (SPT) Boring

| DRAWN BY: JO | APPROVED BY: RV | ENGINEER OF RECORDS | | TIERRA SOUTH FLORIDA | SCALE: | PROJECT NUMBER: | BORING LOCATION PLAN | SHEET NO. |
|---|---|---|---|---|---|---|---|---|
| CHECKED BY: BG | DATE: 7/22/2025 | RAMAKUMAR VEDULA, P.E. FLORIDA LICENSE NO.: 54873 | tsf GEO | 2765 VISTA PARKWAY, STE-10 WEST PALM BEACH, FL 33411 | NTS | 7111-25-196 | DADE-COLLIER TRAINING AND TRANSITION AIRPORT OCHOPEE, FLORIDA | 1 |

Supp. App.1150



**Bore # B-1**
Date 6/28/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.865294
Longitude -80.901223

TOPSOIL
BROWN SILTY SAND WITH LIMEROCK
TRACE ROOTS (FILL)

BROWN, LIGHT GRAY LIMESTONE

LIGHT GRAY TO BROWN LIMESTONE WITH
SAND OCCASIONALLY TRACE SHELL

Boring Terminated
at Depth of 10ft

**Bore # B-2**
Date 6/28/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.864471
Longitude -80.901124

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

GRAY SILTY SAND TRACE ROOTS TRACE
LIMESTONE (SM)

BROWN, LIGHT GRAY LIMESTONE

LIGHT GRAY TO BROWN LIMESTONE WITH
SAND OCCASIONALLY TRACE SHELL

Boring Terminated
at Depth of 10ft

**Bore # B-3**
Date 6/28/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.86502
Longitude -80.900431

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

BROWN, LIGHT GRAY LIMESTONE

LIGHT GRAY TO BROWN
LIMESTONE WITH SAND
OCCASIONALLY TRACE SHELL

Boring Terminated
at Depth of 15ft

**Bore # B-4**
Date 6/28/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.865268
Longitude -80.899645

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

BROWN, LIGHT GRAY LIMESTONE

LIGHT GRAY TO BROWN
LIMESTONE WITH
SAND OCCASIONALLY
TRACE SHELL

Boring Terminated
at Depth of 10ft

**Bore # B-5**
Date 6/28/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.864471
Longitude -80.899729

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

BROWN ORGANIC SILTY SAND TRACE
LIMESTONE (SM/OL)

BROWN, LIGHT GRAY LIMESTONE

LIGHT GRAY TO BROWN LIMESTONE WITH
SAND OCCASIONALLY TRACE SHELL

Boring Terminated
at Depth of 10ft

DEPTH (FEET)

**LEGEND**

 Encountered Groundwater Table

50/X Fifty Blows with Automatic Hammer (140lb)
per X inches penetration.

(SP) Unified Soil Classification System (ASTM D 2488)

N Indicate SPT Value (12" Penetration-140 lb Hammer)



Asphalt /
Topsoil

Sand

Gravelly Sand

Silty Sand

Sand Organic

Limestone Hard

**NOTES**

1. STRATA BOUNDARIES ARE APPROXIMATE AND MAY
VARY BETWEEN OR AWAY FROM BORING LOCATIONS.

2. BORING LOCATIONS WERE MARKED IN THE FIELD
USING A HANDHELD GPSMap GARMIN 78s.
ACTUAL LOCATIONS AND THEIR COORDINATES ARE
APPROXIMATE.

3. DEPTH SHOWN ARE IN FEET FROM EXISTING
GROUND SURFACE

4. SPT N-VALUES SHOWN ABOVE WERE OBTAINED
USING AUTOMATIC HAMMERS. GENERALLY DESIGN
CORRELATIONS AND PROGRAMS USE SAFETY
HAMMERS N-VALUES. HENCE, THE ABOVE
N-VALUES NEED TO BE MULTIPLIED BY 1.24 TO
OBTAIN EQUIVALENT SAFETY HAMMER N-VALUES
FOR DESIGN PURPOSE.

5. THE LIMESTONE STRATA ENCOUNTERED WITHIN THE
PROJECT SITE CORRESPOND TO ROCK FORMATION
THAT TYPICALLY OFFER HIGH RESISTANCE TO
EXCAVATION AND DRILLING. SPECIAL EQUIPMENT
AND BREAKING TOOLS ARE TYPICALLY REQUIRED TO
EXCAVATE AND DRILL WITHIN THESE LIMESTONE
LAYERS. THESE LIMESTONE LAYERS ARE ALSO
DIFFICULT TO DEWATER DUE TO ITS HIGH POROSITY
AND PERMEABILITY.

6. THE SAND STRATA ENCOUNTERED IN THIS AREA IS
SOMETIMES MIXED WITH CEMENTED SAND AND
LIMESTONE THAT COULD OFFER HIGH RESISTANCE
AND LEAD TO CAVING SOILS. SPECIAL EQUIPMENT
AND/OR PROCEDURES MAY BE REQUIRED TO
EXCAVATE AND STABILIZE EXCAVATIONS.

| DRAWN BY: JO | APPROVED BY: RV | ENGINEER OF RECORDS |  | TIERRA SOUTH FLORIDA | SCALE: NTS | PROJECT NUMBER: 7111-25-196 | SOIL PROFILES | SHEET NO. |
|---|---|---|---|---|---|---|---|---|
| CHECKED BY: BG | DATE: 7/22/2025 | RAMAKUMAR VEDULA, P.E. FLORIDA LICENSE NO.: 54873 | | 2765 VISTA PARKWAY, STE-10 WEST PALM BEACH, FL 33411 | | | DADE-COLLIER TRAINING AND TRANSITION AIRPORT OCHOPEE, FLORIDA | 2 |

Supp. App.1151



Bore # B-6
Date 6/28/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.860942
Longitude -80.912803

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

DARK BROWN SILTY SAND WITH
LIMESTONE (SM)

BROWN, LIGHT GRAY LIMESTONE

LIGHT GRAY TO BROWN LIMESTONE WITH
SAND OCCASIONALLY TRACE SHELL

Boring Terminated
at Depth of 10ft

Bore # B-7
Date 6/28/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.859969
Longitude -80.912653

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

DARK BROWN SILTY SAND WITH
LIMESTONE (SM)

BROWN, LIGHT GRAY LIMESTONE

LIGHT GRAY TO BROWN LIMESTONE WITH
SAND OCCASIONALLY TRACE SHELL

Boring Terminated
at Depth of 10ft

Bore # B-9
Date 6/27/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.859975
Longitude -80.911296

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

LIGHT GRAY TO BROWN LIMESTONE WITH
SAND OCCASIONALLY TRACE SHELL

BROWN, LIGHT GRAY LIMESTONE

Boring Terminated
at Depth of 10ft

Bore # B-10
Date 6/27/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.860878
Longitude -80.911038

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

DARK BROWN SILTY SAND WITH
LIMESTONE (SM)

BROWN, LIGHT GRAY LIMESTONE

BROWN LIMESTONE WITH SAND TRACE
SHELL

BROWN , LIGHT GRAY LIMESTONE

Boring Terminated
at Depth of 10ft

Bore # B-11
Date 6/27/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.860403
Longitude -80.910283

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH
LIMEROCK TRACE SHELL (FILL)

LIGHT GRAY TO BROWN LIMESTONE WITH
SAND OCCASIONALLY TRACE SHELL

BROWN, LIGHT GRAY LIMESTONE

LIGHT GRAY TO BROWN LIMESTONE WITH
SAND OCCASIONALLY TRACE SHELL

Boring Terminated
at Depth of 15ft

DEPTH (FEET)

LEGEND

▽ Encountered Groundwater Table

50/X Fifty Blows with Automatic Hammer (140lb)
per X inches penetration.

(SP) Unified Soil Classification System (ASTM D 2488)

N Indicate SPT Value (12" Penetration-140 lb Hammer)

 Asphalt /
Topsoil

 Sand

Gravelly Sand

Silty Sand

Sand Organic

Limestone Hard

NOTES

1. STRATA BOUNDARIES ARE APPROXIMATE AND MAY
VARY BETWEEN OR AWAY FROM BORING LOCATIONS.

2. BORING LOCATIONS WERE MARKED IN THE FIELD
USING A HANDHELD GPSMap GARMIN 78s.
ACTUAL LOCATIONS AND THEIR COORDINATES ARE
APPROXIMATE.

3. DEPTH SHOWN ARE IN FEET FROM EXISTING
GROUND SURFACE

4. SPT N-VALUES SHOWN ABOVE WERE OBTAINED
USING AUTOMATIC HAMMERS. GENERALLY DESIGN
CORRELATIONS AND PROGRAMS USE SAFETY
HAMMERS N-VALUES. HENCE, THE ABOVE
N-VALUES NEED TO BE MULTIPLIED BY 1.24 TO
OBTAIN EQUIVALENT SAFETY HAMMER N-VALUES
FOR DESIGN PURPOSE.

5. THE LIMESTONE STRATA ENCOUNTERED WITHIN THE
PROJECT SITE CORRESPOND TO ROCK FORMATION
THAT TYPICALLY OFFER HIGH RESISTANCE TO
EXCAVATION AND DRILLING. SPECIAL EQUIPMENT
AND BREAKING TOOLS ARE TYPICALLY REQUIRED TO
EXCAVATE AND DRILL WITHIN THESE LIMESTONE
LAYERS. THESE LIMESTONE LAYERS ARE ALSO
DIFFICULT TO DEWATER DUE TO ITS HIGH POROSITY
AND PERMEABILITY.

6. THE SAND STRATA ENCOUNTERED IN THIS AREA IS
SOMETIMES MIXED WITH CEMENTED SAND AND
LIMESTONE THAT COULD OFFER HIGH RESISTANCE
AND LEAD TO CAVING SOILS. SPECIAL EQUIPMENT
AND/OR PROCEDURES MAY BE REQUIRED TO
EXCAVATE AND STABILIZE EXCAVATIONS.

| DRAWN BY: JO | APPROVED BY: RV | ENGINEER OF RECORDS |  TIERRA SOUTH FLORIDA 2765 VISTA PARKWAY, STE-10 WEST PALM BEACH, FL 33411 | SCALE: NTS | PROJECT NUMBER: 7111-25-196 | SOIL PROFILES DADE-COLLIER TRAINING AND TRANSITION AIRPORT OCHOPEE, FLORIDA | SHEET NO. 3 |
| CHECKED BY: BG | DATE: 7/22/2025 | RAMAKUMAR VEDULA, P.E. FLORIDA LICENSE NO.: 54873 | | | | | |

Supp. App.1152



**Bore # B-12**
Date 6/27/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.860904
Longitude -80.909463

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH LIMEROCK TRACE SHELL (FILL)
BROWN LIMESTONE WITH SAND TRACE SHELL
BROWN, LIGHT GRAY LIMESTONE
LIGHT GRAY TO BROWN LIMESTONE WITH SAND OCCASIONALLY TRACE SHELL
Boring Terminated at Depth of 10ft

**Bore # B-13**
Date 6/27/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.859878
Longitude -80.909412

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH LIMEROCK TRACE SHELL (FILL)
DARK BROWN SILTY SAND WITH LIMESTONE (SM)
BROWN, LIGHT GRAY LIMESTONE
LIGHT GRAY TO BROWN LIMESTONE WITH SAND OCCASIONALLY TRACE SHELL
Boring Terminated at Depth of 10ft

**Bore # B-14**
Date 6/27/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.859878
Longitude -80.909008

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH LIMEROCK TRACE SHELL
DARK BROWN SAND WITH SILT/LIMESTONE SOME ORGANICS (GW-GM)
LIGHT GRAY TO BROWN LIMESTONE WITH SAND OCCASIONALLY TRACE SHELL
Boring Terminated at Depth of 10ft

**Bore # B-15**
Date 6/28/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.860917
Longitude -80.90824

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH LIMEROCK TRACE SHELL (FILL)
BROWN SILTY SAND TRACE LIMESTONE SOME ORGANICS (SM)
LIGHT GRAY TO BROWN LIMESTONE WITH SAND OCCASIONALLY TRACE SHELL
BROWN, LIGHT GRAY LIMESTONE
Boring Terminated at Depth of 10ft

**Bore # B-16**
Date 6/27/2025
Driller A. PARADA
Hammer Auto
Rig CME-45
Latitude 25.859873
Longitude -80.908251

TOPSOIL
LIGHT BROWN TO BROWN SAND WITH LIMEROCK TRACE SHELL
BROWN LIMESTONE WITH SAND TRACE SHELL
BROWN, LIGHT GRAY LIMESTONE
LIGHT GRAY TO BROWN LIMESTONE WITH SAND OCCASIONALLY TRACE SHELL
Boring Terminated at Depth of 10ft

DEPTH (FEET)

**LEGEND**

 Encountered Groundwater Table

50/X Fifty Blows with Automatic Hammer (140lb) per X inches penetration.

(SP) Unified Soil Classification System (ASTM D 2488)

N  Indicate SPT Value (12" Penetration-140 lb Hammer)

 Asphalt / Topsoil

Sand

Gravelly Sand

Silty Sand

Sand Organic

Limestone Hard

**NOTES**

1. STRATA BOUNDARIES ARE APPROXIMATE AND MAY VARY BETWEEN OR AWAY FROM BORING LOCATIONS.

2. BORING LOCATIONS WERE MARKED IN THE FIELD USING A HANDHELD GPSMap GARMIN 78s. ACTUAL LOCATIONS AND THEIR COORDINATES ARE APPROXIMATE.

3. DEPTH SHOWN ARE IN FEET FROM EXISTING GROUND SURFACE

4. SPT N-VALUES SHOWN ABOVE WERE OBTAINED USING AUTOMATIC HAMMERS. GENERALLY DESIGN CORRELATIONS AND PROGRAMS USE SAFETY HAMMERS N-VALUES. HENCE, THE ABOVE N-VALUES NEED TO BE MULTIPLIED BY 1.24 TO OBTAIN EQUIVALENT SAFETY HAMMER N-VALUES FOR DESIGN PURPOSE.

5. THE LIMESTONE STRATA ENCOUNTERED WITHIN THE PROJECT SITE CORRESPOND TO ROCK FORMATION THAT TYPICALLY OFFER HIGH RESISTANCE TO EXCAVATION AND DRILLING. SPECIAL EQUIPMENT AND BREAKING TOOLS ARE TYPICALLY REQUIRED TO EXCAVATE AND DRILL WITHIN THESE LIMESTONE LAYERS. THESE LIMESTONE LAYERS ARE ALSO DIFFICULT TO DEWATER DUE TO ITS HIGH POROSITY AND PERMEABILITY.

6. THE SAND STRATA ENCOUNTERED IN THIS AREA IS SOMETIMES MIXED WITH CEMENTED SAND AND LIMESTONE THAT COULD OFFER HIGH RESISTANCE AND LEAD TO CAVING SOILS. SPECIAL EQUIPMENT AND/OR PROCEDURES MAY BE REQUIRED TO EXCAVATE AND STABILIZE EXCAVATIONS.

| DRAWN BY: JO | APPROVED BY: RV | ENGINEER OF RECORDS | | SCALE: NTS | PROJECT NUMBER: 7111-25-196 | SOIL PROFILES | SHEET NO. |
|---|---|---|---|---|---|---|---|
| CHECKED BY: BG | DATE: 7/22/2025 | RAMAKUMAR VEDULA, P.E. FLORIDA LICENSE NO.: 54873 |  TIERRA SOUTH FLORIDA 2765 VISTA PARKWAY, STE-10 WEST PALM BEACH, FL 33411 | | | DADE-COLLIER TRAINING AND TRANSITION AIRPORT OCHOPEE, FLORIDA | 4 |

# EMERGENCY INFRASTRUCTURE
# AT TNT DADE-COLLIER AIRPORT

LOCATION
54575 TAMIAMI TRAIL E,
OCHOPEE, FL 34141



PROJECT LOCATION
COLLIER COUNTY

## PROJECT TEAM

OWNER
DADE COUNTY, FLORIDA
C/O DCAD PROPERTIES DIVISION
PO BOX 592075
MIAMI, FL 33159

CIVIL ENGINEER
KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200
PLANTATION, FLORIDA 33324
(954) 535-5100
CONTACT: STEFANO VIOLA, P.E.

SURVEYOR
LTS, INC
1609 NW 84th AVE
MIAMI, FLORIDA 33351

PROJECT LOCATION

FEMA FLOOD ZONE A

## UTILITY PROVIDERS

CENTURYLINK
FIBER OPTIC, TELEPHONE
CONTACT: BILL MCLOUD
(850) 815-3144

FLORIDA POWER & LIGHT
ELECTRIC
CONTACT: JOEL BRAY
(386) 586-6403

CROWN CASTLE NG
FIBER OPTIC
(800) 634-3110

LEE COUNTY ELECTRIC
CO-OP
ELECTRIC, STREET LIGHTS
CONTACT: TOM BAILEY
(239) 656-2414

DADE COUNTY PUBLIC
WORKS AND TRAFFIC
STREET LIGHTS, TRAFFIC SIGNALS
CONTACT: OCTAVIO VIDAL
(305) 412-0891 EX. 201



DADE-COLLIER
AIRPORT

TAMIAMI TRAIL

VICINITY MAP
1" = 2000'

PREPARED BY:
Kimley»Horn

| Sheet List Table | |
|---|---|
| Sheet Number | Sheet Title |
| C000 | COVER SHEET |
| C100 | GENERAL NOTES |
| C200 | DEMO & EROSION CONTROL PLAN SOUTH |
| C201 | DEMO & EROSION CONTROL PLAN NORTH |
| C210 | DEMO & EROSION CONTROL DETAILS |
| C300 | ENGINEERING PLAN SOUTH |
| C301 | ENGINEERING PLAN NORTH |
| C302 | ENGINEERING PLAN MAINTENANCE |

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
(954) 535-5100
WWW.KIMLEY-HORN.COM REGISTRY No. 35106

Kimley»Horn

LICENSED PROFESSIONAL

STEFANO VITTORINO, P.E.
FL LICENSE NUMBER
95658
DATE: 6/30/2025

DATE: JUNE 2025
SCALE: AS SHOWN
DESIGNED BY: SV
DRAWN BY: SV
CHECKED BY: SV

COVER SHEET

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                FL

SHEET NUMBER
C000

# 1. GENERAL CONSTRUCTION NOTES

1. THE CONTRACTOR AND SUBCONTRACTORS SHALL OBTAIN A COPY OF THE FLORIDA DEPARTMENT OF TRANSPORTATION STANDARD SPECIFICATIONS FOR ROAD AND BRIDGE CONSTRUCTION" (LATEST EDITION) AND BECOME FAMILIAR WITH THE CONTENTS PRIOR TO COMMENCING WORK. AND, UNLESS OTHERWISE NOTED, ALL WORK SHALL CONFORM AS APPLICABLE TO THESE STANDARDS AND SPECIFICATIONS.

2. THE CONTRACTOR SHALL BE RESPONSIBLE FOR FURNISHING ALL MATERIAL AND LABOR TO CONSTRUCT THE FACILITY AS SHOWN AND DESCRIBED IN THE CONSTRUCTION DOCUMENTS IN ACCORDANCE WITH THE APPROPRIATE APPROVING AUTHORITIES, SPECIFICATIONS AND REQUIREMENTS. CONTRACTOR SHALL PROVIDE AND GRADE ALL AREAS UNLESS OTHERWISE INDICATED, REMOVING TREES, STUMPS, ROOTS, MUCK, EXISTING PAVEMENT AND ALL OTHER DELETERIOUS MATERIAL.

3. THE INFORMATION PROVIDED IN THESE PLANS IS TO ASSIST THE CONTRACTOR IN ASSESSING THE NATURE AND EXTENT OF THE CONDITIONS WHICH MAY BE ENCOUNTERED DURING THE COURSE OF THE WORK. ALL CONTRACTORS ARE ADVISED, PRIOR TO BIDDING, TO CONDUCT ANY INVESTIGATION THEY DEEM NECESSARY TO ARRIVE AT THEIR OWN CONCLUSIONS REGARDING THE ACTUAL CONDITION THAT WILL BE ENCOUNTERED AND UPON WHICH THEIR BIDS WILL BE BASED. IT IS THE CONTRACTOR'S RESPONSIBILITY TO INVESTIGATE BOTH THE SURFACE AND SUBSURFACE CONDITIONS AND BASE HIS PRICING ACCORDINGLY. GEOTECHNICAL AND ENVIRONMENTAL REPORTS ARE AVAILABLE FOR REVIEW.

4. EXISTING UTILITIES SHOWN ARE LOCATED ACCORDING TO THE INFORMATION AVAILABLE TO THE ENGINEER AT THE TIME OF THE TOPOGRAPHIC SURVEY AND HAVE NOT BEEN INDEPENDENTLY VERIFIED BY THE OWNER OR THE ENGINEER. GUARANTEE IS NOT MADE THAT ALL EXISTING UNDERGROUND UTILITIES ARE SHOWN OR THAT THE LOCATION OF THOSE SHOWN ARE ENTIRELY ACCURATE. FINDING THE ACTUAL LOCATION OF ANY EXISTING UTILITIES IS THE CONTRACTOR'S RESPONSIBILITY AND SHALL BE DONE BEFORE COMMENCING ANY WORK IN THE VICINITY. FURTHERMORE, THE CONTRACTOR SHALL BE FULLY RESPONSIBLE FOR ANY AND ALL DAMAGES DUE TO THE CONTRACTOR'S FAILURE TO EXACTLY LOCATE AND PRESERVE ANY AND ALL UNDERGROUND UTILITIES. THE OWNER OR ENGINEER WILL ASSUME NO LIABILITY FOR ANY DAMAGES SUSTAINED OR COST INCURRED BECAUSE OF THE CONTRACTOR'S OPERATIONS IN THE VICINITY OF EXISTING UTILITIES OR STRUCTURES, NOR FOR TEMPORARY BRACING AND SHORING OF SAME. IF IT IS NECESSARY TO SHORE, BRACE, SWING OR RELOCATE A UTILITY, THE UTILITY COMPANY OR DEPARTMENT AFFECTED SHALL BE CONTACTED AND THEIR PERMISSION OBTAINED REGARDING THE METHOD TO USE FOR SUCH WORK.

5. IT IS THE CONTRACTOR'S RESPONSIBILITY TO CONTACT THE VARIOUS UTILITY COMPANIES WHICH MAY HAVE BURIED OR AERIAL UTILITIES WITHIN OR NEAR THE CONSTRUCTION AREA BEFORE COMMENCING WORK. THE CONTRACTOR SHALL PHYSICALLY LOCATE, AS A MINIMUM, TO ALL UTILITY COMPANIES PRIOR TO BEGINNING CONSTRUCTION. AN APPROXIMATE LIST OF THE UTILITY COMPANIES WHICH THE CONTRACTOR MUST CALL BEFORE COMMENCING WORK IS PROVIDED ON THE COVER SHEET OF THESE CONSTRUCTION PLANS. THIS LIST SERVES AS A GUIDE ONLY AND IS NOT INTENDED TO LIMIT THE UTILITY COMPANIES WHICH THE CONTRACTOR MAY WISH TO NOTIFY.

6. THE CONTRACTOR SHALL BE RESPONSIBLE FOR OBTAINING ALL REQUIRED CONSTRUCTION PERMITS AND BONDS IF REQUIRED PRIOR TO CONSTRUCTION.

7. THE CONTRACTOR SHALL HAVE AVAILABLE AT THE JOB SITE AT ALL TIMES ONE COPY OF THE CONSTRUCTION DOCUMENTS INCLUDING PLANS, SPECIFICATIONS, GEOTECHNICAL REPORT AND SPECIAL CONDITIONS AND COPIES OF ANY REQUIRED CONSTRUCTION PERMITS.

8. ANY DISCREPANCIES ON THE DRAWINGS SHALL BE IMMEDIATELY BROUGHT TO THE ATTENTION OF THE OWNER AND ENGINEER BEFORE COMMENCING WORK. NO FIELD CHANGES OR DEVIATIONS FROM DESIGN ARE TO BE MADE WITHOUT PRIOR APPROVAL OF THE OWNER AND NOTIFICATION TO THE ENGINEER.

9. ALL COPIES OF COMPACTION, CONCRETE AND OTHER REQUIRED TEST RESULTS ARE TO BE SENT TO THE OWNER AND DESIGN ENGINEER OF RECORD DIRECTLY FROM THE TESTING AGENCY.

10. THE CONTRACTOR SHALL BE RESPONSIBLE FOR SUBMITTING TO THE ENGINEER A CERTIFIED RECORD SURVEY SIGNED AND SEALED BY A PROFESSIONAL LAND SURVEYOR REGISTERED IN THE STATE OF FLORIDA DEPICTING THE ACTUAL FIELD LOCATION OF ALL CONSTRUCTED IMPROVEMENTS THAT ARE REQUIRED BY THE JURISDICTIONAL AGENCIES FOR THE CERTIFICATION PROCESS. ALL SURVEY COSTS WILL BE THE CONTRACTORS RESPONSIBILITY.

11. THE CONTRACTOR SHALL BE RESPONSIBLE FOR DOCUMENTING AND MAINTAINING AS-BUILT INFORMATION WHICH SHALL BE RECORDED AS CONSTRUCTION PROGRESSES OR AT THE COMPLETION OF APPROPRIATE CONSTRUCTION INTERVALS AND SHALL BE RESPONSIBLE FOR PROVIDING AS-BUILT DRAWINGS TO THE OWNER FOR THE PURPOSE OF CERTIFICATION TO JURISDICTIONAL AGENCIES AS REQUIRED. ALL AS-BUILT DATA SHALL BE COLLECTED BY A STATE OF FLORIDA PROFESSIONAL LAND SURVEYOR WHOSE SERVICES ARE ENGAGED BY THE CONTRACTOR.

12. ANY WELLS DISCOVERED ON SITE THAT WILL HAVE NO USE MUST BE PLUGGED BY A LICENSED WELL DRILLING CONTRACTOR IN A MANNER APPROVED BY ALL JURISDICTIONAL AGENCIES. THE CONTRACTOR SHALL BE RESPONSIBLE FOR OBTAINING ANY WELL ABANDONMENT PERMITS REQUIRED.

13. ANY WELL DISCOVERED DURING EARTH MOVING OR EXCAVATION SHALL BE REPORTED TO THE APPROPRIATE JURISDICTIONAL AGENCIES WITHIN 24 HOURS AFTER DISCOVERY IS MADE.

14. ANY WELL TO REMAIN SHALL BE ADJUSTED TO GRADE BY THE CONTRACTOR.

15. IT IS THE CONTRACTOR'S RESPONSIBILITY TO COORDINATE THE MAINTENANCE OF TRAFFIC FOR THE ADJACENT PROPERTY DURING CONSTRUCTION.

16. THE CONTRACTOR SHALL BE RESPONSIBLE FOR VERIFYING THAT THE PROPOSED IMPROVEMENTS SHOWN ON THE PLANS DO NOT CONFLICT WITH ANY KNOWN EXISTING OR OTHER PROPOSED IMPROVEMENTS. IF ANY CONFLICTS ARE DISCOVERED, THE CONTRACTOR SHALL NOTIFY THE OWNER PRIOR TO INSTALLATION OF ANY PORTION OF THE SITE WORK THAT WOULD BE AFFECTED. FAILURE TO NOTIFY OWNER OF AN IDENTIFIABLE CONFLICT PRIOR TO PROCEEDING WITH INSTALLATION RELIEVES OWNER OF ANY OBLIGATION TO PAY FOR A RELATED CHANGE ORDER.

17. PRIOR TO GRAND OPENING THE CONTRACTOR SHALL:
   - SWEEP THE ENTIRE SITE
   - ELIMINATE ALL DEBRIS IN THE LANDSCAPING AREAS
   - PRESSURE CLEAN THE SITE ASPHALT
   - PRESSURE CLEAN THE CURBS AND SIDEWALKS.

## RECORD DRAWINGS

1. CONTRACTOR SHALL PROVIDE TO THE ENGINEER AND OWNER A MINIMUM OF 3 HARD COPIES OF A PAVING, GRADING AND DRAINAGE RECORD DRAWING AND A SEPARATE UTILITY RECORD DRAWING, AS WELL AS BOTH IN AUTOCAD 2018 OR LATER, BOTH PREPARED BY A FLORIDA REGISTERED SURVEYOR. THE RECORD DRAWINGS SHALL VERIFY ALL DESIGN INFORMATION INCLUDED ON THE DESIGN PLANS OF THE SAME NAME.

## PAVING, GRADING AND DRAINAGE NOTES

1. ALL PAVING, CONSTRUCTION, MATERIALS, AND WORKMANSHIP WITHIN JURISDICTION'S RIGHT-OF-WAY SHALL BE IN ACCORDANCE WITH LOCAL OR COUNTY SPECIFICATIONS AND STANDARDS (LATEST EDITION) OR FDOT SPECIFICATIONS AND STANDARDS (LATEST EDITION) IF NOT COVERED BY LOCAL OR COUNTY REGULATIONS.

2. ALL UNPAVED AREAS IN EXISTING RIGHTS-OF-WAY DISTURBED DURING CONSTRUCTION SHALL BE REGRADED AND SODDED.

3. TRAFFIC CONTROL ON ALL FDOT, LOCAL AND COUNTY RIGHTS-OF-WAY SHALL MEET THE REQUIREMENTS OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (U.S. DOT/FHA) AND THE REQUIREMENTS OF THE STATE AND ANY LOCAL AGENCY HAVING JURISDICTION. IN THE EVENT THAT THE CONTRACT DOCUMENTS AND THE JURISDICTIONAL AGENCY REQUIREMENTS ARE NOT IN AGREEMENT, THE MOST STRINGENT SHALL GOVERN.

4. THE CONTRACTOR SHALL GRADE THE SITE TO THE ELEVATIONS INDICATED. AND SHALL REGRADE WASHOUTS WHERE THEY OCCUR AFTER EVERY RAINFALL UNTIL A GRASS STAND IS WELL ESTABLISHED OR ADEQUATE STABILIZATION OCCURS.

5. THE CONTRACTOR SHALL GRADE THE SITE TO THE ELEVATIONS INDICATED. AND SHALL REGRADE WASHOUTS WHERE THEY OCCUR AFTER EVERY RAINFALL UNTIL A GRASS STAND IS WELL ESTABLISHED OR ADEQUATE STABILIZATION OCCURS.

6. ALL OPEN AREAS WITHIN THE PROJECT SITE SHALL BE SODDED UNLESS INDICATED OTHERWISE ON THE LANDSCAPE PLAN.

7. WHERE EXISTING PAVEMENT IS INDICATED TO BE REMOVED AND, REPLACED, THE CONTRACTOR SHALL SAW CUT A MINIMUM 2" DEEP FOR A SMOOTH AND STRAIGHT JOINT AND REPLACE THE PAVEMENT WITH THE SAME TYPE AND DEPTH OF MATERIAL AS EXISTING OR AS INDICATED.

8. WHERE NEW PAVEMENT MEETS THE EXISTING PAVEMENT, THE CONTRACTOR SHALL SAW CUT THE EXISTING PAVEMENT A MINIMUM 2" DEEP FOR A SMOOTH AND STRAIGHT JOINT AND MATCH THE EXISTING PAVEMENT ELEVATION WITH THE PROPOSED PAVEMENT GRADES OTHERWISE INDICATED.

9. THE CONTRACTOR SHALL INSTALL FILTER FABRIC OVER ALL DRAINAGE STRUCTURES FOR THE DURATION OF CONSTRUCTION AND UNTIL. ACCEPTANCE OF THE PROJECT BY THE OWNER. ALL DRAINAGE STRUCTURES SHALL BE CLEANED OF DEBRIS AS REQUIRED DURING AND AT THE END OF CONSTRUCTION TO PROVIDE POSITIVE DRAINAGE FLOWS.

10. IF DEWATERING IS REQUIRED, THE CONTRACTOR SHALL OBTAIN ANY APPLICABLE REQUIRED PERMITS. THE CONTRACTOR IS TO COORDINATE WITH THE OWNER AND THE DESIGN ENGINEER PRIOR TO ANY EXCAVATION.

11. STRIP TOPSOIL AND ORGANIC MATTER FROM ALL AREAS OF THE SITE AS REQUIRED. IN SOME CASES TOPSOIL MAY BE STOCKPILED ON SITE FOR PLACEMENT WITHIN LANDSCAPED AREAS BUT ONLY AS DIRECTED BY THE OWNER.

12. FIELD DENSITY TESTS SHALL BE TAKEN AT INTERVALS IN ACCORDANCE WITH THE LOCAL JURISDICTIONAL AGENCY OR TO FDOT STANDARDS. IN THE EVENT THAT THE CONTRACT DOCUMENTS AND THE JURISDICTIONAL AGENCY REQUIREMENTS ARE NOT IN AGREEMENT, THE MOST STRINGENT SHALL GOVERN.

13. ALL SLOPES AND AREAS DISTURBED BY CONSTRUCTION SHALL BE GRADED AS PER PLANS. THE AREAS SHALL THEN BE SODDED OR SEEDED AS SPECIFIED IN THE PLANS, FERTILIZED, MULCHED, WATERED AND MAINTAINED UNTIL HARDY GRASS GROWTH IS ESTABLISHED IN ALL AREAS. ANY AREAS DISTURBED FOR ANY REASON PRIOR TO FINAL ACCEPTANCE OF THE JOB SHALL BE CORRECTED BY THE CONTRACTOR AT NO ADDITIONAL COST TO THE OWNER. ALL EARTHEN AREAS WILL BE SODDED OR SEEDED AND MULCHED AS SHOWN ON THE LANDSCAPING PLAN.

14. ALL CUT OR FILL SLOPES SHALL BE 3 (HORIZONTAL): 1 (VERTICAL) OR FLATTER UNLESS OTHERWISE SHOWN.

15. THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE CONTROL OF DUST AND DIRT RISING AND SCATTERING IN THE AIR DURING CONSTRUCTION AND SHALL PROVIDE WATER SPRINKLING OR OTHER SUITABLE METHODS OF CONTROL. THE CONTRACTOR SHALL COMPLY WITH ALL GOVERNING REGULATIONS PERTAINING TO ENVIRONMENTAL PROTECTION.

16. THE CONTRACTOR SHALL TAKE ALL REQUIRED MEASURES TO CONTROL TURBIDITY, INCLUDING BUT NOT LIMITED TO THE INSTALLATION OF TURBIDITY BARRIERS AT ALL LOCATIONS WHERE THE POSSIBILITY OF TRANSFERRING SUSPENDED SOLIDS INTO THE RECEIVING WATER BODY EXISTS DUE TO THE PROPOSED WORK. TURBIDITY BARRIERS MUST BE MAINTAINED IN EFFECTIVE CONDITION AT ALL LOCATIONS UNTIL CONSTRUCTION IS COMPLETED AND DISTURBED SOIL AREAS ARE STABILIZED. THEREAFTER, THE CONTRACTOR MUST REMOVE THE BARRIERS. AT NO TIME SHALL THERE BE ANY OFF-SITE DISCHARGE WHICH VIOLATES THE WATER QUALITY STANDARDS IN CHAPTER 17-302, FLORIDA ADMINISTRATIVE CODE.

17. SOD, WHERE CALLED FOR, MUST BE INSTALLED AND MAINTAINED ON EXPOSED SLOPES WITHIN 48 HOURS OF COMPLETING FINAL GRADING, AND AT ANY OTHER TIME AS NECESSARY, TO PREVENT EROSION, SEDIMENTATION OR TURBID DISCHARGES.

18. THE CONTRACTOR MUST REVIEW AND MAINTAIN A COPY OF THE ENVIRONMENTAL RESOURCE PERMIT COMPLETE WITH ALL CONDITIONS, ATTACHMENTS, EXHIBITS, AND PERMIT MODIFICATIONS IN GOOD CONDITION AT THE CONSTRUCTION SITE. THE COMPLETE PERMIT MUST BE AVAILABLE FOR REVIEW UPON REQUEST BY WATER MANAGEMENT DISTRICT REPRESENTATIVES.

19. THE CONTRACTOR SHALL ENSURE THAT ISLAND PLANTING AREAS AND OTHER PLANTING AREAS ARE NOT COMPACTED AND DO NOT CONTAIN ROAD BASE MATERIALS. THE CONTRACTOR SHALL ALSO EXCAVATE AND REMOVE ALL UNDESIRABLE MATERIAL FROM ALL AREAS ON THE SITE TO BE PLANTED AND PROPERLY DISPOSED OF IN A LEGAL MANNER.

20. THE CONTRACTOR SHALL INSTALL ALL UNDERGROUND STORM WATER PIPING PER MANUFACTURER'S RECOMMENDATIONS.

21.

## EROSION CONTROL NOTES

1. THE STORM WATER POLLUTION PREVENTION PLAN ("SWPPP") IS COMPRISED OF THIS EROSION CONTROL PLAN, THE STANDARD DETAILS, THE PLAN NARRATIVE, ATTACHMENTS INCLUDED IN SPECIFICATIONS OF THE SWPPP, PLUS THE PERMIT AND ALL SUBSEQUENT REPORTS AND RELATED DOCUMENTS.

2. ALL CONTRACTORS AND SUBCONTRACTORS INVOLVED WITH STORM WATER POLLUTION PREVENTION SHALL OBTAIN A COPY OF THE STORM WATER POLLUTION PREVENTION PLAN AND THE STATE OF FLORIDA NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (GENERAL PERMIT (NPDES PERMIT) AND BECOME FAMILIAR WITH THEIR CONTENTS.

3. THE CONTRACTOR SHALL IMPLEMENT BEST MANAGEMENT PRACTICES AS REQUIRED BY THE SWPPP. ADDITIONAL BEST MANAGEMENT PRACTICES SHALL BE IMPLEMENTED AS DICTATED BY CONDITIONS AT NO ADDITIONAL COST TO THE OWNER THROUGHOUT ALL PHASES OF CONSTRUCTION.

4. BEST MANAGEMENT PRACTICES (BMP'S) AND CONTROLS SHALL CONFORM TO FEDERAL, STATE, OR LOCAL REQUIREMENTS OR MANUAL OF PRACTICE, AS APPLICABLE. THE CONTRACTOR SHALL IMPLEMENT ADDITIONAL CONTROLS AS DIRECTED BY THE PERMITTING AGENCY OR OWNER.

5. EROSION CONTROL PLAN MUST CLEARLY DELINEATE ALL STATE WATERS. PERMITS FOR ANY CONSTRUCTION ACTIVITY IMPACTING STATE WATERS OR REGULATED WETLANDS MUST BE MAINTAINED ON SITE AT ALL TIMES.

6. THE CONTRACTOR SHALL MINIMIZE CLEARING TO THE MAXIMUM EXTENT PRACTICAL OR AS REQUIRED BY THE GENERAL PERMIT.

7. CONTRACTOR SHALL DENOTE ON PLAN THE TEMPORARY PARKING AND STORAGE AREA WHICH SHALL ALSO BE USED AS THE EQUIPMENT MAINTENANCE AND CLEANING AREA, EMPLOYEE PARKING AREA, AND AREA FOR LOCATING PORTABLE FACILITIES, OFFICE TRAILERS, AND TOILET FACILITIES.

8. ALL WASH WATER (CONCRETE TRUCKS, VEHICLE CLEANING, EQUIPMENT CLEANING, ETC.) SHALL BE DETAINED AND PROPERLY TREATED OR DISPOSED.

9. SUFFICIENT OIL AND GREASE ABSORBING MATERIALS AND FLOTATION BOOMS SHALL BE MAINTAINED ON SITE OR READILY AVAILABLE TO CONTAIN AND CLEAN-UP FUEL OR CHEMICAL SPILLS AND LEAKS.

10. THE CONTRACTOR SHALL BE RESPONSIBLE FOR DUST CONTROL ON SITE. THE USE OF MOTOR OILS AND OTHER PETROLEUM BASED OR TOXIC LIQUIDS FOR DUST SUPPRESSION OPERATIONS IS PROHIBITED.

11. RUBBISH, TRASH, GARBAGE, LITTER, OR OTHER SUCH MATERIALS SHALL BE DEPOSITED INTO SEALED CONTAINERS. MATERIALS SHALL BE PREVENTED FROM LEAVING THE PREMISES THROUGH THE ACTION OF WIND OR STORM WATER DISCHARGE INTO DRAINAGE DITCHES OR WATERS OF THE STATE.

12. STABILIZATION PRACTICES SHOULD BE INITIATED AS SOON AS PRACTICAL, BUT IN NO CASE MORE THAN 7 DAYS WHERE CONSTRUCTION HAS TEMPORARILY CEASED.

13. DISTURBED PORTIONS OF THE SITE WHERE CONSTRUCTION ACTIVITY HAS PERMANENTLY STOPPED SHALL BE PERMANENTLY SEEDED. THESE AREAS SHALL BE SEEDED NO LATER THAN 7 DAYS AFTER THE LAST CONSTRUCTION ACTIVITY OCCURRED IN THESE AREAS. REFER TO SECTION 981 OF THE STANDARD SPECIFICATIONS FOR SEEDING AND MAINTENANCE REQUIREMENTS.

14. IF THE ACTION OF VEHICLES TRAVELING OVER THE GRAVEL CONSTRUCTION ENTRANCES IS NOT SUFFICIENT TO REMOVE THE MAJORITY OF DIRT OR MUD, THEN THE TIRES MUST BE WASHED BEFORE THE VEHICLES ENTER A PUBLIC ROAD. IF WASHING IS USED, PROVISIONS MUST BE MADE TO INTERCEPT THE WASH WATER AND TRAP THE SEDIMENT BEFORE IT IS CARRIED OFF THE SITE.

15. ALL MATERIALS SPILLED, DROPPED, WASHED, OR TRACKED FROM VEHICLES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED AS SOON AS POSSIBLE.

16. THE CONTRACTOR SHALL BE RESPONSIBLE FOR REMOVING SEDIMENT IN THE DETENTION POND AND ANY SEDIMENT THAT MAY HAVE COLLECTED IN THE STORM SEWER DRAINAGE SYSTEMS IN CONJUNCTION WITH THE STABILIZATION OF THE SITE.

17. ON-SITE & OFF SITE SOIL STOCKPILE AND BORROW AREAS SHALL BE PROTECTED FROM EROSION AND SEDIMENTATION THROUGH IMPLEMENTATION OF BEST MANAGEMENT PRACTICES. STOCKPILE AND BORROW AREA LOCATIONS SHALL BE NOTED ON THE EROSION CONTROL PLAN AND PERMITTED IN ACCORDANCE WITH ALL LOCAL REQUIREMENTS.

18. SLOPES SHALL BE LEFT IN A ROUGHENED CONDITION DURING THE GRADING PHASE TO REDUCE RUNOFF VELOCITIES AND EROSION.

19. DUE TO GRADE CHANGES DURING THE DEVELOPMENT OF THE PROJECT, THE CONTRACTOR SHALL BE RESPONSIBLE FOR ADJUSTING THE EROSION CONTROL MEASURES (SILT FENCES, ETC.) TO PREVENT EROSION.

20. ALL CONSTRUCTION SHALL BE STABILIZED AT THE END OF EACH WORKING DAY. THIS INCLUDES BACK FILLING OF TRENCHES FOR UTILITY CONSTRUCTION AND PLACEMENT OF GRAVEL OR BITUMINOUS PAVING FOR ROAD CONSTRUCTION.

# MAINTENANCE

ALL MEASURES STATED ON THE EROSION AND SEDIMENT CONTROL PLAN, AND IN THE STORM WATER POLLUTION PREVENTION PLAN, SHALL BE MAINTAINED IN FULLY FUNCTIONAL CONDITION UNTIL NO LONGER REQUIRED FOR A COMPLETED PHASE OF WORK OR FINAL STABILIZATION OF THE SITE. ALL EROSION AND SEDIMENTATION CONTROL MEASURES SHALL BE CHECKED BY A QUALIFIED PERSON AT LEAST ONCE EVERY SEVEN CALENDAR DAYS AND WITHIN 24 HOURS OF THE END OF A 0.5" RAINFALL EVENT, AND CLEANED AND REPAIRED IN ACCORDANCE WITH THE FOLLOWING:

1. INLET PROTECTION DEVICES AND BARRIERS SHALL BE REPAIRED OR REPLACED IF THEY SHOW SIGNS OF UNDERMINING, OR DETERIORATION.

2. ALL SEEDED AREAS SHALL BE CHECKED REGULARLY TO SEE THAT A GOOD STAND IS MAINTAINED. AREAS SHOULD BE FERTILIZED, WATERED AND RESEEDED AS NEEDED. FOR MAINTENANCE REQUIREMENTS REFER TO SECTION 981 OF THE STANDARD SPECIFICATIONS.

3. SILT FENCES SHALL BE REPAIRED TO THEIR ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE SILT FENCES WHEN IT REACHES ONE-HALF THE HEIGHT OF THE SILT FENCE.

4. THE CONSTRUCTION ENTRANCES SHALL BE MAINTAINED IN A CONDITION WHICH WILL PREVENT TRACKING OR FLOW OF MUD ONTO PUBLIC RIGHTS-OF-WAY. THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE CONSTRUCTION ENTRANCES AS CONDITIONS DEMAND.

5. THE TEMPORARY PARKING AND STORAGE AREA SHALL BE KEPT IN GOOD CONDITION (SUITABLE FOR PARKING AND STORAGE). THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE TEMPORARY PARKING AS CONDITIONS DEMAND.

6. OUTLET STRUCTURES IN THE SEDIMENTATION BASINS SHALL BE MAINTAINED IN OPERATIONAL CONDITIONS AT ALL TIMES. SEDIMENT SHALL BE REMOVED FROM SEDIMENT BASINS OR TRAPS WHEN THE DESIGN CAPACITY HAS BEEN REDUCED BY 50 CUBIC YARDS / ACRE.

7. ALL MAINTENANCE OPERATIONS SHALL BE DONE IN A TIMELY MANNER BUT IN NO CASE LATER THAN 2 CALENDAR DAYS FOLLOWING THE INSPECTION.

# TYPICAL ENGINEER OBSERVATIONS

CONTRACTOR SHALL NOTIFY ENGINEER 48 HOURS IN ADVANCE OF THE FOLLOWING ACTIVITIES:

- PRE-CONSTRUCTION MEETING
- CONNECTIONS TO WATER AND SEWER MAINS
- TESTS OF UTILITIES
- ANY OTHER INSPECTION FOR WHICH A PERMITTING AGENCY REQUIRES THE ENGINEER TO BE PRESENT

# 3RD PARTY TEST REPORTS REQ'D

TEST REPORTS REQUIRED FOR CLOSE OUT INCLUDE, BUT ARE NOT LIMITED TO:

- DENSITY TEST REPORTS
- ANY OTHER TESTING REQUIRED BY THE AGENCY



© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8301 PETERS ROAD, SUITE 1000, PLANTATION, FL 33324
PHONE: 954-535-5100    FAX: 954-739-2247
WWW.KIMLEY-HORN.COM    REGISTRY No. 35106

CHRISTIAN VITTORINI, P.E.
LICENSED PROFESSIONAL
FL LICENSE NUMBER
DATE: 6/30/2025

**GENERAL NOTES**

**EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT**

PREPARED FOR
**LTS INC**

DCHGFEE                    FL

SHEET NUMBER
**C100**

USCA11 Case: 25-12873 Document: 92-5 Date Filed: 01/08/2026 Page: 78 of 335

KEYMAP

NORTH

GRAPHIC SCALE IN FEET
0 30 60 120

| LEGEND | |
|---|---|
| — — — | PROPERTY LINE |
| —SF—SF— | PROPOSED SILT FENCE SEDIMENT CONTROL |
| —x—x—x— | PROP. 6' CHAIN LINK CONSTRUCTION FENCE |
| | INLET PROTECTION |

NOTES:
1. ALL INLETS WITHIN PROJECT LIMITS TO BE INLET PROTECTED

CONTRACTOR TO SAW CUT EXIST. ASPHALT

EXISIT. FEATURES TO REMAIN (TYP.)

11.26

11.10

10.77

PROP. SILT FENCE

PROP. CONSTRUCTION FENCE

ASPHALT PAVEMENT

| No. | REVISIONS | DATE | BY |
|---|---|---|---|

Kimley»Horn
© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100 FAX: 954-739-2247
WWW.KIMLEY-HORN.COM REGISTRY No. 35106

LICENSED PROFESSIONAL
SEBASTIAN VITTORINO, P.E.
FL LICENSE NUMBER 98568
DATE: 6/30/2025

KHA PROJECT 143887000
DATE JUNE 2025
SCALE AS SHOWN
DESIGNED BY SV
DRAWN BY SV
CHECKED BY SV

# DEMO & EROSION CONTROL PLAN SOUTH

EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC
OCHOPEE FL

SHEET NUMBER
C200

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 07/09/2020    Page: 79 of 335



**KEYMAP**

NORTH

GRAPHIC SCALE IN FEET
0    15    30    60

**LEGEND**

| | |
|---|---|
| | PROPERTY LINE |
| SF | PROPOSED SILT FENCE SEDIMENT CONTROL |
| X | PROP. 6' CHAIN LINK CONSTRUCTION FENCE |
| ⊕ | INLET PROTECTION |

NOTES:
1.  CONTRACTOR TO PROTECT ALL EXISTING UTILITIES DURING DEMOLITION PROCESS

PROP. SILT FENCE

PROP. CONSTRUCTION FENCE

**Kimley»Horn**

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
820 PETERS ROAD, SUITE 200, PLANTATION, FL 33324
PHONE: 954-535-5100    FAX: 954-739-2247
WWW.KIMLEY-HORN.COM    REGISTRY No. 35106

LICENSED PROFESSIONAL
SEBSTIAN VITTORINI, FL
FL LICENSE NUMBER
98658
DATE: 6/30/2025

PROJECT
143638357000
DATE
JUNE 2025
SCALE   AS SHOWN
DESIGNED BY    SV
DRAWN BY    SV
CHECKED BY    SV

**DEMO & EROSION CONTROL PLAN NORTH**

**EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT**
PREPARED FOR
**LTS INC**

OCHOPEE                    FL

SHEET NUMBER
**C201**

# BEST MANAGEMENT PRACTICES (BMPS):

THIS PLAN HAS BEEN PREPARED TO ENSURE COMPLIANCE WITH APPROPRIATE CONDITIONS OF THE BROWARD COUNTY LAND DEVELOPMENT REGULATIONS, THE RULES OF THE FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION (FDEP), CHAPTER 17-25, F.A.C., THE SOUTH FLORIDA WATER MANAGEMENT DISTRICT (SFWMD), CHAPTER 40-E, F.A.C. AND THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (EPA) DOCUMENT NO. EPA 832/R-92-005 (SEPTEMBER 1992), THE BMPS ADDRESSED THE FOLLOWING:

A. PREVENT LOSS OF SOIL DURING CONSTRUCTION BY STORMWATER RUNOFF AND/OR WIND EROSION, INCLUDING PROTECTING TOPSOIL BY STOCKPILING FOR REUSE.

B. SEDIMENTATION PROTECTION OF STORM SEWER OR RECEIVING STREAM.

C. PREVENT POLLUTING THE AIR WITH DUST AND PARTICULATE MATTER. THE VARIOUS TECHNIQUES OR ACTIONS IDENTIFIED UNDER EACH SECTION INDICATE THE APPROPRIATE SITUATION WHEN THE TECHNIQUES SHOULD BE EMPLOYED. ALSO IDENTIFIED IS A CROSS-REFERENCE TO A DIAGRAM OR FIGURE REPRESENTING THE TECHNIQUE. IT SHOULD BE NOTED THAT THE FIGURES ARE INTENDED TO ILLUSTRATE THE TECHNIQUE AS IT MAY BE USED. DURING CONSTRUCTION SHALL PROVIDE POLLUTION PREVENTION AND EROSION CONTROL MEASURES AS SPECIFIED IN ACCORDANCE WITH THE CURRENT FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION NATIONAL POLLUTION DISCHARGE ELIMINATION SYSTEM (NPDES) REGULATIONS TO PREVENT STORMWATER MANAGEMENT WORKS DOCUMENTATION AND OBTAIN PERMIT PRIOR TO COMMENCEMENT OF CONSTRUCTION. IT IS THE SOLE RESPONSIBILITY OF THE CONTRACTOR TO PREPARE THE REQUIRED NPDES DOCUMENT AND OBTAIN THE NPDES PERMIT. ALL COST ASSOCIATED WITH SUCH WORK SHALL BE DEEMED INCIDENTAL TO THE PROJECT LUMP SUM COST.

## GENERAL EROSION CONTROL NOTES:

A. THE STORM WATER POLLUTION PREVENTION PLAN (SWPPP) IS COMPRISED OF THESE EROSION CONTROL DRAWINGS, THE STANDARD DETAILS, THE NPDES PERMIT (TO BE OBTAINED BY CONTRACTOR) AND ALL SUBSEQUENT REPORTS AND RELATED DOCUMENTS.

B. ALL CONTRACTORS AND SUBCONTRACTORS INVOLVED WITH STORM WATER POLLUTION PREVENTION SHALL OBTAIN A COPY OF THIS DRAWING AND THE STATE OF FLORIDA NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (NPDES) PERMIT AND BE COMPLETELY FAMILIAR WITH THEIR CONTENTS.

C. CONTRACTOR SHALL IMPLEMENT BEST MANAGEMENT PRACTICES (BMP) IN ALL CONSTRUCTION ACTIVITIES INCLUDING BUT NOT LIMITED TO THE FOLLOWING:

1. FUEL SPILLS AND LEAKS PREVENTION
2. PREVENT/REDUCE VEHICLE AND EQUIPMENT WASHING AND STEAM CLEANING
3. VEHICLE AND EQUIPMENT MAINTENANCE AND REPAIR
4. PROPER OUTDOOR LOADING/UNLOADING OF MATERIALS
5. PREVENT/REDUCE OUTDOOR STORAGE OF RAW MATERIALS, PRODUCTS, AND BY-PRODUCTS
6. SOLID WASTE MANAGEMENT
7. HAZARDOUS WASTE MANAGEMENT
8. CONCRETE WASTE MANAGEMENT
9. SANDBLASTING WASTE MANAGEMENT
10. STRUCTURE CONSTRUCTION AND PAINTING
11. SPILL PREVENTION AND CONTROL
12. CONTAMINATED SOIL MANAGEMENT
13. SANITARY/SEPTIC WASTE MANAGEMENT
14. SOIL EROSION CONTROL
15. STORM WATER TURBIDITY MANAGEMENT

ADDITIONAL BEST MANAGEMENT PRACTICES SHALL BE IMPLEMENTED AS DICTATED BY CONDITIONS AT NO ADDITIONAL COST TO THE OWNER THROUGHOUT ALL PHASES OF CONSTRUCTION.

D. BEST MANAGEMENT PRACTICES (BMPS) AND CONTROLS SHALL CONFORM TO FEDERAL, STATE, OR LOCAL REQUIREMENTS OR MANUAL OF PRACTICE, AS APPLICABLE. CONTRACTOR SHALL IMPLEMENT ADDITIONAL CONTROLS AS DIRECTED BY PERMITTING AGENCY OR OWNER.

E. SITE MAP MUST CLEARLY DELINEATE ALL STATE WATERS. CONTRACTOR MUST MAINTAIN ALL PERMITS FOR ANY CONSTRUCTION ACTIVITY IMPACTING STATE WATERS OR REGULATED WETLANDS ON SITE AT ALL TIMES.

F. CONTRACTOR SHALL MANAGE CLEANING TO THE MAXIMUM EXTENT PRACTICAL OR AS REQUIRED BY THE GENERAL PERMIT.

G. CONTRACTOR SHALL BEGIN CLEARING AND GRUBBING THOSE PORTIONS OF THE SITE NECESSARY TO IMPLEMENT PERIMETER CONTROL MEASURES. CLEARING AND GRUBBING FOR THE REMAINING PORTIONS OF THE PROPOSED SITE SHALL COMMENCE ONCE PERIMETER CONTROLS ARE IN PLACE. PERIMETER CONTROLS SHALL BE ACTIVELY MAINTAINED UNTIL SAID AREAS HAVE BEEN STABILIZED AND SHALL BE REMOVED ONCE FINAL STABILIZATION IS COMPLETE.

H. GENERAL EROSION CONTROL BMPS SHALL BE EMPLOYED TO MINIMIZE SOIL EROSION AND POTENTIAL LAKE SLOPE CAVE-INS. WHILE THE VARIOUS TECHNIQUES REQUIRED WILL BE SITE AND PLAN SPECIFIC, THEY SHOULD BE EMPLOYED AS SOON AS POSSIBLE DURING CONSTRUCTION.

I. ON-SITE & OFF-SITE SOIL STOCKPILE AND BORROW AREAS SHALL BE PROTECTED FROM EROSION AND SEDIMENTATION THROUGH IMPLEMENTATION OF BEST MANAGEMENT PRACTICES. STOCKPILE AND BORROW AREAS LOCATIONS SHALL BE NOTED ON THE SITE MAP AND PERMITTED IN ACCORDANCE WITH GENERAL PERMIT REQUIREMENTS

J. SURFACE WATER QUALITY SHALL BE MAINTAINED BY EMPLOYING THE FOLLOWING BMPS IN THE CONSTRUCTION PLANNING AND CONSTRUCTION OF ALL IMPROVEMENTS.

## STORM WATER EROSION CONTROL PRACTICES:

A. CONTRACTORS OR SUBCONTRACTORS WILL BE RESPONSIBLE FOR REMOVING SEDIMENT FROM DETENTION PONDS AND ANY SEDIMENT THAT MAY HAVE COLLECTED IN THE STORM SEWER DRAINAGE SYSTEMS IN CONJUNCTION WITH THE ESTABLISHMENT OF THE SITE.

B. SLOPES SHALL BE LEFT IN A ROUGHENED CONDITION DURING THE GRADING PHASE TO REDUCE RUNOFF VELOCITIES AND EROSION.

C. DUE TO THE GRADE CHANGES DURING THE DEVELOPMENT OF THE PROJECT, THE CONTRACTOR SHALL BE RESPONSIBLE FOR ADJUSTING THE EROSION CONTROL MEASURES (COMPOST SOCK DEVICES, ETC.) TO PREVENT EROSION.

D. WHERE PRACTICAL, STORMWATER SHALL BE CONVEYED BY SWALES.

E. EROSION CONTROL MEASURES SHALL BE EMPLOYED TO MINIMIZE TURBIDITY OF SURFACE WATERS LOCATED DOWNSTREAM OF ANY CONSTRUCTION ACTIVITY. WHILE THE VARIOUS MEASURES REQUIRED WILL BE SITE SPECIFIC, THEY SHALL BE EMPLOYED AS NEEDED IN ACCORDANCE WITH THE FOLLOWING:

1. IN GENERAL, EROSION SHALL BE CONTROLLED AT THE FURTHEST PRACTICAL UPSTREAM LOCATION.

2. STORMWATER INLETS SHALL BE PROTECTED DURING CONSTRUCTION. PROTECTION MEASURES SHALL BE EMPLOYED AS SOON AS PRACTICAL DURING THE VARIOUS STAGES OF INLET CONSTRUCTION. SILT BARRIERS SHALL REMAIN IN PLACE UNTIL SODDING AROUND INLETS IS COMPLETE.

3. WHEN NEEDED A TEMPORARY SEDIMENT TRAP SHOULD BE CONSTRUCTED TO DETAIN SEDIMENT-LADEN RUNOFF FROM DISTURBED AREAS.

F. SILT BARRIERS, ANY SILT WHICH ACCUMULATES BEHIND THE BARRIERS, AND ANY FILL USED TO ANCHOR THE BARRIERS SHALL BE REMOVED PROMPTLY AFTER THE END OF THE MAINTENANCE PERIOD SPECIFIED FOR THE BARRIERS.

## NOTES:

1. CONTRACTOR TO CONSIDER POTENTIAL DEWATERING ACTIVITIES WHEN PREPARING BID DOCUMENTS FOR THIS PROJECT.

2. CONTRACTOR SHALL OBTAIN ANY NECESSARY DEWATERING PERMITS AS SITE CONDITIONS AND CONSTRUCTION ACTIVITIES REQUIRE.

3. CONTRACTOR TO USE BEST MANAGEMENT PRACTICES TO ENSURE COMPLIANCE WITH NPDES AND WATER MANAGEMENT DISTRICT REGULATIONS FOR STORMWATER DISCHARGE FROM CONSTRUCTION ACTIVITIES AND DEWATERING OPERATIONS.

4. IT SHOULD BE NOTED THAT THE MEASURE IDENTIFIED ON THIS PLAN ARE ONLY SUGGESTED BMP(S). THE CONTRACTOR SHALL PROVIDE POLLUTION PREVENTION AND EROSION CONTROL MEASURES AS NECESSARY TO CONFORM TO CURRENT CITY, FDEP AND SFWMD CODES AND SPECIFICATIONS.

5. SCOPE OF BANKS OF RETENTION/DETENTION PONDS SHALL BE CONSTRUCTED NOT STEEPER THAN 3H:1V FROM TOP OF BANK TO TWO FEET BELOW NORMAL WATER LEVEL, AS APPLICABLE.

6. SOD SHALL BE PLACED FOR A 2-FOOT WIDE STRIP ADJOINING ALL CURBING AND AROUND ALL INLETS. SOD SHALL BE PLACED BEFORE SILT BARRIERS ARE REMOVED.

7. WHERE REQUIRED TO PREVENT EROSION FROM SHEET FLOW ACROSS BARE GROUND FROM ENTERING A LAKE OR SWALE, A TEMPORARY SEDIMENT SUMP SHALL BE CONSTRUCTED.

8. FILTER FABRIC SHOULD BE USED FOR STORM DRAIN INLET PROTECTION BEFORE FINAL STABILIZATION.

## WIND EROSION CONTROL PRACTICES:

A. WIND EROSION SHALL BE CONTROLLED BY EMPLOYING THE FOLLOWING METHODS AS NECESSARY AND APPROPRIATE.

---

B. BARE EARTH AREAS SHALL BE WATERED DURING CONSTRUCTION AS NECESSARY TO MINIMIZE THE TRANSPORT OF FUGITIVE DUST. IT MAY BE NECESSARY TO LIMIT CONSTRUCTION VEHICLE SPEED IF BARE EARTH IS NOT BEEN EFFECTIVELY WATERED. IN NO CASE SHALL FUGITIVE DUST BE ALLOWED TO LEAVE THE SITE UNDER CONSTRUCTION.

C. DISTURBED PORTIONS OF THE SITE WHERE CONSTRUCTION ACTIVITY HAS PERMANENTLY STOPPED SHALL BE PERMANENTLY SEEDED (SEE PERMANENT STABILIZATION PRACTICES FOR DETAILS). THESE AREAS SHALL BE SEEDED NO LATER THAN 14 DAYS AFTER THE LAST CONSTRUCTION ACTIVITY OCCURRING IN THESE AREAS. REFER TO THE GRADING PLAN AND/OR LANDSCAPE PLAN. CLEARED SITE DEVELOPMENT AREAS ARE CONTINUALLY SCHEDULED FOR CONSTRUCTION ACTIVITIES SHALL BE COVERED WITH HAY OR OVERSEEDED AND PERIODICALLY WATERED TO PREVENT TRANSPORT OF THE TEMPORARY GROUNDCOVER (SEE TEMPORARY STABILIZATION PRACTICES FOR DETAILS).

D. AT ANY TIME BOTH DURING AND AFTER SITE CONSTRUCTION THAT WATERING AND/OR VEGETATION ARE NOT EFFECTIVE IN CONTROLLING WIND EROSION AND/OR TRANSPORT OF FUGITIVE DUST, OTHER METHODS AS DEEMED NECESSARY FOR THE CONDITIONS SHALL BE EMPLOYED. THESE METHODS SHOULD INCLUDE ORDER DUST CONTROL FENCES. A 6-FT GEOTEXTILE FILTER FIBER SHOULD BE HANGING AGAINST THE EXISTING CHAIN LINK FENCE.

E. ALL DUST ON THE SITE SHALL BE CONTROLLED. THE USE OF MOTOR OILS AND OTHER PETROLEUM BASED OR TOXIC LIQUIDS FOR DUST SUPPRESSION OPERATIONS IS PROHIBITED.

## STABILIZATION PRACTICES:

SHALL BE IN ACCORDANCE WITH DOCUMENT NO 62-621.300(4)(a)

## STRUCTURAL PRACTICES:

SHALL BE IN ACCORDANCE WITH DOCUMENT NO 62-621.300(4)(a)

## WASTE DISPOSAL:

A. WASTE MATERIALS - ALL WASTE MATERIALS SHALL BE COLLECTED AND STORED IN A METAL DUMPSTER WITH A SECURE LID IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS. ALL TRASH AND CONSTRUCTION DEBRIS FROM THE SITE WILL BE DEPOSITED IN THE DUMPSTER. THE SUPERINTENDENT SHALL COORDINATE WITH THE LOCAL UTILITIES TO HAVE THE DUMPSTER EMPTIED AT LEAST TWICE A WEEK AND THE WASTE TAKEN TO AN APPROPRIATE LANDFILL. NO CONSTRUCTION WASTE MATERIALS SHALL BE BURIED ON-SITE. THE SUPERINTENDENT SHALL ORGANIZE TRAINING FOR THE EMPLOYEES IN THE PROPER PRACTICES WHEN DEALING WITH WASTE MATERIALS. THE SUPERINTENDENT SHALL BE RESPONSIBLE FOR POSTING AND ENFORCING WASTE MATERIAL PROCEDURES.

B. HAZARDOUS WASTE - HAZARDOUS WASTE MATERIALS SHALL BE DISPOSED OF IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS OR AS DIRECTED BY THE MANUFACTURER. THE SUPERINTENDENT SHALL ORGANIZE THE PROPER TRAINING FOR EMPLOYEES IN THE PROPER PRACTICES WHEN DEALING WITH HAZARDOUS WASTE MATERIALS. THESE PROCEDURES SHALL BE POSTED ON THE SITE. THE PERSON WHO MANAGES THE SITE SHALL BE RESPONSIBLE FOR ENFORCING THE PROCEDURES.

C. SANITARY WASTE - SANITARY WASTE SHALL BE COLLECTED AND DISPOSED OF IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS. THE SUPERINTENDENT SHALL COORDINATE WITH THE LOCAL UTILITY FOR COLLECTION OF THE SANITARY WASTE AT LEAST THREE TIMES A WEEK TO PREVENT SPILLAGE ONTO THE SITE.

D. RUBBISH, TRASH, GARBAGE, LITTER, OR OTHER SUCH MATERIALS SHALL BE DEPOSITED INTO SEALED CONTAINERS. MATERIALS SHALL BE PREVENTED FROM LEAVING THE PREMISES THROUGH THE ACTION OF WIND OR STORM WATER DISCHARGE OR TRACKING OF A VEHICLE, OR STORM WATER OF THE STATE.

## OFFSITE TRACKING:

A. STABILIZED CONSTRUCTION ENTRANCE SHALL BE PROVIDED TO REDUCE SEDIMENT TRACKING OFFSITE. THE MAJOR ROAD CONNECTED TO THE PROJECT ROADWAY LEAVES A 25FT. DAY TO REMOVE ANY EXCESS MUD, DIRT OR ROCK RESULTING FROM CONSTRUCTION TRAFFIC. ALL TRUCKS HAULING MATERIALS OFFSITE SHALL BE COVERED WITH A TARPAULIN.

B. GENERAL CONTRACTOR SHALL CREATE A PLAN FOR TEMPORARY PARKING AND STORAGE AREA WHICH SHALL ALSO BE USED AS THE EQUIPMENT MAINTENANCE AND CLEANING AREA, EMPLOYEE PARKING AREA, AND AREA FOR LOCATION PORTABLE FACILITIES, OFFICE TRAILERS, AND TOILET FACILITIES. HEAVY CONSTRUCTION EQUIPMENT PARKING AND MAINTENANCE AREAS SHALL BE DESIGNED TO PREVENT OIL, GREASE, AND LUBRICANTS FROM ENTERING SITE DRAINAGE FEATURES INCLUDING STORMWATER COLLECTION AND TREATMENT SYSTEMS. CONTRACTORS STAGING OR LAYDOWN AREAS SHALL HAVE THE SOIL SURFACE GRADED WITH SEDIMENT SUMPS WITHIN, SUCH AREAS AS REQUIRED TO CONTAIN SPILLS OF OIL, GREASE OR LUBRICANTS. CONTRACTORS SHALL HAVE AVAILABLE, AND SHALL USE, ABSORBENT FILTER PADS TO CLEAN UP SPILLS FROM EQUIPMENT OR WHEN FUELING.

C. ALL WASH WATER FROM CONCRETE TRUCKS, VEHICLE CLEANING, EQUIPMENT CLEANING, ETC. SHALL BE DETAINED ON SITE AND SHALL BE PROPERLY TREATED OR DISPOSED.

D. IF THE ACTION OF VEHICLES TRAVELING OVER THE GRAVEL CONSTRUCTION ENTRANCES IS NOT SUFFICIENT TO REMOVE THE MAJORITY OF DIRT OR MUD, THEN THE TIRES MUST BE WASHED BEFORE THE VEHICLES ENTER A PUBLIC ROAD. IF WASHING IS USED, PROVISIONS MUST BE MADE TO INTERCEPT THE WASH WATER AND TRAP THE SEDIMENT BEFORE IT IS CARRIED OFF THE SITE.

E. ALL MATERIALS SPILLED, DROPPED, WASHED, OR TRACKED FROM VEHICLES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED IMMEDIATELY.

## MAINTENANCE:

ALL MEASURES STATED ON THIS EROSION AND SEDIMENT CONTROL PLAN, AND IN THE STORM WATER POLLUTION PREVENTION PLAN, SHALL BE MAINTAINED IN FULLY FUNCTIONAL CONDITION UNTIL NO LONGER REQUIRED FOR A COMPLETED PHASE OF WORK OR FINAL STABILIZATION OF THE SITE. ALL EROSION AND SEDIMENTATION CONTROL MEASURES SHALL BE CHECKED BY A QUALIFIED PERSON AT LEAST ONCE EVERY SEVEN CALENDAR DAYS AND WITHIN 24 HOURS OF THE END OF A 0.5" RAINFALL EVENT, AND CLEANED AND REPAIRED IN ACCORDANCE WITH THE FOLLOWING:

A. INLET PROTECTION DEVICES AND BARRIERS SHALL BE REPAIRED OR REPLACED IF THEY SHOW SIGNS OF UNDERMINING, OR DETERIORATION.

B. ALL SEEDED AREAS SHALL BE CHECKED REGULARLY TO SEE THAT A GOOD STAND IS MAINTAINED. AREAS SHOULD BE FERTILIZED, WATERED, AND RE-SEEDED AS NEEDED.

C. THE COMPOST ROCK FILTRATION DEVICE SHALL BE INSPECTED PERIODICALLY FOR HEIGHT OF SEDIMENT AND CONDITION OF DEVICE. COMPOST SOCK SHALL BE REPAIRED TO ITS ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE COMPOST SOCK WHEN IT REACHES ONE-THIRD THE HEIGHT OF THE COMPOST SOCK.

D. THE CONSTRUCTION ENTRANCES SHALL BE MAINTAINED IN A CONDITION WHICH WILL PREVENT TRACKING OR FLOW OF MUD ONTO PUBLIC RIGHTS-OF-WAY. THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE CONSTRUCTION ENTRANCES AS CONDITIONS DEMAND.

E. THE TEMPORARY PARKING AND STORAGE AREA SHALL BE KEPT IN GOOD CONDITION (SUITABLE FOR PARKING AND STORAGE). THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE TEMPORARY PARKING AS CONDITIONS DEMAND.

F. OUTLET STRUCTURES IN THE SEDIMENTATION BASINS SHALL BE MAINTAINED IN OPERATIONAL CONDITIONS AT ALL TIMES. THE SEDIMENT BASINS/DITCHES SHALL BE CHECKED MONTHLY FOR DEPTH OF SEDIMENT. SEDIMENT SHALL BE REMOVED FROM SEDIMENT BASINS OR TRAPS WHEN THE DESIGN CAPACITY HAS BEEN REDUCED BY 10% AND AFTER CONSTRUCTION IS COMPLETE.

G. ALL MAINTENANCE OPERATIONS SHALL BE DONE IN A TIMELY MANNER BUT IN NO CASE LATER THAN SEVEN CALENDAR DAYS FOLLOWING THE INSPECTION SHOWN BELOW. INSPECTED MONTHLY AND WITHIN 24 HOURS OF A 0.5" RAIN EVENT.

H. A MAINTENANCE REPORT SHALL BE COMPLETED DAILY AFTER EACH INSPECTION OF THE SEDIMENT AND EROSION CONTROL METHODS. THE REPORTS SHALL BE FILED IN AN ORGANIZED MANNER AND RETAINED ON-SITE DURING CONSTRUCTION. AFTER CONSTRUCTION IS COMPLETED, THE REPORTS SHALL BE SAVED FOR AT LEAST THREE YEARS. THE REPORTS SHALL BE AVAILABLE FOR ANY AGENCY THAT HAS JURISDICTION OVER EROSION CONTROL.

I. ALL REPAIRS MUST BE MADE WITHIN 24 HOURS OF REPORT.

J. THE SUPERINTENDENT SHALL ORGANIZE THE TRAINING FOR INSPECTION PROCEDURES AND PROPER EROSION CONTROL METHODS FOR EMPLOYEES THAT COMPLETE INSPECTIONS AND REPORTS.

K. SILT FENCES SHALL BE REPAIRED TO THEIR ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE SILT FENCES WHEN IT REACHES ONE-HALF THE HEIGHT OF THE SILT FENCE.

## SPILL PREVENTION AND CONTROL:

THE FOLLOWING ARE THE MATERIAL MANAGEMENT PRACTICES THAT WILL BE USED TO REDUCE THE RISK OF SPILLS OR OTHER ACCIDENTAL EXPOSURE OF MATERIALS AND SUBSTANCES TO STORM WATER RUNOFF.

A. GOOD HOUSEKEEPING

1. SUPERINTENDENT SHALL INSPECT PROJECT AREA DAILY FOR PROPER STORAGE, USE, AND DISPOSAL OF CONSTRUCTION MATERIALS.

2. STORE ONLY ENOUGH MATERIAL ON SITE FOR PROJECT COMPLETION.

3. ALL SUBSTANCES SHOULD BE USED BEFORE DISPOSAL OF.

4. ALL CONSTRUCTION MATERIALS STORED SHALL BE ORGANIZED AND IN THE PROPER CONTAINER AND IF POSSIBLE, STORED UNDER A ROOF OR PROTECTIVE COVER.

---

5. PRODUCTS SHALL NOT BE MIXED UNLESS DIRECTED BY THE MANUFACTURER.

6. ALL PRODUCTS SHALL BE USED AND DISPOSED OF ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS.

B. HAZARDOUS PRODUCTS

1. MATERIALS SHOULD BE KEPT IN ORIGINAL CONTAINER WITH LABELS UNLESS THE ORIGINAL CONTAINER CANNOT BE RESEALED. IF ORIGINAL CONTAINER CANNOT BE USED, LABELS AND PRODUCT INFORMATION SHALL BE SAVED.

2. PROPER DISPOSAL PRACTICES SHALL ALWAYS BE FOLLOWED IN ACCORDANCE WITH MANUFACTURER AND LOCAL/STATE REGULATIONS.

C. PRODUCT SPECIFIC PRACTICES

1. PETROLEUM PRODUCTS MUST BE STORED IN PROPER CONTAINERS AND CLEARLY LABELED. VEHICLES CONTAINING PETROLEUM PRODUCTS SHALL BE PERIODICALLY INSPECTED FOR LEAKS. PRECAUTIONS SHALL BE TAKEN TO AVOID LEAKAGE OF PETROLEUM PRODUCTS ON SITE.

2. THE MINIMUM AMOUNT OF FERTILIZER SHALL BE USED AND MIXED INTO THE SOIL IN ORDER TO LIMIT EXPOSURE TO STORM WATER. FERTILIZERS SHALL BE STORED IN A COVERED SHED. THE CONTENTS OF ANY PARTIALLY USED BAGS OF FERTILIZER SHALL BE TRANSFERRED TO A RE-USABLE PLASTIC BIN TO AVOID SPILLS.

3. PAINT CONTAINERS SHALL BE SEALED AND STORED WHEN NOT IN USE. EXCESS PAINT MUST BE DISPOSED OF IN AN APPROVED MANNER.

4. CONCRETE TRUCKS SHALL NOT BE ALLOWED TO WASH OUT OR DISCHARGE SURPLUS CONCRETE OR DRUM WASH WATER ON THE SITE.

## SPILL CLEAN UP:

IN ADDITION TO THE GOOD HOUSEKEEPING AND MATERIAL MANAGEMENT PRACTICES DISCUSSED ABOVE, THE FOLLOWING PRACTICES SHALL BE FOLLOWED FOR SPILL PREVENTION AND CLEANUP:

A. SPILL CLEANUP INFORMATION SHALL BE POSTED ON SITE TO INFORM EMPLOYEES AND CLEANUP PROCEDURES AND RESOURCES.

B. THE FOLLOWING CLEAN-UP EQUIPMENT MUST BE KEPT ON-SITE NEAR THE MATERIAL STORAGE AREA: GLOVES, MOPS, RAGS, BROOMS, DUST PANS, SAND, SAWDUST, LIQUID ABSORBER, GOGGLES, AND TRASH CONTAINERS.

C. SUFFICIENT OIL AND GREASE ABSORBING MATERIALS AND FLOTATION BOOMS SHALL BE MAINTAINED ONSITE AND READILY AVAILABLE TO CONTAIN AND CLEAN-UP FUEL OR CHEMICAL SPILLS AND LEAKS.

D. ALL SPILLS SHALL BE CLEANED UP AS SOON AS POSSIBLE.

E. WHEN CLEANING A SPILL, THE AREA SHOULD BE WELL VENTILATED AND THE EMPLOYEE SHALL WEAR PROPER PROTECTIVE COVERING TO PREVENT INJURY.

F. TOXIC SPILLS MUST BE REPORTED TO THE PROPER AUTHORITY REGARDLESS OF THE SIZE OF THE SPILL.

G. AFTER A SPILL, THE PREVENTION PLAN SHALL BE REVIEWED AND CHANGED TO PREVENT FURTHER SIMILAR SPILLS FROM OCCURRING. THE CAUSE OF THE SPILL, MEASURES TO PREVENT IT, AND HOW TO CLEAN THE SPILL UP SHALL BE ANALYZED.

H. THE SUPERINTENDENT SHALL BE THE SPILL PREVENTION AND CLEANUP COORDINATOR AND IS RESPONSIBLE FOR SPILL PREVENTION PLAN AND SHALL BE RESPONSIBLE FOR EDUCATING THE SPILL PREVENTION PLAN AND SHALL BE RESPONSIBLE FOR EDUCATING THE SPILL PREVENTION AND CLEANUP PROCEDURES.

## SEQUENCE OF CONSTRUCTION

UPON IMPLEMENTATION AND INSTALLATION OF THE FOLLOWING AREAS: TRAILER, PARKING, LAY DOWN, PORTA-POTTY, WIRES, WASH, CONCRETE WASHOUT, FUEL AND MATERIAL STORAGE CONTAINERS, SOLID WASTE CONTAINERS, ETC., IMMEDIATELY DENOTE THEM ON THE SITE MAPS AND NOTED ON THE CHANGES IN EROSION AND STORMWATER POLLUTION PREVENTION PROCESS.

1. CONSTRUCT STABILIZED CONSTRUCTION ENTRANCE AND INSTALL SILT FENCE

2. DEMOLISH EXISTING STRUCTURES, (IF APPLICABLE)

3. CONSTRUCT AND STABILIZE SEDIMENT BASIN AND DRAINAGE SWALES WITH APPROPRIATE OUTFALL STRUCTURES (CLEAR ONLY THOSE AREAS NECESSARY TO INSTALL CONTROL DEVICES LISTED ABOVE)

4. INSTALL AND STABILIZE ANY NECESSARY HYDRAULIC CONTROL STRUCTURES (DIKES, CHECK DAMS, OUTLET TRAPS, ETC.)

5. PREPARE CLEARING AND GRUBBING OF THE SITE, (IF APPLICABLE)

6. START CONSTRUCTION OF THE BUILDING PAD AND STRUCTURES

7. PERFORM MASS GRADING. ROUGH GRADE TO ESTABLISH PROPOSED DRAINAGE PATTERNS.

8. TEMPORARILY SEED, THROUGHOUT CONSTRUCTION, DISTURBED AREAS THAT WILL BE INACTIVE FOR 7 DAYS OR MORE AS REQUIRED BY GENERAL PERMIT.

HALT ALL ACTIVITIES AND CONTACT THE CIVIL ENGINEER OF RECORD FOR PROPER INSPECTION AND CERTIFICATION OF BMPS. GENERAL CONTRACTOR SHALL SCHEDULE AND CONDUCT STORM WATER PRE-CONSTRUCTION MEETING WITH ENGINEER AND ALL GROUND DISTURBING CONTRACTORS BEFORE PROCEEDING WITH CONSTRUCTION PROCESS.

CONTRACTOR TO BE RESPONSIBLE FOR OBTAINING ALL DEWATERING PERMITS NECESSARY FOR CONSTRUCTION.



PLAN VIEW

PERSPECTIVE VIEWS

SECTION A-A

ELEVATION OF STAKE
AND FABRIC ORIENTATION

DETAIL A

FILTER FABRIC DROP INLET SEDIMENT BARRIER





STANDARD DETAIL

ALTERNATE DETAIL

SILT FENCE DETAIL

SILT FENCE INSTALLATION DETAIL



DIVERSION RIDGE
WHERE GRADE EXCEEDS 2%

EXISTING PAVED ROADWAY

SECTION A-A

PLAN VIEW

TEMPORARY GRAVEL CONSTRUCTION ENTRANCE

6' CHAIN LINK CONSTRUCTION FENCE
WITH VISUAL DUST SCREEN

Kimley»Horn

C210 DEMO &
EROSION CONTROL
DETAILS

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC



KEYMAP

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 07/09/2026    Page: 81 of 335

CONNECTION TO EXISTING PAVEMENT DETAIL
NOT TO SCALE

PAVEMENT CROSS—SECTION
NOT TO SCALE

PAVING LEGEND

ASPHALT TRANSITION DETAIL AT
BEGINNING OR ENDING OF ASPHALT
LIFT OR NEW CONSTRUCTION
NOT TO SCALE

ASPHALT MILLING AND RESURFACING DETAIL
NOT TO SCALE

NORTH

GRAPHIC SCALE IN FEET
0    30    60    120

LEGEND
PROPERTY LINE
PROPOSED ASPHALT
PROPOSED REPAVING
PROPOSED RETENTION AREAS (SOD)

Kimley»Horn

© 2025 KIMLEY—HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100  FAX: 954-739-2247
WWW.KIMLEY—HORN.COM
REGISTRY No. 30156

ENGINEERING PLAN
SOUTH

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

SHEET NUMBER
C300

## CONNECTION TO EXISTING PAVEMENT DETAIL
NOT TO SCALE

PROP. LIMEROCK
ASPHALT
EXIST. ASPHALT
EXIST. LIMEROCK
OR CRUSHED CONC.
PROP. SUBGRADE
EXIST. SUBGRADE
SAWCUT & STRIP BACK EXIST.
ASPHALT AND ROCKBASE AS
SHOWN AND CONNECT TO EXIST.
PAVEMENT.

## PAVEMENT CROSS-SECTION
NOT TO SCALE

### PAVING LEGEND
1. 2 1/2" TO 3" ASPHALT SURFACE TYPE SP-9.5 OR APPROVED EQUAL.
2. 8" LIMEROCK BASE COMPACTED IN 1 LIFT WITH MINIMUM LBR OF 100
3. 12" THICK SUBGRADE COMPACTED AND STABILIZED WITH MINIMUM DESIGN LBR OF 40 COMPACTED TO AT LEAST 98% OF MAXIMUM DRY DENSITY (AASHTO T-180)

## ASPHALT TRANSITION DETAIL AT BEGINNING OR ENDING OF ASPHALT LIFT OR NEW CONSTRUCTION
NOT TO SCALE

2" FEATHERING
1 1/2" THK
SP-3
2" TYPE SP-3
SURFACE COURSE
MATCH LINE
EXIST. BASE
EXIST. PVMT.
POCKET INTO EXIST. PVMT.

## ASPHALT MILLING AND RESURFACING DETAIL
NOT TO SCALE

MILL 1-1/2" MINIMUM EXISTING
ASPHALT SURFACE AND
OVERLAY WITH 1-1/2"
PROPOSED TYPE SP-9.5
ASPHALT PAVEMENT TO BUTT
AGAINST AND BE FLUSH WITH
EXISTING PAVEMENT

EXISTING ASPHALT PAVEMENT
TO BE SAWCUT IN NEAT,
STRAIGHT LINE. MATCH FLUSH
WITH EXISTING ASPHALT
PAVEMENT.

EXISTING ASPHALT
PAVEMENT.

EXISTING
LIMEROCK BASE

EXISTING STABILIZED
SUBGRADE

**KEYMAP**

NORTH

GRAPHIC SCALE IN FEET
0   15   30   60

### LEGEND
PROPERTY LINE
PROPOSED ASPHALT
PROPOSED REPAVING
PROPOSED RETENTION AREAS (SOD)

PROP. SWALE (TYP.)
PROP. ASPHALT (TYP.)

CONTRACTOR TO TIE INTO
EXIST. ASPHALT (TYP.)

PROP. SWALE (TYP.)

GRASS

Kimley»Horn

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
600 PETERS ROAD, SUITE 200, PLANTATION, FL 33324
PHONE: 954-535-5100  FAX: 954-739-2247
WWW.KIMLEY-HORN.COM  REGISTRY No. 35106

LICENSED PROFESSIONAL
CHRISTIAN UTTENREITHER, FL
FL LICENSE NUMBER
DATE: 6/30/2025

PROJECT No. 143357000
DATE JUNE 2025
SCALE AS SHOWN
DESIGNED BY SV
DRAWN BY SV
CHECKED BY SV

## ENGINEERING PLAN NORTH

## EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                                    FL

SHEET NUMBER
**C301**

**INSET 1**

MATCH TO EXISTING ASPHALT DRIVEWAY

EXISTING ±3600' ROAD TO BE REPAVED

NORTH

GRAPHIC SCALE IN FEET
0    150    300

LEGEND
— · — · —  PROPERTY LINE
              PROPOSED ASPHALT
              PROPOSED REPAVING
              PROPOSED RETENTION AREAS (SOD)

MATCH TO EXISTING ASPHALT DRIVEWAY

PROP. 30' ASPHALT DRIVEWAY

INSET 2

**KEYMAP**

INSET 3    INSET 4

INSET 1    INSET 2

**INSET 2**

NORTH

GRAPHIC SCALE IN FEET
0    30    60    120

± 820' OF 30' ASPHALT DRIVEWAY
MATCH TO EXISTING ASPHALT AND PROPOSED ASPHALT

SEE SHEET C300

PROP. LARGE VEHICLE PARKING (TYP.)

**INSET 4**

NORTH

GRAPHIC SCALE IN FEET
0    30    60    120

R(±175') ASPHALT ROUNDABOUT
MATCH TO EXISTING ASPHALT DRIVEWAY ELEVATIONS

175.0'

**INSET 3**

NORTH

GRAPHIC SCALE IN FEET
0    75    150    300

MATCH TO EXISTING ASPHALT

EXISTING ±1800' ROAD TO BE REPAVED

EXISTING ROAD TO BE REPAVED

± 30'

MATCH TO EXISTING ASPHALT

**Kimley»Horn**

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100   FAX: 954-739-2247
WWW.KIMLEY-HORN.COM   REGISTRY No. 35106

LICENSED PROFESSIONAL

CHRISTIAN WITTBRINO, P.E.

FL LICENSE NUMBER
94582R

FL REGISTRY No. 35106

DATE: 6/30/2025

KHA PROJECT
143970000
DATE
JUNE 2025
SCALE AS SHOWN
DESIGNED BY    SV
DRAWN BY    SV
CHECKED BY    SV

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

ENGINEERING PLAN
MAINTENANCE

OCHOPEE    FL

SHEET NUMBER
**C302**

# EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT

## LOCATION
54575 TAMIAMI TRAIL E,
OCHOPEE, FL 34141



PROJECT LOCATION
COLLIER COUNTY

### Sheet List Table

| Sheet Number | Sheet Title |
|---|---|
| C000 | COVER SHEET |
| C100 | GENERAL NOTES |
| C200 | DEMO & EROSION CONTROL PLAN SOUTH |
| C201 | DEMO & EROSION CONTROL PLAN NORTH |
| C210 | DEMO & EROSION CONTROL DETAILS |
| C300 | ENGINEERING PLAN SOUTH |
| C301 | ENGINEERING PLAN NORTH |
| C302 | ENGINEERING PLAN MAINTENANCE |
| C303 | ENGINEERING PLAN MAINTENANCE |



DADE-COLLIER
AIRPORT

TAMIAMI TRAIL

## PROJECT TEAM

**OWNER**
DADE COUNTY, FLORIDA
C/O DCAD PROPERTIES DIVISION
PO BOX 592075
MIAMI, FL, 33159

**CIVIL ENGINEER**
KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200
PLANTATION, FLORIDA 33324
(954) 535-5100
CONTACT: STEFANO VIOLA, P.E.

**SURVEYOR**
LTS, INC
1609 NW 84th AVE
MIAMI, FLORIDA 33351

## PROJECT LOCATION
FEMA FLOOD ZONE A

### VICINITY MAP
1" = 2000'

### PREPARED BY:
Kimley»Horn

## UTILITY PROVIDERS

**CENTURYLINK**
FIBER OPTIC, TELEPHONE
CONTACT: BILL MCLOUD
(850) 815-3144

**FLORIDA POWER & LIGHT**
ELECTRIC
CONTACT: JOEL BRAY
(386) 586-6403

**CROWN CASTLE NG**
FIBER OPTIC
(800) 634-3110

**LEE COUNTY ELECTRIC CO-OP**
ELECTRIC, STREET LIGHTS
CONTACT: TOM BAILEY
(239) 656-2414

**DADE COUNTY PUBLIC WORKS AND TRAFFIC**
STREET LIGHTS, TRAFFIC SIGNALS
CONTACT: OCTAVIO VIDAL
(305) 412-0891 EX. 201

Kimley»Horn

© 2025, KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
WWW.KIMLEY-HORN.COM PHONE: 954-535-5100
REGISTRY No. 35106

LICENSED PROFESSIONAL

STEFANO VITTORINO, P.E.
FL LICENSE NUMBER
96564
DATE: 7/7/2025

PER PROJECT
88300
DATE JUNE 2025
SCALE AS SHOWN
DESIGNED BY SV
DRAWN BY SV
CHECKED BY SV

COVER SHEET

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE FL

SHEET NUMBER
C000

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/09/2026    Page: 84 of 335

# 1. GENERAL CONSTRUCTION NOTES

1. THE CONTRACTOR AND SUBCONTRACTORS SHALL OBTAIN A COPY OF THE FLORIDA DEPARTMENT OF TRANSPORTATION STANDARD SPECIFICATIONS FOR ROAD AND BRIDGE CONSTRUCTION" (LATEST EDITION) AND BECOME FAMILIAR WITH THE CONTENTS PRIOR TO COMMENCING WORK. AND, UNLESS OTHERWISE NOTED, ALL WORK SHALL CONFORM AS APPLICABLE TO THESE STANDARDS AND SPECIFICATIONS.

2. THE CONTRACTOR SHALL BE RESPONSIBLE FOR FURNISHING ALL MATERIAL AND LABOR TO CONSTRUCT THE FACILITY AS SHOWN AND DESCRIBED IN THE. CONSTRUCTION DOCUMENTS IN ACCORDANCE WITH THE APPROPRIATE APPROVING AUTHORITIES, SPECIFICATIONS AND REQUIREMENTS. CONTRACTOR SHALL CLEAR AND GRUB ALL AREAS UNLESS OTHERWISE INDICATED, REMOVING TREES, STUMPS, ROOTS, MUCK, EXISTING PAVEMENT AND ALL OTHER DELETERIOUS MATERIAL.

3. THE INFORMATION PROVIDED IN THESE PLANS IS TO ASSIST THE CONTRACTOR IN ASSESSING THE NATURE AND EXTENT OF THE CONDITIONS WHICH MAY BE ENCOUNTERED DURING THE COURSE OF THE WORK. ALL CONTRACTORS SUBMITTING BIDS FOR THE WORK SHALL CONDUCT ANY INVESTIGATION THEY DEEM NECESSARY TO ARRIVE AT THEIR OWN CONCLUSIONS REGARDING THE ACTUAL CONDITION THAT WILL BE ENCOUNTERED AND UPON WHICH THEIR BIDS WILL BE BASED. IT IS THE CONTRACTOR'S RESPONSIBILITY TO INDICATE ON THE SURFACE AND SUBSURFACE CONDITIONS AND BASE HIS PRICING ACCORDINGLY. GEOTECHNICAL AND ENVIRONMENTAL REPORTS ARE AVAILABLE FOR REVIEW.

4. EXISTING UTILITIES SHOWN ARE LOCATED ACCORDING TO THE INFORMATION AVAILABLE TO THE ENGINEER AT THE TIME OF THE TOPOGRAPHIC SURVEY AND HAVE NOT BEEN INDEPENDENTLY VERIFIED BY THE OWNER OR THE ENGINEER. GUARANTEE IS NOT MADE THAT ALL EXISTING UNDERGROUND UTILITIES ARE SHOWN OR THAT THE LOCATION OF THOSE SHOWN ARE ENTIRELY ACCURATE. FINDING THE ACTUAL LOCATION OF ANY EXISTING UTILITIES IS THE CONTRACTOR'S RESPONSIBILITY AND SHALL BE DONE BEFORE COMMENCING ANY WORK IN THE VICINITY. FURTHERMORE, THE CONTRACTOR SHALL BE FULLY RESPONSIBLE FOR ANY AND ALL DAMAGES WHICH MIGHT BE OCCASIONED BY HIS FAILURE TO EXACTLY LOCATE AND PRESERVE ANY AND ALL UNDERGROUND UTILITIES. THE OWNER OR ENGINEER WILL ASSUME NO LIABILITY FOR ANY DAMAGES SUSTAINED OR COST INCURRED BECAUSE OF THE CONTRACTORS OPERATIONS IN THE VICINITY OF EXISTING UTILITIES OR STRUCTURES, NOR FOR TEMPORARY BRACING AND SHORING OF SAME. IF IT IS NECESSARY TO SHORE, BRACE, SWING OR RELOCATE A UTILITY THE UTILITY COMPANY OR DEPARTMENT AFFECTED SHALL BE CONTACTED AND THEIR PERMISSION OBTAINED REGARDING THE METHOD TO USE FOR SUCH WORK.

5. IT IS THE CONTRACTOR'S RESPONSIBILITY TO CONTACT THE VARIOUS UTILITY COMPANIES WHICH MAY HAVE BURIED OR AERIAL UTILITIES WITHIN OR NEAR THE CONSTRUCTION AREA BEFORE COMMENCING WORK. THE CONTRACTOR SHALL PROVIDE 48 HOURS MINIMUM NOTICE TO ALL UTILITY COMPANIES PRIOR TO BEGINNING CONSTRUCTION. AN APPROXIMATE LIST OF THE UTILITY COMPANIES WHICH THE CONTRACTOR MUST CALL BEFORE COMMENCING WORK IS PROVIDED ON THE COVER SHEET OF THESE CONSTRUCTION PLANS. THIS LIST SERVES AS A GUIDE ONLY AND IS NOT INTENDED TO LIMIT THE UTILITY COMPANIES WHICH THE CONTRACTOR MAY WISH TO NOTIFY.

6. THE CONTRACTOR SHALL BE RESPONSIBLE FOR OBTAINING ALL REQUIRED CONSTRUCTION PERMITS AND BONDS IF REQUIRED PRIOR TO CONSTRUCTION.

7. THE CONTRACTOR SHALL HAVE AVAILABLE AT THE JOB SITE AT ALL TIMES ONE COPY OF THE CONSTRUCTION DOCUMENTS INCLUDING PLANS, SPECIFICATIONS, GEOTECHNICAL REPORT AND SPECIAL CONDITIONS AND COPIES OF ANY REQUIRED CONSTRUCTION PERMITS.

8. ANY DISCREPANCIES ON THE DRAWINGS SHALL BE IMMEDIATELY BROUGHT TO THE ATTENTION OF THE OWNER AND ENGINEER BEFORE COMMENCING WORK. NO FIELD CHANGES OR DEVIATIONS FROM DESIGN ARE TO BE MADE WITHOUT PRIOR APPROVAL OF THE OWNER AND NOTIFICATION TO THE ENGINEER.

9. ALL COPIES OF COMPACTION, CONCRETE AND OTHER REQUIRED TEST RESULTS ARE TO BE SENT TO THE OWNER AND DESIGN ENGINEER OF RECORD DIRECTLY FROM THE TESTING AGENCY.

10. THE CONTRACTOR SHALL BE RESPONSIBLE FOR SUBMITTING TO THE. ENGINEER A CERTIFIED RECORD SURVEY SIGNED AND SEALED BY A PROFESSIONAL LAND SURVEYOR REGISTERED IN THE STATE OF FLORIDA DEPICTING THE ACTUAL FIELD LOCATION OF ALL CONSTRUCTED IMPROVEMENTS THAT ARE REQUIRED BY THE JURISDICTIONAL AGENCIES FOR THE CERTIFICATION PROCESS. ALL SURVEY COSTS WILL BE THE CONTRACTORS RESPONSIBILITY.

11. THE CONTRACTOR SHALL BE RESPONSIBLE FOR DOCUMENTING AND MAINTAINING AS-BUILT INFORMATION WHICH SHALL BE RECORDED AS CONSTRUCTION PROGRESSES OR AT THE COMPLETION OF APPROPRIATE CONSTRUCTION INTERVALS AND SHALL BE RESPONSIBLE FOR PROVIDING AS-BUILT DRAWINGS TO THE OWNER FOR THE PURPOSE OF CERTIFICATION TO JURISDICTIONAL AGENCIES AS REQUIRED. ALL AS-BUILT DATA SHALL BE COLLECTED BY A STATE OF FLORIDA PROFESSIONAL LAND SURVEYOR WHOSE SERVICES ARE ENGAGED BY THE CONTRACTOR.

12. ANY WELLS DISCOVERED ON SITE THAT WILL HAVE NO USE MUST BE PLUGGED BY A LICENSED WELL DRILLING CONTRACTOR IN A MANNER APPROVED BY ALL JURISDICTIONAL AGENCIES. CONTRACTOR SHALL BE RESPONSIBLE FOR OBTAINING ANY WELL ABANDONMENT PERMITS REQUIRED.

13. ANY WELL DISCOVERED DURING EARTH MOVING OR EXCAVATION SHALL BE REPORTED TO THE APPROPRIATE JURISDICTIONAL AGENCIES WITHIN 24 HOURS AFTER DISCOVERY IS MADE.

14. ANY WELL TO REMAIN SHALL BE ADJUSTED TO GRADE BY THE CONTRACTOR.

15. IT IS THE CONTRACTOR'S RESPONSIBILITY TO COORDINATE THE MAINTENANCE OF TRAFFIC FOR THE ADJACENT PROPERTY DURING CONSTRUCTION.

16. THE CONTRACTOR SHALL BE RESPONSIBLE FOR VERIFYING THAT THE PROPOSED IMPROVEMENTS SHOWN ON THE PLANS DO NOT CONFLICT WITH ANY KNOWN EXISTING OR OTHER PROPOSED IMPROVEMENTS. IF ANY CONFLICTS ARE DISCOVERED, THE CONTRACTOR SHALL NOTIFY THE OWNER PRIOR TO INSTALLATION OF ANY PORTION OF THE SITE WORK THAT WOULD BE AFFECTED. FAILURE TO NOTIFY OWNER OF AN IDENTIFIABLE CONFLICT PRIOR TO PROCEEDING WITH INSTALLATION RELIEVES OWNER OF ANY OBLIGATION TO PAY FOR A RELATED CHANGE ORDER.

17. PRIOR TO GRADE OPENING THE CONTRACTOR SHALL:
    - SWEEP THE ENTIRE SITE
    - ELIMINATE ALL DEBRIS IN THE LANDSCAPING AREAS
    - PRESSURE CLEAN THE SITE ASPHALT
    - PRESSURE CLEAN THE CURBS AND SIDEWALKS

## RECORD DRAWINGS

1. CONTRACTOR SHALL PROVIDE TO THE ENGINEER AND OWNER A MINIMUM OF 3 HARD COPIES OF A PAVING, GRADING AND DRAINAGE RECORD DRAWING AND A SEPARATE UTILITY RECORD DRAWING, AS WELL AS BOTH IN AUTOCAD 2018 OR LATER. BOTH PREPARED BY A FLORIDA PROFESSIONAL SURVEYOR. THE RECORD DRAWINGS SHALL VERIFY ALL DESIGN INFORMATION INCLUDED ON THE DESIGN PLANS OF THE SAME NAME.

## PAVING, GRADING AND DRAINAGE NOTES

1. ALL PAVING, CONSTRUCTION, MATERIALS, AND WORKMANSHIP WITHIN JURISDICTION'S RIGHT-OF-WAY SHALL BE IN ACCORDANCE WITH LOCAL OR COUNTY SPECIFICATIONS AND STANDARDS (LATEST EDITION) OR FDOT SPECIFICATIONS AND STANDARDS (LATEST EDITION) IF NOT COVERED BY LOCAL OR COUNTY REQUIREMENTS.

2. ALL UNPAVED AREAS IN EXISTING RIGHTS-OF-WAY DISTURBED BY CONSTRUCTION SHALL BE REGRADED AND SODDED.

3. TRAFFIC CONTROL ON ALL FDOT, LOCAL AND COUNTY RIGHTS-OF-WAY SHALL MEET THE REQUIREMENTS OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (U.S. DOT/FHA) AND THE REQUIREMENTS OF THE STATE AND ANY LOCAL AGENCY HAVING JURISDICTION. IN THE EVENT THAT THE CONTRACT DOCUMENTS AND THE JURISDICTIONAL AGENCY REQUIREMENTS ARE NOT IN AGREEMENT, THE MOST STRINGENT SHALL GOVERN.

4. CONTRACTOR SHALL GRADE THE SITE TO THE ELEVATIONS INDICATED. AND SHALL REGRADE WASHOUTS WHERE THEY OCCUR AFTER EVERY RAINFALL UNTIL A GRASS STAND IS WELL ESTABLISHED OR ADEQUATE STABILIZATION OCCURS.

5. THE CONTRACTOR SHALL GRADE THE SITE TO THE ELEVATIONS INDICATED. AND SHALL REGRADE WASHOUTS WHERE THEY OCCUR AFTER EVERY RAINFALL UNTIL A GRASS STAND IS WELL ESTABLISHED OR ADEQUATE STABILIZATION OCCURS.

6. ALL OPEN AREAS WITHIN THE PROJECT SITE SHALL BE SODDED UNLESS INDICATED OTHERWISE ON THE LANDSCAPE PLAN.

7. WHERE EXISTING PAVEMENT IS INDICATED TO BE REMOVED AND. REPLACED, THE CONTRACTOR SHALL SAW CUT A MINIMUM 2" DEEP FOR A SMOOTH AND STRAIGHT JOINT AND REPLACE THE PAVEMENT WITH THE SAME TYPE AND. DEPTH OF MATERIAL AS EXISTING OR AS INDICATED.

8. WHERE NEW PAVEMENT MEETS THE EXISTING PAVEMENT, THE CONTRACTOR. SHALL SAW CUT THE EXISTING PAVEMENT A MINIMUM 2" DEEP FOR A SMOOTH AND. STRAIGHT JOINT AND MATCH THE EXISTING PAVEMENT ELEVATION WITH THE. PROPOSED PAVEMENT UNLESS OTHERWISE INDICATED.

9. THE CONTRACTOR SHALL INSTALL FILTER FABRIC OVER ALL DRAINAGE STRUCTURES FOR THE DURATION OF CONSTRUCTION AND UNTIL. ACCEPTANCE OF THE PROJECT BY THE OWNER. ALL DRAINAGE STRUCTURES SHALL BE CLEANED OF DEBRIS AS REQUIRED DURING AND AT THE END OF CONSTRUCTION TO PROVIDE POSITIVE DRAINAGE FLOWS.

10. IF DEWATERING IS REQUIRED, THE CONTRACTOR SHALL OBTAIN ANY APPLICABLE REQUIRED PERMITS. THE CONTRACTOR IS TO COORDINATE WITH THE OWNER AND THE DESIGN ENGINEER PRIOR TO ANY EXCAVATION.

11. STRIP TOPSOIL AND ORGANIC MATTER FROM ALL AREAS OF THE SITE AS REQUIRED. IN SOME CASES TOPSOIL MAY BE STOCKPILED ON SITE FOR PLACEMENT WITHIN LANDSCAPED AREAS BUT ONLY AS DIRECTED BY THE OWNER.

12. FIELD DENSITY TESTS SHALL BE TAKEN AT INTERVALS IN ACCORDANCE WITH THE LOCAL JURISDICTIONAL AGENCY OR FDOT STANDARDS. IN THE EVENT THAT THE CONTRACT DOCUMENTS AND THE JURISDICTIONAL AGENCY REQUIREMENTS ARE NOT IN AGREEMENT, THE MOST STRINGENT SHALL GOVERN.

13. ALL SLOPES AND AREAS DISTURBED BY CONSTRUCTION SHALL BE GRADED AS PER PLANS. THE AREAS SHALL THEN BE SODDED OR SEEDED AS SPECIFIED IN THE PLANS, FERTILIZED, MULCHED, WATERED AND MAINTAINED UNTIL HARDY GRASS GROWTH IS ESTABLISHED IN ALL AREAS. ANY AREAS DISTURBED FOR ANY REASON PRIOR TO FINAL ACCEPTANCE OF THE JOB SHALL BE CORRECTED BY THE CONTRACTOR AT NO ADDITIONAL COST TO THE OWNER. ALL EARTHEN AREAS WILL BE SODDED OR SEEDED AND MULCHED AS SHOWN ON THE LANDSCAPING PLAN.

14. ALL CUT OR FILL SLOPES SHALL BE 3 (HORIZONTAL): 1 (VERTICAL) OR FLATTER UNLESS OTHERWISE SHOWN.

15. THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE CONTROL OF DUST AND DIRT RISING AND SCATTERING IN THE AIR DURING CONSTRUCTION AND SHALL PROVIDE WATER SPRINKLING OR OTHER SUITABLE METHODS OF CONTROL. THE. CONTRACTOR SHALL COMPLY WITH ALL GOVERNING REGULATIONS PERTAINING TO ENVIRONMENTAL PROTECTION.

16. THE CONTRACTOR SHALL TAKE ALL REQUIRED MEASURES TO CONTROL TURBIDITY, INCLUDING BUT NOT LIMITED TO THE INSTALLATION OF TURBIDITY BARRIERS AT ALL LOCATIONS WHERE THE POSSIBILITY OF TRANSFERRING SUSPENDED SOLIDS INTO THE RECEIVING WATER BODY EXISTS DUE TO THE PROPOSED WORK. TURBIDITY BARRIERS MUST BE MAINTAINED IN EFFECTIVE CONDITION AT ALL LOCATIONS UNTIL CONSTRUCTION IS COMPLETED AND DISTURBED SOIL AREAS ARE STABILIZED. THEREAFTER, THE CONTRACTOR MUST REMOVE THE BARRIERS. AT NO TIME SHALL THERE BE ANY OFF-SITE DISCHARGE WHICH VIOLATES THE WATER QUALITY STANDARDS IN CHAPTER 17-302, FLORIDA ADMINISTRATIVE CODE.

17. SOD, WHERE CALLED FOR, MUST BE INSTALLED AND MAINTAINED ON EXPOSED SLOPES WITHIN 48 HOURS OF COMPLETING FINAL GRADING. AND AT ANY OTHER TIME AS NECESSARY, TO PREVENT EROSION, SEDIMENTATION OR TURBID DISCHARGES.

18. THE CONTRACTOR MUST REVIEW AND MAINTAIN A COPY OF THE ENVIRONMENTAL RESOURCE PERMIT COMPLETE WITH ALL CONDITIONS, ATTACHMENTS, EXHIBITS, AND PERMIT MODIFICATIONS IN GOOD CONDITION AT THE CONSTRUCTION SITE. THE COMPLETE PERMIT MUST BE AVAILABLE FOR REVIEW UPON REQUEST BY WATER MANAGEMENT DISTRICT REPRESENTATIVES.

19. THE CONTRACTOR SHALL ENSURE THAT ISLAND PLANTING AREAS AND OTHER PLANTING AREAS ARE NOT COMPACTED AND DO NOT CONTAIN ROAD BASE MATERIALS. THE CONTRACTOR SHALL ALSO EXCAVATE AND REMOVE ALL UNDESIRABLE MATERIAL FROM ALL AREAS ON THE SITE TO BE PLANTED AND PROPERLY DISPOSED OF IN A LEGAL MANNER.

20. THE CONTRACTOR SHALL INSTALL ALL UNDERGROUND STORM WATER PIPING PER MANUFACTURER'S RECOMMENDATIONS.

21.

## EROSION CONTROL NOTES

1. THE STORM WATER POLLUTION PREVENTION PLAN ("SWPPP") IS COMPRISED OF THIS EROSION CONTROL PLAN, THE STANDARD DETAILS, THE PLAN NARRATIVE, ATTACHMENTS INCLUDED IN SPECIFICATIONS OF THE SWPPP, PLUS THE PERMIT AND ALL SUBSEQUENT REPORTS AND RELATED DOCUMENTS.

2. ALL CONTRACTORS AND SUBCONTRACTORS INVOLVED WITH STORM WATER POLLUTION PREVENTION SHALL OBTAIN A COPY OF THE STORM WATER POLLUTION PREVENTION PLAN AND THE STATE OF FLORIDA NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM (GENERAL PERMIT (NPDES PERMIT) AND BECOME FAMILIAR WITH THEIR CONTENTS.

3. THE CONTRACTOR SHALL IMPLEMENT BEST MANAGEMENT PRACTICES AS REQUIRED BY THE SWPPP. ADDITIONAL BEST MANAGEMENT PRACTICES SHALL BE IMPLEMENTED AS DICTATED BY CONDITIONS AT NO ADDITIONAL COST TO THE OWNER THROUGHOUT ALL PHASES OF CONSTRUCTION.

4. BEST MANAGEMENT PRACTICES (BMP'S) AND CONTROLS SHALL CONFORM TO FEDERAL, STATE, OR LOCAL REQUIREMENTS OR MANUAL OF PRACTICE, AS APPLICABLE. THE CONTRACTOR SHALL IMPLEMENT ADDITIONAL CONTROLS AS DIRECTED BY THE PERMITTING AGENCY OR OWNER.

5. EROSION CONTROL PLAN MUST CLEARLY DELINEATE ALL STATE WATERS. PERMITS FOR ANY CONSTRUCTION ACTIVITY IMPACTING STATE WATERS OR REGULATED WETLANDS MUST BE MAINTAINED ON SITE AT ALL TIMES.

6. THE CONTRACTOR SHALL MINIMIZE CLEARING TO THE MAXIMUM EXTENT PRACTICAL OR AS REQUIRED BY THE GENERAL PERMIT.

7. CONTRACTOR SHALL DENOTE ON PLAN THE TEMPORARY PARKING AND STORAGE AREA WHICH SHALL ALSO BE USED AS THE EQUIPMENT MAINTENANCE AND CLEANING AREA, EMPLOYEE PARKING AREA, AND AREA FOR LOCATING PORTABLE FACILITIES, OFFICE TRAILERS, AND TOILET FACILITIES.

8. ALL WASH WATER (CONCRETE TRUCKS, VEHICLE CLEANING, EQUIPMENT CLEANING, ETC.) SHALL BE DETAINED AND PROPERLY TREATED OR DISPOSED.

9. SUFFICIENT OIL AND GREASE ABSORBING MATERIALS AND FLOTATION BOOMS SHALL BE MAINTAINED ON SITE OR READILY AVAILABLE TO CONTAIN AND CLEAN-UP FUEL OR CHEMICAL SPILLS AND LEAKS.

10. THE CONTRACTOR SHALL BE RESPONSIBLE FOR DUST CONTROL ON SITE. THE USE OF MOTOR OILS AND OTHER PETROLEUM BASED OR TOXIC LIQUIDS FOR DUST SUPPRESSION OPERATIONS IS PROHIBITED.

11. RUBBISH, TRASH, GARBAGE, LITTER, OR OTHER SUCH MATERIALS SHALL BE DEPOSITED INTO SEALED CONTAINERS. MATERIALS SHALL BE PREVENTED FROM LEAVING THE PREMISES THROUGH THE ACTION OF WIND OR STORM WATER DISCHARGE INTO DRAINAGE DITCHES OR WATERS OF THE STATE.

12. STABILIZATION PRACTICES SHOULD BE INITIATED AS SOON AS PRACTICAL, BUT IN NO CASE MORE THAN 7 DAYS WHERE CONSTRUCTION HAS TEMPORARILY CEASED.

13. DISTURBED PORTIONS OF THE SITE WHERE CONSTRUCTION ACTIVITY HAS PERMANENTLY STOPPED SHALL BE PERMANENTLY SEEDED. THESE AREAS SHALL BE SEEDED NO LATER THAN 7 DAYS AFTER THE LAST CONSTRUCTION ACTIVITY OCCURRED IN THESE AREAS. REFER TO SECTION 981 OF THE STANDARD SPECIFICATIONS FOR SEEDING AND MAINTENANCE REQUIREMENTS.

14. IF THE ACTION OF VEHICLES TRAVELING OVER THE GRAVEL CONSTRUCTION ENTRANCES IS NOT SUFFICIENT TO REMOVE THE MAJORITY OF DIRT OR MUD, THEN THE TIRES MUST BE WASHED BEFORE THE VEHICLES ENTER A PUBLIC ROAD. IF WASHING IS USED, PROVISIONS MUST BE MADE TO INTERCEPT THE WASH WATER AND TRAP THE SEDIMENT BEFORE IT IS CARRIED OFF THE SITE.

15. ALL MATERIALS SPILLED, DROPPED, WASHED, OR TRACKED FROM VEHICLES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED AS SOON AS POSSIBLE.

16. THE CONTRACTOR SHALL BE RESPONSIBLE FOR REMOVING SEDIMENT IN THE DETENTION POND AND ANY SEDIMENT THAT MAY HAVE COLLECTED IN THE STORM SEWER DRAINAGE SYSTEMS IN CONJUNCTION WITH THE STABILIZATION OF THE SITE.

17. ON-SITE & OFF-SITE SOIL STOCKPILE AND BORROW AREAS SHALL BE PROTECTED FROM EROSION AND SEDIMENTATION THROUGH IMPLEMENTATION OF BEST MANAGEMENT PRACTICES. STOCKPILE AND BORROW AREA LOCATIONS SHALL BE NOTED ON THE EROSION CONTROL PLAN AND PERMITTED IN ACCORDANCE WITH THE GENERAL PERMIT.

18. SLOPES SHALL BE LEFT IN A ROUGHENED CONDITION DURING THE GRADING PHASE TO REDUCE RUNOFF VELOCITIES AND EROSION.

19. DUE TO GRADE CHANGES DURING THE DEVELOPMENT OF THE PROJECT, THE CONTRACTOR SHALL BE RESPONSIBLE FOR ADJUSTING THE EROSION CONTROL MEASURES (SILT FENCES, ETC.) TO PREVENT EROSION.

20. ALL CONSTRUCTION SHALL BE STABILIZED AT THE END OF EACH WORKING DAY. THIS INCLUDES BACK FILLING OF TRENCHES FOR UTILITY CONSTRUCTION AND PLACEMENT OF GRAVEL OR BITUMINOUS PAVING FOR ROAD CONSTRUCTION.

# MAINTENANCE

ALL MEASURES STATED ON THE EROSION AND SEDIMENT CONTROL PLAN, AND IN THE STORM WATER POLLUTION PREVENTION PLAN, SHALL BE MAINTAINED IN FULLY FUNCTIONAL CONDITION UNTIL NO LONGER REQUIRED FOR A COMPLETED PHASE OF WORK OR FINAL STABILIZATION OF THE SITE. ALL EROSION AND SEDIMENTATION CONTROL MEASURES SHALL BE CHECKED BY A QUALIFIED PERSON AT LEAST ONCE EVERY SEVEN CALENDAR DAYS AND WITHIN 24 HOURS OF THE END OF A 0.5" RAINFALL EVENT. AND CLEANED AND REPAIRED IN ACCORDANCE WITH THE FOLLOWING:

1. INLET PROTECTION DEVICES AND BARRIERS SHALL BE REPAIRED OR REPLACED IF THEY SHOW SIGNS OF UNDERMINING, OR DETERIORATION.

2. ALL SEEDED AREAS SHALL BE CHECKED REGULARLY TO SEE THAT A GOOD STAND IS MAINTAINED. AREAS SHOULD BE FERTILIZED, WATERED AND RESEEDED AS NEEDED. FOR MAINTENANCE REQUIREMENTS REFER TO SECTION 981 OF THE STANDARD SPECIFICATIONS.

3. SILT FENCES SHALL BE REPAIRED TO THEIR ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE SILT FENCES WHEN IT REACHES ONE-HALF THE HEIGHT OF THE SILT FENCE.

4. THE CONSTRUCTION ENTRANCES SHALL BE MAINTAINED IN A CONDITION WHICH WILL PREVENT TRACKING OR FLOW OF MUD ONTO PUBLIC RIGHTS-OF-WAY. THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE CONSTRUCTION ENTRANCES AS CONDITIONS DEMAND.

5. THE TEMPORARY PARKING AND STORAGE AREA SHALL BE KEPT IN GOOD CONDITION (SUITABLE FOR PARKING AND STORAGE). THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE TEMPORARY PARKING AS CONDITIONS DEMAND.

6. OUTLET STRUCTURES IN THE SEDIMENTATION BASINS SHALL BE MAINTAINED IN OPERATIONAL CONDITIONS AT ALL TIMES. SEDIMENT SHALL BE REMOVED FROM SEDIMENT BASINS OR TRAPS WHEN THE DESIGN CAPACITY HAS BEEN REDUCED BY 50 CUBIC YARDS / ACRE.

7. ALL MAINTENANCE OPERATIONS SHALL BE DONE IN A TIMELY MANNER BUT IN NO CASE LATER THAN 2 CALENDAR DAYS FOLLOWING THE. INSPECTION.

# TYPICAL ENGINEER OBSERVATIONS

CONTRACTOR SHALL NOTIFY ENGINEER 48 HOURS IN ADVANCE OF THE FOLLOWING ACTIVITIES:

- PRE-CONSTRUCTION MEETING
- CONNECTIONS TO WATER AND SEWER MAINS
- TESTS OF UTILITIES
- ANY OTHER INSPECTION FOR WHICH A PERMITTING AGENCY REQUIRES THE ENGINEER TO BE PRESENT

# 3RD PARTY TEST REPORTS REQ'D

TEST REPORTS REQUIRED FOR CLOSE OUT INCLUDE, BUT ARE NOT LIMITED TO:

- DENSITY TEST REPORTS
- ANY OTHER TESTING REQUIRED BY THE AGENCY

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100   FAX: 954-739-2247
WWW.KIMLEY-HORN.COM   REGISTRY No. 35106



KHA PROJECT
DATE      1/25/2025
SCALE   AS SHOWN
DESIGNED BY   SV
DRAWN BY   SV
CHECKED BY   SV

CHRISTIAN VITERBO, P.E.
LICENSED PROFESSIONAL
FL. LICENSE NUMBER   90526
7/7/2025

# GENERAL NOTES

EMERGENCY INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

SHEET NUMBER
C100

**KEYMAP**

NORTH

GRAPHIC SCALE IN FEET
0  30  60  120

**LEGEND**

| | |
|---|---|
| | PROPERTY LINE |
| SF — SF | PROPOSED SILT FENCE SEDIMENT CONTROL |
| X — X — X | PROP 6' CHAIN LINK CONSTRUCTION FENCE |
| ⊙ | INLET PROTECTION |

NOTES:
1. ALL INLETS WITHIN PROJECT LIMITS TO BE INLET PROTECTED

CONTRACTOR TO SAW CUT EXIST. ASPHALT

EXIST. FEATURES TO REMAIN (TYP.)

PROP. SILT FENCE

PROP. CONSTRUCTION FENCE

**Kimley»Horn**

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100 FAX: 954-739-2247
WWW.KIMLEY-HORN.COM REGISTRY No. 35106

LICENSED PROFESSIONAL

CRISTIAN VITTORINO, P.E.
FL LICENSE NUMBER
95456

THIS PROJECT
DATE
JUNE 2025
SCALE AS SHOWN
DESIGNED BY    SV
DRAWN BY    SV
CHECKED BY    SV

**DEMO & EROSION CONTROL PLAN SOUTH**

FL

**EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT**
PREPARED FOR
**LTS INC**

OCHOPEE

SHEET NUMBER
**C200**

USCA11 Case: 25-12873   Document: 92-5   Date Filed: 01/09/2026   Page: 87 of 335

**KEYMAP**

NORTH

GRAPHIC SCALE IN FEET
0   15   30   60

## LEGEND

| | |
|---|---|
| | PROPERTY LINE |
| —SF—SF— | PROPOSED SILT FENCE SEDIMENT CONTROL |
| —X—X—X— | PROP. 6' CHAIN LINK CONSTRUCTION FENCE |
| | INLET PROTECTION |

NOTES:
1. CONTRACTOR TO PROTECT ALL EXISTING UTILITIES DURING DEMOLITION PROCESS

PROP. SILT FENCE

PROP. CONSTRUCTION FENCE

**Kimley»Horn**

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
820 PETERS ROAD, SUITE 2000, PLANTATION, FL 33324
PHONE: 954-535-5100   FAX: 954-739-2247
WWW.KIMLEY-HORN.COM   REGISTRY No. 35106

LICENSED PROFESSIONAL
SEBASTIAN VITORINO, FL
FL LICENSE NUMBER
98468
DATE: 7/7/2025

KHA PROJECT
143087500
DATE
JUNE 2025
SCALE  AS SHOWN
DESIGNED BY   SV
DRAWN BY   SV
CHECKED BY   SV

## DEMO & EROSION CONTROL PLAN NORTH

EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                                    FL

SHEET NUMBER
**C201**

# BEST MANAGEMENT PRACTICES (BMPS):

THIS PLAN HAS BEEN PREPARED TO ENSURE COMPLIANCE WITH APPROPRIATE CONDITIONS OF THE BROWARD COUNTY LAND DEVELOPMENT REGULATIONS, THE RULES OF THE FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION (FDEP), CHAPTER 17-25, F.A.C., THE SOUTH FLORIDA WATER MANAGEMENT DISTRICT (SFWMD), CHAPTER 40-6, F.A.C. AND THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (EPA) DOCUMENT NO. EPA 832/R-92-005 (SEPTEMBER 1992), THE FOLLOWING BMPS ARE ADDRESSED IN THIS PLAN:

A. PREVENT LOSS OF SOIL DURING CONSTRUCTION BY STORMWATER RUNOFF AND/OR WIND EROSION, INCLUDING PROTECTING TOPSOIL BY STOCKPILING FOR REUSE.

B. SEDIMENTATION PROTECTION OF STORM SEWER OR RECEIVING STREAM.

C. PREVENT POLLUTING THE AIR WITH DUST AND PARTICULATE MATTER. THE VARIOUS TECHNIQUES OR ACTIONS IDENTIFIED UNDER EACH SECTION INDICATE THE APPROPRIATE SITUATION WHEN THE TECHNIQUES SHOULD BE EMPLOYED. ALSO IDENTIFIED IS A CROSS-REFERENCE TO A DIAGRAM OR FIGURE REPRESENTING THE TECHNIQUE. IT SHOULD BE UNDERSTOOD THAT THE MEASURES IDENTIFIED ON THIS PLAN ARE INTENDED TO SUGGEST TO THE CONTRACTOR SHALL PROVIDE POLLUTION PREVENTION AND EROSION CONTROL MEASURES AS SPECIFIED IN ACCORDANCE WITH THE CURRENT FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION NATIONAL POLLUTION DISCHARGE ELIMINATION SYSTEM (NPDES) PRESENT REPRESENTED MEASURES REQUIRED WHERE DOCUMENTATION AND OBTAIN PERMIT PRIOR TO COMMENCEMENT OF CONSTRUCTION. IT IS THE SOLE RESPONSIBILITY OF THE CONTRACTOR TO PREPARE THE REQUIRED NPDES DOCUMENT AND OBTAIN THE NPDES PERMIT. ALL COST ASSOCIATED WITH SUCH WORK SHALL BE DEEMED INCIDENTAL TO THE PROJECT LUMP SUM COST.

## GENERAL EROSION CONTROL NOTES:

A. THE STORM WATER POLLUTION PREVENTION PLAN (SWPPP) IS COMPRISED OF THESE EROSION CONTROL DRAWINGS, THE STANDARD DETAILS, THE NPDES PERMIT (TO BE OBTAINED BY CONTRACTOR) AND ALL SUBSEQUENT REPORTS AND INSPECTIONS.

B. ALL CONTRACTORS AND SUBCONTRACTORS INVOLVED WITH STORM WATER POLLUTION PREVENTION SHALL OBTAIN A COPY OF THIS DRAWING AND THE STATE OF FLORIDA NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM GENERIC PERMIT, AND BECOME FAMILIAR WITH THEIR CONTENTS.

C. CONTRACTOR SHALL IMPLEMENT BEST MANAGEMENT PRACTICES (BMP) IN ALL CONSTRUCTION ACTIVITIES INCLUDING BUT NOT LIMITED TO THE FOLLOWING:

1. FUEL SPILLS AND LEAKS PREVENTION
2. PREVENT/REDUCE VEHICLE AND EQUIPMENT WASHING AND STEAM CLEANING
3. VEHICLE AND EQUIPMENT MAINTENANCE AND REPAIR
4. PROPER OUTDOOR LOADING/UNLOADING OF MATERIALS
5. PREVENT/REDUCE OUTDOOR STORAGE OF RAW MATERIALS, PRODUCTS, AND BY-PRODUCTS
6. SOLID WASTE MANAGEMENT
7. HAZARDOUS WASTE MANAGEMENT
8. CONCRETE WASTE MANAGEMENT
9. SANITARY/SEPTIC WASTE MANAGEMENT
10. STRUCTURE CONSTRUCTION AND PAINTING
11. SPILL PREVENTION AND CONTROL
12. CONTAMINATED SOIL MANAGEMENT
13. SANITARY/SEPTIC WASTE MANAGEMENT
14. SOIL EROSION CONTROL
15. STORM WATER TURBIDITY MANAGEMENT

ADDITIONAL BEST MANAGEMENT PRACTICES SHALL BE IMPLEMENTED AS DICTATED BY CONDITIONS AT NO ADDITIONAL COST TO THE OWNER THROUGHOUT ALL PHASES OF CONSTRUCTION.

D. BEST MANAGEMENT PRACTICES (BMPS) AND CONTROLS SHALL CONFORM TO FEDERAL, STATE, OR LOCAL REQUIREMENTS OR MANUAL OF PRACTICE, AS APPLICABLE. CONTRACTOR SHALL IMPLEMENT ADDITIONAL CONTROLS AS DIRECTED BY PERMITTING AGENCY OR OWNER.

E. SITE MAP MUST CLEARLY DELINEATE ALL STATE WATERS. CONTRACTOR MUST MAINTAIN ALL PERMITS FOR ANY CONSTRUCTION ACTIVITY IMPACTING STATE WATERS OR REGULATED WETLANDS ON SITE AT ALL TIMES.

F. CONTRACTOR SHALL MINIMIZE CLEARING TO THE MAXIMUM EXTENT PRACTICAL OR AS REQUIRED BY THE GENERAL PERMIT.

G. CONTRACTOR SHALL BEGIN CLEANING AND GRUBBING THOSE PORTIONS OF THE SITE NECESSARY TO IMPLEMENT PERIMETER CONTROL MEASURES. CLEARING AND GRUBBING FOR THE REMAINING PORTIONS OF THE PROPOSED SITE SHALL COMMENCE ONCE PERIMETER CONTROLS ARE IN PLACE. PERIMETER CONTROLS SHALL BE ACTIVELY MAINTAINED UNTIL SAID AREAS HAVE BEEN STABILIZED AND SHALL BE REMOVED ONCE FINAL STABILIZATION IS COMPLETE.

H. GENERAL EROSION CONTROL BMPS SHALL BE EMPLOYED TO MINIMIZE SOIL EROSION AND POTENTIAL LAKE SLOPE CAVE-INS. WHILE THE VARIOUS TECHNIQUES REQUIRED WILL BE SITE AND PLAN SPECIFIC, THEY SHOULD BE EMPLOYED AS SOON AS POSSIBLE DURING CONSTRUCTION.

I. ON-SITE & OFF-SITE SOIL STOCKPILE AND BORROW AREAS SHALL BE PROTECTED FROM EROSION AND SEDIMENTATION THROUGH IMPLEMENTATION OF BEST MANAGEMENT PRACTICES. STOCKPILE AND BORROW AREAS LOCATIONS SHALL BE NOTED ON THE SITE MAP AND PERMITTED IN ACCORDANCE WITH GENERAL PERMIT REQUIREMENTS.

J. SURFACE WATER QUALITY SHALL BE MAINTAINED BY EMPLOYING THE FOLLOWING BMPS IN THE CONSTRUCTION PLANNING AND CONSTRUCTION OF ALL IMPROVEMENTS.

## STORM WATER EROSION CONTROL PRACTICES:

A. CONTRACTORS OR SUBCONTRACTORS WILL BE RESPONSIBLE FOR REMOVING SEDIMENT FROM DETENTION PONDS AND ANY SEDIMENT THAT MAY HAVE COLLECTED IN THE STORM SEWER DRAINAGE SYSTEMS IN CONJUNCTION WITH THE ESTABLISHMENT OF THE SITE.

B. SLOPES SHALL BE LEFT IN A ROUGHENED CONDITION DURING THE GRADING PHASE TO REDUCE RUNOFF VELOCITIES AND EROSION.

C. DUE TO THE GRADE CHANGES DURING THE DEVELOPMENT OF THE PROJECT, THE CONTRACTOR SHALL BE RESPONSIBLE FOR ADJUSTING THE EROSION CONTROL MEASURES (COMPOST SOCK DEVICES, ETC.) TO PREVENT EROSION.

D. WHERE PRACTICAL, STORMWATER SHALL BE CONVEYED BY SWALES.

E. EROSION CONTROL MEASURES SHALL BE EMPLOYED TO MINIMIZE TURBIDITY OF SURFACE WATERS LOCATED DOWNSTREAM OF ANY CONSTRUCTION ACTIVITY. WHILE THE VARIOUS MEASURES REQUIRED WILL BE SITE SPECIFIC, THEY SHALL BE EMPLOYED AS NEEDED IN ACCORDANCE WITH THE FOLLOWING:

1. IN GENERAL, EROSION SHALL BE CONTROLLED AT THE FURTHEST PRACTICAL UPSTREAM LOCATION.

2. STORMWATER INLETS SHALL BE PROTECTED DURING CONSTRUCTION. PROTECTION MEASURES SHALL BE EMPLOYED AS SOON AS PRACTICAL DURING THE VARIOUS STAGES OF INLET CONSTRUCTION. SILT BARRIERS SHALL REMAIN IN PLACE UNTIL SODDING AROUND INLETS IS COMPLETE.

3. WHEN NEEDED A TEMPORARY SEDIMENT TRAP SHOULD BE CONSTRUCTED TO DETAIN SEDIMENT-LADEN RUNOFF FROM DISTURBED AREAS.

F. SILT BARRIERS, ANY SILT WHICH ACCUMULATES BEHIND THE BARRIERS, AND ANY FILL USED TO ANCHOR THE BARRIERS SHALL BE REMOVED PROMPTLY AFTER THE END OF THE MAINTENANCE PERIOD SPECIFIED FOR THE BARRIERS.

## NOTES:

1. CONTRACTOR TO CONSIDER POTENTIAL DEWATERING ACTIVITIES WHEN PREPARING BID DOCUMENTS FOR THIS PROJECT.

2. CONTRACTOR SHALL OBTAIN ANY NECESSARY DEWATERING PERMITS AS SITE CONDITIONS AND CONSTRUCTION ACTIVITIES REQUIRE.

3. CONTRACTOR TO USE BEST MANAGEMENT PRACTICES TO ENSURE COMPLIANCE WITH NPDES AND WATER MANAGEMENT DISTRICT REGULATIONS FOR STORMWATER DISCHARGE FROM CONSTRUCTION ACTIVITIES AND DEWATERING OPERATIONS.

4. IT SHOULD BE NOTED THAT THE MEASURE IDENTIFIED ON THIS PLAN ARE ONLY SUGGESTED BMPS). THE CONTRACTOR SHALL PROVIDE POLLUTION PREVENTION AND EROSION CONTROL MEASURES AS NECESSARY TO CONFORM TO CURRENT CITY, FDEP, AND SFWMD CRITERIA AND REGULATIONS.

5. GUIDE OF BANKS OF RETENTION/DETENTION PONDS SHALL BE CONSTRUCTED NOT STEEPER THAN 3H:1V FROM TOP OF BANK TO TWO FEET BELOW NORMAL WATER LEVEL, AS APPLICABLE.

6. SOD SHALL BE PLACED FOR A 2-FOOT WIDE STRIP ADJOINING ALL CURBING AND AROUND ALL INLETS. SOD SHALL BE PLACED BEFORE SILT BARRIERS ARE REMOVED.

7. WHERE REQUIRED TO PREVENT EROSION FROM SHEET FLOW ACROSS BARE GROUND FROM ENTERING A LAKE OR SWALE, A TEMPORARY SEDIMENT SUMP SHALL BE CONSTRUCTED.

J. FILTER FABRIC SHOULD BE USED FOR STORM DRAIN INLET PROTECTION BEFORE FINAL STABILIZATION.

## WIND EROSION CONTROL PRACTICES:

A. WIND EROSION SHALL BE CONTROLLED BY EMPLOYING THE FOLLOWING METHODS AS NECESSARY AND APPROPRIATE:

---

1. BARE EARTH AREAS SHALL BE WATERED DURING CONSTRUCTION AS NECESSARY TO MINIMIZE THE TRANSPORT OF FUGITIVE DUST. IT MAY BE NECESSARY TO LIMIT CONSTRUCTION VEHICLE SPEED IF BARE EARTH HAS NOT BEEN EFFECTIVELY WATERED. IN NO CASE SHALL FUGITIVE DUST BE ALLOWED TO LEAVE THE SITE UNDER CONSTRUCTION.

2. DISTURBED PORTIONS OF THE SITE WHERE CONSTRUCTION ACTIVITY HAS PERMANENTLY STOPPED SHALL BE PERMANENTLY SEEDED (SEE PERMANENT STABILIZATION PRACTICES FOR DETAILS). THESE AREAS SHALL BE SEEDED NO LATER THAN 14 DAYS AFTER THE LAST CONSTRUCTION ACTIVITY OCCURRING IN THESE AREAS. NOTE TO THE GRADING PLAN AND/OR LANDSCAPE PLAN. CLEARED SITE DEVELOPMENT AREAS NOT CONTINUALLY SCHEDULED FOR CONSTRUCTION ACTIVITIES SHALL BE COVERED WITH HAY OR OVERSEEDED AND PERIODICALLY WATERED TO PREVENT LOSS OF SOIL BY TEMPORARY GROUNDCOVER (SEE TEMPORARY STABILIZATION PRACTICES FOR DETAILS).

3. AT ANY TIME BOTH DURING AND AFTER SITE CONSTRUCTION THAT WATERING AND/OR VEGETATION ARE NOT EFFECTIVE IN CONTROLLING WIND EROSION AND/OR TRANSPORT OF FUGITIVE DUST, OTHER METHODS AS ARE NECESSARY FOR SUCH CONTROL SHALL BE EMPLOYED. THESE METHODS SHOULD INCLUDE SOIL ENDIGA OF DUST CONTROL FENCES. A 6-FT GEOTEXTILE FILTER FIBER SHOULD BE HANGING AGAINST THE EXISTING CHAIN LINK FENCE ON THE SITE.

B. ALL DUST ON THE SITE SHALL BE CONTROLLED. THE USE OF MOTOR OILS AND OTHER PETROLEUM BASED OR TOXIC LIQUIDS FOR DUST SUPPRESSION OPERATIONS IS PROHIBITED.

## STABILIZATION PRACTICES:

SHALL BE IN ACCORDANCE WITH DOCUMENT NO 62-621.300(4)(a)

## STRUCTURAL PRACTICES:

SHALL BE IN ACCORDANCE WITH DOCUMENT NO 62-621.300(4)(a)

## WASTE DISPOSAL:

A. WASTE MATERIALS - ALL WASTE MATERIALS SHALL BE COLLECTED AND STORED IN A METAL DUMPSTER WITH A SECURE LID IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS. ALL TRASH AND CONSTRUCTION DEBRIS FROM THE SITE SHALL BE DEPOSITED IN THE DUMPSTER. THE SUPERINTENDENT SHALL COORDINATE WITH THE LOCAL UTILITIES TO HAVE THE DUMPSTER EMPTIED AT LEAST TWICE A WEEK AND THE WASTE TAKEN TO AN APPROPRIATE LANDFILL. NO CONSTRUCTION WASTE MATERIALS SHALL BE BURIED ON SITE. THE SUPERINTENDENT SHALL ORGANIZE TRAINING FOR THE EMPLOYEES IN THE PROPER PRACTICES WHEN DEALING WITH WASTE MATERIALS. THE SUPERINTENDENT SHALL BE RESPONSIBLE FOR POSTING AND ENSURING THAT THESE PROCEDURES ARE FOLLOWED.

B. HAZARDOUS WASTE - HAZARDOUS WASTE MATERIALS SHALL BE DISPOSED OF IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS OR AS DIRECTED BY THE MANUFACTURER. THE SUPERINTENDENT SHALL ORGANIZE THE PROPER TRAINING FOR EMPLOYEES IN THE PROPER PRACTICES WHEN DEALING WITH HAZARDOUS WASTE MATERIALS. THESE PRACTICES SHALL BE POSTED ON THE SITE. THE PERSON WHO MANAGES THE SITE SHALL BE RESPONSIBLE FOR ENFORCING THE PROCEDURES.

C. SANITARY WASTE - SANITARY WASTE SHALL BE COLLECTED AND DISPOSED OF IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS. THE SUPERINTENDENT SHALL COORDINATE WITH THE LOCAL UTILITIES FOR COLLECTION OF THE SANITARY WASTE AT LEAST THREE TIMES A WEEK TO PREVENT SPILLAGE ONTO THE SITE.

D. RUBBISH, TRASH, GARBAGE, LITTER, OR OTHER SUCH MATERIALS SHALL BE DEPOSITED INTO SEALED CONTAINERS. MATERIALS SHALL BE PREVENTED FROM LEAVING THE PREMISES THROUGH THE ACTION OF WIND OR STORM WATER DISCHARGE INTO STORM DRAINAGE DITCHES OR WATERS OF THE STATE.

## OFFSITE TRACKING:

A. STABILIZED CONSTRUCTION ENTRANCE SHALL BE PROVIDED TO REDUCE SEDIMENT TRACKING OFFSITE. THE MAJOR ROAD CONNECTED TO THE PROJECT SHALL BE CLEANED ONCE A DAY TO REMOVE ANY EXCESS MUD, DIRT OR ROCK RESULTING FROM CONSTRUCTION TRAFFIC. ALL TRUCKS HAULING MATERIALS OFFSITE SHALL BE COVERED WITH A TARPAULIN.

B. GENERAL CONTRACTOR SHALL OPERATE ON PLAN THE TEMPORARY PARKING AND STORAGE AREA WHICH SHALL ALSO BE USED AS THE EQUIPMENT MAINTENANCE AND CLEANING AREA, EMPLOYEE PARKING AREA, AND AREA FOR LOCATION PORTABLE FACILITIES, OFFICE TRAILERS, AND TOILET FACILITIES. HEAVY CONSTRUCTION EQUIPMENT PARKING AND MAINTENANCE AREAS SHALL BE DESIGNED TO PREVENT OIL, GREASE, AND LUBRICANTS FROM ENTERING SITE DRAINAGE FEATURES INCLUDING STORMWATER COLLECTION AND TREATMENT SYSTEMS. CONTRACTOR SHALL PROVIDE BERMS OR OTHER BARRIERS WHERE NECESSARY AROUND SEDIMENT SUMPS WITHIN, SUCH AREAS AS REQUIRED TO CONTAIN SPILLS OF OIL, GREASE OR LUBRICANTS. CONTRACTORS SHALL HAVE AVAILABLE, AND SHALL USE, ABSORBENT FILTER PADS TO CLEAN UP SPILLS OF PETROLEUM PRODUCTS.

C. ALL WASH WATER FROM CONCRETE TRUCKS, VEHICLE CLEANING, EQUIPMENT CLEANING, ETC. SHALL BE DETAINED ON SITE AND SHALL BE PROPERLY TREATED OR DISPOSED.

D. IF THE ACTION OF VEHICLES TRAVELING OVER THE GRAVEL CONSTRUCTION ENTRANCES IS NOT SUFFICIENT TO REMOVE THE MAJORITY OF DIRT OR MUD, THEN THE TIRES MUST BE WASHED BEFORE THE VEHICLES ENTER A PUBLIC ROAD. IF WASHING IS USED, PROVISIONS MUST BE MADE TO INTERCEPT THE WASH WATER AND TRAP THE SEDIMENT BEFORE IT IS CARRIED OFF SITE.

E. ALL MATERIALS SPILLED, DROPPED, WASHED, OR TRACKED FROM VEHICLES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED IMMEDIATELY.

## MAINTENANCE:

ALL MEASURES STATED ON THIS EROSION AND SEDIMENT CONTROL PLAN, AND IN THE STORM WATER POLLUTION PREVENTION PLAN, SHALL BE MAINTAINED IN FULLY FUNCTIONAL CONDITION UNTIL NO LONGER REQUIRED FOR A COMPLETED PHASE OF WORK OR FINAL STABILIZATION OF THE SITE. ALL EROSION AND SEDIMENTATION CONTROL MEASURES SHALL BE CHECKED BY A QUALIFIED PERSON AT LEAST ONCE EVERY SEVEN CALENDAR DAYS AND WITHIN 24 HOURS OF THE END OF A 0.5" RAINFALL EVENT, AND CLEANED AND REPAIRED IN ACCORDANCE WITH THE FOLLOWING:

A. INLET PROTECTION DEVICES AND BARRIERS SHALL BE REPAIRED OR REPLACED IF THEY SHOW SIGNS OF UNDERMINING, OR DETERIORATION.

B. B. ALL SEEDED AREAS SHALL BE CHECKED REGULARLY TO SEE THAT A GOOD STAND IS MAINTAINED. AREAS SHOULD BE FERTILIZED, WATERED, AND RESEEDED AS NEEDED.

C. THE COMPOST ROCK FILTRATION DEVICE SHALL BE INSPECTED PERIODICALLY FOR HEIGHT OF SEDIMENT AND CONDITION OF DEVICE. COMPOST SOCK SHALL BE REPAIRED TO ITS ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE COMPOST SOCK WHEN IT REACHES ONE-THIRD THE HEIGHT OF THE COMPOST SOCK.

D. THE CONSTRUCTION ENTRANCES SHALL BE MAINTAINED IN A CONDITION WHICH WILL PREVENT TRACKING OR FLOW OF MUD ONTO PUBLIC RIGHTS-OF-WAY. THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE CONSTRUCTION ENTRANCES AS CONDITIONS DEMAND.

E. THE TEMPORARY PARKING AND STORAGE AREA SHALL BE KEPT IN GOOD CONDITION (SUITABLE FOR PARKING AND STORAGE). THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE TEMPORARY PARKING AS CONDITIONS DEMAND.

F. OUTLET STRUCTURES IN THE SEDIMENTATION BASINS SHALL BE MAINTAINED IN OPERATIONAL CONDITION AT ALL TIMES. THE SEDIMENT BASIN/DITCHES SHALL BE CHECKED MONTHLY FOR DEPTH OF SEDIMENT. SEDIMENT SHALL BE REMOVED FROM SEDIMENT BASINS OR TRAPS WHEN THE DESIGN CAPACITY HAS BEEN REDUCED BY 10% AND AFTER CONSTRUCTION IS COMPLETE.

G. ALL MAINTENANCE OPERATIONS SHALL BE DONE IN A TIMELY MANNER BUT IN NO CASE LATER THAN SEVEN CALENDAR DAYS FOLLOWING THE INSPECTION DIVERSION DITCHES, SWALES, INSPECTED MONTHLY. ANY BREAKAGES SHALL BE PROMPTLY REPAIRED.

H. A MAINTENANCE REPORT SHALL BE COMPLETED DAILY AFTER EACH INSPECTION OF THE SEDIMENT AND EROSION CONTROL METHODS. THE REPORTS SHALL BE FILED IN AN ORGANIZED MANNER AND RETAINED ON-SITE DURING CONSTRUCTION. AFTER CONSTRUCTION IS COMPLETED, THE REPORTS SHALL BE SAVED FOR AT LEAST THREE YEARS. THE REPORTS SHALL BE AVAILABLE FOR ANY AGENCY THAT MAY REQUEST THEM UNDER EROSION CONTROL.

I. ALL REPAIRS MUST BE MADE WITHIN 24 HOURS OF INSPECTION.

J. THE SUPERINTENDENT SHALL ORGANIZE THE TRAINING FOR INSPECTION PROCEDURES AND PROPER EROSION CONTROL METHODS FOR EMPLOYEES THAT COMPLETE INSPECTIONS AND REPORTS.

K. SILT FENCES SHALL BE REPAIRED TO THEIR ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE SILT FENCES WHEN IT REACHES ONE-HALF THE HEIGHT OF THE SILT FENCE.

## SPILL PREVENTION AND CONTROL:

THE FOLLOWING ARE THE MATERIAL MANAGEMENT PRACTICES THAT WILL BE USED TO REDUCE THE RISK OF SPILLS OR OTHER ACCIDENTAL EXPOSURE OF MATERIALS AND SUBSTANCES TO STORM WATER RUNOFF.

A. GOOD HOUSEKEEPING

1. SUPERINTENDENT SHALL INSPECT PROJECT AREA DAILY FOR PROPER STORAGE, USE, AND DISPOSAL OF CONSTRUCTION MATERIALS.

2. STORE ONLY ENOUGH MATERIAL ON SITE FOR PROJECT COMPLETION.

3. ALL SUBSTANCES SHOULD BE USED BEFORE DISPOSAL OF THEM.

4. ALL CONSTRUCTION MATERIALS STORED SHALL BE ORGANIZED AND IN THE PROPER CONTAINER AND IF POSSIBLE, STORED UNDER A ROOF OR PROTECTIVE COVER.

---

5. PRODUCTS SHALL NOT BE MIXED UNLESS DIRECTED BY THE MANUFACTURER.

6. ALL PRODUCTS SHALL BE USED AND DISPOSED OF ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS.

B. HAZARDOUS PRODUCTS

1. MATERIALS SHOULD BE KEPT IN ORIGINAL CONTAINER WITH LABELS UNLESS THE ORIGINAL CONTAINER CANNOT BE RESEALED. IF ORIGINAL CONTAINERS CANNOT BE USED, LABELS AND PRODUCT INFORMATION SHALL BE NOTED.

2. PROPER DISPOSAL PRACTICES SHALL ALWAYS BE FOLLOWED IN ACCORDANCE WITH MANUFACTURER AND LOCAL/STATE REGULATIONS.

C. PRODUCT SPECIFIC PRACTICES

1. PETROLEUM PRODUCTS MUST BE STORED IN PROPER CONTAINERS AND CLEARLY LABELED. VEHICLES CONTAINING PETROLEUM PRODUCTS SHALL BE PERIODICALLY INSPECTED FOR LEAKS. PRECAUTIONS SHALL BE TAKEN TO AVOID LEAKAGE OF PETROLEUM PRODUCTS ON SITE.

2. THE MINIMUM AMOUNT OF FERTILIZER SHALL BE USED AND MIXED INTO THE SOIL IN ORDER TO LIMIT EXPOSURE TO STORM WATER. FERTILIZERS SHALL BE STORED IN A COVERED SHED. THE CONTENTS OF ANY PARTIALLY USED BAGS OF FERTILIZER SHALL BE TRANSFERRED TO A REUSABLE PLASTIC BIN TO AVOID SPILLS.

3. PAINT CONTAINERS SHALL BE SEALED AND STORED WHEN NOT IN USE. EXCESS PAINT MUST BE DISPOSED OF IN AN APPROVED MANNER.

4. CONCRETE TRUCKS SHALL NOT BE ALLOWED TO WASH OUT OR DISCHARGE SURPLUS CONCRETE OR DRUM WASH WATER ON THE SITE.

## SPILL CLEAN UP:

IN ADDITION TO THE GOOD HOUSEKEEPING AND MATERIAL MANAGEMENT PRACTICES DISCUSSED ABOVE, THE FOLLOWING PRACTICES SHALL BE FOLLOWED FOR SPILL PREVENTION AND CLEANUP:

A. SPILL CLEANUP INFORMATION SHALL BE POSTED ON SITE TO INFORM EMPLOYEES AND CLEANUP PROCEDURES AND RESOURCES.

B. THE FOLLOWING CLEAN-UP EQUIPMENT MUST BE KEPT ON-SITE NEAR THE MATERIAL STORAGE AREA: GLOVES, MSPS, BAGS, BROOMS, DUST PANS, SAND/DUST, LIQUID ABSORBER, GOGGLES, AND TRASH CONTAINERS.

C. SUFFICIENT OIL AND GREASE ABSORBING MATERIALS AND FLOTATION BOOMS SHALL BE MAINTAINED ONSITE AND READILY AVAILABLE TO CONTAIN AND CLEAN-UP FUEL OR CHEMICAL SPILLS AND LEAKS.

D. ALL SPILLS SHALL BE CLEANED UP AS SOON AS POSSIBLE.

E. WHEN CLEANING A SPILL, THE AREA SHOULD BE KEPT WELL VENTILATED AND THE EMPLOYEE SHALL WEAR PROPER PROTECTIVE COVERING TO PREVENT INJURY.

F. TOXIC SPILLS MUST BE REPORTED TO THE PROPER AUTHORITY REGARDLESS OF THE SIZE OF THE SPILL.

G. THE SPILL PREVENTION PLAN SHALL BE REVIEWED AND CHANGED TO PREVENT FURTHER SIMILAR SPILLS FROM OCCURRING. THE CAUSE OF THE SPILL, MEASURES TO PREVENT IT, AND HOW TO CLEAN THE SPILL UP SHALL BE ADDRESSED.

H. THE SUPERINTENDENT SHALL BE THE SPILL PREVENTION AND CLEANUP COORDINATOR AND IS RESPONSIBLE FOR THE DAY TO DAY SITE OPERATIONS. THE SUPERINTENDENT ALSO OVERSEES THE SPILL PREVENTION PLAN AND SHALL BE RESPONSIBLE FOR EDUCATING THE EMPLOYEES ABOUT SPILL PREVENTION AND CLEANUP PROCEDURES.

## SEQUENCE OF CONSTRUCTION

UPON IMPLEMENTATION AND INSTALLATION OF THE FOLLOWING AREAS: TRAILER, PARKING, LAY DOWN, PORTA-POTTY, WHEEL WASH, CONSTRUCTION ROAD, AND MATERIAL STORAGE CONTAINERS, SOLID WASTE CONTAINERS, ETC., IMMEDIATELY (BEGIN) ON SITE MAPS AND WITHIN ANY OUTFALL WITH APPROPRIATE OUTFALL PROTECTION. THE SEQUENCE OF CONSTRUCTION PROCESS:

1. CONSTRUCT STABILIZED CONSTRUCTION ENTRANCE AND INSTALL SILT FENCE.

2. DEMOLISH EXISTING STRUCTURES, (IF APPLICABLE)

3. CONSTRUCT AND MAINTAIN DIVERSION CHANNELS AND DRAINAGE SWALES WITH APPROPRIATE OUTFALL STRUCTURES (CLEAR ONLY THOSE AREAS NECESSARY TO INSTALL CONTROL DEVICES LISTED ABOVE).

4. INSTALL AND STABILIZE ANY NECESSARY HYDRAULIC CONTROL STRUCTURES (SWES, CHECK DAMS, OUTLET TRAPS, ETC.)

5. PREPARE CLEARING AND GRUBBING OF THE SITE, (IF APPLICABLE)

6. START CONSTRUCTION OF THE BUILDING PAD AND STRUCTURES

7. PERFORM MASS GRADING. ROUGH GRADE TO ESTABLISH PROPOSED DRAINAGE PATTERNS.

8. TEMPORARILY SEED, THROUGHOUT CONSTRUCTION, DISTURBED AREAS THAT WILL BE INACTIVE FOR 7 DAYS OR MORE AS REQUIRED BY GENERIC PERMIT.

HALT ALL ACTIVITIES AND CONTACT THE CIVIL ENGINEER CONCERNING POLLUTION PREVENTION AND CERTIFICATION OF BMPS. GENERAL CONTRACTOR SHALL SCHEDULE AND CONDUCT STORM WATER PRE-CONSTRUCTION MEETING WITH ENGINEER AND ALL GROUND DISTURBING CONTRACTORS BEFORE PROCEEDING WITH CONSTRUCTION.

CONTRACTOR TO BE RESPONSIBLE FOR OBTAINING ALL DEWATERING PERMITS NECESSARY FOR CONSTRUCTION.

---



DROP INLET WITH GRATE / PLAN VIEW / SECTION A-A / PERSPECTIVE VIEWS / ELEVATION OF STAKE AND FABRIC ORIENTATION / DETAIL A



FILTER FABRIC DROP INLET SEDIMENT BARRIER



STANDARD DETAIL / ALTERNATE DETAIL / SILT FENCE INSTALLATION DETAIL



SILT FENCE DETAIL



TEMPORARY GRAVEL CONSTRUCTION ENTRANCE



6" CHAIN LINK CONSTRUCTION FENCE WITH VISUAL DUST SCREEN

NOTES:

1. THE ENTRANCE SHALL BE MAINTAINED IN A CONDITION THAT WILL PREVENT TRACKING OR FLOWING OF SEDIMENT ONTO PUBLIC RIGHTS-OF-WAY. THIS MAY REQUIRE TOP DRESSING, REPAIR AND/OR CLEANOUT OF ANY MEASURES USED TO TRAP SEDIMENT.

2. WHEN NECESSARY, WHEELS SHALL BE CLEANED PRIOR TO ENTRANCE ONTO PUBLIC RIGHT-OF-WAY.

3. WHEN WASHING IS REQUIRED, IT SHALL BE DONE ON AN AREA STABILIZED WITH CRUSHED STONE THAT DRAINS INTO AN APPROVED SEDIMENT TRAP OR SEDIMENT BASIN.

---

Kimley»Horn
© 2023 KIMLEY-HORN AND ASSOCIATES, INC.

EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT

PREPARED FOR
LTS INC

## C210 DEMO & EROSION CONTROL DETAILS

SHEET NUMBER



KEYMAP

PAVING LEGEND

CONNECTION TO EXISTING PAVEMENT DETAIL
NOT TO SCALE

PAVEMENT CROSS-SECTION
NOT TO SCALE

ASPHALT TRANSITION DETAIL AT BEGINNING OR ENDING OF ASPHALT LIFT OR NEW CONSTRUCTION
NOT TO SCALE

ASPHALT MILLING AND RESURFACING DETAIL
NOT TO SCALE

NORTH

GRAPHIC SCALE IN FEET
0   30   60   120

LEGEND
PROPERTY LINE
PROPOSED ASPHALT
PROPOSED REPAVING
PROPOSED RETENTION AREAS (SOD)

Kimley»Horn
© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8001 PETERS ROAD, SUITE 1000, PLANTATION, FL 33324
PHONE: 954-535-5100 FAX: 954-739-2247
WWW.KIMLEY-HORN.COM
REGISTRY No. 35106

ENGINEERING PLAN SOUTH

EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

SHEET NUMBER
C300

PROP. LARGE VEHICLE PARKING (TYP.)
PROP. DROP-OFF AREA (TYP.)
PROP. 4" SOLID WHITE PAVEMENT MARKINGS (TYP.)
CONTRACTOR TO TIE INTO EXIST. ASPHALT (TYP.)
PROPOSED ASPHALT (TYP.)
SEE SHEET C300



## Paving details and legends

**CONNECTION TO EXISTING PAVEMENT DETAIL**
NOT TO SCALE

**PAVEMENT CROSS—SECTION**
NOT TO SCALE

**PAVING LEGEND**

① 2 1/2" TO 3" ASPHALT SURFACE TYPE SP−9.5 OR APPROVED EQUAL.

② 8" LIMEROCK BASE COMPACTED IN 1 LIFT WITH MINIMUM LBR OF 100.

③ 12" THICK SUBGRADE COMPACTED AND STABILIZED WITH MINIMUM DESIGN LBR OF 40 COMPACTED TO AT LEAST 98% OF MAXIMUM DRY DENSITY (AASHTO T−180)

**ASPHALT TRANSITION DETAIL AT BEGINNING OR ENDING OF ASPHALT LIFT OR NEW CONSTRUCTION**
NOT TO SCALE

**ASPHALT MILLING AND RESURFACING DETAIL**
NOT TO SCALE

**KEYMAP**

**LEGEND**

| | |
|---|---|
| — — — | PROPERTY LINE |
| | PROPOSED ASPHALT |
| | PROPOSED REPAVING |
| | PROPOSED RETENTION AREAS (SOD) |

GRAPHIC SCALE IN FEET
0   15   30   60

NORTH

**Kimley»Horn**

© 2025 KIMLEY−HORN AND ASSOCIATES, INC.
820 PETERS ROAD, SUITE 2000, PLANTATION, FL 33324
PHONE: 954−535−5100 FAX: 954−739−2247
WWW.KIMLEY−HORN.COM
REGISTRY No. 35108

LICENSED PROFESSIONAL

SEBASTIAN VITERBINO, P.E.

FL LICENSE NUMBER
98-58

DATE 7/7/2025

FMA PROJECT
143032000

DATE JUNE 2025

SCALE AS SHOWN

DESIGNED BY SV

DRAWN BY SV

CHECKED BY SV

## ENGINEERING PLAN NORTH

## EMERGENCY INFRASTRUCTURE AT TNT DADE−COLLIER AIRPORT

PREPARED FOR
LTS INC

OCHOPEE                                    FL

SHEET NUMBER

**C301**

USCA11 Case: 25-12873   Document: 92-5   Date Filed: 01/08/2026   Page: 90 of 335

INSET 1

MATCH TO EXISTING ASPHALT DRIVEWAY

EXISTING ±3600' ROAD TO BE REPAVED

MATCH TO EXISTING ASPHALT DRIVEWAY

PROP. 30' ASPHALT DRIVEWAY

INSET 2

GRAPHIC SCALE IN FEET
0   75   150   300

INSET 2

TIE INTO PROPOSED ASPHALT

PROP. ±655' ASPHALT SERVICE ROAD EXTENSION

TIE IN TO PROPOSED ASPHALT

PROP. LARGE VEHICLE PARKING (TYP.)

SEE SHEET C300

GRAPHIC SCALE IN FEET
0   30   60   120

INSET 4

TIE INTO EXISTING ASPHALT

EXISTING ± 850' ROAD TO BE PAVED

TIE INTO PROPOSED ASPHALT

GRAPHIC SCALE IN FEET
0   30   60   120

INSET 3

MATCH TO EXISTING ASPHALT

EXISTING ±1800' ROAD TO BE REPAVED

EXISTING ROAD TO BE REPAVED

± 30'

MATCH TO EXISTING ASPHALT

GRAPHIC SCALE IN FEET
0   75   150   300

KEYMAP

INSET 3
INSET 4
INSET 2
INSET 1

LEGEND
— · — · —  PROPERTY LINE
PROPOSED PAVING
PROPOSED REPAVING
PROPOSED RETENTION AREAS (SOD)

Kimley»Horn
© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100   FAX: 954-739-2247
WWW.KIMLEY-HORN.COM   REGISTRY No. 35106

LICENSED PROFESSIONAL
CHRISTIAN VITTORINO, P.E.
FL LICENSE NUMBER
96545
FL

KHA PROJECT
143567000
DATE
JUNE 2025
SCALE   AS SHOWN
DESIGNED BY     SV
DRAWN BY     SV
CHECKED BY     SV

ENGINEERING PLAN
MAINTENANCE

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                FL

SHEET NUMBER
C302



NORTH

GRAPHIC SCALE IN FEET
0   37.5   75         150

INSET 5

PROP ± 7725 LF 10' CHAIN LINK FENCE

10' CHAIN LINK FENCE ENTRANCE

**LEGEND**

| | |
|---|---|
| | PROPERTY LINE |
| | PROPOSED ASPHALT |
| | PROPOSED PAVING |
| X——X | PROPOSED FENCE |



Kimley»Horn

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100 FAX: 954-739-2247
WWW.KIMLEY-HORN.COM  REGISTRY No. 35106

LICENSED PROFESSIONAL
CRISTIAN VITTORINO, P.E.
FL LICENSE NUMBER
96564
DATE: 7/7/2025

K4A PROJECT
143891000
DATE
JUNE 2025
SCALE  AS SHOWN
DESIGNED BY        SV
DRAWN BY           SV
CHECKED BY         SV

ENGINEERING PLAN
MAINTENANCE

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                                    FL

SHEET NUMBER
C303

NORTH

GRAPHIC SCALE IN FEET
0   15   30         60

R9875' ASPHALT ROUNDABOUT
MATCH TO EXISTING ASPHALT DRIVEWAY ELEVATIONS

65.0'

175.0'

INSET 5

USCA11 Case: 25-12873   Document: 92-5   Date Filed: 01/08/2026   Page: 92 of 335

# EMERGENCY INFRASTRUCTURE
# AT TNT DADE-COLLIER AIRPORT

LOCATION
54575 TAMIAMI TRAIL E,
OCHOPEE, FL 34141



PROJECT LOCATION
COLLIER COUNTY



DADE-COLLIER
AIRPORT

TAMIAMI TRAIL

PROJECT LOCATION

FEMA FLOOD ZONE A

VICINITY MAP
1" = 2000'

PREPARED BY:
Kimley»Horn

## Sheet List Table

| Sheet Number | Sheet Title |
|---|---|
| C000 | COVER SHEET |
| C100 | GENERAL NOTES |
| C200 | DEMO & EROSION CONTROL PLAN SOUTH |
| C201 | DEMO & EROSION CONTROL PLAN NORTH |
| C210 | DEMO & EROSION CONTROL DETAILS |
| C300 | ENGINEERING PLAN SOUTH |
| C301 | ENGINEERING PLAN NORTH |
| C302 | ENGINEERING PLAN MAINTENANCE |
| C303 | ENGINEERING PLAN MAINTENANCE |
| C304 | ENGINEERING PLAN MAINTENANCE |
| C305 | ENGINEERING PLAN MAINTENANCE |
| C306 | ENGINEERING PLAN MAINTENANCE |

## PROJECT TEAM

OWNER
DADE COUNTY, FLORIDA
C/O DCAD PROPERTIES DIVISION
PO BOX 592075
MIAMI, FL 33159

CIVIL ENGINEER
KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200
PLANTATION, FLORIDA 33324
(954) 535-5100
CONTACT: STEFANO VIOLA, P.E.

SURVEYOR
LTS, INC
1609 NW 84th AVE
MIAMI, FLORIDA 33351

## UTILITY PROVIDERS

CENTURYLINK
FIBER OPTIC, TELEPHONE
CONTACT: BILL MCLOUD
(850) 815-3144

CROWN CASTLE NG
FIBER OPTIC
(800) 634-3110

DADE COUNTY PUBLIC
WORKS AND TRAFFIC
STREET LIGHTS, TRAFFIC SIGNALS
CONTACT: OCTAVIO VIDAL
(305) 412-0891 EX. 201

FLORIDA POWER & LIGHT
ELECTRIC
CONTACT: JOEL BRAY
(386) 586-6403

LEE COUNTY ELECTRIC
CO-OP
ELECTRIC, STREET LIGHTS
CONTACT: TOM BAILEY
(239) 656-2414

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100
WWW.KIMLEY-HORN.COM REGISTRY No. 35106

Kimley»Horn

LICENSED PROFESSIONAL
STEFANO VITTORINO, P.E.
FL LICENSE NUMBER
95658
REGISTRY No. 35106
DATE: 7/8/2025

KHA PROJECT
DATE JUNE 2025
SCALE AS SHOWN
DESIGNED BY SV
DRAWN BY SV
CHECKED BY SV

COVER SHEET

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                    FL

SHEET NUMBER
C000

# 1. GENERAL CONSTRUCTION NOTES

1. THE CONTRACTOR AND SUBCONTRACTORS SHALL OBTAIN A COPY OF THE FLORIDA DEPARTMENT OF TRANSPORTATION STANDARD SPECIFICATIONS FOR ROAD AND BRIDGE CONSTRUCTION" (LATEST EDITION) AND BECOME FAMILIAR WITH THE CONTENTS PRIOR TO COMMENCING WORK. AND, UNLESS OTHERWISE NOTED, ALL WORK SHALL CONFORM AS APPLICABLE TO THESE STANDARDS AND SPECIFICATIONS.

2. THE CONTRACTOR SHALL BE RESPONSIBLE FOR FURNISHING ALL MATERIAL AND LABOR TO CONSTRUCT THE FACILITY AS SHOWN AND DESCRIBED IN THE. CONSTRUCTION DOCUMENTS IN ACCORDANCE WITH THE APPROPRIATE APPROVING AUTHORITIES, SPECIFICATIONS AND CONTRACTOR SHALL CLEAN AND GRUB ALL AREAS UNLESS OTHERWISE INDICATED, REMOVING TREES, STUMPS, ROOTS, MUCK, EXISTING PAVEMENT AND ALL OTHER DELETERIOUS MATERIAL.

3. THE INFORMATION PROVIDED IN THESE PLANS IS TO ASSIST THE CONTRACTOR IN ASSESSING THE NATURE AND EXTENT OF THE CONDITIONS WHICH MAY BE ENCOUNTERED DURING THE COURSE OF THE WORK. ALL CONTRACTORS ARE DIRECTED, PRIOR TO BIDDING, TO CONDUCT ANY INVESTIGATION THEY DEEM NECESSARY TO ARRIVE AT THEIR OWN CONCLUSIONS REGARDING THE ACTUAL CONDITION THAT WILL BE ENCOUNTERED AND UPON WHICH THEIR BIDS WILL BE BASED. IT IS THE CONTRACTOR'S RESPONSIBILITY TO INVESTIGATE BOTH THE SURFACE AND SUBSURFACE CONDITIONS AND BASE HIS PRICING ACCORDINGLY. GEOTECHNICAL AND ENVIRONMENTAL REPORTS ARE AVAILABLE FROM THE OWNER.

4. EXISTING UTILITIES SHOWN ARE LOCATED ACCORDING TO THE INFORMATION AVAILABLE TO THE ENGINEER AT THE TIME OF THE TOPOGRAPHIC SURVEY AND HAVE NOT BEEN INDEPENDENTLY VERIFIED BY THE OWNER OR THE ENGINEER. GUARANTEE IS NOT MADE THAT ALL EXISTING UNDERGROUND UTILITIES ARE SHOWN OR THAT THE LOCATION OF THOSE SHOWN ARE ENTIRELY ACCURATE. FINDING THE ACTUAL LOCATION OF ANY EXISTING UTILITES IS THE CONTRACTOR'S RESPONSIBILITY AND SHALL BE DONE BEFORE COMMENCING ANY WORK IN THE VICINITY. FURTHERMORE, THE CONTRACTOR SHALL BE. FULLY RESPONSIBLE FOR ANY AND ALL DAMAGES DUE TO THE CONTRACTOR'S FAILURE TO EXACTLY LOCATE AND PRESERVE ANY AND ALL UNDERGROUND UTILITIES. THE OWNER OR ENGINEER WILL ASSUME NO LIABILITY FOR ANY DAMAGES SUSTAINED OR COST INCURRED BECAUSE OF THE OPERATIONS IN THE VICINITY OF EXISTING UTILITIES OR STRUCTURES, NOR FOR TEMPORARY BRACING AND SHORING OF SAME. IF IT IS NECESSARY TO SHORE, BRACE, SWING OR RELOCATE A UTILITY, THE UTILITY COMPANY OR DEPARTMENT AFFECTED SHALL BE CONTACTED AND THEIR PERMISSION OBTAINED REGARDING THE METHOD TO USE FOR SUCH WORK.

5. IT IS THE CONTRACTOR'S RESPONSIBILITY TO CONTACT THE VARIOUS UTILITY COMPANIES WHICH MAY HAVE BURIED OR AERIAL UTILITIES WITHIN OR NEAR THE CONSTRUCTION AREA BEFORE COMMENCING WORK. THE CONTRACTOR. SHALL PROVIDE 48 HOURS MINIMUM NOTICE TO ALL UTILITY COMPANIES PRIOR TO BEGINNING CONSTRUCTION. AN APPROXIMATE LIST OF THE UTILITY COMPANIES WHICH THE CONTRACTOR MUST CALL BEFORE COMMENCING WORK IS PROVIDED ON THE COVER SHEET OF THESE CONSTRUCTION PLANS. THIS LIST SERVES AS A GUIDE ONLY AND IS NOT INTENDED TO LIMIT THE UTILITY COMPANIES WHICH THE CONTRACTOR MAY WISH TO NOTIFY.

6. THE CONTRACTOR SHALL BE RESPONSIBLE FOR OBTAINING ALL REQUIRED CONSTRUCTION PERMITS AND BONDS IF REQUIRED PRIOR TO CONSTRUCTION.

7. THE CONTRACTOR SHALL HAVE AVAILABLE AT THE JOB SITE AT ALL TIMES ONE COPY OF THE CONSTRUCTION DOCUMENTS INCLUDING PLANS, SPECIFICATIONS, GEOTECHNICAL REPORT AND SPECIAL CONDITIONS AND COPIES OF ANY REQUIRED CONSTRUCTION PERMITS.

8. ANY DISCREPANCIES ON THE DRAWINGS SHALL BE IMMEDIATELY BROUGHT TO THE ATTENTION OF THE OWNER AND ENGINEER BEFORE COMMENCING WORK. NO FIELD CHANGES OR DEVIATIONS FROM DESIGN ARE TO BE MADE WITHOUT. PRIOR APPROVAL OF THE OWNER AND NOTIFICATION TO THE ENGINEER.

9. ALL COPIES OF COMPACTION, CONCRETE AND OTHER REQUIRED TEST RESULTS ARE TO BE SENT TO THE OWNER AND DESIGN ENGINEER OF RECORD DIRECTLY FROM THE TESTING AGENCY.

10. THE CONTRACTOR SHALL BE RESPONSIBLE FOR SUBMITTING TO THE. ENGINEER A CERTIFIED RECORD SURVEY SIGNED AND SEALED BY A PROFESSIONAL LAND SURVEYOR REGISTERED IN THE STATE OF FLORIDA DEPICTING THE ACTUAL FIELD LOCATION OF ALL CONSTRUCTED IMPROVEMENTS THAT ARE REQUIRED BY THE JURISDICTIONAL AGENCIES FOR THE CERTIFICATION PROCESS. ALL SURVEY COSTS WILL BE THE CONTRACTORS RESPONSIBILITY.

11. THE CONTRACTOR SHALL BE RESPONSIBLE FOR DOCUMENTING AND MAINTAINING AS-BUILT INFORMATION WHICH SHALL BE RECORDED AS CONSTRUCTION PROGRESSES OR AT THE COMPLETION OF APPROPRIATE CONSTRUCTION INTERVALS AND SHALL BE RESPONSIBLE FOR PROVIDING AS-BUILT DRAWINGS TO THE OWNER FOR THE PURPOSE OF CERTIFICATION TO JURISDICTIONAL AGENCIES AS REQUIRED. ALL AS-BUILT DATA SHALL BE COLLECTED BY A STATE OF FLORIDA PROFESSIONAL LAND SURVEYOR WHOSE SERVICES ARE ENGAGED BY THE CONTRACTOR.

12. ANY WELLS DISCOVERED ON SITE THAT WILL HAVE USE MUST BE PLUGGED BY A LICENSED WELL DRILLING CONTRACTOR IN A MANNER APPROVED BY ALL JURISDICTIONAL AGENCIES. CONTRACTOR SHALL BE RESPONSIBLE FOR OBTAINING ANY WELL ABANDONMENT PERMITS REQUIRED.

13. ANY WELL DISCOVERED DURING EARTH MOVING OR EXCAVATION SHALL BE REPORTED TO THE APPROPRIATE JURISDICTIONAL AGENCIES WITHIN 24 HOURS AFTER DISCOVERY IS MADE.

14. ANY WELL TO REMAIN SHALL BE ADJUSTED TO GRADE BY THE CONTRACTOR.

15. IT IS THE CONTRACTOR'S RESPONSIBILITY TO COORDINATE THE MAINTENANCE OF TRAFFIC FOR THE ADJACENT PROPERTY DURING CONSTRUCTION.

16. THE CONTRACTOR SHALL BE RESPONSIBLE FOR VERIFYING THAT THE PROPOSED IMPROVEMENTS SHOWN ON THE PLANS DO NOT CONFLICT WITH ANY KNOWN EXISTING OR OTHER PROPOSED IMPROVEMENTS. IF ANY CONFLICTS ARE DISCOVERED, THE CONTRACTOR SHALL NOTIFY THE OWNER PRIOR TO INSTALLATION OF ANY PORTION OF THE SITE WORK THAT WOULD BE AFFECTED. FAILURE TO NOTIFY OWNER OF AN IDENTIFIABLE CONFLICT PRIOR TO PROCEEDING WITH INSTALLATION RELIEVES OWNER OF ANY OBLIGATION TO PAY FOR A RELATED CHANGE ORDER.

17. PRIOR TO GRAND OPENING THE CONTRACTOR SHALL:
    - SWEEP THE ENTIRE SITE
    - ELIMINATE ALL DEBRIS IN THE LANDSCAPING AREAS
    - PRESSURE CLEAN THE SITE ASPHALT
    - PRESSURE CLEAN THE CURBS AND SIDEWALKS.

## RECORD DRAWINGS

1. CONTRACTOR SHALL PROVIDE TO THE ENGINEER AND OWNER A MINIMUM OF 3 HARD COPIES OF A PAVING, GRADING AND DRAINAGE RECORD DRAWING AND A SEPARATE UTILITY RECORD DRAWING, AS WELL AS BOTH IN AUTOCAD 2018 OR LATER. BOTH PREPARED BY A FLORIDA REGISTERED SURVEYOR. THE RECORD DRAWINGS SHALL VERIFY ALL DESIGN INFORMATION INCLUDED ON THE DESIGN PLANS OF THE SAME NAME.

## PAVING, GRADING AND DRAINAGE NOTES

1. ALL PAVING, CONSTRUCTION, MATERIALS, AND WORKMANSHIP WITHIN JURISDICTION'S RIGHT-OF-WAY SHALL BE IN ACCORDANCE WITH LOCAL OR COUNTY SPECIFICATIONS AND STANDARDS (LATEST EDITION) OR FDOT SPECIFICATIONS AND STANDARDS (LATEST EDITION) IF NOT COVERED BY LOCAL OR COUNTY REGULATIONS.

2. ALL UNPAVED AREAS IN EXISTING RIGHTS-OF-WAY DISTURBED BY CONSTRUCTION SHALL BE REGRADED AND SODDED.

3. TRAFFIC CONTROL ON ALL FDOT, LOCAL AND COUNTY RIGHTS-OF-WAY SHALL MEET THE REQUIREMENTS OF THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (U.S. DOT/FHWA) AND THE REQUIREMENTS OF THE STATE AND ANY LOCAL AGENCY HAVING JURISDICTION. IN THE EVENT THAT THE CONTRACT DOCUMENTS AND THE JURISDICTIONAL AGENCY REQUIREMENTS ARE NOT IN AGREEMENT, THE MOST STRINGENT SHALL GOVERN.

4. THE CONTRACTOR SHALL GRADE THE SITE TO THE ELEVATIONS INDICATED AND SHALL REGRADE WASHOUTS WHERE THEY OCCUR AFTER EVERY RAINFALL UNTIL A GRASS STAND IS WELL ESTABLISHED OR ADEQUATE STABILIZATION OCCURS.

5. THE CONTRACTOR SHALL GRADE THE SITE TO THE ELEVATIONS INDICATED AND SHALL REGRADE WASHOUTS WHERE THEY OCCUR AFTER EVERY RAINFALL UNTIL A GRASS STAND IS WELL ESTABLISHED OR ADEQUATE STABILIZATION OCCURS.

6. ALL OPEN AREAS WITHIN THE PROJECT SITE SHALL BE SODDED UNLESS INDICATED OTHERWISE ON THE LANDSCAPE PLAN.

7. WHERE EXISTING PAVEMENT IS INDICATED TO BE REMOVED AND. REPLACED, THE CONTRACTOR SHALL SAW CUT A MINIMUM 2" DEEP FOR A SMOOTH AND STRAIGHT JOINT AND REPLACE THE PAVEMENT WITH THE SAME TYPE AND. DEPTH OF MATERIAL AS EXISTING OR AS INDICATED.

8. WHERE NEW PAVEMENT MEETS THE EXISTING PAVEMENT, THE CONTRACTOR SHALL SAW CUT THE EXISTING PAVEMENT A MINIMUM 2" DEEP FOR A SMOOTH AND STRAIGHT JOINT AND MATCH THE EXISTING PAVEMENT ELEVATION WITH THE PROPOSED PAVEMENT UNLESS OTHERWISE INDICATED.

9. THE CONTRACTOR SHALL INSTALL FILTER FABRIC OVER ALL DRAINAGE STRUCTURES FOR THE DURATION OF CONSTRUCTION AND UNTIL. ACCEPTANCE OF THE PROJECT BY THE OWNER. ALL DRAINAGE STRUCTURES SHALL BE CLEANED OF DEBRIS AS REQUIRED DURING AND AT THE END OF CONSTRUCTION TO PROVIDE POSITIVE DRAINAGE FLOWS.

10. IF DEWATERING IS REQUIRED, THE CONTRACTOR SHALL OBTAIN ANY APPLICABLE REQUIRED PERMITS. THE CONTRACTOR IS TO COORDINATE WITH THE OWNER AND THE DESIGN ENGINEER PRIOR TO ANY EXCAVATION.

11. STRIP TOPSOIL AND ORGANIC MATTER FROM ALL AREAS OF THE SITE AS REQUIRED. IN SOME CASES TOPSOIL MAY BE STOCKPILED ON SITE FOR PLACEMENT WITHIN LANDSCAPED AREAS BUT ONLY AS DIRECTED BY THE OWNER.

12. FIELD DENSITY TESTS SHALL BE TAKEN AT INTERVALS IN ACCORDANCE WITH THE LOCAL JURISDICTIONAL AGENCY OR TO FDOT STANDARDS. IN THE EVENT THAT THE CONTRACT DOCUMENTS AND THE JURISDICTIONAL AGENCY REQUIREMENTS ARE NOT IN AGREEMENT, THE MOST STRINGENT SHALL GOVERN.

13. ALL SLOPES AND AREAS DISTURBED BY CONSTRUCTION SHALL BE GRADED AS PER PLANS. THE AREAS SHALL THEN BE SODDED OR SEEDED AS SPECIFIED IN THE PLANS, FERTILIZED, MULCHED, WATERED AND MAINTAINED UNTIL HARDY GRASS GROWTH IS ESTABLISHED IN ALL AREAS. ANY AREAS DISTURBED FOR ANY REASON PRIOR TO FINAL ACCEPTANCE OF THE JOB SHALL BE CORRECTED BY THE CONTRACTOR AT NO ADDITIONAL COST TO THE OWNER. ALL EARTHEN AREAS WILL. BE SODDED OR SEEDED AND MULCHED AS SHOWN ON THE LANDSCAPING PLAN.

14. ALL CUT OR FILL SLOPES SHALL BE 3 (HORIZONTAL): 1 (VERTICAL) OR FLATTER UNLESS OTHERWISE SHOWN.

15. THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE CONTROL OF DUST AND DIRT RISING AND SCATTERING IN THE AIR DURING CONSTRUCTION AND SHALL PROVIDE WATER SPRINKLING OR OTHER SUITABLE METHODS OF CONTROL. THE. CONTRACTOR SHALL COMPLY WITH ALL GOVERNING REGULATIONS PERTAINING TO ENVIRONMENTAL PROTECTION.

16. THE CONTRACTOR SHALL TAKE ALL REQUIRED MEASURES TO CONTROL TURBIDITY, INCLUDING BUT NOT LIMITED TO THE INSTALLATION OF TURBIDITY BARRIERS AT ALL LOCATIONS WHERE THE POSSIBILITY OF TRANSFERRING SUSPENDED SOLIDS INTO THE RECEIVING WATER BODY EXISTS DUE TO THE PROPOSED WORK. TURBIDITY BARRIERS SHALL REMAIN IN PLACE AND BE EFFECTIVE CONDITION AT ALL LOCATIONS UNTIL CONSTRUCTION IS COMPLETED AND DISTURBED SOIL AREAS ARE STABILIZED. THEREAFTER, THE CONTRACTOR MUST REMOVE THE BARRIERS. AT NO TIME SHALL THERE BE ANY OFF-SITE DISCHARGE WHICH VIOLATES THE WATER QUALITY STANDARDS IN CHAPTER 17-302, FLORIDA ADMINISTRATIVE CODE.

17. SOD, WHERE CALLED FOR, MUST BE INSTALLED AND MAINTAINED ON EXPOSED SLOPES WITHIN 48 HOURS OF COMPLETING FINAL GRADING, AND AT ANY OTHER TIME AS NECESSARY, TO PREVENT EROSION, SEDIMENTATION OR TURBID DISCHARGES.

18. THE CONTRACTOR MUST REVIEW AND MAINTAIN A COPY OF THE ENVIRONMENTAL RESOURCE PERMIT COMPLETE WITH ALL CONDITIONS, ATTACHMENTS, EXHIBITS, AND PERMIT MODIFICATIONS IN GOOD CONDITION AT THE CONSTRUCTION SITE. THE COMPLETE PERMIT MUST BE AVAILABLE FOR REVIEW UPON REQUEST BY WATER MANAGEMENT DISTRICT REPRESENTATIVES.

19. THE CONTRACTOR SHALL ENSURE THAT ISLAND PLANTING AREAS AND OTHER PLANTING AREAS ARE NOT COMPACTED AND DO NOT CONTAIN ROAD BASE MATERIALS. THE CONTRACTOR SHALL EXCAVATE AND REMOVE ALL UNDESIRABLE MATERIAL FROM ALL AREAS ON THE SITE TO BE PLANTED AND PROPERLY DISPOSED OF IN A LEGAL MANNER.

20. THE CONTRACTOR SHALL INSTALL ALL UNDERGROUND STORM WATER PIPING PER MANUFACTURER'S RECOMMENDATIONS.

21.

## EROSION CONTROL NOTES

1. THE STORM WATER POLLUTION PREVENTION PLAN ("SWPPP") IS COMPRISED OF THIS EROSION CONTROL PLAN, THE STANDARD DETAILS, THE PLAN NARRATIVE, ATTACHMENTS INCLUDED IN SPECIFICATIONS OF THE SWPPP, PLUS THE PERMIT AND ALL SUBSEQUENT REPORTS AND RELATED DOCUMENTS.

2. ALL CONTRACTORS AND SUBCONTRACTORS INVOLVED WITH STORM WATER POLLUTION PREVENTION SHALL OBTAIN A COPY OF THE STORM WATER POLLUTION PREVENTION PLAN AND THE STATE OF FLORIDA NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM GENERAL PERMIT (NPDES PERMIT) AND BECOME FAMILIAR WITH THEIR CONTENTS.

3. THE CONTRACTOR SHALL IMPLEMENT BEST MANAGEMENT PRACTICES AS REQUIRED BY THE SWPPP. ADDITIONAL BEST MANAGEMENT PRACTICES SHALL BE IMPLEMENTED AS DICTATED BY CONDITIONS AT NO ADDITIONAL COST TO THE OWNER THROUGHOUT ALL PHASES OF CONSTRUCTION.

4. BEST MANAGEMENT PRACTICES (BMP'S) AND CONTROLS SHALL CONFORM TO FEDERAL, STATE, OR LOCAL REQUIREMENTS OR MANUAL OF PRACTICE, AS APPLICABLE. THE CONTRACTOR SHALL IMPLEMENT ADDITIONAL CONTROLS AS DIRECTED BY THE PERMITTING AGENCY OR OWNER.

5. EROSION CONTROL PLAN MUST CLEARLY DELINEATE ALL STATE WATERS. PERMITS FOR ANY CONSTRUCTION ACTIVITY IMPACTING STATE WATERS OR REGULATED WETLANDS MUST BE MAINTAINED ON SITE AT ALL TIMES.

6. THE CONTRACTOR SHALL MINIMIZE CLEARING TO THE MAXIMUM EXTENT PRACTICAL OR AS REQUIRED BY THE GENERAL PERMIT.

7. CONTRACTOR SHALL DENOTE ON PLAN THE TEMPORARY PARKING AND STORAGE AREA WHICH SHALL ALSO BE USED AS THE EQUIPMENT MAINTENANCE AND CLEANING AREA, EMPLOYEE PARKING AREA, AND AREA FOR LOCATING PORTABLE FACILITIES, OFFICE TRAILERS, AND TOILET FACILITIES.

8. ALL WASH WATER (CONCRETE TRUCKS, VEHICLE CLEANING, EQUIPMENT CLEANING, ETC.) SHALL BE DETAINED AND PROPERLY TREATED OR DISPOSED.

9. SUFFICIENT OIL AND GREASE ABSORBING MATERIALS AND FLOTATION BOOMS SHALL BE MAINTAINED ON SITE OR READILY AVAILABLE TO CONTAIN AND CLEAN-UP FUEL OR CHEMICAL SPILLS AND LEAKS.

10. THE CONTRACTOR SHALL BE RESPONSIBLE FOR DUST CONTROL ON SITE. THE USE OF MOTOR OILS AND OTHER PETROLEUM BASED OR TOXIC LIQUIDS FOR DUST SUPPRESSION OPERATIONS IS PROHIBITED.

11. RUBBISH, TRASH, GARBAGE, LITTER, OR OTHER SUCH MATERIALS SHALL BE DEPOSITED INTO SEALED CONTAINERS. MATERIALS SHALL BE PREVENTED FROM LEAVING THE PREMISES THROUGH THE ACTION OF WIND OR STORM WATER DISCHARGE INTO DRAINAGE DITCHES OR WATERS OF THE STATE.

12. STABILIZATION PRACTICES SHOULD BE INITIATED AS SOON AS PRACTICAL, BUT IN NO CASE MORE THAN 7 DAYS WHERE CONSTRUCTION HAS TEMPORARILY CEASED.

13. DISTURBED PORTIONS OF THE SITE WHERE CONSTRUCTION ACTIVITY HAS PERMANENTLY STOPPED SHALL BE PERMANENTLY SEEDED. THESE AREAS SHALL BE SEEDED NO LATER THAN 7 DAYS AFTER THE LAST CONSTRUCTION ACTIVITY OCCURRED IN THESE AREAS. REFER TO SECTION 981 OF THE STANDARD SPECIFICATIONS FOR SEEDING AND MAINTENANCE REQUIREMENTS.

14. IF THE ACTION OF VEHICLES TRAVELING OVER THE GRAVEL CONSTRUCTION ENTRANCES IS NOT SUFFICIENT TO REMOVE THE MAJORITY OF DIRT OR MUD, THEN THE TIRES MUST BE WASHED BEFORE THE VEHICLES ENTER A PUBLIC ROAD. IF WASHING IS USED, PROVISIONS MUST BE MADE TO INTERCEPT THE WASH WATER AND TRAP THE SEDIMENT BEFORE IT IS CARRIED OFF THE SITE.

15. ALL MATERIALS SPILLED, DROPPED, WASHED, OR TRACKED FROM VEHICLES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED AS SOON AS POSSIBLE.

16. THE CONTRACTOR SHALL BE RESPONSIBLE FOR REMOVING SEDIMENT IN THE DETENTION POND AND ANY SEDIMENT THAT MAY HAVE COLLECTED IN THE STORM SEWER DRAINAGE SYSTEM IN CONJUNCTION WITH THE STABILIZATION OF THE SITE.

17. ON-SITE & OFF SITE SOIL STOCKPILE AND BORROW AREAS SHALL BE PROTECTED FROM EROSION AND SEDIMENTATION THROUGH IMPLEMENTATION OF BEST MANAGEMENT PRACTICES. STOCKPILE AND BORROW AREA LOCATIONS SHALL BE NOTED ON THE EROSION CONTROL PLAN AND PERMITTED IN ACCORDANCE WITH THE GENERAL PERMIT.

18. SLOPES SHALL BE LEFT IN A ROUGHENED CONDITION DURING THE GRADING PHASE TO REDUCE RUNOFF VELOCITIES AND EROSION.

19. DUE TO GRADE CHANGES DURING THE DEVELOPMENT OF THE PROJECT, THE CONTRACTOR SHALL BE RESPONSIBLE FOR ADJUSTING THE EROSION CONTROL MEASURES (SILT FENCES, ETC.) TO PREVENT EROSION.

20. ALL CONSTRUCTION SHALL BE STABILIZED AT THE END OF EACH WORKING DAY. THIS INCLUDES BACK FILLING OF TRENCHES FOR UTILITY CONSTRUCTION AND PLACEMENT OF GRAVEL OR BITUMINOUS PAVING FOR ROAD CONSTRUCTION.

## MAINTENANCE

ALL MEASURES STATED ON THE EROSION AND SEDIMENT CONTROL PLAN, AND IN THE STORM WATER POLLUTION PREVENTION PLAN, SHALL BE MAINTAINED IN FULLY FUNCTIONAL CONDITION UNTIL NO LONGER REQUIRED FOR A COMPLETED PHASE OF WORK OR FINAL STABILIZATION OF THE SITE. ALL EROSION AND SEDIMENTATION CONTROL MEASURES SHALL BE CHECKED BY A QUALIFIED PERSON AT LEAST ONCE EVERY SEVEN CALENDAR DAYS AND WITHIN 24 HOURS OF THE END OF A 0.5" RAINFALL EVENT. AND CLEANED AND REPAIRED IN ACCORDANCE WITH THE FOLLOWING:

1. INLET PROTECTION DEVICES AND BARRIERS SHALL BE REPAIRED OR REPLACED IF THEY SHOW SIGNS OF UNDERMINING, OR DETERIORATION.

2. ALL SEEDED AREAS SHALL BE CHECKED REGULARLY TO SEE THAT A GOOD STAND IS MAINTAINED. AREAS SHOULD BE FERTILIZED, WATERED AND RESEEDED AS NEEDED. FOR MAINTENANCE REQUIREMENTS REFER TO SECTION 981 OF THE STANDARD SPECIFICATIONS.

3. SILT FENCES SHALL BE REPAIRED TO THEIR ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE SILT FENCES WHEN IT REACHES ONE-HALF THE HEIGHT OF THE SILT FENCE.

4. THE CONSTRUCTION ENTRANCES SHALL BE MAINTAINED IN A CONDITION WHICH WILL PREVENT TRACKING OR FLOW OF MUD ONTO PUBLIC RIGHTS-OF-WAY. THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE CONSTRUCTION ENTRANCES AS CONDITIONS DEMAND.

5. THE TEMPORARY PARKING AND STORAGE AREA SHALL BE KEPT IN GOOD CONDITION (SUITABLE FOR PARKING AND STORAGE). THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE TEMPORARY PARKING AS CONDITIONS DEMAND.

6. OUTLET STRUCTURES IN THE SEDIMENTATION BASINS SHALL BE MAINTAINED IN OPERATIONAL CONDITIONS AT ALL TIMES. SEDIMENT SHALL BE REMOVED FROM SEDIMENT BASINS OR TRAPS WHEN THE DESIGN CAPACITY HAS BEEN REDUCED BY 50 CUBIC YARDS / ACRE.

7. ALL MAINTENANCE OPERATIONS SHALL BE DONE IN A TIMELY MANNER BUT IN NO CASE LATER THAN 2 CALENDAR DAYS FOLLOWING THE. INSPECTION.

## TYPICAL ENGINEER OBSERVATIONS

CONTRACTOR SHALL NOTIFY ENGINEER 48 HOURS IN ADVANCE OF THE FOLLOWING ACTIVITIES:

- PRE-CONSTRUCTION MEETING
- CONNECTIONS TO WATER AND SEWER MAINS
- TESTS OF UTILITIES
- ANY OTHER INSPECTION FOR WHICH A PERMITTING AGENCY REQUIRES THE ENGINEER TO BE PRESENT

## 3RD PARTY TEST REPORTS REQ'D

TEST REPORTS REQUIRED FOR CLOSE OUT INCLUDE, BUT ARE NOT LIMITED TO:

- DENSITY TEST REPORTS
- ANY OTHER TESTING REQUIRED BY THE AGENCY



© 2025. KIMLEY-HORN AND ASSOCIATES, INC.
801 PETER ROAD, SUITE 1000, ORLANDO, FL 35518
PHONE: 321-878-0100. FAX: 321-878-5041
WWW.KIMLEY-HORN.COM. REGISTRY No. 35106

**Kimley»Horn**

LICENSED PROFESSIONAL

CHRISTIAN VITERBO, P.E.

DATE: 7/8/2025

SCALE: AS SHOWN

DESIGNED BY:

DRAWN BY:

CHECKED BY:

# GENERAL NOTES

# EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT
## PREPARED FOR
## LTS INC

SHEET NUMBER

## C100

**KEYMAP**

NORTH

GRAPHIC SCALE IN FEET
0   30   60   120

| LEGEND | |
|---|---|
| | PROPERTY LINE |
| —SF——SF— | PROPOSED SILT FENCE SEDIMENT CONTROL |
| —X——X——X— | PROP. 6' CHAIN LINK CONSTRUCTION FENCE |
| ⊙ | INLET PROTECTION |

NOTES:
1. ALL INLETS WITHIN PROJECT LIMITS TO BE INLET PROTECTED

CONTRACTOR TO SAW CUT EXIST. ASPHALT

EXIST. FEATURES TO REMAIN (TYP.)

PROP. SILT FENCE

PROP. CONSTRUCTION FENCE

**Kimley》Horn**

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100
WWW.KIMLEY-HORN.COM

LICENSED PROFESSIONAL
CRISTIAN VITTORINO, P.E.
FL LICENSE NUMBER
98568
REGISTRY No. 35106

K44 PROJECT
DATE JUNE 2025
SCALE AS SHOWN
DESIGNED BY SV
DRAWN BY SV
CHECKED BY SV
7/8/2025

**DEMO & EROSION CONTROL PLAN SOUTH**

**EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT**
PREPARED FOR
**LTS INC**

OCHOPEE                    FL

SHEET NUMBER
**C200**

## KEYMAP

NORTH

GRAPHIC SCALE IN FEET
0    15    30    60

### LEGEND

| | PROPERTY LINE |
| --- | --- |
| —SF— —SF— | PROPOSED SILT FENCE SEDIMENT CONTROL |
| —X—X—X— | PROP. 6' CHAIN LINK CONSTRUCTION FENCE |
| ⊕ | INLET PROTECTION |

NOTES:
1.   CONTRACTOR TO PROTECT ALL EXISTING UTILITIES DURING DEMOLITION PROCESS

PROP. SILT FENCE

PROP. CONSTRUCTION FENCE

Kimley»Horn

© 2025  KIMLEY—HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100   FAX: 954-739-2247
WWW.KIMLEY—HORN.COM   REGISTRY No. 35106

LICENSED PROFESSIONAL

SEBASTIAN VITORINO, P.E.

FL CENSE NUMBER
98658

DATE: 7/8/2025

K-H PROJECT
143687000
DATE
JUNE 2025
SCALE   AS SHOWN
DESIGNED BY   SV
DRAWN BY   SV
CHECKED BY   SV

## DEMO & EROSION CONTROL PLAN NORTH

### EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT

PREPARED FOR
LTS INC

OCHOPEE   FL

SHEET NUMBER
C201

## BEST MANAGEMENT PRACTICES (BMPs):

THIS PLAN HAS BEEN PREPARED TO ENSURE COMPLIANCE WITH APPROPRIATE CONDITIONS OF THE BROWARD COUNTY LAND DEVELOPMENT REGULATIONS, THE RULES OF THE FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION (FDEP), CHAPTER 17-6, F.A.C., THE SOUTH FLORIDA WATER MANAGEMENT DISTRICT (SFWMD), CHAPTER 40-4, F.A.C. AND THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (EPA) DOCUMENT NO. EPA 832/R-92-005 (SEPTEMBER 1992), THE BMPs ADDRESSED IN THE FOLLOWING:

A. PREVENT LOSS OF SOIL DURING CONSTRUCTION BY STORMWATER RUNOFF AND/OR WIND EROSION, INCLUDING PROTECTING TOPSOIL BY STOCKPILING FOR REUSE.

B. SEDIMENTATION PROTECTION OF STORM SEWER OR RECEIVING STREAM

C. PREVENT POLLUTING THE AIR WITH DUST AND PARTICULATE MATTER. THE VARIOUS TECHNIQUES OR ACTIONS IDENTIFIED UNDER EACH SECTION INDICATE THE APPROPRIATE SITUATION WHEN THE TECHNIQUES SHOULD BE EMPLOYED. ALSO IDENTIFIED IS A CROSS-REFERENCE TO A DIAGRAM OR FIGURE REPRESENTING THE TECHNIQUE, IT SHOULD BE NOTED THAT THE MAJORITY OF THE BMPs INDICATED BELOW AS SUGGESTIONS. THE CONTRACTOR SHALL PROVIDE POLLUTION PREVENTION AND EROSION CONTROL MEASURES AS SPECIFIED IN ACCORDANCE WITH THE CURRENT FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION NOTICES. POLLUTION PROBLEMS SUCH AS THE DISCHARGE OF SEDIMENTS. THE CONTRACTOR SHALL PREPARE REQUIRED NPDES DOCUMENTATION AND OBTAIN PERMIT PRIOR TO COMMENCEMENT OF CONSTRUCTION. IT IS THE SOLE RESPONSIBILITY OF THE CONTRACTOR TO PREPARE THE REQUIRED NPDES DOCUMENT AND OBTAIN THE NPDES PERMIT. ALL COST ASSOCIATED WITH SUCH WORK SHALL BE DEEMED INCIDENTAL TO THE PROJECT LUMP SUM COST.

## GENERAL EROSION CONTROL NOTES:

A. THE STORM WATER POLLUTION PREVENTION PLAN (SWPPP) IS COMPRISED OF THESE EROSION CONTROL DRAWINGS, THE STANDARD DETAILS, THE NPDES PERMIT (TO BE OBTAINED BY CONTRACTOR) AND ALL SUBSEQUENT REPORTS AND RELATED DOCUMENTS.

B. ALL CONTRACTIONS AND SUBCONTRACTORS INVOLVED WITH STORM WATER POLLUTION PREVENTION SHALL OBTAIN A COPY OF THIS DRAWING AND THE STATE OF FLORIDA NATIONAL POLLUTANT DISCHARGE ELIMINATION SYSTEM GENERAL PERMIT (NPDES PERMIT) AND BECOME FAMILIAR WITH THEIR CONTENTS.

C. CONTRACTOR SHALL IMPLEMENT BEST MANAGEMENT PRACTICES (BMP) IN ALL CONSTRUCTION ACTIVITIES INCLUDING BUT NOT LIMITED TO THE FOLLOWING:

1. FUEL SPILLS AND LEAKS PREVENTION
2. PREVENT/REDUCE VEHICLE AND EQUIPMENT WASHING AND STEAM CLEANING
3. VEHICLE AND EQUIPMENT MAINTENANCE AND REPAIR
4. PROPER OUTDOOR LOADING/UNLOADING OF MATERIALS
5. PREVENT/REDUCE OUTDOOR STORAGE OF RAW MATERIALS, PRODUCTS, AND BY-PRODUCTS
6. SOLID WASTE MANAGEMENT
7. HAZARDOUS WASTE MANAGEMENT
8. CONCRETE WASTE MANAGEMENT
9. SANDBLASTING WASTE MANAGEMENT
10. STRUCTURE CONSTRUCTION AND PAINTING
11. SPILL PREVENTION AND CONTROL
12. CONTAMINATED SOIL MANAGEMENT
13. SANITARY/SEPTIC WASTE MANAGEMENT
14. SOIL EROSION CONTROL
15. STORM WATER TURBIDITY MANAGEMENT

ADDITIONAL BEST MANAGEMENT PRACTICES SHALL BE IMPLEMENTED AS DICTATED BY CONDITIONS AT NO ADDITIONAL COST TO THE OWNER THROUGHOUT ALL PHASES OF CONSTRUCTION.

D. BEST MANAGEMENT PRACTICES (BMPS) AND CONTROLS SHALL CONFORM TO FEDERAL, STATE, OR LOCAL REQUIREMENTS OR MANUAL OF PRACTICE, AS APPLICABLE. CONSTRUCTION SHALL IMPLEMENT ADDITIONAL CONTROLS AS DIRECTED BY PERMITTING AGENCY OR OWNER.

E. SITE MAP MUST CLEARLY DELINEATE ALL STATE WATERS. CONTRACTOR MUST MAINTAIN ALL PERMITS FOR ANY CONSTRUCTION ACTIVITY IMPACTING STATE WATERS OR REGULATED WETLANDS ON SITE AT ALL TIMES.

F. CONTRACTOR SHALL MINIMIZE CLEARING TO THE MAXIMUM EXTENT PRACTICAL OR AS REQUIRED BY THE GENERAL PERMIT.

G. CONTRACTOR SHALL BEGIN CLEARING AND GRUBBING THOSE PORTIONS OF THE SITE NECESSARY TO IMPLEMENT PERIMETER CONTROL MEASURES. CLEARING AND GRUBBING FOR THE REMAINING PORTIONS OF THE PROPOSED SITE SHALL COMMENCE ONCE PERIMETER CONTROLS ARE IN PLACE. PERIMETER CONTROLS SHALL BE ACTIVELY MAINTAINED UNTIL SAID AREAS HAVE BEEN STABILIZED AND SHALL BE REMOVED ONCE FINAL STABILIZATION IS COMPLETE.

H. GENERAL EROSION CONTROL BMPS SHALL BE EMPLOYED TO MINIMIZE SOIL EROSION AND POTENTIAL LAKE SLOPE CAVE-INS. WHILE THE VARIOUS TECHNIQUES REQUIRED WILL BE SITE AND PLAN SPECIFIC, THEY SHOULD BE EMPLOYED AS SOON AS POSSIBLE DURING CONSTRUCTION.

I. ON-SITE & OFF-SITE SOIL STOCKPILE AND BORROW AREAS SHALL BE PROTECTED FROM EROSION AND SEDIMENTATION THROUGH IMPLEMENTATION OF BEST MANAGEMENT PRACTICES. STOCKPILE AND BORROW AREAS LOCATIONS SHALL BE NOTED ON THE SITE MAP AND PERMITTED IN ACCORDANCE WITH GENERAL PERMIT REQUIREMENTS.

J. SURFACE WATER QUALITY SHALL BE MAINTAINED BY EMPLOYING THE FOLLOWING BMPS IN THE CONSTRUCTION PLANNING AND CONSTRUCTION OF ALL IMPROVEMENTS.

## STORM WATER EROSION CONTROL PRACTICES:

A. CONTRACTORS OR SUBCONTRACTORS WILL BE RESPONSIBLE FOR REMOVING SEDIMENT FROM DETENTION PONDS AND ANY SEDIMENT THAT MAY HAVE COLLECTED IN THE STORM SEWER DRAINAGE SYSTEMS IN CONJUNCTION WITH THE STABILIZATION OF THE SITE.

B. SLOPES SHALL BE LEFT IN A ROUGHENED CONDITION DURING THE GRADING PHASE TO REDUCE RUNOFF VELOCITIES AND EROSION.

C. DUE TO THE GRADE CHANGES DURING THE DEVELOPMENT OF THE PROJECT, THE CONTRACTOR SHALL BE RESPONSIBLE FOR ADJUSTING THE EROSION CONTROL MEASURES (COMPOST SOCK DEVICES, ETC.) TO PREVENT EROSION.

D. WHERE PRACTICAL, STORMWATER SHALL BE CONVEYED BY SWALES.

E. EROSION CONTROL MEASURES SHALL BE EMPLOYED TO MINIMIZE TURBIDITY OF SURFACE WATERS LOCATED DOWNSTREAM OF ANY CONSTRUCTION ACTIVITY. WHILE THE VARIOUS MEASURES REQUIRED WILL BE SITE SPECIFIC, THEY SHALL BE EMPLOYED AS NEEDED IN ACCORDANCE WITH THE FOLLOWING:

1. IN GENERAL, EROSION SHALL BE CONTROLLED AT THE FURTHEST PRACTICAL UPSTREAM LOCATION.

2. STORMWATER INLETS SHALL BE PROTECTED DURING CONSTRUCTION. PROTECTION MEASURES SHALL BE EMPLOYED AS SOON AS PRACTICAL DURING THE VARIOUS STAGES OF INLET CONSTRUCTION. SILT BARRIERS SHALL REMAIN IN PLACE UNTIL SODDING AROUND INLETS IS COMPLETE.

3. WHEN NEEDED A TEMPORARY SEDIMENT TRAP SHOULD BE CONSTRUCTED TO DETAIN SEDIMENT-LADEN RUNOFF FROM DISTURBED AREAS.

F. SILT BARRIERS, HAY SILT WHICH ACCUMULATES BEHIND THE BARRIERS, AND ANY FILL USED TO ANCHOR THE BARRIERS SHALL BE REMOVED PROMPTLY AFTER THE UPSET OF THE MAINTENANCE PERIOD SPECIFIED FOR THE BARRIERS.

## NOTES:

1. CONTRACTOR TO CONSIDER POTENTIAL DEWATERING ACTIVITIES WHEN PREPARING BID DOCUMENTS FOR THIS PROJECT.

2. CONTRACTOR SHALL OBTAIN ANY NECESSARY DEWATERING PERMITS AS SITE CONDITIONS AND CONSTRUCTION ACTIVITIES REQUIRE.

3. CONTRACTOR TO USE BEST MANAGEMENT PRACTICES TO ENSURE COMPLIANCE WITH NPDES AND WATER MANAGEMENT DISTRICT REGULATIONS FOR STORMWATER DISCHARGE FROM CONSTRUCTION ACTIVITIES AND DEWATERING OPERATIONS.

4. IT SHOULD BE NOTED THAT THE MEASURE IDENTIFIED ON THIS PLAN ARE ONLY SUGGESTED BMPS). THE CONTRACTOR SHALL PROVIDE POLLUTION PREVENTION AND EROSION CONTROL MEASURES AS NECESSARY TO CONFORM TO CURRENT CITY, FDEP AND SFWMD CODES AND SPECIFICATIONS.

G. SLOPES OF BANKS OF RETENTION/DETENTION PONDS SHALL BE CONSTRUCTED NOT STEEPER THAN 3H:1V FROM TOP OF BANK TO TWO FEET BELOW NORMAL WATER LEVEL, AS APPLICABLE.

H. SOD SHALL BE PLACED FOR A 2-FOOT WIDE STRIP ADJOINING ALL CURBING AND AROUND ALL INLETS. SOD SHALL BE PLACED BEFORE SILT BARRIERS ARE REMOVED.

I. WHERE REQUIRED TO PREVENT EROSION FROM SHEET FLOW ACROSS BARE GROUND FROM ENTERING A LAKE OR SWALE, A TEMPORARY SEDIMENT SHALL BE CONSTRUCTED.

J. FILTER FABRIC SHOULD BE USED FOR STORM DRAIN INLET PROTECTION BEFORE FINAL STABILIZATION.

## WIND EROSION CONTROL PRACTICES:

A. WIND EROSION SHALL BE CONTROLLED BY EMPLOYING THE FOLLOWING METHODS AS NECESSARY AND APPROPRIATE.

---

1. BARE EARTH AREAS SHALL BE WATERED DURING CONSTRUCTION AS NECESSARY TO MINIMIZE THE TRANSPORT OF FUGITIVE DUST. IT MAY BE NECESSARY TO LIMIT CONSTRUCTION VEHICLE SPEED IF BARE EARTH HAS NOT BEEN EFFECTIVELY WATERED. IN NO CASE SHALL FUGITIVE DUST BE ALLOWED TO LEAVE THE SITE UNDER CONSTRUCTION.

2. DISTURBED PORTIONS OF THE SITE WHERE CONSTRUCTION ACTIVITY HAS PERMANENTLY STOPPED SHALL BE PERMANENTLY SEEDED (SEE PERMANENT STABILIZATION PRACTICES FOR DETAILS). THESE AREAS SHALL BE SEEDED NO LATER THAN 14 DAYS AFTER THE LAST CONSTRUCTION ACTIVITY OCCURRING IN THESE AREAS. REFER TO THE GRADING PLAN AND/OR LANDSCAPE PLAN. CLEARED SITE DEVELOPMENT AREAS NOT CONTINUALLY SCHEDULED FOR CONSTRUCTION ACTIVITIES SHALL BE COVERED WITH HAY OR OVERSEEDED AND TEMPORARILY WATERED SUFFICIENTLY TO STABILIZE THE TEMPORARY GROUND/COVER (SEE TEMPORARY STABILIZATION PRACTICES FOR DETAILS).

3. AT ANY TIME BOTH DURING AND AFTER SITE CONSTRUCTION THAT CREATING AND/OR VEGETATION ARE NOT EFFECTIVE IN CONTROLLING WIND EROSION AND/OR TRANSPORT OF FUGITIVE DUST, OTHER METHODS AS ARE NECESSARY FOR SUCH CONTROL SHALL BE EMPLOYED. THESE METHODS SHOULD INCLUDE OPEN FIELDS OR DUST CONTROL FENCES. A 6-FT GEOTEXTILE FILTER FIBER SHOULD BE HANGING AGAINST THE EXISTING CHAIN LINK FENCE AND SECURE.

4. ALL DUST ON THE SITE SHALL BE CONTROLLED. THE USE OF MOTOR OILS AND OTHER PETROLEUM BASED OR TOXIC LIQUIDS FOR DUST SUPPRESSION OPERATIONS IS PROHIBITED.

## STABILIZATION PRACTICES:

SHALL BE IN ACCORDANCE WITH DEP DOCUMENT NO 62-621.300(4)(a)

## STRUCTURAL PRACTICES:

SHALL BE IN ACCORDANCE WITH DEP DOCUMENT NO 62-621.300(4)(a)

## WASTE DISPOSAL:

A. WASTE MATERIALS - ALL WASTE MATERIALS SHALL BE COLLECTED AND STORED IN A METAL DUMPSTER WITH A SECURE LID IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS. ALL TRASH AND CONSTRUCTION DEBRIS FROM THE SITE SHALL BE DEPOSITED IN THE DUMPSTER. THE DUMPSTER SHALL BE EMPTIED AS NECESSARY TO PREVENT OVERFILLING BY THE DUMPSTER EMPTIED AT LEAST TWICE A WEEK AND THE WASTE TAKEN TO AN APPROVED LANDFILL. ALL CONSTRUCTION WASTE MATERIALS SHALL BE BURIED ON SITE. THE SUPERINTENDENT SHALL ORGANIZE TRAINING FOR THE EMPLOYEES IN THE PROPER PRACTICES WHEN DEALING WITH WASTE MATERIALS. THE SUPERINTENDENT SHALL BE RESPONSIBLE FOR POSTING AND ENFORCING WASTE MATERIAL PROCEDURES.

B. HAZARDOUS WASTE - HAZARDOUS WASTE MATERIALS SHALL BE DISPOSED OF IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS OR AS DIRECTED BY THE MANUFACTURER. THE SUPERINTENDENT SHALL ORGANIZE THE PROPER TRAINING FOR EMPLOYEES IN THE PROPER PRACTICES WHEN DEALING WITH HAZARDOUS WASTE MATERIALS. THESE PROCEDURES SHALL BE POSTED ON THE SITE. THE PERSON WHO MANAGES THE SITE SHALL BE RESPONSIBLE FOR ENFORCING THE PROCEDURES.

C. SANITARY WASTE - SANITARY WASTE SHALL BE COLLECTED AND DISPOSED OF IN ACCORDANCE WITH ALL LOCAL AND STATE LAWS. THE SUPERINTENDENT SHALL COORDINATE WITH THE LOCAL UTILITY FOR COLLECTION OF THE SANITARY WASTE AT LEAST THREE TIMES A WEEK TO PREVENT SPILLAGE ONTO THE SITE.

D. RUBBISH, TRASH, GARBAGE, LITTER, OR OTHER SUCH MATERIALS SHALL BE DEPOSITED INTO SEALED CONTAINERS. MATERIALS SHALL BE PREVENTED FROM LEAVING THE PREMISES THROUGH THE ACTION OF WIND OR STORM WATER DISCHARGE INTO DRAINAGE DITCHES OR WATERS OF THE STATE.

## OFFSITE TRACKING:

A. STABILIZED CONSTRUCTION ENTRANCE SHALL BE PROVIDED TO REDUCE SEDIMENT TRACKING OFFSITE. THE MAJOR ROAD CONNECTED TO THE PROJECT SHALL BE CLEANED ONCE A DAY TO REMOVE ANY EXCESS MUD, DIRT OR ROCK RESULTING FROM CONSTRUCTION TRAFFIC. ALL TRUCKS HAULING MATERIALS OFFSITE SHALL BE COVERED WITH A TARPAULIN.

B. GENERAL CONTRACTOR SHALL DENOTE ON PLAN THE TEMPORARY PARKING AND STORAGE AREA WHICH SHALL ALSO BE USED AS THE EQUIPMENT MAINTENANCE AND CLEANING AREA, EMPLOYEE PARKING AREA, AND AREA FOR LOCATION PORTABLE FACILITIES, OFFICE TRAILERS, AND TOILET FACILITIES. HEAVY EQUIPMENT, VEHICLE, MAINTENANCE AND MAINTENANCE AREAS SHALL BE DESIGNED TO PREVENT OIL, GREASE, AND OTHER CONTAMINANTS ENTERING SITE DRAINAGE FEATURES INCLUDING STORMWATER COLLECTION AND TREATMENT SYSTEMS. CONTRACTIONS SHALL PROVIDE BREAK AREAS WHICH WILL BE COMFORTABLE AND PREVENT SEDIMENT SUBMIT IN RAIN. SUCH AREAS AS REQUIRED TO CONTAIN SPILLS OF OIL, GREASE OR LUBRICANTS. CONTRACTORS SHALL HAVE AVAILABLE, AND SHALL USE, ABSORBENT FILTER PADS TO CLEAN UP SPILLS AS SOON AS POSSIBLE AFTER OCCURRENCE.

C. ALL WASH WATER FROM CONCRETE TRUCKS, VEHICLE CLEANING, EQUIPMENT CLEANING, ETC. SHALL BE CONTAINED ON SITE AND SHALL BE PROPERLY TREATED OR DISPOSED.

D. IF THE ACTION OF VEHICLES TRAVELING OVER THE GRAVEL CONSTRUCTION ENTRANCES IS NOT SUFFICIENT TO REMOVE THE MAJORITY OF DIRT OR MUD, THEN THE TIRES MUST BE WASHED BEFORE THE VEHICLES ENTER A PUBLIC ROAD. IF WASHING IS USED, PROVISIONS MUST BE MADE TO INTERCEPT THE WASH WATER AND TRAP THE SEDIMENT BEFORE IT IS CARRIED OFF THE SITE.

E. ALL MATERIALS SPILLED, DROPPED, WASHED, OR TRACKED FROM VEHICLES ONTO ROADWAYS OR INTO STORM DRAINS MUST BE REMOVED IMMEDIATELY.

## MAINTENANCE:

ALL MEASURES STATED ON THIS EROSION AND SEDIMENT CONTROL PLAN, AND IN THE STORM WATER POLLUTION PREVENTION PLAN, SHALL BE MAINTAINED IN FULLY FUNCTIONAL CONDITION UNTIL NO LONGER REQUIRED FOR A COMPLETED PHASE OF WORK OR FINAL STABILIZATION OF THE SITE. ALL EROSION AND SEDIMENTATION CONTROL MEASURES SHALL BE CHECKED BY A QUALIFIED PERSON AT LEAST ONCE EVERY SEVEN CALENDAR DAYS AND WITHIN 24 HOURS OF THE END OF A 0.5" RAINFALL EVENT, AND CLEANED AND REPAIRED IN ACCORDANCE WITH THE FOLLOWING:

A. INLET PROTECTION DEVICES ARE BARRIERS SHALL BE REPAIRED OR REPLACED IF THEY SHOW SIGNS OF UNDERMINING, OR DETERIORATION.

B. B ALL SEEDED AREAS SHALL BE CHECKED REGULARLY TO SEE THAT A GOOD STAND IS MAINTAINED. AREAS SHOULD BE FERTILIZED, WATERED, AND RE-SEEDED AS NEEDED.

C. THE COMPOST ROCK FILTRATION DEVICE SHALL BE INSPECTED PERIODICALLY FOR HEIGHT OF SEDIMENT ACCUMULATION OF DEVICE, COMPOST SOCK SHALL BE REPAIRED TO ITS ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE COMPOST SOCK WHEN IT REACHES ONE-THIRD THE HEIGHT OF THE COMPOST SOCK.

D. THE CONSTRUCTION ENTRANCES SHALL BE MAINTAINED IN A CONDITION WHICH WILL PREVENT TRACKING OR FLOW OF MUD ONTO PUBLIC RIGHTS-OF-WAY. THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE CONSTRUCTION ENTRANCES AS CONDITIONS DEMAND.

E. THE TEMPORARY PARKING AND STORAGE AREA SHALL BE KEPT IN GOOD CONDITION (SUITABLE FOR PARKING AND STORAGE). THIS MAY REQUIRE PERIODIC TOP DRESSING OF THE TEMPORARY PARKING AS CONDITIONS DEMAND.

F. OUTLET STRUCTURES IN THE SEDIMENTATION BASINS SHALL BE MAINTAINED IN OPERATIONAL CONDITIONS AT ALL TIMES. THE SEDIMENT BASINS/DITCHES SHALL BE CHECKED MONTHLY FOR DEPTH OF SEDIMENT. SEDIMENT SHALL BE REMOVED FROM SEDIMENT BASINS OR TRAPS WHEN THE DESIGN CAPACITY HAS BEEN REDUCED BY 15% AND AFTER CONSTRUCTION IS COMPLETE.

G. ALL MAINTENANCE OPERATIONS SHALL BE DONE IN A TIMELY MANNER BUT IN NO CASE LATER THAN SEVEN CALENDAR DAYS FOLLOWING THE INSPECTION DISCOVERING THE NEED FOR MAINTENANCE. INSPECTED SHALL MEASURES SHALL BE PROMPTLY MADE.

H. A MAINTENANCE REPORT SHALL BE COMPLETED DAILY AFTER EACH INSPECTION OF THE SEDIMENT AND EROSION CONTROL METHODS. THE REPORTS SHALL BE FILED IN AN ORGANIZED MANNER AND RETAINED ON-SITE DURING CONSTRUCTION. AFTER COMPLETION IS COMPLETED, THE REPORTS SHALL BE KEPT FOR AT LEAST THREE YEARS. THE REPORTS SHALL BE AVAILABLE FOR ANY AGENCY THAT HAS JURISDICTION OVER EROSION CONTROL.

I. ALL REPAIRS MUST BE MADE WITHIN 24 HOURS OF REPORT.

J. THE SUPERINTENDENT SHALL BE RESPONSIBLE FOR INSPECTION PROCEDURES AND PROPER EROSION CONTROL METHODS FOR EMPLOYEES THAT COMPLETE INSPECTIONS AND REPORTS.

K. SILT FENCES SHALL BE REPAIRED TO THEIR ORIGINAL CONDITIONS IF DAMAGED. SEDIMENT SHALL BE REMOVED FROM THE SILT FENCES IT REACHES ONE-HALF THE HEIGHT OF THE SILT FENCE.

## SPILL PREVENTION AND CONTROL:

THE FOLLOWING ARE THE MATERIAL MANAGEMENT PRACTICES THAT WILL BE USED TO REDUCE THE RISK OF SPILLS OR OTHER ACCIDENTAL EXPOSURE OF MATERIALS AND SUBSTANCES TO STORM WATER RUNOFF.

A. GOOD HOUSEKEEPING

1. SUPERINTENDENT SHALL INSPECT PROJECT AREA DAILY FOR PROPER STORAGE, USE, AND DISPOSAL OF CONSTRUCTION MATERIALS.

2. STORE ONLY ENOUGH MATERIAL ON SITE FOR PROJECT COMPLETION.

3. ALL SUBSTANCES SHOULD BE KEPT BEFORE DISPOSAL OF CONTAINER.

4. ALL CONSTRUCTION MATERIALS STORED SHALL BE PROTECTED AND IN THE PROPER CONTAINER AND IF POSSIBLE, STORED UNDER A ROOF OR PROTECTIVE COVER.

---

5. PRODUCTS SHALL NOT BE MIXED UNLESS DIRECTED BY THE MANUFACTURER.

6. ALL PRODUCTS SHALL BE USED AND DISPOSED OF ACCORDING TO THE MANUFACTURER'S INSTRUCTIONS.

B. HAZARDOUS PRODUCTS

1. MATERIALS SHOULD BE KEPT IN ORIGINAL CONTAINER WITH LABELS UNLESS THE ORIGINAL CONTAINERS CANNOT BE RESEALED. IF ORIGINAL CONTAINERS CANNOT BE USED, LABELS AND PRODUCT INFORMATION SHALL BE SAVED.

2. PRODUCT-SPECIFIC PRACTICES

PETROLEUM PRODUCTS MUST BE STORED IN PROPER CONTAINERS AND CLEARLY LABELED. VEHICLES CONTAINING PETROLEUM PRODUCTS SHALL BE PERIODICALLY INSPECTED FOR LEAKS. PRECAUTIONS SHALL BE TAKEN TO AVOID LEAKAGE OF PETROLEUM PRODUCTS ON SITE.

THE MINIMUM AMOUNT OF FERTILIZER SHALL BE USED AND MIXED INTO THE SOIL IN ORDER TO LIMIT EXPOSURE TO STORM WATER. FERTILIZERS SHALL BE STORED IN A COVERED SHED. THE CONTENTS OF ANY PARTIALLY USED BAGS OF FERTILIZER SHALL BE TRANSFERRED TO A SEALABLE PLASTIC BIN TO AVOID SPILLS.

PAINT CONTAINERS SHALL BE SEALED AND STORED WHEN NOT IN USE. EXCESS PAINT MUST BE DISPOSED OF IN AN APPROVED MANNER.

CONCRETE TRUCKS SHALL NOT BE ALLOWED TO WASH OUT OR DISCHARGE SURPLUS CONCRETE OR DRAIN WASH WATER ON THE SITE.

## SPILL CLEAN UP:

IN ADDITION TO THE GOOD HOUSEKEEPING AND MATERIAL MANAGEMENT PRACTICES DISCUSSED ABOVE, THE FOLLOWING PRACTICES SHALL BE FOLLOWED FOR SPILL PREVENTION AND CLEANUP.

1. SPILL CLEANUP INFORMATION SHALL BE POSTED ON SITE TO INFORM EMPLOYEES ABOUT CLEANUP PROCEDURES AND RESOURCES.

2. THE FOLLOWING CLEAN-UP EQUIPMENT MUST BE KEPT ON-SITE NEAR THE MATERIAL STORAGE AREA - GLOVES, MOPS, RAGS, BROOMS, DUST PANS, SAND, SAWDUST, LIQUID ABSORBER, GOGGLES, AND TRASH CONTAINERS.

3. EQUIPMENT AND MATERIALS WILL BE PROVIDED FOR CLEANUP. SPILLS SHALL BE MAINTAINED ONSITE AND READILY AVAILABLE TO CONTAIN AND CLEAN-UP FUEL OR CHEMICAL SPILLS AND LEAKS.

4. ALL SPILLS SHALL BE CLEANED UP AS SOON AS POSSIBLE.

5. WHEN CLEANING A SPILL, THE AREA SHOULD BE WELL VENTILATED AND THE EMPLOYEE SHALL WEAR PROPER PROTECTIVE COVERING TO PREVENT INJURY.

6. TOXIC SPILLS MUST BE REPORTED TO THE PROPER AUTHORITY REGARDLESS OF THE SIZE OF THE SPILL.

7. AFTER A SPILL, THE PREVENTION PLAN SHALL BE REVIEWED AND CHANGED TO PREVENT FURTHER SIMILAR SPILLS FROM OCCURRING. THE CAUSE OF THE SPILL, MEASURES TO PREVENT IT, AND HOW TO CLEAN THE SPILL UP SHALL BE RECORDED.

8. THE SUPERINTENDENT SHALL BE THE SPILL PREVENTION AND CLEANUP COORDINATOR AND IS RESPONSIBLE FOR THE DAY-TO DAY SITE OPERATIONS. THE SUPERINTENDENT ALSO OVERSEES THE SPILL PREVENTION PLAN AND SHALL BE RESPONSIBLE FOR EDUCATING THE EMPLOYEES ABOUT SPILL PREVENTION AND CLEANUP PROCEDURES.

## SEQUENCE OF CONSTRUCTION

UPON IMPLEMENTATION AND INSTALLATION OF THE FOLLOWING AREAS: TRAILER, PARKING, LAY-DOWN, PORTA-POTTY, WHEEL WASH, CONCRETE WASHOUT, FUEL AND MATERIAL STORAGE CONTAINERS, SOLID WASTE CONTAINERS, ETC. IMMEDIATELY DENOTE THEM ON THE SITE MAPS. IMPLEMENT PROPER BMPS SURROUNDING THESE AREAS.

1. CONSTRUCT STABILIZED CONSTRUCTION ENTRANCE AND INSTALL SILT FENCE.

2. DEMOLISH EXISTING STRUCTURES (IF APPLICABLE)

3. CONSTRUCT AND STABILIZE SEDIMENT BASIN AND DRAINAGE SWALES WITH APPROPRIATE OUTFALL STRUCTURES (CLEAR ONLY THOSE AREAS NECESSARY TO INSTALL CONTROL DEVICES LISTED ABOVE).

4. INSTALL AND STABILIZE ANY NECESSARY HYDRAULIC CONTROL STRUCTURES (DIKES, CHECK DAMS, OUTLET TRAPS, ETC.)

5. PREPARE CLEARING AND GRUBBING OF THE SITE. (IF APPLICABLE)

6. START CONSTRUCTION OF THE BUILDING PAD AND STRUCTURES.

7. PERFORM MASS GRADING. ROUGH GRADE TO ESTABLISH PROPOSED DRAINAGE PATTERNS.

8. TEMPORARILY SEED. THROUGHOUT CONSTRUCTION, DISTURBED AREAS THAT WILL BE INACTIVE FOR 7 DAYS OR MORE AS REQUIRED BY GENERIC PERMIT.

HALT ALL ACTIVITIES AND CONTACT THE CIVIL ENGINEER CONSULTANT TO PERFORM INSPECTION AND CERTIFICATION OF BMPS. GENERAL CONTRACTOR SHALL SCHEDULE AND CONDUCT STORM WATER PRE-CONSTRUCTION MEETING WITH ENGINEER AND ALL GROUND DISTURBING CONTRACTORS BEFORE PROCEEDING WITH CONSTRUCTION.

CONTRACTOR TO BE RESPONSIBLE FOR OBTAINING ALL DEWATERING PERMITS NECESSARY FOR CONSTRUCTION.

---





**PLAN VIEW**

**PERSPECTIVE VIEWS**

**SECTION A–A**

**ELEVATION OF STAKE AND FABRIC ORIENTATION**

**DETAIL A**

**FILTER FABRIC DROP INLET SEDIMENT BARRIER**



**STANDARD DETAIL**     **ALTERNATE DETAIL**

**SILT FENCE DETAIL**

**SILT FENCE INSTALLATION DETAIL**

---



**TEMPORARY GRAVEL CONSTRUCTION ENTRANCE**

DIVERSION RIDGE REQUIRED WHERE GRADE EXCEEDS 2%

SECTION A–A

PLAN VIEW

**6' CHAIN LINK CONSTRUCTION FENCE WITH VISUAL DUST SCREEN**

---

Kimley»Horn

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.

## DEMO & EROSION CONTROL DETAILS

## EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT

PREPARED FOR
LTS INC

SHEET NUMBER

**C210**



### CONNECTION TO EXISTING PAVEMENT DETAIL
NOT TO SCALE

PROP. LIMEROCK BASE
ASPHALT
SAWCUT & STRIP BACK EXIST. ASPHALT AND ROCKBASE AS SHOWN AND CONNECT TO EXIST. PAVEMENT.
EXIST. ASPHALT
EXIST. LIMEROCK OR CRUSHED CONC.
PROP. SUBGRADE
EXIST. SUBGRADE

### PAVEMENT CROSS—SECTION
NOT TO SCALE

PAVING LEGEND
1. 2 1/2" TO 3" ASPHALT SURFACE TYPE SP-9.5 OR APPROVED EQUAL
2. 8" LIMEROCK BASE COMPACTED IN 1 LIFT WITH MINIMUM LBR OF 100
3. 12" THICK SUBGRADE COMPACTED AND STABILIZED WITH MINIMUM DESIGN LBR OF 40 COMPACTED TO AT LEAST 98% OF MAXIMUM DRY DENSITY (AASHTO T-100)

### ASPHALT TRANSITION DETAIL AT BEGINNING OR ENDING OF ASPHALT LIFT OR NEW CONSTRUCTION
NOT TO SCALE

1" FEATHERING
P. TYPE S-3 SURFACE COURSE
W/ 3/4" TYPE S-3
MATCH LINE
EXIST. PVMT.
POCKET INTO EXIST. PVMT.
EXIST. BASE

### ASPHALT MILLING AND RESURFACING DETAIL
NOT TO SCALE

MILL 1-2" MINIMUM EXISTING ASPHALT SURFACE AND OVERLAY WITH 1-2" PROPOSED TYPE SP-9.5 ASPHALT PAVEMENT TO BUTT AGAINST AND BE FLUSH WITH EXISTING PAVEMENT
EXISTING ASPHALT PAVEMENT TO BE SAWCUT IN NEAT, STRAIGHT LINE, MATCH FLUSH WITH EXISTING ASPHALT
EXISTING ASPHALT PAVEMENT
EXISTING LIMEROCK BASE
EXISTING STABILIZED SUBGRADE

**KEYMAP**

NORTH

GRAPHIC SCALE IN FEET
0    30    60    120

LEGEND
PROPERTY LINE
PROPOSED ASPHALT
PROPOSED REPAVING
PROPOSED RETENTION AREAS (SOD)

**Kimley»Horn**

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100 FAX: 954-739-2247
WWW.KIMLEY-HORN.COM
REGISTRY No. 35196

LICENSED PROFESSIONAL
CRISTIAN VITTORINI, P.E.
FL LICENSE NUMBER
DATE 7/8/2025

F44 PROJECT NUMBER
DATE JUNE 2025
SCALE AS SHOWN
DESIGNED BY SV
DRAWN BY SV
CHECKED BY SV

## ENGINEERING PLAN SOUTH

EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC
OCHOPEE          FL

SEE SHEET C300
PROP. LARGE VEHICLE PARKING (TYP.)
PROP. DROP—OFF AREA (TYP.)
CONTRACTOR TO TIE INTO EXIST. ASPHALT (TYP.)
PROP. 4" SOLID WHITE PAVEMENT MARKINGS (TYP.)
PROPOSED ASPHALT (TYP.)
PROP. 4" SOLID WHITE PAVEMENT MARKINGS (TYP.)
PROP. 4" SOLID WHITE PAVEMENT MARKINGS (TYP.)

SHEET NUMBER
**C300**



CONNECTION TO EXISTING PAVEMENT DETAIL
NOT TO SCALE

PAVING LEGEND

PAVEMENT CROSS-SECTION
NOT TO SCALE

ASPHALT TRANSITION DETAIL AT
BEGINNING OR ENDING OF ASPHALT
LIFT OR NEW CONSTRUCTION
NOT TO SCALE

ASPHALT MILLING AND RESURFACING DETAIL
NOT TO SCALE

KEYMAP

LEGEND

| | |
|---|---|
| | PROPERTY LINE |
| | PROPOSED ASPHALT |
| | PROPOSED REPAVING |
| | PROPOSED-RETENTION AREAS (SOD) |

Kimley»Horn

ENGINEERING PLAN
NORTH

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

SHEET NUMBER
C301

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 100 of 335

NORTH

GRAPHIC SCALE IN FEET
0    15    30    60

LEGEND

| | |
|---|---|
| | PROPERTY LINE |
| | PROPOSED ASPHALT |
| | PROPOSED PAVING |
| X——X | PROPOSED FENCE |

PROPOSED 10' CHAIN LINK FENCE (TYP.)

PROPOSED ASPHALT (TYP.)

MATCH EXISTING ASPHALT (TYP.)





Kimley»Horn

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100 FAX: 954-739-2247
WWW.KIMLEY-HORN.COM    REGISTRY No. 35196

LICENSED PROFESSIONAL:
SEBASTIAN VITERBINO, P.E.
FL LICENSE NUMBER
98566R
DATE 7/8/2025

FAA PROJECT I-43E8300.03
DATE JUNE 2025
SCALE AS SHOWN
DESIGNED BY SV
DRAWN BY SV
CHECKED BY SV

ENGINEERING PLAN
MAINTENANCE

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                    FL

SHEET NUMBER
C302

**LEGEND**
- PROPERTY LINE
- PROPOSED ASPHALT
- PROPOSED REPAVING
- PROPOSED RETENTION AREAS (SOD)

**INSET 1**

NORTH

GRAPHIC SCALE IN FEET
0  75  150  300

MATCH TO EXISTING ASPHALT DRIVEWAY

EXISTING ±3600' ROAD TO BE REPAVED

MATCH TO EXISTING ASPHALT DRIVEWAY

PROP. 30' ASPHALT DRIVEWAY

INSET 2

**INSET 2**

NORTH

GRAPHIC SCALE IN FEET
0  30  60  120

TIE INTO PROPOSED ASPHALT

PROP ±655' ASPHALT SERVICE ROAD EXTENSION

TIE IN TO PROPOSED ASPHALT

PROP. LARGE VEHICLE PARKING (TYP.)

SEE SHEET C300

**INSET 4**

NORTH

GRAPHIC SCALE IN FEET
0  30  60  120

TIE INTO EXISTING ASPHALT

EXISTING ± 850' ROAD TO BE PAVED

TIE INTO PROPOSED ASPHALT

**KEYMAP**

INSET 3
INSET 4
INSET 2
INSET 1

**INSET 3**

NORTH

GRAPHIC SCALE IN FEET
0  75  150  300

MATCH TO EXISTING ASPHALT

EXISTING ±1800' ROAD TO BE REPAVED

EXISTING ROAD TO BE REPAVED

± 30'

MATCH TO EXISTING ASPHALT

Kimley»Horn

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100 FAX: 954-739-2247
WWW.KIMLEY-HORN.COM    REGISTRY No. 35106

LICENSED PROFESSIONAL
CHRISTIAN VITTORINO, P.E.
FL LICENSE NUMBER

KHA PROJECT
1 43975 03
DATE  JUNE 2025
SCALE  AS SHOWN
DESIGNED BY    SV
DRAWN BY    SV
CHECKED BY    SV

7/8/2025

**ENGINEERING PLAN MAINTENANCE**

**EMERGENCY INFRASTRUCTURE AT TNT DADE-COLLIER AIRPORT**

PREPARED FOR

**LTS INC**

OCHOPEE    FL

SHEET NUMBER

**C303**

USCA11 Case: 25-12873   Document: 92-5   Date Filed: 01/08/2026   Page: 102 of 335

NORTH

GRAPHIC SCALE IN FEET
0   37.5   75        150

INSET 5

PROP ± 7725 LF 10' CHAIN LINK FENCE

10' CHAIN LINK FENCE ENTRANCE

PROPOSED SERVICE ROAD

PROPOSED ASPHALT

PROPOSED ASPHALT

LEGEND
PROPERTY LINE
PROPOSED ASPHALT
PROPOSED PAVING
PROPOSED FENCE

**Kimley»Horn**

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100   FAX: 954-739-2247
WWW.KIMLEY-HORN.COM   REGISTRY No. 35106

LICENSED PROFESSIONAL
CRISTIAN VITTORINO, PE
FL LICENSE NUMBER
95658

KHA PROJECT
1492000
DATE   JUNE 2025
SCALE   AS SHOWN
DESIGNED BY   SV
DRAWN BY   SV
CHECKED BY   SV

7/8/2025

**ENGINEERING PLAN
MAINTENANCE**

**EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT**
PREPARED FOR
**LTS INC**
OCHOPEE                    FL

SHEET NUMBER
**C304**

NORTH

GRAPHIC SCALE IN FEET
0   15   30        60

80X175' ASPHALT ROUNDABOUT -
MATCH TO EXISTING ASPHALT DRIVEWAY ELEVATIONS

80.0'

175.0'

PROPOSED 10' CHAIN LINK FENCE (TYP.)

**INSET 5**

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 07/08/2026    Page: 103 of 335



MATCHLINE (SEE SECTION C–C, SHEET C305 FOR CONTINUATION)

LEGEND
PROPERTY LINE
PROPOSED ASPHALT
PROPOSED PAVING
X — X — PROPOSED FENCE

10.0' SETBACK FROM TAXIWAY (TYP.)

ROAD TO RESTRICT TO 14.0' NEAR GENERATOR SET (TYP.)

GRAPHIC SCALE IN FEET
0    30    60         120

MATCH EXISTING ASPHALT ELEVATION (TYP)

MATCH EXISTING ASPHALT ELEVATION (TYP)

10.0' SETBACK FROM TAXIWAY (TYP.)

PROPOSED ASPHALT SERVICE ROAD (TYP)

20.0'

20.0'

R50.0'

NORTH

MATCHLINE (SEE SECTION C–C, SHEET C305 FOR CONTINUATION)

ROAD TO RESTRICT TO 14.0' NEAR CULVERTS (TYP.)

ROAD TO RESTRICT TO 14.0' NEAR CULVERTS (TYP.)

ROAD TO RESTRICT TO 14.0' NEAR CULVERTS (TYP.)

PROPOSED ROUNDABOUT

R50.0'

ROAD TO RESTRICT TO 14.0' NEAR CULVERTS (TYP.)

PROPOSED ASPHALT SERVICE ROAD (TYP)

10.0' SETBACK FROM TAXIWAY (TYP.)

PROPOSED ASPHALT SERVICE ROAD (TYP)

MATCH EXISTING ASPHALT ELEVATION (TYP)

MATCHLINE (SEE SECTION C–C, SHEET C305 FOR CONTINUATION)

MATCHLINE (SEE SECTION C–C, SHEET C306 FOR CONTINUATION)

GRAPHIC SCALE IN FEET
0    30    60         120

NORTH

Kimley»Horn

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100   FAX: 954-739-2247
WWW.KIMLEY-HORN.COM   REGISTRY No. 35156

LICENSED PROFESSIONAL
CRISTIAN VITERBINO, P.E.
FL LICENSE NUMBER
94588

DATE    7/9/2025

REVISIONS

No.    REVISIONS    DATE    BY

FHA PROJECT NUMBER
1188000
DATE    JUNE 2025
SCALE    AS SHOWN
DESIGNED BY    SV
DRAWN BY    SV
CHECKED BY    SV

ENGINEERING PLAN
MAINTENANCE

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                    FL

SHEET NUMBER
C305



USCA11 Case: 25-12873   Document: 92-5   Date Filed: 01/08/2026   Page: 104 of 335

LEGEND

PROPERTY LINE
PROPOSED ASPHALT
PROPOSED PAVING
PROPOSED FENCE

PROPOSED ASPHALT SERVICE ROAD (TYP.)

ROAD TRANSITIONS FROM 10' SETBACK TO 2' SETBACK FROM TAXIWAY (TYP.)

MATCH EXISTING ASPHALT ELEVATION (TYP.)

PROPOSED ASPHALT SERVICE ROAD (TYP.)

MATCHLINE (SEE SECTION C-C, SHEET C305 FOR CONTINUATION)
MATCHLINE (SEE SECTION C-C, SHEET C306 FOR CONTINUATION)

NORTH

GRAPHIC SCALE IN FEET
0   30   60        120

ROAD TO HAVE 2' SETBACK FROM TAXIWAY (TYP.)

MATCH EXISTING ASPHALT ELEVATION (TYP.)

PROPOSED ASPHALT SERVICE ROAD (TYP.)

MATCHLINE (SEE SECTION C-C, SHEET C306 FOR CONTINUATION)
MATCHLINE (SEE SECTION C-C, SHEET C306 FOR CONTINUATION)

NORTH

GRAPHIC SCALE IN FEET
0   30   60        120

PROPOSED ROUNDABOUT

PROPOSED ASPHALT SERVICE ROAD

ROAD TO HAVE 2' SETBACK FROM TAXIWAY (TYP.)

MATCH EXISTING ASPHALT ELEVATION (TYP.)

ROAD TO RESTRICT TO 14.5' NEAR CULVERTS (TYP.)

NORTH

GRAPHIC SCALE IN FEET
0   30   60        120

MATCHLINE (SEE SECTION C-C, SHEET C306 FOR CONTINUATION)

Kimley »> Horn

© 2025 KIMLEY-HORN AND ASSOCIATES, INC.
8201 PETERS ROAD, SUITE 2200, PLANTATION, FL 33324
PHONE: 954-535-5100    FAX: 954-739-2247
WWW.KIMLEY-HORN.COM    REGISTRY No. 35106

LICENSED PROFESSIONAL

CRISTIAN VITTORINO, P.E.
FL LICENSE NUMBER
95454

DATE    7/8/2025

KHA PROJECT
DATE    JUNE 2025
SCALE   AS SHOWN
DESIGNED BY    SV
DRAWN BY    SV
CHECKED BY    SV

ENGINEERING PLAN
MAINTENANCE

EMERGENCY
INFRASTRUCTURE AT TNT
DADE-COLLIER AIRPORT
PREPARED FOR
LTS INC

OCHOPEE                FL

SHEET NUMBER
C306





**SOUTH FLORIDA WATER MANAGEMENT DISTRICT**
**ENVIRONMENTAL RESOURCE**
**NOTICED GENERAL PERMIT NO. 11-02446-P**
**DATE ISSUED:  September 13, 2005**

Form #0941
08/95

**PERMITTEE:** DADE-COLLIER TRAINING AND TRANSITION
AIRPORT
28700 SW 217TH AVENUE
HOMESTEAD, FL 33030-7611

**PROJECT DESCRIPTION:** The proposed project consists of constructing 1,753.6 sf of concrete pads and removing one 2,570.0 sf building.

**PROJECT LOCATION:** COLLIER COUNTY,                    SEC 15 TWP 53S RGE 34E

**PERMIT DURATION:** Five years from the date issued to complete construction of the surface water management system as authorized herein. See attached Rule 40E-4.321, Florida Administrative Code.

This is to notify you of the District's agency action concerning Notice of Intent for Permit Application No. 050713-17, dated July 13, 2005. This action is taken pursuant to Rule 40E-1.603 and Chapter 40E-40 and 40E-400, Florida Administrative Code (F.A.C.).

Based on the information provided, District rules have been adhered to and an Environmental Resource General Permit is in effect for this project subject to:

1.    Not receiving a filed request for a Chapter 120, Florida Statutes, administrative hearing.

2.    the attached 13 General Conditions (See Pages : 2 - 3 of  4 ),

3.    the attached 12 Exhibit(s),

4.    the attached 1 Specific Conditions in section 40E-400.475  (See Pages : 4 - 4 of  4).

Should you object to these conditions, please refer to the attached "Notice of Rights" which addresses the procedures to be followed if you desire a public hearing or other review of the proposed agency action.  Please contact this office if you have any questions concerning this matter.  If we do not hear from you in accordance with the "Notice of Rights," we will assume that you concur with the District's action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a "Notice of Rights" has been mailed to the Permittee (and the persons listed in the attached distribution list) no later than 5:00 p.m. on this 13th day of September, 2005, in accordance with Section 120.60(3), Florida Statutes.

BY: _____

William Foley, P.E.
Sr Supv Engineer
Lower West Coast Service Center

Certified mail number       7004 2510 0004 6696 0901

Page 1 of 4

SCANNED



Application No. 050713-17
Page 2 of 4

## GENERAL CONDITIONS

1. The terms, conditions, requirements, limitations, and restrictions set forth in this section are general permit conditions, and shall be applicable to, and are binding upon the permittee for all No Notice and Noticed General Permits in this Chapter. These conditions are enforceable under Part IV of Chapter 373, F.S..

2. The general permit is valid only for the specific activity indicated. Any deviation from the specified activity and the conditions for undertaking that activity shall constitute a violation of the permit. A violation of the permit is a suspension or revocation of the permittee's right to conduct such activity under the general permit. The District may begin legal proceedings seeking penalties or other remedies as provided by law for any violation of these conditions.

3. This general permit does not eliminate the necessity to obtain any required federal, State, local and special District authorizations prior to the start of any construction, alteration, operation, maintenance, removal or abandonment authorized by this permit. This general permit does not convey to the permittee or create in the permittee any property right, or any interest in real property, nor does it authorize any entrance upon or activities on property which is not owned or controlled by the permittee, or convey any rights or privileges other than those specified in the general permit and this Chapter.

4. This general permit does not relieve the permittee from liability and penalties when the permitted activity causes harm or injury to: human health or welfare; animal, plant or aquatic life; or property. It does not allow the permittee to cause pollution in contravention of Florida statutes and District rules.

5. The permittee is hereby advised that Section 253.77, F.S., states that a person may not commence any excavation, construction, or other activity involving the use of sovereign or other lands of the State, the title to which is vested in the Board of Trustees of the Internal Improvement Trust Fund without obtaining the required lease, license, easement, or other form of consent authorizing the proposed use. Therefore, the permittee is responsible for obtaining any necessary authorizations from the Board of Trustees prior to commencing activity on sovereignty lands or other state owned lands.

6. The general permit may be modified, suspended or revoked in accordance with Chapter 120, and Section 373.429, F.S.

7. This permit shall not be transferred to a third party except pursuant to Section 40E-4.351, F.A.C. The permittee transferring the general permit shall remain liable for any corrective actions that may be required as a result of any permit violations prior to sale, conveyance, or other transfer of ownership or control of the permitted system or the real property at which the permitted system is located.

8. Upon reasonable notice to the permittee, District staff with proper identification shall have permission to enter, inspect, sample and test the permitted system to insure conformity with the plans and specifications approved by the permit.

9. The permittee shall maintain any permitted system in accordance with the plans submitted to the District.

10. A permittee's right to conduct a specific noticed activity under this noticed general permit is authorized for a duration of 5 years.

11. Construction, alteration, operation, maintenance, removal and abandonment approved by this general permit shall be conducted in a manner which does not cause violations of State water quality standards, including any antidegradation provisions of Section 62-4.242(1)(a) and (b), 62-4.242(2) and (3), and 62-302.300, F.A.C., and any special standards for outstanding Florida waters and outstanding national resource waters. The permittee shall implement best management practices for erosion, turbidity, and other pollution control to prevent violation of the State water quality standards. Temporary erosion control measures such as sodding, and seeding shall be implemented and shall be maintained on all erodible ground areas prior to and during construction. Permanent erosion control measures such as sodding and planting of wetland species shall be completed within 7 days of any construction activity. Turbidity barriers shall be installed and maintained at all locations where the possibility of transferring suspended solids into

SCANNED



Application No. 050713-17
Page 3 of 4

### GENERAL CONDITIONS

wetlands and other surface waters exists due to the permitted activity. Turbidity barriers shall remain in place and shall be maintained in a functional condition at all locations until construction is completed and soils are stabilized and vegetation has been established. Thereafter the permittee shall be responsible for the removal of the barriers. The permittee shall correct any erosion or shoaling that causes adverse impacts to the water resources.

12. The permittee shall hold and save the District harmless from any and all damages, claims, or liabilities which may arise by reason of the construction, alteration, operation, maintenance, removal, abandonment or use of any system authorized by the general permit.

13. The permittee shall immediately notify the District in writing of any previously submitted information that is later discovered to be inaccurate.

SCANNED

**SPECIFIC CONDITIONS**

40E-400.475    GENERAL PERMIT FOR MINOR ACTIVITIES

1.  There are no Specific Conditions associated with the project.

SCANNED

Print Map                Page 1 of 2

## Dade Collier Training and Transition Airport



**MAP LEGEND**

Major Roads

Street Names

Aerials 2003 (1 meter)

Collier County

**Folio Number:** 01233520000
**Name:** DADE COUNTY, FLORIDA
**Street# & Name:** NO SITE ADDRESS
**Legal Description:** 9 53 34 ALL OF
SECTIONS 9,10, 11,12,13,14,15,AND
16 IN TWP 53 RNG 34

© 2004. Collier County Property Appraiser. While the Collier County Property Appraiser is committed to providing the most accurate and up-to-date information, no warranties expressed or implied are provided for the data herein, its use, or its interpretation.

EXHIBIT 1

SCANNED

Dade-Collier
Training and Transition
Airport
Location Map

LEGEND

County Boundary
Section-Township-Range

N

W — E

S

Feet
0      4,000    8,000

Scale: 1" = 8,000'

EXHIBIT 2

Approximate
Project Location

Dade-Collier
Training and Transition
Airport

COLLIER    DADE

MONROE    DADE

Aerial Source: SFWMD 2000

LWC SERVICE CENTER

ADD/REVISED SUBMITTAL

AUG 17 2005

PARSONS

J:\DATA\741342-StPete\ERP\GIS\DC_location.mxd

**Dade-Collier
Training and Transition
Airport
Project Site Location**

Approximate
Project Location

N
W E
S

Feet
0    350    700

Scale: 1 " = 700 '

Aerial Source: LABINS 1999

EXHIBIT 3

SCANNED

PARSONS

J:\DATA\741342-Dade-Collier\GIS\DC_SiteLoc.mxd

**Supplemental Data for Permit Application Number 050713-17, Dade-Collier Training and Transition Airport, Collier County, Section 15 Township 53 South, Range 34 East.**

Drawing SO-D-103318-C01 Highlighted project areas:

Removal of existing SSALS metal shelter (2730 sq.ft.) and component (see drawing SO-D-103318-D02 for demolition details), replacing with new 10' x 16' (160 sq.ft.) MALSR shelter. Existing concrete pad under and surrounding the existing building will remain in tact, no change to impervious surface. No change to open area.

As stated in note 4 of drawing SO-D-103318-C03, Existing light footing to remain from STA 0+00 through STA 16+00. Project will replace lights on existing pads. No change to impervious surface. No change to open area.

STA 24+00, STA 22+00, STA 20+00, STA 18+00, and STA 16+00. Install new concrete pads over existing gravel surface road (convert 1753.6 sq.ft. of existing gravel road to concrete pads). Mount MALSR lights on new concrete pads. Dimensions of concrete pads for these stations can be calculated based on dimensions detailed on drawings SO-D-103318-C03, SO-D-103318-C04, and SO-D-103318-C06. Each concrete pad will be 16 feet wide. The length of each pad will be 8 feet longer than the height of the light tower height. As indicated on drawing SO-D-103318-C04, the height of these light towers are as follows:

| Station Number | Tower Top Elev. (a) | Land Surface Elev. (b) | Tower Height height=(a)-(b) | Length of Pad Height + 8 feet | Width of Pad | Area of Pad Height*Width |
|---|---|---|---|---|---|---|
| STA 24+00 | 24.72 ft | 4.80 ft | 19.92 ft | 27.92 ft | 16 ft | 446.72 sq ft |
| STA 22+00 | 23.72 | 9.90 | 13.82 | 21.82 | 16 | 349.12 |
| STA 20+00 | 22.72 | 9.90 | 12.82 | 20.82 | 16 | 333.12 |
| STA 18+00 | 21.72 | 9.80 | 11.92 | 19.92 | 16 | 318.72 |
| STA 16+00 | 20.72 | 9.60 | 11.12 | 19.12 | 16 | 305.92 |
| TOTAL AREA Stations 24, 22, 20, 18, and 16 | | | | | | 1753.6 sq ft |

In summary, the proposed project will result in:
- no change to open space;
- 2570 sq.ft. reduction in building area - removal of existing building (2730 sq.ft) and replacement with new building (160 sq.ft.), however, the existing pad under and surrounding the building will remain in tact, therefore no change to impervious surface will be realized with the reduction in building area;
- Conversion of 1753.6 sq.ft. of current gravel road to concrete pads.

16 August 2005

APPLICATION NUMBER

050713-17#

EXHIBIT 4

ADD/REVISED SUBMITTAL

AUG 17 2005

LWC SERVICE CENTER SCANNED

Supp. App.1190



EXHIBIT

050713-1#

APPLICATION NUMBER

SCANNED

Supp. App.1191



NOTES

1. INSTALL NEW MALSR LIGHT FROM STA 0+00 THRU STA 24+00.
2. SEE SO-0-103318-C04 FOR LIGHT CENTERLINE PROFILE.
3. EXISTING LIGHT FOOTING TO REMAIN IN PLACE, FROM STA. 0+00 THRU STA. 14+00
4. ALL ELEVATIONS SHOWN ARE BASED ON A BENCHMARK ELEVATION TAKEN FROM NAD 83 AND ARE RELATIVE TO THE MEAN SEA LEVEL NGVD 1988.

LEGEND

(GRAPHICS ON AIRPORT LIGHTS ARE SHOWN EXAGGERATED)

: NEW THRESHOLD LIGHTS - PAR 56
: EXISTING STEADY BURNING LIGHTS - PAR 38
: NEW STEADY BURNING LIGHTS - PAR 38
: NEW RAIL SEQUENCED FLASHER

(1) SITE LAYOUT PLAN
C02 SCALE: 1" = 50'-0"

DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION
SOUTHERN REGION      ATLANTA, GEORGIA 30320

MALSR
RUNWAY 09
SITE LAYOUT PLAN
STA 0+00 THRU STA 13+00

SO-0-103318-C02

ADD/REVISED SUBMITTAL

AUG 1 7 2005

LWC SERVICE CENTER

EXHIBIT 6

050713-14#

APPLICATION NUMBER

SCANNED

Supp. App.1192



ADD/REVISED SUBMITTAL

AUG 17 2005

LWC SERVICE CENTER



Supp. App.1194





APPLICATION NUMBER

050713-17

EXHIBIT JC
LWC SERJC

ADD/REVISED SUBMITTAL

SCANNED
CENTER

AUG 17 2005

Supp. App.1196





APPLICATION NUMBER

050713-17#

① DEMOLITION PLAN
D02  SCALE: 1" = 50'-0"

NOTES
1. EXISTING SECTIONALIZER PAD SHALL REMAIN AND NEED NOT TO BE DISTURBED.
2. PRIOR TO THE CONSTRUCTION OF THE NEW MALSR SYSTEM, THE EXISTING SSALS SHALL BE REMOVED. THE FOLLOWING EXISTING ITEMS ARE INCLUDED IN THE REMOVAL PROCEDURES:
   A. REMOVE ALL SSAL LIGHT COMPONENTS FROM STA 0+00 THRU 14+00 ALL CONCRETE FOUNDATIONS SHALL REMAIN.
   B. REMOVE SSAL DISTRIBUTION PANEL DURING THE CUT-OVER PHASE.
3. EXISTING SSALS POWER AND CONDUIT SHALL REMAIN, AS NOTED ON ELECTRICAL DRAWING CUT ABANDONED CONDUIT 2' BELOW GRADE.
4. EXISTING POWER AND CONDUIT TO EXISTING MIDDLE MARKER AND ANTENNA SHALL REMAIN.
5. SEE SHEET SO-D-103318-C04 FOR ADDITIONAL LEGENDS AND ABBREVIATIONS.
6. SEE SHEET SO-D-103318-C05 FOR GENERAL NOTES.

LEGEND
(GRAPHICS ON AIRPORT LIGHTS ARE SHOWN EXAGGERATED)
: EXISTING STEADY BURNING LIGHTS - PAR 38
: EXISTING THRESHOLD LIGHTS - PAR 56
: CENTER LINE
: MALSR CLEAR ZONE LIMITS
: RUNWAY SAFETY AREA
: TO BE REMOVED

DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION
SOUTHERN REGION          ATLANTA, GEORGIA 30320

MALSR
RUNWAY 09
SITE DEMOLITION PLAN
STA 13+00 THRU STA 26+00

EVERGLADES    (DADE-COLLIER TRAINING AND TRANSITION AIRPORT)    FL

ATLANTA HAS
IMPLEMENTATION
CENTER

SO-D-103318-D02

## ENVIRONMENTAL RESOURCE COMPLIANCE DIVISION
## SWM/ERP PROJECT CONSTRUCTION OBSERVATION REPORT

**Observer:** STEVEN NELSON NAGLE

**Permit No:** 11-02446-P  **App No:** 050713-17  **Next Due Date:**

**Project Name:** DADE-COLLIER TRAINING AND TRANSITION AIRPORT

**Section: 15**  **Twp: 53**  **Rge: 34**

**Project Status:** No Activity  **In Compliance:** Y

**Inspection Date:** 05-JUL-07  **Insp Time:** 5  HRS

**Inspect Type:** Ground

**Compliance Status:**

**Action Taken For Non Compliance Issues:**

**Comments:** No activity at this time.

SCANNED

Date: 7/2/2007    199 : snagle    Time: 7:37:38 AM

address

**snagle**

Dade Collier Airport

54757 East Tamiami Const
ochoppe, Fl, 34141                              7-5-07
                                                   Am

Dade Collier Training &   / neil       ☑ - PDA.
Transition Airport         watson

11-02446-P

0 50713-17

Ⓐ contact with onsite staff, no work
    has started

SCANNED

APPLICATION NO. : _080428-16_

PROJECT NAME : ~~Collier Dade~~-Collier Training
& Transition Airport Wireless Tower
Site
( example:   #####.pdf )

| Plan Sheet No. | OR | File Page No. | File Name | File Scan Date |
|---|---|---|---|---|
| All | OR | | 20081002 - 396308.pdf | Oct 6, 2008 |
| | OR | | | |
| | OR | | | |
| | OR | | | |
| | OR | | | |
| | OR | | | |
| | OR | | | |
| | OR | | | |
| | OR | | | |
| | OR | | | |
| | OR | | | |

Page 1 of 1

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 123 of 335

Supp. App.1201

# GRAIN COMMUNICATIONS GROUP, INC.

331 SOUTH PINEAPPLE AVENUE

SARASOTA, FLORIDA 34236

## I.T.T.

12975 WORLDGATE DRIVE

HERNDON, VA 20170

## DADE-COLLIER TRANING & TRANSITION AIRPORT

10 CORN DANCE RD

OCHOPEE, FLORIDA 34141

COLLIER COUNTY

LATITUDE: 25° 51' 57.93" N    LONGITUDE: 80° 54' 24.76" W

SECTION 10, TOWNSHIP 53 SOUTH, RANGE 34 EAST

ADD/REVISED SUBMITTAL

OCT - 2 2008

LWC SERVICE CENTER

**APPLICATION NUMBER**

0 8 0 4 2 8 - 1 6





GRAIN
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236

ITT
12975 WORLDGATE DRIVE
HERNDON, VA 20170

EGI
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619

WILLIAM H. ROBERTS
PE# 42772
PROFESSIONAL ENGINEER

ALL DRAWINGS, SPECIFICATIONS, OR WRITTEN MATERIAL APPEARING HEREIN CONSTITUTES WORK OF THE ENGINEER AND MAY NOT BE DUPLICATED TO OTHERS WITHOUT THE WRITTEN CONSENT OF THE ENGINEER. DO NOT SCALE DUPLICATE DRAWINGS.

| REV | DATE | DESCRIPTION |
|-----|------|-------------|
| 1 | 9/9/08 | REVISED & RESUBMITTED PER SFWMD COMMENTS |
| 0 | 4/16/08 | ISSUED FOR CONSTRUCTION |
| | 4/14/08 | ISSUED FOR REVIEW |

DADE-COLLIER TRANING & TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

COVER PAGE

SHEET NUMBER

T-1

## OVERVIEW MAP — NOT TO SCALE



SITE

### PROJECT DESCRIPTION

THIS IS AN APPLICATION FOR:
BUILDING AN UNMANNED WIRELESS TELECOMMUNICATIONS FACILITY AND A 50' MONOPOLE CELLULAR TOWER AND 20' X 20' (400 S.F.) FENCED COMPOUND.

## VICINITY MAP — NOT TO SCALE



### DRIVING DIRECTIONS

FROM THE BUILDING/PLANNING DEPARTMENT OFFICE IN COLLIER COUNTY START OUT GOING EAST ON HORSESHOE DR N TOWARD COLLIER WAY W. TURN RIGHT ONTO AIRPORT RD N / AIRPORT PULLING RD N / CR—31 S. CONTINUE TO FOLLOW AIRPORT PULLING RD N / CR—31 S. TURN LEFT ONTO TAMIAMI TRL E / US—41 S / FL—90 E. END AT 54575 TAMIAMI TRL E OCHOPEE, FL 34141—2049.

### PROPERTY INFORMATION

| | | |
|---|---|---|
| 1. LATITUDE: | 25° 51' 57.93" N | |
| 2. LONGITUDE: | 80° 54' 24.76" W | |
| 3. TYPE OF STRUCTURE: | MONOPOLE | |
| 4. OWNER: | MIAMI—DADE AVIATION DEPARTMENT DIRECTOR: GARY DELLAPA PO BOX 592075 MIAMI, FL 33159 (305) 526—2166 | |

### SITE DATA

| | | |
|---|---|---|
| 1. ZONING CLASSIFICATION: | CON—ACSC/ST | |
| 2. JURISDICTION: | COLLIER COUNTY, FLORIDA | |
| 3. LEASE AREA: | 20' X 20' | |
| 4. FOLIO I.D.: | 01233520000 | |
| 5. HANDICAP REQUIREMENTS: | FACILITY WILL BE UNMANNED AND NOT FOR HUMAN HABITATION. HANDICAP ACCESS NOT REQUIRED. | |

### SHEET INDEX

| SHEET | DESCRIPTION |
|-------|-------------|
| T—1 | COVER PAGE |
| G—1 | GENERAL NOTES |
| D—1 | PRE — & POST — DEVELOPMENT DRAINAGE CALCULATIONS |
| C—1 | TOWER ELEVATION & SITE PLAN |
| C—2 | SURVEY INFO & OVERALL SITE PLAN |
| C—3 | SITE ELEVATIONS & SILT FENCE DETAIL |
| A—1 | ANTENNA SPECIFICATIONS & DETAILS |
| S—1 | STRUCTURAL DETAILS & NOTES |
| S—2 | GENERATOR DETAILS |
| E—1 | ELECTRICAL DETAILS |
| E—2 | GROUNDING PLAN & DETAILS |

### CODE COMPLIANCE

ALL WORK AND MATERIALS SHALL BE PERFORMED AND INSTALLED IN ACCORDANCE WITH THE CURRENT EDITIONS OF THE FOLLOWING CODES AS ADOPTED BY THE LOCAL GERNING AUTHORITIES. NOTHING IN THESE PLANS IS TO BE CONSTRUED TO PERMIT WORK NOT CONFORMING TO THESE CODES.

1. 2004 FLORIDA BUILDING CODE WITH 2005 & 2006 REVISIONS
2. NATIONAL ELECTRIC CODE (NEC) WITH LOCAL AMENDMENTS LATEST ED.
3. ANSI/TIA/EIA APPLICABLE STANDARDS
4. FLORIDA FIRE PREVENTION CODE 2004
5. LIFE SAFETY CODE NFPA—101—2003

6. AMERICAN INSTITUTE OF STEEL CONSTRUCTION SPECIFICATION (AISC)
7. UNDERWRITERS LABORATORIES (U.L.) APPROVED ELECTRICAL PRODUCTS
8. LOCAL BUILDING CODE
9. CITY/COUNTY ORDINANCES

### CONTACT INFORMATION

| APPLICANTS / LESSEES | TOWER OWNER | SURVEYOR | CIVIL ENGINEER |
|---|---|---|---|
| I.T.T. 12975 WORLDGATE DRIVE HERNDON, VA 20170 (703) 668—6159 | GRAIN COMMUNICATIONS GROUP, LLC 331 SOUTH PINEAPPLE AVENUE SARASOTA, FLORIDA 34236 (407) 373—6658 | GRAIN COMMUNICATIONS GROUP, LLC 331 SOUTH PINEAPPLE AVENUE SARASOTA, FLORIDA 34236 (407) 373—6658 | GEOLINE SURVEYING, INC. 13430 NW 104TH TERRACE SUITE A ALACHUA, FLORIDA 32615 (386) 418—0500 | WILLIAM H. ROBERTS, P.E. 333 N FALKENBURG RD. SUITE A117 TAMPA, FL 33619 (813) 752—3333 |

Supp. App.1202

**General Conditions:**

1. These Specifications and Construction Drawings accompanying them describe the work to be performed and the materials to be furnished for the construction of the I.T.T./GRAIN COMMUNICATIONS site.

2. These Specifications and Construction Drawings are intended to be fully explanatory and complementary. However, should anything be shown, indicated or specified on one and not the other, it shall be the same as if shown, indicated or specified on both.

3. The intention of the documents is to include all labor and materials reasonably necessary for the proper execution and completion of the work as indicated in the documents.

4. The purpose of the Specifications is to supplement the intent of the Construction Drawings and to designate a procedure, type or quality of materials required to complete the work.

5. Minor deviations from the design layout are anticipated and should be accepted as part of the work; however, no changes that alter the character intent of the design shall be made or permitted by GRAIN COMMUNICATIONS, without an express, written Change Order.

6. FAA approval will be supplied by others, but must be confirmed by the Contractor with I.T.T./GRAIN COMMUNICATIONS prior to the commencement of work.

7. Prior to commencing the work, the Contractor shall schedule an on-site meeting with all major parties to the project. This would include (though not limited to) the designated electrician, local telephone company, carpentry foreman (if subcontracted), a representative from the local specified warehouse and I.T.T./GRAIN COMMUNICATIONS or his designated representative.

8. The Contractor shall be equipped with a means of constant communications, such as a cellular phone or a pager.

9. The Contractor is solely responsible for all site safety including but not limited to protection of all site personnel and the general public during the entire site construction period. The Contractor shall take all reasonable precautions to place and maintain barricades, lamps, signs, and the like in accordance with OSHA Safety Act and ANSI occupational guidelines. Safety is of the essence.

10. The Contractor shall provide daily updates on site progress, either verbal or written to I.T.T./GRAIN COMMUNICATIONS.

11. The Contractor shall conduct their operations so as to not interfere with the operations of public and/or private utility authorities that are installing services on the site. The Contractor will be responsible for the protection of such facilities and structures during construction of this site.

**Conflicts:**

1. The Contractor and each Subcontractor shall be responsible for verification of all measurements at the site before ordering any materials or performing any work. No Change Order, extra charge or compensation shall be allowed due to difference between actual dimensions and dimensions indicated on the neither Construction Drawings nor Specifications. Any such discrepancy in dimension which may inadvertently occur shall be submitted to I.T.T./GRAIN COMMUNICATIONS for consideration before the Contractor proceeds with the work in the affected area.

2. General carpentry, electrical, and antenna drawings are interrelated. In performance of the work, each subcontractor must refer to all drawings. All coordination is the responsibility of the Contractor.

3. The Contractor shall not be allowed extra compensation by reason of any matter or thing about which the Contractor might not have fully informed themselves prior to bidding.

4. All dimensions shall be verified with the plans (latest revision) prior to commencing construction. Notify I.T.T./GRAIN COMMUNICATIONS immediately if discrepancies are discovered. The Contractor shall have a set of approved plans available at the site at all times when work is being performed. A designated responsible employee shall be available for contact by governing agency inspectors.

5. North Arrow shown on plans refers to true north. The Contractor shall verify north and inform I.T.T./GRAIN COMMUNICATIONS of any discrepancy before starting construction.

6. The Contractor shall contact a subsurface utility locator for location of existing utilities prior to commencement of any construction activities. For assistance in locating existing utilities call "NO CUTS" at 1-800-432-4770.

7. Location of existing sewer, water lines, gas lines, conduits or other structure across, underneath, or otherwise along the line of proposed work are not necessarily shown on the plans, and if shown are only approximately correct.

8. The Contractor assumes sole responsibility for verifying location and elevation of all underground utilities (including test pits by hand if necessary) in areas of construction prior to starting work.

9. The Contractor shall contact I.T.T./GRAIN COMMUNICATIONS immediately if location or elevation is different from that shown on the plans or if there appears to be a conflict.

10. Damage by the Contractor to utilities or property of others, including existing pavement and other surfaces disturbed by the Contractor during construction shall be repaired to preconstruction conditions by the Contractor at no additional cost to the client. For grassed areas seed and mulch shall be acceptable.

11. The Contractor shall coordinate with I.T.T./GRAIN COMMUNICATIONS the requirements for and limits of overhead and/or underground electrical service.

12. The Contractor shall coordinate the location of new underground telephone service with the telephone utility and I.T.T./GRAIN COMMUNICATIONS's requirements.

13. All underground utilities shall be installed and tested satisfactory prior to commencing any paving operations where such utilities are within the limits of pavement.

**Shop Drawings:**

1. Subcontractors shall submit Shop Drawings to I.T.T./GRAIN COMMUNICATIONS through the Contractor as required and listed in these specifications, for review.

2. All Shop Drawings are to be reviewed, checked, corrected, stamped and signed by the Contractor prior to submittal to I.T.T./GRAIN COMMUNICATIONS.

**Products and Substitutions:**

1. Submit 3 copies of each request for substitution. Each request identify the product fabrication or installation method to be replaced by the substitution. Include related specification section and drawing numbers, and complete documentation showing compliance with the requirements for substitutions.

2. All necessary product data and cut sheets shall properly indicate and describe the items, products, and materials being installed. The Contractor shall, if deemed necessary by I.T.T./GRAIN COMMUNICATIONS, submit actual samples to I.T.T./GRAIN COMMUNICATIONS for approval in lieu of cut sheets.

**Inspections:**

The Contractor shall be solely responsible for ensuring that all relevant authority inspections are carried out in a timely manner. The Contractor shall provide documentation of all inspections. The Contractor shall notify I.T.T./GRAIN COMMUNICATIONS at least 24 hours in advance of the following inspections:

1. Caisson foundation

2. Grounding system

3. Stealth panel installation

4. Building Final or Close-Out

**Change Order Procedure:**

A Change Order may be initiated by I.T.T./GRAIN COMMUNICATIONS and/or the Contractor. The Contractor, upon verbal or written request from I.T.T./GRAIN COMMUNICATIONS, shall prepare a written proposal describing the change in work or materials and any changes in the contract amount and present to I.T.T./GRAIN COMMUNICATIONS for approval. Any changes to the scope of work or materials which are performed by the Contractor without an express, written change order as described and approved by I.T.T./GRAIN COMMUNICATIONS, shall become the sole responsibility of the Contractor.

**Repairs and Replacements:**

In event of damage, the Contractor shall promptly make all replacements and repairs and at no additional cost to I.T.T./GRAIN COMMUNICATIONS.

**Reinstatement:**

Any pavement, footpath, curb, gutters, walls, floors, services, and existing features or other properties, disturbed or destroyed during construction shall be reinstated to a condition at least equal to that existing before commencement of operations.

**As-Builts Drawings:**

The Contractor shall prepare a red-lined set of As-Built Drawings. The form of markup of Construction Drawings shall be a standard acceptable to I.T.T./GRAIN COMMUNICATIONS. Such drawings shall be submitted to I.T.T./GRAIN COMMUNICATIONS within two weeks from Substantial Completion and prior to approval of the Contractor's final invoice.

**Substantial Completion:**

The following documentation shall be provided to I.T.T./GRAIN COMMUNICATIONS prior to approval of the Contractor's final invoice:

1. One-year, written warranty from the Contractor

2. Ground system resistance test results (Meggar Test)

3. Certificate of Occupancy

4. As-Built Drawings

**Storage:**

1. Do not use the existing building space for storage of tools or materials without the approval of I.T.T./GRAIN COMMUNICATIONS.

2. All materials must be stored in a level and dry location and in a manner that will not obstruct the flow of other work. Any equipment or material storage method must meet all recommendations of the manufacturer.

**Protection:**

1. Protect finished surfaces, including jambs and heads of openings used as passageways through which equipment and materials will pass.

2. Provide protection for equipment room surfaces prior to allowing equipment or materials to be moved over such surfaces.

3. Maintain a finished surface clean, unmarred and suitably protected until job site is accepted by I.T.T./GRAIN COMMUNICATIONS.

**Environmental Protection**

1. Noise Level: The Contractor shall ensure that state and local regulations are complied with in regard to noise levels produced by his or his sub-Contractor's equipment or methods of construction.

2. Dust Control: The Contractor shall take all necessary steps to limit the creation of any dust nuisance that might arise during construction to the satisfaction of the local authorities and I.T.T./GRAIN COMMUNICATIONS. I.T.T./GRAIN COMMUNICATIONS may direct that work cease until such time as any particular dust nuisance is controlled to the satisfaction of I.T.T./GRAIN COMMUNICATIONS and local authorities.

**Temporary Facilities:**

1. Water: Water is not available to the Contractors on site.

2. Light and Power: Light and power are not available on site.

3. Telephone: The Contractor and each Subcontractor shall provide their own telephone access.

4. If Permanent Power is complete, all contractors may use the service connection for production work only, provided that electrical cords and connections are furnished by the Contractor and are disconnected and properly stored during non-working hours.

**Clean Up:**

1. The Contractor shall at all times keep the site free from accumulation of waste materials or rubbish caused by their employees at work, and at the completion of the work, they shall remove all rubbish from and about the building, including all tools, scaffolding and surplus materials, and shall leave the work clean and ready for use.

2. Exterior: Visually inspect exterior surfaces and remove all traces of soil, water materials, smudges and other foreign matter. Remove all traces of splashed materials from adjacent surfaces.

3. Interior: Visually inspect interior surface and remove all traces of soil, water materials, smudges and other foreign matter.

**Code Compliance:**

1. All materials, design, and workmanship shall be in accordance with all applicable codes (some of which are listed below), ordinances, and authorities having jurisdiction over the work. Where no codes exist, the work shall conform to the 2004 Florida Building Code including the 2005 & 2006 Revisions, and/or the specifications herein, whichever is more stringent.

   • County Building Codes
   • 2004 Florida Building Code w/ 2005 & 2006 Revisions
   • EIA/TIA-222 Rev. G
   • Florida Fire Prevention Code 2004
   • Life Safety Code 101
   • National Electric Code 2005
   • American Institute of Steel Construction Specifications
   • American Welding Society
   • American Concrete Institute
   • Federal Aviation Authority Regulations
   • Federal Communications Commission Regulations
   • American National Standards Institute
   • American Society for Testing and Materials
   • National Underwriter's Laboratories

2. It is the Contractor's responsibility to verify compliance with the governing codes and to notify I.T.T./GRAIN COMMUNICATIONS of any discrepancies prior to performing work. Reference to any standard or code of practice in this specification shall be deemed to mean the edition current at the time of award of the contract.

3. The Contractor shall comply with all zoning and site acquisition special stipulations as outlined in the job specifications, or as directed by I.T.T./GRAIN COMMUNICATIONS.

**Site Work:**

1. Fenced site area shall be cleared, grubbed & undercut a depth no less than (4) four inches below finished grade. Remove unsuitable soft or loose soils, organic material and/or rubble.

2. The contractor shall rework (dry, scarify, etc.) all material not suitable for subgrade in its present state. If the material, after rework & inspection by I.T.T./GRAIN COMMUNICATIONS is unacceptable, then the material shall be removed & replaced by the Contractor.

3. The Contractor shall provide any required fill material to raise the fenced site area & access drive to the required elevation.

4. All subgrade shall be proof rolled with a fully loaded tandem axle dump truck prior to placement of filter fabric & gravel. Any soft material shall be reworked.

5. Place a 150 mil woven geotextile filter fabric on sub grade and fill with (4) four inches of AASHTO #57 stone to finish grade. Contractor shall remove all spoils from the site.

6. The Contractor is required to maintain all ditches, pipes, and other drainage structures free from obstruction until work is accepted by I.T.T./GRAIN COMMUNICATIONS. The Contractor is responsible for any damages caused by failure to maintain drainage structure in operable condition.

**Structural:**

1. Structural steel shall conform to the latest edition of the AISC specifications for structural steel buildings - Allowable Stress Design and Plastic Design including the commentary and the AISC code of standard practice.

2. Structural steel plates and shapes shall conform to ASTM A26. All structural steel pipes shall conform to ASTM A53 Grade B. All structural steel tubing shall conform to ASTM A500 Grade B. All structural steel components and fabricated assemblies shall be hot dip galvanized after fabrication.

3. Welding shall be in accordance with the American Welding Society D.1.1-96. Structural welding code-steel weld electrodes shall be E70XX.

4. All coaxial cable connectors and transmitter equipment shall be as specified by the Breaktree Wireless, Inc. and is not included in these construction documents. The Contractor shall furnish all connection hardware required to secure the cables, Connection hardware shall be stainless steel.

5. All cast in place concrete shall be mixed and placed in accordance with the requirements of ACI 318 and ACI 301, and shall have a 28 day minimum compressive strength of 3000 PSI. Concrete shall be placed against undisturbed soil unless otherwise noted. Minimum concrete cover shall be 3 inches.

6. All reinforcing steel shall conform to ASTM 615 grade 60, deformed billet steel bars. Welded wire fabric reinforcing shall conform to ASTM A185.

7. Steel fence systems shall include the fence posts, fabric, gates, and all necessary erection accessories, fittings, and fastenings. All fence system components shall be galvanized in accordance with ASTM A153. Refer to typical fence details for additional information.

8. The Contractor shall follow the manufacturer's instructions/specifications if no information is contained in these plans or if the manufacturer's specifications are stricter.

**Erosion Control:**

1. All work shall conform to the Southwest Florida Water Management District guidelines regarding prevention of any off-site runoff. Erosion/sedimentation barriers shall be placed at all locations of any possibility of runoff that could occur to the adjoining properties. These barriers shall be barricaded as shown on the Construction Drawings.

2. The Contractor is to provide erosion control and sedimentation barrier (hay bales and/or siltation curtain) to prevent siltation of adjacent property, streets, storm sewers and waterways. If siltation occurs to any of the above, the Contractor shall remove said sedimentation and restore any damaged areas as required.

3. In addition, the Contractor shall place straw, mulch, or other suitable material on the ground in areas where construction related traffic is to enter and exit the site. The Contractor shall sweep all streets within public right-of-ways as necessary, to remove dirt being transported from site by construction vehicles. If, in the opinion of I.T.T./GRAIN COMMUNICATIONS and/or local authorities, excessive quantities of earth are transported off-site either by natural drainage or by vehicular traffic, the Contractor is to remove and clean said earth to the satisfaction of I.T.T./GRAIN COMMUNICATIONS and/or authorities.



GRAIN
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236



ITT
12975 WORLDGATE DRIVE
HERNDON, VA 20170

EGI
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619



WILLIAM H. ROBERTS
PE # 42772
PROFESSIONAL ENGINEER

ALL DESIGNS, SPECIFICATIONS, OR IDEAS INCLUDED IN THIS VISUAL OR WRITTEN MATERIAL HEREIN CONSTITUTES WORK OF THE ENGINEER AND MAY NOT BE DUPLICATED TO OTHERS WITHOUT THE WRITTEN CONSENT OF THE ENGINEER. DO NOT SCALE DUPLICATE DRAWINGS.



| REV | DATE | DESCRIPTION |
|---|---|---|
| 1 | 5/9/08 | REVISED & RESUBMITTED PER SERMO COMMENTS |
| | 4/16/08 | ISSUED FOR CONSTRUCTION |
| | 4/14/08 | ISSUED FOR REVIEW |

DADE-COLLIER TRAINING & TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

GENERAL NOTES

SHEET NUMBER

G-1

Supp. App.1203

# MODRET

## HYDROGRAPH DATA INPUT - SCS UNIT METHOD

**Project Name : Dade/Collier Airport Pre 25Yr/72Hr**
**Rainfall Distribution : SFWMD (72 hrs)**

| | |
|---|---|
| Contributing Basin Area | 0.33 ac. |
| SCS Curve Number | 83.00 |
| Time of Concentration | 10.00 min. |
| Rainfall Depth | 9.00 in. |
| Shape Factor | 256 |
| Percent DCIA | 0.00 % |



HYDROGRAPH : Dade/Collier Airport Pre 25Yr/72Hr

Qpeak: 0.7902 cfs    Time of peak: 60.0 hrs    Vtotal: 8,317 ft³

# MODRET

## HYDROGRAPH DATA INPUT - SCS UNIT METHOD

**Project Name : Dade/Collier Airport Post 25Yr/72Hr**
**Rainfall Distribution : SFWMD (72 hrs)**



| | |
|---|---|
| Contributing Basin Area | 0.33 ac. |
| SCS Curve Number | 98.00 |
| Time of Concentration | 10.00 min. |
| Rainfall Depth | 9.00 in. |
| Shape Factor | 256 |
| Percent DCIA | 0.00 % |



HYDROGRAPH : Dade/Collier Airport Post 25Yr/72Hr

Qpeak: 0.8509 cfs    Time of peak: 60.0 hrs    Vtotal: 10,503 ft³



GRAIN
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236

ITT
12975 WORLDGATE DRIVE
HERNDON, VA 20170

EGI
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619



WILLIAM H. ROBERTS
P.E.# 76212
PROFESSIONAL ENGINEER

ALL DRAWINGS, SPECIFICATIONS, OR WRITTEN MATERIAL APPEARING HEREIN CONSTITUTES WORK OF THE ENGINEER AND MAY NOT BE DUPLICATED TO OTHERS WITHOUT THE WRITTEN CONSENT OF THE ENGINEER. DO NOT SCALE DUPLICATE DRAWINGS.

| 1 | 9/9/08 | REVISED & RESUBMITTED PER SFWMD COMMENTS |
| 0 | 4/16/08 | ISSUED FOR CONSTRUCTION |
| A | 4/14/08 | ISSUED FOR REVIEW |
| REV | DATE | DESCRIPTION |

DADE-COLLIER TRANING & TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

PRE- & POST-
DEVELOPMENT
DRAINAGE
CALCULATIONS

SHEET NUMBER

D-1

Supp. App.1204



**ANTENNA ORIENTATION**

COAX CABLE COLOR CODE

SECTOR A: RX = RED
TX/RX = RED & WHITE

SECTOR B: RX = BLUE
TX/RX = BLUE & WHITE

SECTOR C: RX = GREEN
TX/RX = GREEN & WHITE

SECTOR D: RX = YELLOW
TX/RX = YELLOW & WHITE

NOTES:
1. CABLE LENGTHS ARE APPROXIMATE, CONTRACTOR TO VERIFY EXACT LENGTH IN THE FIELD PRIOR TO CONSTRUCTION.

2. CONTRACTOR TO VERIFY FINAL RF DESIGN PRIOR TO INSTALLATION.

SECTOR 'A' AZIMUTH 0° RX/TX
SECTOR 'B' AZIMUTH 90° RX/TX
SECTOR 'D' AZIMUTH 270° RX/TX
SECTOR 'C' AZIMUTH 180° RX/TX

**LEGEND**

(A) PROPOSED 7' X 15' SBS EQUIPMENT PAD. SEE DETAIL ON SHT. S-1.

(B) PROPOSED SBS BATTERY AND RADIO CABINET. SEE DETAIL ON SHT. E-1

(C) PROPOSED GENERIC POWER SYSTEMS BACK-UP GENERATOR (SD010). SEE DETAIL ON SHT. S-2

(D) PROPOSED ELECTRICAL MULTI METER RACK WITH DISCONNECTS

(E) PROPOSED TELCO PEDESTAL

(F) PROPOSED I.T.T. 20' X 20' LEASE AREA

**NOTES**

1. CONDUIT ABOVE GRADE TO BE RGS. TRANSITION FROM RGS TO RNC BELOW GRADE.

2. SITE PLAN BASED ON FIELD OBSERVATIONS. CONTRACTOR TO VERIFY ALL DIMENSIONS.

CALL 48 HOURS BEFORE YOU DIG

IT'S THE LAW!
1-800-432-4770

SUNSHINE STATE ONE CALL OF FLORIDA, INC.

GRAIN
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236

ITT
12975 WORLDGATE DRIVE
HERNDON, VA 20170

EGI
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619

WILLIAM H. ROBERTS
P.E. #4717
PROFESSIONAL ENGINEER

ALL DRAWINGS, SPECIFICATIONS, OR WRITTEN MATERIAL APPEARING HEREIN CONSTITUTES WORK OF THE ENGINEER AND MAY NOT BE DUPLICATED TO OTHERS WITHOUT THE WRITTEN CONSENT OF THE ENGINEER. DO NOT SCALE DUPLICATE DRAWINGS.

**TOWER ELEVATION**

SBS ANTENNAS
45' A.G.L. (RAD CENTER)

MONOPOLE @ 50' A.G.L. TOP OF POLE

NOTES:

1. SBS ANTENNAS TO BE VERIFIED BY RF CONFIGURATION SPECIFICATIONS TO BE PROVIDED BY I.T.T. PRIOR TO CONSTRUCTION.

2. TOWER SHALL HAVE A GALVANIZED FINISH

3. TOWER LIGHTING SHALL MATCH FAA REQUIREMENTS

WAVE GUIDE BRIDGE
SBS CABINET
SBS BACK-UP GENERATOR
8' CHAIN-LINK FENCE WITH BARB WIRE

**TOWER ELEVATION**
SCALE: NTS

UNDERGROUND POWER/TELCO ROUTE FROM POWER RACK AND TELCO PED TO SBS EQUIPMENT. (TO BE VERIFIED IN THE FIELD)

POWER SUPPLY FROM GENERATOR CONNECT TO TRANSFER SWITCH ON H-FRAME (TO BE VERIFIED IN THE FIELD)

±190' OF 2" TELCO CONDUITS TO BE ROUTED UNDERGROUND & MAY NEED TO BE DIRECTIONAL BORED FROM EXISTING TELCO PEDESTAL OFF SITE. (TO BE VERIFIED IN THE FIELD)

GPS ANTENNA

8' GATE

5'

50' MONOPOLE

3'-1"

SEE DETAIL
(A)(E1)(B)

10'

1'-3"

20'

4'

15' ACCESS & UTILITY EASEMENT

(A)

(C)

(F)

POWER STUB-UP IN EXISTING FPL VAULT INSIDE OF CONCRETE BUILDING. 5" CONDUIT SHALL BE RUN UNDERGROUND BY CONTRACTOR TO TRANSFORMER ±5' OUTSIDE OF COMPOUND. ±235' OF 5" CONDUIT FROM PROPOSED FPL TRANSFORMER TO EXISTING CONCRETE BUILDING. (TO BE VERIFIED IN THE FIELD)

**COMPOUND DETAIL**
11 X 17 SIZE SCALE: 1/4" = 1'
FULL SIZE SCALE: 1/2" = 1'

20'

| REV | DATE | DESCRIPTION |
|---|---|---|
| 3 | 9/9/08 | REVISED & RESUBMITTED PER SFWMD COMMENTS |
| 2 | 4/16/08 | ISSUED FOR CONSTRUCTION |
| 1 | 4/14/08 | ISSUED FOR REVIEW |

DADE-COLLIER TRAINING & TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

TOWER ELEVATION & SITE PLAN

SHEET NUMBER
C-1

Supp. App.1205



## PROPERTY DESCRIPTIONS

**PARENT PARCEL**
(COLLIER COUNTY PROPERTY APPRAISER)
ALL OF SECTIONS 9,10,11,12,13,14,15 AND 16 IN TOWNSHIP 53 SOUTH, RANGE 34 EAST, COLLIER COUNTY, FLORIDA.

**TOWER PARCEL**
(PREPARED BY THIS OFFICE)
THAT PART OF SECTION 10, TOWNSHIP 53 SOUTH, RANGE 34 EAST, COLLIER COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT AN EXISTING 4" X 4" CONCRETE MONUMENT MARKING SECONDARY AIRPORT CONTROL STATION "U 407" / PID NO. AC4757 SITUATED IN THE NORTHWEST 1/4 OF SECTION 15, TOWNSHIP 53 SOUTH, RANGE 34 EAST, COLLIER COUNTY, FLORIDA, SAID POINT BEING N 88°59'26" W, 8224.24 FEET FROM AN EXISTING 4" X 4" CONCRETE MONUMENT MARKING COOPERATIVE BASE NETWORK CONTROL STATION "DADEPORT" / PID NO. AC4645 SITUATED IN THE NORTHEAST 1/4 OF SECTION 14, TOWNSHIP 53 SOUTH, RANGE 34 EAST, SAID COLLIER COUNTY; THENCE S 88°59'26" E ALONG THE LINE BETWEEN THE TWO SAID EXISTING 4" X 4" CONCRETE MONUMENTS FOR 4165.68 FEET; THENCE N 01°00'34" E FOR 1650.20 FEET TO THE POINT OF BEGINNING; THENCE N 00°04'57" W FOR 20.00 FEET; THENCE N 89°55'03" E FOR 20.00 FEET; THENCE S 00°04'57" E FOR 20.00 FEET; THENCE S 89°55'03" W FOR 20.00 FEET TO SAID POINT OF BEGINNING. CONTAINING 400 SQUARE FEET MORE OR LESS.

**15 FOOT WIDE INGRESS, EGRESS AND UTILITY EASEMENT**
(PREPARED BY THIS OFFICE)
THAT PART OF SECTION 10, TOWNSHIP 53 SOUTH, RANGE 34 EAST, COLLIER COUNTY, FLORIDA, LYING WITHIN 7.5 FEET OF BOTH SIDES OF A CENTERLINE BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCE AT AN EXISTING 4" X 4" CONCRETE MONUMENT MARKING SECONDARY AIRPORT CONTROL STATION "U 407" / PID NO. AC4757 SITUATED IN THE NORTHWEST 1/4 OF SECTION 15, TOWNSHIP 53 SOUTH, RANGE 34 EAST, COLLIER COUNTY, FLORIDA, SAID POINT BEING N 88°59'26" W, 8224.24 FEET FROM AN EXISTING 4" X 4" CONCRETE MONUMENT MARKING COOPERATIVE BASE NETWORK CONTROL STATION "DADEPORT" / PID NO. AC4645 SITUATED IN THE NORTHEAST 1/4 OF SECTION 14, TOWNSHIP 53 SOUTH, RANGE 34 EAST, SAID COLLIER COUNTY; THENCE S 88°59'26" E ALONG THE LINE BETWEEN THE TWO SAID EXISTING 4" X 4" CONCRETE MONUMENTS FOR 4165.68 FEET; THENCE N 01°00'34" E FOR 1650.20 FEET TO THE SOUTHWEST CORNER OF A 20 FOOT X 20 FOOT TOWER PARCEL; THENCE N 00°04'57" W ALONG THE WEST LINE OF SAID TOWER PARCEL FOR 12.50 FEET TO THE POINT OF BEGINNING OF THE HEREIN DESCRIBED CENTERLINE; THENCE S 89°55'03" W FOR 87.84 FEET; THENCE N 73°28'00" W FOR 25.82 FEET; THENCE S 89°55'03" W FOR 35.66 FEET; THENCE N 00°39'58" W FOR 780.70 FEET TO THE CENTERLINE OF AN EXISTING 25 FOOT WIDE ASPHALT PAVED ROAD AND THE POINT OF TERMINUS OF THE HEREIN DESCRIBED CENTERLINE. CONTAINING 0.32 ACRES MORE OR LESS.

## FLOOD NOTE

ACCORDING TO MY INTERPRETATIONS OF COMMUNITY PANEL NO. 120067 1150 C OF THE FLOOD INSURANCE RATE MAPS FOR COLLIER COUNTY, FLORIDA, DATED 11/17/05 THE SUBJECT PROPERTY IS IN FLOOD ZONE "A", IE "SPECIAL FLOOD HAZARD AREAS INUNDATED BY 100-YEAR FLOOD, NO BASE ELEVATIONS DETERMINED.

## SURVEYOR'S NOTES

1. BEARINGS HEREON ARE REFERENCED TO GRID NORTH AS ESTABLISHED BY THE FLORIDA STATE PLANE COORDINATE SYSTEM, FLORIDA EAST ZONE.

2. NO ABOVE-GROUND OR BELOW-GROUND UTILITIES OR IMPROVEMENTS WERE LOCATED EXCEPT AS SHOWN HEREON.

3. THE BOUNDARY & TOPOGRAPHIC SURVEY SHOWN HEREON IS BASED ON ACTUAL FIELD MEASUREMENTS AND OBSERVATIONS DATED MARCH 05, 2008.

4. REPRODUCTIONS OF THIS SKETCH ARE NOT VALID WITHOUT THE SIGNATURE AND THE ORIGINAL RAISED SEAL OF A FLORIDA LICENSED SURVEYOR AND MAPPER.

5. THE PURPOSE OF THIS SURVEY IS TO ESTABLISH AND DESCRIBE A TOWER PARCEL AND ASSOCIATED EASEMENT. THIS IS NOT A BOUNDARY SURVEY OF THE PARENT PARCEL.

6. LATITUDE AND LONGITUDE VALUES DEPICTED HEREON ARE BASED UPON GPS OBSERVATIONS MADE WITH AN ASHTECH LOCUS RECEIVER THAT WERE POST PROCESSED WITH CORS DATA FILES AND ARE REFERENCED TO THE NAD83 DATUM.

7. ELEVATIONS DEPICTED HEREON ARE BASED UPON GPS OBSERVATIONS MADE WITH AN ASHTECH LOCUS RECEIVER THAT WERE POST PROCESSED WITH CORS DATA FILES AND ARE REFERENCED TO THE NAVD88 DATUM.

GEOLINE SURVEYING, INC., LB 7082

## LEGEND

| | | | |
|---|---|---|---|
| ● | INDICATES PLACED 1/2" REBAR WITH GEOLINE LB 7082 CAP | —···— | INDICATES FENCE |
| ○ | INDICATES IRON PIN FOUND AS NOTED | ✕ 11.4 | INDICATES SPOT ELEVATION |
| □ | INDICATES CONCRETE MONUMENT FOUND AS NOTED | Ⓜ | INDICATES MANHOLE FOUND |
| ⊙ | INDICATES BOLLARD | Ⓦ | INDICATES MONITORING WELL FOUND |



**GRAIN**
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236



**ITT**
12975 WORLDGATE DRIVE
HERNDON, VA. 20170

**EGI**
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619

WILLIAM H. ROBERTS
P.E. #42712
PROFESSIONAL ENGINEER
333 E. FLETCHER SR. SUITE #111, TAMPA, FL. 33619

ALL DRAWINGS, SPECIFICATIONS, OR WRITTEN MATERIAL APPEARING HEREIN CONSTITUTES WORK OF THE ENGINEER AND MAY NOT BE DUPLICATED TO OTHERS WITHOUT THE WRITTEN CONSENT OF THE ENGINEER. DO NOT SCALE DUPLICATE DRAWINGS.



| REV | DATE | DESCRIPTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| 1 | 9/9/08 | REVISED & RESUBMITTED PER SPWMD COMMENTS |
| | 4/15/08 | ISSUED FOR CONSTRUCTION |
| | 4/14/08 | ISSUED FOR REVIEW |

DADE-COLLIER TRANING & TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

SURVEY INFO &
OVERALL SITE PLAN

SHEET NUMBER
**C-2**

Supp. App.1206



**METHOD OF INSTALLATION**

POST

FDOT TYPE III SILT FENCE

POST

FDOT TYPE III SILT FENCE

BACKFILL

BACKFILL

NATIVE SOIL

**FABRIC SEDIMENT CONTROL DETAIL**

ALL SEDIMENT CONTROL BARRIERS SHALL BE IN ACCORDANCE WITH APPLICABLE ENVIRONMENTAL REGULATIONS AND CONDITIONS OF PERMITS

**SEDIMENT CONTROL DETAILS**
NOT TO SCALE

20' WIDE BROKEN ASPHALT/ROCK ROAD

EDGE OF PAVEMENT

ASPHALT

ASPHALT

ASPHALT

ASPHALT

± 190' OF 2" CONDUIT SHALL BE RUN UNDERGROUND & MAY NEED TO BE DIRECTIONAL BORED FROM EXISTING TELCO PEDESTAL TO PROPOSED COMPOUND. (TO BE VERIFIED IN THE FIELD)

EXISTING TELCO PEDESTAL

EXISTING ONE STORY CONCRETE BLOCK BUILDING

ELECTRIC VAULT

PROPOSED DOUBLE ROW OF FDOT TYPE III SILT FENCE

PROPOSED DOUBLE ROW OF FDOT TYPE III SILT FENCE

PROPOSED 20' x 20' ITT COMPOUND & LEASE AREA

PROPOSED 50' MONOPOLE

PROPOSED FPL TRANSFORMER

PROPOSED DOUBLE ROW OF FDOT TYPE III SILT FENCE

TOP OF BANK

POWER STUB-UP IN EXISTING FPL VAULT INSIDE OF CONCRETE BUILDING, 5" CONDUIT SHALL BE RUN UNDERGROUND BY CONTRACTOR TO TRANSFORMER ±5' OUTSIDE OF COMPOUND. ±235' OF 5" CONDUIT FROM PROPOSED FPL TRANSFORMER TO EXISTING CONCRETE BUILDING. (TO BE VERIFIED IN THE FIELD)

NOTE:
SILT FENCE SHALL BE INSTALLED PRIOR TO BEGINNING OF CONSTRUCTION AND SHALL BE MAINTAINED UNTIL ALL CONSTRUCTION ACTIVITIES HAVE BEEN COMPLETED.

**SITE PLAN**
11 X 17 SCALE: 1" = 6'
24 X 36 SCALE: 1" = 12'

**GRAIN**
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236

**ITT**
12975 WORLDGATE DRIVE
HERNDON, VA 20170

**EGI**
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619

WILLIAM H. ROBERTS
P.E. #42712
PROFESSIONAL ENGINEER

ALL DRAWINGS, SPECIFICATIONS, OR WRITTEN MATERIAL APPEARING HEREIN CONSTITUTES WORK OF THE ENGINEER AND MAY NOT BE DUPLICATED TO OTHERS WITHOUT THE WRITTEN CONSENT OF THE ENGINEER. DO NOT SCALE DUPLICATE DRAWINGS.

| REV | DATE | DESCRIPTION |
|---|---|---|
| 1 | 9/9/08 | REVISED & RESUBMITTED PER SFWMD COMMENTS |
| 0 | 4/16/08 | ISSUED FOR CONSTRUCTION |
| A | 4/14/08 | ISSUED FOR REVIEW |

DADE-COLLIER TRANING & TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

SITE ELEVATIONS & SILT FENCE DETAIL

SHEET NUMBER
**C-3**

Supp. App.1207

SEE DRAWING C-1 FOR SITE LAYOUT.

ALL THREADED STRUCTURAL FASTENERS FOR ANTENNA SUPPORT ASSEMBLES SHALL
CONFORM TO ASTM A307 OR ASTM A36. ALL STRUCTURAL FASTENERS FOR STRUCTURAL
STEEL FRAMING SHALL CONFORM TO ASTM A325. FASTENERS SHALL BE 5/8" MIN. DIA.
BEARING TYPE CONNECTIONS WITH THREADS EXCLUDED FROM THE PLANE. ALL EXPOSED
FASTENERS, NUTS AND WASHERS SHALL BE GALVANIZED UNLESS OTHERWISE NOTED.
CONCRETE EXPANSION ANCHORS SHALL BE HILTI KWIK BOLTS UNLESS OTHERWISE NOTED.
ALL ANCHORS INTO CONCRETE SHALL BE STAINLESS STEEL.

THE CONTRACTOR SHALL FURNISH ALL CONNECTION HARDWARE REQUIRED TO SECURE
THE CABLES. CONNECTION HARDWARE SHALL BE STAINLESS STEEL.

NORTH ARROW SHOWN ON PLANS REFERS TO TRUE NORTH, CONTRACTOR SHALL VERIFY
NORTH AND NOTIFY CONSULTANT OF ANY DISCREPANCY BEFORE STARTING CONSTRUCTION.

PROVIDE LOCK WASHERS FOR ALL MECHANICAL CONNECTIONS FOR GROUND CONDUCTORS.
USE STAINLESS STEEL HARDWARE THROUGHOUT.

THE COAXIAL ANTENNA CABLE INSTALLER SHALL BE RESPONSIBLE FOR VERIFYING
W/PHOTOS AND TAPE DROP OF RAD CENTER.

ANTENNA CABLE LENGTHS HAVE BEEN DETERMINED BASED ON THESE PLANS, CABLE
LENGTHS LISTED ARE APPROXIMATED AND ARE NOT INTENDED TO BE USED FOR
FABRICATION. DUE TO FIELD CONDITIONS, ACTUAL CABLE LENGTHS REQUIRE CONTRACTOR
TO FIELD VERIFY ANTENNA CABLE LENGTHS PRIOR TO ORDER.

ALL MAIN CABLES WILL BE COLOR CODED AT FIVE LOCATIONS
    A. AT ANTENNA PRIOR TO JUMPER.
    B. PRIOR TO ENGINEERING WAVE GUIDE ENTRY PORT (AT EQUIP. CABINET WALL)
    C. INTERIOR SIDE OF WAVE GUIDE ENTRY PORT (AT EQUIP. CABINET WALL)
    D. INTERIOR SIDE OF CABINET.

ALL MAIN CABLES WILL BE GROUNDED AT.
    A. AT ANTENNA MOUNTING PIPE
    B. AT TOWER EXIT PRIOR TO TURNING HORIZONTAL.
    C. PRIOR TO ENTERING EQUIPMENT CABINET.

## LINE/ANTENNA NOTES



GPS ANTENNA TYPE
(N) FEMALE
CONNECTOR

FOR REQ'D
DISTANCE CONFIRM
W/CONST. MGR.

BOTTOM OF
ANTENNA

ANTENNA MOUNT

TOP OF COAX BRIDGE

CONNECTOR SHROUD

FOR WATERPROFFING
USE STANDARD METHODS
DO NOT USE COLD
SHRINK

GALV. STEEL PIPE
FOR COAX BRIDGE

BUTTERFLY HANGER

GPS COAX CABLE

GALV. STEEL
PIPE MAST

USE U-BOLTS FOR
MOUNTING GPS TO
PIPE

### NOTES:

GPS ANTENNA MODEL NUMBER 58532A MANUFACTURED BY SIMETRIC, INC

ALL ANTENNA AND COAXIAL CABLE TO BE FURNISHED BY
CARRIER AND INSTALLED BY CONTRACTOR.

ALL WEATHER STRIPPING KITS SHALL BE SUPPLIED AND
INSTALLED BY ANTENNA CONTRACTOR.

VERIFY GPS AND MOUNT SHAPE (TYP. OF TWO). VERIFY
DIRECTION OF SATELLITE FOR CLEAR VIEW.

GPS ANTENNA IS TO BE MOUNTED ON ICE BRIDGE

## GPS MOUNTING DETAIL

NOT TO SCALE

5100A-D

5100A                    5100A

5100A-D

## ANTENNA ARRAY DETAIL

NOT TO SCALE

10'-0" MAX
FIELD DETERMINED

3" STD
PIPE

GRADE

5'-0" MIN.
EMBED.

6'

1'-6"



5100A    5100A-D    5100A

101 V

## ANTENNA ARRAY ELEVATION DETAIL

NOT TO SCALE



3" STD. PIPE WITH
CAP

MOUNTING PLATE

5/8" DIA. X 4"
I. D. U-BOLT

L2x2x3/8 STRUT

SEE DETAIL A

24" 12-GAUGE
GRIP STRUT

FULL
THREADED
ROD

CABLE SUPPORTS 3'-0"
SEPARATION MAX.

CONNECT-IT SINGLE POST WAVEGUIDE BRIDGE
PART# WGB-SS WITH CONNECT-IT DOUBLE
TRAPEZE KIT PART# DTK24 OR APPROVED
EQUIVALENT

NOTE: ALL MATERIALS FURNISHED BY CONTRACTOR
UNLESS OTHERWISE NOTED.

## COAX BRIDGE DETAIL

NOT TO SCALE

2'-0"

## DETAIL (A)



### OPERATIONAL FREQUENCY MHZ-MEL

| ANTENNA MODEL | START | STOP | USE |
|---|---|---|---|
| 5100A-D | 960.0000 MHz | 1215.0000 MHz | TX/RX |
| 5100A-D | 960.0000 MHz | 1215.0000 MHz | TX/RX |
| 5100A-D | 960.0000 MHz | 1215.0000 MHz | TX/RX |
| 5100A-D | 960.0000 MHz | 1215.0000 MHz | TX/RX |
| 5100A | 960.0000 MHz | 1215.0000 MHz | TX/RX |
| 5100A | 960.0000 MHz | 1215.0000 MHz | TX/RX |
| 101 V | 1020.0000 MHz | 1200.0000 MHz | TX/RX |

| ANTENNA SECTOR | AZIMUTH (DEG) | MECH DOWNTILT | ELEC DOWNTILT | ANTENNA QUANTITY/MAKE/MODEL | COMPOSITION CABLES | | |
|---|---|---|---|---|---|---|---|
| | | | | | LENGTH | SIZE | QTY. |
| SECTOR A | 0° | 0° | 2° | (2) DB SYS/5100A-D | 130 ± | 1 5/8ø | 2 |
| SECTOR B | 90° | 0° | 2° | (1) VERTEX RSI/101 V | 130 ± | 1 5/8ø | 1 |
| SECTOR C | 180° | 0° | 2° | (2) DB SYS/5100A-D | 130 ± | 1 5/8ø | 2 |
| SECTOR B | 270° | 0° | 2° | (2) DB SYSTEMS/5100A | 130 ± | 1 5/8ø | 2 |

GRAIN
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236

ITT
12975 WORLDGATE DRIVE
HERNDON, VA 20170

EGI
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619


MICHAEL H. ROBERTS
P.E. #52712
PROFESSIONAL ENGINEER

ALL DRAWINGS, SPECIFICATIONS, OR
WRITTEN MATERIAL APPEARING HEREIN
CONSTITUTES WORK OF THE ENGINEER
AND MAY NOT BE DUPLICATED TO
OTHERS WITHOUT THE WRITTEN CONSENT
OF THE ENGINEER. DO NOT SCALE
DUPLICATE DRAWINGS.

| 1 | 9/9/08 | REVISED & RESUBMITTED PER SPWMD COMMENTS |
| 1 | 4/16/08 | ISSUED FOR CONSTRUCTION |
| | 4/14/08 | ISSUED FOR REVIEW |
| REV | DATE | DESCRIPTION |

DADE-COLLIER TRANING &
TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

ANTENNA
SPECIFICATIONS
& DETAILS

SHEET NUMBER

A-1



## GENERAL STRUCTURAL NOTES:

1. DESIGN:
   2004 FLORIDA BUILDING CODE WITH 2005 & 2006 REVISIONS
   WIND LOADS (ASCE 7-98)
   BASIC WIND SPEED = 130 MPH
   WIND IMPORTANCE FACTOR = 1.15 (CATEGORY IV)
   WIND EXPOSURE = C

2. STRUCTURAL STEEL:
   MATERIAL:
   STRUCTURAL STEEL SHAPES SHALL CONFORM TO ASTM A36 GRADE.
   STRUCTURAL TUBE COLUMNS SHALL CONFORM TO ASTM A500, GRADE B. STD
   PIPE AND TUBING SHALL CONFORM TO ASTM A501 AND SHALL BE
   SCHEDULE 40 UNLESS OTHERWISE NOTED.

   CONNECTIONS:
   DESIGN SHALL CONFORM TO AISC MANUAL OF STEEL CONSTRUCTION.
   WELDING:
   SHALL BE DONE BY AN AWS CERTIFIED WELDER AND IN
   COMPLIANCE WITH AWS D1.1. ALL WELDS SIZES SHALL BE THE
   MAXIMUM ALLOWED BY THE MATERIAL BEING WELDED WITH
   E70XX ELECTRODES.

   BOLTS:
   A325-X, SIZE AS SHOWN ON DRAWINGS.
   STRUCTURAL SLAB:
   CONCRETE:
   CONCRETE FOR THE SLAB SHALL HAVE A MINIMUM 28 DAY COMPRESSIVE STRENGTH OF
   4000 PSI AND A MAXIMUM W/C OF 0.45. PEAROCK AGGREGATE MIX SHALL NOT BE USED.
   FIBER REINFORCEMENT:
   USE ONLY 100% VIRGIN POLYPROPYLENE MD FIBERS CONTAINING NO REPROCESSED OLEFIN
   MATERIALS. APPLICATION PER CUBIC YARD SHALL EQUAL 0.1% (1.5 LBS) BY VOLUME.

3. HOT DIP GALVANIZE ALL STRUCTURAL STEEL. TOUCH UP ALL FIELD WELDS AND ABRADED
   AREAS WITH TWO COATS OF GALVANIZED PAINT.

4. CONTRACTOR / STEEL FABRICATOR:
   VERIFY ALL DIMENSIONS AND EXISTING SITE CONDITION BEFORE ANY STEEL FABRICATION.
   CARE SHALL BE TAKEN BY THE CONTRACTOR TO VERIFY AND LOCATE ANY EXISTING
   OBSTRUCTIONS THAT MAY INTERFERE WITH THE PLACEMENT OF THE ANTENNAS. IF ANY
   CONFLICTS EXIST, THE CONTRACTOR SHALL NOTIFY THE ENGINEER AND SUBMIT ANY
   PROPOSED CHANGES TO THE ENGINEER FOR APPROVAL.

5. CONTRACTOR / STEEL FABRICATOR SHALL CONFORM TO THE MINIMUM EDGE DISTANCE
   REQUIREMENTS IN ACCORDANCE TO THE AISC MANUAL OF STEEL CONSTRUCTION.

6. ALL STRUCTURAL STEEL SHALL BE FABRICATED TO FIT AT BOLTED CONNECTIONS WITHIN
   1/16 INCH TOLERANCE. STRUCTURAL STEEL SHALL NOT BE FLAME CUT UNDER ANY
   CIRCUMSTANCES WITHOUT APPROVAL OF THE ENGINEER.

7. CONTRACTOR / STEEL FABRICATOR SHALL CAP OR SEAL ALL PIPES AS REQUIRED TO PREVENT
   RAINWATER INTRUSION.

8. EXISTING VEGETATION, DEBRIS, ORGANIC AND DELETERIOUS MATERIALS SHALL BE REMOVED
   FROM BELOW THE CONCRETE PAD / FOOTINGS.
   SOIL WITHIN A MINIMUM OF 2 FEET BELOW THE BOTTOM OF THE PAD / FOOTINGS SHALL BE
   COMPACTED TO 98% OF THE MODIFIED PROCTOR TEST MAXIMUM DRY DENSITY (ASTM D1557).

9. ADEQUATE DRAINAGE SHALL BE PROVIDED SUCH THAT NO STANDING WATER IS ALLOWED ON
   THE SLAB AND WASHOUT BENEATH THE SLAB IS PREVENTED.

10. CONTRACTOR SHALL RESTORE ALL DISTURBED AREAS TO EQUAL OR BETTER CONDITION.

### BASEPLATE DETAIL
NOT TO SCALE

### EQUIPMENT SUPPORT PAD TOP VIEW

### EQUIPMENT SUPPORT PAD RIGHT SIDE ELEVATION

### EQUIPMENT SUPPORT PAD FRONT ELEVATION

### CONDUIT STUB-UP w/CAP
NOT TO SCALE

GRAIN
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236

ITT
12975 WORLDGATE DRIVE
HERNDON, VA 20170

EGI
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619

WILLIAM H. ROBERTS
P.E. #52412
PROFESSIONAL ENGINEER

ALL DRAWINGS, SPECIFICATIONS, OR
WRITTEN MATERIAL APPEARING HEREIN
CONSTITUTES WORK OF THE ENGINEER
AND MAY NOT BE DUPLICATED TO
OTHERS WITHOUT THE WRITTEN CONSENT
OF THE ENGINEER. DO NOT SCALE
DUPLICATE DRAWINGS.

| REV | DATE | DESCRIPTION |
|---|---|---|
| 1 | 9/9/08 | REVISED & RESUBMITTED PER SFWMD COMMENTS |
| | 4/16/08 | ISSUED FOR CONSTRUCTION |
| | 4/14/08 | ISSUED FOR REVIEW |

DADE-COLLIER TRAINING &
TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

STRUCTURAL
DETAILS
& NOTES

SHEET NUMBER
S-1

Supp. App.1209



| ITEM # | TANK FITTING | PROVIDING FUNCTION |
|--------|--------------|--------------------|
| 1 | 3/8" NPT COUPLING | FUEL SUPPLY |
| 2 | 2" NPT WELD FLANGE | FUEL FILL |
| 3 | | MECH. / ELEC. FUEL LEVEL |
| 4 | 3/8" NPT COUPLING | FUEL RETURN |
| 5 | 1 1/4" NPT WELD FLANGE | FUEL SENSOR |
| 6 | 2" NPT WELD FLANGE | VENT |
| 7 | 3" NPT WELD FLANGE | EMERGENCY VENT |
| 8 | 3/4" NPT COUPLING | DRAIN |
| 9 | 1/2" NPT HALF COUPLING | LEAK DETECTOR |
| 10 | 3" NPT WELD FLANGE | OUTER TANK EMERGENCY VENT |

FRONT ELEVATION

SIDE VIEW OF TANK

TOP VIEW OF GENERATOR

TOP VIEW OF TANK

GRAIN
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236

ITT
12975 WORLDGATE DRIVE
HERNDON, VA 20170

EGI
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619

WILLIAM H. ROBERTO
PE# 42712
PROFESSIONAL ENGINEER

ALL DRAWINGS, SPECIFICATIONS, OR
WRITTEN MATERIAL APPEARING HEREIN
CONSTITUTES WORK OF THE ENGINEER
AND MAY NOT BE DUPLICATED TO
OTHERS WITHOUT THE WRITTEN CONSENT
OF THE ENGINEER. DO NOT SCALE
DUPLICATE DRAWINGS.

| REV | DATE | DESCRIPTION |
|-----|------|-------------|
| 1 | 9/9/08 | REVISED & RESUBMITTED PER SPWND COMMENTS |
| C | 4/15/08 | ISSUED FOR CONSTRUCTION |
| B | 4/14/08 | ISSUED FOR REVIEW |

DADE-COLLIER TRANING &
TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

GENERATOR
DETAILS

SHEET NUMBER
S-2

Supp. App.1210



Supp. App.1211



GROUNDING DIAGRAM

TYPICAL GROUNDBAR DETAIL

GROUNDING PLAN
NOT TO SCALE

GROUND ROD W/ACCESS WELL

GROUNDING PROTECTION SYSTEM NOTES:

GRAIN
COMMUNICATIONS GROUP
331 SOUTH PINEAPPLE AVENUE
SARASOTA, FLORIDA 34236

ITT
12975 WORLDGATE DRIVE
HERNDON, VA 20170

EGI
333 N. FALKENBURG RD.
SUITE A117
TAMPA, FLORIDA 33619

WILLIAM H. ROBBINS
P.E. #2712
PROFESSIONAL ENGINEER

ALL DRAWINGS, SPECIFICATIONS, OR
WRITTEN MATERIAL APPEARING HEREIN
CONSTITUTES WORK OF THE ENGINEER
AND MAY NOT BE DUPLICATED TO
OTHERS WITHOUT THE WRITTEN CONSENT
OF THE ENGINEER. DO NOT SCALE
DUPLICATE DRAWINGS.

| 1 | 5/9/08 | REVISED & RESUBMITTED PER SFWMD COMMENTS |
| 2 | 4/16/08 | ISSUED FOR CONSTRUCTION |
| 3 | 4/14/08 | ISSUED FOR REVIEW |
| REV | DATE | DESCRIPTION |

DADE-COLLIER TRANING &
TRANSITION AIRPORT
54575 TAMIAMI TRAIL EAST
OCHOPEE, FLORIDA 34141
COLLIER COUNTY

GROUNDING PLAN
& DETAILS

SHEET NUMBER

E-2



# South Florida Detention Facility
# Continuity of Operations Plan

This plan focuses on the need for a full-scale evacuation and relocation due to a tropical cyclone but may be utilized for all-hazards

# Table of Contents

Introduction .................................................................................................. 4

   Purpose and Scope ..................................................................................... 4

   Objectives .................................................................................................. 5

   Planning Assumptions ............................................................................... 5

   Authorities and References ....................................................................... 6

      Authorities ............................................................................................ 6

      References ............................................................................................. 6

   Confidential and Exempt .......................................................................... 6

   █████████████ .................................................................................. 7

      █████████████ ............................................................................. 7

      ████████████████ ..................................................................... 7

      ████████████ ................................................................................ 9

  ████████████████ .......................................................................... 10

      Activation Procedures ........................................................................ 10

      ███████████████ ....................................................................... 10

      ████████████████████ ......................................................... 10

      █████████████ ............................................................................. 11

      ██████████████ .......................................................................... 11

      ██████████ .................................................................................... 11

      █████████████ ............................................................................. 12

      █████████████ ............................................................................. 12

      █████████████ ............................................................................. 13

      ████████████ ................................................................................ 13

      ███████████████ ....................................................................... 13

      ██████████████ .......................................................................... 14

Essential Functions ........................................................................................ 14

██████████████ .......................................................................................... 15

██████████████████████ ...................................................................... 15

████████ ........................................................................................................ 15

Annex A: ████████████████████ ...................................................... 17

Annex B: Delegations of Authority & Orders of Succession ........................... 19

Annex C: ████████████ ████████████ .......................................... 20

Annex D: ████████████████████████████ .................................. 27

██████████ ............................................................................................... 27

██████████████ ..................................................................................... 27

████████████████ ................................................................................. 27

████████████████████ ......................................................................... 28

████████████████████ ......................................................................... 28

████████████████████ ......................................................................... 29

████████████████████ ......................................................................... 29

████████ Planning Considerations ██████████ ........................................ 30

██████████████████████████ ............................................................ 30

Essential Functions and Critical Staffing ........................................ 30

████████████████████ ......................................................................... 31

Annex E: ██████████████████████████ ...................................... 32

██████████████ ..................................................................................... 32

████████████████████████████████████ .................................. 33

# Introduction

Upon the implementation of EO 14159, the State of Florida integrated with the Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) to augment current law enforcement activities throughout the State. ICE Enforcement Removal Operations (ERO) maintains custody of this transient and diverse population. The detainees are housed in facilities nationwide under civil detention authorities pending the adjudication of their immigration cases or their departure from the United States. ERO exceeded its detention capacity in Florida, leading DHS and the Federal Emergency Management Agency (FEMA) to request the State of Florida to supplement this capacity with a temporary detention facility.

The South Florida Detention Facility (SFDF) has been established at the Dade-Collier Training and Transition (TNT) Airport, within the Florida Everglades, in unincorporated Collier County, Florida. The geography of this location, while ideal for integrated detention operations in support of the DHS – ICE initiatives, is vulnerable to tropical weather. The Florida Division of Emergency Management (FDEM), in coordination with State Emergency Response Team (SERT) partners, will maintain continuous plan refinement efforts in preparation for the potential evacuation of the facility to ensure SFDF Continuity of Operations (COOP).

## Purpose and Scope

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████ This plan provides a summary of necessary actions, considerations, and courses of action for State of Florida leadership to consider when determining the need to establish continuity operations for the SFDF due to hazardous conditions threatening the primary facility.

████████████████████████████████████████████████

█████████████████████████████████ All vendors have developed individual continuity planning procedures to include the level of staffing necessary to support the SFDF concurrently with evacuation and relocation of detainees to alternate facilities, alternate operations, and reconstitution. This plan outlines procedures applicable to all courses of action to include ████████████████████████████████████████████

███████████

4

## Objectives

- Maintain secure custody of all detainees during evacuation, relocation, continuity operations, and reconstitution
- Ensure continuity of all essential services for detainees; to include, but not limited to:
    - Medical care
    - Food service
    - Emergency services
    - Sanitation and waste management
    - Security and communication systems
- Ensure health, safety, and dignity of all detainees at primary and alternate facilities and during transportation
- Reconstitute operations at the SFDF as quickly as possible post-landfall
- Maintain communication between detention facility operations and the SEOC
- Protect critical detainee records and legal documentation
- Maintain operations to support detainee legal processes through alternate operations
- Continue to augment federal immigration detention capacity

## Planning Assumptions

- The primary temporary detention facilities are expected to operate for a year or more in locations vulnerable to impact from natural, man-made or technological hazards that may require relocation of the populations at the facility
- Local, state, and federal agencies, and vendors will collaborate effectively to support the operation of the primary and alternate facilities, including contributions from law enforcement, emergency services, and health departments. Mutual aid agreements are expected to be in place to facilitate resource sharing and personnel support across jurisdictions
- A tropical cyclone that has the potential to cause the evacuation of SFDF also has the potential to exceed the capabilities of counties or state agencies, and the Governor, by executive order or proclamation, will declare a state of emergency for those impacted areas or areas in which the emergency or disaster is anticipated as defined in Section 252.36, Florida Statutes
- Multiple alternate facilities may be used in concurrence upon the decision to evacuate the primary facility; the order of preference is:



5



- The SEOC will be staffed by the SERT, available to provide support for SFDF operations

- ████████████████████████████████████████
  ████████████████████████████████████████
- ████████████████████████████████████████
- ████████████████████████████████████████
  ████████████████████████████

## Authorities and References

Authorities

- State of Florida Executive Order 23-03
- Florida Division of Emergency Management Agency Order 2023-001
- Florida Division of Emergency Management Agency Order 2023-002
- Florida Division of Emergency Management Agency Order 2023-003
- Florida Division of Emergency Management Agency Order 2023-004
- Chapter 252, Emergency Management, Florida Statutes
- Chapter 908 Federal Immigration Enforcement, Florida Statutes
- Chapter 23 Part 1 Florida Mutual Aid Act, Florida Statutes
- Chapter 943 Section 3 Department of Law Enforcement, Florida Statutes
- 2024 State of Florida Comprehensive Emergency Management Plan

References

- ███████████████████████████████████ (DRAFT)
- ███████████████████████ (DRAFTS)
- 2025 Florida Model Jail Standards
- Non-Dedicated Intergovernmental Service Agreement
- Border Protection Standards on Transport, Escort, Detention, and Search 2015
- Florida Department of Corrections Continuity of Operations Plan
- Florida Department of Corrections Hurricane Plan

## Confidential and Exempt

This is a confidential and exempt document. In accordance with sections 119.071(2)(d) and 119.071(3), Florida Statutes, this document is confidential and exempt from section 119.07(1), Florida Statutes and § 24(a), Art. I of the State Constitution. Thus, it is exempt from standard distribution.

# Roles and Responsibilities

## Command and Control

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████

## State Emergency Response Team

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████.

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████



## Contracted Vendors



# Concept of Operations

## Activation Procedures

### Monitoring and Activation

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████

### Evacuation and Relocation Decision

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████.

Should evacuation be required:

- ███████████████████████████████
  ███████████████████████████████████████
  ████████████████████████████ ██████████
  █████████████████████████████████████████
    ███████████████████████████████ █████
    █████████████████████████████████████

**Initial Actions**

███████████████████████████████████████████
████████████████████████████

████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

█████████████

## Detainee Transportation

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

███████████████

| Number of Buses | Seating Capacity | Bus Drivers need for rotation | LE Escort |
|---|---|---|---|
| ██ | ██ ██ ██ | ██ | ██ |
| | ██ ██ ██ | | |

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

████████████████





are designated with the authority necessary to conduct operations





## Annex A: ███████████████

███████████████████████
███████████████████████
████████████████

███████████████████████
███████████████████████
████████████████████

Records will also be redundantly backed up and maintained during a continuity of operations in accordance with:

- Chapter 119, Florida Statutes
- The Florida Department of State General Records Schedule GS1-SL for State and Local Governments
- General Records Schedule GS2 for Law Enforcement, Correctional Facilities, District Medical Examiner
- General Records Schedule GS4 for Public Hospitals, Health Care Facilities and Medical Providers.





# Annex B: Delegations of Authority & Orders of Succession

## Annex C: ███████████████████████

Supp. App. 1232



Supp. App. 1233



Supp. App. 1234



Supp. App. 1235







**Annex D:** ▮▮▮▮▮▮▮▮▮▮▮▮▮







**Planning Considerations**



Supp. App. 1242





**Annex E:**



Supp. App. 1245

**SCS ENGINEERS**

# MIKE RADFORD, PE



## Education

MS – Environmental Engineering, University of Central Florida, 2009

BS – Environmental Engineering, University of Central Florida, 2008

## Professional Licenses

Professional Engineer – Florida # 80079, Pennsylvania # 083705

## Specialty Certifications

GCI-ICP Certified Geosynthetic Liner Inspector, License No. 634-16

American Concrete Institute Concrete Transportation Construction Inspector

FDOT QC Manager

FDOT Advanced MOT

FDOT Final Estimates I/II

ACI Concrete Field Testing Technician I

FDOT Earthwork I

FDEP Stormwater, Erosion, and Sedimentation Control Inspector

OSHA 10-hour – Construction

## Professional Affiliations

Solid Waste Association of North America (SWANA)

## Professional Experience

Mr. Radford is a licensed Professional Engineer with over 10 years of experience in various civil/environmental, landfill/solid waste design, stormwater, and field inspection projects. As a Senior Project Professional at SCS, Mr. Radford has managed design and construction oversight on various methane gas management systems, drainage improvements, landfill closures, and financial assurance analyses.

**Codina Methane Gas Management System (MGMS) Buildings A-F, 2019-Present.**
Project Manager and Engineer of Record for the design and construction oversight of six warehouse buildings constructed over a lakefill in Hialeah, Fl. The design work consists of a geomembrane liner barrier system with geovents, pipe headers, and vent riser pipes installed along the east, west, and south sides of the buildings for passive venting of lakefill gases under the building. The project also consists of the certification of an Engineering Control Plan for the green areas and outparcels of the site.  This establishes a minimum barrier between the extent of the existing contaminated soil and the final grade.

Supp. App. 1246

**SCS ENGINEERS**

**Sole Mia NE 146ᵗʰ Street Drainage Improvements, 2019-Present**
Engineer of Record for the stormwater improvements on a roadway Improvements project in south Florida, near Miami Beach.  The high groundwater table and limited space required French drain/exfiltration trenches and a deep injection well in order to meet the required 10-year storm peak stage. This design required permit applications for South Florida Water Management District (SFWMD), FDEP, and DERM. The project is set to go into construction in mid-2020.

**FPL Wolfson Right of Way Improvements**
Engineer of Record for the street, sidewalk, and stormwater improvements at FPL Wolfson. Design included addition of widened road, sidewalk, French drain, and inlets.

**Hillsborough County, Southeast County Landfill (SCLF) Phase II Rain Tarp Construction Project**
Senior Project Professional assisting with the design of a 36-acre temporary cover above existing intermediate fill.  The design requires the existing sod to be removed, with intermediate or structural fill to be graded to promote stormwater runoff to the perimeter ditches.

**New Hanover County Landfill, Stormwater Master Plan Modification, 2019**
Senior Project Professional creating the design of a stormwater modification at New Hanover County Landfill. The Work consisted of the re-routing of stormwater runoff from an offsite discharge point to discharge into a Borrow Pit Pond after passing through two "bio-ditch" treatment cells with sunshine vetiver grass for erosion control and nutrient uptake. The site was also modified to include a site access road and 100-year storm offsite discharge.

**Waste Management, Monarch Hill Landfill Site Plan and Stormwater Management System Modifications, 2019-2020**
Engineer of Record for the ERP Modification resulting from the base grade redesign of cells 9-11. This includes calculation of peak stages and offsite discharge during the 25-year and 100-year storms, as well as overall stormwater routing design.

**Waste Management, Lateral Expansion, Ft. Meade Landfill, 2019-2020**
Engineer of Record for the ERP resulting from the lateral expansion of the landfill. This includes calculation of peak stages and offsite discharge during the 25-year and 100-year storms, as well as overall stormwater routing design. The work also required wetlands mitigation and environmental/endangered species (completed by others).

**SMART Used Auto Parts, Medley, FL, 2019-2020**
Engineer of Record updating site/stormwater plan to verify that the site holds the 10-year storm on site. Site work and testing included new topographical survey and stormwater structure data collection, percolation testing for exfiltration trenches, and CCTV inspection to verify the condition of the existing system to determine if improvements should be made. Results of the site assessment and modeling will determine what drainage improvements are proposed (if any).

**Orange County, Florida, FY19 Financial Responsibility Cost Estimates.**
Senior Project Professional providing project management and engineering support services for the Florida Department of Environmental Protection 2019 Financial Responsibility Cost Estimates for the Orange County Solid Waste Facility. The project included a complete financial update to a Class I, Cell A-K, Class I Cell 7B/8, and Class III Cell I and inflation updates to Class I, Cell 9-12. The project also included working with the Counties financial model to project airspace usage for each cell until closure.

**SCS ENGINEERS**

**Orange County, Florida, 2019 Cell 7B/8 Lift Station Retrofit:**
Engineer of Record for the Cell 7B/8 Lift Station repair. This project includes calculating the total dynamic head curve of the existing pump, assist with designing a proposed retrofit of the lift station, and performed miscellaneous tasks to complete the design and bidding process for the project.

**Hollywood Stormwater Design for Ground Storage Tank, Seminole Tribe of Florida, 2017:** Project Engineer designing grading plan and evaluating retention pond stage-storage and capacity for various storm events. Also, prepared permit applications through South Florida Water Management District (SFWMD). Used the SFWMD ERP Manual and ICPR4 to design pond and drainage.

**Hattiesburg Wastewater Treatment Plant Characteristics and Cost Analysis, 2014:** Responsible for the design of leachate storage facility/pump station adjacent to the East Laurel Pump Station. Background for this work included calculations & technical memorandums, cost estimates, and preparation of AutoCAD plans. Wrote additional technical memorandums on the technologies being proposed for the wastewater treatment plant with strict effluent Phosphorous and Nitrogen requirements. The Biological Nutrient Reduction technologies analyzed included Oxidation Ditch,

Step-feed, and Bardenpho designs. Also assisted in capital costs and O&M cost analysis for each proposed Biological Nutrient Reduction technology.

**Tomoka Farms Road Landfill Administration Building, Port Orange, FL, 2018:** CQA for project involving construction of a new administration building, completed in two phases. This building project included two new wet detention ponds, 1,900 square foot septic tank system and drain field, parking area and sidewalk, curb & gutter, new water main, and landscaping with irrigation systems.

**Orange County Cell 9-12 Class I Landfill Phase I Sequential Closure, Orange County, Florida, 2016:** On-site Project Engineer for the landfill gas, condensate, and air supply pipe systems installation and testing phase of the closure project. This includes oversight of trenching, pipe welding, pressure testing, and tying-in of the old landfill gas system to the newly installed system. Continuous coordination with Engineer-of-Record, Contractor, Client, and Landfill Gas-to-Energy personnel for plant shutdowns during landfill gas tie-ins.

**Tomoka Farms Road Landfill North Cell Phase II Expansion Area 3, Volusia County, Florida, 2014:** Assisted with shop drawing reviews, and daily field support as Site Engineer for a 2-month period during geosynthetics installation.

**CDF Slurry Wall Landfill Phase V Side Slope Closure Construction, Brevard County, Florida, 2015:** On-site Project Engineer for Brevard County Florida CDF Slurry Wall Landfill Phase V Side Slope Closure construction project. The closure cover Work includes site preparation and grading of the existing side slopes, preparation of the sub-base and installation of the leveling course, barrier layer, drainage layer, protective cover and sod. Responsible for overseeing construction, completing in-field Contractor and Installer certification documentation, drilling reports, GCL/geomembrane/subsurface acceptability reports, well construction logs, and various QA testing documentation as well as frequent communication with Contractor(s) and Installer(s). Also responsible for writing Neel-Schaffer project-specific Health and Safety Plan.

**Town of Lady Lake Utility Building Stormwater and Sanitary Sewer/Wet Well Design & Permitting, 2018:** Project Engineer designing and evaluating retention pond stage-storage and capacity for various storm events, as well as designing grading plan. Also prepared permit applications through St. Johns River Water Management District. Designed and permitted sanitary sewer gravity, force main, and wet well through FDEP.

**Comanche Peak Flood Reevaluation – Glen Rose, Texas, 2013:** Assisted with flood-reevaluation calculation package using HEC-RAS, GIS, and HEC-HMS software for calculating water level due to local intense precipitation.

Supp. App. 1248

**SCS ENGINEERS**

**FDOT MUTCD Curve Project, 2018:** Project Coordinator for the 5-year statewide FDOT curve assessment and signing project. Coordinating with data collection teams, subconsultants, and production staff. This project involved design and QC of over of over 1000 ramp and curve signage plans.

**Sanford Hidden Lake Drainage Study, 2018:** Senior Engineer for this neighborhood drainage improvements project involving the modeling of various storm events through ICPR, and proposing culvert improvements and cost estimates for the Hidden Lake neighborhood.

**U.S. 192 Decorative Street Lighting, Construction Engineering Inspection, City of West Melbourne, 2017:** Project Administrator providing daily on site CQA services for the installation of new City-owned and maintained decorative Light Emitting Diode (LED) street lighting along U.S. 192 from Columbia Lane to Pearl Street. Responsibilities include oversight of construction, MOT plans, AGI32 lighting modeling and FDOT permitting.

**City of Sanford Hidden Lake Drive & Live Oak Boulevard Sidewalk Design, 2018:** Project Manager/Project Engineer for the construction of 10,000 feet of new sidewalk. The project included construction plans, specifications, opinion of probable costs, public meetings, and construction bidding services. Challenges for this project included irregular existing drainage design, right-of-way, and utility conflicts.

**Villages Elementary Safe Routes to School Sidewalk Local Agency Program (LAP) Project Inspection, Town of Lady Lake, Florida, 2017:** Project Administrator/CQA Inspector for FDOT Local Agency Project involving 4000 feet of new sidewalk, curb and gutter, and new inlet structures/stormwater piping. Managed construction, communication with Contractor, Client, Engineer of Record, and FDOT.

**Rolling Acres Recreational Site Golf Driving Range and Parking Lot, Lady Lake, FL, 2017:** Construction oversight and shop drawing review for a new asphalt paved parking lot and sidewalk at the Rolling Acres Driving Range. This included construction of new inlet structures and drainage pipe to an adjacent retention pond.

**Guava Street Sports Complex Concession Building Project, Town of Lady Lake, FL, 2017:** Project Engineer and On-Site Representative for new 2,045 one-story concession building. Also evaluated drainage of parking lot and adjacent proposed building and provided construction administration, permitting, and inspection.

**Sanford Zoo/FEMA Drainage Study, 2018:** Senior Engineer for the drainage improvements project. The property had experienced flooding problems at buildings and animal cages during Hurricane Irma. Work involved modeling various storm events through ICPR with existing conditions, and proposed conditions involving culvert improvements and increased elevation of the access road in order to better protect the property from flooding in the future.

**Stage 1 Study - Hobson Grove Landfill, 2018:** Senior Engineer for the Stage 1 characterization report of the inactive Hobson Grove Landfill. The Stage 1 studies are preliminary characterizations of the historical landfill sites that form the first step in evaluating these sites so that remediation can be planned and implemented.

**Site Plan Review, Town of Lady Lake, FL, 2014:** Senior Engineer responsible for review of site plans for compliance of the Town's Land Development Regulations. The site plan reviews consist of a list of detailed items emphasizing proposed water and waste water lines, drainage and storm water, construction details, environmental protection, and permit or evidence of application for a permit

**Orange City – E. Graves, S. Orange Drainage Improvements – CQA, 2017:** CQA for the State-Revolving Funds (SRF) drainage improvements project involving proposed drop inlets, storm pipe, and a retention pond in order to reduce nutrient loading. Assisted with overall coordination and

Supp. App. 1249

**SCS ENGINEERS**

review of shop drawings, American Iron and Steel (AIS) requirements, Davis-Bacon requirements, and assisting the City and Engineer of Record with reviews.

**BSE Construction Group Site Design, 2017:** Designed grading and site plan for individual homes. Work included analyzing FEMA map and local requirements.

**Visaginas Nuclear Power Plant Geotechnical and Hydrogeological Field Investigation – Visaginas, Lithuania, 2012:** Quality Control Engineer and site Health & Safety Representative for the 13-week geological drilling field assignment at Visaginas Nuclear Power Plant for siting study of a new plant. Responsible for running QC on all project documents including calibration certificates, geological boring logs, and geotechnical engineering field data.

**2010 CIP Update and Solid Waste Management Plan, Brevard County, Florida:** Assisted with the cost data base update and cost analyses for development of a five-year and long-term Capital Improvement Programs (CIPs) which were used as a basis for solid waste management system planning for a 25-year period.

**Cell 10 Operations Permit Intermediate Modification, Orange County, Florida, 2009:** Assisted in the preparation of Application for intermediate modification of operations permit for integration of 54-acre landfill area into existing operations permit and the addition of a landfill gas utilization system and pipeline. Project work included preparation of 2010 FDEP 62-701 forms and supporting documentation.

**Supp. App. 1250**



**MIAMI-DADE COUNTY**, FLORIDA

CLERK OF THE BOARD

2015 MAY 18  AM 10: 13

BLK, CIRCUIT & COUNTY CT.
MIAMI-DADE COUNTY, FLA

**Miami Dade Aviation Department**
P.O. Box 526624
Miami, Fl 33152-6624
http://www.miami-airport.com

**OPERATIONAL DIRECTIVE NO. 15 - 02**
**Effective:** _June 2, 2015_

**SUBJECT:  AIRCRAFT FLIGHT OPERATIONS – DADE-COLLIER TRAINING AND TRANSITION AIRPORT.**

**PURPOSE:**  To establish policy and procedures regarding the use of the Dade-Collier Training & Transition Airport (TNT).

**I.  AUTHORITY:**

A. Chapter 25 of the Miami-Dade County Code, Miami-Dade Aviation Department Rules and Regulations.

B. Chapter 25, Section 25-1.2 – Applicability of Rules and Regulations; Operational Directives.

C. Miami-Dade County Resolution R-828-76 – Establishing Certain Use Permits and Fees, Dade-Collier Training and Transition Airport.

D. Miami-Dade Aviation Department Authorized Schedule of Rates, Fees, and Charges.

E. Miami-Dade County Administrative Order No. 8.5 – Permission to Conduct Private Business on Public Property.

F. 14 CFR Part 91Aeronautics and Space – General Operating and Flight Rules.

G. U.S. Department of Transportation, Federal Aviation Administration, Aeronautical Information Manual, Chapter 4, Section 1-9 Traffic Advisory Practices at Airports Without Operating Control Towers.

H. U.S. Department of Transportation, Federal Aviation Administration, Advisory Circular No. 90-66A Recommended Standard Traffic Patterns and Practices for Aeronautical Operations at Airports Without Operating Control Towers.

**II.  DEFINITIONS:**

A. *AWOS* – Automated Weather Observing System.

B. *CTAF* – Common Traffic Advisory Frequency.

**Operational Directive 15-02**
**Effective:**

  C. *FAA* – Federal Aviation Administration.

  D. *FSDO* – Flight Standards District Office.

  E. *MDAD* – Miami-Dade Aviation Department.

  F. *NOTAM* – Notice to Airmen.

  G. *OPF* – Miami-Opa-Locka Executive Airport.

  H. *Permit* – A written agreement executed by a person or a company (the "Permittee") and approved by the Aviation Director providing the terms and conditions under which the Permittee is allowed to conduct aeronautical or non-aeronautical commercial activity on an Airport.

  I. *Self-Announce* – a procedure whereby pilots broadcast their position or intended flight activity or ground operation on the designated Common Traffic Advisory Frequency.

  J. *TNT* – Dade-Collier Training and Transition Airport.

  K. *VFR* – Visual Flight Rules.

**III.** **POLICY:**

The Dade-Collier Training and Transition Airport (TNT) was established for the primary purpose of providing an operational facility for pilot flight training, pilot proficiency checks, and aircraft maintenance flight checks. TNT may also be used by the Federal Aviation Administration (FAA) approved aircraft repair station operators. In addition to the foregoing permissible uses of TNT, this Operational Directive expands the use of TNT by allowing instrument approach training by general aviation aircraft operators and flight training school operators, and affirms the types of permits available for use at TNT.

**IV.** **PERMIT USE CATEGORIES:**

  A. <u>TYPE "A" PERMIT</u>

    1. Type "A" permits include air carrier operators, other commercial aircraft operators, FAA approved repair station aircraft operators, operating aircraft of any class or weight, and all other operators of aircraft rated at 12,500 pounds or more.

    2. Type "A" permits requested by an air carrier operator or approved FAA repair station operator will be issued in the name of air carrier or repair station operator and will not require the identification of individual aircraft. All other type "A" permits will be issued in the name of the aircraft operator, and the aircraft operator's aircraft authorized to use the TNT Airport will be identified in the permit

**Operational Directive 15-02**
**Effective:**

by registration number, aircraft type, manufacturer, color, and any distinguishing markings.

3.     Type "A" permits will be issued for a period of twelve (12) calendar months.

B.     TYPE "B" PERMIT

1.     Type "B" permits authorize the use of TNT Airport by FAA approved flight training schools operating aircraft of any number, class or weight.

2.     Type "B" permits will be issued in the name of the training school and will require only individual or company identification of the Permittee, not identification of individual aircraft.

3.     Type "B" permits will be issued for a period of twelve (12) calendar months.

C.     TYPE "C" PERMIT

1.     Type "C" permits authorize the use of TNT by individual operators of general aviation aircraft certified at less than 12,500 pounds of gross landing weight and not included in permit types "A" or "B", noted above.

2.     Type "C" permits shall be issued in the name of the aircraft operator or owner, and the aircraft authorized to use TNT Airport will be identified in the permit by registration number, aircraft type, manufacturer, color, and any distinguishing marks.

3.     Type "C" permits will be issued for a period of twelve (12) calendar months.

**V.    PROCEDURES:**

A.     All pilots are responsible for seeing and avoiding other traffic operating in basic VFR weather conditions, and for adjusting their operations and flight path as necessary to avoid wake turbulence encounters.

B.     Operations will be conducted in accordance with FAA Visual Flight Rules and procedures governing "Non-towered Airports". The CTAF for TNT is 123.0. Pilots **MUST** utilize "Self-Announce" procedures and provide the full aircraft registration when in the airport traffic pattern. Airport personnel also monitor this frequency periodically and, to the extent they are able to do so at the time, will acknowledge the pilot, and confirm that the runway is open. Runway lights will normally be off in the evening and nighttime hours, and will be turned on only upon request.

C.     All aircraft operations at the TNT Airport will be monitored by MDAD. Unsafe operations are considered a violation of procedures and permit conditions and shall subject the

**Operational Directive 15-02**
**Effective:**

permit user involved to cancellation of their operating permit; in addition to any action which may be taken by the FAA's FSDO.

VI.    **FIELD STATUS AND INFORMATION:**

    A.    Due to the remote location of the airport, pilots should verify existing weather and field conditions through the following:

        1.    NOTAM
            a.    Miami Flight Service Station telephone contact number (305) 233-2600.

        2.    Weather
            a.    WX AWOS-3:
                i.    Telephone contact number is (239) 695-9198.
                ii.    Frequency 119.075.

        3.    TNT
            a.    Airport telephone contact number is (239) 695-3300.

    B.    No fuel or repair services are available at TNT.  Long delays for repairs or parts must be anticipated in the event of mechanical breakdowns.

VII.    **AIRPORT USE FEES (TNT AIRPORT ONLY):**

    A.    Fees will be assessed for each of the permit categories as established by resolution of the Board of County Commissioners submitted annually as part of MDAD's Schedule of Rates, Fees and Charges.

        1.    Type "A" Permit
            a.  Contact Airport personnel at 239-695-3300 for current rates.

        2.    Type "B" Permit
            a.    Rate is $1,200.00 per year for each permit.

        3.    Type "C" Permit
            a.    No charge.

VIII.    **PERMIT ISSUANCE:**

    A.    Permits are issued by MDAD personnel based on the completion of a Dade-Collier Training and Transition Airport Aircraft Use Permit (Annex A), available on TNT's website, http://www.miami-airport.com/dade_collier.asp . Information regarding permits can be obtained by contacting:

        1.    TNT
            a.    Telephone contact number is (239) 695-3300.

Operational Directive 15-02
Effective:

        2.    OPF
           a.    Telephone contact number is (305) 876-1600.

B.    The Permittee covenants as a condition of making any use of the permit that it, its employees, and the pilots operating under the permit will use due care in their operations and activities at the TNT Airport and that they shall comply with all laws, ordinances, rules and regulations of MDAD, and the Federal, State, County, and Municipal governments, which may be applicable to their operations under the permit.

C.    By any use of the Permit, the Permittee agrees that the Permittee shall indemnify and save Miami-Dade County harmless from any and all claims, liability and loss and causes of action which may arise out of operations and activities under the permit.

D.    Permits are non-transferable and only the activities set forth in the Permit may be engaged in.

## IX.   AMENDMENT OF OPERATIONAL DIRECTIVE:

A.    MDAD reserves the right to amend this Operational Directive at any time, and from time to time, and notice of such amendment will be furnished to all affected parties who register with the Aviation Department. Such amendments of rules shall become effective 15 days subsequent to filing with the Clerk of the Circuit Court, as required by Section 2-3 and 2-4 of the County Code.

## X.   REVOCATION:   None

## XI.   CROSS REFERENCES:
A.    Operational Directive (OD) No. 99-01 Permit Agreements to Conduct Commercial Activity at Miami-Dade County Airports.

Emilio T. González, Aviation Director

Date: 5/1/15

<div align="right">**Annex A**</div>

# DADE-COLLIER TRAINING & TRANSITION AIRPORT (TNT)

## AIRCRAFT USE PERMIT

Office (239) 695.3300 | Fax (239) 695.4595

### Section I (Applicant)

| First Name | Last Name |
|---|---|
| Company Name | |
| Address | City/State/Zip |
| Emergency Contact (Name & Phone Number) | |

### Section II (Aircraft Description)

| Registration | Manufacturer | Model | Color |
|---|---|---|---|
| Based Airport or Field | | | |

**Permit Descriptions**

**Type A** permits include air carrier operators, or other commercial operators, and any aircraft rated at 12.500 lbs or more regardless of commercial activity. Fees are established annually by Miami-Dade Aviation Department's Schedule of Rates, Fees and Charges. **Type B** permits are applicable for training school aircraft. The fee is $1,200 per year. **Type C** permits are issued to operators of general aviation aircraft operating under 14 CFR Part 91, and not included in permit types A, or B. No permit fee is assessed.

### Section III (Office Use Only)

| Permit Type | |
|---|---|
| ☐ **A**    ☐ **B**    ☐ **C** | |
| Permit Number | Effective Date |

Acceptance and use of this Permit constitutes agreement by the Permittee named below to all the terms and conditions contained in the Miami-Dade Aviation Department OPERATIONAL DIRECTIVE 15-02 (issued upon request), including specifically the condition as the Permittee' s indemnification of Miami-Dade County. All Permits expire in twelve (12) calendar months from effective date.

---

Permittee Signature / Date

Miami-Dade Aviation Department
Airport Operations



USCA11 Case: 25-12873   Document: 92-5   Date Filed: 01/08/2026   Page: 180 of 335





 mayordlc ✓                                      ...

**August 7, 2025**

## STATEMENT ON COURT DECISION TO HALT CONSTRUCTION AT "ALLIGATOR ALCATRAZ"

I welcome today's decision by the court to temporarily halt construction at the so-called "Alligator Alcatraz." This pause is necessary and overdue. From the very beginning, I have sounded the alarm about this reckless and dangerous project — a remote detention facility that threatens the health and safety of those being held there and poses a significant risk for our natural environment.

This ruling validates the serious concerns I've raised: that this facility is being developed with no transparency, no local coordination, and no regard for the detainees, the environment, or the surrounding communities. In addition to the humanitarian concerns, the environmental impact of this facility cannot be ignored. This site sits in a sensitive ecological area — home to vulnerable species and critical to South Florida's environmental future, our clean drinking water, and our economic prosperity.

I will continue to seek accountability, transparency, and protections for our community and environment.

 OFFICE of the MAYOR
DANIELLA LEVINE CAVA



**Pls Ex 105**

Link to July 25, 2025 press conference, "Deportation flights from Florida's 'Alligator Alcatraz' detention center have begun, DeSantis says,"

https://www.wilx.com/2025/07/25/deportation-flights-floridas-alligator-alcatraz-detention-center-have-begun-desantis-says/

Supp. App. 1261

**Pls Ex 106**

Stephen Miller, White House Deputy Chief of Staff for Policy, July 16, 2025 Fox News interview

https://url.us.m.mimecastprotect.com/s/fPTWC68pgltYMk4fpfYi5iUWc?domain=x.com

Supp. App. 1262





**ORDER NO.**
PO-010162

Issued Date
6/24/2025

Created Date
6/24/2025, 5:07 PM

| | |
|---|---|
| **SUPPLIER** | **TOTAL AMOUNT** |
| IRG Global Emergency Management | $1,180,000.00 |
| | Method of Procurement |
| | O2 |
| | Event Name |
| | |
| | Mission Number |
| | 00745 |
| | State Contract/Pre-Disaster Agreement ID: |

| | |
|---|---|
| **SHIP TO** | **BILL TO** |
| ' ' | DEM Tallahassee |
| | 2555 Shumard Oak Boulevard |
| | Sadowski Building |
| | Tallahassee, FL 32399-2100 |
| | United States |
| | Phone: +1 850-815-4000 |

| | |
|---|---|
| **DELIVER TO** | **ACCOUNT MANAGER** |

(required)    **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| Aircraft and Crew with Ground Handling | 2.00 | Each | | |
| Processing/Inventorying/Manifest and Documentation Services | 4.00 | Weekly | | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 6/24/2025, 5:29:29 PM | Status__c | Richard Gage | New | Released |
| 6/24/2025, 5:29:29 PM | Auto_Acknowledged__c | Richard Gage | false | true |
| 6/24/2025, 5:29:29 PM | Status__c | Richard Gage | Released | Pending Delivery |
| 6/24/2025, 5:29:29 PM | Released_Date__c | Richard Gage | | 2025-06-24 |
| 6/24/2025, 5:28:48 PM | Num_PO_Lines_Without_FLAIR_Code__c | Richard Gage | 1 | 0 |
| 6/24/2025, 5:27:57 PM | Num_PO_Lines_Without_FLAIR_Code__c | Richard Gage | 2 | 1 |
| 6/24/2025, 5:27:10 PM | Financial_Import_Vendor__c | Richard Gage | | IRG GLOBAL EMERGENCY MANAGEMENT-F994225684001 |
| 6/24/2025, 5:27:10 PM | Financial_Import_Vendor__c | Richard Gage | | a0Vcs00000HfUXEEA3 |
| 6/24/2025, 5:26:46 PM | FLAIR_Contract_Id__c | Richard Gage | | E6001 |
| 6/24/2025, 5:07:39 PM | Name | Ian Guidicelli | | PO-010162 |
| 6/24/2025, 5:07:39 PM | created | Ian Guidicelli | | |
| 6/24/2025, 5:07:39 PM | Total_Amount__c | Ian Guidicelli | | 1180000 |
| 6/24/2025, 5:07:39 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 2 |
| 6/24/2025, 5:07:39 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 2 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069cs00000maOLLAA2)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

## 00745

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00745 | WebEoc Mission Data ID | 641433 |
| Mission Title | IRG Operational Support Services | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Not Applicable | Vendor | IRG |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT FINANCE |
| Approval Status | | Mission Tasked To | SERT FINANCE - FISCAL |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Brittany Adams | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas
EMAC

| | |
|---|---|
| Mission CID | 2023 OVS Mass Migration-00745 |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | IRG to provide operational support services in support of migration efforts in the State. | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | On Scene |
| Position Name | SERT FINANCE | Mission Critical | |
| Mission Lifeline | Not Applicable | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | | | |
|---|---|---|---|
| Street | | | |
| City | | | |
| Zip | | | |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Jeremy Smith | Mission Primary Contact | Jeremy Smith |
| Authorized Rep Title | Chief Financial Officer | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | +18502731273 |
| Authorized Rep Phone | +18502731273 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Jeremy Smith |
| On Scene Contact Name | Jeremy Smith | Secondary Contact Email | |
| On Scene Contact Phone | +18502731273 | Secondary Contact Phone | +18502731273 |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/23/2025, 4:21 PM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 6/24/2025, 5:41 PM |
| Incident ID | 138 | Reference Disaster Data | 2023 OVS Mass Migration |
| Incident Name | 2023 OVS Mass Migration | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

**6/23/2025, 4:26 PM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Tasked To from Untasked to SERT FINANCE - FISCAL. Changed Mission Status from New Mission to On Scene.** |

**6/23/2025, 4:21 PM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Total Line Item Delivered Amount to $0.00. Changed Sum Total Line Item Amounts to $0.00. Created.** |

## Requests for Quotes
### Operational Support Services

| Date/Time Resource Needed | **6/23/2025, 7:30 PM** |
|---|---|
| Status | **Closed** |
| Created By | **Jeremy Smith, 6/23/2025, 5:44 PM** |
| Last Modified Date | **6/24/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- <u>Close Window</u>
- <u>Print This Page</u>
- <u>Expand All</u> | <u>Collapse All</u>

## Q-03309

| | | | |
|---|---|---|---|
| Quote Number | Q-03309 | Owner | *Redacted pursuant to s. 119.0715, Florida Statutes* |
| Request for Quote | Operational Support Services | Approval Process Step | Approved |
| Resource Description | Flight and operational support for operation vigil sentry | Requestor | |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $1,180,000.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/25/2025, 12:00 PM |
| Mission Name | 00745 | Hold Date | |
| Mission # | 00745 | Estimated Arrival Time | |
| Incident Name | 2023 OVS Mass Migration | Quote End Date | |
| Incident ID | 138 | Additional Comments | |
| Quote CID | 2023 OVS Mass Migration-00745-Q-03309 | | |

### Vendor Details

| | | | |
|---|---|---|---|
| Vendor | IRG Global Emergency Management | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069cs00000maOLLAA2 | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | *Redacted pursuant to s. 119.0715, Florida Statutes* 6/23/2025, 5:58 PM | Last Modified By | Ian Guidicelli, 6/24/2025, 5:07 PM |

### Quote Line Items
#### QL-14636

| | |
|---|---|
| Description | |
| Quantity | |
| Charge Type | *Redacted pursuant to s. 119.0715, Florida Statutes* |
| Usage Amount | |
| Unit of Measurement | |
| Rate | |
| Total Price | |

#### QL-14637

| | |
|---|---|
| Description | |
| Quantity | |
| Charge Type | |
| Usage Amount | *Redacted pursuant to s. 119.0715, Florida Statutes* |
| Unit of Measurement | |
| Rate | |



Supp. App. 1268

Total Price ████████  *Redacted pursuant to s. 119.0715, Florida Statutes*

## Files
### V-001 Migrant_S

Last Modified **6/23/2025, 6:21 PM**

Created By ████████  *Redacted pursuant to s. 119.0715, Florida Statutes*

## Approval History
### 6/24/2025, 5:07 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by KG** |

### 6/24/2025, 4:46 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Jessica Blake** |
| Comments | |

### 6/24/2025, 4:45 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Kelly Ann Kennedy** |
| Comments | **Approved for legal sufficiency.** |

### 6/24/2025, 4:27 PM

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Jeremy Smith** |
| Actual Approver | **Jeremy Smith** |
| Comments | |

## Quote History
### 6/24/2025, 5:07 PM

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

### 6/24/2025, 4:46 PM

| | |
|---|---|
| User | **Jessica Blake** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

### 6/24/2025, 4:45 PM

| | |
|---|---|
| User | **Kelly Ann Kennedy** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

### 6/24/2025, 4:27 PM

| | |
|---|---|
| User | **Jeremy Smith** |
| Action | Changed **Approval Process Step** to **Legal**. Changed **Status** from Canceled to **Submitted for Approval**. Record locked. |

### 6/24/2025, 4:21 PM

| | |
|---|---|
| User | **Jeremy Smith** |

| Action | Changed **Status** from Pending Review to **Canceled**. Changed **Status Reason** to **BID Canceled**. |
|--------|--------------------------------------------------------------------------------------------------------|

**6/23/2025, 6:30 PM**

| User | ████████ *Redacted pursuant to s. 119.0715, Florida Statutes* |
|------|----------------------------------------------------------------|
| Action | Changed **Request For Quote Owner Email** to **jeremy.smith@em.myflorida.com**. Changed **Submission Date** to **6/23/2025**. Changed **Status** from New to **Pending Review**. |

**6/23/2025, 5:58 PM**

| User | ████████ *Redacted pursuant to s. 119.0715, Florida Statutes* |
|------|----------------------------------------------------------------|
| Action | Changed **Quote Number** to **Q-03309**. Created. |

**Purchase Orders**

**PO-010162**

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**
PO-010177
Issued Date
6/27/2025
Created Date
6/27/2025, 1:41 PM

| | |
|---|---|
| **SUPPLIER** | **TOTAL AMOUNT** |
| Innovative Emergency Management, Inc | $325,800.00 |
| | Method of Procurement |
| | O2 |
| | Event Name |
| | Mission Number |
| | 00009 |
| | State Contract/Pre-Disaster Agreement ID: |

| | |
|---|---|
| **SHIP TO** | **BILL TO** |
| 2575 Shumard Oak Blvd, Tallahassee, 32311 | DEM Tallahassee |
| | 2555 Shumard Oak Boulevard |
| | Sadowski Building |
| | Tallahassee, FL 32399-2100 |
| | United States |
| | Phone: +1 850-815-4000 |

| | |
|---|---|
| **DELIVER TO** | **ACCOUNT MANAGER** |

(required)    **Purchase Order Line Items**

| Description | Quantity ∨ | Unit ∨ | Unit Price ∨ | Total Amount ∨ |
|---|---|---|---|---|
| Planning Section Chiefs | 4.00 | Hour | $170.00 | $244,800.00 |
| EOC Manager (Team Lead Planner) | 1.00 | Hour | $225.00 | $81,000.00 |

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 6/27/2025, 3:11:27 PM | Auto_Acknowledged__c | Kayla Montgomery | false | true |
| 6/27/2025, 3:11:27 PM | Status__c | Kayla Montgomery | Released | Pending Delivery |
| 6/27/2025, 3:11:27 PM | Released_Date__c | Kayla Montgomery | | 2025-06-27 |
| 6/27/2025, 3:11:27 PM | Status__c | Kayla Montgomery | New | Released |
| 6/27/2025, 3:10:28 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kayla Montgomery | 1 | 0 |
| 6/27/2025, 3:09:31 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kayla Montgomery | 2 | 1 |
| 6/27/2025, 3:05:01 PM | Financial_Import_Vendor__c | Kayla Montgomery | | IEM INTERNATIONAL, INC. -F721045884007 |
| 6/27/2025, 3:05:01 PM | Financial_Import_Vendor__c | Kayla Montgomery | | a0V3k00000m77tfEAA |
| 6/27/2025, 3:04:28 PM | FLAIR_Contract_Id__c | Kayla Montgomery | | E6002 |
| 6/27/2025, 1:41:11 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 2 |
| 6/27/2025, 1:41:11 PM | Name | Ian Guidicelli | | PO-010177 |
| 6/27/2025, 1:41:11 PM | created | Ian Guidicelli | | |
| 6/27/2025, 1:41:11 PM | Total_Amount__c | Ian Guidicelli | | 325800 |
| 6/27/2025, 1:41:11 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 2 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069Do00000GZ8rIIAD)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03326

| | | | |
|---|---|---|---|
| Quote Number | Q-03326 | Owner | Kimberly Prosser |
| Request for Quote | Planning Staff Augmentation | Approval Process Step | Approved |
| Resource Description | 4 planning section chiefs and 1 team lead planner | Requestor | Emily Benton |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | various | Total Price | $325,800.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/26/2025, 7:00 AM |
| Mission Name | 00009 | Hold Date | |
| Mission # | 00009 | Estimated Arrival Time | 6/26/2025, 7:00 AM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | 7/26/2025 |
| Incident ID | 187 | Additional Comments | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | Innovative Emergency Management, Inc | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Do00000GZ8rlIAD | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Kimberly Prosser, 6/25/2025, 2:28 PM | Last Modified By | Ian Guidicelli, 6/27/2025, 1:41 PM |

## Quote Line Items

### QL-14702

| | |
|---|---|
| Description | Planning Section Chief |
| Quantity | 4.00 |
| Charge Type | Usage |
| Usage Amount | 360.00 |
| Unit of Measurement | Hour |
| Rate | $170.00 |
| Total Price | $244,800.00 |

### QL-14703

| | |
|---|---|
| Quantity | 1.00 |
| Charge Type | Usage |
| Usage Amount | 360.00 |
| Unit of Measurement | Hour |
| Rate | $225.00 |
| Total Price | $81,000.00 |

Supp. App.1273

7/4/25, 10:58 AM
USCA11 Case: 25-12873   Document: 92-5   Date Filed: 01/08/2026   Page: 196 of 335
Q-03326 ~ Salesforce - Unlimited Edition

**Files**

**Alligator Alcatraz 5 Planners 062425**

Last Modified **6/25/2025, 2:32 PM**

Created By **Kimberly Prosser**

## Approval History

**6/27/2025, 1:41 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

**6/25/2025, 4:55 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Richard Gage** |
| Comments | **Approved.** |

**6/25/2025, 4:39 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Kelly Ann Kennedy** |
| Comments | **Approved for legal sufficiency.** |

**6/25/2025, 4:38 PM**

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Emily Benton** |
| Actual Approver | **Emily Benton** |
| Comments | |

**6/25/2025, 3:31 PM**

| | |
|---|---|
| Status | **Rejected** |
| Assigned To | **Legal** |
| Actual Approver | **Douglas Galvan** |
| Comments | **Need Delegation of Authority for Signatory.** |

**6/25/2025, 3:27 PM**

| | |
|---|---|
| Assigned To | **Emily Benton** |
| Actual Approver | **Emily Benton** |
| Comments | |

## Quote History

**6/27/2025, 1:41 PM**

| | |
|---|---|
| Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved.** Record locked. |

**6/25/2025, 4:55 PM**

| | |
|---|---|
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief.** Record locked. |

**6/25/2025, 4:39 PM**

| User | Kelly Ann Kennedy |
| --- | --- |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

**6/25/2025, 4:38 PM**

| User | Emily Benton |
| --- | --- |
| Action | Changed **Approval Process Step** from Rejected to **Legal**. Changed **Status** from Pending Review to **Submitted for Approval**. Record locked. Record unlocked. |

**6/25/2025, 3:31 PM**

| User | Douglas Galvan |
| --- | --- |
| Action | Changed **Approval Process Step** from Legal to **Rejected**. Changed **Status** from Submitted for Approval to **Pending Review**. Record locked. |

**6/25/2025, 3:27 PM**

| User | Emily Benton |
| --- | --- |
| Action | Changed **Approval Process Step** to Legal. Changed **Requestor** to **Emily Benton**. Changed **Status** from Pending Review to **Submitted for Approval**. |

**6/25/2025, 3:27 PM**

| User | Emily Benton |
| --- | --- |
| Action | **Record locked.** |

**6/25/2025, 2:33 PM**

| User | Kimberly Prosser |
| --- | --- |
| Action | Changed **Request For Quote Owner Email** to **emily.baker@em.myflorida.com.** Changed **Submission Date** to **6/25/2025.** Changed **Status** from New to **Pending Review.** |

**6/25/2025, 2:32 PM**

| User | Kimberly Prosser |
| --- | --- |
| Action | Changed **Quote End Date** to 7/26/2025. Changed **Estimated Arrival Time** to **6/26/2025, 7:00 AM.** |

**6/25/2025, 2:28 PM**

| User | Kimberly Prosser |
| --- | --- |
| Action | Changed **Quote Number** to **Q-03326. Created.** |

**Purchase Orders**

PO-010177

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## 00009

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00009 | WebEoc Mission Data ID | 641543 |
| Mission Title | Planning Staff Augmentation | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Emergency Operations Center | Vendor | IEM |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT LOGISTICS |
| Approval Status | | Mission Tasked To | SERT LOGISTICS - VENDOR SERVICES |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Kaylynn Perry | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

|  |  |
|---|---|
| Is supporting texas EMAC | |
| Chosen Agency | |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | The planning section is needing staff augmentation support for detention facility planning. | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | On Scene |
| Position Name | SERT LOGISTICS | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | |
|---|---|---|
| Working Conditions | | Working Conditions Comments |
| Health & Safety Concerns | | Health & Safety Concerns Comments |

## Deployment Logistics

| | | |
|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments |
| Is Meal Provided? | | Is Meal Provided Comments |
| Is Vehicle Provided? | | Is Vehicle Provided Comments |
| Will other logistics be provided? | | Other logistics be provided comments |
| Other Mission Information or Comments | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 2575 Shumard Oak Blvd |
| City | Tallahassee |
| Zip | 32311 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Kaylynn Perry | Mission Primary Contact | Kaylynn Perry |
| Authorized Rep Title | Planning Section Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502545657 |
| Authorized Rep Phone | 8502545657 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Kaylynn Perry |
| On Scene Contact Name | Kaylynn Perry | Secondary Contact Email | |
| On Scene Contact Phone | 8502545657 | Secondary Contact Phone | 8502730931 |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/25/2025, 12:02 PM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 7/4/2025, 10:56 AM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

**6/30/2025, 3:21 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Mission Status** from Tasked to **On Scene.** |

**6/25/2025, 2:57 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Reference Disaster Data** to **2025 OVS FACILITIES - TNT.** Changed **Incident Name** to **2025 OVS FACILITIES - TNT.** |

**6/25/2025, 2:07 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Vendor** to **IEM.** |

**6/25/2025, 1:32 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Mission Tasked To** from Untasked to **SERT LOGISTICS - VENDOR SERVICES.** Changed **Mission Status** from New Mission to **Tasked.** |

**6/25/2025, 12:02 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to **$0.00.** Changed **Sum Total Line Item Amounts** to **$0.00.** **Created.** |

## Requests for Quotes

Planning Staff Augmentation

| | |
|---|---|
| Status | **Closed** |
| Created By | **Emily Benton, 6/25/2025, 2:01 PM** |
| Last Modified Date | **6/25/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Purchase Order
**PO-010174**

| Print PO with T&C | New Invoice | Request Change Order | ▼ |

| Missi... | Incident Name | Request for Quote Title | Quote | Vendor | # PO Lines Without F... |
|---|---|---|---|---|---|
| 00775 | 2023 OVS Mass ... | Migrant Vessel GIS Analyst and Pr... | Q-033... | AC Disaster Consulting, L... | 0 |

| New | Released | Acknowledged | Received | Issued in MFMP | Purchased with ... | Closed | Canceled |
|---|---|---|---|---|---|---|---|

Mark Status as Complete

**Details**      Related

Record Name
PO-010174

Owner
Finance

Purchase Request

Status
Acknowledged

Quote
Q-03329 (/lightning/r/FDEM_Quote__c/a4kcs000000dzhxAAA/view)

MFMP PO Number

Vendor
AC Disaster Consulting, LLC
(/lightning/r/Account/0013k00002zLRVfAAO/view)

FLAIR Contract Id
E6003

Financial Import Vendor
AC DISASTER CONSULTING -F832157077002
(/lightning/r/Financial_Import_Vendor__c/a0VPU000000m9qd2AA/view)

PO Total Estimate

Items Serviced or Ordered

Category of Work

Current Encumbrance Balance Amount
$0.00

Sub Category

Current Payable Balance

Total Amount ●
$380,000.00

Encumbrance Balance As Of Date

Mission
00775 (/lightning/r/Mission_Number__c/a2Scs000004KrgzEAC/view)

Payable As Of Date

Contract Beginning Date
6/26/2025

Released Date
6/27/2025

Incident Name
2023 OVS Mass Migration

Ship To ●
2555 Shumard Oak Boulevard, Tallahassee, 32399

Signed Terms and Conditions
https://fdem.my.salesforce.com/069Do00000GZNRiIAP
(https://fdem.my.salesforce.com/069Do00000GZNRiIAP)

Bill To
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

Supplier:
0013k00002zLRVf
4600 BOW MAR DR

LITTLETON
CO
801230000

Purchase Order CID
2023 OVS Mass Migration-00775-Q-03329-PO-010174

**FACTS Header**
**PO-010174**

Contracted Function Performed by State ⓘ
N

| | | |
|---|---|---|
| Miss... | Incident Name | Request for Quote Title |
| 0072... | 2023 OVS Mass | Migrant Vessel GIS Analyst and Pr... |

Considered for Indirect Cost & Mass ⓘ
N

Capital Improvements on State Property ⓘ
N

Do not publish in FACTS ⓘ
N

CFDA Code Federal Funds

Contract Wide Consequences
No

Contract Type
IA (/lightning/r/FACTS_Reference__c/a7TDo000000H393MAC/view)

CSFA O-033...    AC Disaster Consulting, L...

Method of Procurement Code
O2 (/lightning/r/FACTS_Reference__c/a7TDo000000H3LXMA0/view)

Recipient Type
B (/lightning/r/FACTS_Reference__c/a7TDo000000H3LIMAK/view)

Lines Without F...
0

## System Information

Created By
Ian Guidicelli (/lightning/r/User/0053k00000AnGR3AAN/view), 6/27/2025, 1:38 PM

Last Modified By
Kayla Montgomery (/lightning/r/User/005PU000002HkBlYAK/view), 6/27/2025, 3:24 PM

**(5) (/lightning/cmp/force__dynamicRelatedListViewAll?force__flexipageId=Purchase_Order_Record_Page&force__cmpId=lst_dynamicRelatedList&force__recordId=a2ncs00000Ga7TCAAZ**

5 items • Sorted by FLAIR Account Code • Updated a minute ago

| | Purchase Or... ∨ | Description | ∨ | FLAIR Acc... ↑ ∨ | Total Amo... ∨ | Invoiced Q... ∨ | Uninvoice... ∨ | |
|---|---|---|---|---|---|---|---|---|
| 1 | POLI-00007621 (/li... | GIS Analyst | | 31202398001317... | $54,000.00 | 0.00 | 400.00 | ▼ |
| 2 | POLI-00007622 (/li... | Project Manager | | 31202398001317... | $66,000.00 | 0.00 | 264.00 | ▼ |
| 3 | POLI-00007623 (/li... | Video Commander | | 31202398001317... | $120,000.00 | 0.00 | 600.00 | ▼ |
| 4 | POLI-00007624 (/li... | Consultant II/Systems Analyst | | 31202398001317... | $90,000.00 | 0.00 | 600.00 | ▼ |
| 5 | POLI-00007625 (/li... | Consultant | | 31202398001317... | $50,000.00 | 0.00 | 400.00 | ▼ |

View All (/lightning/cmp/force__dynamicRelatedListViewAll?force__flexipageId=Purchase_Order_Record_Page&force__cmpId=lst_dynamicRelatedList&force__recordId=a2ncs00000Ga7TCAAZ)

**Encumbrances and P... (0) (/lightning/r/Purchase_Order__c/a2ncs00000Ga7TCAAZ/related/Encumbrances_and_Payables__r/view)** ▼

**Invoices (0) (/lightning/r/Purchase_Order__c/a2ncs00000Ga7TCAAZ/related/Invoices__r/view)** ▼

**General Ledger Entries (0) (/lightning/r/Purchase_Order__c/a2ncs00000Ga7TCAAZ/related/Financial_Import_Gen_Ledger__r/view)** ▼

**Purchase Order Line... (3+) (/lightning/r/Purchase_Order__c/a2ncs00000Ga7TCAAZ/related/Purchase_Order_Line_Items__r/view)** ▼

POLI-00007621 (/lightning/r/a2bcs000009fKC5AAM/view) ▼
Description:                GIS Analyst
FLAIR Account Code:        31202398001317001000010516300

POLI-00007622 (/lightning/r/a2bcs000009fKC6AAM/view) ▼
Description:                Project Manager
FLAIR Account Code:        31202398001317001000010516300

POLI-00007623 (/lightning/r/a2bcs000009fKC7AAM/view) ▼
Description:                Video Commander
FLAIR Account Code:        31202398001317001000010516300

View All (/lightning/r/Purchase_Order__c/a2ncs00000Ga7TCAAZ/related/Purchase_Order_Line_Items__r/view)

## Purchase Order
**PO-010174**

| Missi... | Incident Name | Request for Quote Title | Quote | Vendor | |
|---|---|---|---|---|---|
| 00775 | 2023 OVS Mass ... | Migrant Vessel GISP And AFr... | View All | | # PO Lines Without F... |

Filters: All time • All activities • All types ⚙

**˅ Upcoming & Overdue**

> ☐ Review New Purchase Order (/lightning/r/00Tcs000010jg7zEAA/view)          No due date ⌄

Recovery Procurement has an upcoming task

**˅ June • 2025**                                                                      **This Month**

> Purchase Order has had it's Status Changed to Acknowledged (/lightning/r/02scs00000k6LiSAAU/view)     3:24 PM | Jun 27 ⌄

Kayla Montgomery (/lightning/r/005PU000002HkBIYAK/view) sent an email to denloe@acdisaster.com (mailto:denloe@acdisaster.com) and 5 others

🕮 Last opened 3 days ago

> Purchase Order has had it's Status changed to Acknowledged (/lightning/r/02scs00000k6LiRAAU/view)     3:24 PM | Jun 27 ⌄

Kayla Montgomery (/lightning/r/005PU000002HkBIYAK/view) sent an email to porschica.griffith@em.myflorida.com (mailto:porschica.griffith@em.myflorida.com)

🕮 Last opened 3 days ago

No more past activities to load.

---

**Purchase Orders with Invoices Summary**

We can't draw this chart because there is no data.

View Report                                                    As of Today at 12:13 PM ↻

---

**Purchase Orders with GL Summary**

We can't draw this chart because there is no data.

View Report                                                    As of Today at 12:13 PM ↻



## 00775

---

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00775 | WebEoc Mission Data ID | 641743 |
| Mission Title | Migrant Vessel GIS Analyst and Project Manager | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | 00055 | Parent Mission Number | 00055 |
| Parent Mission Number Name | Requesting a purchase order for ACDC GIS Analyst and Project Manager to support Vessel Removal Task Force. | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Not Applicable | Vendor | AC Disaster Consulting |
| All_Tasks | | Vendor Account | AC Disaster Consulting, LLC |
| Completed Tasks | 0 | Mission Assigned To | SERT OPERATIONS |
| Approval Status | | Mission Tasked To | SERT DEBRIS OPERATIONS |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Porschica Griffith | | |
| Mutual aid type requested | | | |
| EMAC requesting state | Florida | | |

| | |
|---|---|
| EMAC assisting state | Florida |
| Is supporting texas EMAC | |
| Mission CID | 2023 OVS Mass Migration-00775 |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | Requesting a continuation of the previous mission (00055). ACDC GIS Analyst and Project Manager. | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | Assigned |
| Position Name | SERT OPERATIONS | Mission Critical | |
| Mission Lifeline | Not Applicable | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 2555 Shumard Oak Boulevard |
| City | Tallahassee |
| Zip | 32399 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Ian Guidicelli | Mission Primary Contact | Porschica Griffith |
| Authorized Rep Title | SERT Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8505910919 |
| Authorized Rep Phone | (850) 354-3044 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Porschica Griffith |
| On Scene Contact Name | Porschica Griffith | Secondary Contact Email | |

| | | | |
|---|---|---|---|
| On Scene Contact Phone | 8505910919 | Secondary Contact Phone | |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/26/2025, 10:16 AM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 6/30/2025, 12:16 PM |
| Incident ID | 138 | Reference Disaster Data | 2023 OVS Mass Migration |
| Incident Name | 2023 OVS Mass Migration | | |
| Show on SMAA Portal | ☐ | | |

## Mission History
**6/26/2025, 10:17 AM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Parent Mission Number to 00055.** |

**6/26/2025, 10:16 AM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Total Line Item Delivered Amount to $0.00. Changed Sum Total Line Item Amounts to $0.00. Created.** |

## Requests for Quotes
**Migrant Vessel GIS Analyst and Project Manager**

| Date/Time Resource Needed | |
|---|---|
| Status | **Closed** |
| Created By | **Porschica Griffith, 6/26/2025, 10:19 AM** |
| Last Modified Date | **6/27/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

salesforce

# Q-03329

| | | | |
|---|---|---|---|
| Quote Number | Q-03329 | Owner | Bailey Farrell |
| Request for Quote | Migrant Vessel GIS Analyst and Project Manager | Approval Process Step | Approved |
| Resource Description | ACDC GIS Analyst & Project Manager | Requestor | Porschica Griffith |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $380,000.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/26/2025, 12:00 PM |
| Mission Name | 00775 | Hold Date | |
| Mission # | 00775 | Estimated Arrival Time | |
| Incident Name | 2023 OVS Mass Migration | Quote End Date | |
| Incident ID | 138 | Additional Comments | |
| Quote CID | 2023 OVS Mass Migration-00775-Q-03329 | | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | AC Disaster Consulting, LLC | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Do00000GZNRiIAP | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Bailey Farrell, 6/26/2025, 12:15 PM | Last Modified By | Ian Guidicelli, 6/27/2025, 1:38 PM |

## Quote Line Items

### QL-14706

| | |
|---|---|
| Description | **GIS Analyst** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **400.00** |
| Unit of Measurement | **Hourly** |
| Rate | **$135.00** |
| Total Price | **$54,000.00** |

### QL-14707

| | |
|---|---|
| Description | **Project Manager** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **264.00** |
| Unit of Measurement | **Hourly** |
| Rate | **$250.00** |

Total Price **$66,000.00**

## QL-14745

| | |
|---|---|
| Description | **Video Commander** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **600.00** |
| Unit of Measurement | **Hourly** |
| Rate | **$200.00** |
| Total Price | **$120,000.00** |

## QL-14746

| | |
|---|---|
| Description | **Consultant II/Systems Analyst** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **600.00** |
| Unit of Measurement | **Hourly** |
| Rate | **$150.00** |
| Total Price | **$90,000.00** |

## QL-14747

| | |
|---|---|
| Description | **Consultant** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **400.00** |
| Unit of Measurement | **Hourly** |
| Rate | **$125.00** |
| Total Price | **$50,000.00** |

## Approval History

### 6/27/2025, 1:38 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

### 6/27/2025, 12:34 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Kayla Montgomery** |
| Comments | |

### 6/27/2025, 11:19 AM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency** |

### 6/27/2025, 11:16 AM

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Porschica Griffith** |
| Actual Approver | **Porschica Griffith** |
| Comments | |

## Quote History

**6/27/2025, 1:38 PM**

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

**6/27/2025, 12:34 PM**

| | |
|---|---|
| User | **Kayla Montgomery** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

**6/27/2025, 11:19 AM**

| | |
|---|---|
| User | **Caleb Keller** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

**6/27/2025, 11:16 AM**

| | |
|---|---|
| User | **Porschica Griffith** |
| Action | Changed **Approval Process Step** to **Legal**. Changed **Requestor** to **Porschica Griffith**. Changed **Status** from Pending Review to **Submitted for Approval**. |

**6/27/2025, 11:16 AM**

| | |
|---|---|
| User | **Porschica Griffith** |
| Action | **Record locked.** |

**6/27/2025, 11:06 AM**

| | |
|---|---|
| User | **Hannah Basford** |
| Action | Changed **Reason Comments**. Changed **Submission Date** from 6/26/2025 to **6/27/2025**. Changed **Status** from Returned to **Pending Review**. Deleted Incomplete submission and details in **Status Reason**. |

**6/26/2025, 12:31 PM**

| | |
|---|---|
| User | **Porschica Griffith** |
| Action | Changed **Reason Comments**. Changed **Status** from Pending Review to **Returned**. Changed **Status Reason** to **Incomplete submission and details**. |

**6/26/2025, 12:19 PM**

| | |
|---|---|
| User | **Bailey Farrell** |
| Action | Changed **Request For Quote Owner Email** to **porschica.griffith@em.myflorida.com**. Changed **Submission Date** to **6/26/2025**. Changed **Status** from New to **Pending Review**. |

**6/26/2025, 12:15 PM**

| | |
|---|---|
| User | **Bailey Farrell** |
| Action | Changed **Quote Number** to **Q-03329**. Created. |

## Purchase Orders

PO-010174

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1287



**ORDER NO.**

PO-010181

Issued Date

6/27/2025

Created Date

6/27/2025, 1:42 PM

| | |
|---|---|
| **SUPPLIER** | **TOTAL AMOUNT** |
| Trulight LLC | $25,594.00 |
| | Method of Procurement |
| | O2 |
| | Event Name |
| | |
| | Mission Number |
| | 00748 |
| | State Contract/Pre-Disaster Agreement ID: |

| | |
|---|---|
| **SHIP TO** | **BILL TO** |
| 2555 Shumard Oak Blvd, Tallahassee, 32399 | DEM Tallahassee |
| | 2555 Shumard Oak Boulevard |
| | Sadowski Building |
| | Tallahassee, FL 32399-2100 |
| | United States |
| | Phone: +1 850-815-4000 |

| | |
|---|---|
| **DELIVER TO** | **ACCOUNT MANAGER** |

(required)   **Purchase Order Line Items**

| Description | Quantity ∨ | Unit ∨ | Unit Price ∨ | Total Amount ∨ |
|---|---|---|---|---|
| Shipping and Implementation | 1.00 | Each | $1,486.00 | $1,486.00 |

| | | | | |
|---|---|---|---|---|
| RAD RIO360 Physical Security Robot | 1.00 | Each | $24,108.00 | $24,108.00 |

### Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 6/27/2025, 3:36:41 PM | Status__c | Kayla Montgomery | New | Released |
| 6/27/2025, 3:36:41 PM | Auto_Acknowledged__c | Kayla Montgomery | false | true |
| 6/27/2025, 3:36:41 PM | Status__c | Kayla Montgomery | Released | Pending Delivery |
| 6/27/2025, 3:36:41 PM | Released_Date__c | Kayla Montgomery | | 2025-06-27 |
| 6/27/2025, 3:36:36 PM | FLAIR_Contract_Id__c | Kayla Montgomery | | E6004 |
| 6/27/2025, 3:35:57 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kayla Montgomery | 1 | 0 |
| 6/27/2025, 3:35:11 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kayla Montgomery | 2 | 1 |
| 6/27/2025, 3:27:43 PM | Financial_Import_Vendor__c | Kayla Montgomery | | a0V3k00000m6E2eEAE |
| 6/27/2025, 3:27:43 PM | Financial_Import_Vendor__c | Kayla Montgomery | | TRULIGHT LLC -F822263974001 |
| 6/27/2025, 1:42:46 PM | Total_Amount__c | Ian Guidicelli | | 25594 |
| 6/27/2025, 1:42:46 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 2 |
| 6/27/2025, 1:42:46 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 2 |
| 6/27/2025, 1:42:46 PM | Name | Ian Guidicelli | | PO-010181 |
| 6/27/2025, 1:42:46 PM | created | Ian Guidicelli | | |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069PU00000DUMEwYAP)

Next

Supp. App. 1289



- Close Window
- Print This Page
- Expand All | Collapse All

## 00748

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00748 | WebEoc Mission Data ID | 641442 |
| Mission Title | Physical Security FDEM South Florida Facility - Robictic Assistance Devices | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT FINANCE |
| Approval Status | | Mission Tasked To | Untasked |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Robert Little | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas EMAC

**Mission CID**   2023 OVS Mass Migration-00748

---

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | The following quote for FDEM for RAD Technology is priced for one year including allmaintenance, and Software costs. Software updates are completely maintained by RAD at nocost. If the unit gets vandalized RAD replaces it at no charge. | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | Cancelled |
| Position Name | SERT OPERATIONS | Mission Critical | |
| Mission Lifeline | Communications | Vaccine Supported | |
| Sites Supported | | | |

---

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

---

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

---

## Mission Location and Contacts

| | | | |
|---|---|---|---|
| Street | 2555 Shumard Oak Blvd | | |
| City | Tallahassee | | |
| Zip | 32399 | | |
| Mission Authorized Rep | Robert Little | Mission Primary Contact | Robert Little |
| Authorized Rep Title | Telecommunications Specialist III | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502846940 |
| Authorized Rep Phone | +18502846940 | | |
| On Scene Contact Email | | Secondary Contact Name | Roger Lord |

| On Scene Contact Name | Roger Lord | Secondary Contact Email | |
|---|---|---|---|
| On Scene Contact Phone | 8502965101 | Secondary Contact Phone | 8502965101 |

### Travel Auth Rollups

| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
|---|---|---|---|
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/24/2025, 7:21 AM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 6/29/2025, 7:57 PM |
| Incident ID | 138 | Reference Disaster Data | 2023 OVS Mass Migration |
| Incident Name | 2023 OVS Mass Migration | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

### 6/25/2025, 4:22 PM

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Status from Routing to Cancelled.** |

### 6/24/2025, 10:26 AM

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Status from Assigned to Routing.** |

### 6/24/2025, 7:41 AM

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Status from New Mission to Assigned.** |

### 6/24/2025, 7:21 AM

| User | **DEM Integration** |
|---|---|
| Action | **Changed Total Line Item Delivered Amount to $0.00. Changed Sum Total Line Item Amounts to $0.00. Created.** |

## Requests for Quotes

### Physical Security for South Florida Facility - Robitic Assistance devices

| Date/Time Resource Needed | **6/24/2025, 12:00 PM** |
|---|---|
| Status | **Open to Quote** |
| Created By | **Robert Little, 6/24/2025, 7:44 AM** |
| Last Modified Date | **6/24/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03310

| | | | |
|---|---|---|---|
| Quote Number | Q-03310 | Owner | Michael Briggs |
| Request for Quote | Physical Security for South Florida Facility - Robitic Assistance devices | Approval Process Step | Approved |
| Resource Description | RAD RIO360 Physical Security AI | Requestor | Robert Little |
| Resource Typing/Grouping | Physical Security Robot Artificial Intelligence | Status | Approved |
| Resource Location/Point of Origin | Tallahassee, FL | Total Price | $25,594.00 |
| Delivery Method | FedEx Ground | Available Date of Delivery/Work Start | 7/3/2025, 12:00 PM |
| Mission Name | 00748 | Hold Date | |
| Mission # | 00748 | Estimated Arrival Time | 7/3/2025, 12:00 PM |
| Incident Name | 2023 OVS Mass Migration | Quote End Date | |
| Incident ID | 138 | Additional Comments | |
| Quote CID | --Q-03310 | | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | Trulight LLC | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069PU00000DUMEwYAP | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Michael Briggs, 6/24/2025, 9:14 AM | Last Modified By | Ian Guidicelli, 6/27/2025, 1:42 PM |

## Quote Line Items

### QL-14639

| | |
|---|---|
| Description | **Shipping and Implementation** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$1,486.00** |
| Total Price | **$1,486.00** |

### QL-14638

| | |
|---|---|
| Description | **RAD RIO360 Physical Security Robot** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$24,108.00** |
| Total Price | **$24,108.00** |

## Approval History

**6/27/2025, 1:42 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

**6/24/2025, 11:38 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Richard Gage** |
| Comments | **Approved.** |

**6/24/2025, 10:23 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency.** |

**6/24/2025, 9:29 AM**

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Robert Little** |
| Actual Approver | **Robert Little** |
| Comments | |

## Quote History

**6/27/2025, 1:42 PM**

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

**6/24/2025, 11:38 AM**

| | |
|---|---|
| User | **Richard Gage** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

**6/24/2025, 10:23 AM**

| | |
|---|---|
| User | **Caleb Keller** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

**6/24/2025, 9:29 AM**

| | |
|---|---|
| User | **Robert Little** |
| Action | Changed **Approval Process Step** to **Legal**. Changed **Requestor** to **Robert Little**. Changed **Status** from Pending Review to **Submitted for Approval**. Record locked. |

**6/24/2025, 9:20 AM**

| | |
|---|---|
| User | **Michael Briggs** |
| Action | Changed **Request For Quote Owner Email** to **robert.little@em.myflorida.com**. Changed **Submission Date** to **6/24/2025**. Changed **Status** from New to **Pending Review**. |

**6/24/2025, 9:19 AM**

| | |
|---|---|
| User | **Michael Briggs** |

| | |
|---|---|
| Action | Changed **Estimated Arrival Time** to **7/3/2025, 12:00 PM**. Changed **Resource Typing/Grouping** to **Physical Security Robot Artificial Intelligence**. Changed **Resource Description**. Changed **Delivery Method** to **FedEx Ground**. |

**6/24/2025, 9:14 AM**

| | |
|---|---|
| User | **Michael Briggs** |
| Action | Changed **Quote Number** to **Q-03310**. Created. |

**Purchase Orders**

PO-010181

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1295



**ORDER NO.**
PO-010182
Issued Date
6/29/2025
Created Date
6/29/2025, 9:26 AM

**SUPPLIER**
CDW GOVERNMENT LLC

**TOTAL AMOUNT**
$15,699.35
Method of Procurement
O2
Event Name

Mission Number
00061
State Contract/Pre-Disaster Agreement ID:

**SHIP TO**
2555 Shumard Oak Blvd, Tallahassee, 32399

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

**DELIVER TO**

**ACCOUNT MANAGER**

(required)     **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| Microsoft Surface Laptop 6 - 15" - Core Ultra7 - 64 GB RAM - 1 TB SSD - Pla | 5.00 | Each | $2,599.87 | $12,999.35 |
| MS Surface Arc Mouse - Light Grey | 10.00 | Each | $70.00 | $700.00 |

| Surface Thunderbolt 4 Dock | 10.00 | Each | $200.00 | $2,000.00 |

### Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 6/29/2025, 10:13:39 AM | Auto_Acknowledged__c | Jeremy Smith | false | true |
| 6/29/2025, 10:13:39 AM | Status__c | Jeremy Smith | New | Released |
| 6/29/2025, 10:13:39 AM | Released_Date__c | Jeremy Smith | | 2025-06-29 |
| 6/29/2025, 10:13:39 AM | Status__c | Jeremy Smith | Released | Pending Delivery |
| 6/29/2025, 10:13:32 AM | Financial_Import_Vendor__c | Jeremy Smith | | CDW GOVERNMENT LLC -F364230110025 |
| 6/29/2025, 10:13:32 AM | Financial_Import_Vendor__c | Jeremy Smith | | a0V3k00000m6caiEAA |
| 6/29/2025, 10:11:10 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 1 | 0 |
| 6/29/2025, 10:10:33 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 2 | 1 |
| 6/29/2025, 10:09:58 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 3 | 2 |
| 6/29/2025, 10:08:00 AM | FLAIR_Contract_Id__c | Jeremy Smith | | E6005 |
| 6/29/2025, 9:26:09 AM | Total_Amount__c | Ian Guidicelli | | 15699.35 |
| 6/29/2025, 9:26:09 AM | Name | Ian Guidicelli | | PO-010182 |
| 6/29/2025, 9:26:09 AM | created | Ian Guidicelli | | |
| 6/29/2025, 9:26:09 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 3 |
| 6/29/2025, 9:26:09 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 3 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069Hs00000fBOZFIA4)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

## 00061

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00061 | WebEoc Mission Data ID | 641823 |
| Mission Title | Laptop, Mice, and Docking station | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Not Applicable | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT LOGISTICS |
| Approval Status | | Mission Tasked To | SERT FINANCE - FISCAL |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Terrance Washington | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas
EMAC

| | |
|---|---|
| Mission CID | 2025 OVS FACILITIES - TNT-00061 |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | Requesting five (5) laptops and (10) mice, (10) computer docking stations for Ian. | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | In Progress - Mobilizing |
| Position Name | SERT FINANCE | Mission Critical | |
| Mission Lifeline | Not Applicable | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | | | |
|---|---|---|---|
| Street | 2555 Shumard Oak Blvd | | |
| City | Tallahassee | | |
| Zip | 32399 | | |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Ian Guidicelli | Mission Primary Contact | Terrance Washington |
| Authorized Rep Title | SERT Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | +18502733022 |
| Authorized Rep Phone | 8508154212 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Terrance Washington |
| On Scene Contact Name | Terrance Washington | Secondary Contact Email | |
| On Scene Contact Phone | +18502733022 | Secondary Contact Phone | |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/28/2025, 10:02 AM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 7/2/2025, 11:26 AM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History
**6/29/2025, 10:46 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Tasked To** from SERT FINANCE - PURCHASING to **SERT FINANCE - FISCAL**. Changed **Mission Status** from Tasked to **In Progress - Mobilizing**. |

**6/29/2025, 9:26 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Tasked To** from SERT LOGISTICS - VENDOR SERVICES to **SERT FINANCE - PURCHASING**. |

**6/28/2025, 11:21 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Assigned to **Tasked**. |

**6/28/2025, 10:02 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to **$0.00**. Changed **Sum Total Line Item Amounts** to **$0.00**. **Created**. |

## Requests for Quotes
**Laptop, Mice, and Docking station**

| | |
|---|---|
| Date/Time Resource Needed | |
| Status | **Open to Quote** |
| Created By | **Terrance Washington, 6/28/2025, 10:04 AM** |
| Last Modified Date | **6/28/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1300

salesforce

Close Window
Print This Page
Expand All | Collapse All

## Q-03339

| | | | |
|---|---|---|---|
| Quote Number | Q-03339 | Owner | Terrance Washington |
| Request for Quote | Laptop, Mice, and Docking station | Approval Process Step | Approved |
| Resource Description | five (5) laptops and (10) mice, (10) computer docking stations | Requestor | |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $15,699.35 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/28/2025, 12:00 PM |
| Mission Name | 00061 | Hold Date | |
| Mission # | 00061 | Estimated Arrival Time | |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | |
| Quote CID | 2025 OVS FACILITIES - TNT-00061-Q-03339 | | |

### Vendor Details

| | | | |
|---|---|---|---|
| Vendor | CDW GOVERNMENT LLC | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Hs00000fBOZFIA4 | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Terrance Washington, 6/28/2025, 10:06 AM | Last Modified By | Ian Guidicelli, 6/29/2025, 9:26 AM |

## Quote Line Items

### QL-14765

| | |
|---|---|
| Description | **Microsoft Surface Laptop 6 - 15" - Core Ultra7 - 64 GB RAM - 1 TB SSD - Pla** |
| Quantity | **5.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$2,599.87** |
| Total Price | **$12,999.35** |

### QL-14766

| | |
|---|---|
| Description | **MS Surface Arc Mouse - Light Grey** |
| Quantity | **10.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |

Rate **$70.00**

Total Price **$700.00**

## QL-14767

| | |
|---|---|
| Description | **Surface Thunderbolt 4 Dock** |
| Quantity | **10.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$200.00** |
| Total Price | **$2,000.00** |

## Files

### PMJK089

| | |
|---|---|
| Last Modified | **6/28/2025, 10:24 AM** |
| Created By | **Terrance Washington** |

## Approval History

### 6/29/2025, 9:26 AM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

### 6/28/2025, 4:56 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Jeremy Smith** |
| Comments | |

### 6/28/2025, 4:33 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Kelly Ann Kennedy** |
| Comments | **Approved for legal sufficiency.** |

### 6/28/2025, 10:13 AM

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Terrance Washington** |
| Actual Approver | **Terrance Washington** |
| Comments | |

## Quote History

### 6/29/2025, 9:26 AM

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | **Changed Approval Process Step from SERT Chief to Approved. Changed Status from Submitted for Approval to Approved. Record locked.** |

### 6/28/2025, 4:56 PM

| | |
|---|---|
| User | **Jeremy Smith** |
| Action | **Changed Approval Process Step from Finance (Budget) to SERT Chief. Record locked.** |

### 6/28/2025, 4:33 PM

| | |
|---|---|
| User | **Kelly Ann Kennedy** |

Supp. App. 1302

| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |
|---|---|

**6/28/2025, 10:13 AM**

| User | Terrance Washington |
|---|---|
| Action | Changed **Approval Process Step** to **Legal**. Changed **Status** from New to **Submitted for Approval**. Record locked. |

**6/28/2025, 10:06 AM**

| User | Terrance Washington |
|---|---|
| Action | Changed **Quote Number** to **Q-03339**. Created. |

**Purchase Orders**

PO-010182

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



**ORDER NO.**
PO-010183

Issued Date
6/29/2025

Created Date
6/29/2025, 9:28 AM

**SUPPLIER**
Granny's Alliance Holdings, Inc.

**TOTAL AMOUNT**
$3,358,700.00

Method of Procurement
O2

Event Name

Mission Number
00013

State Contract/Pre-Disaster Agreement ID:

**SHIP TO**
54575 Tamiami Trail, Ochopee, 34141

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

**DELIVER TO**

**ACCOUNT MANAGER**

(required)  **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| DELIVERY OF 1000 MEALS PER EA B,L,D TO INCLUDES STAFF, BOXES, VAN AND DRIVERS | 1.00 | Each | $234,000.00 | $234,000.00 |
| DETAINEE FOOD SERVICE FOR 1000 MEALS PER DAY INCLUDING KITCHEN, PREP, STAFF & MANAGEMENT, REFER, FOOD SUPPLY, FREEZERS, DRY VANS, PROPANE | 1.00 | Each | $2,918,700.00 | $2,918,700.00 |

Supp. App. 1304

| | | | | |
|---|---|---|---|---|
| COMMAND OFFICE TRAILER | 1.00 | Each | $36,000.00 | $36,000.00 |
| MOBILIZATION | 1.00 | Each | $55,000.00 | $55,000.00 |
| DEMOBILIZATION | 1.00 | Each | $55,000.00 | $55,000.00 |
| HOT WATER HAND WASHING TRAILER | 1.00 | Each | $22,500.00 | $22,500.00 |
| SET UP CATERING MISSION 3 DAYS $12,500.00 PER DAY | 1.00 | Each | $37,500.00 | $37,500.00 |

### Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/1/2025, 4:29:40 PM | Change_Order_Created__c | Jordan Irving | false | true |
| 6/29/2025, 10:28:13 AM | Status__c | Jeremy Smith | New | Released |
| 6/29/2025, 10:28:13 AM | Auto_Acknowledged__c | Jeremy Smith | false | true |
| 6/29/2025, 10:28:13 AM | Status__c | Jeremy Smith | Released | Pending Delivery |
| 6/29/2025, 10:28:13 AM | Released_Date__c | Jeremy Smith | | 2025-06-29 |
| 6/29/2025, 10:26:54 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 1 | 0 |
| 6/29/2025, 10:25:54 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 2 | 1 |
| 6/29/2025, 10:25:13 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 3 | 2 |
| 6/29/2025, 10:23:54 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 4 | 3 |
| 6/29/2025, 10:23:03 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 5 | 4 |
| 6/29/2025, 10:19:25 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 6 | 5 |
| 6/29/2025, 10:18:43 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 7 | 6 |
| 6/29/2025, 10:17:10 AM | Financial_Import_Vendor__c | Jeremy Smith | | GRANNYS ALLIANCE HOLDINGS, INC -F271495046005 |
| 6/29/2025, 10:17:10 AM | Financial_Import_Vendor__c | Jeremy Smith | | a0VDo000000ilj5MAE |
| 6/29/2025, 10:16:51 AM | FLAIR_Contract_Id__c | Jeremy Smith | | E6006 |
| 6/29/2025, 9:28:04 AM | created | Ian Guidicelli | | |
| 6/29/2025, 9:28:04 AM | Total_Amount__c | Ian Guidicelli | | 3358700 |
| 6/29/2025, 9:28:04 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 7 |
| 6/29/2025, 9:28:04 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 7 |
| 6/29/2025, 9:28:04 AM | Name | Ian Guidicelli | | PO-010183 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069Do00000GZ8cRIAT)

Next

Supp. App. 1305



- Close Window
- Print This Page
- Expand All | Collapse All

## 00013

---

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00013 | WebEoc Mission Data ID | 641552 |
| Mission Title | TNT Site Feeding | Program | |
| TAR Status | None | Request Type | County |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | |
| Mission Outage Date | | Region | Region 9 |
| Mission Entity | Emergency Operations Center | Vendor | Grannys Alliance |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT LOGISTICS |
| Approval Status | | Mission Tasked To | SERT LOGISTICS - VENDOR SERVICES |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Tiffany Gary | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Supp. App. 1306

| | |
|---|---|
| Is supporting texas EMAC | |
| Mission CID | -00013 |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | TNT Site Feeding | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | Coordinating |
| Position Name | SERT OPERATIONS | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 54575 Tamiami Trail |
| City | Ochopee |
| Zip | 34141 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Ian Guidicelli | Mission Primary Contact | Tiffany Gary |
| Authorized Rep Title | SERT Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 448-229-2182 |
| Authorized Rep Phone | 850-354-3044 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Frankie Lumm |
| On Scene Contact Name | Frankie Lumm | Secondary Contact Email | |
| On Scene Contact Phone | 448-220-7083 | Secondary Contact Phone | 448-229-9455 |

Supp. App. 1307

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/25/2025, 12:21 PM | Owner | DEM Integration |
| County Text | Collier County | Last Modified By | Tracey Humphreys, 7/1/2025, 9:15 PM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Notes & Attachments

### FDEM.CHANGE ORDER.25077 A.6.29.2025

| | |
|---|---|
| Type | **File** |
| Last Modified | **Mike Falino** |
| Description | |

**Download**

### FDEM.CHANGE ORDER,.25078A. 6.30.2025

| | |
|---|---|
| Type | **File** |
| Last Modified | **Mike Falino** |
| Description | |

**Download**

### FDEM TNT CHANGE ORDER 25076 A.6.29.2025

| | |
|---|---|
| Type | **File** |
| Last Modified | **Mike Falino** |
| Description | |

**Download**

## Invoices

### 25078A-01

| | |
|---|---|
| Vendor Name | **Granny's Alliance Holdings, Inc.** |
| Invoice Amount | **$0.00** |
| Invoice Status | **New** |
| MFMP PO Number | **PO-010183** |

## Files

### FDEM.CHANGE ORDER.25077 A.6.29.2025

| | |
|---|---|
| Last Modified | **7/1/2025, 5:21 PM** |
| Created By | **Mike Falino** |

### FDEM.CHANGE ORDER,.25078A. 6.30.2025

| | |
|---|---|
| Last Modified | **7/1/2025, 5:21 PM** |
| Created By | **Mike Falino** |

### FDEM TNT CHANGE ORDER 25076 A.6.29.2025

| | |
|---|---|
| Last Modified | **7/1/2025, 5:21 PM** |
| Created By | **Mike Falino** |

## Mission History

### 7/1/2025, 9:15 PM

| | |
|---|---|
| User | **Tracey Humphreys** |
| Action | **Changed # Paid Invoices to 0.** |

### 6/25/2025, 2:57 PM

| | |
|---|---|
| User | **DEM Integration** |

| Action | Changed **Reference Disaster Data** to **2025 OVS FACILITIES - TNT**. Changed **Incident Name** to **2025 OVS FACILITIES - TNT**. |
|---|---|

**6/25/2025, 2:07 PM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Tasked To** from Untasked to **SERT LOGISTICS - VENDOR SERVICES**. Changed **Mission Status** from New Mission to **Coordinating**. Changed **Vendor** to **Grannys Alliance**. |

**6/25/2025, 12:21 PM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to **$0.00**. Changed **Sum Total Line Item Amounts** to **$0.00**. Created. |

**Requests for Quotes**

**TNT Site Feeding**

| Date/Time Resource Needed | **7/1/2025, 12:00 PM** |
|---|---|
| Status | **Closed** |
| Created By | **Tiffany Gary, 6/24/2025, 4:00 PM** |
| Last Modified Date | **7/1/2025** |

**TNT Site Feeding**

| Date/Time Resource Needed | |
|---|---|
| Status | **New** |
| Created By | **Jordan Irving, 7/1/2025, 1:27 PM** |
| Last Modified Date | **7/1/2025** |

**PO-010183 Change Order**

| Date/Time Resource Needed | **7/1/2025, 12:00 PM** |
|---|---|
| Status | **Sent to Vendor** |
| Created By | **Jordan Irving, 7/1/2025, 4:29 PM** |
| Last Modified Date | **7/1/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1309

- Close Window
- Print This Page
- Expand All | Collapse All

## Q-03325

| | | | |
|---|---|---|---|
| Quote Number | Q-03325 | Owner | Susan Heisey |
| Request for Quote | TNT Site Feeding | Approval Process Step | Approved |
| Resource Description | GAH will be responsible for feeding and kitchen staff within the detention facility. GAH will ensure all state and local standards for food service are met. | Requestor | Tiffany Gary |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | GULFPORT, MS | Total Price | $3,358,700.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 7/1/2025, 6:00 AM |
| Mission Name | 00013 | Hold Date | |
| Mission # | 00013 | Estimated Arrival Time | |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | |
| Quote CID | 2023 OVS Mass Migration-00765-Q-03325 | | |

### Vendor Details

| | | | |
|---|---|---|---|
| Vendor | Granny's Alliance Holdings, Inc. | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Do00000GZ8cRIAT | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Susan Heisey, 6/25/2025, 11:44 AM | Last Modified By | Jordan Irving, 7/1/2025, 4:29 PM |

## Quote Line Items

### QL-14698

| | |
|---|---|
| Description | **DELIVERY OF 1000 MEALS PER EA B,L,D TO INCLUDES STAFF, BOXES, VAN AND DRIVERS** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$234,000.00** |
| Total Price | **$234,000.00** |

### QL-14697

| | |
|---|---|
| Description | **DETAINEE FOOD SERVICE FOR 1000 MEALS PER DAY INCLUDING KITCHEN, PREP, STAFF & MANAGEMENT, REFER, FOOD SUPPLY, FREEZERS, DRY VANS, PROPANE** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |

Usage Amount **1.00**

Unit of Measurement **Each**

Rate **$2,918,700.00**

Total Price **$2,918,700.00**

## QL-14699

| | |
|---|---|
| Description | **COMMAND OFFICE TRAILER** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$36,000.00** |
| Total Price | **$36,000.00** |

## QL-14700

| | |
|---|---|
| Description | **MOBILIZATION** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$55,000.00** |
| Total Price | **$55,000.00** |

## QL-14701

| | |
|---|---|
| Description | **DEMOBILIZATION** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$55,000.00** |
| Total Price | **$55,000.00** |

## QL-14740

| | |
|---|---|
| Description | **HOT WATER HAND WASHING TRAILER** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$22,500.00** |
| Total Price | **$22,500.00** |

## QL-14741

| | |
|---|---|
| Description | **SET UP CATERING MISSION 3 DAYS $12,500.00 PER DAY** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$37,500.00** |
| Total Price | **$37,500.00** |

## Files

| FDEM INV 25078A-01 (Mob & Setup) Signed | FDEM.GAH.FEEDING MISSION QUOTE.(R1)6.26.2025 |
|---|---|
| Last Modified **7/2/2025, 8:01 AM** | Last Modified **6/27/2025, 6:56 AM** |
| Created By **Tracey Humphreys** | Created By **Susan Heisey** |

**FDEM OCHOPEE DETAINEE SITE.QUOTE.25078-A.6.25.2025**

| | |
|---|---|
| Last Modified | **6/25/2025, 11:45 AM** |
| Created By | **Susan Heisey** |

## Approval History
### 6/29/2025, 9:28 AM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

### 6/28/2025, 5:00 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Jeremy Smith** |
| Comments | |

### 6/28/2025, 4:33 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Kelly Ann Kennedy** |
| Comments | **Approved for legal sufficiency.** |

### 6/28/2025, 9:44 AM

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Tiffany Gary** |
| Actual Approver | **Tiffany Gary** |
| Comments | |

## Quote History
### 6/29/2025, 9:28 AM

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

### 6/28/2025, 5:00 PM

| | |
|---|---|
| User | **Jeremy Smith** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

### 6/28/2025, 4:33 PM

| | |
|---|---|
| User | **Kelly Ann Kennedy** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

### 6/28/2025, 9:44 AM

| | |
|---|---|
| User | **Tiffany Gary** |
| Action | Changed **Approval Process Step** to **Legal**. Changed **Requestor** to **Tiffany Gary**. Changed **Status** from Pending Review to **Submitted for Approval**. |

### 6/28/2025, 9:44 AM

| | |
|---|---|
| User | **Tiffany Gary** |
| Action | **Record locked.** |

**6/27/2025, 6:57 AM**

| | |
|---|---|
| User | **Susan Heisey** |
| Action | Changed **Submission Date** from 6/25/2025 to **6/27/2025**. Changed **Status** from New to **Pending Review**. Deleted Revise in **Status Reason**. |

**6/27/2025, 6:41 AM**

| | |
|---|---|
| User | **Susan Heisey** |
| Action | Changed **Status** from Pending Review to **New**. Changed **Status Reason** to **Revise**. |

**6/25/2025, 11:59 AM**

| | |
|---|---|
| User | **Susan Heisey** |
| Action | Changed **Request For Quote Owner Email** to **tiffany.gary@em.myflorida.com**. Changed **Submission Date** to **6/25/2025**. Changed **Status** from New to **Pending Review**. |

**6/25/2025, 11:44 AM**

| | |
|---|---|
| User | **Susan Heisey** |
| Action | Changed **Quote Number** to **Q-03325**. Created. |

**Purchase Orders**

PO-010183

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**

PO-010201

Issued Date

Created Date

7/1/2025, 9:07 AM

**SUPPLIER**

WeatherSTEM Inc.

**TOTAL AMOUNT**

$24,740.00

Method of Procurement

O2

Event Name

Mission Number

00085

State Contract/Pre-Disaster Agreement ID:

**SHIP TO**

54575 Tamiami Trail E, Ochopee, 34141

**BILL TO**

DEM Tallahassee

2555 Shumard Oak Boulevard

Sadowski Building

Tallahassee, FL 32399-2100

United States

Phone: +1 850-815-4000

| DELIVER TO | ACCOUNT MANAGER |
|------------|-----------------|
|            |                 |

(required)    **Purchase Order Line Items**

| Description | Quantity ⌄ | Unit ⌄ | Unit Price ⌄ | Total Amount ⌄ |
|-------------|-----------|--------|--------------|----------------|
| Blast Outdoor Warning Siren | 2.00 | Each | $7,995.00 | $15,990.00 |
| Rush Fee | 2.00 | Each | $750.00 | $1,500.00 |
| Delivery | 1.00 | Each | $1,500.00 | $1,500.00 |
| Programming / Remote Installation | 2.00 | Each | $625.00 | $1,250.00 |
| Annual Subscription | 2.00 | Yearly | $2,250.00 | $4,500.00 |

**Purchase Order Field History**

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/1/2025, 6:33:59 PM | Status__c | Brittany Adams | New | Received |
| 7/1/2025, 6:33:16 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/1/2025, 6:32:32 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 2 | 1 |
| 7/1/2025, 6:31:42 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 3 | 2 |
| 7/1/2025, 6:30:59 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 4 | 3 |
| 7/1/2025, 6:29:49 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 5 | 4 |
| 7/1/2025, 6:28:13 PM | FLAIR_Contract_Id__c | Brittany Adams | | E6007 |
| 7/1/2025, 9:07:35 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 5 |
| 7/1/2025, 9:07:35 AM | Name | Ian Guidicelli | | PO-010201 |
| 7/1/2025, 9:07:35 AM | Total_Amount__c | Ian Guidicelli | | 24740 |
| 7/1/2025, 9:07:35 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 5 |
| 7/1/2025, 9:07:35 AM | created | Ian Guidicelli | | |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069Do00000GZKDKIA5)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

## 00085

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00085 | WebEoc Mission Data ID | 641943 |
| Mission Title | WeatherSTEM lightning siren for FDEM portable weather station | Program | |
| TAR Status | None | Request Type | County |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | |
| Mission Outage Date | | Region | Region 9 |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT PLANS |
| Approval Status | | Mission Tasked To | SERT METEOROLOGY |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Amy Godsey | | |
| Mutual aid type requested | | | |
| EMAC requesting state | Florida | | |
| EMAC assisting state | Florida | | |

| | |
|---|---|
| Is supporting texas EMAC | |
| Chosen Agency | |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | FDEM requesting 2 lightning alert sirens be added to the portable WeatherSTEM station located at the EMS base and at the staff village on the TNT site to efficiently alert staff of lightning detection for safety purposes to enact emergency/site safety protocols. | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | On Scene |
| Position Name | SERT OPERATIONS | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | | | |
|---|---|---|---|
| Street | 54575 Tamiami Trail E | | |
| City | Ochopee | | |
| Zip | 34141 | | |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Amy Godsey | Mission Primary Contact | Amy Godsey |
| Authorized Rep Title | Operations Section Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | +18505198483 |
| Authorized Rep Phone | +18505198483 | | |
| On Scene Contact Email | | Secondary Contact Name | David Johnson |

| On Scene Contact Name | David Johnson | Secondary Contact Email | |
| On Scene Contact Phone | 448-220-7334 | Secondary Contact Phone | 850-688-2119 |

### Travel Auth Rollups

| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/30/2025, 2:31 PM | Owner | DEM Integration |
| County Text | Collier County | Last Modified By | DEM Integration, 7/4/2025, 9:48 AM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History
### 7/2/2025, 9:02 PM

| User | **DEM Integration** |
| Action | **Changed Mission Status** from In Progress - Mobilizing to **On Scene.** |

### 7/1/2025, 5:36 PM

| User | **DEM Integration** |
| Action | **Changed Mission Status** from Coordinating to **In Progress - Mobilizing.** |

### 6/30/2025, 2:31 PM

| User | **DEM Integration** |
| Action | **Changed Total Line Item Delivered Amount** to $0.00. Changed **Sum Total Line Item Amounts** to $0.00. **Created.** |

## Requests for Quotes
### WeatherSTEM lightning siren

| | |
| Status | **Closed** |
| Created By | **Amy Godsey, 6/30/2025, 2:39 PM** |
| Last Modified Date | **6/30/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1319

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/05/2026    Page: 242 of 335
7/4/25, 9:50 AM                                    Q-03349 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

## Q-03349

| | | | |
|---|---|---|---|
| Quote Number | Q-03349 | Owner | Raegan Ramsden |
| Request for Quote | WeatherSTEM lightning siren | Approval Process Step | Approved |
| Resource Description | | Requestor | Amy Godsey |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $24,740.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 7/3/2025, 12:00 PM |
| Mission Name | 00085 | Hold Date | |
| Mission # | 00085 | Estimated Arrival Time | 7/2/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | |

### Vendor Details

| | | | |
|---|---|---|---|
| Vendor | WeatherSTEM Inc. | Account State Registered |  |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Do00000GZKDKIA5 | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Raegan Ramsden, 6/30/2025, 4:16 PM | Last Modified By | Ian Guidicelli, 7/1/2025, 9:07 AM |

## Quote Line Items

### QL-14859

| | |
|---|---|
| Description | **Blast Outdoor Warning Siren** |
| Quantity | **2.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$7,995.00** |
| Total Price | **$15,990.00** |

### QL-14860

| | |
|---|---|
| Description | **Rush Fee** |
| Quantity | **2.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$750.00** |
| Total Price | **$1,500.00** |

Supp. App. 1320

7/4/25, 9:50 AM
USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/06/2026    Page: 243 of 335
Q-03349 ~ Salesforce - Unlimited Edition

## QL-14861

| | |
|---|---|
| Description | **Delivery** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$1,500.00** |
| Total Price | **$1,500.00** |

## QL-14862

| | |
|---|---|
| Description | **Programming / Remote Installation** |
| Quantity | **2.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$625.00** |
| Total Price | **$1,250.00** |

## QL-14863

| | |
|---|---|
| Description | **Annual Subscription** |
| Quantity | **2.00** |
| Charge Type | **Recurring** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Yearly** |
| Rate | **$2,250.00** |
| Total Price | **$4,500.00** |

## Files

### Estimate 1997 (3)

| | |
|---|---|
| Last Modified | **6/30/2025, 4:17 PM** |
| Created By | **Raegan Ramsden** |

## Approval History

### 7/1/2025, 9:07 AM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

### 6/30/2025, 7:45 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Kayla Montgomery** |
| Comments | |

### 6/30/2025, 5:36 PM

| | |
|---|---|
| Assigned To | **Legal** |
| Actual Approver | **Kelly Ann Kennedy** |
| Comments | **Approved for legal sufficiency.** |

### 6/30/2025, 5:31 PM

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Amy Godsey** |

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 244 of 335
Supp. App. 1321

Actual Approver **Amy Godsey**

Comments

## Quote History

**7/1/2025, 9:07 AM**

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved. Record locked.** |

**6/30/2025, 7:45 PM**

| | |
|---|---|
| User | **Kayla Montgomery** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief. Record locked.** |

**6/30/2025, 5:36 PM**

| | |
|---|---|
| User | **Kelly Ann Kennedy** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget). Record locked.** |

**6/30/2025, 5:31 PM**

| | |
|---|---|
| User | **Amy Godsey** |
| Action | Changed **Approval Process Step** to **Legal.** Changed **Requestor** to **Amy Godsey.** Changed **Status** from Pending Review to **Submitted for Approval. Record locked.** |

**6/30/2025, 4:22 PM**

| | |
|---|---|
| User | **Raegan Ramsden** |
| Action | Changed **Request For Quote Owner Email** to **amy.godsey@em.myflorida.com.** Changed **Submission Date** to **6/30/2025.** Changed **Status** from New to **Pending Review.** |

**6/30/2025, 4:18 PM**

| | |
|---|---|
| User | **Raegan Ramsden** |
| Action | Changed **Estimated Arrival Time** to **7/2/2025, 12:00 PM.** |

**6/30/2025, 4:16 PM**

| | |
|---|---|
| User | **Raegan Ramsden** |
| Action | Changed **Quote Number** to **Q-03349. Created.** |

## Purchase Orders

PO-010201

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**

PO-010199

Issued Date


Created Date

7/1/2025, 9:07 AM

---

**SUPPLIER**

Public Safety Solutions MO LLC

**TOTAL AMOUNT**

$848,420.22

Method of Procurement

O2

Event Name


Mission Number

00072

State Contract/Pre-Disaster Agreement ID:

---

**SHIP TO**

2555 Shumard Oak Blvd, Tallahassee, 32399

**BILL TO**

DEM Tallahassee

2555 Shumard Oak Boulevard

Sadowski Building

Tallahassee, FL 32399-2100

United States

Phone: +1 850-815-4000

| DELIVER TO | ACCOUNT MANAGER |
|---|---|
|  |  |

(required)    **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| JPS RSP-Z2 Dual Radio Controller | 6.00 | Each | $2,590.37 | $15,542.22 |
| TP8/9 Charger Single Fast Li-Ion US/CAN Plug Pac1k | 20.00 | Each | $72.72 | $1,454.40 |
| 5160-609200 | 6.00 | Each | $615.82 | $3,694.92 |
| TMAS154 | 10.00 | Each | $219.60 | $2,196.00 |
| TP3/TP9 Spkr Mic TSM4 3W IP68 E-button Fctn-button 3.5mm-Jack | 200.00 | Each | $140.40 | $28,080.00 |
| TP8/9 Charger Multi Li-Ion Wall Kit US/CAN Mains Cable | 10.00 | Each | $691.92 | $6,919.20 |
| 5160-409200 | 1.00 | Each | $1,173.00 | $1,173.00 |
| JPS Z2 to Tait Mobile / Control Station Radio Interface Cable | 10.00 | Each | $371.45 | $3,714.50 |
| Tait TM9900 Multi-Band Multi-Protocol Mobile Radio | 10.00 | Each | $4,885.92 | $48,859.20 |
| Tait TP9655 700/800 MHz Portable Radio | 200.00 | Each | $3,044.88 | $608,976.00 |
| TPAS154 | 200.00 | Each | $219.60 | $43,920.00 |
| TP9 Battery High Capacity Li-Ion 3.3Ah c/w Belt Clip | 100.00 | Each | $110.16 | $11,016.00 |
| TB9400 Base Station / Repeater. 700/800 MHz, | 2.00 | Each | $12,564.72 | $25,129.44 |
| JPS Z-Series Controller (up to 24 resources). | 1.00 | Each | $6,539.47 | $6,539.47 |
| JPS Z2 to Harris XL-185M/XL-200M Mobile / Control Station Radio Interface Cabl | 2.00 | Each | $371.45 | $742.90 |
| MCC-4 Multi-Channel Desktop Console | 6.00 | Each | $3,079.12 | $18,474.72 |
| 746-806 MHz, 12 Ch. Control Station Combiner | 1.00 | Each | $19,988.25 | $19,988.25 |

| Shipping / Freight | 1.00 | Each | $2,000.00 | $2,000.00 |

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/1/2025, 7:06:54 PM | Status__c | Brittany Adams | New | Received |
| 7/1/2025, 7:06:36 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/1/2025, 7:05:46 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 2 | 1 |
| 7/1/2025, 7:04:29 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 3 | 2 |
| 7/1/2025, 7:03:41 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 4 | 3 |
| 7/1/2025, 7:02:33 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 5 | 4 |
| 7/1/2025, 7:00:27 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 6 | 5 |
| 7/1/2025, 6:59:29 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 7 | 6 |
| 7/1/2025, 6:57:41 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 8 | 7 |
| 7/1/2025, 6:56:54 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 9 | 8 |
| 7/1/2025, 6:55:29 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 10 | 9 |
| 7/1/2025, 6:54:42 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 11 | 10 |
| 7/1/2025, 6:53:58 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 12 | 11 |
| 7/1/2025, 6:52:12 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 13 | 12 |
| 7/1/2025, 6:50:59 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 14 | 13 |
| 7/1/2025, 6:50:02 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 15 | 14 |
| 7/1/2025, 6:46:11 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 16 | 15 |
| 7/1/2025, 6:45:24 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 17 | 16 |
| 7/1/2025, 6:44:36 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 18 | 17 |
| 7/1/2025, 6:37:49 PM | FLAIR_Contract_Id__c | Brittany Adams | | E6008 |
| 7/1/2025, 9:07:16 AM | created | Ian Guidicelli | | |
| 7/1/2025, 9:07:16 AM | Total_Amount__c | Ian Guidicelli | | 848420.22 |
| 7/1/2025, 9:07:16 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 18 |

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/06/2026    Page: 248 of 335

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/1/2025, 9:07:16 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 18 |
| 7/1/2025, 9:07:16 AM | Name | Ian Guidicelli | | PO-010199 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069PU00000GtU62YAF)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

## Q-03343

| | | | |
|---|---|---|---|
| Quote Number | Q-03343 | Owner | Jonathan Ayres |
| Request for Quote | Radios and accessories for OVS Facilities | Approval Process Step | Approved |
| Resource Description | | Requestor | Robert Little |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $848,420.22 |
| Delivery Method | Delivered UPS to location designated by FDEM. | Available Date of Delivery/Work Start | 8/1/2025, 12:00 PM |
| Mission Name | 00072 | Hold Date | |
| Mission # | 00072 | Estimated Arrival Time | 7/31/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | Portable radios and portable radio accessories estimated delivery by 07/31/2025. JPS equipment estimated delivery by 07/31/2025. Mobile radio / Control Station radio equipment estimated delivery unknown at this time. |

### Vendor Details

| | | | |
|---|---|---|---|
| Vendor | Public Safety Solutions MO LLC | Account State Registered |  |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069PU00000GtU62YAF | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Jonathan Ayres, 6/30/2025, 9:28 AM | Last Modified By | Ian Guidicelli, 7/1/2025, 9:07 AM |

## Quote Line Items

### QL-14818

| | |
|---|---|
| Quantity | **6.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$2,590.37** |
| Total Price | **$15,542.22** |

### QL-14813

| | |
|---|---|
| Quantity | **20.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |

| | |
|---|---|
| Unit of Measurement | **Each** |
| Rate | **$72.72** |
| Total Price | **$1,454.40** |

## QL-14819

| | |
|---|---|
| Description | **5160-609200** |
| Quantity | **6.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$615.82** |
| Total Price | **$3,694.92** |

## QL-14808

| | |
|---|---|
| Description | **TMAS154** |
| Quantity | **10.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$219.60** |
| Total Price | **$2,196.00** |

## QL-14811

| | |
|---|---|
| Description | **TP3/TP9 Spkr Mic TSM4 3W IP68 E-button Fctn-button 3.5mm-Jack** |
| Quantity | **200.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$140.40** |
| Total Price | **$28,080.00** |

## QL-14814

| | |
|---|---|
| Description | **TP8/9 Charger Multi Li-Ion Wall Kit US/CAN Mains Cable** |
| Quantity | **10.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$691.92** |
| Total Price | **$6,919.20** |

## QL-14817

| | |
|---|---|
| Description | **5160-409200** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$1,173.00** |
| Total Price | **$1,173.00** |

## QL-14820

| | |
|---|---|
| Description | **JPS Z2 to Tait Mobile / Control Station Radio Interface Cable** |
| Quantity | **10.00** |
| Charge Type | **One-Time** |

| | |
|---|---|
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$371.45** |
| Total Price | **$3,714.50** |

### QL-14807

| | |
|---|---|
| Description | **Tait TM9900 Multi-Band Multi-Protocol Mobile Radio** |
| Quantity | **10.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$4,885.92** |
| Total Price | **$48,859.20** |

### QL-14809

| | |
|---|---|
| Description | **Tait TP9655 700/800 MHz Portable Radio** |
| Quantity | **200.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$3,044.88** |
| Total Price | **$608,976.00** |

### QL-14810

| | |
|---|---|
| Description | **TPAS154** |
| Quantity | **200.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$219.60** |
| Total Price | **$43,920.00** |

### QL-14812

| | |
|---|---|
| Description | **TP9 Battery High Capacity Li-Ion 3.3Ah c/w Belt Clip** |
| Quantity | **100.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$110.16** |
| Total Price | **$11,016.00** |

### QL-14815

| | |
|---|---|
| Quantity | **2.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$12,564.72** |
| Total Price | **$25,129.44** |

### QL-14816

| | |
|---|---|
| Quantity | **1.00** |

| | |
|---|---|
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$6,539.47** |
| Total Price | **$6,539.47** |

## QL-14821

| | |
|---|---|
| Description | **JPS Z2 to Harris XL-185M/XL-200M Mobile / Control Station Radio Interface Cabl** |
| Quantity | **2.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$371.45** |
| Total Price | **$742.90** |

## QL-14822

| | |
|---|---|
| Description | **MCC-4 Multi-Channel Desktop Console** |
| Quantity | **6.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$3,079.12** |
| Total Price | **$18,474.72** |

## QL-14823

| | |
|---|---|
| Description | **746-806 MHz, 12 Ch. Control Station Combiner** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$19,988.25** |
| Total Price | **$19,988.25** |

## QL-14824

| | |
|---|---|
| Description | **Shipping / Freight** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$2,000.00** |
| Total Price | **$2,000.00** |

## Files

**PSS CVQ 1482 - FL DEM**

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

| | |
|---|---|
| Created By | **Jonathan Ayres** |

## Approval History

**7/1/2025, 9:07 AM**

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

| | |
|---|---|
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

Supp. App. 1330

**6/30/2025, 12:54 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Richard Gage** |
| Comments | **Approved.** |

**6/30/2025, 9:48 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency** |

**6/30/2025, 9:45 AM**

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Robert Little** |
| Actual Approver | **Robert Little** |
| Comments | |

**Quote History**

**7/1/2025, 9:07 AM**

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved.** Record locked. |

**6/30/2025, 12:54 PM**

| | |
|---|---|
| User | **Richard Gage** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief.** Record locked. |

**6/30/2025, 9:48 AM**

| | |
|---|---|
| User | **Caleb Keller** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget).** Record locked. |

**6/30/2025, 9:45 AM**

| | |
|---|---|
| User | **Robert Little** |
| Action | Changed **Approval Process Step** to **Legal.** Changed **Requestor** to **Robert Little.** Changed **Status** from Pending Review to **Submitted for Approval.** Record locked. |

**6/30/2025, 9:44 AM**

| | |
|---|---|
| Action | Changed **Request For Quote Owner Email** to **robert.little@em.myflorida.com.** Changed **Submission Date** to **6/30/2025.** Changed **Status** from New to **Pending Review.** |

**6/30/2025, 9:31 AM**

| | |
|---|---|
| Action | Changed **Estimated Arrival Time** to **7/31/2025, 12:00 PM.** Changed **Delivery Method** to **Delivered UPS to location designated by FDEM..** Changed **Additional Comments** to **Portable radios and portable radio accessories estimated delivery by 07/31/2025. JPS equipment estimated delivery by 07/31/2025. Mobile radio / Control Station radio equipment estimated delivery unknown at this time..** |

**6/30/2025, 9:28 AM**

| | |
|---|---|
| Action | Changed **Quote Number** to **Q-03343.** Created. |

USCA11 Case: 25-12873     Document: 92-5     Date Filed: 01/08/2026     Page: 254 of 335

**Purchase Orders**

PO-010199

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

7/4/25, 9:59 AM                                        00072 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

## 00072

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00072 | WebEoc Mission Data ID | 641866 |
| Mission Title | Radios and accessories for OVS Faciloities | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT TECH SERVICES |
| Approval Status | | Mission Tasked To | SERT TECH SERVICES - TELECOMMUNICATIONS |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Robert Little | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |

https://fdem.my.salesforce.com/a2Scs000004N3SjEAK/p                                                                1/4

| | | | |
|---|---|---|---|
| EMAC assisting state | | | |
| Is supporting texas EMAC | | | |
| Chosen Agency | | | |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | This is for the purchase of 200 portable and 10 Mobile units plus accessories for the facilitiesPLEASE ASSIGN TO TELEOCMMS | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | PO Issued |
| Position Name | SERT TECH SERVICES - TELECOMMUNICATIONS | Mission Critical | |
| Mission Lifeline | Communications | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | | | |
|---|---|---|---|
| Street | 2555 Shumard Oak Blvd | | |
| City | Tallahassee | | |
| Zip | 32399 | | |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Robert Little | Mission Primary Contact | Robert Little |
| Authorized Rep Title | Telecommunications Specialist III | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502846940 |
| Authorized Rep Phone | +18502846940 | | |
| On Scene Contact Email | | Secondary Contact Name | Roger Lord |

| On Scene Contact Name | Roger Lord | Secondary Contact Email | |
| On Scene Contact Phone | 8502965101 | Secondary Contact Phone | 8502965101 |

### Travel Auth Rollups

| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/29/2025, 2:36 PM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 7/4/2025, 9:48 AM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

### 7/1/2025, 12:51 PM

| User | **DEM Integration** |
| Action | Changed **Mission Status** from Routing to **PO Issued.** |

### 6/30/2025, 10:16 AM

| User | **DEM Integration** |
| Action | Changed **Mission Status** from Coordinating to **Routing.** |

### 6/29/2025, 3:11 PM

| User | **DEM Integration** |
| Action | Changed **Mission Status** from Tasked to **Coordinating.** |

### 6/29/2025, 2:46 PM

| User | **DEM Integration** |
| Action | Changed **Mission Tasked To** from Untasked to **SERT TECH SERVICES - TELECOMMUNICATIONS.** Changed **Mission Status** from New Mission to **Tasked.** |

### 6/29/2025, 2:37 PM

| User | **DEM Integration** |
| Action | Changed **Total Line Item Delivered Amount** to **$0.00.** Changed **Sum Total Line Item Amounts** to **$0.00.** **Created.** |

## Requests for Quotes
### Radios and accessories for OVS Facilities

| Date/Time Resource Needed | **7/10/2025, 12:00 PM** |
| Status | **Open to Quote** |
| Created By | **Robert Little, 6/29/2025, 2:51 PM** |
| Last Modified Date | **6/30/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**

PO-010200

Issued Date

Created Date
7/1/2025, 9:07 AM

**SUPPLIER**
WILLIAMS COMMUNICATIONS, INC.

**TOTAL AMOUNT**
$47,730.00
Method of Procurement
O2
Event Name

Mission Number
00071
State Contract/Pre-Disaster Agreement ID:

**SHIP TO**
2555 Shumard Oak Blvd, Tallahassee, 32399

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

7/4/25, 10:07 AM
Purchase Order - Printable View with T&C

Supp. App. 1337
USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/06/2026    Page: 260 of 335

| DELIVER TO | ACCOUNT MANAGER |
|---|---|
| | |

(required)    **Purchase Order Line Items**

| Description | ⌄ | Quantity | ⌄ | Un it | ⌄ | Unit Price | ⌄ | Total Amount | ⌄ |
|---|---|---|---|---|---|---|---|---|---|
| Battery-L3H XL-Li-Ion-Hi Cap 4800 mAh | | 300.00 | | Each | | $159.10 | | $47,730.00 | |

**Purchase Order Field History**

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/1/2025, 7:10:37 PM | Status__c | Brittany Adams | New | Received |
| 7/1/2025, 7:09:36 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/1/2025, 7:08:30 PM | FLAIR_Contract_Id__c | Brittany Adams | | E6009 |
| 7/1/2025, 9:07:22 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 1 |
| 7/1/2025, 9:07:22 AM | created | Ian Guidicelli | | |
| 7/1/2025, 9:07:22 AM | Total_Amount__c | Ian Guidicelli | | 47730 |
| 7/1/2025, 9:07:22 AM | Name | Ian Guidicelli | | PO-010200 |
| 7/1/2025, 9:07:22 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 1 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069PU00000B7p4JYAR)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03344

| | | | |
|---|---|---|---|
| Quote Number | Q-03344 | Owner | Brenda Seaborn |
| Request for Quote | Batteries for XL series radios | Approval Process Step | Approved |
| Resource Description | FDEM - R Lord - Hi Cap Battery Quote | Requestor | Robert Little |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | Florida DCA-Division of Emergency Management 2555 Shumard Oak Blvd Sadowski Bldg Tallahassee FL 32399-2100 | Total Price | $47,730.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/27/2025, 12:00 PM |
| Mission Name | 00071 | Hold Date | |
| Mission # | 00071 | Estimated Arrival Time | 7/4/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | 7/5/2025 |
| Incident ID | 187 | Additional Comments | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | WILLIAMS COMMUNICATIONS, INC. | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069PU00000B7p4JYAR | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Brenda Seaborn, 6/30/2025, 9:32 AM | Last Modified By | Ian Guidicelli, 7/1/2025, 9:07 AM |

## Quote Line Items
### QL-14825

| | |
|---|---|
| Description | **Battery-L3H XL-Li-Ion-Hi Cap 4800 mAh** |
| Quantity | **300.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$159.10** |
| Total Price | **$47,730.00** |

## Files

**6.27.25 - SRO224635 - FDEM - R Lord - Hi Cap Battery Quote**

Created By  **Brenda Seaborn**

## Approval History
**7/1/2025, 9:07 AM**

|  |  |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

**6/30/2025, 12:57 PM**

|  |  |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Richard Gage** |
| Comments | **Approved.** |

**6/30/2025, 10:21 AM**

|  |  |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency.** |

**6/30/2025, 9:59 AM**

|  |  |
|---|---|
| Status | **Submitted** |
| Assigned To | **Robert Little** |
| Actual Approver | **Robert Little** |
| Comments | |

## Quote History

**7/1/2025, 9:07 AM**

| User | Ian Guidicelli |
|---|---|
| Action | Changed **Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

**6/30/2025, 12:57 PM**

| User | Richard Gage |
|---|---|
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

**6/30/2025, 10:21 AM**

| User | Caleb Keller |
|---|---|
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

**6/30/2025, 10:00 AM**

| Action | Changed **Approval Process Step** to **Legal**. Changed **Requestor** to **Robert Little**. Changed **Status** from Pending Review to **Submitted for Approval**. Record locked. |
|---|---|

**6/30/2025, 9:51 AM**

| Action | Changed **Request For Quote Owner Email** to **robert.little@em.myflorida.com**. Changed **Submission Date** to **6/30/2025**. Changed **Status** from New to **Pending Review**. |
|---|---|

**6/30/2025, 9:50 AM**

| Action | Changed **Quote End Date** to **7/5/2025**. |
|---|---|

**6/30/2025, 9:48 AM**

| User | Brenda Seaborn |
|---|---|

Supp. App. 1340

| Action | Changed **Estimated Arrival Time** to **7/4/2025, 12:00 PM.** |

**6/30/2025, 9:32 AM**

| User | **Brenda Seaborn** |
| Action | Changed **Quote Number** to **Q-03344.** Created. |

## Purchase Orders

**PO-010200**

Copyright © 2000–2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## 00071

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00071 | WebEoc Mission Data ID | 641861 |
| Mission Title | Batteries for XL series radios | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT TECH SERVICES |
| Approval Status | | Mission Tasked To | SERT TECH SERVICES - TELECOMMUNICATIONS |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Robert Little | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | This is for the purchase of 300 Total Battery-L3H XL-Li-Ion-Hi Cap 4800 mAhPLEASE ASSIGN TO TELECOMMS | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | PO Issued |
| Position Name | SERT TECH SERVICES - TELECOMMUNICATIONS | Mission Critical | |
| Mission Lifeline | Communications | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 2555 Shumard Oak Blvd |
| City | Tallahassee |
| Zip | 32399 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Robert Little | Mission Primary Contact | Robert Little |
| Authorized Rep Title | Telecommunications Specialist III | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502846940 |
| Authorized Rep Phone | +18502846940 | | |
| On Scene Contact Email | | Secondary Contact Name | Roger Lord |
| On Scene Contact Name | Roger Lord | Secondary Contact Email | |

Supp. App. 1343

| | | | |
|---|---|---|---|
| On Scene Contact Phone | 8502965101 | Secondary Contact Phone | 8502965101 |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/29/2025, 2:31 PM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 7/4/2025, 10:04 AM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

**7/1/2025, 12:51 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Mission Status** from Routing to **PO Issued.** |

**6/30/2025, 10:16 AM**

| User | DEM Integration |
|---|---|
| Action | Changed **Mission Status** from Coordinating to **Routing.** |

**6/29/2025, 3:11 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Mission Status** from Tasked to **Coordinating.** |

**6/29/2025, 2:31 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to $0.00. Changed **Sum Total Line Item Amounts** to $0.00. **Created.** |

## Requests for Quotes
### Batteries for XL series radios

| | |
|---|---|
| Date/Time Resource Needed | **7/4/2025, 12:00 PM** |
| Status | **Open to Quote** |
| Created By | **Robert Little, 6/29/2025, 2:46 PM** |
| Last Modified Date | **6/29/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**

PO-010198

Issued Date

Created Date
7/1/2025, 8:12 AM

**SUPPLIER**
Lemoine CDR Logistics, LLC

**TOTAL AMOUNT**
$52,010.00
Method of Procurement
O2
Event Name

Mission Number
00051
State Contract/Pre-Disaster Agreement ID:

**SHIP TO**
2575 Shumard Oak Blvd, Tallahassee, 32399

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

| DELIVER TO | ACCOUNT MANAGER |
|---|---|
| | |

(required)    **Purchase Order Line Items**

| Description | ⌄ | Quantity | ⌄ | Un it | ⌄ | Unit Price | ⌄ | Total Amount | ⌄ |
|---|---|---|---|---|---|---|---|---|---|
| Three Person Cleaning Crew Including Supplies | | 3.00 | | Hourly | | $65.00 | | $32,760.00 | |
| Mobilization | | 1.00 | | Each | | $19,250.00 | | $19,250.00 | |

**Purchase Order Field History**

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/1/2025, 7:17:24 PM | Status__c | Brittany Adams | New | Received |
| 7/1/2025, 7:17:06 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/1/2025, 7:16:25 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 2 | 1 |
| 7/1/2025, 7:11:43 PM | FLAIR_Contract_Id__c | Brittany Adams | | E6010 |
| 7/1/2025, 8:12:18 AM | created | Ian Guidicelli | | |
| 7/1/2025, 8:12:18 AM | Total_Amount__c | Ian Guidicelli | | 52010 |
| 7/1/2025, 8:12:18 AM | Name | Ian Guidicelli | | PO-010198 |
| 7/1/2025, 8:12:18 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 2 |
| 7/1/2025, 8:12:18 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 2 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069Do00000GZFA0IAP)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03338

| | | | |
|---|---|---|---|
| Quote Number | Q-03338 | Owner | Judith Ivester |
| Request for Quote | Enhanced Clean | Approval Process Step | Approved |
| Resource Description | Three Person Cleaning Crew Inclusive of Supplies | Requestor | Tiffany Gary |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $52,010.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/28/2025, 6:30 AM |
| Mission Name | 00051 | Hold Date | |
| Mission # | 00051 | Estimated Arrival Time | 6/28/2025, 6:30 AM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | Three staff beginning 6/28/2025 through 7/11/2025, 12 hour shifts. |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | Lemoine CDR Logistics, LLC | Account State Registered |  |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Do00000GZFA0IAP | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Judith Ivester, 6/28/2025, 9:38 AM | Last Modified By | Ian Guidicelli, 7/1/2025, 8:12 AM |

## Quote Line Items

### QL-14763

| | |
|---|---|
| Description | **Three Person Cleaning Crew Including Supplies** |
| Quantity | **3.00** |
| Charge Type | **Recurring** |
| Usage Amount | **168.00** |
| Unit of Measurement | **Hourly** |
| Rate | **$65.00** |
| Total Price | **$32,760.00** |

### QL-14764

| | |
|---|---|
| Description | **Mobilization** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$19,250.00** |
| Total Price | **$19,250.00** |

7/4/25, 10:09 AM

Q-03338 ~ Salesforce - Unlimited Edition

## Approval History

**7/1/2025, 8:12 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

**6/30/2025, 12:45 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Richard Gage** |
| Comments | **Approved** |

**6/30/2025, 8:20 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency** |

**6/29/2025, 4:16 PM**

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Tiffany Gary** |
| Actual Approver | **Tiffany Gary** |
| Comments | |

## Quote History

**7/1/2025, 8:12 AM**

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved.** Record locked. |

**6/30/2025, 12:45 PM**

| | |
|---|---|
| User | **Richard Gage** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief.** Record locked. |

**6/30/2025, 8:20 AM**

| | |
|---|---|
| User | **Caleb Keller** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget).** Record locked. |

**6/29/2025, 4:16 PM**

| | |
|---|---|
| Action | Changed **Approval Process Step** to **Legal.** Changed **Requestor** to **Tiffany Gary.** Changed **Status** from Pending Review to **Submitted for Approval.** Record locked. |

**6/28/2025, 9:44 AM**

| | |
|---|---|
| Action | Changed **Request For Quote Owner Email** to **tiffany.gary@em.myflorida.com.** Changed **Submission Date** to **6/28/2025.** Changed **Status** from New to **Pending Review.** |

**6/28/2025, 9:44 AM**

Supp. App. 1348

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 271 of 335

| Action | Changed **Estimated Arrival Time** to 6/28/2025, 6:30 AM. Changed **Additional Comments** to **Three staff beginning 6/28/2025 through 7/11/2025, 12 hour shifts.**. |

**6/28/2025, 9:38 AM**

| User | Judith Ivester |
| Action | Changed **Quote Number** to **Q-03338**. Created. |

**Purchase Orders**

PO-010198

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1349

7/4/25, 10:09 AM
USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 272 of 335
00051 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

## 00051

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00051 | WebEoc Mission Data ID | 641733 |
| Mission Title | Enhanced Clean | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT LOGISTICS |
| Approval Status | | Mission Tasked To | SERT LOGISTICS - VENDOR SERVICES |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Micheal Duncan | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

| | |
|---|---|
| Is supporting texas EMAC | |
| Chosen Agency | |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | need Enhanced Cleaning for SEOC to support operations. Hours of operations for service will be 7 am to 8 pm vendor must supply their own supplies and tools. | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | Tasked |
| Position Name | SERT OPERATIONS | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | |
|---|---|---|
| Working Conditions | Working Conditions Comments | |
| Health & Safety Concerns | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | |
|---|---|---|
| Is Lodging Provided? | Is Lodging Provided Comments | |
| Is Meal Provided? | Is Meal Provided Comments | |
| Is Vehicle Provided? | Is Vehicle Provided Comments | |
| Will other logistics be provided? | Other logistics be provided comments | |
| Other Mission Information or Comments | | |

## Mission Location and Contacts

| | | |
|---|---|---|
| Street | 2575 Shumard Oak Blvd | |
| City | Tallahassee | |
| Zip | 32399 | |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Ian Guidicelli | Mission Primary Contact | Micheal Duncan |
| Authorized Rep Title | State SERT | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | +18505676771 |
| Authorized Rep Phone | 8503543044 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Micheal Duncan |
| On Scene Contact Name | Micheal Duncan | Secondary Contact Email | |

| | | | |
|---|---|---|---|
| On Scene Contact Phone | +18505676771 | Secondary Contact Phone | 4882299353 |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/26/2025, 7:57 AM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 7/1/2025, 7:56 PM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

**6/27/2025, 3:32 PM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Assigned to **Tasked.** |

**6/26/2025, 8:07 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Tasked To** from Untasked to **SERT LOGISTICS - VENDOR SERVICES.** Changed **Mission Status** from New Mission to **Assigned.** |

**6/26/2025, 7:57 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to $0.00. Changed **Sum Total Line Item Amounts** to $0.00. **Created.** |

## Requests for Quotes
### Enhanced Clean

| | |
|---|---|
| Date/Time Resource Needed | **6/28/2025, 6:30 AM** |
| Status | **Canceled** |
| Created By | **Micheal Duncan, 6/26/2025, 2:33 PM** |
| Last Modified Date | **6/28/2025** |

### Enhanced Clean

| | |
|---|---|
| Status | **Closed** |
| Created By | **Tiffany Gary, 6/28/2025, 9:36 AM** |
| Last Modified Date | **6/29/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**
PO-010197
Issued Date

Created Date
7/1/2025, 8:12 AM

**SUPPLIER**
Lemoine CDR Logistics, LLC

**TOTAL AMOUNT**
$18,178,796.27
Method of Procurement
O2
Event Name

Mission Number
00043
State Contract/Pre-Disaster Agreement ID:

**SHIP TO**
54575 Tamiami Trail, Ochopee, 34141

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

| DELIVER TO | ACCOUNT MANAGER |
|---|---|
| | |

(required)    **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| Fuel Management and Storage - Eqpt/Distribution | 1.00 | Daily | $41,730.00 | $1,877,850.00 |
| Surveying and Permitting | 1.00 | Each | $41,600.00 | $41,600.00 |
| Land Clearance As Required - Area 1 | 1.00 | Each | $283,075.00 | $283,075.00 |
| Electric and Sewer Infrastructure | 1.00 | Each | $0.00 | $0.00 |
| Well Expansion If Feasible | 1.00 | Each | $0.00 | $0.00 |
| Land Clearance As Required - Area 2 | 1.00 | Each | $1,620,060.00 | $1,620,060.00 |
| Land Clearance As Required - Area 3 | 1.00 | Each | $3,917,160.00 | $3,917,160.00 |
| Fuel Management and Storage - DEF | 1.00 | Daily | $4,387.50 | $197,437.50 |
| Estimated Fuel - Diesel and Unleaded | 1.00 | Daily | $114,000.00 | $5,130,000.00 |
| Mobilization | 1.00 | Each | $1,714,040.35 | $1,714,040.35 |
| Guard House - Wraparound Services | 6.00 | Weekly | $2,196.00 | $79,056.00 |
| Roadway Development - Access Roads Only Expansion (Base) | 1.00 | Each | $967,032.30 | $967,032.30 |
| FDEM Requested Electrical Feeder Repair | 1.00 | Each | $195,535.12 | $195,535.12 |
| Armed Security Guards | 8.00 | Daily | $1,260.00 | $453,600.00 |
| Estimated Fuel - Propane | 1.00 | Daily | $37,830.00 | $1,702,350.00 |

| Purchase Order Field History | | | | |
|---|---|---|---|---|
| Date | Field | User | Original Value | New Value |
| 7/3/2025, 5:35:44 PM | Change_Order_Created__c | Tiffany Gary | false | true |
| 7/1/2025, 7:36:50 PM | Status__c | Brittany Adams | New | Received |
| 7/1/2025, 7:36:30 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/1/2025, 7:35:28 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 2 | 1 |

Supp. App. 1354

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/1/2025, 7:34:11 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 3 | 2 |
| 7/1/2025, 7:33:17 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 4 | 3 |
| 7/1/2025, 7:32:30 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 5 | 4 |
| 7/1/2025, 7:31:23 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 6 | 5 |
| 7/1/2025, 7:30:30 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 7 | 6 |
| 7/1/2025, 7:29:56 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 8 | 7 |
| 7/1/2025, 7:29:22 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 9 | 8 |
| 7/1/2025, 7:28:45 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 10 | 9 |
| 7/1/2025, 7:28:06 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 11 | 10 |
| 7/1/2025, 7:27:25 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 12 | 11 |
| 7/1/2025, 7:26:50 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 13 | 12 |
| 7/1/2025, 7:22:33 PM | FLAIR_Contract_Id__c | Brittany Adams | | E6011 |
| 7/1/2025, 8:12:13 AM | Name | Ian Guidicelli | | PO-010197 |
| 7/1/2025, 8:12:13 AM | Total_Amount__c | Ian Guidicelli | | 18178796.27 |
| 7/1/2025, 8:12:13 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 15 |
| 7/1/2025, 8:12:13 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 13 |
| 7/1/2025, 8:12:13 AM | created | Ian Guidicelli | | |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069Do00000GZFA0JAP)

Next

Q-03315 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03315

| | | | |
|---|---|---|---|
| Quote Number | Q-03315 | Owner | Judith Ivester |
| Request for Quote | TNT - Site Prep | Approval Process Step | Approved |
| Resource Description | LCDR TNT Site Prep | Requestor | Tiffany Gary |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $18,178,796.27 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/25/2025, 12:00 PM |
| Mission Name | 00043 | Hold Date | |
| Mission # | 00043 | Estimated Arrival Time | 6/23/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | Quote revised to account for additional scope items. |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | Lemoine CDR Logistics, LLC | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Do00000GZFA0IAP | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Judith Ivester, 6/24/2025, 2:03 PM | Last Modified By | Tiffany Gary, 7/3/2025, 5:35 PM |

## Quote Line Items
### QL-14670

| | |
|---|---|
| Description | **Fuel Management and Storage - Eqpt/Distribution** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **45.00** |
| Unit of Measurement | **Daily** |
| Rate | **$41,730.00** |
| Total Price | **$1,877,850.00** |

### QL-14663

| | |
|---|---|
| Description | **Surveying and Permitting** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$41,600.00** |
| Total Price | **$41,600.00** |

## QL-14666

| | |
|---|---|
| Description | **Land Clearance As Required - Area 1** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$283,075.00** |
| Total Price | **$283,075.00** |

## QL-14669

| | |
|---|---|
| Description | **Electric and Sewer Infrastructure** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$0.00** |
| Total Price | **$0.00** |

## QL-14671

| | |
|---|---|
| Description | **Well Expansion If Feasible** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$0.00** |
| Total Price | **$0.00** |

## QL-14688

| | |
|---|---|
| Description | **Land Clearance As Required - Area 2** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$1,620,060.00** |
| Total Price | **$1,620,060.00** |

## QL-14689

| | |
|---|---|
| Description | **Land Clearance As Required - Area 3** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$3,917,160.00** |
| Total Price | **$3,917,160.00** |

## QL-14690

| | |
|---|---|
| Description | **Fuel Management and Storage - DEF** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **45.00** |
| Unit of Measurement | **Daily** |
| Rate | **$4,387.50** |
| Total Price | **$197,437.50** |

## QL-14691

| | |
|---|---|
| Description | **Estimated Fuel - Diesel and Unleaded** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **45.00** |
| Unit of Measurement | **Daily** |
| Rate | **$114,000.00** |
| Total Price | **$5,130,000.00** |

## QL-14692

| | |
|---|---|
| Description | **Mobilization** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$1,714,040.35** |
| Total Price | **$1,714,040.35** |

## QL-14694

| | |
|---|---|
| Description | **Guard House - Wraparound Services** |
| Quantity | **6.00** |
| Charge Type | **Recurring** |
| Usage Amount | **6.00** |
| Unit of Measurement | **Weekly** |
| Rate | **$2,196.00** |
| Total Price | **$79,056.00** |

## QL-14696

| | |
|---|---|
| Description | **Roadway Development - Access Roads Only Expansion (Base)** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$967,032.30** |
| Total Price | **$967,032.30** |

## QL-14768

| | |
|---|---|
| Description | **FDEM Requested Electrical Feeder Repair** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$195,535.12** |
| Total Price | **$195,535.12** |

## QL-14769

| | |
|---|---|
| Description | **Armed Security Guards** |
| Quantity | **8.00** |
| Charge Type | **Recurring** |
| Usage Amount | **45.00** |
| Unit of Measurement | **Daily** |
| Rate | **$1,260.00** |
| Total Price | **$453,600.00** |

## QL-14770

| | |
|---|---|
| Description | **Estimated Fuel - Propane** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **45.00** |
| Unit of Measurement | **Daily** |
| Rate | **$37,830.00** |
| Total Price | **$1,702,350.00** |

## Approval History

### 7/1/2025, 8:12 AM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

### 6/30/2025, 10:52 AM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Richard Gage** |
| Comments | **Approved.** |

### 6/30/2025, 8:19 AM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency** |

### 6/29/2025, 9:30 AM

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Tiffany Gary** |
| Actual Approver | **Tiffany Gary** |
| Comments | |

## Quote History

### 7/1/2025, 8:12 AM

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

### 6/30/2025, 10:52 AM

| | |
|---|---|
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

### 6/30/2025, 8:19 AM

| | |
|---|---|
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

### 6/29/2025, 9:30 AM

| | |
|---|---|
| User | **Tiffany Gary** |
| Action | Changed **Approval Process Step** to **Legal**. Changed **Requestor** to **Tiffany Gary**. Changed **Status** from Pending Review to **Submitted for Approval**. |

**6/29/2025, 9:30 AM**

| User | **Tiffany Gary** |
|------|------------------|
| Action | **Record locked.** |

**6/28/2025, 5:34 PM**

| User | **Judith Ivester** |
|------|------------------|
| Action | Changed **Submission Date** from 6/25/2025 to **6/28/2025.** Changed **Status** from New to **Pending Review.** Deleted Revise in **Status Reason.** |

**6/28/2025, 5:33 PM**

| User | **Judith Ivester** |
|------|------------------|
| Action | Changed **Estimated Arrival Time** to **6/23/2025, 12:00 PM.** Changed **Additional Comments** to **Quote revised to account for additional scope items..** |

**6/28/2025, 12:08 PM**

| User | **Judith Ivester** |
|------|------------------|
| Action | Changed **Status** from Pending Review to **New.** Changed **Status Reason** to **Revise.** |

**6/25/2025, 1:08 PM**

| User | **Judith Ivester** |
|------|------------------|
| Action | Changed **Request For Quote Owner Email** to **tiffany.gary@em.myflorida.com.** Changed **Submission Date** to **6/25/2025.** Changed **Status** from New to **Pending Review.** |

**6/24/2025, 2:03 PM**

| User | **Judith Ivester** |
|------|------------------|
| Action | Changed **Quote Number** to **Q-03315.** Created. |

**Purchase Orders**

PO-010197

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## 00043

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00043 | WebEoc Mission Data ID | 641616 |
| Mission Title | TNT - Site Prep | Program | |
| TAR Status | None | Request Type | County |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | |
| Mission Outage Date | | Region | Region 9 |
| Mission Entity | Emergency Operations Center | Vendor | LCDR |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT LOGISTICS |
| Approval Status | | Mission Tasked To | SERT LOGISTICS - VENDOR SERVICES |
| Submitted Date | | All Reimbursements Complete | |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Tiffany Gary | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas
EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | Initial TNT site preparation | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | On Scene |
| Position Name | LCDR | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 54575 Tamiami Trail |
| City | Ochopee |
| Zip | 34141 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Ian Guidicelli | Mission Primary Contact | Tiffany Gary |
| Authorized Rep Title | SERT Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | +14482292182 |
| Authorized Rep Phone | 850-354-3044 | | |
| On Scene Contact Email | | Secondary Contact Name | Frankie Lumm |
| On Scene Contact Name | Frankie Lumm | Secondary Contact Email | |
| On Scene Contact Phone | 448-220-7083 | Secondary Contact Phone | (448) 229-9455 |

Supp. App. 1362

### Travel Auth Rollups

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/25/2025, 2:17 PM | Owner | DEM Integration |
| County Text | Collier County | Last Modified By | DEM Integration, 7/3/2025, 7:56 PM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | | | |

## Mission History
### 6/29/2025, 12:47 PM

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Mission Status** from Coordinating to **On Scene**. |

### 6/25/2025, 2:57 PM

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Reference Disaster Data** to 2025 OVS FACILITIES - TNT. Changed **Incident Name** to **2025 OVS FACILITIES - TNT**. |

### 6/25/2025, 2:37 PM

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Mission Tasked To** from Untasked to **SERT LOGISTICS - VENDOR SERVICES**. Changed **Mission Status** from New Mission to **Coordinating**. |

### 6/25/2025, 2:17 PM

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Total Line Item Delivered Amount** to $0.00. Changed **Sum Total Line Item Amounts** to $0.00. **Created**. |

## Requests for Quotes
### TNT - Site Prep

| | |
|---|---|
| Date/Time Resource Needed | **7/1/2025, 12:00 PM** |
| Status | **Open to Quote** |
| Created By | **Tiffany Gary, 6/24/2025, 11:53 AM** |
| Last Modified Date | **6/26/2025** |

### PO-010197 Change Order

| | |
|---|---|
| Date/Time Resource Needed | **7/1/2025, 12:00 PM** |
| Status | **Sent to Vendor** |
| Created By | **Tiffany Gary, 7/3/2025, 5:35 PM** |
| Last Modified Date | **7/3/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1363





**ORDER NO.**

PO-010195

Issued Date

Created Date
7/1/2025, 8:11 AM

| | |
|---|---|
| **SUPPLIER** | **TOTAL AMOUNT** |
| IRG Global Emergency Management | $2,905,740.00 |
| | Method of Procurement |
| | O2 |
| | Event Name |
| | |
| | Mission Number |
| | 00019 |
| | State Contract/Pre-Disaster Agreement ID: |

| | |
|---|---|
| **SHIP TO** | **BILL TO** |
| 54575 Tamiami Trail, Ochopee, 34141 | DEM Tallahassee |
| | 2555 Shumard Oak Boulevard |
| | Sadowski Building |
| | Tallahassee, FL 32399-2100 |
| | United States |
| | Phone: +1 850-815-4000 |

7/4/25, 10:23 AM　　　　　　　　　　　　　　Purchase Order - Printable View with T&C

| DELIVER TO | ACCOUNT MANAGER |
|---|---|
| | |

(required)　**Purchase Order Line Items**

| Description ⌄ | Quantity ⌄ | Unit ⌄ | Unit Price ⌄ | Total Amount ⌄ |
|---|---|---|---|---|
| Site Shuttle Operations | 30.00 | Daily | | |
| Secure Transport Vehicle | 3.00 | Daily | | |
| Secured Vehicle Operation | 1.00 | Daily | | |
| Air Field Ground Controller Vehicles | 4.00 | Daily | | |
| Air Boss Operations | 1.00 | Daily | | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/1/2025, 7:52:02 PM | Status__c | Brittany Adams | New | Received |
| 7/1/2025, 7:51:38 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/1/2025, 7:50:45 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 2 | 1 |
| 7/1/2025, 7:49:52 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 3 | 2 |
| 7/1/2025, 7:49:05 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 4 | 3 |
| 7/1/2025, 7:48:27 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 5 | 4 |
| 7/1/2025, 7:43:37 PM | FLAIR_Contract_Id__c | Brittany Adams | | E6012 |
| 7/1/2025, 8:11:43 AM | created | Ian Guidicelli | | |
| 7/1/2025, 8:11:43 AM | Total_Amount__c | Ian Guidicelli | | 2905740 |
| 7/1/2025, 8:11:43 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 5 |
| 7/1/2025, 8:11:43 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 5 |
| 7/1/2025, 8:11:43 AM | Name | Ian Guidicelli | | PO-010195 |

Use the link below to view the signed Terms and Conditions documentation.

[Signed Terms and Conditions (https://fdem.my.salesforce.com/069cs00000maOLLAA2)](https://fdem.my.salesforce.com/069cs00000maOLLAA2)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

## Q-03335

| | | | | |
|---|---|---|---|---|
| Quote Number | Q-03335 | Owner | | *Redacted pursuant to s. 119.0715, Florida Statutes* |
| Request for Quote | TNT Facility Transportation | Approval Process Step | Approved | |
| Resource Description | TNT Transportation | Requestor | Tiffany Gary | |
| Resource Typing/Grouping | | Status | Approved | |
| Resource Location/Point of Origin | TNT Airport | Total Price | $2,905,740.00 | |
| Delivery Method | | Available Date of Delivery/Work Start | 6/25/2025, 12:00 PM | |
| Mission Name | 00019 | Hold Date | | |
| Mission # | 00019 | Estimated Arrival Time | | |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | | |
| Incident ID | 187 | Additional Comments | | |

### Vendor Details

| | | | |
|---|---|---|---|
| Vendor | IRG Global Emergency Management | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069cs00000maOLLAA2 | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | | Last Modified By | Ian Guidicelli, 7/1/2025, 8:11 AM |
| | 6/28/2025, 7:10 AM | | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

## Quote Line Items

### QL-14752

| | |
|---|---|
| Description | |
| Quantity | |
| Charge Type | |
| Usage Amount | |
| Unit of Measurement | |
| Rate | |
| Total Price | |



*Redacted pursuant to s. 119.0715, Florida Statutes*

### QL-14753

| | |
|---|---|
| Description | |
| Quantity | |
| Charge Type | |
| Usage Amount | |
| Unit of Measurement | |
| Rate | |
| Total Price | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

7/4/25, 10:23 AM            Q-03335 ~ Salesforce - Unlimited Edition



**QL-14754**

| | |
|---|---|
| Description | |
| Quantity | |
| Charge Type | |
| Usage Amount | |
| Unit of Measurement | |
| Rate | |
| Total Price | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

**QL-14755**

| | |
|---|---|
| Description | |
| Quantity | |
| Charge Type | |
| Usage Amount | |
| Unit of Measurement | |
| Rate | |
| Total Price | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

**QL-14756**

| | |
|---|---|
| Description | |
| Quantity | |
| Charge Type | |
| Usage Amount | |
| Unit of Measurement | |
| Rate | |
| Total Price | |

**Files**

**Transportation Quote**

*Redacted pursuant to s. 119.0715, Florida Statutes*

| | |
|---|---|
| Last Modified | **6/28/2025, 8:17 AM** |
| Created By | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

**Approval History**

**7/1/2025, 8:11 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

**6/30/2025, 10:58 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Richard Gage** |
| Comments | **Approved** |

**6/30/2025, 8:17 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency.** |

**6/29/2025, 8:21 AM**

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Tiffany Gary** |

Supp. App. 1368

Actual Approver **Tiffany Gary**

Comments

## Quote History

**7/1/2025, 8:11 AM**

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved. Record locked.** |

**6/30/2025, 10:58 AM**

| | |
|---|---|
| User | **Richard Gage** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief. Record locked.** |

**6/30/2025, 8:17 AM**

| | |
|---|---|
| User | **Caleb Keller** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget). Record locked.** |

**6/29/2025, 8:21 AM**

| | |
|---|---|
| User | **Tiffany Gary** |
| Action | Changed **Approval Process Step** to **Legal.** Changed **Requestor** to **Tiffany Gary.** Changed **Status** from Pending Review to **Submitted for Approval. Record locked.** |

**6/28/2025, 8:17 AM**

| | |
|---|---|
| User | ▮▮▮▮▮▮ *Redacted pursuant to s. 119.0715, Florida Statutes* |
| Action | Changed **Request For Quote Owner Email** to **tiffany.gary@em.myflorida.com.** Changed **Submission Date** to **6/28/2025.** Changed **Status** from New to **Pending Review.** |

**6/28/2025, 7:10 AM**

| | |
|---|---|
| User | ▮▮▮▮▮▮ *Redacted pursuant to s. 119.0715, Florida Statutes* |
| Action | Changed **Quote Number** to **Q-03335. Created.** |

## Purchase Orders
**PO-010195**

Copyright © 2000–2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## 00019

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00019 | WebEoc Mission Data ID | 641563 |
| Mission Title | TNT Facility Transportation | Program | |
| TAR Status | None | Request Type | County |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | |
| Mission Outage Date | | Region | Region 9 |
| Mission Entity | Emergency Operations Center | Vendor | IRG |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT LOGISTICS |
| Approval Status | | Mission Tasked To | SERT LOGISTICS - VENDOR SERVICES |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Tiffany Gary | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | TNT Facility Transportation | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | On Scene |
| Position Name | IRG | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | |
|---|---|---|
| Working Conditions | Working Conditions Comments | |
| Health & Safety Concerns | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | |
|---|---|---|
| Is Lodging Provided? | Is Lodging Provided Comments | |
| Is Meal Provided? | Is Meal Provided Comments | |
| Is Vehicle Provided? | Is Vehicle Provided Comments | |
| Will other logistics be provided? | Other logistics be provided comments | |
| Other Mission Information or Comments | | |

## Mission Location and Contacts

| | | |
|---|---|---|
| Street | 54575 Tamiami Trail | |
| City | Ochopee | |
| Zip | 34141 | |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Ian Guidicelli | Mission Primary Contact | Tiffany Gary |
| Authorized Rep Title | SERT Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 448-229-2182 |
| Authorized Rep Phone | 850-354-3044 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Frankie Lumm |
| On Scene Contact Name | Frankie Lumm | Secondary Contact Email | |
| On Scene Contact Phone | 448-220-7083 | Secondary Contact Phone | 448-229-9455 |

7/4/25, 10:24 AM                                              00019 ~ Salesforce - Unlimited Edition

### Travel Auth Rollups

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/25/2025, 12:42 PM | Owner | DEM Integration |
| County Text | Collier County | Last Modified By | DEM Integration, 6/30/2025, 7:56 PM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History
**6/26/2025, 12:22 PM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Status from In Progress - Mobilizing to On Scene.** |

**6/25/2025, 2:57 PM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Reference Disaster Data to 2025 OVS FACILITIES - TNT. Changed Incident Name to 2025 OVS FACILITIES - TNT.** |

**6/25/2025, 2:42 PM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Status from Coordinating to In Progress - Mobilizing.** |

**6/25/2025, 1:07 PM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Tasked To from Untasked to SERT LOGISTICS - VENDOR SERVICES. Changed Mission Status from New Mission to Coordinating. Changed Vendor to IRG.** |

**6/25/2025, 12:42 PM**

| User | **DEM Integration** |
|---|---|
| Action | **Changed Total Line Item Delivered Amount to $0.00. Changed Sum Total Line Item Amounts to $0.00. Created.** |

## Requests for Quotes
**TNT Facility Transportation**

| | |
|---|---|
| Date/Time Resource Needed | **7/1/2025, 12:00 PM** |
| Status | **Open to Quote** |
| Created By | **Tiffany Gary, 6/24/2025, 1:40 PM** |
| Last Modified Date | **6/26/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**

PO-010196

Issued Date

Created Date
7/1/2025, 8:11 AM

**SUPPLIER**
IRG Global Emergency Management

**TOTAL AMOUNT**
$2,248,540.00
Method of Procurement
O2
Event Name

Mission Number
00018
State Contract/Pre-Disaster Agreement ID:

**SHIP TO**
54575 Tamiami Trail, Ochopee, 34141

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

**Supp. App. 1373**

Purchase Order - Printable View with T&C

| DELIVER TO | ACCOUNT MANAGER |
|---|---|
|  |  |

(required)    **Purchase Order Line Items**

| Description ∨ | Quantity ∨ | Unit ∨ | Unit Price ∨ | Total Amount ∨ |
|---|---|---|---|---|
| On-Site Emergency Services | 1.00 | Daily | | |
| Armory Systems and Materials | 4.00 | Daily | | |
| Air Medical Transports overage | 1.00 | Each | | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/4/2025, 9:42:12 AM | FLAIR_Contract_Id__c | Kristi Coppenger | | E6013 |
| 7/1/2025, 7:57:23 PM | Status__c | Brittany Adams | New | Received |
| 7/1/2025, 7:57:09 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/1/2025, 7:54:20 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 2 | 1 |
| 7/1/2025, 7:53:46 PM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 3 | 2 |
| 7/1/2025, 8:11:47 AM | created | Ian Guidicelli | | |
| 7/1/2025, 8:11:47 AM | Total_Amount__c | Ian Guidicelli | | 2248540 |
| 7/1/2025, 8:11:47 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 3 |
| 7/1/2025, 8:11:47 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 3 |
| 7/1/2025, 8:11:47 AM | Name | Ian Guidicelli | | PO-010196 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069cs00000maOLLAA2)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

## Q-03336

*Redacted pursuant to s. 119.0715, Florida Statutes*

| | | | |
|---|---|---|---|
| Quote Number | Q-03336 | Owner | ■■■■■■■ |
| Request for Quote | TNT Site Emergency Planning | Approval Process Step | Approved |
| Resource Description | Emergency Planning and Services | Requestor | Tiffany Gary |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | KTNT Airfield | Total Price | $2,248,540.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/25/2025, 12:00 PM |
| Mission Name | 00018 | Hold Date | |
| Mission # | 00018 | Estimated Arrival Time | |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | |

### Vendor Details

| | | | |
|---|---|---|---|
| Vendor | IRG Global Emergency Management | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069cs00000maOLLAA2 | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | ■■■■■■■ 6/28/2025, 8:22 AM | Last Modified By | Ian Guidicelli, 7/1/2025, 8:11 AM |

## Quote Line Items

*Redacted pursuant to s. 119.0715, Florida Statutes*

### QL-14757

Description
Quantity
Charge Type
Usage Amount
Unit of Measurement
Rate
Total Price



*Redacted pursuant to s. 119.0715, Florida Statutes*

### QL-14758

Description
Quantity
Charge Type
Usage Amount
Unit of Measurement
Rate
Total Price



*Redacted pursuant to s. 119.0715, Florida Statutes*

7/4/25, 10:26 AM                                Q-03336 ~ Salesforce - Unlimited Edition

## QL-14759

|  |  |
|---|---|
| Description | |
| Quantity | |
| Charge Type | |
| Usage Amount | |
| Unit of Measurement | |
| Rate | |
| Total Price | |

*Redacted pursuant to s. 119.0715, Florida Statutes*

## Files

### EM Planning

| Last Modified | **6/28/2025, 8:28 AM** |
|---|---|
| Created By | *Redacted pursuant to s. 119.0715, Florida Statutes* |

## Approval History

### 7/1/2025, 8:11 AM

| Status | **Approved** |
|---|---|
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

### 6/30/2025, 11:06 AM

| Status | **Approved** |
|---|---|
| Assigned To | **Finance** |
| Actual Approver | **Richard Gage** |
| Comments | **Approved** |

### 6/30/2025, 8:18 AM

| Status | **Approved** |
|---|---|
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency** |

### 6/29/2025, 8:25 AM

| Status | **Submitted** |
|---|---|
| Assigned To | **Tiffany Gary** |
| Actual Approver | **Tiffany Gary** |
| Comments | |

## Quote History

### 7/1/2025, 8:11 AM

| User | **Ian Guidicelli** |
|---|---|
| Action | **Changed Approval Process Step from SERT Chief to Approved. Changed Status from Submitted for Approval to Approved. Record locked.** |

### 6/30/2025, 11:06 AM

| User | **Richard Gage** |
|---|---|
| Action | **Changed Approval Process Step from Finance (Budget) to SERT Chief.** |

### 6/30/2025, 11:06 AM

| User | **Richard Gage** |
|---|---|
| Action | **Record locked.** |

### 6/30/2025, 8:18 AM

Q-03336 ~ Salesforce - Unlimited Edition

| | |
|---|---|
| User | **Caleb Keller** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget).** Record locked. |

**6/29/2025, 8:25 AM**

| | |
|---|---|
| User | **Tiffany Gary** |
| Action | Changed **Approval Process Step** to **Legal**. Changed **Requestor** to **Tiffany Gary.** Changed **Status** from Pending Review to **Submitted for Approval.** Record locked. |

**6/28/2025, 8:28 AM**

| | |
|---|---|
| User | *Redacted pursuant to s. 119.0715, Florida Statutes* |
| Action | Changed **Request For Quote Owner Email** to **tiffany.gary@em.myflorida.com.** Changed **Submission Date** to **6/28/2025.** Changed **Status** from New to **Pending Review.** |

**6/28/2025, 8:22 AM**

| | |
|---|---|
| User | *Redacted pursuant to s. 119.0715, Florida Statutes* |
| Action | Changed **Quote Number** to **Q-03336. Created.** |

**Purchase Orders**
**PO-010196**

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## 00018

### Information

| | | | |
|---|---|---|---|
| **Mission Number Name** | 00018 | **WebEoc Mission Data ID** | 641561 |
| **Mission Title** | TNT Site Emergency Planning | **Program** | |
| **TAR Status** | None | **Request Type** | County |
| **State Mission Number** | | **Mission Type** | |
| **Parent Mission Number** | | **Parent Mission Number** | |
| **Parent Mission Number Name** | | **Agency** | SERT |
| **Entry Date** | | **Agency Group** | Agency - SERT |
| **Mission Initial Date** | | **County** | |
| **Mission Outage Date** | | **Region** | Region 9 |
| **Mission Entity** | Emergency Operations Center | **Vendor** | IRG |
| **All_Tasks** | | **Vendor Account** | |
| **Completed Tasks** | 0 | **Mission Assigned To** | SERT LOGISTICS |
| **Approval Status** | | **Mission Tasked To** | SERT LOGISTICS - VENDOR SERVICES |
| **Submitted Date** | | **All Reimbursements Complete** | ☐ |
| **Date Approved** | | | |
| **Sum Total Line Item Amounts** | $0.00 | | |
| **Total Line Item Delivered Amount** | $0.00 | | |
| **Finance Tracking Mission** | ☐ | | |
| **State Mutual Aid Mission (SMAA)** | No | | |
| **Quote Needed** | ☐ | | |
| **Date Needed By** | | | |
| **Requesting Party** | | | |
| **Mission Initial Date Only** | // | | |
| **Mission Outage Date Only** | // | | |
| **Contract Manager** | Tiffany Gary | | |
| **Mutual aid type requested** | | | |
| **EMAC requesting state** | | | |
| **EMAC assisting state** | | | |

00018 ~ Salesforce - Unlimited Edition

Is supporting texas EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | TNT Site Emergency Planning | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | In Progress - Mobilizing |
| Position Name | IRG | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | |
|---|---|---|
| Working Conditions | | Working Conditions Comments |
| Health & Safety Concerns | | Health & Safety Concerns Comments |

## Deployment Logistics

| | | |
|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments |
| Is Meal Provided? | | Is Meal Provided Comments |
| Is Vehicle Provided? | | Is Vehicle Provided Comments |
| Will other logistics be provided? | | Other logistics be provided comments |
| Other Mission Information or Comments | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 54575 Tamiami Trail |
| City | Ochopee |
| Zip | 34141 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Ian Guidicelli | Mission Primary Contact | Tiffany Gary |
| Authorized Rep Title | SERT Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 448-229-2182 |
| Authorized Rep Phone | 850-354-3044 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Frankie Lumm |
| On Scene Contact Name | Frankie Lumm | Secondary Contact Email | |
| On Scene Contact Phone | 448-220-7083 | Secondary Contact Phone | 448-229-9455 |

Supp. App 1379

7/4/25, 10:26 AM                                00018 ~ Salesforce - Unlimited Edition

## Travel Auth Rollups

| | | | |
|---|---|---|---|
| **Total Number of Travel Auths** | 0 | **New Travel Auths** | 0 |
| | | **Pending Travel Auths** | 0 |
| | | **Approved Travel Auths** | 0 |
| | | **Returned Travel Auths** | 0 |
| **Created By** | DEM Integration, 6/25/2025, 12:36 PM | **Owner** | DEM Integration |
| **County Text** | Collier County | **Last Modified By** | DEM Integration, 6/29/2025, 7:57 PM |
| **Incident ID** | 187 | **Reference Disaster Data** | 2025 OVS FACILITIES - TNT |
| **Incident Name** | 2025 OVS FACILITIES - TNT | | |
| **Show on SMAA Portal** | ☐ | | |

## Mission History
### 6/25/2025, 2:57 PM

| User | **DEM Integration** |
|---|---|
| Action | **Changed Reference Disaster Data to 2025 OVS FACILITIES - TNT. Changed Incident Name to 2025 OVS FACILITIES - TNT.** |

### 6/25/2025, 2:42 PM

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Status from Coordinating to In Progress - Mobilizing.** |

### 6/25/2025, 1:11 PM

| User | **DEM Integration** |
|---|---|
| Action | **Changed Mission Tasked To from Untasked to SERT LOGISTICS - VENDOR SERVICES. Changed Mission Status from New Mission to Coordinating. Changed Vendor to IRG.** |

### 6/25/2025, 12:37 PM

| User | **DEM Integration** |
|---|---|
| Action | **Changed Total Line Item Delivered Amount to $0.00. Changed Sum Total Line Item Amounts to $0.00. Created.** |

## Requests for Quotes
### TNT Site Emergency Planning

| | |
|---|---|
| Date/Time Resource Needed | **7/1/2025, 12:00 PM** |
| Status | **Open to Quote** |
| Created By | **Tiffany Gary, 6/24/2025, 3:56 PM** |
| Last Modified Date | **6/26/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**
PO-010307

Issued Date
7/4/2025

Created Date
7/3/2025, 7:23 PM

**SUPPLIER**
WILL-BURT Integration & Elevation

**TOTAL AMOUNT**
$259,012.00

Method of Procurement
O2

Event Name

Mission Number
00073

State Contract/Pre-Disaster Agreement ID:

**SHIP TO**
2555 Shumard Oak Blvd, Tallahassee, 32399

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

**DELIVER TO**

**ACCOUNT MANAGER**

(required)    **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| S816GN/T2-100UG Shelter Trailer Tower (903824) | 1.00 | Each | $259,012.00 | $259,012.00 |

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/4/2025, 8:41:30 AM | Status__c | Jeremy Smith | New | Released |
| 7/4/2025, 8:41:30 AM | Auto_Acknowledged__c | Jeremy Smith | false | true |
| 7/4/2025, 8:41:30 AM | Status__c | Jeremy Smith | Released | Pending Delivery |
| 7/4/2025, 8:41:30 AM | Released_Date__c | Jeremy Smith | | 2025-07-04 |
| 7/4/2025, 8:40:23 AM | Num_PO_Lines_Without_FLAIR_Code__c | Jeremy Smith | 1 | 0 |
| 7/4/2025, 8:36:18 AM | Financial_Import_Vendor__c | Jeremy Smith | | a0VPU000000kIoA2AQ |
| 7/4/2025, 8:36:18 AM | Financial_Import_Vendor__c | Jeremy Smith | | WILL-BURT INTEGRATION & ELEVATI-F992286385001 |
| 7/4/2025, 8:35:52 AM | FLAIR_Contract_Id__c | Jeremy Smith | | E6014 |
| 7/3/2025, 7:23:52 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 1 |
| 7/3/2025, 7:23:52 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 1 |
| 7/3/2025, 7:23:52 PM | Name | Ian Guidicelli | | PO-010307 |
| 7/3/2025, 7:23:52 PM | created | Ian Guidicelli | | |
| 7/3/2025, 7:23:52 PM | Total_Amount__c | Ian Guidicelli | | 259012 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069cs00000wt9yyAAA)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03354

| | | | |
|---|---|---|---|
| Quote Number | Q-03354 | Owner | Scottie Brown |
| Request for Quote | New Alumitower for OVS facilities site | Approval Process Step | Approved |
| Resource Description | S816GN/T2-100UG Shelter Trailer Tower part # 903824 | Requestor | Robert Little |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | Vero Beach, Florida. | Total Price | $259,012.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 7/1/2025, 12:00 PM |
| Mission Name | 00073 | Hold Date | |
| Mission # | 00073 | Estimated Arrival Time | 10/8/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | 9/30/2025 |
| Incident ID | 187 | Additional Comments | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | WILL-BURT Integration & Elevation | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069cs00000wt9yyAAA | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Scottie Brown, 7/1/2025, 8:36 AM | Last Modified By | Ian Guidicelli, 7/3/2025, 7:23 PM |

## Quote Line Items
### QL-14884

| | |
|---|---|
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$259,012.00** |
| Total Price | **$259,012.00** |

## Files

| S816GN--T2-100UG (903824B) | 2500276-FDEM-S816GN_T2-100UG |
|---|---|
| Created By **Scottie Brown** | Created By **Scottie Brown** |

## Approval History
### 7/3/2025, 7:23 PM

Assigned To  CERT Chief

| Actual Approver | Ian Guidicelli |
|---|---|
| Comments | **Approved by SH** |

**7/2/2025, 4:15 PM**

| Status | **Approved** |
|---|---|
| Assigned To | **Finance** |
| Actual Approver | **Brittany Adams** |
| Comments | |

**7/1/2025, 9:13 AM**

| Status | **Approved** |
|---|---|
| Assigned To | **Legal** |
| Actual Approver | **Caleb Keller** |
| Comments | **Approved for legal sufficiency** |

**7/1/2025, 9:00 AM**

| Status | **Submitted** |
|---|---|
| Assigned To | **Robert Little** |
| Actual Approver | **Robert Little** |
| Comments | |

## Quote History

**7/3/2025, 7:23 PM**

| User | Ian Guidicelli |
|---|---|
| Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved.** Record locked. |

**7/2/2025, 4:15 PM**

| User | **Brittany Adams** |
|---|---|
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief.** Record locked. |

**7/1/2025, 9:13 AM**

| User | Caleb Keller |
|---|---|
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget).** Record locked. |

**7/1/2025, 9:00 AM**

| User | Robert Little |
|---|---|
| Action | Changed **Approval Process Step** to Legal. Changed **Requestor** to **Robert Little.** Changed **Status** from Pending Review to **Submitted for Approval.** Record locked. |

**7/1/2025, 8:49 AM**

| | |
|---|---|
| Action | Changed **Request For Quote Owner Email** to **robert.little@em.myflorida.com.** Changed **Submission Date** to **7/1/2025.** Changed **Status** from New to **Pending Review.** |

**7/1/2025, 8:40 AM**

| | |
|---|---|
| Action | Changed **Available Date of Delivery/Work Start** from 7/8/2025, 12:00 PM to **7/1/2025, 12:00 PM.** Changed **Quote End Date** to **9/30/2025.** |

**7/1/2025, 8:38 AM**

| | |
|---|---|
| Action | Changed **Estimated Arrival Time** to 10/8/2025, 12:00 PM. |

**7/1/2025, 8:36 AM**

User | **Scottie Brown**

Action | **Changed Quote Number to Q-03354. Created.**

**Purchase Orders**

PO-010307

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1385

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 308 of 335
7/4/25, 10:29 AM
00073 ~ Salesforce - Unlimited Edition



Close Window
Print This Page
Expand All | Collapse All

## 00073

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00073 | WebEoc Mission Data ID | 641869 |
| Mission Title | New Alumitower for OVS facilities site | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | Unassigned |
| Approval Status | | Mission Tasked To | Untasked |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Robert Little | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | (1) Alumitower part # 903824 Sheltor Tower Trailer (S816GN) Assingn to TELELCOMMS | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | PO Issued |
| Position Name | SERT TECH SERVICES - TELECOMMUNICATIONS | Mission Critical | |
| Mission Lifeline | Communications | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | | |
|---|---|---|
| Street | 2555 Shumard Oak Blvd | |
| City | Tallahassee | |
| Zip | 32399 | |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Robert Little | Mission Primary Contact | Robert Little |
| Authorized Rep Title | Telecommunications Specialist III | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502846940 |
| Authorized Rep Phone | +18502846940 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Roger Lord |
| On Scene Contact Name | Roger Lord | Secondary Contact Email | |

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 310 of 335

| | | | |
|---|---|---|---|
| On Scene Contact Phone | 8502965101 | Secondary Contact Phone | 8502965101 |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/29/2025, 3:06 PM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 7/4/2025, 10:26 AM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

**7/4/2025, 8:21 AM**

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Mission Status** from Routing to **PO Issued.** |

**7/1/2025, 12:51 PM**

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Mission Status** from Coordinating to **Routing.** |

**6/29/2025, 3:06 PM**

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Total Line Item Delivered Amount** to **$0.00.** Changed **Sum Total Line Item Amounts** to **$0.00.** **Created.** |

## Requests for Quotes
### New Alumitower for OVS facilities site

| | |
|---|---|
| Date/Time Resource Needed | 6/1/2025, 12:00 PM |
| Status | **Open to Quote** |
| Created By | Robert Little, 6/29/2025, 3:13 PM |
| Last Modified Date | **7/1/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1388

7/4/25, 10:48 AM    USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/06/2026    Page: 311 of 335
Purchase Order - Printable View with T&C





**ORDER NO.**

PO-010306

Issued Date

7/4/2025

Created Date

7/3/2025, 7:23 PM

| | |
|---|---|
| **SUPPLIER** | **TOTAL AMOUNT** |
| BAKER'S COMMUNICATIONS | $499,869.60 |
| | Method of Procurement |
| | O2 |
| | Event Name |
| | |
| | Mission Number |
| | 00075 |
| | State Contract/Pre-Disaster Agreement ID: |

| | |
|---|---|
| **SHIP TO** | **BILL TO** |
| 2555 Shumard Oak Blvd, Tallahassee, 32399 | DEM Tallahassee |
| | 2555 Shumard Oak Boulevard |
| | Sadowski Building |
| | Tallahassee, FL 32399-2100 |
| | United States |
| | Phone: +1 850-815-4000 |

| | |
|---|---|
| **DELIVER TO** | **ACCOUNT MANAGER** |

(required)   ### Purchase Order Line Items

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| EF JOHNSON COW 7/800 MHZ P25 P2 | 1.00 | Each | $499,869.60 | $499,869.60 |

#### Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/4/2025, 10:47:10 AM | Contract_Beginning_Date__c | Kristi Coppenger | 2025-07-31 | 2025-07-01 |
| 7/4/2025, 10:42:42 AM | Auto_Acknowledged__c | Kristi Coppenger | false | true |

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/4/2025, 10:42:42 AM | Status__c | Kristi Coppenger | Released | Pending Delivery |
| 7/4/2025, 10:42:42 AM | Released_Date__c | Kristi Coppenger | | 2025-07-04 |
| 7/4/2025, 10:42:42 AM | Status__c | Kristi Coppenger | New | Released |
| 7/4/2025, 10:39:19 AM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 1 | 0 |
| 7/4/2025, 10:34:16 AM | FLAIR_Contract_Id__c | Kristi Coppenger | | E6015 |
| 7/4/2025, 10:32:34 AM | Financial_Import_Vendor__c | Kristi Coppenger | | a0V3k00000m5gCsEAI |
| 7/4/2025, 10:32:34 AM | Financial_Import_Vendor__c | Kristi Coppenger | | BAKER'S ELECTRONICS & COMMUNIC - F591820475001 |
| 7/3/2025, 7:23:21 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 1 |
| 7/3/2025, 7:23:21 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 1 |
| 7/3/2025, 7:23:21 PM | Name | Ian Guidicelli | | PO-010306 |
| 7/3/2025, 7:23:21 PM | Total_Amount__c | Ian Guidicelli | | 499869.6 |
| 7/3/2025, 7:23:21 PM | created | Ian Guidicelli | | |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069PU00000AgmTwYAJ)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03353

| | | | |
|---|---|---|---|
| Quote Number | Q-03353 | Owner | Jana Hurst |
| Request for Quote | Atlas Trunked radio system | Approval Process Step | Approved |
| Resource Description | COW P-25 Phase 2 TDMA | Requestor | Robert Little |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $499,869.60 |
| Delivery Method | | Available Date of Delivery/Work Start | 7/31/2025, 12:00 PM |
| Mission Name | 00075 | Hold Date | |
| Mission # | 00075 | Estimated Arrival Time | |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | BAKER'S COMMUNICATIONS | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069PU00000AgmTwYAJ | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Jana Hurst, 6/30/2025, 10:27 PM | Last Modified By | Ian Guidicelli, 7/3/2025, 7:23 PM |

## Quote Line Items
### QL-14883

| | |
|---|---|
| Description | **EF JOHNSON COW 7/800 MHZ P25 P2** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$499,869.60** |
| Total Price | **$499,869.60** |

## Files
### FLORIDA EM Atlas replacement everglades

████████████████████████

| | |
|---|---|
| Created By | **Jana Hurst** |

## Approval History
### 7/3/2025, 7:23 PM

████████████████████████████████████████

Assigned To   SERT Chief

| | |
|---|---|
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

**7/2/2025, 4:21 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Brittany Adams** |
| Comments | |

**7/1/2025, 7:51 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Kelly Ann Kennedy** |
| Comments | **Approved for legal sufficiency.** |

**7/1/2025, 7:40 AM**

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Robert Little** |
| Actual Approver | **Robert Little** |
| Comments | |

**Quote History**

**7/3/2025, 7:23 AM**

| | |
|---|---|
| User | **Ian Guidicelli** |
| Action | Changed **Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

**7/2/2025, 4:21 PM**

| | |
|---|---|
| User | **Brittany Adams** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

**7/1/2025, 7:51 AM**

| | |
|---|---|
| User | **Kelly Ann Kennedy** |
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

**7/1/2025, 7:40 AM**

| | |
|---|---|
| User | **Robert Little** |
| Action | Changed **Approval Process Step** to **Legal**. Changed **Requestor** to **Robert Little**. Changed **Status** from Pending Review to **Submitted for Approval**. Record locked. |

**6/30/2025, 10:32 PM**

| | |
|---|---|
| Action | Changed **Request For Quote Owner Email** to **robert.little@em.myflorida.com**. Changed **Submission Date** to **6/30/2025**. Changed **Status** from New to **Pending Review**. |

**6/30/2025, 10:27 PM**

| | |
|---|---|
| Action | Changed **Quote Number** to **Q-03353**. Created. |

**Purchase Orders**

**PO-010306**

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1393

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/08/2026    Page: 316 of 335
7/4/25, 10:49 AM                              00075 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

## 00075

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00075 | WebEoc Mission Data ID | 641873 |
| Mission Title | Atlas Trunked radio system | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT TECH SERVICES |
| Approval Status | | Mission Tasked To | SERT TECH SERVICES - TELECOMMUNICATIONS |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Robert Little | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas
EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | Atlas systems deployed at the site was pulled from disaster prepardness platform and needs to be back-filled to prevent a response gap during hurricane season given the unknown duration of detention center operation. PLEASE ASSIGN TO TELECOMMS | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | PO Issued |
| Position Name | SERT TECH SERVICES - TELECOMMUNICATIONS | Mission Critical | |
| Mission Lifeline | Communications | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | |
|---|---|---|
| Working Conditions | Working Conditions Comments | |
| Health & Safety Concerns | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | |
|---|---|---|
| Is Lodging Provided? | Is Lodging Provided Comments | |
| Is Meal Provided? | Is Meal Provided Comments | |
| Is Vehicle Provided? | Is Vehicle Provided Comments | |
| Will other logistics be provided? | Other logistics be provided comments | |
| Other Mission Information or Comments | | |

## Mission Location and Contacts

| | | | |
|---|---|---|---|
| Street | 2555 Shumard Oak Blvd | | |
| City | Tallahassee | | |
| Zip | 32399 | | |
| Mission Authorized Rep | Robert Little | Mission Primary Contact | Robert Little |
| Authorized Rep Title | Telecommunications Specialist III | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502846940 |
| Authorized Rep Phone | +18502846940 | | |
| On Scene Contact Email | | Secondary Contact Name | Roger Lord |

| | | | |
|---|---|---|---|
| On Scene Contact Name | Roger Lord | Secondary Contact Email | |
| On Scene Contact Phone | 8502965101 | Secondary Contact Phone | 8502965101 |

### Travel Auth Rollups

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/29/2025, 3:11 PM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 7/4/2025, 10:46 AM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

### 7/4/2025, 8:21 AM

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Routing to **PO Issued.** |

### 7/1/2025, 12:51 PM

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Coordinating to **Routing.** |

### 6/29/2025, 4:31 PM

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Tasked to **Coordinating.** |

### 6/29/2025, 4:01 PM

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Tasked To** from Untasked to **SERT TECH SERVICES - TELECOMMUNICATIONS.** Changed **Mission Status** from New Mission to **Tasked.** |

### 6/29/2025, 3:11 PM

| User | **DEM Integration** |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to **$0.00.** Changed **Sum Total Line Item Amounts** to **$0.00. Created.** |

## Requests for Quotes

### Atlas Trunked radio system

| | |
|---|---|
| Date/Time Resource Needed | **7/11/2025, 12:00 PM** |
| Status | **Open to Quote** |
| Created By | **Robert Little, 6/29/2025, 3:16 PM** |
| Last Modified Date | **6/30/2025** |

Supp. App. 1396

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**

PO-010305

Issued Date

7/4/2025

Created Date

7/3/2025, 7:22 PM

| | |
|---|---|
| **SUPPLIER** | **TOTAL AMOUNT** |
| WILLIAMS COMMUNICATIONS, INC. | $245,141.04 |
| | Method of Procurement |
| | O2 |
| | Event Name |
| | |
| | Mission Number |
| | 00086 |
| | State Contract/Pre-Disaster Agreement ID: |

| | |
|---|---|
| **SHIP TO** | **BILL TO** |
| 2555 Shumard Oak Blvd, Tallahassee, 32399 | DEM Tallahassee |
| | 2555 Shumard Oak Boulevard |
| | Sadowski Building |
| | Tallahassee, FL 32399-2100 |
| | United States |
| | Phone: +1 850-815-4000 |

**DELIVER TO**                                                   **ACCOUNT MANAGER**

(required)   **Purchase Order Line Items**

| Description | ∨ | Quantity | ∨ | Unit | ∨ | Unit Price | ∨ | Total Amount | ∨ |
|---|---|---|---|---|---|---|---|---|---|
| FDEM – LRAD 100X System | | 6.00 | | Each | | $40,856.84 | | $245,141.04 | |

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/4/2025, 12:03:20 PM | Auto_Acknowledged__c | Kristi Coppenger | false | true |
| 7/4/2025, 12:03:20 PM | Status__c | Kristi Coppenger | Released | Pending Delivery |

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/4/2025, 12:03:20 PM | Released_Date__c | Kristi Coppenger | | 2025-07-04 |
| 7/4/2025, 12:03:20 PM | Status__c | Kristi Coppenger | New | Released |
| 7/4/2025, 12:03:07 PM | MFMP_PO_Number__c | Kristi Coppenger | | E6016 |
| 7/4/2025, 12:01:48 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 1 | 0 |
| 7/4/2025, 11:57:48 AM | Financial_Import_Vendor__c | Kristi Coppenger | | a0V3k00000m5e6eEAA |
| 7/4/2025, 11:57:48 AM | Financial_Import_Vendor__c | Kristi Coppenger | | WILLIAMS COMMUNICATIONS, INC. – F590908637001 |
| 7/3/2025, 7:22:33 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 1 |
| 7/3/2025, 7:22:33 PM | Total_Amount__c | Ian Guidicelli | | 245141.04 |
| 7/3/2025, 7:22:33 PM | created | Ian Guidicelli | | |
| 7/3/2025, 7:22:33 PM | Name | Ian Guidicelli | | PO-010305 |
| 7/3/2025, 7:22:33 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 1 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069PU00000B7p4JYAR)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03356

| | | | |
|---|---|---|---|
| Quote Number | Q-03356 | Owner | Brenda Seaborn |
| Request for Quote | Purchase of 6 LRAD 100X Systems | Approval Process Step | Approved |
| Resource Description | FDEM - LRAD 100X System | Requestor | Robert Little |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | FDEM - LRAD 100X System | Total Price | $245,141.04 |
| Delivery Method | | Available Date of Delivery/Work Start | 7/1/2025, 12:00 PM |
| Mission Name | 00086 | Hold Date | |
| Mission # | 00086 | Estimated Arrival Time | 7/1/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | LRAD 100X System kit includes: Vacuum Mount, Black Mag Mount, Stud Mount, Tripod, AC to DC power supply and Battery Pack |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | WILLIAMS COMMUNICATIONS, INC. | Account State Registered |  |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069PU00000B7p4JYAR | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Brenda Seaborn, 7/1/2025, 1:06 PM | Last Modified By | Ian Guidicelli, 7/3/2025, 7:22 PM |

## Quote Line Items
### QL-14885

| | |
|---|---|
| Description | **FDEM - LRAD 100X System** |
| Quantity | **6.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$40,856.84** |
| Total Price | **$245,141.04** |

## Files
### 7.1.25 - SRO224656 - FDEM LRAD 100X System Kit Quote[86]

Created By **Brenda Seaborn**

## Approval History

Supp. App. 1400

7/4/25, 12:09 PM
USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/06/2026    Page: 323 of 335
Q-03356 ~ Salesforce - Unlimited Edition

**7/3/2025, 7:22 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

**7/2/2025, 11:49 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Brittany Adams** |
| Comments | |

**7/1/2025, 1:36 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Douglas Galvan** |
| Comments | **Approved for legal sufficiency.** |

**7/1/2025, 1:21 PM**

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Robert Little** |
| Actual Approver | **Robert Little** |
| Comments | |

## Quote History

**7/3/2025, 7:22 PM**

| User | **Ian Guidicelli** |
|---|---|
| Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved.** Record locked. |

**7/2/2025, 11:49 AM**

| User | **Brittany Adams** |
|---|---|
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief.** Record locked. |

**7/1/2025, 1:36 PM**

| User | **Douglas Galvan** |
|---|---|
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget).** Record locked. |

**7/1/2025, 1:21 PM**

| User | **Robert Little** |
|---|---|
| Action | Changed **Approval Process Step** to **Legal.** Changed **Requestor** to **Robert Little.** Changed **Status** from Pending Review to **Submitted for Approval.** Record locked. |

**7/1/2025, 1:09 PM**

| | |
|---|---|
| Action | Changed **Estimated Arrival Time** to 7/1/2025, 12:00 PM. Changed **Additional Comments** to LRAD 100X **System kit includes: Vacuum Mount, Black Mag Mount, Stud Mount, Tripod, AC to DC power supply and Battery Pack.** |

**7/1/2025, 1:08 PM**

| | |
|---|---|

| Action | Changed **Request For Quote Owner Email** to **robert.little@em.myflorida.com**. Changed **Submission Date** to **7/1/2025**. Changed **Status** from New to **Pending Review**. |
|---|---|

**7/1/2025, 1:06 PM**

| User | Brenda Seaborn |
|---|---|
| Action | Changed **Quote Number** to **Q-03356**. Created. |

**Purchase Orders**

**PO-010305**

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## 00086

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00086 | WebEoc Mission Data ID | 641972 |
| Mission Title | Purchase of 6 LRAD 100X Systems | Program | |
| TAR Status | None | Request Type | State |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | Statewide |
| Mission Outage Date | | Region | State |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT TECH SERVICES |
| Approval Status | | Mission Tasked To | SERT TECH SERVICES - TELECOMMUNICATIONS |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Robert Little | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | This is for the purchase of 66 LRAD system to be used in conjunction with the TNT missionASSIGN TO TELECOMS | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | PO Issued |
| Position Name | SERT TECH SERVICES - TELECOMMUNICATIONS | Mission Critical | |
| Mission Lifeline | Communications | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | |
|---|---|
| Working Conditions | Working Conditions Comments |
| Health & Safety Concerns | Health & Safety Concerns Comments |

## Deployment Logistics

| | |
|---|---|
| Is Lodging Provided? | Is Lodging Provided Comments |
| Is Meal Provided? | Is Meal Provided Comments |
| Is Vehicle Provided? | Is Vehicle Provided Comments |
| Will other logistics be provided? | Other logistics be provided comments |
| Other Mission Information or Comments | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 2555 Shumard Oak Blvd |
| City | Tallahassee |
| Zip | 32399 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Robert Little | Mission Primary Contact | Robert Little |
| Authorized Rep Title | Telecommunications Specialist III | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502846940 |
| Authorized Rep Phone | +18502846940 | | |
| On Scene Contact Email | | Secondary Contact Name | Roger Lord |
| On Scene Contact Name | Roger Lord | Secondary Contact Email | |

Supp. App. 1404

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/06/2026    Page: 327 of 335
7/4/25, 12:09 PM                                    00086 ~ Salesforce - Unlimited Edition

| On Scene Contact Phone | 8502965101 | Secondary Contact Phone | 8502965101 |
|---|---|---|---|

### Travel Auth Rollups

| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
|---|---|---|---|
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 7/1/2025, 12:46 PM | Owner | DEM Integration |
| County Text | SERT | Last Modified By | DEM Integration, 7/4/2025, 12:07 PM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

### Mission History

**7/4/2025, 8:26 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Routing to **PO Issued.** |

**7/1/2025, 1:26 PM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Coordinating to **Routing.** |

**7/1/2025, 1:06 PM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Tasked to **Coordinating.** |

**7/1/2025, 12:56 PM**

| User | DEM Integration |
|---|---|
| Action | Changed **Mission Tasked To** from Untasked to **SERT TECH SERVICES - TELECOMMUNICATIONS.** Changed **Mission Status** from New Mission to **Tasked.** |

**7/1/2025, 12:46 PM**

| Action | Changed **Total Line Item Delivered Amount** to $0.00. Changed **Sum Total Line Item Amounts** to $0.00. **Created.** |
|---|---|

### Requests for Quotes
#### Purchase of 6 LRAD 100X Systems

| Status | **Open to Quote** |
|---|---|
| Created By | **Robert Little, 7/1/2025, 12:57 PM** |
| Last Modified Date | **7/1/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**
PO-010304
Issued Date
7/4/2025
Created Date
7/3/2025, 7:22 PM

| | |
|---|---|
| **SUPPLIER**<br>MOTOROLA Solutions | **TOTAL AMOUNT**<br>$27,865.00<br>Method of Procurement<br>O2<br>Event Name<br><br>Mission Number<br>00097<br>State Contract/Pre-Disaster Agreement ID: |

| | |
|---|---|
| **SHIP TO**<br>8075 Lely Cultural Parkway, Naples, 34113 | **BILL TO**<br>DEM Tallahassee<br>2555 Shumard Oak Boulevard<br>Sadowski Building<br>Tallahassee, FL 32399-2100<br>United States<br>Phone: +1 850-815-4000 |

| | |
|---|---|
| **DELIVER TO** | **ACCOUNT MANAGER** |

(required)    **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| PMNN4486A | 150.00 | Each | $151.18 | $22,677.00 |
| HLN6875A | 50.00 | Each | $10.96 | $548.00 |
| AN000342A01 | 50.00 | Each | $92.80 | $4,640.00 |

**Purchase Order Field History**

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/4/2025, 12:22:48 PM | Status__c | Kristi Coppenger | New | Released |
| 7/4/2025, 12:22:48 PM | Auto_Acknowledged__c | Kristi Coppenger | false | true |
| 7/4/2025, 12:22:48 PM | Status__c | Kristi Coppenger | Released | Pending Delivery |
| 7/4/2025, 12:22:48 PM | Released_Date__c | Kristi Coppenger | | 2025-07-04 |

Supp. App. 1406

Purchase Order - Printable View with T&C

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/4/2025, 12:21:58 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 1 | 0 |
| 7/4/2025, 12:21:28 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 2 | 1 |
| 7/4/2025, 12:20:37 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 3 | 2 |
| 7/4/2025, 12:19:48 PM | FLAIR_Contract_Id__c | Kristi Coppenger | | E6017 |
| 7/4/2025, 12:17:12 PM | Financial_Import_Vendor__c | Kristi Coppenger | a0V3k00000m6wJtEAI | a0V3k00000nvjgLEAQ |
| 7/4/2025, 12:17:12 PM | Financial_Import_Vendor__c | Kristi Coppenger | MOTOROLA SOLUTIONS, INC -F361115800158 | MOTOROLA SOLUTIONS, INC -F361115800158 |
| 7/4/2025, 12:16:46 PM | Financial_Import_Vendor__c | Kristi Coppenger | | MOTOROLA SOLUTIONS, INC -F361115800156 |
| 7/4/2025, 12:16:46 PM | Financial_Import_Vendor__c | Kristi Coppenger | | a0V3k00000m6wJtEAI |
| 7/3/2025, 7:22:09 PM | created | Ian Guidicelli | | |
| 7/3/2025, 7:22:09 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 3 |
| 7/3/2025, 7:22:09 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 3 |
| 7/3/2025, 7:22:09 PM | Name | Ian Guidicelli | | PO-010304 |
| 7/3/2025, 7:22:09 PM | Total_Amount__c | Ian Guidicelli | | 27865 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03360

| | | | |
|---|---|---|---|
| Quote Number | Q-03360 | Owner | Robert Little |
| Request for Quote | Motorola batteries and accessories | Approval Process Step | Approved |
| Resource Description | Radio Batteries, belt clips and antenna | Requestor | Robert Little |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $27,865.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 7/3/2025, 12:00 PM |
| Mission Name | 00097 | Hold Date | |
| Mission # | 00097 | Estimated Arrival Time | 7/10/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | 7/17/2025 |
| Incident ID | 187 | Additional Comments | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | MOTOROLA Solutions | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/ | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Robert Little, 7/3/2025, 7:27 AM | Last Modified By | Ian Guidicelli, 7/3/2025, 7:22 PM |

## Quote Line Items

### QL-14907

| | |
|---|---|
| Description | **PMNN4486A** |
| Quantity | **150.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$151.18** |
| Total Price | **$22,677.00** |

### QL-14908

| | |
|---|---|
| Description | **HLN6875A** |
| Quantity | **50.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$10.96** |
| Total Price | **$548.00** |

## QL-14909

| | |
|---|---|
| Description | **AN000342A01** |
| Quantity | **50.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$92.80** |
| Total Price | **$4,640.00** |

## Files

**QUOTE-3189332_APX8000 Batteries accessories**

| | |
|---|---|
| Last Modified | **7/3/2025, 7:36 AM** |
| Created By | **Robert Little** |

## Approval History

**7/3/2025, 7:22 PM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

**7/3/2025, 10:24 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Kayla Montgomery** |
| Comments | |

**7/3/2025, 9:18 AM**

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Legal** |
| Actual Approver | **Kelly Ann Kennedy** |
| Comments | **Approved for legal sufficiency.** |

**7/3/2025, 7:39 AM**

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Robert Little** |
| Actual Approver | **Robert Little** |
| Comments | |

## Quote History

**7/3/2025, 7:22 PM**

| | |
|---|---|
| Action | **Changed Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

**7/3/2025, 10:24 AM**

| | |
|---|---|
| User | **Kayla Montgomery** |
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

**7/3/2025, 9:18 AM**

| | |
|---|---|
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

**7/3/2025, 7:39 AM**

| User | Robert Little |
|------|---------------|
| Action | Changed **Approval Process Step** to **Legal**. Changed **Status** from Pending Review to **Submitted for Approval**. Record locked. |

**7/3/2025, 7:39 AM**

| User | Robert Little |
|------|---------------|
| Action | Changed **Request For Quote Owner Email** to **robert.little@em.myflorida.com**. Changed **Status** from New to **Pending Review.** |

**7/3/2025, 7:27 AM**

| User | Robert Little |
|------|---------------|
| Action | Changed **Quote Number** to **Q-03360**. Created. |

**Purchase Orders**

PO-010304

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Supp. App. 1410

USCA11 Case: 25-12873    Document: 92-5    Date Filed: 01/06/2026    Page: 333 of 335
7/4/25, 12:23 PM                                00097 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

## 00097

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00097 | WebEoc Mission Data ID | 642038 |
| Mission Title | Motorola batteries and accessories | Program | |
| TAR Status | None | Request Type | County |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | |
| Mission Outage Date | | Region | Region 9 |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT TECH SERVICES |
| Approval Status | | Mission Tasked To | SERT TECH SERVICES - TELECOMMUNICATIONS |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Robert Little | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

Is supporting texas
EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | This is for the purchase of 150 batteries, 50 belt clips and 50 Multiband antennas | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | PO Issued |
| Position Name | SERT TECH SERVICES - TELECOMMUNICATIONS | Mission Critical | |
| Mission Lifeline | Communications | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 8075 Lely Cultural Parkway |
| City | Naples |
| Zip | 34113 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Robert Little | Mission Primary Contact | Robert Little |
| Authorized Rep Title | Telecommunications Specialist III | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502846940 |
| Authorized Rep Phone | +18502846940 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Roger Lord |
| On Scene Contact Name | Roger Lord | Secondary Contact Email | |
| On Scene Contact Phone | 8502965101 | Secondary Contact Phone | 8502965101 |

### Travel Auth Rollups

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 7/2/2025, 10:16 PM | Owner | DEM Integration |
| County Text | Collier County | Last Modified By | DEM Integration, 7/4/2025, 12:21 PM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

**7/4/2025, 8:21 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Routing to **PO Issued.** |

**7/3/2025, 8:36 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Tasked to **Routing.** |

**7/3/2025, 7:07 AM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Tasked To** from Untasked to **SERT TECH SERVICES - TELECOMMUNICATIONS.** Changed **Mission Status** from New Mission to **Tasked.** |

**7/2/2025, 10:16 PM**

| User | **DEM Integration** |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to **$0.00.** Changed **Sum Total Line Item Amounts** to **$0.00.** **Created.** |

## Requests for Quotes

### Motorola batteries and accessories

| | |
|---|---|
| Date/Time Resource Needed | **7/7/2025, 12:00 PM** |
| Status | **Closed** |
| Created By | **Robert Little, 7/3/2025, 7:23 AM** |
| Last Modified Date | **7/3/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.