Supp. App.1413

# VOLUME V

Purchase Order - Printable View with T&C





**ORDER NO.**
PO-010303
**Issued Date**
7/4/2025
**Created Date**
7/3/2025, 7:22 PM

**SUPPLIER**
MOTOROLA Solutions

**TOTAL AMOUNT**
$2,192.00
**Method of Procurement**
O2
**Event Name**

**Mission Number**
00098
**State Contract/Pre-Disaster Agreement ID:**

**SHIP TO**
8075 Lely Cultural Parkway, Naples, 34113

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

**DELIVER TO**

**ACCOUNT MANAGER**

(required)    **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| HLN6875A | 200.00 | Each | $10.96 | $2,192.00 |

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/4/2025, 12:30:01 PM | Status__c | Kristi Coppenger | New | Released |
| 7/4/2025, 12:30:01 PM | Auto_Acknowledged__c | Kristi Coppenger | false | true |
| 7/4/2025, 12:30:01 PM | Status__c | Kristi Coppenger | Released | Pending Delivery |
| 7/4/2025, 12:30:01 PM | Released_Date__c | Kristi Coppenger | | 2025-07-04 |
| 7/4/2025, 12:29:42 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 1 | 0 |
| 7/4/2025, 12:28:27 PM | Financial_Import_Vendor__c | Kristi Coppenger | | a0V3k00000nvjgLEAQ |
| 7/4/2025, 12:28:27 PM | FLAIR_Contract_Id__c | Kristi Coppenger | | E6018 |
| 7/4/2025, 12:28:27 PM | Financial_Import_Vendor__c | Kristi Coppenger | | MOTOROLA SOLUTIONS, INC -F361115800158 |
| 7/3/2025, 7:22:02 PM | Name | Ian Guidicelli | | PO-010303 |
| 7/3/2025, 7:22:02 PM | Total_Amount__c | Ian Guidicelli | | 2192 |
| 7/3/2025, 7:22:02 PM | created | Ian Guidicelli | | |
| 7/3/2025, 7:22:02 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 1 |
| 7/3/2025, 7:22:02 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 1 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/)

Next



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03361

| | | | |
|---|---|---|---|
| Quote Number | Q-03361 | Owner | Robert Little |
| Request for Quote | Motorola Belt clips for 200 radios | Approval Process Step | Approved |
| Resource Description | Belt clips for 200 APX 8000 radios | Requestor | Robert Little |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $2,192.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 7/3/2025, 12:00 PM |
| Mission Name | 00098 | Hold Date | |
| Mission # | 00098 | Estimated Arrival Time | 7/7/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | MOTOROLA Solutions | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/ | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Robert Little, 7/3/2025, 8:41 AM | Last Modified By | Ian Guidicelli, 7/3/2025, 7:22 PM |

## Quote Line Items
### QL-14910

| | |
|---|---|
| Description | **HLN6875A** |
| Quantity | **200.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$10.96** |
| Total Price | **$2,192.00** |

## Files
### FDEM APX Belt Clips - AAlcatraz

████████████████████████████████

Created By **Robert Little**

## Approval History
### 7/3/2025, 7:22 PM

████████████████████████████████████████████████

Assigned To SERT Chief

Actual Approver **Ian Guidicelli**
Comments **Approved by SH**

**7/3/2025, 11:47 AM**

Status **Approved**
Assigned To **Finance**
Actual Approver **Kayla Montgomery**
Comments

**7/3/2025, 10:41 AM**

Status **Approved**
Assigned To **Legal**
Actual Approver **Kelly Ann Kennedy**
Comments **Approved for legal sufficiency.**

**7/3/2025, 8:50 AM**

Status **Submitted**
Assigned To **Robert Little**
Actual Approver **Robert Little**
Comments

## Quote History

**7/3/2025, 7:22 PM**

User | **Ian Guidicelli**
Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved.** Record locked.

**7/3/2025, 11:47 AM**

User | **Kayla Montgomery**
Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief.** Record locked.

**7/3/2025, 10:41 AM**

User | Kelly Ann Kennedy
Action | Changed **Approval Process Step** from Legal to **Finance (Budget).** Record locked.

**7/3/2025, 8:50 AM**

User | Robert Little
Action | Changed **Approval Process Step** to **Legal.** Changed **Requestor** to **Robert Little.** Changed **Status** from Pending Review to **Submitted for Approval.** Record locked.

**7/3/2025, 8:45 AM**

Action | Changed **Request For Quote Owner Email** to **robert.little@em.myflorida.com.** Changed **Status** from New to **Pending Review.**

**7/3/2025, 8:41 AM**

Action | Changed **Quote Number** to **Q-03361.** Created.

## Purchase Orders

PO-010303

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## 00098

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00098 | WebEoc Mission Data ID | 642043 |
| Mission Title | Motorola Belt clips for 200 radios | Program | |
| TAR Status | None | Request Type | County |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | |
| Mission Outage Date | | Region | Region 9 |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT TECH SERVICES |
| Approval Status | | Mission Tasked To | SERT TECH SERVICES - TELECOMMUNICATIONS |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Robert Little | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

7/4/25, 12:31 PM                    00098 ~ Salesforce - Unlimited Edition

Supp. App. 1420
USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 8 of 226

Is supporting texas
EMAC

Chosen Agency

---

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | This quote is for 200 radio belt clips for radiio that are on load from USAR | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | PO Issued |
| Position Name | SERT TECH SERVICES - TELECOMMUNICATIONS | Mission Critical | |
| Mission Lifeline | Communications | Vaccine Supported | |
| Sites Supported | | | |

---

## Deployment Conditions

| | | |
|---|---|---|
| Working Conditions | Working Conditions Comments | |
| Health & Safety Concerns | Health & Safety Concerns Comments | |

---

## Deployment Logistics

| | | |
|---|---|---|
| Is Lodging Provided? | Is Lodging Provided Comments | |
| Is Meal Provided? | Is Meal Provided Comments | |
| Is Vehicle Provided? | Is Vehicle Provided Comments | |
| Will other logistics be provided? | Other logistics be provided comments | |
| Other Mission Information or Comments | | |

---

## Mission Location and Contacts

| | | | |
|---|---|---|---|
| Street | 8075 Lely Cultural Parkway | | |
| City | Naples | | |
| Zip | 34113 | | |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Robert Little | Mission Primary Contact | Robert Little |
| Authorized Rep Title | Telecommunications Specialist III | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | 8502846940 |
| Authorized Rep Phone | +18502846940 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Roger Lord |
| On Scene Contact Name | Roger Lord | Secondary Contact Email | |
| On Scene Contact Phone | 8502965101 | Secondary Contact Phone | 8502965101 |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 7/3/2025, 8:36 AM | Owner | DEM Integration |
| County Text | Charlotte County | Last Modified By | DEM Integration, 7/4/2025, 12:26 PM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History

**7/4/2025, 8:21 AM**

| User | DEM Integration |
|---|---|
| Action | Changed **Mission Status** from Tasked to **PO Issued.** |

**7/3/2025, 8:51 AM**

| User | DEM Integration |
|---|---|
| Action | Changed **Mission Tasked To** from Untasked to **SERT TECH SERVICES - TELECOMMUNICATIONS.** Changed **Mission Status** from New Mission to **Tasked.** |

**7/3/2025, 8:36 AM**

| User | DEM Integration |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to $0.00. Changed **Sum Total Line Item Amounts** to $0.00. **Created.** |

## Requests for Quotes
**Motorola Belt clips for 200 radios**

| Date/Time Resource Needed | 7/3/2025, 4:00 PM |
|---|---|
| Status | **Open to Quote** |
| Created By | **Robert Little, 7/3/2025, 8:39 AM** |
| Last Modified Date | **7/3/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**
PO-010302

**Issued Date**
7/4/2025

**Created Date**
7/3/2025, 7:21 PM

**SUPPLIER**
CDW GOVERNMENT LLC

**TOTAL AMOUNT**
$128,132.40

**Method of Procurement**
O2

**Event Name**

**Mission Number**
00084

**State Contract/Pre-Disaster Agreement ID:**

**SHIP TO**
2555 Shumard Oak Blvd, Tallahassee, 32399

**BILL TO**
DEM Tallahassee
2555 Shumard Oak Boulevard
Sadowski Building
Tallahassee, FL 32399-2100
United States
Phone: +1 850-815-4000

**DELIVER TO**

**ACCOUNT MANAGER**

(required)    **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| PLS-24-H2G-410W | 5.00 | Each | $679.89 | $3,399.45 |
| PCP-A-1Y | 5.00 | Each | $50.99 | $254.95 |
| APP-AX-IP67 | 15.00 | Each | $594.90 | $8,923.50 |
| ACW-107-US | 15.00 | Each | $74.79 | $1,121.85 |
| ACW-825 | 15.00 | Each | $373.94 | $5,609.10 |
| ECP-D-1Y | 15.00 | Each | $169.97 | $2,549.55 |
| APO-AX | 15.00 | Each | $339.95 | $5,099.25 |
| ACW-107-US | 15.00 | Each | $74.79 | $1,121.85 |

| ACW-602-US | 15.00 | Each | $32.86 | $492.90 |
|---|---|---|---|---|
| ECP-B-1Y | 15.00 | Each | $75.92 | $1,138.80 |
| BPL-580X | 4.00 | Each | $4,249.32 | $16,997.28 |
| EXM-MINI-15GH | 4.00 | Each | $593.77 | $2,375.08 |
| SFN-LC-100 | 4.00 | Each | $849.86 | $3,399.44 |
| ECP-BPL-580X-1Y | 20.00 | Each | $1,062.90 | $21,258.00 |
| MAX-BR2-PRO-5GK-T-PRM | 20.00 | Each | $2,464.61 | $49,292.20 |
| PCP-E-1Y | 20.00 | Each | $254.96 | $5,099.20 |

**Purchase Order Field History**

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/4/2025, 1:34:25 PM | Auto_Acknowledged__c | Kristi Coppenger | false | true |
| 7/4/2025, 1:34:25 PM | Status__c | Kristi Coppenger | Released | Pending Delivery |
| 7/4/2025, 1:34:25 PM | Released_Date__c | Kristi Coppenger | | 2025-07-04 |
| 7/4/2025, 1:34:25 PM | Status__c | Kristi Coppenger | New | Released |
| 7/4/2025, 1:33:56 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 1 | 0 |
| 7/4/2025, 1:33:17 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 2 | 1 |
| 7/4/2025, 1:32:41 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 3 | 2 |
| 7/4/2025, 1:32:01 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 4 | 3 |
| 7/4/2025, 1:31:31 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 5 | 4 |
| 7/4/2025, 1:30:53 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 6 | 5 |
| 7/4/2025, 1:24:42 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 7 | 6 |
| 7/4/2025, 1:24:14 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 8 | 7 |
| 7/4/2025, 12:46:47 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 9 | 8 |
| 7/4/2025, 12:45:32 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 10 | 9 |
| 7/4/2025, 12:44:56 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 11 | 10 |
| 7/4/2025, 12:43:55 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 12 | 11 |
| 7/4/2025, 12:43:28 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 13 | 12 |
| 7/4/2025, 12:42:55 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 14 | 13 |
| 7/4/2025, 12:42:16 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 15 | 14 |
| 7/4/2025, 12:41:41 PM | Num_PO_Lines_Without_FLAIR_Code__c | Kristi Coppenger | 16 | 15 |
| 7/4/2025, 12:39:22 PM | Financial_Import_Vendor__c | Kristi Coppenger | CDW GOVERNMENT LLC -F364230110001 | CDW GOVERNMENT LLC -F364230110025 |
| 7/4/2025, 12:39:22 PM | Financial_Import_Vendor__c | Kristi Coppenger | a0V3k00000m5aOQEAY | a0V3k00000m6caiEAA |
| 7/4/2025, 12:39:22 PM | FLAIR_Contract_Id__c | Kristi Coppenger | | E6019 |
| 7/4/2025, 12:38:29 PM | Financial_Import_Vendor__c | Kristi Coppenger | | a0V3k00000m5aOQEAY |
| 7/4/2025, 12:38:29 PM | Financial_Import_Vendor__c | Kristi Coppenger | | CDW GOVERNMENT LLC -F364230110001 |
| 7/3/2025, 7:21:58 PM | Name | Ian Guidicelli | | PO-010302 |
| 7/3/2025, 7:21:58 PM | Total_Amount__c | Ian Guidicelli | | 128132.4 |
| 7/3/2025, 7:21:58 PM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 16 |

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 12 of 226

Supp. App. 1424

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/3/2025, 7:21:58 PM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 16 |
| 7/3/2025, 7:21:58 PM | created | Ian Guidicelli | | |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069Hs00000fBOZFIA4)

Next

Supp. App. 1425

7/4/25, 1:36 PM                          Q-03349 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

# Q-03349

| | | | |
|---|---|---|---|
| Quote Number | Q-03349 | Owner | Raegan Ramsden |
| Request for Quote | WeatherSTEM lightning siren | Approval Process Step | Approved |
| Resource Description | | Requestor | Amy Godsey |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | | Total Price | $24,740.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 7/3/2025, 12:00 PM |
| Mission Name | 00085 | Hold Date | |
| Mission # | 00085 | Estimated Arrival Time | 7/2/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | |

## Vendor Details

| | | | |
|---|---|---|---|
| Vendor | WeatherSTEM Inc. | Account State Registered |  |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Do00000GZKDKIA5 | | |

## System Information

| | | | |
|---|---|---|---|
| Created By | Raegan Ramsden, 6/30/2025, 4:16 PM | Last Modified By | Ian Guidicelli, 7/1/2025, 9:07 AM |

## Quote Line Items

### QL-14859

| | |
|---|---|
| Description | **Blast Outdoor Warning Siren** |
| Quantity | **2.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$7,995.00** |
| Total Price | **$15,990.00** |

### QL-14860

| | |
|---|---|
| Description | **Rush Fee** |
| Quantity | **2.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$750.00** |
| Total Price | **$1,500.00** |

### QL-14861

| | |
|---|---|
| Description | **Delivery** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$1,500.00** |
| Total Price | **$1,500.00** |

### QL-14862

| | |
|---|---|
| Description | **Programming / Remote Installation** |
| Quantity | **2.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$625.00** |
| Total Price | **$1,250.00** |

### QL-14863

| | |
|---|---|
| Description | **Annual Subscription** |
| Quantity | **2.00** |
| Charge Type | **Recurring** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Yearly** |
| Rate | **$2,250.00** |
| Total Price | **$4,500.00** |

## Files

### Estimate 1997 (3)

| | |
|---|---|
| Last Modified | **6/30/2025, 4:17 PM** |
| Created By | **Raegan Ramsden** |

## Approval History

### 7/1/2025, 9:07 AM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **SERT Chief** |
| Actual Approver | **Ian Guidicelli** |
| Comments | **Approved by SH** |

### 6/30/2025, 7:45 PM

| | |
|---|---|
| Status | **Approved** |
| Assigned To | **Finance** |
| Actual Approver | **Kayla Montgomery** |
| Comments | |

### 6/30/2025, 5:36 PM

| | |
|---|---|
| Assigned To | **Legal** |
| Actual Approver | **Kelly Ann Kennedy** |
| Comments | **Approved for legal sufficiency.** |

### 6/30/2025, 5:31 PM

| | |
|---|---|
| Status | **Submitted** |
| Assigned To | **Amy Godsey** |

Actual Approver  **Amy Godsey**
Comments

**Quote History**

**7/1/2025, 9:07 AM**

| User | **Ian Guidicelli** |
|---|---|
| Action | Changed **Approval Process Step** from SERT Chief to **Approved.** Changed **Status** from Submitted for Approval to **Approved. Record locked.** |

**6/30/2025, 7:45 PM**

| User | **Kayla Montgomery** |
|---|---|
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief. Record locked.** |

**6/30/2025, 5:36 PM**

| User | **Kelly Ann Kennedy** |
|---|---|
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget). Record locked.** |

**6/30/2025, 5:31 PM**

| User | **Amy Godsey** |
|---|---|
| Action | Changed **Approval Process Step** to **Legal.** Changed **Requestor** to **Amy Godsey.** Changed **Status** from Pending Review to **Submitted for Approval. Record locked.** |

**6/30/2025, 4:22 PM**

| User | **Raegan Ramsden** |
|---|---|
| Action | Changed **Request For Quote Owner Email** to **amy.godsey@em.myflorida.com.** Changed **Submission Date** to **6/30/2025.** Changed **Status** from New to **Pending Review.** |

**6/30/2025, 4:18 PM**

| User | **Raegan Ramsden** |
|---|---|
| Action | Changed **Estimated Arrival Time** to **7/2/2025, 12:00 PM.** |

**6/30/2025, 4:16 PM**

| User | Raegan Ramsden |
|---|---|
| Action | Changed **Quote Number** to **Q-03349. Created.** |

**Purchase Orders**

PO-010201

---

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## 00085

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00085 | WebEoc Mission Data ID | 641943 |
| Mission Title | WeatherSTEM lightning siren for FDEM portable weather station | Program | |
| TAR Status | None | Request Type | County |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | |
| Mission Outage Date | | Region | Region 9 |
| Mission Entity | Emergency Operations Center | Vendor | |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT PLANS |
| Approval Status | | Mission Tasked To | SERT METEOROLOGY |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Amy Godsey | | |
| Mutual aid type requested | | | |
| EMAC requesting state | Florida | | |
| EMAC assisting state | Florida | | |

Is supporting texas EMAC

Chosen Agency

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | FDEM requesting 2 lightning alert sirens be added to the portable WeatherSTEM station located at the EMS base and at the staff village on the TNT site to efficiently alert staff of lightning detection for safety purposes to enact emergency/site safety protocols. | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | On Scene |
| Position Name | SERT OPERATIONS | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | | |
|---|---|---|---|
| Working Conditions | | Working Conditions Comments | |
| Health & Safety Concerns | | Health & Safety Concerns Comments | |

## Deployment Logistics

| | | | |
|---|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments | |
| Is Meal Provided? | | Is Meal Provided Comments | |
| Is Vehicle Provided? | | Is Vehicle Provided Comments | |
| Will other logistics be provided? | | Other logistics be provided comments | |
| Other Mission Information or Comments | | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 54575 Tamiami Trail E |
| City | Ochopee |
| Zip | 34141 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Amy Godsey | Mission Primary Contact | Amy Godsey |
| Authorized Rep Title | Operations Section Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | +18505198483 |
| Authorized Rep Phone | +18505198483 | | |
| On Scene Contact Email | | Secondary Contact Name | David Johnson |

Supp. App. 1430

| | | | |
|---|---|---|---|
| On Scene Contact Name | David Johnson | Secondary Contact Email | |
| On Scene Contact Phone | 448-220-7334 | Secondary Contact Phone | 850-688-2119 |

### Travel Auth Rollups

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/30/2025, 2:31 PM | Owner | DEM Integration |
| County Text | Collier County | Last Modified By | DEM Integration, 7/4/2025, 1:36 PM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Mission History
### 7/2/2025, 9:02 PM

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from In Progress - Mobilizing to **On Scene**. |

### 7/1/2025, 5:36 PM

| User | **DEM Integration** |
|---|---|
| Action | Changed **Mission Status** from Coordinating to **In Progress - Mobilizing**. |

### 6/30/2025, 2:31 PM

| User | DEM Integration |
|---|---|
| Action | Changed **Total Line Item Delivered Amount** to $0.00. Changed **Sum Total Line Item Amounts** to $0.00. Created. |

## Requests for Quotes
### WeatherSTEM lightning siren

| | |
|---|---|
| Status | **Closed** |
| Created By | **Amy Godsey**, 6/30/2025, 2:39 PM |
| Last Modified Date | **6/30/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.





**ORDER NO.**
PO-010326
Issued Date
7/9/2025
Created Date
7/9/2025, 9:00 AM

| | |
|---|---|
| **SUPPLIER**<br>LTS, Inc. | **TOTAL AMOUNT**<br>$36,848,875.00<br>Method of Procurement<br>O2<br>Event Name<br><br>Mission Number<br>00043<br>State Contract/Pre-Disaster Agreement ID: |

| | |
|---|---|
| **SHIP TO**<br>54575 Tamiami Trail, Ochopee, 34141 | **BILL TO**<br>DEM Tallahassee<br>2555 Shumard Oak Boulevard<br>Sadowski Building<br>Tallahassee, FL 32399-2100<br>United States<br>Phone: +1 850-815-4000 |

| | |
|---|---|
| **DELIVER TO** | **ACCOUNT MANAGER** |

(required) **Purchase Order Line Items**

| Description | Quantity | Unit | Unit Price | Total Amount |
|---|---|---|---|---|
| Geotechnical Survey | 1.00 | Each | $44,000.00 | $44,000.00 |
| Civil Engineering | 1.00 | Each | $450,000.00 | $450,000.00 |
| Permanent Fencing Installation (Per LF) | 22,000.00 | Each | $310.00 | $6,820,000.00 |
| Roadway Construction - Asphalt (Per SY) | 200,000.00 | Each | $55.00 | $11,000,000.00 |
| Vector Control Service | 1.00 | Daily | $17,500.00 | $787,500.00 |
| Project Manager | 8.00 | Daily | $1,800.00 | $648,000.00 |
| Supervisor | 8.00 | Daily | $1,485.00 | $534,600.00 |
| Resource Technician | 125.00 | Daily | $699.00 | $3,931,875.00 |
| Operator | 30.00 | Daily | $1,134.00 | $1,530,900.00 |
| Temporary Fencing (Per LF) | 35,000.00 | Daily | $0.16 | $252,000.00 |
| Support Equipment | 1.00 | Daily | $75,000.00 | $3,375,000.00 |
| Traffic Control Package | 1.00 | Daily | $15,000.00 | $675,000.00 |
| Mobilization | 1.00 | Each | $3,800,000.00 | $3,800,000.00 |
| Demobilization | 1.00 | Each | $3,000,000.00 | $3,000,000.00 |

Purchase Order Field History

| Date | Field | User | Original Value | New Value |
|---|---|---|---|---|
| 7/9/2025, 10:52:37 AM | Auto_Acknowledged__c | Brittany Adams | false | true |
| 7/9/2025, 10:52:37 AM | Status__c | Brittany Adams | Released | Pending Delivery |
| 7/9/2025, 10:52:37 AM | Released_Date__c | Brittany Adams | | 2025-07-09 |
| 7/9/2025, 10:52:37 AM | Status__c | Brittany Adams | New | Released |
| 7/9/2025, 10:52:22 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 1 | 0 |
| 7/9/2025, 10:51:29 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 2 | 1 |
| 7/9/2025, 10:10:30 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 3 | 2 |
| 7/9/2025, 10:09:08 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 4 | 3 |
| 7/9/2025, 10:07:50 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 5 | 4 |
| 7/9/2025, 10:07:10 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 6 | 5 |

| Date | Field | User | Original Value | New Value |
|------|-------|------|----------------|-----------|
| 7/9/2025, 10:01:45 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 7 | 6 |
| 7/9/2025, 10:00:58 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 8 | 7 |
| 7/9/2025, 9:59:59 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 9 | 8 |
| 7/9/2025, 9:59:12 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 10 | 9 |
| 7/9/2025, 9:52:28 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 11 | 10 |
| 7/9/2025, 9:51:54 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 12 | 11 |
| 7/9/2025, 9:50:17 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 13 | 12 |
| 7/9/2025, 9:49:37 AM | Num_PO_Lines_Without_FLAIR_Code__c | Brittany Adams | 14 | 13 |
| 7/9/2025, 9:47:11 AM | Financial_Import_Vendor__c | Brittany Adams | | a0V3k00000m6jolEAA |
| 7/9/2025, 9:47:11 AM | Financial_Import_Vendor__c | Brittany Adams | | LTS -F844029633001 |
| 7/9/2025, 9:47:11 AM | FLAIR_Contract_Id__c | Brittany Adams | | E6023 |
| 7/9/2025, 9:00:12 AM | created | Ian Guidicelli | | |
| 7/9/2025, 9:00:12 AM | Total_Amount__c | Ian Guidicelli | | 36848875 |
| 7/9/2025, 9:00:12 AM | PO_Lines_W_O_CM_Input__c | Ian Guidicelli | | 14 |
| 7/9/2025, 9:00:12 AM | Num_PO_Lines_Without_FLAIR_Code__c | Ian Guidicelli | | 14 |
| 7/9/2025, 9:00:12 AM | Name | Ian Guidicelli | | PO-010326 |

Use the link below to view the signed Terms and Conditions documentation.

Signed Terms and Conditions (https://fdem.my.salesforce.com/069Do00000GZA6DIAX)

Next

Supp. App. 1434



- Close Window
- Print This Page
- Expand All | Collapse All

## 00043

---

### Information

| | | | |
|---|---|---|---|
| Mission Number Name | 00043 | WebEoc Mission Data ID | 641616 |
| Mission Title | TNT - Site Prep | Program | |
| TAR Status | None | Request Type | County |
| State Mission Number | | Mission Type | |
| Parent Mission Number | | Parent Mission Number | |
| Parent Mission Number Name | | Agency | SERT |
| Entry Date | | Agency Group | Agency - SERT |
| Mission Initial Date | | County | |
| Mission Outage Date | | Region | Region 9 |
| Mission Entity | Emergency Operations Center | Vendor | LCDR |
| All_Tasks | | Vendor Account | |
| Completed Tasks | 0 | Mission Assigned To | SERT LOGISTICS |
| Approval Status | | Mission Tasked To | SERT LOGISTICS - VENDOR SERVICES |
| Submitted Date | | All Reimbursements Complete | ☐ |
| Date Approved | | | |
| Sum Total Line Item Amounts | $0.00 | | |
| Total Line Item Delivered Amount | $0.00 | | |
| Finance Tracking Mission | ☐ | | |
| State Mutual Aid Mission (SMAA) | No | | |
| Quote Needed | ☐ | | |
| Date Needed By | | | |
| Requesting Party | | | |
| Mission Initial Date Only | // | | |
| Mission Outage Date Only | // | | |
| Contract Manager | Tiffany Gary | | |
| Mutual aid type requested | | | |
| EMAC requesting state | | | |
| EMAC assisting state | | | |

| | |
|---|---|
| Is supporting texas EMAC | |
| Mission CID | -00043 |

## Mission Description

| | | | |
|---|---|---|---|
| Mission Description | Initial TNT site preparation | Mission Purpose | |
| Resource Capabilities Requested | | Mission Status | On Scene |
| Position Name | LCDR | Mission Critical | |
| Mission Lifeline | Safety and Security | Vaccine Supported | |
| Sites Supported | | | |

## Deployment Conditions

| | | |
|---|---|---|
| Working Conditions | | Working Conditions Comments |
| Health & Safety Concerns | | Health & Safety Concerns Comments |

## Deployment Logistics

| | | |
|---|---|---|
| Is Lodging Provided? | | Is Lodging Provided Comments |
| Is Meal Provided? | | Is Meal Provided Comments |
| Is Vehicle Provided? | | Is Vehicle Provided Comments |
| Will other logistics be provided? | | Other logistics be provided comments |
| Other Mission Information or Comments | | |

## Mission Location and Contacts

| | |
|---|---|
| Street | 54575 Tamiami Trail |
| City | Ochopee |
| Zip | 34141 |

| | | | |
|---|---|---|---|
| Mission Authorized Rep | Ian Guidicelli | Mission Primary Contact | Tiffany Gary |
| Authorized Rep Title | SERT Chief | Primary Contact Email | |
| Authorized Rep Email | | Primary Contact Phone | +14482292182 |
| Authorized Rep Phone | 850-354-3044 | | |

| | | | |
|---|---|---|---|
| On Scene Contact Email | | Secondary Contact Name | Frankie Lumm |
| On Scene Contact Name | Frankie Lumm | Secondary Contact Email | |
| On Scene Contact Phone | 448-220-7083 | Secondary Contact Phone | (448) 229-9455 |

**Travel Auth Rollups**

| | | | |
|---|---|---|---|
| Total Number of Travel Auths | 0 | New Travel Auths | 0 |
| | | Pending Travel Auths | 0 |
| | | Approved Travel Auths | 0 |
| | | Returned Travel Auths | 0 |
| Created By | DEM Integration, 6/25/2025, 2:17 PM | Owner | DEM Integration |
| County Text | Collier County | Last Modified By | Chris Johnson, 7/14/2025, 11:16 AM |
| Incident ID | 187 | Reference Disaster Data | 2025 OVS FACILITIES - TNT |
| Incident Name | 2025 OVS FACILITIES - TNT | | |
| Show on SMAA Portal | ☐ | | |

## Invoices
### 250001-01

| | |
|---|---|
| Vendor Name | **Lemoine CDR Logistics, LLC** |
| Invoice Amount | **$5,955,875.35** |
| Invoice Status | **Pending Confirmation** |
| MFMP PO Number | **PO-010197** |

### 1335-005-001

| | |
|---|---|
| Vendor Name | **LTS, Inc.** |
| Invoice Amount | **$10,092,932.00** |
| Invoice Status | **Pending Confirmation** |
| MFMP PO Number | **PO-010326** |

### 1335-005-002

| | |
|---|---|
| Vendor Name | **LTS, Inc.** |
| Invoice Amount | **$4,277,134.00** |
| Invoice Status | **Pending Confirmation** |
| MFMP PO Number | **PO-010326** |

## Mission History
### 7/4/2025, 4:36 PM

| | |
|---|---|
| User | **Judith Ivester** |
| Action | Changed **# Paid Invoices to 0.** |

### 6/29/2025, 12:47 PM

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Mission Status** from Coordinating to **On Scene.** |

### 6/25/2025, 2:57 PM

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Reference Disaster Data** to **2025 OVS FACILITIES - TNT**. Changed **Incident Name** to **2025 OVS FACILITIES - TNT.** |

### 6/25/2025, 2:37 PM

| | |
|---|---|
| User | **DEM Integration** |
| Action | Changed **Mission Tasked To** from Untasked to **SERT LOGISTICS - VENDOR SERVICES**. Changed **Mission Status** from New Mission to **Coordinating.** |

Supp. App. 1437

**6/25/2025, 2:17 PM**

| | |
|---|---|
| User | **DEM Integration** |
| Action | **Changed Total Line Item Delivered Amount to $0.00. Changed Sum Total Line Item Amounts to $0.00. Created.** |

**Requests for Quotes**

**TNT - Site Prep**

| | |
|---|---|
| Date/Time Resource Needed | **7/1/2025, 12:00 PM** |
| Status | **Open to Quote** |
| Created By | **Tiffany Gary, 6/24/2025, 11:53 AM** |
| Last Modified Date | **6/26/2025** |

**PO-010197 Change Order**

| | |
|---|---|
| Date/Time Resource Needed | **7/1/2025, 12:00 PM** |
| Status | **Sent to Vendor** |
| Created By | **Tiffany Gary, 7/3/2025, 5:35 PM** |
| Last Modified Date | **7/7/2025** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



- Close Window
- Print This Page
- Expand All | Collapse All

## Q-03316

| | | | |
|---|---|---|---|
| Quote Number | Q-03316 | Owner | Carl Mugglin |
| Request for Quote | TNT - Site Prep | Approval Process Step | Approved |
| Resource Description | TNT - Site Preparation - LTS | Requestor | Tiffany Gary |
| Resource Typing/Grouping | | Status | Approved |
| Resource Location/Point of Origin | Miami-Dade County | Total Price | $36,848,875.00 |
| Delivery Method | | Available Date of Delivery/Work Start | 6/24/2025, 12:00 PM |
| Mission Name | 00043 | Hold Date | |
| Mission # | 00043 | Estimated Arrival Time | 6/25/2025, 12:00 PM |
| Incident Name | 2025 OVS FACILITIES - TNT | Quote End Date | |
| Incident ID | 187 | Additional Comments | Cost is for Phase II (~1 AC, South of Apron) |
| | | | Initial sampling scheduled for 06/25/2025. |
| Quote CID | 2023 OVS Mass Migration-00749-Q-03316 | | |

### Vendor Details

| | | | |
|---|---|---|---|
| Vendor | LTS, Inc. | Account State Registered | ✓ |
| Signed Terms and Conditions | https://fdem.my.salesforce.com/069Do00000GZA6DIAX | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Carl Mugglin, 6/24/2025, 3:06 PM | Last Modified By | Ian Guidicelli, 7/9/2025, 9:00 AM |

## Quote Line Items

### QL-14673

| | |
|---|---|
| Description | **Geotechnical Survey** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$44,000.00** |
| Total Price | **$44,000.00** |

### QL-14674

| | |
|---|---|
| Description | **Civil Engineering** |
| Quantity | **1.00** |
| Charge Type | **One-Time** |

| | |
|---|---|
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$450,000.00** |
| Total Price | **$450,000.00** |

**QL-14675**

| | |
|---|---|
| Description | **Permanent Fencing Installation (Per LF)** |
| Quantity | **22,000.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$310.00** |
| Total Price | **$6,820,000.00** |

**QL-14676**

| | |
|---|---|
| Description | **Roadway Construction - Asphalt (Per SY)** |
| Quantity | **200,000.00** |
| Charge Type | **One-Time** |
| Usage Amount | **1.00** |
| Unit of Measurement | **Each** |
| Rate | **$55.00** |
| Total Price | **$11,000,000.00** |

**QL-14678**

| | |
|---|---|
| Description | **Vector Control Service** |
| Quantity | **1.00** |
| Charge Type | **Recurring** |
| Usage Amount | **45.00** |
| Unit of Measurement | **Daily** |
| Rate | **$17,500.00** |
| Total Price | **$787,500.00** |

**QL-15039**

| | |
|---|---|
| Description | **Project Manager** |
| Quantity | **8.00** |
| Charge Type | **Recurring** |
| Usage Amount | **45.00** |
| Unit of Measurement | **Daily** |
| Rate | **$1,800.00** |
| Total Price | **$648,000.00** |

**QL-15040**

| | |
|---|---|
| Description | **Supervisor** |
| Quantity | **8.00** |
| Charge Type | **Recurring** |
| Usage Amount | **45.00** |
| Unit of Measurement | **Daily** |
| Rate | **$1,485.00** |
| Total Price | **$534,600.00** |

**QL-15041**

| | |
|---|---|
| Description | **Resource Technician** |
| Quantity | **125.00** |

| Charge Type | Recurring |
|---|---|
| Usage Amount | 45.00 |
| Unit of Measurement | Daily |
| Rate | $699.00 |
| Total Price | $3,931,875.00 |

**QL-15042**

| Description | Operator |
|---|---|
| Quantity | 30.00 |
| Charge Type | Recurring |
| Usage Amount | 45.00 |
| Unit of Measurement | Daily |
| Rate | $1,134.00 |
| Total Price | $1,530,900.00 |

**QL-15043**

| Description | Temporary Fencing (Per LF) |
|---|---|
| Quantity | 35,000.00 |
| Charge Type | Recurring |
| Usage Amount | 45.00 |
| Unit of Measurement | Daily |
| Rate | $0.16 |
| Total Price | $252,000.00 |

**QL-15044**

| Description | Support Equipment |
|---|---|
| Quantity | 1.00 |
| Charge Type | Recurring |
| Usage Amount | 45.00 |
| Unit of Measurement | Daily |
| Rate | $75,000.00 |
| Total Price | $3,375,000.00 |

**QL-15045**

| Description | Traffic Control Package |
|---|---|
| Quantity | 1.00 |
| Charge Type | Recurring |
| Usage Amount | 45.00 |
| Unit of Measurement | Daily |
| Rate | $15,000.00 |
| Total Price | $675,000.00 |

**QL-15046**

| Description | Mobilization |
|---|---|
| Quantity | 1.00 |
| Charge Type | One-Time |
| Usage Amount | 1.00 |
| Unit of Measurement | Each |
| Rate | $3,800,000.00 |
| Total Price | $3,800,000.00 |

**QL-15047**

| Description | Demobilization |
|---|---|

| Quantity | 1.00 |
|---|---|
| Charge Type | One-Time |
| Usage Amount | 1.00 |
| Unit of Measurement | Each |
| Rate | $3,000,000.00 |
| Total Price | $3,000,000.00 |

**Approval History**

**7/9/2025, 9:00 AM**

| Status | Approved |
|---|---|
| Assigned To | SERT Chief |
| Actual Approver | Ian Guidicelli |
| Comments | Approved by SH |

**7/7/2025, 6:11 PM**

| Status | Approved |
|---|---|
| Assigned To | Finance |
| Actual Approver | Brittany Adams |
| Comments | |

**7/7/2025, 8:28 AM**

| Status | Approved |
|---|---|
| Assigned To | Legal |
| Actual Approver | Caleb Keller |
| Comments | Approved for legal sufficiency |

**7/6/2025, 3:51 PM**

| Status | Submitted |
|---|---|
| Assigned To | Tiffany Gary |
| Actual Approver | Tiffany Gary |
| Comments | |

**Quote History**

**7/9/2025, 9:00 AM**

| User | Ian Guidicelli |
|---|---|
| Action | Changed **Approval Process Step** from SERT Chief to **Approved**. Changed **Status** from Submitted for Approval to **Approved**. Record locked. |

**7/7/2025, 6:11 PM**

| User | Brittany Adams |
|---|---|
| Action | Changed **Approval Process Step** from Finance (Budget) to **SERT Chief**. Record locked. |

**7/7/2025, 8:28 AM**

| User | Caleb Keller |
|---|---|
| Action | Changed **Approval Process Step** from Legal to **Finance (Budget)**. Record locked. |

**7/6/2025, 3:51 PM**

| User | Tiffany Gary |
|---|---|
| Action | Changed **Approval Process Step** to **Legal**. Changed **Requestor** to **Tiffany Gary**. Changed **Status** from Pending Review to **Submitted for Approval**. Record locked. |

**7/6/2025, 1:45 PM**

| User | Chris Johnson |
|---|---|

| Action | Changed **Status** from New to **Pending Review**. Deleted Revise in **Status Reason**. |

**7/6/2025, 1:38 PM**

| User | Chris Johnson |
| Action | Changed **Status** from Pending Review to **New**. Changed **Status Reason** to **Revise**. |

**7/6/2025, 1:37 PM**

| User | Chris Johnson |
| Action | Changed **Status** from New to **Pending Review**. Deleted Revise in **Status Reason**. |

**7/6/2025, 1:36 PM**

| User | Chris Johnson |
| Action | Changed **Status** from Pending Review to **New**. Changed **Status Reason** to **Revise**. |

**7/6/2025, 12:24 PM**

| User | Chris Johnson |
| Action | Changed **Submission Date** from 6/24/2025 to **7/6/2025**. Changed **Status** from New to **Pending Review**. Deleted Revise in **Status Reason**. |

**7/6/2025, 12:24 PM**

| User | Chris Johnson |
| Action | Changed **Status** from Pending Review to **New**. Changed **Status Reason** to **Revise**. |

**6/24/2025, 3:25 PM**

| User | Carl Mugglin |
| Action | Changed **Request For Quote Owner Email** to tiffany.gary@em.myflorida.com. Changed **Submission Date** to 6/24/2025. Changed **Status** from New to **Pending Review**. |

**6/24/2025, 3:08 PM**

| User | Carl Mugglin |
| Action | Changed **Estimated Arrival Time** to 6/25/2025, 12:00 PM. Changed **Additional Comments** to Cost is for **Phase II (~1 AC, South of Apron)** **Initial sampling scheduled for 06/25/2025.**. |

**6/24/2025, 3:06 PM**

| User | Carl Mugglin |
| Action | Changed **Quote Number** to Q-03316. Created. |

**Purchase Orders**
PO-010326

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 31 of 226



Supp. App.1444

## Florida Department of Highway Safety and Motor Vehicles's post

✕

 **Florida Department of Highway Safety and Motor Vehicles**
April 9 · 🌐

Today, the Florida Highway Patrol reaches a new milestone as Executive Director Dave Kerner is sworn in as the first ICE Task Force Officer under 287(g) in the nation.

Under Governor DeSantis' leadership, Florida is leading the way nationally in both state and local enforcement of Federal immigration laws.

Over the next several days, over 1,400 State Troopers who have completed the ICE Delegation of Authority Training as a part of the 287(g) agreement will be sworn in as ICE Task Force Officers with the authority to enforce Federal immigration laws.



👍❤️ 285                                           36 comments   98 shares

IMMIGRATION

# Exclusive: Hundreds at Alligator Alcatraz have no criminal charges, Miami Herald learns

By **Ana Ceballos** , **Claire Healy** , **Shirsho Dasgupta** and **Ben Wieder** *Miami Herald*

Updated July 13, 2025 3:20 PM



President Donald Trump speaks while touring a newly-constructed area for a detention camp with Homeland Security Secretary Kristi Noem, foreground, and Florida Gov. Ron DeSantis, second from right, after arriving at Dade-Collier Training and Transition Airport in Ochopee, Fla., on Tuesday, July 1, 2025. The airport is the planned site of a detention camp for migrants that officials in his administration have called "Alligator Alcatraz." (Doug Mills/The New York Times) DOUG MILLS *NYT*

Hundreds of immigrants with no criminal charges in the United States are being held at Alligator Alcatraz, a detention facility state and federal officials have characterized as a place where "vicious" and "deranged psychopaths" are sent before they get deported, records obtained by the Miami Herald/Tampa Bay Times show.

Mixed among the detainees accused and convicted of crimes are more than 250 people who are listed as having only immigration violations but no criminal convictions or pending charges in the United States. The data is based on a list of more than 700 people who are either being held under tents and in chain link cells at Florida's pop-up detention center in the Everglades or appear slated for transfer there.

A third of the detainees have criminal convictions. Their charges range from attempted murder to illegal re-entry to traffic violations. Hundreds of others only have pending charges. The records do not disclose the nature of the alleged offenses, and reporters have not independently examined each individual's case.

The information — subject to change as the population of the facility fluctuates — suggests that scores of migrants without criminal records have been targeted in the state and federal dragnet to catch and deport immigrants living illegally in Florida.

**Is your client or family member being held at Alligator Alcatraz? Click here to see the list**

Nationally, nearly half of detainees in ICE custody as of late June were being held for immigration violations and did not have a criminal conviction or charge, according to data from Syracuse University. Polls have shown that American voters support the deportation of criminals but are less supportive of the arrest and detention of otherwise law-abiding undocumented immigrants. South Florida's congressional representatives have called on the Trump administration to be more compassionate in its efforts to round up and deport immigrants with status issues.

"That place is supposedly for the worst criminals in the U.S.," said Walter Jara, the nephew of a 56-year-old Nicaraguan man taken to the facility following a traffic stop in Palm Beach County. The list obtained by the Herald/Times states that his uncle, Denis Alcides Solis Morales, has immigration violations and makes no mention of convictions or pending criminal charges. Jara said his uncle arrived here legally in 2023 under a humanitarian parole program, and has a pending asylum case.

Reporters sent the list to officials at the Department of Homeland Security and U.S. Immigration and Customs Enforcement. In a statement, DHS Assistant Secretary Tricia McLaughlin said the absence of a criminal charge in the United States doesn't mean migrants detained at the site have clean hands.

"Many of the individuals that are counted as 'non-criminals' are actually terrorists, human rights abusers, gangsters and more; they just don't have a rap sheet in the U.S.," McLaughlin told the Herald/Times. "Further, every single one of these individuals committed a crime when they came into this country illegally. It is not an accurate description to say they are 'non-criminals.'"



Aerial view of structures, including gigantic tents built at the recently opened migrant detention center, "Alligator Alcatraz," located at the site of the Dade-Collier Training and Transition Airport in Ochopee, Florida, on Friday, July 4, 2025. (Pedro Portal/Miami Herald/TNS) Pedro Portal *TNS*

McLaughlin said the Trump administration is "putting the American people first by removing illegal aliens who pose a threat to our communities" and said "70%

of ICE arrests have been of criminal illegal aliens with convictions or pending charges."

She added that the state of Florida oversees the facility, not ICE, an argument echoed in court by Thomas P. Giles, a top official involved in enforcement and removal operations.

"The ultimate decision of who to detain" at Alligator Alcatraz "belongs to Florida," he wrote as part of the federal government's response to a lawsuit challenging the detention facility on environmental grounds.

A spokesperson for ICE referred reporters to Florida's Division of Emergency Management, which oversees the detention facility. The Florida agency did not respond to a request for comment.

**Do you know someone detained at Alligator Alcatraz? We'd like to hear from you**

Supp. App. 1450

# Detainees by country of citizenship



More than 95 percent of the individuals in the records analyzed by the Miami Herald were citizens of Latin American countries. Around a fifth of the detainees were Guatemalans, another fifth were Mexican and around a tenth were from Cuba.

*Use the button on the bottom-right to zoom in and out*





Source: Miami Herald analysis

## Mixed population

The records offer a glimpse into who is being sent to Alligator Alcatraz. The network of trailers and tents, built on an airstrip off of U.S. Highway 41, has been operating for a little more than a week. It is already housing about 750 immigrant detainees, a figure that state officials shared with Democratic state Sen. Carlos Guillermo-Smith, one of several Florida lawmakers who toured the site on Saturday afternoon.

The records obtained by the Herald/Times show detainees are from roughly 40 countries around the world. Immigrants from Mexico, Guatemala and Cuba made up about half the list. Ages range from 18 to 73. One is listed as being from the United States. Reporters were unable to locate his family or attorney.

Lawmakers who visited the facility Saturday said they saw detainees wearing wristbands, which state officials explained were meant to classify the severity of their civil or criminal violations. The colors included yellow, orange and red — with yellow being less severe infractions and red meaning more severe offenses, said state Rep. Anna Eskamani, D-Orlando.

When the detention facility opened on July 1, President Donald Trump visited the site and said it would soon house "some of the most vicious people on the planet." He and Gov. Ron DeSantis have said the detention center is creating more space to house undocumented immigrants who otherwise would have to be released due to a lack of beds.

Supp. App. 1452



Rena Mourer, who is in favor of Alligator Alcatraz, waves a Betsy Ross 1776 American flag at the front entrance to Alligator Alcatraz as Florida lawmakers and members of Congress tour the detention facility located within the Florida Everglades, 36 miles west of the central business district of Miami, in Collier County, Florida Saturday, July 12, 2025. PHOTO BY AL DIAZ
*adiaz@miamiherald.com*

The state has refused to make public a roster of detainees at Alligator Alcatraz, instead offering selective information about who is being detained there. On Friday, Florida Attorney General James Uthmeier's office released the names of six men convicted of crimes to Fox News, and later to the Herald/Times upon request. The charges against the men — all included on the list obtained by the Herald/Times — ranged from murder to burglary.

"This group of murderers, rapists, and gang members are just a small sample of the deranged psychopaths that Florida is helping President Trump and his

administration remove from our country," Uthmeier's spokesman, Jeremy Redfern, said in a statement.

One of those men is Jose Fortin, a 46-year-old from Honduras who was arrested in 2017 on attempted murder charges. Records show Fortin was deported to his home country in August 2019. A month later, he re-entered the country illegally. Border patrol agents picked him up in Texas.

Another man identified as a detainee by Uthmeier's office, Luis Donaldo Corado, was convicted of burglary and petty theft after he was accused of being a "peeping tom" — watching a woman through her apartment window in Coral Gables. And Eddy Lopez Jemot, a 57-year-old Cuban man, was accused of killing a woman and setting her house on fire in Key Largo in 2017. The state dropped homicide charges against him in a plea deal this year and convicted him of arson.

But other detainees left off the attorney general's list face lesser charges — such as traffic violations, according to attorneys and family members. An attorney told the Herald/Times her client was detained by federal immigration agents after a routine-check in at an ICE field office. Some are asylum seekers.

Solís Morales, the 56-year-old Nicaraguan, ended up in Alligator Alcatraz after he was unexpectedly detained on his way to a construction job in Palm Beach County on July 1, according to Jara, his nephew. He was a passenger in a Ford F-150 when the driver was pulled over by the Florida Highway Patrol for an unsecured load, Jara told the Herald/Times on Saturday.

Solís Morales arrived in the United States from Nicaragua in 2023 under humanitarian parole and has a pending asylum case, Jara said.

Supp. App. 1454

Miami immigration attorney Regina de Moraes said she's representing a 37-year-old Brazilian man being held at Alligator Alcatraz who entered the United States lawfully on a tourist visa in 2022 and then applied for asylum, which is pending.

She said the man, who has a five-year work permit and owns a solar panel business in the Orlando area, was arrested on a DUI charge in 2024. While he was attending a probation hearing on June 3, he was detained by the Orange County Sheriff's office, which is participating in a federal immigration program known as 287(g). He was transferred from there to Alligator Alcatraz on Thursday, according to information provided to her by the man's sister.

De Moraes, a seasoned immigration lawyer, said she doesn't understand why the Brazilian man was transferred to the state-operated detention facility in the Everglades. She asked the Herald/Times not to identify her client.

"He's not subject to mandatory detention and he's not subject to removal because he has a pending asylum application," de Moraes told the Herald/Times. "He has one DUI and he's not a threat to others. This is ridiculous. This is a waste of time and money. … He's not the kind of person they should be picking up."

"They should be picking up people with sexual battery or armed robbery records," de Moraes said.

*Miami Herald reporters Siena Duncan, Milena Malaver, Churchill Ndonwie and Jay Weaver, and el Nuevo Herald reporter Antonio Maria Delgado contributed to this report.*

This story was originally published July 13, 2025 at 5:30 AM.

**Want to see more content like this?**   

## Afternoon Newsletter

Latest news, plus the afternoon business & national news.

[                                                    ] SIGN UP

By submitting, I agree to the Privacy Policy and Terms of Service.

---

**McClatchy Media**

Part of the McClatchy Media Network

## ABOUT

About Us

Contact Us

Archives

Connect with us:

## SUBSCRIPTIONS

Customer Service

Start a Subscription

Cancel a Subscription

Make a Payment

## ADVERTISING

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Ad - Celebrations

Place an Obituary

Staffing Solutions

Political | Advocacy Advertising

Supp. App. 1456

**EXPLORE**

📖 Read Today's Edition

📱 Mobile Apps

📖 Newsletters

▦ Puzzles & Games

✩ Horoscopes

COPYRIGHT

COMMENTING
POLICY

PRIVACY
POLICY

COOKIE
PREFERENCES

YOUR
PRIVACY
CHOICES

TERMS
OF
SERVICE

MOBILE
SMS
TERMS
OF
SERVICE

Log In | Subscribe

IMMIGRATION

# Is your family member or client at Alligator Alcatraz? We obtained a list

By **Ana Ceballos** , **Ben Wieder** , **Claire Healy** and **Shirsho Dasgupta**

Updated July 14, 2025 11:01 AM

X





Democrats are calling for the closure of the Everglades' "Alligator Alcatraz" after going on a tour of the immigration detention center. The center, which was quickly assembled by Florida Governor Ron DeSantis, was visited by both Democratic; Republican Florida lawmakers. By Video Elephant



The Miami Herald/Tampa Bay Times has obtained a list of more than 700 people who have been detained or appear to be scheduled to be sent to the Florida-run immigration detention facility known as Alligator Alcatraz.

The DeSantis administration has not made public a list of names of the immigrants held at the facility in heavy duty tents at an airstrip in the Florida Everglades. Individuals sent to the makeshift detention center do not show up in an online government database that allows the public to search for immigrant detainees' whereabouts. Lawyers say they have had difficulty locating clients sent to the site, often learning that they are there when detainees call family members.

X

TOP VIDEOS

Supp. App. 1459



The list — made public for the first time here — was shared with the Department of Homeland Security and the Florida Division of Emergency Management, which oversees the site. Neither disputed its accuracy.

**READ MORE: Hundreds at Alligator Alcatraz have no criminal charges or convictions, records show**

The list is not exhaustive and it is subject to change as the detention facility's population fluctuates. The Herald/Times searched each of the 747 names in the U.S. Immigration and Customs Enforcement's Detainee Locator. Only 40 appeared on the public-facing website, most of them listed as being located at nearby facilities, and three marked with a note to "call field office."

**Do you know someone detained at Alligator Alcatraz? We'd like to hear from you**

The Florida Division of Emergency Management, which is overseeing the site's operations, has not said how many people are held at the facility. Democratic

X

lawmakers who toured the site on Saturday said detention center employees told them that there are about 750 detainees at the site.

## Detainees assigned to Alligator Alcatraz

The Miami Herald obtained records of more than 700 individuals who are detained at or appear to be scheduled to be sent to the detention facility in the Everglades.

| Search in table | Page 1 of 50 > |

| Name |
| --- |
| ABDULLAH ALHAMZAH |
| ABDULMAJED ABDULMANE |
| ABEL HERNANDEZ PEREZ |
| ABEL PADRON DE LEON |
| ABELARDO VILLEGAS HERNANDEZ |
| ABELINO PEREZ LOPEZ |
| ABENAMAR CASTELLANOS RODRIGUEZ |
| ABNER MORALES-GOMEZ |
| ABRAHAM TORRES-ROBLERO |
| ACACIO JUAREZ-GALEANA |
| ADONIRAM LAZARO-PEREZ |
| ADONIS LOBOS-REYES |
| ADRIAN BETANCOURT RODRIGUEZ |
| ADRIAN GUERRERO RODRIGUEZ |
| ADRIAN RODRIGUEZ UMPIERRE |

*Miami Herald reporters Siena Duncan, Milena Malaver, Churchill Ndonwie and Jay Weaver, and el Nuevo Herald reporter Antonio Maria Delgado contributed to this report.*

This story was originally published July 13, 2025 at 5:30 AM.

## Want to see more content like this? 👍 👎

### 💼 Afternoon Newsletter

Latest news, plus the afternoon business & national news.

| | SIGN UP |

By submitting, I agree to the Privacy Policy and Terms of Service.

X

Supp. App. 1461



Part of the McClatchy Media Network

## ABOUT

About Us

Contact Us

Archives

Connect with us:

## SUBSCRIPTIONS

Customer Service

Start a Subscription

Cancel a Subscription

Make a Payment

## ADVERTISING

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Ad - Celebrations

Place an Obituary

Staffing Solutions

Political | Advocacy Advertising

## EXPLORE

Read Today's Edition

Mobile Apps

X

Supp. App. 1462

- 📖 Newsletters
- 🎲 Puzzles & Games
- ☆ Horoscopes

COPYRIGHT        COMMENTING POLICY        PRIVACY POLICY        COOKIE
PREFERENCES                                    YOUR PRIVACY
CHOICES        TERMS OF
SERVICE        MOBILE SMS
TERMS OF
SERVICE

X

Supp. App.1463



# OUTSIDE EVERGLADES DETENTION CENTER

AUGUST 6TH, 2025

VIEW GALLERY

CARRIE FEIT PORTRAITS

Supp. App.1464

**OUTSIDE EVERGLADES DETENTION CENTER**
CARRIE FEIT PORTRAITS



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FRIENDS OF THE EVERGLADES, INC., a Florida 501(c)(3) not-for-profit corporation, and CENTER FOR BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit organization, | Civil Case No. 1:25-cv-22896 |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, in his official capacity as Acting Director of the UNITED STATES IMMIGRATION CUSTOMS ENFORCEMENT; KEVIN GUTHRIE, in his official capacity as Executive Director of the Florida Division of Emergency Management; and MIAMI-DADE COUNTY, a political subdivision of the State of Florida | |
| Defendants. | |

## DECLARATION OF CARRIE FEIT

1. My name is Carrie Feit and I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the facts set forth herein.

2. On August 6, 2025, I visited the area of the Dade-Collier Training and Transition Airport ("TNT") which now operates as the detention center known as "Alligator Alcatraz." I was specifically situated on Tamiami Trail at the entrance of the roadway leading to TNT.

3. During such August 6, 2025 visit, from approximately 3:30 to 4pm, I captured images with my camera, specifically a Nikon Z9 body and a Tamron 35-150 mm, F/2-2.8 lens.

Supp. App. 1466

4.  Attached hereto as Exhibit A are copies of unedited[1] images captured on August 6, 2025 of the aforementioned roadway entrance at TNT which accurately depict my observations.

I declare under penalty of perjury that the foregoing is true and correct and was executed on August 8, 2025 in Miami-Dade County, Florida.

_Carrie Feit_
_____
Carrie Feit

---

[1] The software utilized to upload the images from the camera has default settings that chooses the color profile as well performs mild sharpening.

Supp. App. 1467









in    🔍      🏠 Home    👥 My Network    💼 Jobs    💬 Messaging    🔔 Notifications    Me ▾    For Business ▾    Try Premium |





## Ian-Paul Gadea-Guidicelli, MPA, CEM, FPEM · 3rd

Chief of Response at Florida Division of Emergency Management



• Florida Division of Emergency Management



• University of Central Florida

Tallahassee, Florida, United States · Contact info

500+ connections

Message    ( + Follow )    ( More )

## About

Senior Emergency Preparedness professional with over a half-decade of service to the Florida Division of Emergency Management. Served in response roles across two dozen activations of the State Emergency Response Team. Focused on individual motivation and high-performing teams. Seeking to leverage experience in the fields of Emergency Management and Public Administration to accomplish organizational benchmarks, encourage personal and professional growth from all team members, and promote innovation across the State.

Key Skills include:
• Emergency Preparedness & Curriculum Development
• Emergency Response Operations
• Disaster Logistics
• Program Development, Management, and Optimization
• Crisis Coordination and Management
• Analytical Evaluation and Reporting
• Staff Development and Training
• Gap Analysis and Resolution

## Activity

1,717 followers

 Ian-Paul Gadea-Guidicelli, MPA, CEM, FPEM  ···
reposted this

 **Chandler Gadea-Guidicelli** · 3rd+
Assistant Director | FSU Center for Global Enga...
3mo · 🌐

I'm happy to share that I'm starting a new position as
Assistant Director at FSU Center for Global
Engagement CGE!

 

 **Ian-Paul Gade**
Chief of Response
3mo · 🌐

Come join the Response I
Division of Emergency M
exciting positions! ...mor

 **Florida Divisi**
11,098 followers

We're hiring! The Flori
Management is lookin
within the Bureau

Supp. App. 1472

Starting a New Position

☺☺♡ 24 · 10 comments · 1 repost          ♡ 27 · 3 reposts



Show all posts →

## Experience

Florida Division of Emergency Management
Full-time · 9 yrs 5 mos

**Bureau Chief of Response**
Jan 2022 – Present · 3 yrs 8 mos
Tallahassee, Florida, United States

**Deputy Bureau Chief of Response**
Sep 2019 - Jan 2022 · 2 yrs 5 mos
Tallahassee, Florida, United States

Serves as a senior manager in the Bureau of Response, responsible for the
management and direct supervision of the Operations Section... ...see more

♥ Cross-functional Team Leadership, Policy Analysis and +4 skills

**All-Hazards Incident Management Team Program Manager**
Aug 2016 - Sep 2019 · 3 yrs 2 mos
Tallahassee, Florida Area

Served as the Program Coordinator for the Bureau of Response leading the
implementation of innovative disaster response programs for the ...see more

♥ Cross-functional Team Leadership, Budget Management and +3 skills

Show all 4 experiences →

## Education



University of Central Florida
Master of Public Administration - MPA, Public Administration
2019 - 2022



Florida State University
Certificate, Emergency Management and Homeland Security
Apr 2016

Show all 3 educations →

## Licenses & certifications



Project Management Professional (PMP)
Project Management Institute
Issued May 2024 · Expires May 2027



Certified Emergency Manager (CEM)
International Association of Emergency Managers
Issued Apr 2022 · Expires Jan 2028



U.S. Department of Homeland Security

---

## Archived Content

In an effort to keep DHS.gov current, the archive contains outdated information that may not reflect current policy or programs.

# Final Notice and Public Explanation of a Proposed Activity in a 100-Year Floodplain– Dormitory Construction at Immigration and Customs Enforcement Krome Service Processing Center – Miami, Florida

**En español**

To: All interested floodplain residents of Miami, residents of Miami-Dade County, elected officials, agencies, groups, and individuals

This is to give notice that the Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE), as guided by Executive Order 13690 Establishing a Federal Flood Risk Management Standard (FFRMS) and a Process for Further Soliciting and Considering Stakeholder Input and Executive Order 11988, Floodplain Management, as amended, has conducted an evaluation to determine the potential affect that its activity in the floodplain will have on the human environment. The proposed project is located at 18201 SW 12th St in Miami, Florida, 33194.

## Proposed Action

ICE is proposing to construct a one-story dormitory on the property of the ICE Krome Service Processing Center (SPC), located at 18201 SW 12th St in Miami, Florida, 33194. The property is located directly adjacent to Everglades National Park and the majority of land surrounding the parcel is wetlands, with the exception of an access road and adjacent state-owned facilities. No impacts on wetlands are anticipated. The property consists of 110 acres, 36 acres of which is developed land. The new dormitory would be sited and constructed where an artificial turf soccer field currently exists within the fenced portion of the existing Krome SPC located at the north corner of the developed portion of the property. The purpose of the project is to house detainees who are awaiting an immigration status determination or who are awaiting deportation or repatriation in support of the homeland security mission in Florida. The building footprint would be 166' x 150' (24,900 sq. ft). In addition to the dormitory, ICE is proposing to create concrete walkways connecting the new dormitory to the existing walkways on the property which will add impervious surface to the property. The proposed new dormitory is planned to replace an existing dormitory on the Krome SPC property that is slated for demolition. The Proposed Action was reviewed as part of a Programmatic Environmental Assessment in 2010 that evaluated 17 new construction, demolition, and repair projects planned at the Krome SPC. Since it has been more than 5 years since the original EA was completed, ICE re-evaluated portions of the analysis to ensure compliance with current laws, regulations, and policies.

Utilizing the Federal Emergency Management Agency (FEMA) floodplain maps and National Flood Hazard Layer Flood Insurance Rate maps, ICE identified that the Proposed Action would be located within the 100-year floodplain, specifically within the AH zone (designated as the low-lying flood zone). The limit of disturbance for the Proposed Action in its entirety is approximately 0.6 acres, all of which is located in the 100-year floodplain and would be permanently impacted by the Proposed Action. The Base Flood Elevation (BFE) of the site is 8 feet above mean sea level. The proposed location for the new dormitory has been backfilled to approximately 10.75 feet NGVD (National Geodetic Vertical Datum), which is higher than the 8 feet BFE and incorporates the minimum of two feet of freeboard value required by the FFRMS for non-critical actions. ICE also completed a site visit on August 23, 2023, and determined that the soccer field area is bordered by wetland swales, which are a natural solution to aid in the conveyance of stormwater runoff from the property. To mitigate current and future flood risk within the 100-year floodplain, ICE proposes to construct the new dormitory such that the finished floor elevation is above BFE, in accordance with FEMA and Miami-Dade County regulations and thereby complying with current FFRMS. ICE will build the new dormitory at the existing 10.75 feet which is slightly above the vertical and horizontal FFRMS Floodplain (10 feet) at this location. Additionally, the wetland swale areas would not be altered, and no construction would occur in these areas.

Construction of the project as proposed, in accordance with all applicable local, state, and federal floodplain requirements, is anticipated to impact site topography and floodwater conveyance and storage on the project site, due to the additional impervious surfaces and land grading associated

with the project. ICE would use minimum grading requirements during construction and save as much of the site from compaction as possible. ICE would grade the site to provide positive drainage from the detention center to the surrounding area, which includes wetland swales and an onsite retention pond northeast of the construction area. Erosion and sedimentation would be minimized as much as possible during all proposed construction by utilizing erosion control measures, such as siltation control, silt fences, and permanent retention of fill material. The surrounding wetland areas or swales would not be directly affected by the construction.

## Alternatives

The entirety of the Krome SPC Facility and the surrounding wetland area are within the AH flood zone (100-year floodplain), therefore there are no practical site alternatives on the property that would be more suitable for the dormitory. Off-site alternatives are not feasible due to security and operational requirements associated with the dormitory. As stated previously, the Preferred Alternative (the Proposed Action) would create a minor impact to the floodplain as a result of an increase of impervious area due to the construction of the new dormitory. However, ICE proposes to build the structure according to FFRMS regulations such that the finished floor elevation is more than two feet above BFE, thereby minimizing both flood risk to federal assets and impacts on floodplains. Additionally, potential impacts from an increase in stormwater runoff would be minimized to the greatest extent practicable by grading the site to provide positive drainage from the detention center to the surrounding area, as mentioned above.

ICE also considered the No Action Alternative, under which the current land use within the area of the Proposed Action (recreational soccer field) would continue, and no construction would occur. There would be no impacts to the floodplain or to the environment, however the purpose and need for the Proposed Action would not be satisfied. Therefore, ICE has eliminated the No Action Alternative from consideration.

ICE has reevaluated the alternatives to building in the floodplain and has determined that it has no practicable alternative. Environmental files that document compliance with steps 3 through 6 of Executive Order 11988 are available for public inspection, review, and copying upon request at the email address delineated in the last paragraph of this notice for receipt of comments. ICE will comply with all state and local floodplain protection procedures, including consulting with the appropriate agencies prior to implementing the Proposed Action.

This activity will have no significant impact on the environment for the following reasons:

- The Project area is located within a developed portion of the Krome SPC property and would be contained to an existing artificial turf recreational soccer field. The Project area is not adjacent to any homes; therefore, ICE anticipates no impacts on environmental justice communities.
- ICE determined that the Proposed Action would have no adverse effect on the neighboring Everglades National Park, as the Proposed Action would be confined to the existing soccer field area on the developed portion of the property. There are wetland swale areas directly adjacent to the soccer field, however no construction will occur in those areas. ICE consulted with Everglades National Park, which concurred on November 30, 2023, that the proposed action is not anticipated to have measurable effects on adjacent wetlands, floodplains, and other resources within Everglades National Park.
- The Proposed Action does not include disturbance of potentially contaminated areas and is not likely to cause a release of chemicals to the environment.
- The Proposed Action will not result in a significant increase in the amount of wastewater generated or potable water demand. The new dormitory is planned to replace an existing dormitory of similar capacity, which is slated for demolition. Therefore, any change in wastewater generated or potable water demand, should a change occur, would be insignificant.
- Based on the U.S. Fish and Wildlife Service's (USFWS) Information Planning and Consultation (IPaC) Review of the project area, ICE identified 36 threatened and endangered species in the local area and in the vicinity of the Project Area. However, as stated previously, the Proposed Action is located on previously disturbed land that is currently used as a recreational artificial turf soccer field within a fenced site, which has limited suitable habitat for threatened or endangered species. ICE determined that the Proposed Action would have indirect, negligible, and short-term effects on five of the listed threatened and endangered species identified through IPaC. The five species were the Eastern Black Rail, the Eastern Indigo Snake, the Everglade Snail Kite, the Florida Bonneted Bat, and the Wood Stork. Although it is unlikely that the listed species reside on the premises or breed within the developed portion of Krome SPC, the potential for indirect impacts to these species does exist. Indirect impacts to wildlife species or migratory birds that may be found in the area during project activities may also occur; however, most of these species are highly mobile. Animals that feel threatened by any of the proposed activities could easily leave the site temporarily. The site is also surrounded by fencing which would prevent some animals from entering the Project Area. Because of the wetlands, retention pond, and other undeveloped habitats immediately adjacent to the project site, these species would be able to find refuge as frequently as needed. Therefore, potential impacts to wildlife and migratory birds due to the Proposed Action would be negligible and temporary. There are no critical habitats in the vicinity of the Project area. On September 28, 2023, ICE requested concurrence from USFWS under Section 7 of the Endangered Species Act (ESA) on its "May Affect, Not Likely to Adversely Affect" determination for the five species identified through IPaC. On December 19th, 2023, ICE received concurrence from the USFWS that the Proposed Action is not likely to adversely affect any federally listed species or designated critical habitat protected by the ESA, as amended (16 U.S.C. 1531 eq. seq). The consultation fulfills the requirements of Section 7 of the ESA and

further action is not required. ICE has determined that the Proposed Action would have no effect for species protected under the Marine Mammal Protection Act, the Magnuson-Stevens Fishery Conservation Management Act, the Bald and Golden Eagle Protection Act, or the Migratory Bird Treaty Act.

- No negative impacts to recreational or educational values of the floodplain are anticipated to occur due to the project's location on government-owned land and the relatively small footprint of the Proposed Action.

- Best management practices will be utilized to decrease erosion and sedimentation that could result from the Proposed Action, including siltation control/silt fences and permanent retention of fill material.

- ICE consulted with the Florida Department of Environmental Protection Clearinghouse on September 15, 2023. The Clearinghouse distributes the Project proposal for review to appropriate state agencies, water management districts, regional planning councils, local governments, and the Governor's Office of Planning and Budget to streamline the consultation process at the state level and ensure proposals are in accordance with state plans, policies, programs, objectives, and procedures. This consultation allows multiple stakeholders to confirm if a proposed project is environmentally sound and to determine if the project will have any adverse effects on Florida's natural resources, wildlife, historical or archaeological sites or artifacts. ICE received a response from the Clearinghouse, and advised ICE that an Environmental Resource Permit from the South Florida Water Management District is required for this project. The Clearinghouse also stated that "the state has no objections to allocation of federal funds for the subject project and, therefore, the funding award is consistent with the Florida Coastal Management Program (FCMP). The state's final concurrence of the project's consistency with the FCMP will be determined during any environmental permitting processes, in accordance with Section 373.428, Florida Statutes, if applicable." ICE will obtain all necessary federal and state permits prior to commencement of project activities.

There are three primary purposes for this notice. First, people who may be affected by activities in floodplains and those who have an interest in the protection of the natural environment should be given an opportunity to express their concerns and provide information about these areas. Second, an adequate public notice program can be an important public educational tool. The dissemination of information about floodplains can facilitate and enhance Federal efforts to reduce the risks associated with the occupancy and modification of these special areas. Third, as a matter of fairness, when the Federal government determines it will participate in actions taking place in floodplains, it must inform those who may be put at greater or continued risk.

Any individual, group, or agency wishing to comment on the project may do so via email at icesustainability@ice.dhs.gov (mailto:icesustainability@ice.dhs.gov?subject=RE%3A%20Final%20Notice%20and%20Public%20Explanation%20of%20a%20Proposed%20Activity%20-%20Krome). Comments must be received by the Department of Homeland Security on or before January 10, 2024. This notice is posted on the DHS NEPA website (/national-environmental-policy-act/).

## Keywords

ARCHIVE (/KEYWORDS/ARCHIVE)

Last Updated: 05/12/2025

5:08  •

 57

← | Israel O. Herrera... 📞 ⋮

Texting with Israel O. Herrera - ICE Assistant (SMS/MMS)

Good morning, this is ICE Assistant Field Officer Director Israel O. Herrera I would like to site visit the new Alligator Alcatraz location which I have been tasked with assis... g on

⊕ Text m... 😊  

||| ○ ‹

5:08 

I   Israel O. Herrera...   📞   ⋮

with assisting on standards and compliance would you be available to give me and my team a tour <u>today at 11:30 AM</u>?

Absolutely!!!

Excellent see you then thank you

⊕   Text m...



USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 66 of 226



© Ralph Arwood
PHOTOGRAPHY



©Ralph Arwood
PHOTOGRAPHY



©Ralph Arwood
PHOTOGRAPHY

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 69 of 226



© Ralph Arwood PHOTOGRAPHY

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 70 of 226



© Ralph Arwood PHOTOGRAPHY



© Ralph Arwood PHOTOGRAPHY





**BRIAN MAST**
21st District, Florida

**COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE**

**FOREIGN AFFAIRS COMMITTEE**

**WASHINGTON OFFICE**
2182 Rayburn House Office Building
Washington, D.C. 20515
(202) 225-3026

## Congress of the United States
### House of Representatives
#### Washington, DC 20515

Dear Ms. Namath,

Thank you for contacting me to express your concerns regarding the migrant detention center in southern Florida, colloquially known as "Alligator Alcatraz". Your thoughts are important to me as I work to represent you in Congress effectively.

As you may know, this temporary facility was recently established in the Everglades at the Dade-Collier Training and Transition Airport at the request of Homeland Secretary Kristi Noem. I likewise appreciate your concern for this unique ecosystem; I also share your commitment to its continued preservation.

The Everglades is a national treasure, a vital part of our state's economy, and its preservation is critical. I have fought shoulder-to-shoulder for years with scientists and community leaders to secure its rehabilitation funding and repair its existing infrastructure. These efforts must continue.

This facility is intended to be temporary, and I am monitoring this situation closely. Enforcing our immigration laws is critical to maintaining the security and sovereignty of our great nation, but there must be solutions that address the ongoing immigration crisis and continue to safeguard Florida's natural resources.

Thank you again for taking the time to contact me about this issue.  If you'd like to receive updates about this issue and other news that's important to our community, please sign up here.  To follow along with my work on your behalf, please join me on Facebook, Twitter, Instagram and YouTube.  If you have any additional questions, please do not hesitate to contact me again.  As always it is an honor to represent you in the United States Congress.


Thank you again for taking the time to contact me.  If you'd like to receive updates about this issue and other news that's important to our community, please sign up here.  To follow along with my work on your behalf, please join me on Facebook, Twitter, Instagram  and YouTube.  If you have any additional questions, please do not hesitate to contact me again.  As always it is an honor to represent you in the United States Congress.

Sincerely,

Brian Mast
Member of Congress

Supp. App. 1486

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:25-cv-22896-KMW

FRIENDS OF THE EVERGLADES, INC., a Florida
not-for-profit corporation, and CENTER FOR
BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit
organization,

          Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary
of the UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; TODD LYONS, in his
official capacity as Acting Director of the UNITED
STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT; KEVIN GUTHRIE, in his official
capacity as Executive Director of the Florida Division
of Emergency Management; and MIAMI-DADE
COUNTY, a political subdivision of the State of
Florida,

          Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

          Intervenors.

### <u>DECLARATION OF COOPER KASS</u>

1.      My name is Cooper Kass, and I make this declaration on personal knowledge.

2.      I am a staff member at the Center for Biological Diversity (Center).

3.      On August 8, 2025, I visited Governor Ron DeSantis's official X account and

viewed a post made by that account on August 7, 2025, which can be found at the following link:

https://x.com/GovRonDeSantis/status/1953560188461654357. That post is accurately depicted in the screenshot attached as Exhibit 1.

4.      On August 8, 2025, I visited the Florida Department of Highway Safety and Motor Vehicles' official Facebook page and viewed a post made by that account on April 9, 2025, which can be found at the following link:

https://www.facebook.com/FLHSMV/posts/today-the-florida-highway-patrol-reaches-a-new-milestone-as-executive-director-d/1065884665572211/. That post is accurately depicted in the screenshot attached as Exhibit 2.

5.      On August 8, 2025, I visited the U.S. Department of Homeland Security (DHS) Secretary Kristi Noem's official X account and viewed a post made by that account on July 1, 2025, which can be found at the following link:

https://x.com/KristiNoem/status/1940218477945438370. That post is accurately depicted in the screenshot attached as Exhibit 3.

6.      On August 8, 2025, I visited YouTube and watched a video titled Full interview: Acting ICE Director Todd Lyons on Trump's immigration crackdown on Face the Nation's official YouTube page from 23:37 to 24:45. The video is available at the following link: https://www.youtube.com/watch?v=9LOKKE-FB98, and the clip is accurately depicted in Plaintiffs' Exhibit 60.

7.      On August 8, 2025, I visited the Florida Channel website and watched a video titled 7/25/25 Governor's Press Conference from 14:38 to 15:43. The video is available at the following link: https://thefloridachannel.org/videos/7-25-25-governors-press-conference/, and the clip is accurately depicted in Plaintiffs' Exhibit 61.

Supp. App. 1488

8.      On August 8, 2025, I visited Fox 5 Washington DC's official YouTube page and watched a video titled FULL: President Trump Alligator Alcatraz Press Conference on Border Security; One Big Beautiful Bill from 13:21 to 13:59. The video is available at the following link: https://www.youtube.com/watch?v=EPv4n1a_ijQ, and the clip is accurately depicted in Plaintiffs' Exhibit 63.

9.      On August 8, 2025, I visited Fox News' official TikTok account and watched a post titled "DHS Secretary Kristi Noem hails 'Alligator Alcatraz,' Florida's new immigrant detention center, as 'absolutely fantastic' in an interview with Jesse Watters," posted on June 27, 2025. The video is available at the following link: https://www.tiktok.com/t/ZP8kGQhsf/ and is accurately depicted in Plaintiffs' Exhibit 64.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 8, 2025.

Cooper Kass

Supp. App. 1489

**Exhibit 1**



Supp. App. 1490

**Exhibit 2**



## Florida Department of Highway Safety and Motor Vehicles's post

 **Florida Department of Highway Safety and Motor Vehicles**
April 9 · 🌐

Today, the Florida Highway Patrol reaches a new milestone as Executive Director Dave Kerner is sworn in as the first ICE Task Force Officer under 287(g) in the nation.

Under Governor DeSantis' leadership, Florida is leading the way nationally in both state and local enforcement of Federal immigration laws.

Over the next several days, over 1,400 State Troopers who have completed the ICE Delegation of Authority Training as a part of the 287(g) agreement will be sworn in as ICE Task Force Officers with the authority to enforce Federal immigration laws.



Supp. App.1491

**Exhibit 3**

 **Kristi Noem** ✓
@KristiNoem

Alligator Alcatraz will be funded largely by FEMA's Shelter and Services Program, which the Biden administration used as a piggy bank to spend hundreds of millions of American taxpayer dollars to house illegal aliens, including at the Roosevelt Hotel that served as a Tren de Aragua base of operations and was used to shelter Laken Riley's killer.

Before this program was used to house criminal illegal aliens. Now, it is being used to detain criminal illegal aliens while they await deportation.



6:18 PM · Jul 1, 2025 · **53.2K** Views

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-22896-KMW**

FRIENDS OF THE EVERGLADES, INC., a Florida
not-for-profit corporation, and CENTER FOR
BIOLOGICAL DIVERSITY, a 501(c)(3) nonprofit
organization,

        Plaintiffs,

vs.

KRISTI NOEM, in her official capacity as Secretary
of the UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; TODD LYONS, in his
official capacity as Acting Director of the UNITED
STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT; KEVIN GUTHRIE, in his official
capacity as Executive Director of the Florida Division
of Emergency Management; and MIAMI-DADE
COUNTY, a political subdivision of the State of
Florida,

        Defendants.

and

THE MICCOSUKEE TRIBE OF INDIANS,

        Proposed Intervenors.

## <u>DECLARATION OF JOSEPH KINNEBREW</u>

1.  I am an Airport Manager for the Miami-Dade Aviation Department, with responsibilities
    over the Dade-Collier Training and Transition Airport ("TNT"). I am over 18 years old and
    have personal knowledge of the matters set forth in this declaration.

2.  The attached spreadsheet is a true, complete and correct copy of data maintained by the Miami-Dade Aviation Department  regarding arrivals and departures (the "Arrivals and Departures Information") of aircraft at the Dade-Collier Training and Transition Airport ("TNT") from January 1, 2020, through December 31, 2024.

3.  The Arrivals and Departures Information is based on data available to the Miami-Dade Aviation Department through a software provider called ANOMS, which is used generally by the Miami-Dade Aviation Department to address noise abatement issues at Miami International Airport but which the Miami-Dade Aviation Department also generally used to track arrivals and departures from TNT from January 1, 2020, through December 31, 2024.

4.  To the best of my knowledge and understanding, the ANOMS software uses (and the Arrivals and Departures Information in the attached spreadsheet is based on) data recorded by FAA radar located at Miami International Airport, which radar is able to track aircraft arriving and departing TNT using the signal broadcasted by an aircraft's ADS-B transponder provided that the aircraft's ADS-B transponder was operational at the time of the arrival or departure.

5.  The ANOMS data does have a limitation, however.  Sometimes, an aircraft will practice numerous runway landings and takeoffs without leaving the airport's immediate airspace. To the best of my knowledge and understanding, the ANOMS data would capture that as only one arrival/departure.

6.  Each line in the Arrivals and Departure Information in the attached spreadsheet represents a single arrival into and departure from TNT's traffic pattern based on the information captured from the ANOMS software as described above.

7.  These records were made at or near the time of the events set forth therein by people with knowledge of those matters.

8.  It is the regular practice of the Miami-Dade Aviation Department to make and maintain these records.

9.  These records were kept and maintained in the regular course of the business activity of the Miami-Dade Aviation Department.

10. These records also constitute official records of Miami-Dade County.

11. The attached records show the following number of arrivals and departures at TNT by year as follows:

    a.  4,154 in 2024
    b.  1,785 in 2023
    c.  1,656 in 2022
    d.  2,693 in 2021
    e.  1,293 in 2020

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2025.

/s/ Joseph Kinnebrew
Joseph Kinnebrew
Airport Manager
Miami-Dade Aviation Department

Supp. App. 1495

8/11/25, 12:18 PM                    Florida Panther Consultation Area | Florida Department of Environmental Protection Geospatial Open Data

 Florida Department of Environmental Protection Geospatial Open Data



# Florida Panther Consultation Area

 **FDEP Open Data Administrator**
Florida Department of Environmental Protection

[ View Map ]    [ More ▾ ]

## Summary

Original Geographic Information System (GIS) data for the area where consultation with U. S. Fish and Wildlife Service on the Florida Panther was recommended prior to 2007. This boundary is not a sharp demarcation but generally describes the area where the species was most likely to be found in the South Florida Ecological Services Office Service Area. If an activity might result in take of this endangered species the Federal agency or other permitting entity should consult with the Service. In the event that the species is found outside the current consultation area, consultation with the Service is also appropriate. Please reference the following document for updates to the Florida Panther consultation area: https://www.fws.gov/verobeach/MammalsPDFs/20070219LetterSFESOtoCOEPantherKey.pdf.

This layer identified the area where consultation on potential impacts to the Florida Panther should be made, if suitable habitat is present, in the South Florida Ecological Services Office Service Area.

Read Less ∧

---

 **Looking for something else?** See other datasets nearby                    →

---

## Attributes                                                                    Learn about charts

Supp. App.1496

USCA11 Case: 25-12873     Document: 92-6     Date Filed: 01/08/2016     Page: 84 of 226

8/11/25, 12:18 PM                    Florida Panther Consultation Area | Florida Department of Environmental Protection Geospatial Open Data

 Florida Department of Environmental Protection Geospatial Open Data

SHAPE.LEN

## Details

**Dataset**
Feature Layer

**As Needed**
Info Updated: August 22, 2023 at 9:38:42 AM EDT

**Not Planned**
Data Updated: August 22, 2023 at 9:38:42 AM EDT

**November 19, 2020 at 12:00:00 AM EST**
Published Date

**Records: 1**
View data table

**Public**
Anyone can see this content

**No License Provided**
Request permission to use

**Relevant Area**



University of South Florida, FDEP, Esri, TomTom, Garmin, FAO, NOAA, USGS, EPA, NPS, USFWS          Powered by Esri

## I want to...

Supp. App. 1497

USCA11 Case: 25-12873     Document: 92-6     Date Filed: 01/08/2016     Page: 85 of 226

8/11/25, 12:18 PM                    Florida Panther Consultation Area | Florida Department of Environmental Protection Geospatial Open Data

 Florida Department of Environmental Protection Geospatial Open Data

**Create a Story**
Open in ArcGIS StoryMaps

**View API Resources**
Try out the API Explorer

**View Data Source**
Select to open in a new tab

**View All Metadata**
Select to open in a new tab

**Open in ArcGIS Online**
Select to open in a new tab

## You may be interested in

Map

### Florida Wood Stork Foraging Areas

Florida Department of Environmental
Protection (DEP), Division of Water Resource…

Wood stork core foraging areas for active
nesting colonies in Florida, dissolved to…

Dataset

### Mandatory Phosphate Reclamation Units 2019

Florida Department of Environmental
Protection, Division of Water Resource…

This layer is current as of 2019. The layer was
created and maintained by the Florida…

Dataset

### Mandatory Phosphate Waste Disposal 2019

Dataset

### Mandatory Phosphate Waste Disposal 2020

Supp. App.1498

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2046    Page: 86 of 226

8/11/25, 12:18 PM                    Florida Panther Consultation Area | Florida Department of Environmental Protection Geospatial Open Data

 Florida Department of Environmental Protection Geospatial Open Data

**Tags**

Consultation area- pre1206    Florida Panther    Administrative Boundaries    Biology & Ecology

Environmental Monitoring    DWRM

Explore Feeds        Manage Privacy

OFFICE OF INSPECTOR GENERAL

# ICE Does Not Fully Use Contracting Tools to Hold Detention Facility Contractors Accountable for Failing to Meet Performance Standards


Homeland Security

**January 29, 2019**
**OIG-19-18**

Supp. App. 1500



# DHS OIG Highlights

### *ICE Does Not Fully Use Contracting Tools to Hold Detention Facility Contractors Accountable for Failing to Meet Performance Standards*

**January 29, 2019**

## Why We Did This Inspection

U.S. Immigration and Customs Enforcement (ICE) contracts with 106 detention facilities to detain removable aliens. In this review we sought to determine whether ICE contracting tools hold immigration detention facilities to applicable detention standards, and whether ICE imposes consequences when contracted immigration detention facilities do not maintain standards.

## What We Recommend

We made five recommendations to improve contract oversight and compliance of ICE detention facility contractors.

### For Further Information:

Contact our Office of Public Affairs at (202) 981-6000, or email us at DHS-OIG.OfficePublicAffairs@oig.dhs.gov

# What We Found

Although ICE employs a multilayered system to manage and oversee detention contracts, ICE does not adequately hold detention facility contractors accountable for not meeting performance standards. ICE fails to consistently include its quality assurance surveillance plan (QASP) in facility contracts. The QASP provides tools for ensuring facilities meet performance standards. Only 28 out of 106 contracts we reviewed contained the QASP.

Because the QASP contains the only documented instructions for preparing a Contract Discrepancy Report and recommending financial penalties, there is confusion about whether ICE can issue Contract Discrepancy Reports and impose financial consequences absent a QASP. Between October 1, 2015, and June 30, 2018, ICE imposed financial penalties on only two occasions, despite documenting thousands of instances of the facilities' failures to comply with detention standards.

Instead of holding facilities accountable through financial penalties, ICE issued waivers to facilities with deficient conditions, seeking to exempt them from complying with certain standards. However, ICE has no formal policies and procedures to govern the waiver process, has allowed officials without clear authority to grant waivers, and does not ensure key stakeholders have access to approved waivers. Further, the organizational placement and overextension of contracting officer's representatives impede monitoring of facility contracts. Finally, ICE does not adequately share information about ICE detention contracts with key officials.

# ICE Response

ICE officials concurred with all five recommendations and proposed steps to update processes and guidance regarding contracting tools used to hold detention facility contractors accountable for failing to meet performance standards.



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

January 29, 2019

MEMORANDUM FOR:    Ronald D. Vitiello
    Deputy Director and Senior Official Performing the
    Duties of Director
    U.S. Immigration and Customs Enforcement

FROM:    John V. Kelly
    Senior Official Performing the Duties of the
    Inspector General

SUBJECT:    *ICE Does Not Fully Use Contracting Tools to Hold*
    *Detention Facility Contractors Accountable for Failing to*
    *Meet Performance Standards*

Attached for your information is our final report, *ICE Does Not Fully Use Contracting Tools to Hold Detention Facility Contractors Accountable for Failing to Meet Performance Standards*. We incorporated the formal comments from the ICE Office of the Chief Financial Officer in the final report.

Consistent with our responsibility under the *Inspector General Act*, we will provide copies of our report to congressional committees with oversight and appropriation responsibility over the Department of Homeland Security. We will post the report on our website for public dissemination.

Please call me with any questions, or your staff may contact Jennifer Costello, Deputy Inspector General, or Tatyana Martell, Chief Inspector, at (202) 981-6000.

Attachment



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

## Table of Contents

Background ............................................................................................ 3

Results of Inspection ............................................................................ 7

    ICE Does Not Consistently Use Contract-Based Quality Assurance Tools and Impose Consequences for Contract Noncompliance ........................ 7

    ICE's Waiver Process May Allow Contract Facilities to Circumvent Detention Standards and May Inhibit Proper Contract Oversight .......... 9

    Organizational Placement and Overextension of CORs Impede Monitoring of Detention Facilities ......................................................................... 12

    Lack of Direct Access to Important Contract Files Hinders CORs' and DSMs' Ability to Monitor Detention Contracts ..................................... 14

Conclusion ........................................................................................... 15
Recommendations ................................................................................ 15

## Appendixes

    Appendix A: Objective, Scope, and Methodology ................................... 21
    Appendix B: Management Comments to the Draft Report.................... 22
    Appendix C: Facility Listing and Quality Assurance Surveillance Plan Status.................................................................................................. 27
    Appendix D: Office of Inspections and Evaluations Major Contributors to This Report .............................................................. 31
    Appendix E: Report Distribution .......................................................... 32

## Abbreviations

| | |
|---|---|
| ADP | average daily population |
| CDF | contract detention facility |
| CFR | Code of Federal Regulations |
| COR | contracting officer's representative |
| DIGSA | dedicated inter-governmental service agreement |
| DSM | Detention Service Manager |
| ERO | Enforcement and Removal Operations |
| FAR | Federal Acquisition Regulation |
| ICE | U.S. Immigration and Customs Enforcement |
| IGA | inter-governmental agreement |



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

| | |
|---|---|
| IGSA | inter-governmental service agreement |
| NDS | National Detention Standards |
| ODO | Office of Detention Oversight |
| OIG | Office of Inspector General |
| PBNDS | Performance-Based National Detention Standards |
| QASP | quality assurance surveillance plan |

**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Background

U.S. Immigration and Customs Enforcement's (ICE) Office of Enforcement and Removal Operations (ERO) confines detainees in civil custody for the administrative purpose of holding, processing, and preparing them for removal from the United States. While ICE owns five detention facilities, it has executed contracts, inter-governmental service agreements (IGSA), or inter-governmental agreements (IGA) with another 206 facilities for the purpose of housing ICE detainees.[1] Table 1 lists the types and numbers of facilities ICE uses to hold detainees as well as the average daily population (ADP) at the end of fiscal year 2017.

**Table 1: Types of Facilities ICE Uses for Detention**

| Facility Type | Description | Number of Facilities | FY 17 End ADP |
|---|---|---|---|
| **Service Processing Center** | Facilities owned by ICE and generally operated by contract detention staff | 5 | 3,263 |
| **Contract Detention Facility (CDF)** | Facilities owned and operated by private companies and contracted directly by ICE | 8 | 6,818 |
| **Inter-governmental Service Agreement (IGSA)** | Facilities, such as local and county jails, housing ICE detainees (as well as other inmates) under an IGSA with ICE | 87 | 8,778 |
| **Dedicated Inter-governmental Service Agreement (DIGSA)** | Facilities dedicated to housing only ICE detainees under an IGSA with ICE | 11 | 9,820 |
| **U.S. Marshals Service Inter-governmental Agreement (IGA)** | Facilities contracted by U.S. Marshals Service that ICE also agrees to use as a contract rider | 100 | 6,756 |
| | **Total:** | **211** | **35,435** |

*Source:* ICE data

---

[1] Unless otherwise indicated, in this report we use the term "contract" in reference to the contract, IGSA, or IGA instrument used to establish a relationship between ICE and the detention facility and the term "contract facility" to describe any detention facility operated under a contract, IGSA, or IGA.



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

For this review, we focused on the 106 CDF, IGSA, and DIGSA facilities[2] for which ICE has primary contracting authority.[3] In FY 2017, these 106 facilities held an average daily population of more than 25,000 detainees. Since the beginning of FY 2016, ICE has paid more than $3 billion to the contractors operating these 106 facilities.

## Key ICE Offices Involved in Contract Management and Facility Oversight

ICE spreads duties for planning, awarding, and administering contracts for detention management and overseeing contract facilities between Management and Administration and ERO, resulting in a multilayered system. Figure 1 provides the organizational structure for the key offices involved in managing contracts and overseeing contract facilities.

**Figure 1: Offices Responsible for Contract Management and Oversight**



*Source:* Office of Inspector General (OIG) analysis of ICE data

---

[2] See Appendix C: Facility Listing and Quality Assurance Surveillance Plan Status for a listing of the 106 facilities reviewed.

[3] We did not review contracts from the 100 detention facilities for which the U.S. Marshals Service has primary contracting authority. ICE executed IGAs (contract riders) with the U.S. Marshals Service to house ICE detainees at these facilities.

Supp. App. 1506



## OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

Within ERO, the Custody Management Division (Custody Management) manages ICE detention operations and oversees the administrative detainees held in detention facilities. Custody Management has a Detention Standards Compliance Unit, which monitors oversight inspections to evaluate compliance with ICE's national detention standards. As part of ICE ERO's development of a Detention Monitoring Program in 2010, Custody Management assigned Detention Service Managers (DSM) to cover 54 contract facilities to monitor compliance with detention standards. Custody Management also analyzes operational bed space needs and initiates requests for additional contract facilities to the Office of Acquisitions Management (Acquisitions Management), within Management and Administration.

Acquisitions Management is responsible for preparing, executing, and maintaining the contracts for detention facilities and for processing any modifications to contracts. Acquisitions Management contracting officers have signature authority to execute and modify contracts for detention facilities. Contracting officers also appoint contracting officers' representatives (COR) to oversee the day-to-day management of each contract facility, but retain ultimate authority for enforcing the terms of the contract.

ICE has 26 principal COR positions physically located at the 24 ERO Field Offices to function as liaisons between field operations and contracting. CORs report to Field Office management and are responsible for ensuring the contractor complies with the terms of the contract. CORs generally conduct detention facility site visits and should have first-hand knowledge of detention facility operations in order to approve invoices for payment and to address instances of noncompliance, such as by pursuing contractual remedies. The Field Operations Division provides guidance to and coordination among the 24 national ERO Field Offices. The Field Office Directors are chiefly responsible for the detention facilities in their assigned geographic area.

**Detention Contracts and Standards Compliance**

Each detention facility with an ICE contract must comply with one of three sets of national detention standards: *National Detention Standards*, *2008 Performance-Based National Detention Standards* (PBNDS), or 2011 PBNDS. These standards (1) describe a facility's immigration detention responsibilities, (2) explain what detainee services a facility must provide, and (3) identify what a facility must do to ensure a safe and secure detention environment for staff and detainees.

Supp. App. 1507



# OFFICE OF INSPECTOR GENERAL
Department of Homeland Security

ICE monitors facility compliance with the applicable detention standards through triennial Office of Detention Oversight (ODO) inspections,[4] annual contractor-led compliance inspections by Nakamoto Group, Inc., and the assignment of Custody Management DSMs to cover 54 contract facilities. Inspectors and DSMs report deficiencies to the facility, the ERO Field Office responsible for the facility, and ICE headquarters. To correct these deficiencies, ICE's Detention Standards Compliance Unit, which works independent of the contract offices, prepares and sends uniform corrective action plans to the ERO Field Offices and works with them to ensure the deficiencies get resolved. As we previously reported, this process is not as effective as intended.[5]

Another path for correcting deficiencies is through the contracts. Though not required, detention contracts may include a quality assurance surveillance plan (QASP). The QASP is a standard template that outlines detailed requirements for complying with applicable performance standards, including detention standards, and potential actions ICE can take when a contractor fails to meet those standards. When facilities are found to be noncompliant, CORs may submit a Contract Discrepancy Report (Discrepancy Report), which documents the performance issue.

After CORs submit Discrepancy Reports, facilities are responsible for correcting deficiencies or at least preparing a corrective action plan by the identified due date. If the facility is not compliant, a Discrepancy Report may include a recommendation for financial penalties, such as a deduction in or withholding of ICE payment to the contractor.[6] For example, the QASP states that a deduction may be appropriate when an egregious event or deficiency occurs, such as when a particular deficiency is noted multiple times without correction or when the contractor failed to resolve a deficiency about which it was properly and timely notified. A withholding may be appropriate while the contractor corrects a deficiency. The contracting officer must approve any withholdings or deductions.

We initiated this review to determine whether ICE is effectively managing detention facility contracts for its 106 CDF, IGSA, and DIGSA facilities. This report addresses (1) ICE's failure to use quality assurance tools and impose consequences for contract noncompliance; (2) the use of waivers, which may circumvent detention standards specified in contracts; (3) how the CORs' organizational placement hinders their ability to monitor contracts; and

---

[4] ODO conducts compliance inspections at detention facilities housing detainees for greater than 72 hours with an average daily population greater than 10. ODO is under ICE's Office of Professional Responsibility.

[5] *ICE's Inspections and Monitoring of Detention Facilities Do Not Lead to Sustained Compliance or Systemic Improvements*, OIG-18-67, June 2018

[6] Detention facilities cannot recoup a deduction, but can recoup a withholding when they correct a deficiency.

**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

(4) CORs' and DSMs' lack of direct access to important contract files.

# Results of Inspection

Although ICE employs a multilayered system to manage and oversee detention contracts, ICE does not adequately hold detention facility contractors accountable for not meeting performance standards. ICE fails to consistently use contract-based quality assurance tools, such as by omitting the QASP from facility contracts. In fact, only 28 out of 106 contracts we reviewed included the QASP. Because the QASP contains the only documented instructions for preparing a Discrepancy Report and recommending financial penalties, there is confusion about whether ICE can issue Discrepancy Reports and impose financial consequences absent a QASP. Between October 1, 2015, and June 30, 2018, ICE imposed financial penalties on only two occasions, despite documenting thousands of instances of the facilities' failures to comply with detention standards. Instead of holding facilities accountable through financial penalties, ICE issued waivers to facilities with deficient conditions, seeking to exempt them from having to comply with certain detention standards. However, ICE has no formal policies and procedures about the waiver process and has allowed officials without clear authority to grant waivers. ICE also does not ensure key stakeholders have access to approved waivers. Further, we determined that the organizational placement and overextension of CORs impede monitoring of facility contracts. Finally, ICE does not adequately share information about ICE detention contracts with key officials, such as CORs and DSMs, which limits their ability to access information necessary to perform core job functions.

## ICE Does Not Consistently Use Contract-Based Quality Assurance Tools and Impose Consequences for Contract Noncompliance

As noted, there are two paths for correcting deficiencies: the facilities inspection process and the quality assurance tools in the facilities contracts themselves. With respect to the inspection process, we previously reported that ICE does not adequately follow up on identified deficiencies or consistently hold facilities accountable for correcting them.[7] During our current work, we found similar problems with ICE's use of contract-based quality assurance tools. Specifically, ICE did not consistently include the QASP in the facility contracts we reviewed, which has led to confusion among CORs about how to issue Discrepancy Reports. These problems are compounded because ICE does not

---

[7] *ICE's Inspections and Monitoring of Detention Facilities Do Not Lead to Sustained Compliance or Systemic Improvements*, OIG-18-67, June 2018



# OFFICE OF INSPECTOR GENERAL
Department of Homeland Security

track these reports and rarely imposes financial consequences, even when identified deficiencies present significant safety and health risks.

Out of 106 contracts we reviewed, only 28 contained the QASP.[8] The QASP is especially important because it contains the only documented instructions for preparing a Discrepancy Report and recommending financial penalties, when informal resolution is not practicable.[9] Consequently, when contracts do not contain the QASP, CORs and contracting officers are left confused as to what actions they can take when deficiencies are identified. For example, of the 11 CORs we interviewed, 5 told us they could issue a Discrepancy Report to a facility that did not have the QASP, while 2 said they could not. Two others said they could issue a Discrepancy Report without the QASP, but they could not seek financial penalties for noncompliance. The two remaining CORs told us they did not know whether they could issue a Discrepancy Report without a QASP.

Even where ICE does issue Discrepancy Reports, ICE does not track their use or effectiveness. No office within ICE could provide any data on how many Discrepancy Reports are issued to facilities and for what reasons. An ICE official from Acquisitions Management explained that his office would have to review the individual contract files to see whether Discrepancy Reports were issued and why. The Discrepancy Reports we reviewed involved serious deficiencies such as significant understaffing, failure to provide sufficient mental health observation, and inadequate monitoring of detainees with serious criminal histories. However, we have no way of verifying whether any of these deficiencies have been corrected.

Furthermore, ICE is not imposing financial penalties, even for serious deficiencies such as those we found in the Discrepancy Reports. In addition to the issues flagged by these Discrepancy Reports, from October 2015 to June 2018 various inspections and DSMs found 14,003 deficiencies at the 106 contract facilities we focused on for this review. These deficiencies include those that jeopardize the safety and rights of detainees, such as failing to notify ICE about sexual assaults and failing to forward allegations regarding misconduct of facility staff to ICE ERO. Despite these identified deficiencies, ICE only imposed financial penalties twice. ICE deducted funds from one facility as a result of a pattern of repeat deficiencies over a 3-year period, primarily related to health care and mental health standards. The other deduction was made due to a U.S. Department of Labor order against the

---

[8] Specifically, all 8 CDF and 10 of the 11 DIGSA facilities had a QASP in place, but only 10 of 87 non-dedicated IGSA facilities had a QASP.

[9] The QASP directs the COR to send a Discrepancy Report documenting the deficiencies to the facility. The facility is required to respond to the Discrepancy Report by a specified date, indicating that either the deficiencies have been corrected or a corrective action plan is in place.

**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

contractor for underpayment of wages and was not related to any identified deficiency. Our review of the corresponding payment data identified about $3.9 million in deductions, representing only 0.13 percent of the more than $3 billion in total payments to contractors during the same timeframe. ICE did not impose any withholdings during this timeframe.

## ICE's Waiver Process May Allow Contract Facilities to Circumvent Detention Standards and May Inhibit Proper Contract Oversight

Instead of holding facilities accountable through financial penalties, ICE frequently issued waivers to facilities with deficient conditions, seeking to exempt them from having to comply with certain detention standards.[10] However, we found that ICE has no formal policies and procedures to govern the waiver process and has allowed ERO officials without clear authority to grant waivers. We also determined that ICE does not ensure key stakeholders have access to approved waivers. In some cases, officials may violate Federal Acquisition Regulation requirements because they seek to effectuate unauthorized changes to contract terms.

<u>Lack of Guidance on the Waiver Process Potentially Exempts Contract Facilities from Complying with Certain Detention Standards Indefinitely</u>

Generally, waiver requests result from ICE's inspections or DSMs' monitoring. After completing an inspection, inspectors brief the facility on the deficiencies they find and issue inspection reports. The Detention Standards Compliance Unit then issues uniform corrective action plans to the ERO Field Offices and DSMs. The Field Offices forward the uniform corrective action plans to the facilities, work with the facilities to correct the identified deficiencies, and report those corrective actions to the Detention Standards Compliance Unit. DSMs monitor compliance on a daily basis and report deficiencies to the facilities, to local ICE Field Offices, and through weekly reports to Custody Management.

As ICE ERO works with the contractor to resolve the deficiencies, a facility can assert that it could not remedy the deficiency because complying with the standard can create a hardship, because of a conflict with a state law or a local policy, a facility design limitation, or another reason. In these cases, the Field Office Director may submit a waiver request to Custody Management, which approves or denies the request. We analyzed the 68 waiver requests submitted

---

[10] *ICE's Inspections and Monitoring of Detention Facilities Do Not Lead to Sustained Compliance or Systemic Improvements*, OIG-18-67, June 2018

**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

between September 2016 and July 2018. Custody Management approved 96 percent of these requests, including waivers of safety and security standards.[11]

Despite this high approval rate, ICE could not provide us with any guidance on the waiver process. Key officials admitted there are no policies, procedures, guidance documents, or instructions to explain how to review waiver requests. The only pertinent documents that ICE provided were examples of memoranda that Field Office Directors could use to request waivers of the detention standards' provisions on strip searches. However, the memoranda did not acknowledge the important constitutional and policy interests implicated by a facility's use of strip searches. ICE officials did not explain how Custody Management should handle such waiver requests when a contrary contractual provision requires compliance with a strip search standard.

Further, contract facilities may be exempt from compliance with otherwise applicable detention standards indefinitely, as waivers generally do not have an end date and Custody Management does not reassess or review waivers after it approves them. In our sample of 65 approved waiver requests, only three had identified expiration dates; the 62 others had no end date.

The Chief of the Detention Standards Compliance Unit within ICE ERO Custody Management has drafted written guidance on the waiver submission and approval process, but has not finalized that document. Without formal waiver guidance and review processes, ICE may be indefinitely allowing contract facilities to circumvent detention standards intended to assure the safety, security, and rights of detainees. A facility's indefinite exemption from certain detention standards raises risks to detainee health and safety that ICE could reduce by enforcing compliance with those standards. For example, Custody Management granted a waiver authorizing a facility (a CDF) to use 2-chlorobenzalmalononitrile (CS gas) instead of the OC (pepper) spray authorized by the detention standard. According to information contained in the waiver request, CS gas is 10 times more toxic than OC spray.[12] Another waiver allows a facility (a DIGSA) to commingle high-custody detainees, who have histories of serious criminal offenses, with low-custody detainees, who have minor, non-violent criminal histories or only immigration violations, which is a practice the standards prohibit in order to protect detainees who may be at risk of victimization or assault.[13]

---

[11] PBNDS 2008 and PBNDS 2011 organize standards by seven topics: safety, security, order, care, activities, justice, and administration and management. NDS 2000 organizes standards by three topics: detainee services, health services, and safety and control.

[12] ICE PBNDS 2011, Part 2 – Security, 2.15 Use of Force and Restraints Section (V)(G)(4) states, "The following devices are not authorized [...] mace, CN, tear gas, or other chemical agents, except OC spray."

[13] ICE PBNDS 2011, Part 2 – Security, 2.2 Custody Classification System requires facilities to avoid commingling low-custody detainees, who have minor, non-violent criminal histories or

**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

<u>ERO Officials without Clear Authority Are Granting Waivers That May
Undermine Contract Terms</u>

ICE's practice for issuing waivers could violate the Federal Acquisition
Regulation (FAR), which establishes policies and procedures that executive
agencies, including DHS, must use for acquisitions, unless other legal
authority removes an acquisition from the FAR's coverage. Under the FAR,
"only contracting officers acting within the scope of their authority are
empowered to execute contract modifications."[14] To prevent others from
exercising authority expressly reserved for contracting officers, the FAR
explains that other Federal personnel shall not "[a]ct in such a manner as to
cause the contractor to believe that they have authority to bind the
Government."[15] ICE asserts that only its CDFs, not its DIGSAs or IGSAs, are
acquisitions governed by the FAR. However, Acquisitions Management
procurement guidance stipulates that, in handling DIGSA and IGSA issues,
contracting officers "should utilize applicable FAR principles and clauses that
are in the Government's best interest to the maximum extent possible."[16]

Despite these FAR provisions and this guidance, a senior official told us that
the Assistant Director for Custody Management has the authority to act on
waiver requests. The Assistant Director has, in turn, orally delegated authority
to decide waiver requests to the Deputy Assistant Director for Custody
Management. However, Custody Management did not provide any
documentation of this authority, delegated or otherwise, to grant waivers.
According to the same official, the detention standards are ICE policies and the
current waiver approval process is sufficient. This position does not
acknowledge that ICE contractually requires facilities to comply with detention
standards, and that only the contracting officer — not the Assistant Director or
the Deputy Assistant Director — can modify those contract terms.

Through their approval of waivers, ERO officials without the authority to
modify contracts have sought to remove certain detention standards from
oversight, even though those standards are part of the contract for the
detention facility. In reviewing waivers approved for CDFs, we found that ICE
issued two waivers between October 2016 and July 2018 for aspects of ICE's
2011 PBNDS that are part of ICE's contracts for these facilities. Through these
waivers, ICE allowed facilities to deviate from PBNDS 2011 requirements.

---

only immigration violations, with high-custody detainees, who have histories of serious
criminal offenses.

[14] 48 Code of Federal Regulations (CFR) § 43.102(a)

[15] *Id.* § 43.102(a)(2)

[16] ICE Acquisitions Management, Procurement Guide 18-02, *Inter-governmental Service
Agreements (IGSA)* (Apr. 20, 2018)

Supp. App. 1513



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

<u>ICE Staff Responsible for Management and Oversight of Facility Contracts Do Not Receive Information on Approved Waivers</u>

Custody Management does not share information on approved waivers with Acquisitions Management, which is responsible for administering detention contracts. Acquisitions Management contracting officers told us that most of them did not know that Custody Management had issued waivers after a facility entered into a detention contract with ICE. The Detention Standards Compliance Unit's draft guidance for the waiver process does not require Custody Management to share waiver requests or approvals with Acquisitions Management. Because Acquisitions Management does not receive information on approved waivers, it cannot determine whether the waiver contradicts contract terms or violates the FAR or other procurement requirements. Further, Acquisitions Management cannot ensure that contracting officers and CORs know about Custody Management's waiver decision, which undermines their ability to monitor their assigned contracts.

## Organizational Placement and Overextension of CORs Impede Monitoring of Detention Facilities

COR placement under the Field Office raises concerns about the CORs' ability to perform their primary functions of monitoring detention facilities and enforcing contract terms. They may not be able to fulfill these functions because the Field Office pressures them to do things outside of protocol and assigns them additional duties. In some cases, CORs have unachievable workloads that inhibit their ability to provide consistent and appropriate oversight. Overall, these issues may allow facility violations of contract terms and noncompliance with performance standards to go unaddressed and may lead to dangerous detention conditions.

<u>Reporting to Field Offices May Compromise a COR's Independent Oversight Efforts</u>

When the COR program was initially developed in 2009, CORs were located at Field Offices, but the COR Program Manager at headquarters served as their first-line supervisor. Field Office Directors provided input for CORs' performance work plans and ratings, but did not directly supervise them. This supervisory chain allowed the COR to remain independent from the Field Office and detention facility operations. However, after a year under this supervisory structure, the COR supervisory chain was changed by making the assigned Field Office responsible for COR supervision.

An email to Field Office Directors and Deputy Field Office Directors announcing the transition gave four reasons for the initial alignment of CORs reporting to



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

---

headquarters.[17] In contrast, the only justification ICE provided for the realignment was that the current organizational reporting relationship was "proving to be cumbersome and sub-optimal." During interviews, ICE officials could not provide any additional explanation for why ICE moved supervision of CORs from headquarters to the Field Offices. Most CORs we interviewed who held those positions during the transition explained that this organizational realignment was detrimental to their duties and independence. For example, two CORs said they were hesitant to identify instances of noncompliance or issue Discrepancy Reports on contracts they oversee because they feared retaliation from Field Office management.

The contracting officers we spoke with had similar concerns regarding the CORs' ability to do their jobs independently. Some contracting officers noted that CORs might be reluctant to disagree with their Field Office supervisors, who complete their performance appraisals. For example, one contracting officer identified a time when, at the request of the Field Office supervisor, a COR was authorizing payment for transport of ICE detainees on a contract that did not allow transportation. However, this COR lacked the authority to approve such contract additions because only the contracting officer can modify contracts.

The current COR position descriptions permit CORs to complete "other duties as assigned," which allows Field Offices to task CORs with duties outside of contracting oversight and management. During interviews with 11 CORs we heard that Field Office managers have tasked CORs with collateral duties to the detriment of their primary function. These tasks included supervising mission support personnel; acting as the interim DSM; processing background investigations for all employees; and developing requirements for contracts on projects unrelated to detention, like retirement planning and finding office space for employees.

Furthermore, inconsistent support from the Field Office can create an environment that impedes CORs' oversight of detention contracts. According to the *ERO Contracting Officer's Representative Supplement*, dated October 2015, the COR work plan template identifies site visits as a possible monitoring technique for contracts, but not all CORs are encouraged to conduct these visits. Three Field Offices restricted CORs from traveling to detention facilities, which impedes proper evaluation of facilities' compliance with contract terms.

---

[17] The May 26, 2010 email from ERO's Assistant Directors for Field Operations and Mission Support announcing the transition of CORs (formerly COTRs) from headquarters to Field Offices stated, "While the COTR positions were established in the field, they reported directly to Headquarters (HQ) primarily to (1) provide the COTR with the ability and autonomy to ensure that contracts are properly established and administered; (2) ensure that the COTR's primary duty is contract monitoring and administration; (3) establish and standardize best practices across the DRO enterprise; and (4) enhance dialogue with HQ regarding field office acquisition, contract administration, and facility project management issues."



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

According to a senior official, ICE is working with the Office of Personnel Management to adjust the current COR position descriptions; expected changes include removing the "other duties as assigned" language and providing clearer guidance on COR responsibilities.

<u>Overextending CORs May Weaken Contract Oversight</u>

Although some CORs are assigned additional work, others are overtasked with detention contracts. CORs tasked with overseeing many facility contracts and invoices, as well as non-detention contracts supporting the functions of a Field Office, told us they were overextended. For example, of the 11 CORs we interviewed:

- Four CORs oversee 10 or more facilities, with 2 overseeing 16 and 22 contracts, respectively, across multiple states.

- One COR has been assigned as the primary Project Manager for a new processing center that will be used by four Federal agencies, while also being a COR for three detention contracts.

- Five CORs also oversee large transportation contracts, which require CORs to spend substantial time reviewing and approving invoices.

In one Field Office covering multiple states, Field Office leadership allowed CORs to develop a network of assistants to aid oversight efforts. Other Field Offices use mission support personnel to support CORs with administrative tasks, such as reconciling invoices.

## Lack of Direct Access to Important Contract Files Hinders CORs' and DSMs' Ability to Monitor Detention Contracts

CORs are integral to ICE's efforts to monitor its detention contracts, a process in which DSMs are also heavily involved. However, CORs and DSMs lack consistent access to all pertinent contracts and modifications. Although DHS requires ICE to maintain an official file folder for each contract, which should contain the contract and all modifications to it, this system does little to ensure all key stakeholders have access to pertinent contract documents.

Acquisitions Management places contracts and modifications in an electronic database called PRISM, to which several members of Contract Management have access but neither CORs nor DSMs have access. Acquisitions Management also places contract documents, including modifications, on the "Q Drive," an electronic library that will eventually replace PRISM as the official repository for detention contracts. However, CORs and DSMs do not have



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

access to the Q Drive either. Acquisitions Management also has some historical paper-only files for active contracts initiated around 2005 or earlier, but does not give CORs automatic access to these documents.

CORs must maintain their own file, which is part of the official contract file, and which should include a copy of the contracts and modifications that CORs oversee. One interviewee noted that CORs should receive contracts and modifications from contracting officers or contract specialists, but this practice is not consistent. Absent access to contracts and modifications through Acquisitions Management, CORs in the field must obtain these documents on their own, which can be time consuming and inefficient. When one COR began her position, she had to create her own electronic drive of documents, where she maintains copies of all contracts and modifications.

## Conclusion

From October 2015 to June 2018, ICE paid contractors operating the 106 detention facilities subject to this review more than $3 billion. Despite documentation of thousands of deficiencies and instances of serious harm to detainees that occurred at these detention facilities, ICE rarely imposed financial penalties. ICE should ensure that detention contracts include terms that permit ICE to hold contractors to performance standards and impose penalties when those standards are not maintained. ICE needs to finalize policies and procedures for the waiver process to ensure that officials do not circumvent contract terms. ICE also needs to develop or enhance policies and procedures to ensure that those responsible for contract oversight have access to information necessary to do their jobs and receive adequate guidance about the actions available to them when contract performance standards are not met. Further, ICE should ensure CORs in the field are unencumbered in their ability to manage and oversee detention contracts. Finally, ICE should strengthen the ability of CORs and DSMs to access documents related to pertinent detention contracts.

## Recommendations

We recommend the Executive Associate Director for Management and Administration:

**Recommendation 1:** Develop a process to decide when to seek to include a QASP in existing contracts and IGSAs that are not subject to a QASP and all future detention contracts and IGSAs. For each contract and IGSA that remains without a QASP, document the reason(s) why a QASP could not be included and summarize the actions available to contracting officers and CORs when contractors fail to meet applicable detention standards.



## OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

**Recommendation 2:** Develop protocols to guide CORs and contracting officers in issuing Discrepancy Reports and imposing appropriate financial penalties against detention facility contractors in response to contract noncompliance. The protocols should include:

1. clear guidance for determining when to issue a Discrepancy Report;
2. instructions for issuing and approving a Discrepancy Report;
3. clear guidance for determining when to impose a financial penalty and what type of financial penalty to impose;
4. instructions for imposing a financial penalty; and
5. a process to track all Discrepancy Reports issued and financial penalties imposed by ICE, to include data regarding the final resolution of the issue that led to the Discrepancy Report or financial penalty.

We recommend the Executive Associate Director for Enforcement and Removal Operations:

**Recommendation 3:** Develop protocols to ensure that all existing and future waivers are:

1. approved by ICE officials with appropriate authority;
2. distributed to key stakeholders, such as contracting officers, CORs, and DSMs, who need the waivers to perform core job functions;
3. consistent with contract terms; and
4. compliant with FAR requirements, as applicable.

**Recommendation 4:** Develop a staffing plan for detention CORs, to permit adequate contract oversight and ensure an achievable workload. Evaluate the organizational placement of CORs. If CORs remain under Field Office supervision, develop safeguards to prevent Field Office supervisors from interfering with CORs' ability to fulfill their contract oversight duties.

We recommend the Executive Associate Director for Management and Administration:

**Recommendation 5:** Develop protocols to ensure that CORs and DSMs have full and expedient access to the contract documentation they need to perform core job functions.

## Management Comments and OIG Analysis

We have included a copy of ICE's Management Response in its entirety in appendix B. We also received technical comments from ICE and incorporated them in the report where appropriate. We consider all recommendations to be resolved and open. A summary of ICE's responses and our analysis follows.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

ICE concurred with all five recommendations but disagreed with some of the report's conclusions. As a result, we will be closely monitoring all actions ICE takes in reponse to the reccomendatiosn to ensure compliance. Specifically, ICE purports that it "already has practices in place to maintain *and distribute* waivers to appropriate stakeholders" (emphasis added). However, ICE did not provide DHS OIG with documentation supporting its claim that it has practices in place to distribute waivers to appropriate stakeholders; rather, the evidence indicates only that ICE makes approved waivers accessible to stakeholders upon request. Providing access to waivers upon request is not the same as distributing approved waivers to appropriate stakeholders. Compounding the issue, we determined that ICE did not provide notification of approved waivers effectively. For instance, we determined that CORs and a DSM were not notified of approved waivers, and contracting officers confirmed that most of them did not know that Custody Management had issued waivers.

ICE also stated that the report does not discuss actions it took to resolve "non-compliance issues" at facilities, including removing detainees from a facility, scaling back its usage of a facility, and terminating agreements. However, ICE failed to provide specific examples of corrective action at particular facilities, thereby limiting DHS OIG's ability to evaluate whether the actions were effective means by which to hold contractors accountable. Moreover, the objectives of this review focused on whether ICE uses *contracting tools* to ensure facilities meet applicable detention standards. ICE's purported removal of detainees from a facility, or diminished use of a facility, are not relevant to review of its use of contracting tools to drive contractor accountability. ICE's assertion that it terminated facility agreements for unspecified "non-compliance issues" at other, unnamed facilities is also irrelevant to our review. Our review focused on ICE's efforts to use contracting tools to ensure compliance with applicable detention standards at 106 CDF, IGSA, and DIGSA facilities (see appendix C). Based on the information provided by ICE during the review, ICE's facility contracts for these facilities were not terminated because of a failure to meet applicable detention standards.

ICE also stated it uses a "layered approach to monitor detention conditions at facilities, with processes in place to implement corrective actions in instances where non-compliance with ICE detention standards is found." We determined that the processes in place do not ensure consistent compliance with detention standards. Not only does ICE not fully use contracting tools to hold detention facility contractors accountable for failing to meet performance standards, our previous work has determined that ICE's inspections and onsite monitoring do not ensure consistent compliance with detention standards or promote comprehensive deficiency corrections.[18] We identified serious incidents of

---

[18] *ICE's Inspections and Monitoring of Detention Facilities Do Not Lead to Sustained Compliance or Systemic Improvements*, OIG-18-67, June 2018



## OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

noncompliance during our own unannounced inspections of ICE detention facilities[19] and the more than 14,000 deficiencies identified by various inspections and DSMs from October 2015 to June 2018 suggest room for improvement in the current processes for addressing noncompliance with ICE detention standards.

**ICE Response to Recommendation 1:** ICE concurred with the recommendation. ICE will ensure that all CDF, service processing centers, and DIGSA facilities will have a QASP. ICE will develop a process to evaluate whether to include a QASP in the remaining contracts or IGSAs. For each contract and IGSA that remains without a QASP, ICE will document the reason why a QASP was not included. ICE will provide training and issue procurement guidance to summarize the actions available to contracting officers and CORs when contractors fail to meet applicable detention standards. ICE anticipates completing these actions by March 31, 2019.

**OIG Analysis:** We consider these actions responsive to the recommendation, which is resolved and open. We will close this recommendation when we receive documentation showing that ICE has: (1) included a QASP for all CDFs, service processing centers, and DIGSA facilities; (2) implemented a process to evaluate whether to include a QASP in all remaining and future detention contracts or IGSAs; (3) documented the reason why a QASP was not included for each contract or IGSA that remains without a QASP; and (4) completed training and issued procurement guidance summarizing the actions available to contracting officers and CORs when contractors fail to meet applicable detention standards.

**ICE Response to Recommendation 2:** ICE concurred with the recommendation. ICE has already begun providing additional training to all ERO CORs responsible for detention contracts, consisting of six training sessions that cover various aspects of COR duties. The training includes sessions that cover various methods to ensure contract compliance, monitoring and inspections, and dealing with unsatisfactory contractor performance. ICE will also provide more specific training on monitoring and inspections and dealing with unsatisfactory performance to Acquisitions Management contracting officers responsible for detention contracts.

---

[19] *Management Alert – Issues Requiring Action at the Adelanto ICE Processing Center in Adelanto, California*, OIG-18-86, September 2018; *Concerns About ICE Detainee Treatment and Care at Detention Facilities*, OIG-18-32, December 2017; and *Management Alert on Issues Requiring Immediate Action at the Theo Lacy Facility in Orange, California*, OIG-17-43-MA, March 2017

**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

ICE will also develop and issue procurement guidance that will provide protocols for Discrepancy Reports, which will address when to issue a Discrepancy Report, instructions for issuing and approving a report, when to impose a financial penalty, what type of financial penalty to impose, and instructions for imposing a financial penalty. The procurement guidance will also include a process to track all Discrepancy Reports issued and financial penalties imposed. ICE anticipates completing all actions responsive to this recommendation by March 31, 2019.

**OIG Analysis:** We consider these actions responsive to the recommendation, which is resolved and open. We will close this recommendation when we receive documentation showing that: (1) all ERO CORs have completed the specified training covering methods to ensure contract compliance, monitoring and inspections, and dealing with unsatisfactory contractor performance; (2) all Acquisitions Management contracting officers have completed the specified training covering monitoring and inspections and dealing with unsatisfactory performance; and (3) ICE has developed and issued procurement guidance providing protocols for Discrepancy Reports, which addresses when to issue a Discrepancy Report, instructions for issuing and approving a report, when to impose a financial penalty, what type of financial penalty to impose, instructions for imposing a financial penalty, and a process to track all Discrepancy Reports issued and financial penalties imposed.

**ICE Response to Recommendation 3:** ICE concurred with the recommendation. ICE will document the waiver process in a policy or standard operating procedure (SOP) that is accessible to stakeholders, such as contracting officers, CORs, and on-site DSMs. The policy or SOP will clearly address when waivers need to be incorporated via contract modification. ICE will also review all current waivers to determine continuing applicability and, if appropriate, cancel any waivers that are no longer needed. ICE will also ensure that the annual or more frequent review of approved waivers by appropriate personnel is included in its documented waiver process. Finally, ICE will ensure stakeholders have access to approved waivers and expand waiver distribution to DSMs, contracting officers, CORs, and other staff who monitor detention conditions or contract performance, in addition to the ERO Field Office personnel and facility management staff who already receive the waivers. ICE anticipates completing these actions by April 30, 2019.

Supp. App. 1521



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

**OIG Analysis:** We consider these actions responsive to the recommendation, which is resolved and open. We will close this recommendation when we receive the waiver policies or SOP addressing when waivers need to be incorporated via contract modification, requiring annual or more frequent review of approved waivers by appropriate personnel, and ensuring access to and distribution of waivers to stakeholders, along with documentation showing that current waivers were reviewed to evaluate whether they were approved by ICE officials with the authority to do so, are consistent with contract terms, comply with FAR requirements, and continue to be applicable.

**ICE Response to Recommendation 4:** ICE concurred with the recommendation. ICE will review the workload of its detention facility CORs, and determine an ideal staffing level to oversee its existing contracts. ICE will consider the operational placement of CORs under Field Office supervisors. If CORs remain under Field Office supervision, ERO leadership will ensure Field Office managers are fully aware of the importance of the CORs' responsibilities and allowing them sufficient time and resources to complete their contract oversight duties. ICE anticipates completing these actions by September 30, 2019.

**OIG Analysis:** We consider these actions responsive to the recommendation, which is resolved and open. We will close this recommendation when we receive documentation showing ICE completed a review of the workload of detention facility CORs and determined an ideal staffing level to oversee its existing contracts, evaluated the operational placement of CORs, and, if CORs remain under Field Office supervision, ensured Field Office managers are made fully aware of the importance of the CORs' responsibilities and allowing them sufficient time and resources to complete their contract oversight duties.

**ICE Response to Recommendation 5:** ICE concurred with the recommendation. ICE now requires that every contract document be available electronically on a shared drive. ICE will give CORs and DSMs read-only access to this system to allow them efficient access to contract documentation. ICE anticipates completing this action by June 30, 2019.

**OIG Analysis:** We consider these actions responsive to the recommendation, which is resolved and open. We will close this recommendation when we receive adequate supporting documentation that CORs and DSMs have full and expedient access to the contract documentation they need to perform core job functions.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Appendix A
## Objective, Scope, and Methodology

DHS OIG was established by the *Homeland Security Act of 2002* (Public Law 107–296) by amendment to the *Inspector General Act of 1978*. In this review, we sought to determine whether ICE contracting tools hold immigration detention facilities to applicable detention standards; and whether ICE imposes consequences when contracted immigration detention facilities do not maintain standards.

To answer the objective, we evaluated the policies and procedures governing ICE detention contract execution, amendment, and oversight and conducted a walkthrough of contract files with ICE Acquisitions Management to obtain an understanding of the detention contracting process. We reviewed a judgmental sample of current contracts, which included CDF, IGSA, and DIGSA facilities, and obtained and reviewed payment and penalty data for the 106 facilities within the scope of this review. We collected and analyzed data regarding detention facility inspections and calculated the number of deficiencies identified by ICE. We reviewed all of the proposed waivers submitted for detention facilities subject to this review and evaluated the waiver process and ICE's authority to issue waivers. We interviewed contracting officers, CORs, and DSMs, along with ICE representatives from several components, including Acquisitions Management, Office of Contract Management, ERO's Budget Office, Office of the Chief Financial Officer, Detention Management Division, Burlington Finance Center, and Office of Detention Policy and Planning. We also interviewed Field Office leadership from ICE's Baltimore Field Office.

We conducted this review between January and October 2018 pursuant to the *Inspector General Act of 1978*, as amended, and according to the *Quality Standards for Inspection and Evaluation* issued by the Council of the Inspectors General on Integrity and Efficiency. The evidence obtained provides a reasonable basis for our findings and conclusions based upon our objectives.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Appendix B
## Management Comments to the Draft Report

*Office of the Chief Financial Officer*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



**U.S. Immigration
and Customs
Enforcement**

**DEC 0 3 2018**

| | |
|---|---|
| MEMORANDUM FOR: | John V. Kelly<br>Senior Official Performing the Duties of the<br>Inspector General<br>Office of the Inspector General |
| FROM: | Stephen A. Roncone<br>Chief Financial Officer and<br>Senior Component Accountable Official |
| SUBJECT: | Management Response to OIG Draft Report: "ICE Does Not Fully<br>Use Contracting Tools to Hold Detention Facility Contractors<br>Accountable for Failing to Meet Performance Standards"<br>(Project No. 17-090-ISP-ICE) |

Thank you for the opportunity to review and comment on this draft report. U.S. Immigration and Customs Enforcement (ICE) appreciates the work of the Office of Inspector General (OIG) in planning and conducting its review and issuing this report.

ICE is pleased the OIG acknowledges ICE's compliance monitoring efforts, including actions taken to proactively address findings in this report. ICE is committed to protecting the safety, rights, and health of detainees in its care, and appreciates the OIG's recognition of ICE's processes to monitor facilities through inspections, report deficiencies, implement corrective action plans, and ensure resolution. The OIG also described ICE's existing process for issuing waivers, noting that ICE has drafted written guidance on its process. In addition, the draft report summarized steps ICE has already taken to refine the Contracting Officer's Representative (COR) position descriptions.

However, ICE disagrees with some of the OIG's conclusions and believes the report would benefit from additional context. For example, ICE already has practices in place to maintain and distribute waivers to appropriate stakeholders. In addition to the compliance tools mentioned in the draft report, ICE's Office of Acquisition Management and Enforcement and Removal Operations (ERO) took action where necessary to address non-compliance issues. For example, there are multiple facilities where ICE terminated the agreement, removed all detainees from the facility, or scaled back its usage of the facility based on non-compliance issues. This is an effective tool to hold a contractor accountable.

ICE is committed to continually enhancing civil detention operations to promote a safe and secure environment for both detainees and staff. ICE uses a layered approach to monitor

www.ice.gov

# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

detention conditions at facilities, with processes in place to implement corrective actions in instances where non-compliance with ICE detention standards is found. ICE's detention operations are governed by national detention standards and are overseen by Field Office personnel, inspections by ICE's Office of Professional Responsibility, and other programmatic oversight and inspections by ERO.

The draft report contained five recommendations with which ICE concurs. Attached find our detailed response to each recommendation. Technical comments were previously provided under separate cover.

Again, thank you for the opportunity to review and comment on this draft report. Please feel free to contact me if you have any questions. We look forward to working with you again in the future.

Attachment

2

## OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

**Attachment: Management Response to Recommendations
Contained in 17-090-ISP-ICE**

OIG recommended the Executive Associate Director for Management and Administration:

**Recommendation 1:** Develop a process to decide when to seek to include a QASP [quality assurance surveillance plan] in existing contracts and IGSAs that are not subject to a QASP and all future detention contracts and IGSAs [inter-governmental service agreements]. For each contract and IGSA that remains without a QASP, document the reason(s) why a QASP could not be included and summarize the actions available to contracting officers and CORs when contractors fail to meet applicable detention standards.

**Response:** Concur. ICE acknowledges the usefulness of the QASP. All contract detention facilities, service processing centers, and dedicated inter-governmental service agreement facilities[1] either already have a QASP or will have a QASP added. The Office of Acquisition Management (OAQ) is working with Enforcement and Removal Operations (ERO) to develop a process for evaluating whether to include a QASP in the remaining contracts or IGSAs.[2]

Almost all the agreements referenced in the OIG report that do not already contain a QASP are agreements with state and local governments, a majority of which have average daily populations below 100. OAQ has had varied success including QASPs in smaller facility contracts. Historically, IGSAs and intergovernmental agreements have not had QASPs as part of the contract for a variety of reasons, the most important being the ease of terminating the agreement for any reason. If the provider is not performing or is performing below standards or expectations, ICE can terminate the agreement or reduce the population levels immediately. This is a very effective tool to ensure compliance and hold contractors accountable.

The Discrepancy Report process is an aligning tool as opposed to a sanctioning tool for penalizing our service providers, a majority of which are state and local governments. ICE's goal is to receive compliance and delivery of services, not to recoup money that we have agreed to pay by virtue of the contract with a state or local entity.

OAQ will document information on each facility contract, including whether it has a QASP included. If a QASP is not included, there will be a documented reason to support the decision. Actions available to Contracting Officers (COs) and CORs will be covered in training and procurement guidance, which are addressed in response to recommendation 2. Estimated Completion Date (ECD): March 31, 2019.

**Recommendation 2:** Develop protocols to guide CORs and contracting officers in issuing Discrepancy Reports and imposing appropriate financial penalties against detention facility contractors in response to contract noncompliance. The protocols should include:
    1.  clear guidance for determining when to issue a Discrepancy Report;

---

[1] Facilities dedicated to housing only ICE detainees.
[2] Facilities, such as local and county jails, housing ICE detainees and other inmates.

3

**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

2.  instructions for issuing and approving a Discrepancy Report;
3.  clear guidance for determining when to impose a financial penalty and what type of financial penalty to impose;
4.  instructions for imposing a financial penalty; and
5.  a process to track all Discrepancy Reports issued and financial penalties imposed by ICE, to include data regarding the final resolution of the issue that led to the Discrepancy Report or financial penalty.

**Response:** Concur. ICE has been working to improve guidance for CORs and contracting officers through training and the issuance of official Procurement Guidance (PG).

More specifically, OAQ is providing additional training to all ERO CORs responsible for detention contracts. OAQ is conducting six training sessions that cover various aspects of the COR duties, from roles and responsibilities to invoice payments. OAQ completed initial training sessions prior to the end of October 2018, and copies of the training material have been provided to OIG under separate cover. The CORs are receiving training on the various methods to ensure contract compliance. This includes a session on monitoring and inspections and a session on dealing with unsatisfactory performance. These two trainings will also serve as a baseline for a more specific training to be given to OAQ COs responsible for detention contracts. These training sessions provide CORs and COs with the necessary background information and guidance to issue Discrepancy Reports and request a withholding or deduction of funds.

The OAQ Quality Assurance Division will develop and issue PG that will provide protocols for Discrepancy Reports. The PG will address when to issue a Discrepancy Report, instructions for issuing and approving a report, when to impose a financial penalty, what type of financial penalty to impose, and instructions for imposing a financial penalty. The PG will also include a process to track all Discrepancy Reports issued and financial penalties imposed. ECD: March 31, 2019.

OIG recommended the Executive Associate Director for Enforcement and Removal Operations:

**Recommendation 3:** Develop protocols to ensure that all existing and future waivers are:
1.  approved by ICE officials with appropriate authority;
2.  distributed to key stakeholders, such as contracting officers, CORs, and DSMs, who need the waivers to perform core job functions;
3.  consistent with contract terms; and
4.  compliant with FAR requirements, as applicable.

**Response:** Concur. ERO, in collaboration with OAQ, will document ICE's waiver process in a policy or standard operating procedure (SOP) that is accessible to stakeholders, such as COs, CORs, and on-site detention services managers (DSMs). The policy or SOP will clearly address when waivers need to be incorporated via contract modification. ICE agrees that documenting the process will provide stakeholders with a better understanding of how waivers are adjudicated and the criteria for approval.

4

Supp. App. 1527

# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

ICE will also review all current waivers to determine continuing applicability and, if appropriate, cancel any waivers that are no longer needed. ICE will ensure the annual or more frequent review of approved waivers by appropriate personnel is included in its documented waiver process.

In addition, ICE will ensure stakeholders have access to approved waivers. Currently, ERO Field Office personnel and facility management staff receive copies of approved waivers. ICE will expand its waiver distribution to DSMs, COs, CORs, and other staff who monitor detention conditions or contract performance. ECD: April 30, 2019.

**Recommendation 4:** Develop a staffing level for detention CORs, to permit adequate contract oversight and ensure an achievable workload. Evaluate the organizational placement of CORs. If CORs remain under Field Office supervision, develop safeguards to prevent Field Office supervisors from interfering with CORs' ability to fulfill their contract oversight duties.

**Response:** Concur. ERO will review the workload of its detention facility CORs, and determine an ideal staffing level to oversee its existing contracts. ICE will consider the operational placement of CORs under Field Office supervisors. If CORs remain under Field Office supervision, ERO Leadership will ensure Field Office managers are fully aware of the importance of the CORs' responsibilities and allowing them sufficient time and resources to complete their contract oversight duties. ECD: September 30, 2019.

OIG recommended the Executive Associate Director for Management and Administration:

**Recommendation 5:** Develop protocols to ensure that CORs and DSMs have full and expedient access to the contract documentation they need to perform core job functions.

**Response:** Concur. Currently, OAQ copies the COR on every contract action, but there is not a central repository where CORs or DSMs can locate all pertinent contract information if they were not sent the information directly. OAQ has required that every contract document be available electronically on a shared drive. The system currently allows access to OAQ contracting personnel only. ICE will provide CORs and DSMs with read-only access to provide efficient access to contract documentation. ECD: June 30, 2019.

5



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Appendix C
## Facility Listing and Quality Assurance Surveillance Plan Status

| Detention Facility | Facility Type | QASP Included in Contract |
|---|---|---|
| BROWARD TRANSITIONAL CENTER | CDF | YES |
| DENVER CONTRACT DETENTION FACILITY | CDF | YES |
| ELIZABETH CONTRACT DETENTION FACILITY | CDF | YES |
| HOUSTON CONTRACT DETENTION FACILITY | CDF | YES |
| NORTHEAST OHIO CORRECTIONAL CENTER (YOUNGSTOWN CDF) | CDF | YES |
| NORTHWEST DETENTION CENTER | CDF | YES |
| OTAY MESA DETENTION CENTER (SAN DIEGO CDF) | CDF | YES |
| SOUTH TEXAS DETENTION COMPLEX | CDF | YES |
| ADELANTO ICE PROCESSING CENTER | DIGSA | YES |
| ELOY FEDERAL CONTRACT FACILITY | DIGSA | YES |
| FOLKSTON ICE PROCESSING CENTER (D. RAY JAMES) | DIGSA | YES |
| IMMIGRATION CENTERS OF AMERICA FARMVILLE | DIGSA | YES |
| IMPERIAL REGIONAL DETENTION FACILITY | DIGSA | YES |
| JENA/LASALLE DETENTION FACILITY | DIGSA | YES |
| MESA VERDE DETENTION FACILITY | DIGSA | YES |
| OTERO COUNTY PROCESSING CENTER | DIGSA | YES |
| PINE PRAIRIE CORRECTIONAL CENTER | DIGSA | NO |
| PRAIRIELAND DETENTION FACILITY | DIGSA | YES |
| STEWART DETENTION CENTER | DIGSA | YES |
| ALLEGANY COUNTY JAIL | IGSA | NO |
| ALLEN PARISH PUBLIC SAFETY COMPLEX | IGSA | NO |
| BAKER COUNTY SHERIFF'S OFFICE | IGSA | NO |
| BALDWIN COUNTY CORRECTIONAL CENTER | IGSA | NO |
| BEDFORD MUNICIPAL DETENTION CENTER | IGSA | NO |
| BRISTOL COUNTY DETENTION CENTER | IGSA | NO |
| BURNET COUNTY JAIL | IGSA | NO |
| BUTLER COUNTY JAIL | IGSA | NO |



## OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

| | | |
|---|---|---|
| CABARRUS COUNTY JAIL | IGSA | NO |
| CALDWELL COUNTY DETENTION CENTER | IGSA | NO |
| CALHOUN COUNTY CORRECTIONAL CENTER | IGSA | NO |
| CARVER COUNTY JAIL | IGSA | NO |
| CHASE COUNTY DETENTION FACILITY | IGSA | NO |
| CHAUTAUQUA COUNTY JAIL | IGSA | NO |
| CHIPPEWA COUNTY SSM | IGSA | NO |
| CHRISTIAN COUNTY JAIL | IGSA | NO |
| CIBOLA COUNTY CORRECTIONAL CENTER | IGSA | YES |
| COBB COUNTY JAIL | IGSA | NO |
| COLLIER COUNTY NAPLES JAIL CENTER | IGSA | NO |
| DALE G. HAILE DETENTION CENTER | IGSA | NO |
| DAVIDSON COUNTY SHERIFF | IGSA | NO |
| DEARBORN POLICE DEPARTMENT | IGSA | NO |
| DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS | IGSA | NO |
| EL PASO COUNTY CRIMINAL JUSTICE CENTER | IGSA | NO |
| ELGIN POLICE DEPARTMENT | IGSA | NO |
| ESSEX COUNTY CORRECTIONAL FACILITY | IGSA | YES |
| EULESS CITY JAIL | IGSA | NO |
| FAIRFAX COUNTY ADULT DETENTION CENTER | IGSA | NO |
| FREDERICK COUNTY DETENTION CENTER | IGSA | NO |
| FREEBORN COUNTY ADULT DETENTION CENTER | IGSA | NO |
| GARVIN COUNTY DETENTION CENTER | IGSA | NO |
| GASTON COUNTY JAIL | IGSA | NO |
| GLADES COUNTY DETENTION CENTER | IGSA | NO |
| GLENDALE POLICE DEPARTMENT | IGSA | NO |
| GRAND FORKS COUNTY CORRECTIONAL FACILITY | IGSA | NO |
| HALL COUNTY DEPARTMENT OF CORRECTIONS | IGSA | NO |
| HARDIN COUNTY JAIL | IGSA | NO |
| HOWARD COUNTY DETENTION CENTER | IGSA | NO |
| HUDSON COUNTY CORRECTIONAL CENTER | IGSA | NO |
| JAMES A. MUSICK FACILITY | IGSA | YES |



**OFFICE OF INSPECTOR GENERAL**

Department of Homeland Security

| | | |
|---|---|---|
| JEFFERSON COUNTY JAIL | IGSA | NO |
| JOE CORLEY DETENTION FACILITY | IGSA | YES |
| JOHNSON COUNTY CORRECTIONS CENTER | IGSA | YES |
| KENT COUNTY JAIL | IGSA | YES |
| LINCOLN COUNTY DETENTION CENTER | IGSA | NO |
| LONOKE POLICE DEPARTMENT | IGSA | NO |
| MINICASSIA DETENTION CENTER | IGSA | NO |
| MOFFAT COUNTY JAIL | IGSA | NO |
| MONROE COUNTY DETENTION CENTER | IGSA | NO |
| MONROE COUNTY DETENTION-DORM | IGSA | NO |
| MONTGOMERY CITY JAIL | IGSA | NO |
| MONTGOMERY COUNTY JAIL | IGSA | NO |
| MORGAN COUNTY ADULT DETENTION CENTER | IGSA | NO |
| MORROW COUNTY CORRECTIONAL FACILITY | IGSA | NO |
| NAVAJO COUNTY SHERIFF | IGSA | NO |
| NEW HANOVER COUNTY JAIL | IGSA | NO |
| NOBLES COUNTY JAIL | IGSA | NO |
| NORTHERN OREGON CORRECTIONAL FACILITY | IGSA | NO |
| OLDHAM COUNTY JAIL | IGSA | NO |
| ORANGE COUNTY INTAKE RELEASE FACILITY | IGSA | YES |
| ORANGE COUNTY JAIL | IGSA | NO |
| PIKE COUNTY CORRECTIONAL FACILITY | IGSA | NO |
| PLATTE COUNTY DETENTION CENTER | IGSA | NO |
| PLYMOUTH COUNTY CORRECTIONAL FACILITY | IGSA | NO |
| POLK COUNTY ADULT DETENTION FACILITY | IGSA | NO |
| PULASKI COUNTY JAIL | IGSA | NO |
| RIO COSUMNES CORRECTIONAL CENTER | IGSA | NO |
| RIO GRANDE COUNTY JAIL | IGSA | YES |
| ROANOKE CITY JAIL | IGSA | NO |
| ROLLING PLAINS DETENTION CENTER | IGSA | NO |
| SAINT CLAIR COUNTY JAIL | IGSA | YES |
| SAINT TAMMANY PARISH JAIL | IGSA | NO |
| SENECA COUNTY JAIL | IGSA | NO |
| SHAWNEE COUNTY DEPARTMENT OF CORRECTIONS | IGSA | NO |
| STRAFFORD COUNTY CORRECTIONS | IGSA | NO |

Supp. App. 1531



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

| | | |
|---|---|---|
| SUFFOLK COUNTY HOUSE OF CORRECTIONS | IGSA | NO |
| TAYLOR COUNTY ADULT DETENTION FACILITY | IGSA | NO |
| TELLER COUNTY JAIL | IGSA | NO |
| THEO LACY FACILITY | IGSA | YES |
| TULSA COUNTY JAIL (DAVID L. MOSS JUSTICE CENTER) | IGSA | NO |
| WAKE COUNTY SHERIFF DEPARTMENT | IGSA | NO |
| WAKULLA COUNTY JAIL | IGSA | NO |
| WHITFIELD COUNTY JAIL | IGSA | NO |
| WORCESTER COUNTY JAIL | IGSA | NO |
| YAVAPAI COUNTY DETENTION CENTER | IGSA | NO |
| YORK COUNTY PRISON | IGSA | NO |
| YUBA COUNTY JAIL | IGSA | NO |

*Source:* ICE Data (as of June 7, 2018)

Supp. App. 1532



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

**Appendix D**
**Office of Inspections and Evaluations Major Contributors to This Report**

Tatyana Martell, Chief Inspector
Inez Jordan, Lead Inspector
Christopher Zubowicz, Assistant Counsel
Jason Wahl, Senior Inspector
Erika Algeo, Inspector
James Johnson, Inspector
Ryan Nelson, Independent Referencer



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

**Appendix E**
**Report Distribution**

**Department of Homeland Security**

Secretary
Deputy Secretary
Chief of Staff
General Counsel
Executive Secretary
Director, GAO/OIG Liaison Office
Assistant Secretary for Office of Policy
Assistant Secretary for Office of Public Affairs
Assistant Secretary for Office of Legislative Affairs
ICE Liaison

**Office of Management and Budget**

Chief, Homeland Security Branch
DHS OIG Budget Examiner

**Congress**

Congressional Oversight and Appropriations Committee

## Additional Information and Copies

To view this and any of our other reports, please visit our website at: www.oig.dhs.gov.

For further information or questions, please contact Office of Inspector General Public Affairs at: DHS-OIG.OfficePublicAffairs@oig.dhs.gov.
Follow us on Twitter at: @dhsoig.



## OIG Hotline

To report fraud, waste, or abuse, visit our website at www.oig.dhs.gov and click on the red "Hotline" tab. If you cannot access our website, call our hotline at (800) 323-8603, fax our hotline at (202) 254-4297, or write to us at:

Department of Homeland Security
Office of Inspector General, Mail Stop 0305
Attention: Hotline
245 Murray Drive, SW
Washington, DC 20528-0305

Supp. App. 1535

**MARCH 31, 2025**
**STATE IMMIGRATION ENFORCEMENT COUNCIL**
**MEETING AGENDA**
**10:00 AM**

| | |
|---|---|
| Council Meeting Called to Order | Chairman Grady Judd |
| Pledge of Allegiance | Chairman Grady Judd |
| Welcome | Chairman Grady Judd |
| Roll Call | FDLE |
| Introduction of Each Member | Chairman Grady Judd |
| Sunshine Law | Attorney Kate Holmes |
| Review of Florida Statute Chapters 908 and 811 | Attorney Kate Holmes |

Homeland Security Investigations Overview
- Requirements under ICE to operate
- Federal Government Deportation Priorities

Interim Field Office Director Juan Aguedelo
Deputy Field Office Dir. Santiago Fuentes
Assistant Field Office Director Patrick Morin

| | |
|---|---|
| State Board of Immigration | Executive Director Larry Keefe |
| Overview of Immigration | Member Bob Gualtieri |
| Grant Rules and Statutes | Attorney Kate Holmes |
| Grant Protocols | FDLE Grant Personnel |
| Establish Grant Priorities and Vote | Chairman Grady Judd |
| New Business | Chairman Grady Judd |
| Public Comment | Chairman Grady Judd |
| Next Meeting | Chairman Grady Judd |
| Adjournment | Chairman Grady Judd |

** A 30-minute break is planned between the *Homeland Security Investigations Overview* and *State Board of Immigration* topics.  The exact timing of the break may vary depending on how quickly progress is made through the agenda.

Thanks to you, WUSF is here — delivering fact-based news and stories that reflect our community. Your support powers everything we do.

Donate Now

# Immigration arrests are up nationwide. Here's a look at Florida's numbers

**WUSF | By Nancy Guan**

Published July 8, 2025 at 5:00 AM EDT



LISTEN • 1:02



*FLHSMV*

Immigration arrests have shot up during President Donald Trump's second term.

## In Florida, where the governor has promised to lead the immigration crackdown, increased arrests mirror the national trend, especially for those with no criminal background.

WUSF
**Travel With Rick Steves**

In an effort to carry out President Donald Trump's mass deportation campaign, arrests by U.S. Immigration and Customs Enforcement agents have shot up this year.

Nationally, ICE arrests have more than doubled compared to last year, according to a New York Times analysis. The rate is sitting at an average of 666 arrests per day, compared to fewer than 300 per day in 2024.

**Lea esta historia en español**

Looking at Florida, where Gov. Ron DeSantis has vowed to lead the way in the immigration crackdown, those numbers have tripled.

About 64 immigration arrests a day have been made statewide since Jan. 20 of this year. That's compared to 20 arrests a day in 2024.

And it makes Florida only second in the nation when it comes to the daily arrest rate. Texas leads with 142 daily arrests.

The ICE data, obtained by The Deportation Data Project, displays individual arrests through June 10. WUSF condensed this information to show weekly and monthly arrests in the following graphs.

Supp. App. 1538

# Florida ICE Arrests 2025

Total ICE arrests have increased since January. Graph shows weekly arrest numbers. The latest data indicates that those with no criminal convictions or charges are making up a larger share of arrests.



Convicted Criminal    Pending Criminal Charges    **Other Immigration Violations**

Operation Tidal Wave*

*Arrests constitute every time U.S. Immigration and Customs Enforcement arrests someone (whether or not that arrest results in a decision to detain the person) or issues a Notice to Appear, the document that starts a deportation case. Other agencies that issue NTAs are not included as arrests here. *Operation Tidal Wave was a weeklong operation between the state of Florida and federal law enforcement agencies including ICE.*

Chart: Nancy Guan • Source: Deportation Data Project • Get the data • Created with Datawrapper

Another look at the numbers shows that more and more people with no criminal background are being arrested. At the beginning of June, noncriminal arrests have surpassed the arrests of people with criminal charges or convictions.

That was also the case for the week of April 21, during a statewide immigration crackdown called Operation Tidal Wave.

The weeklong operation resulted in what the state called "1,120 criminal illegal alien arrests — the largest number in a single state in one week in ICE's history."

However, not everyone swept up in the operation had a criminal record.

…e state said that 63% of those arrested had "existing criminal arrests or convictions."

WUSF

Note that that number includes arrests made by agencies other than ICE's Enforcement and Removal Operations (which is what the data represents), like U.S. Customs and Border Protection, the FBI, the Drug Enforcement Administration, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the U.S. Marshals Service and ICE's separate Homeland Security Investigations.

Operation Tidal Wave coincided with increased reports from immigration attorneys and advocates that people were being arrested at their government mandated check-ins.

On April 22, Heidy Sánchez, a Cuban mother, was separated from her 1-year-old daughter during her appointment at the Tampa ICE office and deported to Cuba within two days.

Sánchez, who is married to a U.S. citizen, was in the process of applying for permanent residency, or a green card. She was given a deportation order during a time when Cuba was not taking back its nationals.

Instead, she was given an I-220B Order of Supervision, which allowed her to live and work in the U.S. as long as she checked in periodically with U.S. Citizenship and Immigration Services.

People like her, who had no other violations on their record besides the immigration offense, were considered a low priority for deportation.

But in an effort to reach its deportation goals, the administration has broadened the types of immigrants who can be arrested, according to immigration experts.

Supp. App. 1540

# Florida noncriminal ICE arrests 2025 vs. 2024

ICE arrests of people with no criminal charges or convictions is up compared to last year.



*Arrests constitute every time U.S. Immigration and Customs Enforcement arrests someone (whether or not that arrest results in a decision to detain the person) or issues a Notice to Appear, the document that starts a deportation case. Other agencies that issue NTAs are not included as arrests here.*

Chart: Nancy Guan • Source: Deportation Data Project • Get the data • Created with Datawrapper

Paul Chavez, an immigration attorney with the nonprofit law firm Americans for Immigrant Justice, said he's received more reports from community members about ICE sightings in neighborhoods and at immigration court and offices.

"What we've seen is a pretty big increase in arrests of folks that would have not have been arrested under previous administrations, which I think gives light to any statements that there was going to be a priority for people who had committed crimes," Chavez said.

In May, which is the most recent month with full data, noncriminal arrests have nearly doubled in the state.

Chavez pointed out that even arrests of people with criminal charges or convictions require further examination.

A report from the Cato Institute, a libertarian think tank, found that more than 90% of those booked into detention centers by ICE nationwide were "neither violent nor property crime offenders."

WUSF
Travel With Rick Steves

The most serious convictions, the report said, were "usually either an immigration offense, a traffic infraction or a nonviolent vice crime."

"I think the data reveals that it's not the worst of the worst," Chavez said.

Last month, Maria Martinez, a 21-year-old from Sarasota, was arrested by local law enforcement for driving without a license and is being detained in Texas. In Florida, immigrants without legal status are not able to obtain a driver's license.

Chavez said law enforcement presence has increased on Florida's highways. Contracts called 287(g) agreements allow the state's local law enforcement agencies to work with ICE on immigration enforcement. And the state leads the nation when it comes to those partnerships.

Immigrants are stopped for traffic infractions, taken into police custody and subsequently detained by ICE.

"So, now, you have somebody that's been here 15 years, working, U.S. citizen children, no criminal background that gets picked up, and then placed in the deportation pipeline," Chavez said.

*Taylor Honda contributed to the data gathering in this report.*

**Tags**  | Politics |   | Immigration |   | Florida Immigration |

| U.S. Immigration and Customs Enforcement |   | arrests |   | Undocumented Immigrants |





### Nancy Guan

As WUSF's general assignment reporter, I cover a variety of topics across the greater Tampa Bay region.

See stories by Nancy Guan

Supp. App. 1542

## YOUR FLORIDA wants to know...

What are some issues or questions you have about state government?

0/140

## Share your contact information
And a reporter may get in touch with you.

Name

Email address

Zip Code

☑ Sign me up for the Wake Up Call newsletter!

☐ Please don't publish my name

☐ I am over 16 years old

☐ I accept the Terms of Service

Submit

Powered by Hearken | Terms of Service | Privacy Policy

WUSF
**Travel With Rick Steves**

DROIGSA-09-0038
INTER-GOVERNMENTAL SERVICE AGREEMENT
BETWEEN THE
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
OFFICE OF DETENTION AND REMOVAL
AND
BAKER COUNTY SHERIFF'S DEPARTMENT

This Inter-Governmental Service Agreement ("Agreement") is entered into between
United States Department of Homeland Security Immigration and Customs Enforcement
("ICE"), and Baker County Sheriff's Department (**"Service Provider"**) for the detention
and care of aliens (**"detainees"**).  The term "Parties" is used in this Agreement to refer
jointly to ICE and the Service Provider.

## FACILITY LOCATION:

The Service Provider shall provide detention services for detainees at the following
institution(s):

**Baker County Sheriff's Department ("Facility")**
**1 Sheriffs Office Drive**
**Macclenny, FL  32063**

INTERGOVERNMENTAL SERVICE AGREEMENT
- ATTACHMENT 1– Title 29, Part 4 Labor Standards for Federal Service Contract
  Clause
- ATTACHMENT 2 – Wage Determination Number 2009-0116 Dated 07/10/2009.
- 

**IN WITNESS WHEREOF,** the undersigned, duly authorized officers, have subscribed their
names on behalf of the Baker County Sheriff's Department and Department of Homeland
Security, U.S. Immigration and Customs Enforcement.

**ACCEPTED:**
U.S. Immigration and Customs Enforcement

Contracting Officer

Date: 17 Aug 2009

**ACCEPTED:**
Baker County Sheriff's Department

[Signature]
Mr. Joey B. Dobson
Baker County Sheriff

Date: August 3, 2009

Page 1 of 17

## Article I.  Purpose

A. Purpose:  The purpose of this Intergovernmental Service Agreement (IGSA) is to establish an Agreement between ICE and the Service Provider for the detention and care of persons detained under the authority of the Immigration and Nationality Act, as amended.  All persons in the custody of ICE are "Administrative Detainees".  This term recognizes that ICE detainees are not charged with criminal violations and are only held in custody to assure their presence throughout the administrative hearing process and to assure their presence for removal from the United States pursuant to a lawful final order by the Immigration Court, the Board of Immigration Appeals or other Federal judicial body.

B. Responsibilities:  This Agreement sets forth the responsibilities of ICE and the Service Provider.  The Agreement states the services the Service Provider shall perform satisfactorily to receive payment from ICE at the rate prescribed in Article I, C.

C. Guidance:   This is a fixed rate agreement, not a cost reimbursable agreement, with respect to the detainee day rate.  The detainee day rate is **$84.72**.  ICE shall be responsible for reviewing and approving the costs associated with this Agreement and subsequent modifications utilizing all applicable federal procurement laws, regulations and standards in arriving at the detainee day rate.

## Article II.  General

A. Commencement of Services:  ICE is under no obligation to utilize the facility identified herein until the need for detention services has been confirmed, funding has been identified and made available, and the facility meets ICE requirements and is in compliance with ICE detention standards..

B. Funding:  The obligation of ICE to make payments to the Service Provider is contingent upon the availability of Federal funds.  ICE will neither present detainees to the Service Provider nor direct performance of any other services until ICE has the appropriate funding.  Orders will be placed under this Agreement when specific requirements have been identified and funding obtained.  Performance under this Agreement is not authorized until the Contracting Officer issues an order in writing. The effective date of the Services will be negotiated and specified in a delivery order to this Agreement.

C. Subcontractors:  The Service Provider shall notify and obtain approval from the ICE Contracting Officer's Technical Representative (COTR) or designated ICE official if it intends to house ICE detainees in a facility other than the Baker County Sheriff's Department.  If either that facility, or any future facility is operated by an entity other than the Service Provider, ICE shall treat the entity as a subcontractor to the Service Provider.  The Service Provider shall obtain the

Contracting Officer's approval before subcontracting the detention and care of detainees to another entity. The Contracting Officer has the right to deny, withhold, or withdraw approval of the proposed subcontractor. Upon approval by the Contracting Officer, the Service Provider shall ensure that any subcontract includes all provisions of this Agreement, and shall provide ICE with copies of all subcontracts. All payments will be made to the Service Provider. ICE will not accept invoices from, or make payments to a subcontractor. Subcontractors that perform under this agreement are subject to the terms and conditions of this IGSA.

D. <u>Consistent with Law</u>: This is a firm fixed rate agreement, not a cost reimbursable agreement. This Agreement is permitted under applicable statutes, regulation, policies or judicial mandates. Any provision of this Agreement contrary to applicable statutes, regulation, policies or judicial mandates is null and void and shall not necessarily affect the balance of the Agreement.

**Article III. Covered Services**

A. <u>Bedspace</u>: The Service Provider shall provide male/female beds on a space available basis (up to 350). The Service Provider shall house all detainees as determined within the Service Provider's classification system. ICE will be financially liable only for the actual detainee days as defined in Paragraph C of Article III.

B. <u>Basic Needs</u>: The Service Provider shall provide ICE detainees with safekeeping, housing, subsistence, medical and other services in accordance with this Agreement. In providing these services, the Service Provider shall ensure compliance with all applicable laws, regulations, fire and safety codes, policies and procedures. The types and levels of services shall be consistent with those the Service Provider routinely affords other inmates.

If the Service Provider determines that ICE has delivered a person for custody who is under the age of eighteen (18), the Service Provider shall not house that person with adult detainees and shall immediately notify the ICE COTR or designated ICE official. ICE will use its best efforts to remove the juvenile within seventy-two (72) hours.

C. <u>Unit of Service and Financial Liability</u>: The unit of service is called a "detainee day" and is defined as one person per day. The detainee day begins on the date of arrival. The Service Provider may bill ICE for the date of arrival but not the date of departure. The Service Provider shall not charge for costs that are not directly related to the housing and detention of detainees. Such costs include but are not limited to:

1) Salaries of elected officials
2) Salaries of employees not directly engaged in the housing and detention of detainees
3) Indirect costs in which a percentage of all local government costs are pro-rated and applied to individual departments unless, those cost are allocated under an approved Cost Allocation Plan
4) Detainee services which are not provided to, or cannot be used by, Federal detainees
5) Operating costs of facilities not utilized by Federal detainees
6) Interest on borrowing (however represented), bond discounts, costs of financing/refinancing, except as prescribed by OMB Circular A-87.
7) Legal or professional fees (specifically legal expenses for prosecution of claims against the Federal Government, legal expenses of individual detainees or inmates)
8) Contingencies

D. Interpretive Services:  The Service Provider shall make special provisions for non-English speaking, handicapped or illiterate detainees.  ICE will reimburse the Service Provider for the actual costs associated with providing commercial written or telephone language interpretive services.  Upon request, ICE will assist the Service Provider in obtaining translation services.  The Service Provider shall provide all instructions verbally either in English or the detainees' language, as appropriate, to detainees who cannot read.  The Service Provider shall include the actual costs that the Service Provider paid for such services on its monthly invoice.  Except in emergency situations, the Service Provider shall not use detainees for translation services.  If the Service Provider uses a detainee for translation service, it shall notify ICE within twenty-four (24) hours of the translation service.

E. Escort and Transportation Services:  The Service Provider will provide, upon request and as scheduled by ICE, necessary escort and transportation services for ICE detainees to and from designated locations.  Escort services may be required for escorting detainees to court hearings; escorting witnesses to the courtroom and staged with the ICE Judge during administrative proceedings.  Transportation Services shall be performed by at least two (2) qualified sworn law enforcement or correctional officer personnel employed by the Service Provider under their policies, procedures and authorities.  See Article XVII.

## Article IV.  Receiving and Discharging Detainees

A. Required Activity:  The Service Provider shall receive and discharge detainees only to and from properly identified ICE personnel or other properly identified Federal law enforcement officials with prior authorization from DHS/ICE. Presentation of U.S. Government identification shall constitute "proper identification."  The Service Provider shall furnish receiving and discharging

Page 4 of 17

services twenty-four (24) hours per day, seven (7) days per week. ICE shall furnish the Service Provider with reasonable notice of receiving and discharging detainees. The Service Provider shall ensure positive identification and recording of detainees and ICE officers. The Service Provider shall not permit medical or emergency discharges except through coordination with on-duty ICE officers.

B.  Emergency Situations:  ICE detainees shall not be released from the facility into the custody of other Federal, state, or local officials for any reason, except for medical or emergency situations, without express authorization of ICE.

C.  Restricted Release of Detainees:  The Service Provider shall not release ICE detainees from its physical custody to any persons other than those described in Paragraph A of Article IV for any reason, except for either medical, other emergency situations, or in response to a federal writ of habeas corpus. If an ICE detainee is sought for federal, state, or local proceedings, only ICE may authorize release of the detainee for such purposes. The Service Provider shall contact the ICE COTR or designated ICE official immediately regarding any such requests.

D.  Service Provider Right of Refusal:  The Service Provider retains the right to refuse acceptance, or request removal, of any detainee exhibiting violent or disruptive behavior, or of any detainee found to have a medical condition that requires medical care beyond the scope of the Service Provider's health care provider. In the case of a detainee already in custody, the Service Provider shall notify ICE and request such removal of the detainee from the Facility. The Service Provider shall allow ICE reasonable time to make alternative arrangements for the detainee.

E.  Emergency Evacuation:  In the event of an emergency requiring evacuation of the Facility, the Service Provider shall evacuate ICE detainees in the same manner, and with the same safeguards, as it employs for persons detained under the Service Provider's authority. The Service Provider shall notify the ICE COTR or designated ICE official within two (2) hours of evacuation.

**Article V.  DHS/ICE Detention Standards**

Satisfactory Performance:

The Service Provider is required to house detainees and perform related detention services in accordance with the most current edition of **ICE National Detention Standards** (http://www.ice.gov/partners/dro/opsmanual/index.htm). ICE Inspectors will conduct periodic inspections of the facility to assure compliance with the ICE National Detention Standards.

**Article VI.  Medical Services**

A.  The Service Provider shall be responsible for providing health care services for ICE detainees at the facility, including: on-site sick call, over the counter medication and routine drugs and medical supplies.

B.  In the event of an emergency, the Service Provider shall proceed immediately with necessary medical treatment. In such event, the Service Provider shall notify ICE immediately regarding the nature of the transferred detainee's illness or injury and type of treatment provided.

C.  The Service Provider shall ensure that all health care service providers utilized for ICE detainees hold current licenses, certifications, and/or registrations with the State and/or City where they are practicing. The Service Provider shall retain a registered nurse to provide health care and sick call coverage unless expressly stated otherwise in this Agreement.

D.  The Service Provider shall ensure that onsite medical and health care coverage is available for all ICE detainees at the facility twenty-four (24) hours per day, seven (7) days per week. The Service Provider shall ensure that its employees solicit each detainee for health complaints and deliver complaints in writing to the medical and health care staff.

E.  The Service Provider shall furnish onsite health care under this Agreement as defined by the facility local health authority. The Service Provider shall not charge any ICE detainee an additional fee or co-payment for medical services or treatment provided at the Facility. The Service Provider shall ensure that ICE detainees receive no lower level of onsite medical care and services than those it provides to local inmates, if there are any.

F.  Onsite health care services shall perform initial medical screening within 12 hours of arrival to the facility, sick call coverage, provision of over-the-counter medications, treatment of minor injuries, treatment of special needs and mental health assessments. A full health assessment to include a history and hands on physical examination must be done within the first 14 days of detainee arrival. Detainees with chronic conditions shall receive prescribed treatment and follow-up care.

G.  Arrival screening shall include at a minimum TB symptom screening, planting of the Tuberculin; skin Test (PPD), and recording the history of past and present illnesses (mental and physical, pregnancy status, history of substance abuse).

H.  If the Service Provider determines that an ICE detainee has a medical condition which renders that person unacceptable for detention under this Agreement, (for example, contagious disease, condition needing life support, uncontrollable

violence), the Service Provider shall notify ICE. Upon such notification, the Service Provider shall allow ICE reasonable time to make the proper arrangements for further disposition of that detainee.

I.  The DIHS acts as the agent and final health authority for ICE on all off-site detainee medical and health related matters. The Service Provider shall release any and all medical information for ICE detainees to the DIHS representatives upon request, except where prohibited by federal or state law or regulation. The Service Provider shall submit a Treatment Authorization Request (TAR) DIHS for payment before proceeding with non-emergency, off-site medical care (e.g. off site lab testing, eyeglasses, cosmetic dental, prosthetics, and dental care for cosmetic purposes).

J.  The Service Provider shall submit supporting documentation for non-routine, off-site medical/health services to DIHS. For medical care provided outside the facility, the DIHS may determine that an alternative medical provider or institution that more aptly meets the needs of ICE and the detainee. The Service Provider shall send requests for pre-approval for non-emergency off-site care electronically to the following address icehealth.org/tarweb.

K.  The Service Provider shall furnish twenty-four (24) hour emergency medical care and facility emergency evacuation procedures. In an emergency, the Service Provider shall obtain the medical treatment required. The Service Provider shall have access to an off site emergency medical provider at all times. The Health Authority of the Service Provider shall notify the DIHS Managed Care Coordinators, ICE Health Services, 1220 L Street, NW, PMB 468, Washington, DC, 20005-4018, phone (888) 718-8947, as soon as possible, and in no case more than seventy-two (72) hours after detainee receipt of such care. The Health Authority will obtain pre-authorization for payment from the DIHS Managed Care Coordinator for service(s) beyond the initial emergency situation.

L.  The Service Provider shall allow DIHS Managed Care Coordinators reasonable access to its facility and medical records of ICE detainees for the purpose of liaison activities with the local IGSA Health Authority and associated Service Provider departments.

M.  The Service Provider shall provide ICE detainee medical records to ICE whether created by the Provider or its subcontractors/vendor upon request from the Contracting Officer's Technical Representative or Contracting officer.

N.  All claims for authorized medical care are to be submitted to the following address:

> HIS VA Financial Services Center
> PO Box 149345
> Austin TX 78714-9345

Page 7 of 17

O. The Division of Immigration Health Services (DIHS) provides limited prescription drug coverage for individuals in the custody of ICE.

Prescriptions are filled at local pharmacies which are part of the Script Care Network (or other designated Pharmacy Benefits Manager). Below is the process for obtaining prescriptions for ICE detainees:

1. The provider shall request a group number which should be used at the pharmacy in conjunction with the BIN# 004410 and Processor Control # DIHS assigned by Script Care Network to designate this is an ICE detainee. The custodial facility should either fax or take a copy of the prescription to their participating pharmacy and indicate that this is an ICE detainee.
2. The pharmacy will run the prescription through the Script Care network for processing.
3. Formulary prescription will be dispensed; however, there will be no need for an exchange of cash between the pharmacy and custodial facility as the pharmacy will receive payment directly from Script Care.
4. Non-Formulary prescriptions will follow the same procedure as formulary prescriptions; however, because non-formulary medications require prior authorization the pharmacy will receive a rejection indicating prior authorization is required. At that point the custodial facility will fax to Script Care the Drug Prior Authorization Request Form (409-833-7435) to the number designated at the top of the form. The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating the prescription has been approved. Non-Formulary urgent request must be submitted in the above manner except an X should be placed on the form in the space for URGENT REQUEST and faxed to 409-923-7391. The authorization will be loaded into the Script Care network and the pharmacy will receive a call indicating the prescription has been approved.

For further information regarding the Script Care Network please contact the VA Financial Services Center at 800-479-0523 or Script Care directly at 800-880-9988.

## Article VII. No Employment of Unauthorized Aliens

Subject to existing laws, regulations, Executive Orders, and addenda to this Agreement, the Service Provider shall not employ aliens unauthorized to work in the United States. Except for maintaining personal living areas, ICE detainees shall not be required to perform manual labor.

### Article VIII. Employment Screening Requirements

A. <u>General</u>.  The Service Provider shall certify to the Contracting Officer that any employees performing under this Agreement, who have access to ICE detainees, will have successfully completed an employment screening that includes at a minimum a criminal history records check, employment reference checks and a citizenship check.

B. <u>Employment Eligibility</u>.  Screening criteria that will exclude applicants from consideration to perform under this agreement includes:

1. Felony convictions
2. Conviction of a sex crime
3. Offense/s involving a child victim
4. Felony drug convictions
5. Pattern of arrests, without convictions, that brings into question a person's judgment and reliability to promote the efficiency and integrity of the ICE mission.
6. Intentional falsification and/or omission of pertinent personal information to influence a favorable employment decision.

Subject to existing law, regulations and/or other provisions of this Agreement, illegal or undocumented aliens shall not be employed by the Service Provider.

The Service Provider shall certify that each employee working on this Agreement will have a Social Security Card issued and approved by the Social Security Administration.  The Service Provider shall be responsible to the Government for acts and omissions of his own employees and for any Subcontractor(s) and their employees.

The Service Provider shall expressly incorporate this provision into any and all Subcontracts or subordinate agreements issued in support of this Agreement.

The Service Provider shall recertify their employees every three years by conducting a criminal history records check to maintain the integrity of the workforce.

The Service Provider shall implement a Self-Reporting requirement for its employees to immediately report one's own criminal arrest/s to superiors.

C. <u>Security Management</u>.  The Service Provider shall appoint a senior official to act as the Agreement Security Officer.  The individual will interface with the COTR on all security matters, to include physical, personnel, and protection of all Government information and data accessed by the Service Provider.

Page 9 of 17

The COTR and Contracting Officer shall have the right to inspect the procedures, methods, all documentation and facilities utilized by the Service Provider in complying with the security requirements under this Agreement. Should ICE determine that the Service Provider is not complying with the security requirements of this Agreement, the Service Provider shall be informed in writing by the Contracting Officer of the proper action to be taken in order to effect compliance with these employment screening requirements.

**Article IX. Period of Performance**

This Agreement shall become effective upon the date of final signature by the ICE Contracting Officer and the authorized signatory of the Service Provider and will remain in effect for a period not to exceed 60 months unless extended by bi-lateral modification or terminated in writing by either party. Either party must provide written notice of intention to terminate the agreement, 120 days in advance of the effective date of formal termination, or the Parties may agree to a shorter period under the procedures prescribed in Article XI.

**Article X. Inspection**

A. Jail Agreement Inspection Report: The Jail Agreement Inspection Report stipulates minimum requirements for fire/safety code compliance, supervision, segregation, sleeping utensils, meals, medical care, confidential communication, telephone access, legal counsel, legal library, visitation, and recreation. The Service Provider shall allow ICE to conduct inspections of the facility, as required, to ensure an acceptable level of services and acceptable conditions of confinement as determined by ICE. No notice to the Service Provider is required prior to an inspection. ICE will conduct such inspections in accordance with the Jail Agreement Inspection Report. ICE will share findings of the inspection with the Service Provider's facility administrator. The Inspection Report will state any improvements to facility operation, conditions of confinement, and level of service that will be required by the Service Provider.

B. Possible Termination: If the Service Provider fails to remedy deficient service identified through an ICE inspection, ICE may terminate this Agreement without regard to the provisions of Articles IX and XI.

C. Share Findings: The Service Provider shall provide ICE copies of facility inspections, reviews, examinations, and surveys performed by accreditation sources.

D. Access to Detainee Records: The Service Provider shall, upon request, grant ICE access to any record in its possession, regardless of whether the Service Provider created the record, concerning any detainee held pursuant to this Agreement. This right of access shall include, but is not limited to, incident reports, records relating to suicide attempts, and behavioral assessments and other records relating to the

detainee's behavior while in the Service Provider's custody. Furthermore, the Service Provider shall retain all records where this right of access applies for a period of two (2) years from the date of the detainee's discharge from the Service Provider's custody.

**Article XI. Modifications and Disputes**

A. <u>Modifications:</u> Actions other than those designated in this Agreement will not bind or incur liability on behalf of either Party. Either Party may request a modification to this Agreement by submitting a written request to the other Party. A modification will become a part of this Agreement only after the ICE Contracting Officer and the authorized signatory of the Service Provider have approved the modification in writing.

B. <u>Changes</u>.
(1) The Contracting Officer may at any time, by written order, and without notice to the Service Provider, if any, make changes within the general scope of this Agreement in any one or more of the following:
(a) Description of services to be performed, including revisions to the detention standards.
(b) Quantity of services to be provided
(c) Place of performance of the services.

(2) If any such change causes an increase or decrease in the cost of the services under the Agreement, the Contracting Officer shall make an equitable adjustment in the agreement price and shall modify the Agreement accordingly.
(3) The Service provider must assert its right to an adjustment under this Article within 30 days from the date of receipt of the written order including a proposal addressing the cost impacts and detailed supporting data.
(4) If the Service Provider's proposal includes costs that are determined unreasonable and/or unsupportable, as determined by the Contracting Officer, the Contracting Officer shall disallow those costs when determining a revised rate, if any.
(5) Failure to agree to any adjustment shall be a dispute under the Disputes section of the Agreement. However, nothing in this Article shall excuse the Service Provider from proceeding with the Agreement as changed.

C. <u>Disputes:</u> The ICE Contracting Officer and the authorized signatory of the Service Provider will settle disputes, questions and concerns arising from this Agreement. Settlement of disputes shall be memorialized in a written modification between the ICE Contracting Officer and authorized signatory of the Service Provider. In the event a dispute is not able to be resolved between the Service Provider and the ICE Contracting Officer, the ICE Contracting Officer will make the final decision. If the Service Provider does not agree with the final decision, the matter may be appealed to the ICE Head of the Contracting Activity (HCA) for resolution. The ICE HCA may employ all methods available to resolve the dispute including alternative dispute resolution techniques. The

Page 11 of 17

Service Provider shall proceed diligently with performance of this Agreement pending final resolution of any dispute.

### Article XII.  Adjusting the Detainee Day Rate

ICE shall reimburse the Service Provider at the fixed detainee day rate shown on the cover page of the document, Article I C.  The Parties may adjust the rate twelve (12) months after the effective date of the agreement and every twelve (12) months thereafter.  The facility of the Service Provider is new.  Therefore, it has been agreed to that once the facility has been in full operation with at least 80% capacity and all systems and personnel in place for six (6) months, the Service Provider will provide actual costs to evaluate whether the bed day rate needs to be adjusted accordingly. The Parties shall base the cost portion of the rate adjustment on the principles of allowability and allocability as set forth in OMB Circular A-87, federal procurement laws, regulations, and standards in arriving at the detainee day rate.  The request for adjustment shall be submitted on an ICE Jail Services Cost Statement.  If ICE does not receive an official request for a detainee day rate adjustment that is supported by an ICE Jail Services Cost Statement, the fixed detainee day rate as stated in this Agreement will be in place indefinitely.  See Article XI A.

ICE reserves the right to audit the actual and/or prospective costs upon which the rate adjustment is based.  All rate adjustments are prospective.  As this is a fixed rate agreement, there are **no** retroactive adjustment(s).

### Article XIII.  Enrollment, Invoicing, and Payment

A.  Enrollment in Electronic Funds Transfer:  The Service Provider shall provide ICE with the information needed to make payments by electronic funds transfer (EFT). Since January 1, 1999, ICE makes all payments only by EFT. The Service Provider shall identify their financial institution and related information on Standard Form 3881, Automated Clearing House (ACH) Vendor Miscellaneous Payment Enrollment Form. The Service Provider shall submit a completed SF 3881 to ICE payment office prior to submitting its initial request for payment under this Agreement. If the EFT data changes, the Service Provider shall be responsible for providing updated information to the ICE payment office.

B.  Consolidated Invoicing – The Service Provider shall submit an original monthly itemized invoice within the first ten (10) working days of the month following the calendar month when it provided the services via one of the following three methods:

a.  **By mail:**
    DHS, ICE
    **Burlington Finance Center**
    P.O. Box 1620
    Williston, VT  05495-1620
    Attn:  ICE-DRO-FOD-Miami

b. **By facsimile (fax): (include a cover sheet with point of contact & # of pages)**
   802-288-7658
c. By e-mail: ██████████@dhs.gov

Invoices submitted by other than these three methods will be returned. The contractor's Taxpayer Identification Number (TIN) must be registered in the Central Contractor Registration (http://www.ccr.gov) prior to award and **shall** be notated on every invoice submitted to ICE to ensure prompt payment provisions are met. The ICE program office shall also be notated on every invoice.

Each invoice submitted shall contain the following information:
   a. the name and address of the facility;
   b. Invoice date and number;
   c. Agreement number, line item number and, if applicable, the Task order number;
   d. Terms of any discount for prompt payment offered;
   e. Name, title, and phone number of person to notify in event of defective invoice;
   f. Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this Agreement. (See paragraph 1 above.)
   g. the total number of residential/detainee days;
   h. the daily rate;
   i. the total residential/detainee days multiplied by the daily rate;
   j. the name of each ICE resident/detainee;
   k. resident's/detainee's A-number;
   l. specific dates of detention for each resident/detainee;
   m. an itemized listing of all other charges;
   n. For stationary guard services, the itemized monthly invoice shall state the number of hours being billed, the duration of the billing (times and dates) and the name of the resident(s)/detainee(s) that was guarded.

**Items a. through i. above must be on the cover page of the invoice. Invoices without the above information may be returned for resubmission.**

C. <u>Payment:</u> ICE will transfer funds electronically through either an Automated Clearing House subject to the banking laws of the United States, or the Federal Reserve Wire Transfer System. The Prompt Payment Act applies to this Agreement. The Prompt Payment Act requires ICE to make payments under this Agreement the thirtieth (30th) calendar day after the Burlington Finance Office receives a complete invoice. Either the date on the Government's check, or the date it executes an electronic transfer of funds, shall constitute the payment date. The Prompt Payment Act requires ICE to pay interest on overdue payments to the

Page 13 of 17

Service Provider. ICE will determine any interest due in accordance with the Prompt Payment Act provided the Service Provider maintains an active registration in Central Contractor Registration (CCR) and all information is accurate

### Article XIV. Government Furnished Property

A. Federal Property Furnished to the Service Provider: ICE may furnish Federal Government property and equipment to the Service Provider. Accountable property remains titled to ICE and shall be returned to the custody of ICE upon termination of the Agreement. The suspension of use of bed space made available to ICE is agreed to be grounds for the recall and return of any or all government furnished property.

B. Service Provider Responsibility: The Service Provider shall not remove ICE property from the facility without the prior written approval of ICE. The Service Provider shall report any loss or destruction of any Federal Government property immediately to ICE.

### Article XV. Hold Harmless and Indemnification Provisions

A. Service Provider Held Harmless:  ICE shall, subject to the availability of funds, save and hold the Service Provider harmless and indemnify the Service Provider against any and all liability claims and costs of whatever kind and nature, for injury to or death of any person(s), or loss or damage to any property, which occurs in connection with or is incident to performance of work under the terms of this Agreement, and which results from negligent acts or omissions of ICE officers or employees, to the extent that ICE would be liable for such negligent acts or omissions under the Federal Tort Claims Act, 28 USC 2691 *et seq.*

B. Federal Government Held Harmless: The Service Provider shall save and hold harmless and indemnify federal government agencies to the extent allowed by law against any and all liability claims, and costs of whatsoever kind and nature for injury to or death of any person or persons and for loss or damage to any property occurring in connection with, or in any way incident to or arising out of the occupancy, use, service, operation or performance of work under the tenets of this Agreement, resulting from the negligent acts or omissions of the Service Provider, or any employee, or agent of the Service Provider. In so agreeing, the Service Provider does not waive any defenses, immunities or limits of liability available to it under state or federal law.

C. Defense of Suit:  In the event a detainee files suit against the Service Provider contesting the legality of the detainee's incarceration and/or immigration/citizenship status, ICE shall request that the U.S. Attorney's Office, as appropriate, move either to have the Service Provider dismissed from such suit, to have ICE substituted as the proper party defendant; or to have the case removed

Page 14 of 17

to a court of proper jurisdiction. Regardless of the decision on any such motion, ICE shall request that the U.S. Attorney's Office be responsible for the defense of any suit on these grounds.

D.  <u>ICE Recovery Right</u>: The Service Provider shall do nothing to prejudice ICE's right to recover against third parties for any loss, destruction of, or damage to U.S. Government property. Upon request of the Contracting Officer, the Service Provider shall, at ICE's expense, furnish to ICE all reasonable assistance and cooperation, including assistance in the prosecution of suit and execution of the instruments of assignment in favor of ICE in obtaining recovery.

## Article XVI. Financial Records

A.  <u>Retention of Records</u>: All financial records, supporting documents, statistical records, and other records pertinent to contracts or subordinate agreements under this Agreement shall be retained by the Service Provider for three (3) years for purposes of federal examinations and audit. The three (3) year retention period begins at the end of the first year of completion of service under the Agreement. If any litigation, claim, negotiation, audit, or other action involving the records has been started before the expiration of the three (3) year period, the records must be retained until completion of the action and resolution of all issues which arise from it or until the end of the regular three (3) year period, whichever is later.

B.  <u>Access to Records</u>: ICE and the Comptroller General of the United States, or any of their authorized representatives, shall have the right of access to any pertinent books, documents, papers or other records of the Service Provider or its subcontractors, which are pertinent to the award, in order to make audits, examinations, excerpts, and transcripts. The rights of access must not be limited to the required retention period, but shall last as long as the records are retained.

C.  <u>Delinquent Debt Collection</u>: ICE will hold the Service Provider accountable for any overpayment, or any breach of this Agreement that results in a debt owed to the Federal Government. ICE shall apply interest, penalties, and administrative costs to a delinquent debt owed to the Federal Government by the Service Provider pursuant to the Debt Collection Improvement Act of 1982, as amended.

## Article XVII.  Escort/Stationary Guard and/or Transportation Services

A.  <u>Transport/Escort/Stationary Services Rate</u>: The Service Provider agrees, upon request of the Federal Government in whose custody an ICE detainee is held, to provide all such air/ground transportation/escort/stationary services as may be required to transport detainees securely, in a timely manner, to locations as directed by the ICE COTR or designated ICE official. ICE directed transportation will be reimbursed at the rate of $███ per hour. Any incurred overtime pay for such services will be reimbursed at the applicable overtime rate of $███ per hour. At least ███ qualified law enforcement or correctional officer personnel

Page 15 of 17

employed by the Service Provider under their policies, procedures and practices
will perform transport services.

Transportation shall be reimbursed at the mileage rate established pursuant to the
General Services Administration (GSA)/federal travel allowance rate established
in the Agreement. The mileage rate for this agreement is ████ mile. Mileage
shall be denoted as a separate item on submitted invoices.

B. Medical/Legal Transportation:  Transportation and/or escort/stationary guard
services for ICE detainees housed at the Service Provider's facility to and from a
medical facility for outpatient care, and transportation and/or escort guard
services for ICE detainees housed at the Service Provider's facility admitted to a
medical facility; and for detainees attending off-site court proceedings.  An officer
or officers, shall keep the detainee under constant supervision twenty-four (24)
hours per day until the detainee is ordered released from the hospital, or at the
order of the COTR.  The Service Providers agrees to augment such practices as
may be requested by ICE to enhance specific requirements for security, detainee
monitoring, visitation and contraband control.

C. Indemnities:  Furthermore, the Service Provider agrees to hold harmless and
indemnify DHS/ICE and its officials in their official and individual capacities
from any liability, including third-party liability or worker's compensation,
arising from the conduct of the Service Provider and its employees during the
course of transporting ICE detainees.

D. Personal Vehicles:  The Service Provider shall not allow employees to use their
personal vehicles to transport detainees.  The Service Provider shall furnish
vehicles equipped with interior security features including physical separation of
detainees from guards.  The Service Provider shall provide interior security
specifications of the vehicles to ICE for review and approval prior to installation.

E. Training and Compliance:  The Service Provider shall comply with ICE
transportation standards (http://www.ice.gov/partners/dro/opsmanual/index.htm)
related to the number of hours the Provider's employee may operate a vehicle.
The transportation shall be accomplished in the most economical manner.  The
Service Provider personnel provided for the above services shall be of the same
qualifications, receive training, complete the same security clearances, and wear
the same uniforms as those personnel provided for in other areas of this
agreement.

F. Same Sex Transport:  During all transportation activities, at least one (1) officer
shall be the same sex as the detainee.  Questions concerning guard assignments
shall be directed to the COTR for final determination.

G. Miscellaneous Transportation:  The COTR may direct the Service Provider to
transport detainees to unspecified, miscellaneous locations.

H. Billing Procedures: The itemized monthly invoice for such stationary guard services shall state the number of hours being billed, the duration of the billing (times and dates) and the name of the detainee(s) that was guarded.

## Article XVIII. Contracting Officer's Technical Representative ("COTR")

A. The COTR shall be designated by the Contracting Officer. When and if the COTR duties are reassigned, an administrative modification will be issued to reflect the changes. This designation does not include authority to sign contractual documents or to otherwise commit to, or issue changes, which could affect the price, quantity, or performance of this Agreement.

B. Should the Provider believe they have received direction that is not within scope of the agreement; the Provider shall not proceed with any portion that is not within the scope of the agreement without first contacting the Contracting Officer. The Provider shall continue performance of efforts that are deemed within scope.

## Article XIX. Labor Standards and Wage Determination

A. The Service Contract Act, 41 U.S.C. 351 et seq., Title 29, Part 4 Labor Standards for Federal Service Contracts, is hereby incorporated—Attachment I. These standards and provisions are included in every contract/IGSA entered into by the United States or the District of Columbia, in excess of $2,500, or in an indefinite amount, the principal purpose of which is to furnish services through the use of service employees--See Attachment 1.

B. Wage Determination: Each service employee employed in the performance of this contract/IGSA shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits in accordance with the wages and fringe benefits determined by the Secretary of Labor or authorized representative, as specified in any wage determination attached to this contract--See Attachment 2.

## Article XX. Notification and Public Disclosures:

There shall be no public disclosures regarding this agreement made by the Provider (or any subcontractors) without review and approval of such disclosure by ICE Public Affairs and express permission granted by the ICE Contracting Officer.

## Article XXI. Incident Reporting:

The Service Provider shall notify the cognizant ICE office in accordance with the applicable ICE National Detention Standard.

```
**********************************************************************
```
END OF DOCUMENT
```
**********************************************************************
```

**TITLE 29--LABOR**

**PART 4_LABOR STANDARDS FOR FEDERAL SERVICE CONTRACTS--Table of Contents**

Subpart A Service Contract Labor Standards Provisions and Procedures

Sec.  4.6 Labor standards clauses for Federal service contracts exceeding $2,500.

The clauses set forth in the following paragraphs shall be included in full by the contracting agency in every contract/Inter-Governmental Service Agreement (IGSA) entered into by the United States or the District of Columbia, in excess of $2,500, or in an indefinite amount, the principal purpose of which is to furnish services through the use of service employees:

(a) Service Contract Act of 1965, as amended: This contract/IGSA is subject to the Service Contract Act of 1965 as amended (41 U.S.C. 351 et seq.) and is subject to the following provisions and to all other applicable provisions of the Act and regulations of the Secretary of Labor issued there under (29 CFR part 4).

(b)(1) Each service employee employed in the performance of this Contract/IGSA by the contractor or any subcontractor shall be paid not less than the minimum monetary wages and shall be furnished fringe benefits in accordance with the wages and fringe benefits determined by the Secretary of Labor or authorized representative, as specified in any wage determination attached to this contract.

(2)(i) If there is such a wage determination attached to this Contract/IGSA, the contracting officer shall require that any class of service employee which is not listed therein and which is to be employed under the Contract/IGSA (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed class of employees shall be paid the monetary wages and furnished the fringe benefits as are determined pursuant to the procedures in this section.

(ii)Such conforming procedure shall be initiated by the contractor prior to the performance of contract/IGSA work by such unlisted class of employee. A written report of the proposed conforming action, including information regarding the agreement or disagreement of the authorized representative of the employees involved or, where there is no authorized representative, the employees themselves, shall be submitted by the contractor to the contracting officer no later than 30 days after such unlisted class of employees performs any Contract/IGSA work. The contracting officer shall review the proposed action and promptly submit a report of the action, together with the agency's recommendation and all pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. The Wage and Hour Division will approve, modify, or disapprove the action or render a final determination in the event of disagreement

within 30 days of receipt or will notify the contracting officer within 30 days of receipt that additional time is necessary.

(iii) The final determination of the conformance action by the Wage and Hour Division shall be transmitted to the contracting officer who shall promptly notify the contractor of the action taken. Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination.

(iv)(A) The process of establishing wage and fringe benefit rates that bears a reasonable relationship to those listed in a wage determination cannot be [[Page 41]] reduced to any single formula. The approach used may vary from wage determination to wage determination depending on the circumstances. Standard wage and salary administration practices, which rank various job classifications by pay grade pursuant to point schemes or other job factors may, for example, be relied upon. Guidance may also be obtained from the way different jobs are rated under Federal pay systems (Federal Wage Board Pay System and the General Schedule) or from other wage determinations issued in the same locality. Basic to the establishment of any conformable wage rate(s) is the concept that a pay relationship should be maintained between job classifications based on the skill required and the duties performed.

(B) In the case of a Contract/IGSA modification, an exercise of an option or extension of an existing contract, or in any other case where a contractor succeeds a Contract/IGSA under which the classification in question was previously conformed pursuant to this section, a new conformed wage rate and fringe benefits may be assigned to such conformed classification by indexing (i.e., adjusting) the previous conformed rate and fringe benefits by an amount equal to the average (mean) percentage increase (or decrease, where appropriate) between the wages and fringe benefits specified for all classifications to be used on the Contract/IGSA which are listed in the current wage determination, and those specified for the corresponding classifications in the previously applicable wage determination. Where conforming actions are accomplished in accordance with this paragraph prior to the performance of Contract/IGSA work by the unlisted class of employees, the contractor shall advise the contracting officer of the action taken but the other procedures in paragraph (b) (2) (ii) of this section need not be followed.

(C) No employee engaged in performing work on this Contract/IGSA shall in any event be paid less than the currently applicable minimum wage specified under section 6(a) (1) of the Fair Labor Standards Act of 1938, as amended. (v) The wage rate and fringe benefits finally determined pursuant to paragraphs (b)(2)(i) and (ii) of this section shall be paid to all employees performing in the classification from the first day on which Contract/IGSA work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or finally determined by the Wage and Hour Division retroactive to the date such class of employees commenced Contract/IGSA work shall be a violation of the Act and this contract.(vi) Upon discovery of failure to comply with paragraphs (b)(2)(i) through (v) of this section, the Wage and Hour Division shall make a final determination of conformed classification, wage rate,

and/or fringe benefits which shall be retroactive to the date such
class of employees commenced Contract/IGSA work.

(3) If, as authorized pursuant to section 4(d) of the Service Contract
Act of 1965 as amended, the term of this Contract/IGSA is more than 1
year, the minimum monetary wages and fringe benefits required to be
paid or furnished there under to service employees shall be subject to
adjustment after 1 year and not less often than once every 2 years,
pursuant to wage determinations to be issued by the Wage and Hour
Division, Employment Standards Administration of the Department of
Labor as provided in such Act.

(c) The contractor or subcontractor may discharge the obligation to
furnish fringe benefits specified in the attachment or determined
conformably thereto by furnishing any equivalent combinations of bona
fide fringe benefits, or by making equivalent or differential payments
in cash in accordance with the applicable rules set forth in subpart D
of 29 CFR part 4, and not otherwise.

(d)(1) In the absence of a minimum wage attachment for this contract,
neither the contractor nor any subcontractor under this Contract/IGSA
shall pay any person performing work under the Contract/IGSA
(regardless of whether they are service employees) less than the
minimum wage specified by section 6(a)(1) of the Fair Labor Standards
Act of 1938. Nothing in this provision shall relieve the contractor or
any subcontractor of any other obligation under [[Page 42]] law or
Contract/IGSA for the payment of a higher wage to any employee.

(2) If this Contract/IGSA succeeds a contract, subject to the Service
Contract Act of 1965 as amended, under which substantially the same
services were furnished in the same locality and service employees were
paid wages and fringe benefits provided for in a collective bargaining
agreement, in the absence of the minimum wage attachment for this
Contract/IGSA setting forth such collectively bargained wage rates and
fringe benefits, neither the contractor nor any subcontractor under
this Contract/IGSA shall pay any service employee performing any of the
Contract/IGSA work (regardless of whether or not such employee was
employed under the predecessor contract), less than the wages and
fringe benefits provided for in such collective bargaining agreements,
to which such employee would have been entitled if employed under the
predecessor contract, including accrued wages and fringe benefits and
any prospective increases in wages and fringe benefits provided for
under such agreement. No contractor or subcontractor under this
Contract/IGSA may be relieved of the foregoing obligation unless the
limitations of Sec. 4.1b(b) of 29 CFR part 4 apply or unless the
Secretary of Labor or his authorized representative finds, after a
hearing as provided in Sec. 4.10 of 29 CFR part 4 that the wages and/or
fringe benefits provided for in such agreement are substantially at
variance with those which prevail for services of a character similar
in the locality, or determines, as provided in Sec.  4.11 of 29 CFR
part 4, that the collective bargaining agreement applicable to service
employees employed under the predecessor Contract/IGSA was not entered
into as a result of arm's-length negotiations. Where it is found in
accordance with the review procedures provided in 29 CFR 4.10 and/or
4.11 and parts 6 and 8 that some or all of the wages and/or fringe
benefits contained in a predecessor contractor's collective bargaining
agreement are substantially at variance with those which prevail for

services of a character similar in the locality, and/or that the collective bargaining agreement applicable to service employees employed under the predecessor Contract/IGSA was not entered into as a result of arm's-length negotiations, the Department will issue a new or revised wage determination setting forth the applicable wage rates and fringe benefits. Such determination shall be made part of the Contract/IGSA or subcontract, in accordance with the decision of the Administrator, the Administrative Law Judge, or the Administrative Review Board, as the case may be, irrespective of whether such issuance occurs prior to or after the award of a Contract/IGSA or subcontract. 53 Comp. Gen. 401 (1973). In the case of a wage determination issued solely as a result of a finding of substantial variance, such determination shall be effective as of the date of the final administrative decision.

(e) The contractor and any subcontractor under this Contract/IGSA shall notify each service employee commencing work on this Contract/IGSA of the minimum monetary wage and any fringe benefits required to be paid pursuant to this contract, or shall post the wage determination attached to this contract. The poster provided by the Department of Labor (Publication WH 1313) shall be posted in a prominent and accessible place at the worksite. Failure to comply with this requirement is a violation of section 2(a)(4) of the Act and of this contract.

(f) The contractor or subcontractor shall not permit any part of the services called for by this Contract/IGSA to be performed in buildings or surroundings or under working conditions provided by or under the control or supervision of the contractor or subcontractor which are unsanitary or hazardous or dangerous to the health or safety of service employees engaged to furnish these services, and the contractor or subcontractor shall comply with the safety and health standards applied under 29 CFR part 1925.

(g)(1) The contractor and each subcontractor performing work subject to the Act shall make and maintain for 3 years from the completion of the work records containing the information specified in paragraphs (g)(1)(i) through (vi) of this section for each employee subject to the Act and shall make them available for inspection [[Page 43]] and transcription by authorized representatives of the Wage and Hour Division, Employment Standards Administration of the U.S. Department of Labor:

(i) Name and address and social security number of each employee.

(ii)The correct work classification or classifications, rate or rates of monetary wages paid and fringe benefits provided, rate or rates of fringe benefit payments in lieu thereof, and total daily and weekly compensation of each employee.

(iii) The number of daily and weekly hours so worked by each employee.

(iv) Any deductions, rebates, or refunds from the total daily or weekly compensation of each employee.

(v) A list of monetary wages and fringe benefits for those classes of service employees not included in the wage

determination attached to this Contract/IGSA but for which such wage rates or fringe benefits have been determined by the interested parties or by the Administrator or authorized representative pursuant to the labor standards clause in paragraph (b) of this section. A copy of the report required by the clause in Paragraph (b) (2) (ii) of this section shall be deemed to be such a list.

(vi) Any list of the predecessor contractor's employees which had been furnished to the contractor pursuant to Sec. 4.6(l)(2).

(2) The contractor shall also make available a copy of this Contract/IGSA for inspection or transcription by authorized representatives of the Wage and Hour Division.

(3) Failure to make and maintain or to make available such records for inspection and transcription shall be a violation of the regulations and this contract, and in the case of failure to produce such records, the contracting officer, upon direction of the Department of Labor and notification of the contractor, shall take action to cause suspension of any further payment or advance of funds until such violation ceases.

(4) The contractor shall permit authorized representatives of the Wage and Hour Division to conduct interviews with employees at the worksite during normal working hours.

(h) The contractor shall unconditionally pay to each employee subject to the Act all wages due free and clear and without subsequent deduction (except as otherwise provided by law or Regulations, 29 CFR part 4), rebate, or kickback on any account. Such payments shall be made no later than one pay period following the end of the regular pay period in which such wages were earned or accrued. A pay period under this Act may not be of any duration longer than semi-monthly.

(i) The contracting officer shall withhold or cause to be withheld from the Government prime contractor under this or any other Government Contract/IGSA with the prime contractor such sums as an appropriate official of the Department of Labor requests or such sums as the contracting officer decides may be necessary to pay underpaid employees employed by the contractor or subcontractor. In the event of failure to pay any employees subject to the Act all or part of the wages or fringe benefits due under the Act, the agency may, after authorization or by direction of the Department of Labor and written notification to the contractor, take action to cause suspension of any further payment or advance of funds until such violations have ceased. Additionally, any failure to comply with the requirements of these clauses relating to the Service Contract Act of 1965, may be grounds for termination of the right to proceed with the Contract/IGSA work. In such event, the Government may enter into other contracts or arrangements for completion of the work, charging the contractor in default with any additional cost.

(j) The contractor agrees to insert these clauses in this section relating to the Service Contract Act of 1965 in all Subcontracts subject to the Act. The term contractor as used in these clauses in any subcontract shall be deemed to refer to the subcontractor, except in the term Government prime contractor.

(k)(1) As used in these clauses, the term service employee means any person engaged in the performance of this Contract/IGSA other than any person employed in a bona fide executive, administrative, or professional capacity, as those terms are defined in part 541 of title 29, Code of Federal Regulations, as of July [[Page44]] 30, 1976, and any subsequent revision of those regulations. The term service employee includes all such persons regardless of any contractual relationship that may be alleged to exist between a contractor or subcontractor and such persons.

(2) The following statement is included in contracts pursuant to section 2(a) (5) of the Act and is for informational purposes only:

The following classes of service employees expected to be employed under the Contract/IGSA with the Government would be subject, if employed by the contracting agency, to the provisions of 5 U.S.C. 5341 or 5 U.S.C. 5332 and would, if so employed, be paid not less than the following rates of wages and fringe benefits:

| Employee class | wage-fringe benefit |
|---|---|
| GS-05 | $14.24 |
| GS-07 | $17.64 |

Search current rates at http://www.opm.gov/oca/08tables/

(l)(1)  If wages to be paid or fringe benefits to be furnished any service employees employed by the Government prime contractor or any subcontractor under the Contract/IGSA are provided for in a collective bargaining agreement which is or will be effective during any period in which the Contract/IGSA is being performed, the Government prime contractor shall report such fact to the contracting officer, together with full information as to the application and accrual of such wages and fringe benefits, including any prospective increases, to service employees engaged in work on the contract, and a copy of the collective bargaining agreement. Such report shall be made upon commencing performance of the contract, in the case of collective bargaining agreements effective at such time, and in the case of such agreements or provisions or amendments thereof effective at a later time during the period of Contract/IGSA performance, such agreements shall be reported promptly after negotiation thereof.

(2) Not less than 10 days prior to completion of any Contract/IGSA being performed at a Federal facility where service employees may be retained in the performance of the succeeding Contract/IGSA and subject to a wage determination which contains vacation or other benefit provisions based upon length of service with a contractor (predecessor) or successor (Sec.  4.173 of Regulations, 29 CFR part 4), the incumbent prime contractor shall furnish to the contracting officer a certified list of the names of all service employees on the contractor's or subcontractor's payroll during the last month of Contract/IGSA performance. Such list shall also contain anniversary dates of employment on the Contract/IGSA either with the current or predecessor contractors of each such service employee. The contracting officer

Page 6 of 9
Attachment (1)

shall turn over such list to the successor contractor at the commencement of the succeeding contract.

(m) Rulings and interpretations of the Service Contract Act of 1965, as amended, are contained in Regulations, 29 CFR part 4.

(n)(1) By entering into this contract, the contractor (and officials thereof) certifies that neither it (nor he or she) nor any person or firm who has a substantial interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of the sanctions imposed pursuant to section 5 of the Act.

(2) No part of this Contract/IGSA shall be subcontracted to any person or firm ineligible for award of a Government Contract/IGSA pursuant to section 5 of the Act.

(3) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

(o) Notwithstanding any of the clauses in paragraphs (b) through (m) of this section relating to the Service Contract Act of 1965, the following employees may be employed in accordance with the following variations, tolerances, and exemptions, which the Secretary of Labor, pursuant to section 4(b) of the Act prior to its amendment by Public Law 92-473, found to be necessary and proper in the public interest or to avoid serious impairment of the conduct of Government business:

(1)Apprentices, student-learners, and workers whose earning capacity is impaired by age, physical, or mental deficiency or injury may be employed at wages lower than the minimum wages otherwise required by section 2(a) (1) or([Page 45]]

(2)(b)(1) of the Service Contract Act without diminishing any fringe benefits or cash payments in lieu thereof required under section 2(a) (2) of that Act, in accordance with the conditions and procedures prescribed for the employment of apprentices, student-learners, handicapped persons, and handicapped clients of sheltered workshops under section 14 of the Fair Labor Standards Act of 1938, in the regulations issued by the Administrator (29 CFR parts 520, 521, 524, and 525).

(3) The Administrator will issue certificates under the Service Contract Act for the employment of apprentices, student-learners, handicapped persons, or handicapped clients of sheltered workshops not subject to the Fair Labor Standards Act of 1938, or subject to different minimum rates of pay under the two acts, authorizing appropriate rates of minimum wages (but without changing requirements concerning fringe benefits or supplementary cash payments in lieu thereof), applying procedures prescribed by the applicable regulations issued under the Fair Labor Standards Act of 1938 (29 CFR parts 520, 521, 524, and 525).

(4) The Administrator will also withdraw, annul, or cancel such certificates in accordance with the regulations in parts 525 and 528 of title 29 of the Code of Federal Regulations.

(p) Apprentices will be permitted to work at less than the predetermined rate for the work they perform when they are employed and individually registered in a bona fide apprenticeship program registered with a State Apprenticeship Agency which is recognized by the U.S. Department of Labor, or if no such recognized agency exists in a State, under a program registered with the Bureau of Apprenticeship and Training, Employment and Training Administration, U.S. Department of Labor. Any employee who is not registered as an apprentice in an approved program shall be paid the wage rate and fringe benefits contained in the applicable wage determination for the journeyman classification of work actually performed. The wage rates paid apprentices shall not be less than the wage rate for their level of progress set forth in the registered program, expressed as the appropriate percentage of the journeyman's rate contained in the applicable wage determination. The allowable ratio of apprentices to journeymen employed on the Contract/IGSA work in any craft classification shall not be greater than the ratio permitted to the contractor as to his entire work force under the registered program.

(q) Where an employee engaged in an occupation in which he or she customarily and regularly receives more than $30 a month in tips, the amount of tips received by the employee may be credited by the employer against the minimum wage required by Section 2(a)(1) or 2(b)(1) of the Act to the extent permitted by section 3(m) of the Fair Labor Standards Act and Regulations, 29 CFR Part 531. To utilize this provison:

(1) The employer must inform tipped employees about this tip credit allowance before the credit is utilized;

(2) The employees must be allowed to retain all tips (individually or through a pooling arrangement and regardless of whether the employer elects to take a credit for tips received);

(3) The employer must be able to show by records that the employee receives at least the applicable Service Contract Act minimum wage through the combination of direct wages and tip credit;

(4) The use of such tip credit must have been permitted under any predecessor collective bargaining agreement applicable by virtue of section 4(c) of the Act.

(r) Disputes concerning labor standards. Disputes arising out of the labor standards provisions of this Contract/IGSA shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR parts 4, 6, and 8. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.(The information collection, recordkeeping, and reporting requirements contained in this section have been approved by the Office of Management and Budget under the following numbers:
[[Page 46]]
```
---------------------------------------------------------------------
- Paragraph                                      OMB control number
---------------------------------------------------------------------
(b)(2) (i)--(iv)...................................  1215-0150
```

```
(e)............................................. 1215-0150
(g)(1) (i)--(iv)............................... 1215-0017
(g)(1) (v), (vi)............................... 1215-0150
(l) (1), (2)................................... 1215-0150
(q)(3)......................................... 1215-0017
----------------------------------------------------------------
[48 FR 49762, Oct. 27, 1983; 48 FR 50529, Nov. 2, 1983, as amended at
61 FR 68663, Dec. 30, 1996]
```

Wage Determination: 2009-0116, 1                                                          Page 1 of 1

| REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON, D.C. 20210 |
|---|---|
| | Wage Determination No.: 2009-0116<br>Revision No.: 1<br>Date of Last Revision: 07/10/2009 |
| Shirley F. Ebbesen          Division of Wage<br>Director                        Determinations | |

State: Florida

Area: Florida County of Baker

Employed on U.S. Department of Homeland Security contract agreement (IGA) for prisoner detention services between

United States Immigration and Customs Enforcement, Prisoner Operations Division and Baker County Jail in FL.

The wage rates and fringe benefits paid by above company are hereby adopted as prevailing.

NOTE: Under Section 2(b)(1) of the Service Contract Act no employees shall be paid less than the minimum wage specified by Section 6(a)(1) of the Fair Labor Standards Act; $6.55 per hour, effective July 24, 2008.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

Supp. App. 1570

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1 / 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00001 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC |
|---|---|---|

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite ███
Washington DC 20536

| 7. ADMINISTERED BY *(If other than Item 6)* | CODE | ICE/DM/DC-DC |
|---|---|---|

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite███
Washington DC 20536

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and ZIP Code)*

BAKER COUNTY OF
167 BAKER PLACE
PO BOX 441
NEWTON GA 398700441

(x)

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | |
| | 9B. DATED *(SEE ITEM 11)* |
| | |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | DROIGSA-09-0038 |
| | 10B. DATED *(SEE ITEM 13)* |
| | 07/28/2009 |

| CODE 0263162730000 | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(If required)*
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☒ is not. ☐ is required to sign this document and return _____ 0 _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
DUNS Number:  026316273
Program Office POC: ███ (305) 207-█
Contracting Officer POC: ███ 202) 732-████
Contract Specialist POC: ███ , (202) 732-████

Please see attached.
Exempt Action: Y
Period of Performance: 08/03/2009 to 08/02/2014
All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| | ███ |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | ███ | 10/31/12 |

NSN 7540-01-152-8070
Previous edition unusable

FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|
| | | | 1 / 1 |

| 2. AMENDMENT/MODIFICATION NO. PXXXXX | 3. EFFECTIVE DATE See Block 16 | 4. REQUISITION/PURCHASE REQ. NO | 5. PROJECT NO. *(if applicable)* |
|---|---|---|---|

| 6. ISSUED BY        CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (IF OTHER THAN ITEM 6)    CODE | ICE/DM/DC-DC |
|---|---|---|---|
| ICE Detention Management Contracts Immigrations and Customs Enforcement/ Office of Acquisition Management 801 I Street NW, Suite ▮▮▮ Washington, DC 20536 | | ICE Detention Management Contracts Immigrations and Customs Enforcement/ Office of Acquisition Management 801 I Street NW, Suite ▮▮▮ Washington, DC 20536 | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., Street, County, State, and Zip Code)* | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY SHERIFF DEPARTMENT 1 Sheriff Office Drive Macclenny, FL 32063-8833 | ☐ | |
| | | 9B. DATED *(SEE ITEM 11)* |
| | ☒ | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
| CODE: 6275735610000 | FACILITY CODE: | 10B. DATED *(SEE ITEM 11)* 09/07/2012 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA *(If Required)* |
|---|
| See Schedule |

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO., AS DESCRIBED IN ITEM 14**

| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. OTHER *(Specify type of modification and authority)* Mutual Agreement of the Parties |

| E. IMPORTANT: Contractor    ☐ is NOT    ☒    is required to sign this document and return    1    copies to the issuing office. |
|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.

The purpose of this modification is to incorporate ICE 2011 Performance Based Detention Standard 2.11 - Sexual Abuse and Assault Prevention and Intervention.

Should there be a conflict with between this standard and any other term and condition of the agreement identified in Block 10A on this modification, you are to contact the Contracting Officer for clarification.

All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER Joey B. Dobson, Sheriff | 16A. NAME AND TITLE OF CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED 10/18/2012 | 16B. UNITED STATES OF AMERICA ▮▮▮▮▮ | 16C. DATE SIGNED ▮/31/12 |

NSN 7540-01-152-8070
Previous Edition Unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE  OF PAGES | |
|---|---|---|---|---|
| | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00002 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|
| ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite ▓▓▓▓<br>Washington DC 20536 | | | ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite ▓▓▓▓<br>Washington DC 20536 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>167 BAKER PLACE<br>PO BOX 441<br>NEWTON GA 398700441 | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | | 10B. DATED *(SEE ITEM 13)*<br>07/28/2009 |

| CODE    0263162730000 | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA *(If required)* |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER *(Specify type of modification and authority)* | |

E. IMPORTANT:    Contractor  ☒ is not.  ☐ is required to sign this document and return ____0____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DUNS Number: 026316273
Program Office POC ▓▓▓▓▓▓ (05) 207-▓▓▓▓
Contracting Officer POC: ▓▓▓▓▓▓▓ (202) 732-▓▓▓▓
Contract Specialist POC: ▓▓▓▓▓▓▓▓▓ (202) 732-▓▓▓

The purpose of this modification is to change the language in the IGSA under Page 16 on the Second Paragraph as follows:

From:
Transportation shall be reimbursed at the mileage rate established pursuant to the General Services Administration (GSA)/federal travel allowance rate established in the Agreement.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME  AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br><br>_____ | 16C. DATE SIGNED<br>02/06/12 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | DROIGSA-09-0038/P00002 | 2 | 2 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The mileage rate for this agreement is ████ mile. Mileage shall be denoted as a separate item on submitted invoices. | | | | |
| | To: Transportation shall be reimbursed at the mileage rate established pursuant to the General Services Administration (GSA)/federal travel allowance rate established in the Agreement. Exempt Action: Y Period of Performance: 08/03/2009 to 08/02/2014 All other terms and conditions remain the same. | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

**Supp. App. 1574**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1 / 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| P00003 | See Block 16C | | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

| | |
|---|---|
| ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite ▮▮▮<br>Washington DC 20536 ▮▮▮ | ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite ▮▮▮<br>Washington DC 20536 |

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

BAKER COUNTY OF
167 BAKER PLACE
PO BOX 441
NEWTON GA 398700441

| (x) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| | 10B. DATED (SEE ITEM 13)<br>07/28/2009 |

| CODE 0263162730000 | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☒ is not. ☐ is required to sign this document and return _____0_____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 026316273
Program Office/Contracting Officer's Representative (COR): ▮▮▮ 305-207-▮▮▮
▮▮▮@ice.dhs.gov
Contracting Officer: ▮▮▮ 202-732-▮▮▮

The purpose of this modification is to add the COR into the Inter-Governmental Service
Agreement (IGSA).
Exempt Action: Y
Period of Performance: 08/03/2009 to 08/02/2014
All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| | ▮▮▮ | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| _____<br>(Signature of person authorized to sign) | | ▮▮▮ | 09/17/13 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 5 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00004 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

| ICE/Detent Mngt/Detent Contracts-DC | ICE/Detent Mngt/Detent Contracts-DC |
|---|---|
| Immigration and Customs Enforcement | Immigration and Customs Enforcement |
| Office of Acquisition Management | Office of Acquisition Management |
| 801 I Street NW, Suite ▮ | 801 I Street NW, Suite9 |
| Washington DC 20536 | Washington DC 20536 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

| | | 9B. DATED (SEE ITEM 11) |
|---|---|---|

| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|
| | DROIGSA-09-0038 |

| | 10B. DATED (SEE ITEM 13) |
|---|---|
| | 07/28/2009 |

| CODE | 6275735610000 | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT: | Contractor | ☒ is not, | ☐ is required to sign this document and return | 0 | copies to the issuing office. |
|---|---|---|---|---|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number:  627753561

Program Office/Contracting Officer's Representative (COR): ▮▮▮▮▮  305-207-▮▮▮
▮▮▮▮▮▮▮ice.dhs.gov

Contracting Officer: ▮▮▮▮▮▮▮▮ ▮02-732-▮▮▮

In many contracts it is difficult to find in a single location all unit prices.  The purpose of this modification is to correct for that and to incorporate new invoice instructions.

Incorporate the following under Article I. Purpose
IGSA Prices:
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. | 16B. ▮▮▮▮▮ | 16C. DATE SIGNED |
|---|---|---|---|
| _____ | | | 06/08/13 |
| (Signature of person authorized to sign) | | | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| **CONTINUATION SHEET** | DROIGSA-09-0038/P00004 | 2 | 5 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Article I: Bed Rate: ▮▮▮<br>Article XVII: Transport Rate: ▮▮▮<br>Article XVII: Transport Rate-Overtime: ▮▮▮<br>Article XVII: Mileage Rate:  Pursuant to current<br>GSA federal travel allowance rates<br><br>Replace Article XIII, Enrollment, Invoicing and<br>Payment, paragraph B - Invoicing, with the<br>following:<br><br>Invoicing Instructions:<br><br>Service Providers/Contractors shall use these<br>procedures when submitting an invoice.<br><br>1. Invoice Submission:  Invoices shall be<br>submitted in a .pdf format on a monthly basis via<br>email   to:<br><br>▮▮▮ice.dhs.gov<br><br>Each email shall contain only one (1) invoice and<br>the subject line of the email will annotate the<br>invoice number.  The emailed invoice shall<br>include the "bill to" address shown below:<br><br>DHS, ICE<br>Financial Operations - Burlington<br>P.O. Box 1620<br>ATTN: ERO-KRO<br>Williston, VT  05495-1620<br><br>Note: the Service Provider's or Contractor's Dunn<br>and Bradstreet (D&B) DUNS Number must be<br>registered in the System for Award Management<br>(SAM) at https://www.sam.gov prior to award and<br>shall be notated on every invoice submitted to<br>ensure prompt payment provisions are met. The ICE<br>program office identified in the task<br>order/contract shall also be notated on every<br>invoice.<br><br>2. Content of Invoices:  Each invoice submission<br>shall contain the following information:<br><br>(i) Name and address of the Service<br>Provider/Contractor.  Note: the name, address and<br>DUNS number on the invoice MUST match the<br>information in both the Contract/Agreement and<br>Continued ... | | | | |

NSN 7540-01-152-8067

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | DROIGSA-09-0038/P00004 | | 3 | 5 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | the information in the SAM.  If payment is remitted to another entity, the name, address and DUNS information of that entity must also be provided which will require Government verification before payment can be processed; (ii) Dunn and Bradstreet (D&B) DUNS Number; (iii) Invoice date and invoice number; (iv) Agreement/Contract number, contract line item number and, if applicable, the order number; (v) Description, quantity, unit of measure, unit price and extended price of the items delivered; (vi) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading; (vii) Terms of any discount for prompt payment offered; (viii) Remit to Address; (ix) Name, title, and phone number of person to notify in event of defective invoice; and | | | | |
| | 3. Invoice Supporting Documentation.  In order to ensure payment, the vendor must also submit supporting documentation to the Contracting Officer's Representative (COR) identified in the contract as described below.  Supporting documentation shall be submitted to the COR or contract Point of Contact (POC) identified in the contract or task order with all invoices, as appropriate.  See paragraph 4 for details regarding the safeguarding of information. Invoices without documentation to support invoiced items, containing charges for items outside the scope of the contract, or not based on the most recent contract base or modification rates will be considered improper and returned for resubmission.  Supporting documentation requirements include: | | | | |
| | (i). Firm Fixed Price Items (items not subject to any adjustment on the basis of the contractor's cost experience, such as pre-established monthly guaranteed minimums for detention or transportation): do not require detailed supporting documentation unless specifically requested by the Government. | | | | |
| | (ii). Fixed Unit Price Items (items for allowable incurred costs, such as detention and/or transportation services with no defined minimum quantities, stationary guard or escort services, Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00004 | | | PAGE<br>4 | OF<br>5 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | transportation mileage or other Minor Charges such as sack lunches and detainee wages): shall be fully supported with documentation substantiating the costs and/or reflecting the established price in the contract and submitted in .pdf format.<br><br>(iii). Detention Services (other than firm fixed price):<br>(1) Bed day rate;<br>(2) Resident's/detainee's check-in and check-out dates;<br>(3) Number of bed days multiplied by the bed day rate;<br>(4) Name of each detainee;<br>(5) Resident's/detainee's identification information<br><br>(iv). Transportation Services (other than firm fixed price):<br>(1) The mileage rate being applied for that invoice.<br>(2) Monthly billing reports listing transportation services provided; number of miles; transportation routes provided; locations serviced and/or names/numbers of detainees transported; an itemized listing of all other charges; and, for reimbursable expenses (e.g. travel expenses, special meals, etc.) copies of all receipts.<br><br>(v). Stationary Guard Services (other than firm fixed price):<br>(1) The itemized monthly invoice shall state the number of hours being billed, the duration of the billing (times and dates) and the name of the resident(s)/detainee(s) that was/were guarded.<br><br>(vi). Other Direct Charges:<br>The invoice shall include appropriate supporting documentation for any direct charge billed for reimbursement.<br><br>4. Safeguarding Information:    As a contractor or vendor conducting business with Immigration and Customs Enforcement (ICE), you are required to comply with DHS Policy regarding the safeguarding of Sensitive Personally Identifiable Information (PII).  Sensitive PII is information that identifies an individual, including an alien, and Continued ... | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | DROIGSA-09-0038/P00004 | 5 | 5 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | could result in harm, embarrassment, inconvenience or unfairness. Examples of Sensitive PII include information such as: Social Security Numbers, Alien Registration Numbers (A-Numbers), or combinations of information such as the individual¿s name or other unique identifier and full date of birth, citizenship, or immigration status.<br><br>As part of your obligation to safeguard information, the follow precautions are required:<br>-Email supporting documents containing Sensitive PII in an encrypted attachment with password sent separately.<br>-Never leave paper documents containing Sensitive PII unattended and unsecure.  When not in use, these documents will be locked in drawers, cabinets, desks, etc. so the information is not accessible to those without a need to know.<br>-Use shredders when discarding paper documents containing Sensitive PII.<br>-Refer to the DHS Handbook for Safeguarding Sensitive Personally Identifiable Information (March 2012) found at http://www.dhs.gov/xlibrary/assets/privacy/dhs-privacy-safeguardingsensitivepiihandbook-march2012.pdf for more information on and/or examples of Sensitive PII.<br><br>5. If you have questions regarding payment, please contact ICE Financial Operations at ████████ or by e-mail at ██████ice.dhs.gov<br>Exempt Action: Y<br>Period of Performance: 08/03/2009 to 08/02/2014<br><br>Add Item 0001 as follows: | | | | |
| 0001 | Detention Bed Day<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Add Item 0002 as follows: | | | ████████ | |
| 0002 | Transportation Services<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br>All other terms and conditions remain the same. | | | ████████ | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

USCA11 Case: 25-12873   Document: 92-6   Date Filed: 01/08/2026   Page: 168 of 226

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 1 | |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|
| ICE/Detent Mngt/Detent Contracts-DC Immigration and Customs Enforcement Office of Acquisition Management 801 I Street NW, Suite ▮ Washington DC 20536 | | | ICE/Detent Mngt/Detent Contracts-DC Immigration and Customs Enforcement Office of Acquisition Management 801 I Street NW, Suite ▮ Washington DC 20536 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF 1 SHERIFFS OFFICE DR MACCLENNY FL 320638833 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
| CODE 6275735610000   FACILITY CODE | | 10B. DATED (SEE ITEM 13) 07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |
| X | FAR 43.103(a) | |

E. IMPORTANT:   Contractor ☐ is not. ☒ is required to sign this document and return ____1____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number: 627573561

Program Office/Contracting Officer's Representative (COR) ▮▮▮▮▮▮▮ 305-207-▮▮▮
▮▮▮▮@ice.dhs.gov
Contracting Officer: ▮▮▮▮▮▮▮ 202-732-▮
Contract Specialist: ▮▮▮▮▮▮▮ 202-732-▮

The purpose of this modification is to extend the period of performance of the agreement through February 3, 2015 at currently agreed upon rates.
Exempt Action: Y
Period of Performance: 08/03/2009 to 02/03/2015
All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item ▮▮ ▮▮, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| ▮▮▮▮▮ Dixon - Sheriff | | |
| 15B. CONTRACTOR/OFFEROR ▮▮▮▮▮▮▮ (Signature of person authorized to sign) | 15C. DATE SIGNED 6/16/2▮ | 16B. UNITED STATES OF AMERICA ▮▮▮▮▮▮ | 16C. DATE SIGNED 6 19 14 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE | OF PAGES |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00006 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DM/DC-DC | 7. ADMINISTERED BY (If other than item 6) | CODE | ICE/DM/DC-DC |
|---|---|---|---|---|---|

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite ▮
Washington DC 20536

ICE/Detent Mngt/Detent Contracts-DC
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, Suite▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED (SEE ITEM 11)

| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
|---|---|---|

10B. DATED (SEE ITEM 13)
07/28/2009

| CODE | 6275735610000 | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | FAR 43.103(b) |

E. IMPORTANT:  Contractor ☒ is not, ☐ is required to sign this document and return _____0_____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:  627573561
Program Office/Contracting Officer's Representative (COR): ▮▮▮▮ 305-207-▮▮▮
▮▮▮▮ice.dhs.gov
Contracting Officer: ▮▮▮▮ 202-732-▮▮▮
Contract Specialist: ▮▮▮▮ 202-732-▮▮▮

The purpose of this modification is to clarify the Vendor. The Vendor cited in the Base and
modifications 1, 2, and 3 was incorrectly listed as Baker County, DUNS 026316273.
However, the correct Vendor is Baker County, Florida, with DUNS 627573561.
Exempt Action: Y
Period of Performance: 08/03/2009 to 02/03/2015
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or ▮▮▮▮ ▮▮ed and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | ▮TING OFFICER (Type or print) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | | 16C. DATE SIGNED |
| | | | 6/24/14 |
| (Signature of person authorized to sign) | | ▮fficer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED DROIGSA-09-0038/P00006 | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | All other terms and conditions remain the same. | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00007 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (if other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▮
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED (SEE ITEM 11)

X | 10A. MODIFICATION OF CONTRACT/ORDER NO.
DROIGSA-09-0038

| CODE   6275735610000 | FACILITY CODE |
|---|---|

10B. DATED (SEE ITEM 13)
07/28/2009

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) FAR 43.103(b) |

E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return _____ 0 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:   627573561
Program Office/Contracting Officer's Representative (COR) ▮▮▮▮          305-207-▮
▮▮▮▮ice.dhs.gov
Contracting Officer: ▮▮▮▮   202-732-▮
Contract Specialist: ▮▮▮▮   202-732-▮

The purpose of this administrative modification is to incoporate Department of Labor Wage
Determination (CSWD) No. 2005-2115 Revision No. 14, dated July 25,2014 (a copy of which is
attached).  The identified wages are in effect as of July 25, 2014.

The Service Provider must notify the Contracting Officer in writing within thirty (30) days
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or ▮▮▮▮ effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | ▮ r print) |
|---|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16C. DATE SIGNED |
|---|---|---|
| (Signature of person authorized to sign) | | 9/16/14 |

NSN 7540-01-152-8070
Previous edition unusable

▮RM 30 (REV 10-83)
GSA
53.243

| | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| **CONTINUATION SHEET** | DROIGSA-09-0038/P00007 | 2 | 2 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | after receipt of this modification of any increase claimed under the Fair Labor Standards Act and Service Contract Act. | | | | |

The following payroll data must be submitted to support any claim for a price adjustment:

1. Employee Name and CSWD Job Classification Title/Number

2. Actual hours paid and/or worked

3. Actual hourly wages and wage rates used in previous performance period

4. Actual H&W wages and rates used in previous performance period

5. How was H&W paid? (i.e. cash to employees or paid to third party)

6. Applicable workers compensation rate (if H&W was paid in cash to employees)

7. Applicable tax rates and taxable caps (Federal Unemployment Tax Allowance (FUTA) and State Unemployment Tax Allowance (SUTA) (if applicable).

SUGGESTED FORMAT:  Price Adjustment Calculation Tool (PACT)

The PACT is a format service providers may use to present data need to support written claims for price adjustments under the Service Contract Act.  The PACT may be obtained online at www.wdol.gov.
Exempt Action: Y
Period of Performance: 08/03/2009 to 02/03/2015
All other terms and conditions remain the same.

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

WD 05-2115 (Rev.-14) was first posted on www.wdol.gov on 08/05/2014
*********************************************************************************

```
REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
      THE SERVICE CONTRACT ACT          |   EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                        |          WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 2005-2115
Diane C. Koplewski        Division of   |        Revision No.: 14
Director              Wage Determinations|     Date Of Revision: 07/25/2014
```

States: Florida, Georgia

Area: Florida Counties of Baker, Clay, Columbia, Duval, Hamilton, Lafayette,
Madison, Nassau, Putnam, Saint Johns, Suwannee, Taylor
Georgia Counties of Brantley, Camden, Charlton, Glynn, Pierce

```
                  **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                           FOOTNOTE              RATE
01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                           12.14
   01012 - Accounting Clerk II                                          13.62
   01013 - Accounting Clerk III                                         16.03
   01020 - Administrative Assistant                                     18.33
   01040 - Court Reporter                                               15.07
   01051 - Data Entry Operator I                                        11.53
   01052 - Data Entry Operator II                                       13.15
   01060 - Dispatcher, Motor Vehicle                                    16.75
   01070 - Document Preparation Clerk                                   11.81
   01090 - Duplicating Machine Operator                                 11.81
   01111 - General Clerk I                                              10.83
   01112 - General Clerk II                                             11.82
   01113 - General Clerk III                                            18.09
   01120 - Housing Referral Assistant                                   16.80
   01141 - Messenger Courier                                            10.89
   01191 - Order Clerk I                                                12.79
   01192 - Order Clerk II                                               13.69
   01261 - Personnel Assistant (Employment) I                           13.47
   01262 - Personnel Assistant (Employment) II                          15.07
   01263 - Personnel Assistant (Employment) III                         16.80
   01270 - Production Control Clerk                                     18.80
   01280 - Receptionist                                                 11.93
   01290 - Rental Clerk                                                 12.50
   01300 - Scheduler, Maintenance                                       13.47
   01311 - Secretary I                                                  13.47
   01312 - Secretary II                                                 15.07
   01313 - Secretary III                                                16.80
   01320 - Service Order Dispatcher                                     14.63
   01410 - Supply Technician                                            18.33
   01420 - Survey Worker                                                14.09
   01531 - Travel Clerk I                                               12.32
   01532 - Travel Clerk II                                              13.45
   01533 - Travel Clerk III                                             14.49
   01611 - Word Processor I                                             12.58
   01612 - Word Processor II                                            15.29
   01613 - Word Processor III                                           17.11
05000 - Automotive Service Occupations
   05005 - Automobile Body Repairer, Fiberglass                         18.96
   05010 - Automotive  Electrician                                      16.74
```

```
   05040 - Automotive Glass Installer                        14.73
   05070 - Automotive Worker                                 14.73
   05110 - Mobile Equipment Servicer                         12.68
   05130 - Motor Equipment Metal Mechanic                    17.19
   05160 - Motor Equipment Metal Worker                      14.73
   05190 - Motor Vehicle Mechanic                            17.18
   05220 - Motor Vehicle Mechanic Helper                     12.01
   05250 - Motor Vehicle Upholstery Worker                   13.71
   05280 - Motor Vehicle Wrecker                             14.73
   05310 - Painter, Automotive                               15.73
   05340 - Radiator Repair Specialist                        14.73
   05370 - Tire Repairer                                     11.70
   05400 - Transmission Repair Specialist                    17.19
07000 - Food Preparation And Service Occupations
   07010 - Baker                                             11.75
   07041 - Cook I                                            10.86
   07042 - Cook II                                           12.20
   07070 - Dishwasher                                         8.18
   07130 - Food Service Worker                                9.21
   07210 - Meat Cutter                                       13.65
   07260 - Waiter/Waitress                                    9.87
09000 - Furniture Maintenance And Repair Occupations
   09010 - Electrostatic Spray Painter                       16.52
   09040 - Furniture Handler                                 10.58
   09080 - Furniture Refinisher                              16.52
   09090 - Furniture Refinisher Helper                       12.29
   09110 - Furniture Repairer, Minor                         14.40
   09130 - Upholsterer                                       16.52
11000 - General Services And Support Occupations
   11030 - Cleaner, Vehicles                                 10.02
   11060 - Elevator Operator                                 10.02
   11090 - Gardener                                          12.83
   11122 - Housekeeping Aide                                 11.17
   11150 - Janitor                                           11.17
   11210 - Laborer, Grounds Maintenance                      11.30
   11240 - Maid or Houseman                                   8.91
   11260 - Pruner                                            10.07
   11270 - Tractor Operator                                  12.66
   11330 - Trail Maintenance Worker                          11.30
   11360 - Window Cleaner                                    12.59
12000 - Health Occupations
   12010 - Ambulance Driver                                  15.60
   12011 - Breath Alcohol Technician                         17.67
   12012 - Certified Occupational Therapist Assistant        27.76
   12015 - Certified Physical Therapist Assistant            22.30
   12020 - Dental Assistant                                  16.28
   12025 - Dental Hygienist                                  27.39
   12030 - EKG Technician                                    21.26
   12035 - Electroneurodiagnostic Technologist               21.26
   12040 - Emergency Medical Technician                      15.15
   12071 - Licensed Practical Nurse I                        15.80
   12072 - Licensed Practical Nurse II                       17.67
   12073 - Licensed Practical Nurse III                      18.89
   12100 - Medical Assistant                                 13.57
   12130 - Medical Laboratory Technician                     17.22
   12160 - Medical Record Clerk                              13.75
   12190 - Medical Record Technician                         15.38
   12195 - Medical Transcriptionist                          15.65
   12210 - Nuclear Medicine Technologist                     32.90
   12221 - Nursing Assistant I                               10.38
   12222 - Nursing Assistant II                              11.67
```

```
12223 - Nursing Assistant III                              12.74
12224 - Nursing Assistant IV                               14.29
12235 - Optical Dispenser                                  19.34
12236 - Optical Technician                                 14.66
12250 - Pharmacy Technician                                14.44
12280 - Phlebotomist                                       14.29
12305 - Radiologic Technologist                            23.35
12311 - Registered Nurse I                                 23.41
12312 - Registered Nurse II                                28.64
12313 - Registered Nurse II, Specialist                    28.64
12314 - Registered Nurse III                               34.65
12315 - Registered Nurse III, Anesthetist                  34.65
12316 - Registered Nurse IV                                41.52
12317 - Scheduler (Drug and Alcohol Testing)               20.99
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                              18.14
13012 - Exhibits Specialist II                             22.48
13013 - Exhibits Specialist III                            27.50
13041 - Illustrator I                                      18.79
13042 - Illustrator II                                     23.29
13043 - Illustrator III                                    28.49
13047 - Librarian                                          24.89
13050 - Library Aide/Clerk                                 12.40
13054 - Library Information Technology Systems             22.40
Administrator
13058 - Library Technician                                 13.25
13061 - Media Specialist I                                 16.22
13062 - Media Specialist II                                18.14
13063 - Media Specialist III                               20.53
13071 - Photographer I                                     13.56
13072 - Photographer II                                    16.00
13073 - Photographer III                                   18.80
13074 - Photographer IV                                    23.00
13075 - Photographer V                                     27.82
13110 - Video Teleconference Technician                    15.58
14000 - Information Technology Occupations
14041 - Computer Operator I                                13.44
14042 - Computer Operator II                               15.03
14043 - Computer Operator III                              16.96
14044 - Computer Operator IV                               20.82
14045 - Computer Operator V                                23.11
14071 - Computer Programmer I                              24.20
14072 - Computer Programmer II                   (see 1)
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                      15.41
14160 - Personal Computer Support Technician               20.82
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)    28.19
15020 - Aircrew Training Devices Instructor (Rated)        34.10
15030 - Air Crew Training Devices Instructor (Pilot)       39.61
15050 - Computer Based Training Specialist / Instructor    26.70
15060 - Educational Technologist                           23.96
15070 - Flight Instructor (Pilot)                          37.51
15080 - Graphic Artist                                     22.77
15090 - Technical Instructor                               20.53
15095 - Technical Instructor/Course Developer              25.11
15110 - Test Proctor                                       16.56
```

```
15120 - Tutor                                                      16.56
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
    16010 - Assembler                                               8.67
    16030 - Counter Attendant                                       8.67
    16040 - Dry Cleaner                                            11.05
    16070 - Finisher, Flatwork, Machine                             8.67
    16090 - Presser, Hand                                           8.67
    16110 - Presser, Machine, Drycleaning                           8.67
    16130 - Presser, Machine, Shirts                                8.67
    16160 - Presser, Machine, Wearing Apparel, Laundry             8.67
    16190 - Sewing Machine Operator                                11.79
    16220 - Tailor                                                 12.51
    16250 - Washer, Machine                                         9.44
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                      16.70
    19040 - Tool And Die Maker                                     21.00
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                      15.29
    21030 - Material Coordinator                                   18.80
    21040 - Material Expediter                                     18.80
    21050 - Material Handling Laborer                              12.93
    21071 - Order Filler                                           10.98
    21080 - Production Line Worker (Food Processing)               15.29
    21110 - Shipping Packer                                        14.88
    21130 - Shipping/Receiving Clerk                               14.88
    21140 - Store Worker I                                          9.85
    21150 - Stock Clerk                                            14.02
    21210 - Tools And Parts Attendant                              15.29
    21410 - Warehouse Specialist                                   15.29
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                            25.15
    23021 - Aircraft Mechanic I                                    23.72
    23022 - Aircraft Mechanic II                                   25.15
    23023 - Aircraft Mechanic III                                  26.71
    23040 - Aircraft Mechanic Helper                               15.08
    23050 - Aircraft, Painter                                      20.64
    23060 - Aircraft Servicer                                      17.67
    23080 - Aircraft Worker                                        18.98
    23110 - Appliance Mechanic                                     18.66
    23120 - Bicycle Repairer                                       12.87
    23125 - Cable Splicer                                          23.45
    23130 - Carpenter, Maintenance                                 17.89
    23140 - Carpet Layer                                           17.55
    23160 - Electrician, Maintenance                               20.10
    23181 - Electronics Technician Maintenance I                   22.35
    23182 - Electronics Technician Maintenance II                  23.94
    23183 - Electronics Technician Maintenance III                 25.41
    23260 - Fabric Worker                                          16.35
    23290 - Fire Alarm System Mechanic                             19.13
    23310 - Fire Extinguisher Repairer                             15.12
    23311 - Fuel Distribution System Mechanic                      23.13
    23312 - Fuel Distribution System Operator                      18.23
    23370 - General Maintenance Worker                             15.63
    23380 - Ground Support Equipment Mechanic                      23.72
    23381 - Ground Support Equipment Servicer                      17.67
    23382 - Ground Support Equipment Worker                        18.98
    23391 - Gunsmith I                                             16.81
    23392 - Gunsmith II                                            18.67
    23393 - Gunsmith III                                           20.74
    23410 - Heating, Ventilation And Air-Conditioning              19.33
    Mechanic
```

```
23411 - Heating, Ventilation And Air Contditioning        20.50
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                          18.39
23440 - Heavy Equipment Operator                          20.02
23460 - Instrument Mechanic                               24.25
23465 - Laboratory/Shelter Mechanic                       18.79
23470 - Laborer                                           12.93
23510 - Locksmith                                         16.48
23530 - Machinery Maintenance Mechanic                    22.01
23550 - Machinist, Maintenance                            18.54
23580 - Maintenance Trades Helper                         12.29
23591 - Metrology Technician I                            24.25
23592 - Metrology Technician II                           25.81
23593 - Metrology Technician III                          27.31
23640 - Millwright                                        20.21
23710 - Office Appliance Repairer                         21.11
23760 - Painter, Maintenance                              16.52
23790 - Pipefitter, Maintenance                           19.16
23810 - Plumber, Maintenance                              18.01
23820 - Pneudraulic Systems Mechanic                      20.02
23850 - Rigger                                            19.65
23870 - Scale Mechanic                                    17.55
23890 - Sheet-Metal Worker, Maintenance                   19.44
23910 - Small Engine Mechanic                             14.74
23931 - Telecommunications Mechanic I                     23.49
23932 - Telecommunications Mechanic II                    25.00
23950 - Telephone Lineman                                 21.89
23960 - Welder, Combination, Maintenance                  16.90
23965 - Well Driller                                      20.02
23970 - Woodcraft Worker                                  20.02
23980 - Woodworker                                        12.71
24000 - Personal Needs Occupations
24570 - Child Care Attendant                               9.49
24580 - Child Care Center Clerk                           13.34
24610 - Chore Aide                                         9.44
24620 - Family Readiness And Support Services             14.20
Coordinator
24630 - Homemaker                                         19.49
25000 - Plant And System Operations Occupations
25010 - Boiler Tender                                     22.27
25040 - Sewage Plant Operator                             22.26
25070 - Stationary Engineer                               22.27
25190 - Ventilation Equipment Tender                      15.47
25210 - Water Treatment Plant Operator                    22.26
27000 - Protective Service Occupations
27004 - Alarm Monitor                                     15.83
27007 - Baggage Inspector                                 10.51
27008 - Corrections Officer                               15.87
27010 - Court Security Officer                            15.87
27030 - Detection Dog Handler                             13.68
27040 - Detention Officer                                 15.87
27070 - Firefighter                                       13.26
27101 - Guard I                                           10.51
27102 - Guard II                                          13.68
27131 - Police Officer I                                  19.58
27132 - Police Officer II                                 21.77
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                       10.32
28042 - Carnival Equipment Repairer                       10.47
28043 - Carnival Equpment Worker                           8.39
28210 - Gate Attendant/Gate Tender                        12.73
```

```
     28310 - Lifeguard                                            11.29
     28350 - Park Attendant (Aide)                                14.24
     28510 - Recreation Aide/Health Facility Attendant            10.13
     28515 - Recreation Specialist                                17.10
     28630 - Sports Official                                      11.34
     28690 - Swimming Pool Operator                               14.87
29000 - Stevedoring/Longshoremen Occupational Services
     29010 - Blocker And Bracer                                   18.99
     29020 - Hatch Tender                                         18.99
     29030 - Line Handler                                         18.99
     29041 - Stevedore I                                          17.72
     29042 - Stevedore II                                         22.13
30000 - Technical Occupations
     30010 - Air Traffic Control Specialist, Center (HFO)  (see 2) 35.77
     30011 - Air Traffic Control Specialist, Station (HFO) (see 2) 24.66
     30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2) 27.16
     30021 - Archeological Technician I                           16.46
     30022 - Archeological Technician II                          18.41
     30023 - Archeological Technician III                         22.82
     30030 - Cartographic Technician                              22.82
     30040 - Civil Engineering Technician                         22.04
     30061 - Drafter/CAD Operator I                               16.46
     30062 - Drafter/CAD Operator II                              18.41
     30063 - Drafter/CAD Operator III                             20.54
     30064 - Drafter/CAD Operator IV                              25.27
     30081 - Engineering Technician I                             13.90
     30082 - Engineering Technician II                            16.57
     30083 - Engineering Technician III                           20.34
     30084 - Engineering Technician IV                            23.88
     30085 - Engineering Technician V                             29.16
     30086 - Engineering Technician VI                            35.34
     30090 - Environmental Technician                             21.21
     30210 - Laboratory Technician                                20.56
     30240 - Mathematical Technician                              22.18
     30361 - Paralegal/Legal Assistant I                          18.17
     30362 - Paralegal/Legal Assistant II                         22.79
     30363 - Paralegal/Legal Assistant III                        27.87
     30364 - Paralegal/Legal Assistant IV                         33.75
     30390 - Photo-Optics Technician                              22.82
     30461 - Technical Writer I                                   22.03
     30462 - Technical Writer II                                  26.95
     30463 - Technical Writer III                                 32.60
     30491 - Unexploded Ordnance (UXO) Technician I               22.74
     30492 - Unexploded Ordnance (UXO) Technician II              27.51
     30493 - Unexploded Ordnance (UXO) Technician III             32.97
     30494 - Unexploded (UXO) Safety Escort                       22.74
     30495 - Unexploded (UXO) Sweep Personnel                     22.74
     30620 - Weather Observer, Combined Upper Air Or    (see 2)   20.54
     Surface Programs
     30621 - Weather Observer, Senior                   (see 2)   22.82
31000 - Transportation/Mobile Equipment Operation Occupations
     31020 - Bus Aide                                             13.82
     31030 - Bus Driver                                           18.11
     31043 - Driver Courier                                       15.41
     31260 - Parking and Lot Attendant                             9.32
     31290 - Shuttle Bus Driver                                   15.41
     31310 - Taxi Driver                                          10.42
     31361 - Truckdriver, Light                                   15.41
     31362 - Truckdriver, Medium                                  18.16
     31363 - Truckdriver, Heavy                                   19.44
     31364 - Truckdriver, Tractor-Trailer                         19.44
```

```
99000 - Miscellaneous Occupations
  99030 - Cashier                                             8.57
  99050 - Desk Clerk                                          9.66
  99095 - Embalmer                                           24.27
  99251 - Laboratory Animal Caretaker I                      10.44
  99252 - Laboratory Animal Caretaker II                     11.35
  99310 - Mortician                                          24.27
  99410 - Pest Controller                                    14.06
  99510 - Photofinishing Worker                              13.91
  99710 - Recycling Laborer                                  15.26
  99711 - Recycling Specialist                               19.47
  99730 - Refuse Collector                                   13.54
  99810 - Sales Clerk                                        12.62
  99820 - School Crossing Guard                              11.25
  99830 - Survey Party Chief                                 20.53
  99831 - Surveying Aide                                     11.63
  99832 - Surveying Technician                               15.94
  99840 - Vending Machine Attendant                          11.62
  99841 - Vending Machine Repairer                           14.63
  99842 - Vending Machine Repairer Helper                    11.62
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.02 per hour or $160.80 per week or $696.79 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 8 years, and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther
King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor
Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.)  (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b), this wage determination does
not apply to any employee who individually qualifies as a bona fide executive,
administrative, or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the

conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption.  Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.
  Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation,  irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual

cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition, April 2006,
unless otherwise indicated. Copies of the Directory are available on the Internet. A
links to the Directory may be found on the WHD home page at http://www.dol.
gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at
http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form
1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination.  Such
conformed classes of employees shall be paid the monetary wages and furnished the
fringe benefits as are determined.  Such conforming process shall be initiated by
the contractor prior to the performance of contract work by such unlisted class(es)
of employees.  The conformed classification, wage rate, and/or fringe benefits shall
be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)}
When multiple wage determinations are included in a contract, a separate SF 1444
should be prepared for each wage determination to which a class(es) is to be
conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order
proposed classification title(s), a Federal grade equivalency (FGE) for each
proposed classification(s), job description(s), and rationale for proposed wage
rate(s), including information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there is no authorized
representative, the employees themselves.  This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the Wage
and Hour Division, Employment Standards Administration, U.S. Department of Labor,
for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or

disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in the
wage determination.  Remember, it is not the job title, but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination.

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT D CODE | | PAGE OF PAGES 1 / 1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00008 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY    CODE   ICE/DCR | 7. ADM NISTERED BY (If other than Item 6)    CODE   ICE/DCR |
|---|---|
| ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street, NW Suite ▮<br>WASHINGTON DC 20536 | ICE/Detention Compliance & Removals<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, suite ▮<br>Washington DC 20536 |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

(X) **9A. AMENDMENT OF SOLICITATION NO.**

**9B. DATED (SEE ITEM 11)**

x **10A. MODIFICATION OF CONTRACT/ORDER NO.**
DROIGSA-09-0038

**10B. DATED (SEE ITEM 13)**
07/28/2009

| CODE   6275735610000 | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers          ☐ is extended    ☐ is not. extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPEC FIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNT NG AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MOD FIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)   FAR 43.103(a) |

E. IMPORTANT    Contractor    ☐ is not.   ☒ is required to sign this document and return ___1___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:  627537561
Program Office/Contracting Officer's Representative (COR): ▮▮▮▮▮▮ 305-207-▮,
▮▮▮▮▮▮ice.dhs.gov
Contract Specialist: ▮▮▮▮▮, 202-732▮▮▮


The purpose of this bilateral modification is to extend the period of performance of this
Agreement through May 31, 2016 at the currently agreed upon rate and terms.


Exempt Action: Y
Period of Performance: 08/03/2009 to 05/31/2016
All other terms and conditions remain the same.


Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME  AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53 243

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2 AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00009 | 08/07/2015 | | |

| 6 ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▆
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▆
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED *(SEE ITEM 11)*

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
|---|---|---|

| CODE | 6275735610000 | FACILITY CODE | | 10B. DATED *(SEE ITEM 13)* 07/28/2009 |
|---|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers    ☐ is extended.   ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA *(If required)* |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| X | D. OTHER *(Specify type of modification and authority)* FAR 43.103 (b) |

| E. IMPORTANT: | Contractor | ☒ is not. | ☐ is required to sign this document and return _____ copies to the issuing office. |
|---|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

DUNS Number: 627573561

Program Office/Contracting Officer's Representative (COR▆ ▆ 305-207-▆
▆ ▆ ice.dhs.gov
Contract Specialist: ▆ 202-732-▆

The purpose of this modification is to incorporate the following wage determination and Health and Welfare updates:

Attachment 1- Department of Labor Wage Rage Determination No. 2005-2115, Rev. 16, dated 07/08/2015.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *(Signature of person authorized to sign)* | | | 08/07/2015 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | DROIGSA-09-0038/P00009 | 2 | 2 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | In accordance with FAR 52.222-43, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts)(f) "The Contractor shall notify the Contracting Officer of any increase claimed under this clause within 30 days after receiving a new wage determination unless this notification period is extended in writing by the Contracting Officer. The Contractor shall promptly notify the Contracting Officer of any decrease under this clause, but nothing in the clause shall preclude the Government from asserting a claim within the period permitted by law. The notice shall contain a statement of the amount claimed and any relevant supporting data, including payroll records that the Contracting Officer may reasonably require. Exempt Action: Y Period of Performance: 08/03/2009 to 05/31/2016 All other terms and conditions remain the same. | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

WD 05-2115 (Rev.-16) was first posted on www.wdol.gov on 07/14/2015
*****************************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |

|  |  |
|---|---|
| Daniel W. Simms        Division of | Wage Determination No.: 2005-2115 |
| Director          Wage Determinations | Revision No.: 16 |
| | Date Of Revision: 07/08/2015 |

Note: Executive Order (EO) 13658 establishes an hourly minimum wage of $10.10
for 2015 that applies to all contracts subject to the Service Contract Act for
which the solicitation is issued on or after January 1, 2015. If this contract
is covered by the EO, the contractor must pay all workers in any
classification listed on this wage determination at least $10.10 (or the
applicable wage rate listed on this wage determination, if it is higher) for
all hours spent performing on the contract. The EO minimum wage rate will be
adjusted annually.  Additional information on contractor requirements and
worker protections under the EO is available at www.dol.gov/whd/govcontracts.

States: Florida, Georgia

Area: Florida Counties of Baker, Clay, Columbia, Duval, Hamilton, Lafayette,
Madison, Nassau, Putnam, Saint Johns, Suwannee, Taylor
Georgia Counties of Brantley, Camden, Charlton, Glynn, Pierce

```
                **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                                    FOOTNOTE          RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                                 12.14
  01012 - Accounting Clerk II                                                13.62
  01013 - Accounting Clerk III                                               16.03
  01020 - Administrative Assistant                                           18.33
  01040 - Court Reporter                                                     15.07
  01051 - Data Entry Operator I                                              11.53
  01052 - Data Entry Operator II                                             13.15
  01060 - Dispatcher, Motor Vehicle                                          16.75
  01070 - Document Preparation Clerk                                         11.81
  01090 - Duplicating Machine Operator                                       11.81
  01111 - General Clerk I                                                    10.83
  01112 - General Clerk II                                                   11.82
  01113 - General Clerk III                                                  18.09
  01120 - Housing Referral Assistant                                         16.80
  01141 - Messenger Courier                                                  10.89
  01191 - Order Clerk I                                                      12.79
  01192 - Order Clerk II                                                     13.69
  01261 - Personnel Assistant (Employment) I                                 13.47
  01262 - Personnel Assistant (Employment) II                                15.07
  01263 - Personnel Assistant (Employment) III                               16.80
  01270 - Production Control Clerk                                           18.80
  01280 - Receptionist                                                       11.93
  01290 - Rental Clerk                                                       12.50
  01300 - Scheduler, Maintenance                                             13.47
  01311 - Secretary I                                                        13.47
  01312 - Secretary II                                                       15.07
  01313 - Secretary III                                                      16.80
  01320 - Service Order Dispatcher                                           14.63
  01410 - Supply Technician                                                  18.33
```

```
    01420 - Survey Worker                                    14.09
    01531 - Travel Clerk I                                   12.32
    01532 - Travel Clerk II                                  13.45
    01533 - Travel Clerk III                                 14.49
    01611 - Word Processor I                                 12.58
    01612 - Word Processor II                                15.29
    01613 - Word Processor III                               17.11
05000 - Automotive Service Occupations
    05005 - Automobile Body Repairer, Fiberglass             18.96
    05010 - Automotive  Electrician                          16.74
    05040 - Automotive Glass Installer                       14.73
    05070 - Automotive Worker                                14.73
    05110 - Mobile Equipment Servicer                        12.68
    05130 - Motor Equipment Metal Mechanic                   17.19
    05160 - Motor Equipment Metal Worker                     14.73
    05190 - Motor Vehicle Mechanic                           17.18
    05220 - Motor Vehicle Mechanic Helper                    12.01
    05250 - Motor Vehicle Upholstery Worker                  13.71
    05280 - Motor Vehicle Wrecker                            14.73
    05310 - Painter, Automotive                              15.73
    05340 - Radiator Repair Specialist                       14.73
    05370 - Tire Repairer                                    11.70
    05400 - Transmission Repair Specialist                   17.19
07000 - Food Preparation And Service Occupations
    07010 - Baker                                            11.75
    07041 - Cook I                                           10.86
    07042 - Cook II                                          12.20
    07070 - Dishwasher                                        8.18
    07130 - Food Service Worker                               9.21
    07210 - Meat Cutter                                      13.65
    07260 - Waiter/Waitress                                   9.87
09000 - Furniture Maintenance And Repair Occupations
    09010 - Electrostatic Spray Painter                      16.52
    09040 - Furniture Handler                                10.58
    09080 - Furniture Refinisher                             16.52
    09090 - Furniture Refinisher Helper                      12.29
    09110 - Furniture Repairer, Minor                        14.40
    09130 - Upholsterer                                      16.52
11000 - General Services And Support Occupations
    11030 - Cleaner, Vehicles                                10.02
    11060 - Elevator Operator                                10.02
    11090 - Gardener                                         12.83
    11122 - Housekeeping Aide                                11.17
    11150 - Janitor                                          11.17
    11210 - Laborer, Grounds Maintenance                     11.30
    11240 - Maid or Houseman                                  8.91
    11260 - Pruner                                           10.07
    11270 - Tractor Operator                                 12.66
    11330 - Trail Maintenance Worker                         11.30
    11360 - Window Cleaner                                   12.59
12000 - Health Occupations
    12010 - Ambulance Driver                                 15.60
    12011 - Breath Alcohol Technician                        17.67
    12012 - Certified Occupational Therapist Assistant       27.76
    12015 - Certified Physical Therapist Assistant           22.30
    12020 - Dental Assistant                                 16.28
    12025 - Dental Hygienist                                 27.39
    12030 - EKG Technician                                   21.26
    12035 - Electroneurodiagnostic Technologist              21.26
    12040 - Emergency Medical Technician                     15.15
    12071 - Licensed Practical Nurse I                       15.80
```

```
12072 - Licensed Practical Nurse II                             17.67
12073 - Licensed Practical Nurse III                            18.89
12100 - Medical Assistant                                       13.57
12130 - Medical Laboratory Technician                           17.22
12160 - Medical Record Clerk                                    13.75
12190 - Medical Record Technician                               15.38
12195 - Medical Transcriptionist                                15.65
12210 - Nuclear Medicine Technologist                           32.90
12221 - Nursing Assistant I                                     10.38
12222 - Nursing Assistant II                                    11.67
12223 - Nursing Assistant III                                   12.74
12224 - Nursing Assistant IV                                    14.29
12235 - Optical Dispenser                                       19.34
12236 - Optical Technician                                      14.66
12250 - Pharmacy Technician                                     14.44
12280 - Phlebotomist                                            14.29
12305 - Radiologic Technologist                                 23.35
12311 - Registered Nurse I                                      23.41
12312 - Registered Nurse II                                     28.64
12313 - Registered Nurse II, Specialist                         28.64
12314 - Registered Nurse III                                    34.65
12315 - Registered Nurse III, Anesthetist                       34.65
12316 - Registered Nurse IV                                     41.52
12317 - Scheduler (Drug and Alcohol Testing)                    20.99
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                   18.14
13012 - Exhibits Specialist II                                  22.48
13013 - Exhibits Specialist III                                 27.50
13041 - Illustrator I                                           18.79
13042 - Illustrator II                                          23.29
13043 - Illustrator III                                         28.49
13047 - Librarian                                               24.89
13050 - Library Aide/Clerk                                      12.40
13054 - Library Information Technology Systems                  22.40
Administrator
13058 - Library Technician                                      13.25
13061 - Media Specialist I                                      16.22
13062 - Media Specialist II                                     18.14
13063 - Media Specialist III                                    20.53
13071 - Photographer I                                          13.56
13072 - Photographer II                                         16.00
13073 - Photographer III                                        18.80
13074 - Photographer IV                                         23.00
13075 - Photographer V                                          27.82
13110 - Video Teleconference Technician                         15.58
14000 - Information Technology Occupations
14041 - Computer Operator I                                     13.44
14042 - Computer Operator II                                    15.03
14043 - Computer Operator III                                   16.96
14044 - Computer Operator IV                                    20.82
14045 - Computer Operator V                                     23.11
14071 - Computer Programmer I                                   24.20
14072 - Computer Programmer II                        (see 1)
14073 - Computer Programmer III                       (see 1)
14074 - Computer Programmer IV                        (see 1)
14101 - Computer Systems Analyst I                    (see 1)
14102 - Computer Systems Analyst II                   (see 1)
14103 - Computer Systems Analyst III                  (see 1)
14150 - Peripheral Equipment Operator                           15.41
14160 - Personal Computer Support Technician                    20.82
15000 - Instructional Occupations
```

```
15010 - Aircrew Training Devices Instructor (Non-Rated)          28.19
15020 - Aircrew Training Devices Instructor (Rated)              34.10
15030 - Air Crew Training Devices Instructor (Pilot)            39.61
15050 - Computer Based Training Specialist / Instructor         26.70
15060 - Educational Technologist                                23.96
15070 - Flight Instructor (Pilot)                               37.51
15080 - Graphic Artist                                          22.77
15090 - Technical Instructor                                    20.53
15095 - Technical Instructor/Course Developer                   25.11
15110 - Test Proctor                                            16.56
15120 - Tutor                                                   16.56
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
16010 - Assembler                                                8.67
16030 - Counter Attendant                                        8.67
16040 - Dry Cleaner                                             11.05
16070 - Finisher, Flatwork, Machine                              8.67
16090 - Presser, Hand                                            8.67
16110 - Presser, Machine, Drycleaning                            8.67
16130 - Presser, Machine, Shirts                                 8.67
16160 - Presser, Machine, Wearing Apparel, Laundry               8.67
16190 - Sewing Machine Operator                                 11.79
16220 - Tailor                                                  12.51
16250 - Washer, Machine                                          9.44
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                       16.70
19040 - Tool And Die Maker                                      21.00
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                       15.29
21030 - Material Coordinator                                     18.80
21040 - Material Expediter                                       18.80
21050 - Material Handling Laborer                                12.93
21071 - Order Filler                                            10.98
21080 - Production Line Worker (Food Processing)                15.29
21110 - Shipping Packer                                          14.88
21130 - Shipping/Receiving Clerk                                14.88
21140 - Store Worker I                                           9.85
21150 - Stock Clerk                                             14.02
21210 - Tools And Parts Attendant                               15.29
21410 - Warehouse Specialist                                    15.29
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                             25.15
23021 - Aircraft Mechanic I                                      23.72
23022 - Aircraft Mechanic II                                     25.15
23023 - Aircraft Mechanic III                                    26.71
23040 - Aircraft Mechanic Helper                                15.08
23050 - Aircraft, Painter                                       20.64
23060 - Aircraft Servicer                                       17.67
23080 - Aircraft Worker                                         18.98
23110 - Appliance Mechanic                                      18.66
23120 - Bicycle Repairer                                        12.87
23125 - Cable Splicer                                           23.45
23130 - Carpenter, Maintenance                                  17.89
23140 - Carpet Layer                                            17.55
23160 - Electrician, Maintenance                                20.10
23181 - Electronics Technician Maintenance I                    22.35
23182 - Electronics Technician Maintenance II                   23.94
23183 - Electronics Technician Maintenance III                  25.41
23260 - Fabric Worker                                           16.35
23290 - Fire Alarm System Mechanic                              19.13
23310 - Fire Extinguisher Repairer                              15.12
23311 - Fuel Distribution System Mechanic                       23.13
```

```
23312 - Fuel Distribution System Operator                        18.23
23370 - General Maintenance Worker                               15.63
23380 - Ground Support Equipment Mechanic                        23.72
23381 - Ground Support Equipment Servicer                        17.67
23382 - Ground Support Equipment Worker                          18.98
23391 - Gunsmith I                                               16.81
23392 - Gunsmith II                                              18.67
23393 - Gunsmith III                                             20.74
23410 - Heating, Ventilation And Air-Conditioning                19.33
Mechanic
23411 - Heating, Ventilation And Air Contditioning               20.50
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                 18.39
23440 - Heavy Equipment Operator                                 20.02
23460 - Instrument Mechanic                                      24.25
23465 - Laboratory/Shelter Mechanic                              18.79
23470 - Laborer                                                  12.93
23510 - Locksmith                                                16.48
23530 - Machinery Maintenance Mechanic                           22.01
23550 - Machinist, Maintenance                                   18.54
23580 - Maintenance Trades Helper                                12.29
23591 - Metrology Technician I                                   24.25
23592 - Metrology Technician II                                  25.81
23593 - Metrology Technician III                                 27.31
23640 - Millwright                                               20.21
23710 - Office Appliance Repairer                                21.11
23760 - Painter, Maintenance                                     16.52
23790 - Pipefitter, Maintenance                                  19.16
23810 - Plumber, Maintenance                                     18.01
23820 - Pneudraulic Systems Mechanic                             20.02
23850 - Rigger                                                   19.65
23870 - Scale Mechanic                                           17.55
23890 - Sheet-Metal Worker, Maintenance                          19.44
23910 - Small Engine Mechanic                                    14.74
23931 - Telecommunications Mechanic I                            23.49
23932 - Telecommunications Mechanic II                           25.00
23950 - Telephone Lineman                                        21.89
23960 - Welder, Combination, Maintenance                         16.90
23965 - Well Driller                                             20.02
23970 - Woodcraft Worker                                         20.02
23980 - Woodworker                                               12.71
24000 - Personal Needs Occupations
24570 - Child Care Attendant                                      9.49
24580 - Child Care Center Clerk                                  13.34
24610 - Chore Aide                                                9.44
24620 - Family Readiness And Support Services                    14.20
Coordinator
24630 - Homemaker                                                19.49
25000 - Plant And System Operations Occupations
25010 - Boiler Tender                                            22.27
25040 - Sewage Plant Operator                                    22.26
25070 - Stationary Engineer                                      22.27
25190 - Ventilation Equipment Tender                             15.47
25210 - Water Treatment Plant Operator                          22.26
27000 - Protective Service Occupations
27004 - Alarm Monitor                                           15.83
27007 - Baggage Inspector                                       10.51
27008 - Corrections Officer                                     15.87
27010 - Court Security Officer                                  15.87
27030 - Detection Dog Handler                                   13.68
27040 - Detention Officer                                       15.87
```

```
          27070 - Firefighter                                          13.26
          27101 - Guard I                                              10.51
          27102 - Guard II                                             13.68
          27131 - Police Officer I                                     19.58
          27132 - Police Officer II                                    21.77
        28000 - Recreation Occupations
          28041 - Carnival Equipment Operator                          10.32
          28042 - Carnival Equipment Repairer                          10.47
          28043 - Carnival Equpment Worker                              8.39
          28210 - Gate Attendant/Gate Tender                           12.73
          28310 - Lifeguard                                            11.29
          28350 - Park Attendant (Aide)                                14.24
          28510 - Recreation Aide/Health Facility Attendant            10.13
          28515 - Recreation Specialist                                17.10
          28630 - Sports Official                                      11.34
          28690 - Swimming Pool Operator                               14.87
        29000 - Stevedoring/Longshoremen Occupational Services
          29010 - Blocker And Bracer                                   18.99
          29020 - Hatch Tender                                         18.99
          29030 - Line Handler                                         18.99
          29041 - Stevedore I                                          17.72
          29042 - Stevedore II                                         22.13
        30000 - Technical Occupations
          30010 - Air Traffic Control Specialist, Center (HFO) (see 2) 35.77
          30011 - Air Traffic Control Specialist, Station (HFO) (see 2)24.66
          30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)27.16
          30021 - Archeological Technician I                           16.46
          30022 - Archeological Technician II                          18.41
          30023 - Archeological Technician III                         22.82
          30030 - Cartographic Technician                              22.82
          30040 - Civil Engineering Technician                         22.04
          30061 - Drafter/CAD Operator I                               16.46
          30062 - Drafter/CAD Operator II                              18.41
          30063 - Drafter/CAD Operator III                             20.54
          30064 - Drafter/CAD Operator IV                              25.27
          30081 - Engineering Technician I                             13.90
          30082 - Engineering Technician II                            16.57
          30083 - Engineering Technician III                           20.34
          30084 - Engineering Technician IV                            23.88
          30085 - Engineering Technician V                             29.16
          30086 - Engineering Technician VI                            35.34
          30090 - Environmental Technician                             21.21
          30210 - Laboratory Technician                                20.56
          30240 - Mathematical Technician                              22.18
          30361 - Paralegal/Legal Assistant I                          18.17
          30362 - Paralegal/Legal Assistant II                         22.79
          30363 - Paralegal/Legal Assistant III                        27.87
          30364 - Paralegal/Legal Assistant IV                         33.75
          30390 - Photo-Optics Technician                              22.82
          30461 - Technical Writer I                                   22.03
          30462 - Technical Writer II                                  26.95
          30463 - Technical Writer III                                 32.60
          30491 - Unexploded Ordnance (UXO) Technician I               22.74
          30492 - Unexploded Ordnance (UXO) Technician II              27.51
          30493 - Unexploded Ordnance (UXO) Technician III             32.97
          30494 - Unexploded (UXO) Safety Escort                       22.74
          30495 - Unexploded (UXO) Sweep Personnel                     22.74
          30620 - Weather Observer, Combined Upper Air Or     (see 2)  20.54
          Surface Programs
          30621 - Weather Observer, Senior                   (see 2)  22.82
        31000 - Transportation/Mobile Equipment Operation Occupations
```

```
31020 - Bus Aide                              13.82
31030 - Bus Driver                            18.11
31043 - Driver Courier                        15.41
31260 - Parking and Lot Attendant              9.32
31290 - Shuttle Bus Driver                    15.41
31310 - Taxi Driver                           10.42
31361 - Truckdriver, Light                    15.41
31362 - Truckdriver, Medium                   18.16
31363 - Truckdriver, Heavy                    19.44
31364 - Truckdriver, Tractor-Trailer          19.44
99000 - Miscellaneous Occupations
99030 - Cashier                                8.57
99050 - Desk Clerk                             9.66
99095 - Embalmer                              24.27
99251 - Laboratory Animal Caretaker I         10.44
99252 - Laboratory Animal Caretaker II        11.35
99310 - Mortician                             24.27
99410 - Pest Controller                       14.06
99510 - Photofinishing Worker                 13.91
99710 - Recycling Laborer                     15.26
99711 - Recycling Specialist                  19.47
99730 - Refuse Collector                      13.54
99810 - Sales Clerk                           12.62
99820 - School Crossing Guard                 11.25
99830 - Survey Party Chief                    20.53
99831 - Surveying Aide                        11.63
99832 - Surveying Technician                  15.94
99840 - Vending Machine Attendant             11.62
99841 - Vending Machine Repairer              14.63
99842 - Vending Machine Repairer Helper       11.62
```

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.27 per hour or $170.80 per week or $740.13 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 8 years, and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per

week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally, because job titles vary widely and change quickly in the computer
industry, job titles are not determinative of the application of the computer
professional exemption.  Therefore, the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including
consulting with users, to determine hardware, software or system functional
specifications;
    (2) The design, development, documentation, analysis, creation, testing or
modification of computer systems or programs, including prototypes, based on and
related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer
programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty, you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees
employed in a position that represents a high degree of hazard when working with or
in close proximity to ordinance, explosives, and incendiary materials.  This
includes work such as screening, blending, dying, mixing, and pressing of sensitive
ordance, explosives, and pyrotechnic compositions such as lead azide, black powder
and photoflash powder.  All dry-house activities involving propellants or explosives.
 Demilitarization, modification, renovation, demolition, and maintenance operations
on sensitive ordnance, explosives and incendiary materials.  All operations
involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation,  irritation of the skin, minor burns and the
like; minimal damage to immediate or adjacent work area or equipment being used.
All operations involving, unloading, storage, and hauling of ordance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordance, explosives, and incendiary material differential pay.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the

contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

Supp. App.1608

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT D CODE | | PAGE  OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00011 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▉
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▉
Washington DC 20536

**8. NAME AND ADDRESS OF CONTRACTOR** (No., street, county, State and ZIP Code)

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

(X)

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
| | 10B. DATED (SEE ITEM 13) 07/28/2009 |

| CODE | 6275735610000 | FAC LITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers      ☐ is extended    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing tems 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FA LURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNT NG AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIF ED TO REFLECT THE ADM NISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH  N ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | In accordance with DROIGSA-09-0038 |

E. IMPORTANT     Contractor    ☒ is not.   ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:  627573561
DUNS:627573561
Contracting Officer's Representative:▉▉▉, 305-207-▉,
▉▉▉@ice.dhs.gov
Alternate Contracting Officer's Representative: ▉▉▉, 305-207-▉▉

Contracting Officer: ▉▉▉ (202) 732▉ ▉▉@ice.dhs.gov

The purpose of this modification is to incorporate Wage Determination
No. 2015-4539 (R5), dated 1/10/18.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME  AND TITLE OF CONTRACT NG OFFICER (Type or print) |
|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNI ▉ | 16C. DATE SIGNED |
| _____ (Signature of person authorized to sign) | | ▉▉▉ | May 29, 2018 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED DROIGSA-09-0038/P00011 | | | | PAGE 2 | OF 2 |

**NAME OF OFFEROR OR CONTRACTOR**
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | In accordance with FAR 52.222-43, Fair Labor Standards Act and Service Contract-Price Adjustment (Multiple Year and Option Contracts) (f) "The Contractor shall notify the Contracting Officer of any increase claimed under this clause Within 30 days of receiving a new wage Determination unless the notification period is extended in writing by the Contracting Officer. The Contractor shall promptly notify the Contracting Officer of any decrease under this Clause, but nothing in this clause shall preclude The Government from asserting a claim within the period permitted by law.  The notice shall contain a statement of the amount claimed and any records that the Contracting Officer may reasonable require. Exempt Action: Y Sensitive Award: SPII Period of Performance: 08/03/2009 to 09/30/2019 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 198 of 226

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1 CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|
| | | | 1    2 |

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (if applicable) |
|---|---|---|---|
| P00012 | See Block 16C | | |

| 6 ISSUED BY | CODE | ICE/DCR | 7 ADMINISTERED BY (if other than item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▇
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▇
Washington DC 20536

| 8 NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|
| BAKER COUNTY OF 1 SHERIFFS OFFICE DR MACCLENNY FL 320638833 | | 9B DATED (SEE ITEM 11) |
| | X | 10A MODIFICATION OF CONTRACT/ORDER NO DROIGSA-09-0038 |
| | | 10B DATED (SEE ITEM 13) 07/28/2009 |

CODE 6275735610000    FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12 ACCOUNTING AND APPROPRIATION DATA (if required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14 PURSUANT TO THE AUTHORITY OF FAR 43 103(b) |
| X | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:    Contractor ☐ is not ☒ is required to sign this document and return _____ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 627573561
DUNS:627573561
Contracting Officer's Representative: ▇ 305-207 ▇
▇ ice.dhs.gov
Alternate Contracting Officer's Representative: ▇ 305-207 ▇

Contracting Officer ▇ (202) 732-▇ ▇ ice.dhs.gov

1. The purpose of this modification is to correct the transportation overtime rate listed under IGSA Article XVII, Section A. from ▇ to ▇

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| ___ (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Finance Director | |
| 15C. DATE SIGNED | 16B. | 16C DATE SIGNED |
| 7/9/2018 | | June 28, 2018 |

Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 199 of 226

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED DROIGSA-09-0038/P00012 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 2. All other terms and conditions remain unchanged. | | | | |
| | Exempt Action: Y Sensitive Award: SPII | | | | |
| | Period of Performance: 08/03/2009 to 09/30/2019 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
|  | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00013 | See Block 16C | | |

| 6. ISSUED BY | CODE | ICE/DCR |
|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▮▮▮
WASHINGTON DC 20536

| 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮▮▮
Washington DC 20536

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

| | |
|---|---|
| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
| | 10B. DATED (SEE ITEM 13) 07/28/2009 |

| CODE | 6275735610000 | FACILITY CODE |
|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.)  SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) In accordance with DROIGSA-09-0038 |

E. IMPORTANT     Contractor ☒ is not. ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number:  627573561
DUNS:627573561
Contracting Officer's Representative: ▮▮▮▮▮▮▮▮▮  305-207-▮▮▮▮
▮▮▮▮▮▮▮▮▮@ice.dhs.gov
Alternate Contracting Officer's Representative: ▮▮▮▮▮▮▮▮▮, 305-207-▮▮▮▮

Contracting Officer: ▮▮▮▮▮▮  (202) 732-▮▮▮▮▮▮ice.dhs.gov

1. The purpose of this modification is to incorporate Wage Determination No. 2015-4539
(R8),12/26/2018.


Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00013 | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | In accordance with FAR 52.222-43, Fair Labor Standards Act and Service Contract-Price Adjustment (Multiple Year and Option Contracts) (f) "The Contractor shall notify the Contracting Officer of any increase claimed under this clause within 30 days of receiving a new wage Determination unless the notification period is extended in writing by the Contacting Officer. The Contractor shall promptly notify the Contracting Officer of any decrease under this clause but noting in this clause shall preclude the government from asserting a claim within the period permitted by law.  The notice shall contain a statement of the amount claimed and any records that the Contracting Officer may reasonably require.<br><br>2. All other terms and conditions remain unchanged.<br><br>Period of Performance: 05/10/2019 to 05/09/2020 | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

USCA11 Case: 25-12873　　Document: 92-6　　Date Filed: 01/08/2026　　Page: 202 of 226

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES 1　2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00015 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY　CODE | ICE/DCR | 7. ADMINISTERED BY (If other than item 6)　CODE | ICE/DCR |
|---|---|---|---|

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street, NW Suite ▮▮▮
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮▮▮
Washington DC 20536

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

(X)

| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
| | 10B. DATED (SEE ITEM 13) 07/28/2009 |

CODE　6275735610000　　FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: DROIGSA-09-0038 |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:　Contractor　☐ is not.　☒ is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:　627573561
DUNS:627573561
Contracting Officer's Representative: ▮▮▮▮▮▮▮▮▮▮▮▮ice.dhs.gov
Alternate Contracting Officer's Representative:▮▮▮▮▮▮▮▮@ice.dhs.gov
Contracting Officer: ▮▮▮▮▮▮▮▮▮ce.dhs.gov
Contract Specialist: ▮▮▮▮▮▮▮▮ice.dhs.gov

The purpose of this modification is to:

1) Update the applicable National Detention Standards from NDS 2000 to NDS 2019
(https://www.ice.gov/detention-standards/2019) and
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| *Finance Director* | |
| 15B. ▮▮▮▮▮▮▮▮ (Signature of person authorized to sign) | 15C. DATE SIGNED 2/26/20 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN ▮▮▮▮▮▮
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USCA11 Case: 25-12873     Document: 92-6     Date Filed: 01/08/2026     Page: 203 of 226

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | DROIGSA-09-0038/P00015 | | 2 | 2 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 2) Incorporate Bed Space Tracking Initiative (BSTI) as described in Attachment 1, with the "ICE BSTI Email Submission Form" (Attachment 2).<br><br>All other terms and conditions remain the same.<br>Period of Performance: 05/10/2019 to 05/31/2020 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00018 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

DETENTION COMPLIANCE AND REMOVALS
U.S. Immigration and Customs Enforcement
Office of Acquisition Management
801 I ST NW, RM ▮
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BAKER COUNTY OF<br>1 SHERIFFS OFFICE DR<br>MACCLENNY FL 320638833 | [X] | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DROIGSA-09-0038 |
| CODE   6275735610000 | FACILITY CODE | 10B. DATED (SEE ITEM 13)<br>07/28/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.)  SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | IAW IGSA DROIGSA-09-0038 |

E. IMPORTANT:   Contractor  ☐ is not.  [X] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number:  627573561
Contracting Officer's Representative: ▮▮▮▮ ice.dhs.gov
Contracting Officer: ▮▮▮▮ ice.dhs.gov

The purpose of this modification is to accomplish the following extend the period of performance to 6/30/2021. In accordance with Article XI of the IGSA, the period of performance may be extended by bilateral modification.

All other terms and conditions remain unchanged.

Period of Performance: 08/03/2009 to 06/30/2021
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ▮▮▮▮ | ▮▮▮▮ ICE.DHS.GOV |
| Finance Director | TEL: 202-732-▮   EMAIL: ▮▮ |
| 15B. ▮▮▮ authorized to sign) | 16B. UNITED STATES OF AMERICA |
| 15C. DATE SIGNED<br>5/24/21 | (Signature of Contracting Officer)   16C. DATE SIGNED |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Page: 205 of 226    Date Filed: 01/08/2026    Document: 92-6    USCA11 Case: 25-12873

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00018 | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Change Item 0001 to read as follows(amount shown is the total amount): | | | | |
| 0001 | Detention Bed Day at ▉▉▉▉ Bed Day<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▉▉▉▉▉▉ |
| | Change Item 0002 to read as follows(amount shown is the total amount): | | | | |
| 0002 | Escort Transport<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▉▉▉▉▉▉ |
| | Change Item 0003 to read as follows(amount shown is the total amount): | | | | |
| 0003 | Escort Transport Overtime Rate<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | ▉▉▉▉▉▉ |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Supp. App. 1618

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|
| | | 1 / 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00019 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

6. ISSUED BY
DETENTION COMPLIANCE AND REMOVALS
U.S. Immigration and Customs Enforcement
Office of Acquisition Management
801 I ST NW, RM ▇
WASHINGTON DC 20536

7. ADMINISTERED BY
ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▇
Washington DC 20536

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

| | (x) | |
|---|---|---|
| 9A. AMENDMENT OF SOLICITATION NO. | | |
| 9B. DATED (SEE ITEM 11) | | |
| 10A. MODIFICATION OF CONTRACT/ORDER NO. | x | DROIGSA-09-0038 |
| 10B. DATED (SEE ITEM 13) | | 07/28/2009 |

CODE  6275735610000   FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | D. OTHER (Specify type of modification and authority)  IAW IGSA DROIGSA-09-0038 | |

E. IMPORTANT   Contractor ☒ is not.  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number:  627573561
Contracting Officer's Representative: ▇▇▇@ice.dhs.gov
Contracting Officer: ▇▇▇@ice.dhs.gov

The purpose of this modification is to extend the period of performance to 08/31/2021.

All other terms and conditions remain unchanged.
Period of Performance: 08/03/2009 to 08/31/2021

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | TEL: 202-732-▇   EMAIL: ▇▇▇@ICE.DHS.GOV |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 207 of 226

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|
| | | | 1    1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00020 | See Block 16C | | |

| 6 ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

DETENTION COMPLIANCE AND REMOVALS
U.S. Immigration and Customs Enforcement
Office of Acquisition Management
801 I ST NW, RM █████
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite █████
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED (SEE ITEM 11)

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | DROIGSA-09-0038 |

| CODE | 6275735610000 | FACILITY CODE | | 10B. DATED (SEE ITEM 13) 07/28/2009 |
|---|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers . FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office. appropriation date, etc ) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) IAW IGSA DROIGSA-09-0038 |

E. IMPORTANT:   Contractor ☐ is not. ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible )

DUNS Number: 627573561
Contracting Officer's Representative: ████████████████████ice.dhs.gov
Contracting Officer: █████████████████ice.dhs.gov

The purpose of this modification is to extend the period of performance of this IGSA by 58
months, from 8/31/2021 to 5/31/2026. In accordance with IGSA DROIGSA-09-0038, Article IX.
Period of Performance, the period of performance may be extended by bilateral modification.

All other terms and conditions remain the same.
Period of Performance: 08/03/2009 to 05/31/2026

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ████████ Finance Director | |

| 15B. | 15C. DATE SIGNED 8/31/2021 | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| ██████████ (Signature) | | (Signature of Contracting Officer) | |

TEL: 202-73█    EMAIL: ████████ICE.DHS.GOV

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

```
"REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
     THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
 By direction of the Secretary of Labor |      WAGE AND HOUR DIVISION
                                        |        WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 2015-4539
 Daniel W. Simms        Division of     |          Revision No.: 12
 Director          Wage Determinations  | Date Of Last Revision: 12/21/2020
```

Note: Under Executive Order (EO) 13658 an hourly minimum wage of $10.95 for calendar year 2021 applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2015. If this contract is covered by the EO the contractor must pay all workers in any classification listed on this wage determination at least $10.95 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in calendar year 2021. The EO minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

State: Florida

Area: Florida Counties of Baker Clay Duval Nassau Saint Johns

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.00 |
| 01012 - Accounting Clerk II | | 16.84 |
| 01013 - Accounting Clerk III | | 18.84 |
| 01020 - Administrative Assistant | | 24.54 |
| 01035 - Court Reporter | | 16.58 |
| 01041 - Customer Service Representative I | | 13.58 |
| 01042 - Customer Service Representative II | | 15.27 |
| 01043 - Customer Service Representative III | | 16.66 |
| 01051 - Data Entry Operator I | | 14.49 |
| 01052 - Data Entry Operator II | | 15.81 |
| 01060 - Dispatcher Motor Vehicle | | 18.51 |
| 01070 - Document Preparation Clerk | | 13.75 |
| 01090 - Duplicating Machine Operator | | 13.75 |
| 01111 - General Clerk I | | 12.87 |
| 01112 - General Clerk II | | 14.04 |
| 01113 - General Clerk III | | 18.09 |
| 01120 - Housing Referral Assistant | | 20.83 |
| 01141 - Messenger Courier | | 13.82 |
| 01191 - Order Clerk I | | 14.26 |
| 01192 - Order Clerk II | | 15.55 |
| 01261 - Personnel Assistant (Employment) I | | 15.99 |
| 01262 - Personnel Assistant (Employment) II | | 17.89 |
| 01263 - Personnel Assistant (Employment) III | | 19.94 |
| 01270 - Production Control Clerk | | 22.72 |
| 01290 - Rental Clerk | | 13.64 |
| 01300 - Scheduler Maintenance | | 16.70 |
| 01311 - Secretary I | | 16.70 |
| 01312 - Secretary II | | 18.69 |
| 01313 - Secretary III | | 20.83 |

```
01320 - Service Order Dispatcher                            16.54
01410 - Supply Technician                                   24.54
01420 - Survey Worker                                       15.43
01460 - Switchboard Operator/Receptionist                   13.84
01531 - Travel Clerk I                                      14.20
01532 - Travel Clerk II                                     15.42
01533 - Travel Clerk III                                    16.58
01611 - Word Processor I                                    13.73
01612 - Word Processor II                                   15.42
01613 - Word Processor III                                  17.25
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 18.96
05010 - Automotive  Electrician                             17.37
05040 - Automotive Glass Installer                          16.21
05070 - Automotive Worker                                   16.21
05110 - Mobile Equipment Servicer                           13.97
05130 - Motor Equipment Metal Mechanic                      18.51
05160 - Motor Equipment Metal Worker                        16.21
05190 - Motor Vehicle Mechanic                              18.51
05220 - Motor Vehicle Mechanic Helper                       12.85
05250 - Motor Vehicle Upholstery Worker                     15.11
05280 - Motor Vehicle Wrecker                               16.21
05310 - Painter Automotive                                  17.37
05340 - Radiator Repair Specialist                          16.21
05370 - Tire Repairer                                       12.15
05400 - Transmission Repair Specialist                      18.51
07000 - Food Preparation And Service Occupations
07010 - Baker                                               12.77
07041 - Cook I                                              12.67
07042 - Cook II                                             14.71
07070 - Dishwasher                                          10.47
07130 - Food Service Worker                                 11.75
07210 - Meat Cutter                                         18.13
07260 - Waiter/Waitress                                     10.89
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         18.75
09040 - Furniture Handler                                   10.93
09080 - Furniture Refinisher                                17.97
09090 - Furniture Refinisher Helper                         13.29
09110 - Furniture Repairer Minor                            15.63
09130 - Upholsterer                                         19.02
11000 - General Services And Support Occupations
11030 - Cleaner Vehicles                                    12.43
11060 - Elevator Operator                                   11.35
11090 - Gardener                                            17.60
11122 - Housekeeping Aide                                   11.35
11150 - Janitor                                             11.35
11210 - Laborer Grounds Maintenance                         13.31
11240 - Maid or Houseman                                    10.57
11260 - Pruner                                              11.82
11270 - Tractor Operator                                    16.19
11330 - Trail Maintenance Worker                            13.31
11360 - Window Cleaner                                      12.78
12000 - Health Occupations
12010 - Ambulance Driver                                    15.80
12011 - Breath Alcohol Technician                           19.23
12012 - Certified Occupational Therapist Assistant          30.45
12015 - Certified Physical Therapist Assistant              29.71
12020 - Dental Assistant                                    19.78
12025 - Dental Hygienist                                    33.12
12030 - EKG Technician                                      24.46
12035 - Electroneurodiagnostic Technologist                 24.46
12040 - Emergency Medical Technician                        15.80
12071 - Licensed Practical Nurse I                          17.19
12072 - Licensed Practical Nurse II                         19.23
```

```
12073 - Licensed Practical Nurse III                          21.44
12100 - Medical Assistant                                     15.66
12130 - Medical Laboratory Technician                         22.91
12160 - Medical Record Clerk                                  15.57
12190 - Medical Record Technician                             17.42
12195 - Medical Transcriptionist                              17.76
12210 - Nuclear Medicine Technologist                         36.18
12221 - Nursing Assistant I                                   11.48
12222 - Nursing Assistant II                                  12.91
12223 - Nursing Assistant III                                 14.08
12224 - Nursing Assistant IV                                  15.81
12235 - Optical Dispenser                                     20.08
12236 - Optical Technician                                    16.87
12250 - Pharmacy Technician                                   15.98
12280 - Phlebotomist                                          16.05
12305 - Radiologic Technologist                               27.20
12311 - Registered Nurse I                                    24.55
12312 - Registered Nurse II                                   30.04
12313 - Registered Nurse II Specialist                        30.04
12314 - Registered Nurse III                                  36.34
12315 - Registered Nurse III Anesthetist                      36.34
12316 - Registered Nurse IV                                   43.56
12317 - Scheduler (Drug and Alcohol Testing)                  23.82
12320 - Substance Abuse Treatment Counselor                   20.97
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                 21.09
13012 - Exhibits Specialist II                                26.12
13013 - Exhibits Specialist III                               31.95
13041 - Illustrator I                                         18.79
13042 - Illustrator II                                        23.29
13043 - Illustrator III                                       28.49
13047 - Librarian                                             28.93
13050 - Library Aide/Clerk                                    13.74
13054 - Library Information Technology Systems                 26.12
Administrator
13058 - Library Technician                                    18.90
13061 - Media Specialist I                                    18.85
13062 - Media Specialist II                                   21.09
13063 - Media Specialist III                                  23.51
13071 - Photographer I                                        14.92
13072 - Photographer II                                       17.18
13073 - Photographer III                                      20.68
13074 - Photographer IV                                       25.30
13075 - Photographer V                                        30.60
13090 - Technical Order Library Clerk                         17.26
13110 - Video Teleconference Technician                       19.04
14000 - Information Technology Occupations
14041 - Computer Operator I                                   16.99
14042 - Computer Operator II                                  19.02
14043 - Computer Operator III                                 21.21
14044 - Computer Operator IV                                  23.56
14045 - Computer Operator V                                   26.09
14071 - Computer Programmer I               (see 1)           24.20
14072 - Computer Programmer II              (see 1)
14073 - Computer Programmer III             (see 1)
14074 - Computer Programmer IV              (see 1)
14101 - Computer Systems Analyst I          (see 1)
14102 - Computer Systems Analyst II         (see 1)
14103 - Computer Systems Analyst III        (see 1)
14150 - Peripheral Equipment Operator                         16.99
14160 - Personal Computer Support Technician                  23.56
14170 - System Support Specialist                             31.52
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)       30.11
15020 - Aircrew Training Devices Instructor (Rated)           36.43
```

```
15030 - Air Crew Training Devices Instructor (Pilot)        43.57
15050 - Computer Based Training Specialist / Instructor      28.19
15060 - Educational Technologist                             30.86
15070 - Flight Instructor (Pilot)                            43.57
15080 - Graphic Artist                                       22.77
15085 - Maintenance Test Pilot Fixed Jet/Prop                41.93
15086 - Maintenance Test Pilot Rotary Wing                   41.93
15088 - Non-Maintenance Test/Co-Pilot                        41.93
15090 - Technical Instructor                                 22.58
15095 - Technical Instructor/Course Developer                27.62
15110 - Test Proctor                                         18.22
15120 - Tutor                                                18.22
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                            10.04
16030 - Counter Attendant                                    10.04
16040 - Dry Cleaner                                          12.82
16070 - Finisher Flatwork Machine                            10.04
16090 - Presser Hand                                         10.04
16110 - Presser Machine Drycleaning                          10.04
16130 - Presser Machine Shirts                               10.04
16160 - Presser Machine Wearing Apparel Laundry              10.04
16190 - Sewing Machine Operator                              13.67
16220 - Tailor                                               14.50
16250 - Washer Machine                                       10.94
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                    17.51
19040 - Tool And Die Maker                                   22.08
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                    19.06
21030 - Material Coordinator                                 22.72
21040 - Material Expediter                                   22.72
21050 - Material Handling Laborer                            13.32
21071 - Order Filler                                         12.72
21080 - Production Line Worker (Food Processing)             18.28
21110 - Shipping Packer                                      15.84
21130 - Shipping/Receiving Clerk                             15.84
21140 - Store Worker I                                       11.16
21150 - Stock Clerk                                          15.98
21210 - Tools And Parts Attendant                            19.06
21410 - Warehouse Specialist                                 19.06
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                          28.55
23019 - Aircraft Logs and Records Technician                 21.98
23021 - Aircraft Mechanic I                                  26.93
23022 - Aircraft Mechanic II                                 28.55
23023 - Aircraft Mechanic III                                30.21
23040 - Aircraft Mechanic Helper                             18.70
23050 - Aircraft Painter                                     25.27
23060 - Aircraft Servicer                                    21.98
23070 - Aircraft Survival Flight Equipment Technician        25.27
23080 - Aircraft Worker                                      23.59
23091 - Aircrew Life Support Equipment (ALSE) Mechanic       23.59
         I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic       26.93
         II
23110 - Appliance Mechanic                                   18.66
23120 - Bicycle Repairer                                     17.12
23125 - Cable Splicer                                        31.20
23130 - Carpenter Maintenance                                18.86
23140 - Carpet Layer                                         19.87
23160 - Electrician Maintenance                              22.34
23181 - Electronics Technician Maintenance I                 24.08
23182 - Electronics Technician Maintenance II                25.81
23183 - Electronics Technician Maintenance III               27.51
23260 - Fabric Worker                                        18.52
```

```
23290 - Fire Alarm System Mechanic                          21.42
23310 - Fire Extinguisher Repairer                          17.12
23311 - Fuel Distribution System Mechanic                   25.02
23312 - Fuel Distribution System Operator                   18.88
23370 - General Maintenance Worker                          17.58
23380 - Ground Support Equipment Mechanic                   26.93
23381 - Ground Support Equipment Servicer                   21.98
23382 - Ground Support Equipment Worker                     23.59
23391 - Gunsmith I                                          17.12
23392 - Gunsmith II                                         19.87
23393 - Gunsmith III                                        22.63
23410 - Heating Ventilation And Air-Conditioning            20.85
Mechanic
23411 - Heating Ventilation And Air Contidioning            22.10
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                            24.48
23440 - Heavy Equipment Operator                            20.02
23460 - Instrument Mechanic                                 26.94
23465 - Laboratory/Shelter Mechanic                         21.29
23470 - Laborer                                             13.32
23510 - Locksmith                                           17.91
23530 - Machinery Maintenance Mechanic                      26.63
23550 - Machinist Maintenance                               20.97
23580 - Maintenance Trades Helper                           14.06
23591 - Metrology Technician I                              26.94
23592 - Metrology Technician II                             28.56
23593 - Metrology Technician III                            30.22
23640 - Millwright                                          27.00
23710 - Office Appliance Repairer                           21.11
23760 - Painter Maintenance                                 17.08
23790 - Pipefitter Maintenance                              22.76
23810 - Plumber Maintenance                                 21.36
23820 - Pneudraulic Systems Mechanic                        22.69
23850 - Rigger                                              26.81
23870 - Scale Mechanic                                      19.87
23890 - Sheet-Metal Worker Maintenance                      22.58
23910 - Small Engine Mechanic                               18.78
23931 - Telecommunications Mechanic I                       29.84
23932 - Telecommunications Mechanic II                      31.63
23950 - Telephone Lineman                                   21.89
23960 - Welder Combination Maintenance               19.55
23965 - Well Driller                                        22.02
23970 - Woodcraft Worker                                    22.69
23980 - Woodworker                                          17.12
24000 - Personal Needs Occupations
24550 - Case Manager                                        16.35
24570 - Child Care Attendant                                11.79
24580 - Child Care Center Clerk                             14.71
24610 - Chore Aide                                          11.46
24620 - Family Readiness And Support Services               16.35
Coordinator
24630 - Homemaker                                           19.49
25000 - Plant And System Operations Occupations
25010 - Boiler Tender                                       30.03
25040 - Sewage Plant Operator                               29.15
25070 - Stationary Engineer                                 30.03
25190 - Ventilation Equipment Tender                        20.85
25210 - Water Treatment Plant Operator                      29.15
27000 - Protective Service Occupations
27004 - Alarm Monitor                                       18.01
27007 - Baggage Inspector                                   11.64
27008 - Corrections Officer                                 20.91
27010 - Court Security Officer                              21.65
27030 - Detection Dog Handler                               13.68
27040 - Detention Officer                                   20.91
```

```
27070 - Firefighter                                             19.43
27101 - Guard I                                                 11.64
27102 - Guard II                                                13.68
27131 - Police Officer I                                        24.09
27132 - Police Officer II                                       26.76
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                             12.88
28042 - Carnival Equipment Repairer                             14.00
28043 - Carnival Worker                                          9.41
28210 - Gate Attendant/Gate Tender                              15.40
28310 - Lifeguard                                               11.29
28350 - Park Attendant (Aide)                                   17.24
28510 - Recreation Aide/Health Facility Attendant              12.58
28515 - Recreation Specialist                                   21.35
28630 - Sports Official                                         13.72
28690 - Swimming Pool Operator                                  16.25
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer                                      23.60
29020 - Hatch Tender                                            23.60
29030 - Line Handler                                            23.60
29041 - Stevedore I                                             21.99
29042 - Stevedore II                                            25.28
30000 - Technical Occupations
30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   39.89
30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.50
30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.29
30021 - Archeological Technician I                              16.46
30022 - Archeological Technician II                             18.41
30023 - Archeological Technician III                            22.82
30030 - Cartographic Technician                                 22.82
30040 - Civil Engineering Technician                            23.80
30051 - Cryogenic Technician I                                  25.27
30052 - Cryogenic Technician II                                 27.92
30061 - Drafter/CAD Operator I                                  16.46
30062 - Drafter/CAD Operator II                                 18.41
30063 - Drafter/CAD Operator III                                20.54
30064 - Drafter/CAD Operator IV                                 25.27
30081 - Engineering Technician I                                15.47
30082 - Engineering Technician II                               17.80
30083 - Engineering Technician III                              20.34
30084 - Engineering Technician IV                               24.67
30085 - Engineering Technician V                                30.19
30086 - Engineering Technician VI                               36.52
30090 - Environmental Technician                                21.21
30095 - Evidence Control Specialist                             21.84
30210 - Laboratory Technician                                   25.87
30221 - Latent Fingerprint Technician I                         24.41
30222 - Latent Fingerprint Technician II                        26.96
30240 - Mathematical Technician                                 24.40
30361 - Paralegal/Legal Assistant I                             18.17
30362 - Paralegal/Legal Assistant II                            22.79
30363 - Paralegal/Legal Assistant III                           27.87
30364 - Paralegal/Legal Assistant IV                            33.75
30375 - Petroleum Supply Specialist                             26.72
30390 - Photo-Optics Technician                                 22.82
30395 - Radiation Control Technician                            26.72
30461 - Technical Writer I                                      25.35
30462 - Technical Writer II                                     31.02
30463 - Technical Writer III                                    37.53
30491 - Unexploded Ordnance (UXO) Technician I                  25.35
30492 - Unexploded Ordnance (UXO) Technician II                 30.67
30493 - Unexploded Ordnance (UXO) Technician III                36.76
30494 - Unexploded (UXO) Safety Escort                          25.35
30495 - Unexploded (UXO) Sweep Personnel                        25.35
30501 - Weather Forecaster I                                    25.27
```

```
       30502 - Weather Forecaster II                                   30.74
       30620 - Weather Observer Combined Upper Air Or     (see 2)      20.54
       Surface Programs
       30621 - Weather Observer Senior                     (see 2)     22.82
31000 - Transportation/Mobile Equipment Operation Occupations
       31010 - Airplane Pilot                                          30.67
       31020 - Bus Aide                                                13.82
       31030 - Bus Driver                                              18.11
       31043 - Driver Courier                                          15.50
       31260 - Parking and Lot Attendant                               10.73
       31290 - Shuttle Bus Driver                                      16.85
       31310 - Taxi Driver                                             12.45
       31361 - Truckdriver Light                                       16.85
       31362 - Truckdriver Medium                                      18.23
       31363 - Truckdriver Heavy                                       20.44
       31364 - Truckdriver Tractor-Trailer                             20.44
99000 - Miscellaneous Occupations
       99020 - Cabin Safety Specialist                                 14.95
       99030 - Cashier                                                 10.45
       99050 - Desk Clerk                                              11.20
       99095 - Embalmer                                                27.83
       99130 - Flight Follower                                         25.35
       99251 - Laboratory Animal Caretaker I                           13.71
       99252 - Laboratory Animal Caretaker II                          14.89
       99260 - Marketing Analyst                                       28.38
       99310 - Mortician                                               27.83
       99410 - Pest Controller                                         17.02
       99510 - Photofinishing Worker                                   14.18
       99710 - Recycling Laborer                                       20.32
       99711 - Recycling Specialist                                    25.18
       99730 - Refuse Collector                                        18.02
       99810 - Sales Clerk                                             12.62
       99820 - School Crossing Guard                                   11.48
       99830 - Survey Party Chief                                      24.84
       99831 - Surveying Aide                                          14.07
       99832 - Surveying Technician                                    19.28
       99840 - Vending Machine Attendant                               11.62
       99841 - Vending Machine Repairer                                14.63
       99842 - Vending Machine Repairer Helper                         11.62
```

---

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.54 per hour up to 40 hours per week or $181.60 per week or $786.93 per month

HEALTH & WELFARE EO 13706: $4.22 per hour up to 40 hours per week or $168.80 per week or $731.47 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).



** HAZARDOUS PAY DIFFERENTIAL **


An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.


A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.



** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage

determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00021 | See Block 16C | | |

| 6. ISSUED BY | CODE | 70CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

DETENTION COMPLIANCE AND REMOVALS
U.S. Immigration and Customs Enforcement
Office of Acquisition Management
801 I ST NW, RM ▮
WASHINGTON DC 20536

ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮
Washington DC 20536

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

9B. DATED (SEE ITEM 11)

| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | DROIGSA-09-0038 |

| | 10B. DATED (SEE ITEM 13) |
|---|---|
| | 07/28/2009 |

| CODE | 6275735610000 | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)  IAW IGSA DROIGSA-09-0038 |

| E. IMPORTANT: | Contractor | ☐ is not | ☒ is required to sign this document and return | 1 | copies to the issuing office. |
|---|---|---|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 627573561
Contracting Officer's Representative: ▮▮▮▮▮▮▮ ▮▮▮ice.dhs.gov
Contracting Officer: ▮▮▮▮▮▮▮▮▮▮▮▮ hs.gov
County POC: ▮▮▮▮▮▮▮▮▮▮▮▮akerso.com

This modification accomplishes the following:

1) Incorporates Wage Determination 2015-4539, Revision 12, Dated 12/21/2020 with an effective date of 6/1/2021.
2) Update the Rates for CLIN 0001, Detention Bed Days, CLIN 0002, Escort Transport Hours, and CLIN 0003, Escort Transport OT Hours. These rates are updated at the Line Items below. Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ▮▮▮▮▮▮  *Finance Director.* | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | 10/4/2021 | (Signature of Contracting Officer) | |

TEL: 202-732-▮▮▮  EMAIL: ▮▮▮▮▮▮ICE.DHS.GOV

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 220 of 226

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00021 | | | PAGE<br>2 | OF<br>3 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 3) Create CLIN 0001a, Facility Usage Fee. This is a Fixed Price CLIN to be paid on a month-to-month basis when, and only when, the facility houses ICE detainees in a calendar month. This CLIN is only applicable when the facility is in use by ICE and will not apply if the Task Order or agreement is canceled or terminated. | | | | |
| | All updated rates are effective as of 6/1/2021. All other terms and conditions remain the same. Period of Performance: 08/03/2009 to 05/31/2026 | | | | |
| | Change Item 0001 to read as follows(amount shown is the total amount): | | | | |
| 0001 | Detention Services CLIN | | | | ▇▇▇▇ |
| | Bed Day Rate of ▇▇▇▇ per bed (all population levels)<br>Obligated Amount: ▇▇▇<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | | | | |
| | Add Item 0001a as follows: | | | | |
| 0001a | Facility Usage Fee<br>Monthly Fixed Price Fee of ▇▇▇▇<br>Applicable on a month-to-month basis and only when facility is in use<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | ▇▇▇▇▇▇ | | | |
| | Change Item 0002 to read as follows(amount shown is the total amount): | | | | |
| 0002 | Escort Transport at ▇▇▇▇/hour<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Product/Service Description: HOUSEKEEPING- GUARD | ▇▇▇▇▇▇ | | | |
| | Change Item 0003 to read as follows(amount shown is the total amount): | | | | |
| 0003 | Escort Transport Overtime Rate at ▇▇▇/hour<br>(Not Separately Priced)<br>Product/Service Code:  S206<br>Continued ... | ▇▇▇▇▇▇ | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 221 of 226

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
|---|---|---|---|---|
| | DROIGSA-09-0038/P00021 | | 3 | 3 |

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Description: HOUSEKEEPING- GUARD | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00022 | See Block 16C | | |

| 6. ISSUED BY | CODE | 7CDCR | 7. ADMINISTERED BY (If other than Item 6) | CODE | ICE/DCR |
|---|---|---|---|---|---|

6. ISSUED BY
DETENTION COMPLIANCE AND REMOVALS
U.S. Immigration and Customs Enforcement
Office of Acquisition Management
801 I ST NW, RM ▮
WASHINGTON DC 20536

7. ADMINISTERED BY
ICE/Detention Compliance & Removals
Immigration and Customs Enforcement
Office of Acquisition Management
801 I Street NW, suite ▮
Washington DC 20536

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BAKER COUNTY OF
1 SHERIFFS OFFICE DR
MACCLENNY FL 320638833

| | |
|---|---|
| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. DROIGSA-09-0038 |
| | 10B. DATED (SEE ITEM 13) 07/28/2009 |

| CODE | 6275735610000 | FACILITY CODE | |
|---|---|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |
| X | IAW IGSA DROIGSA-09-0038 |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

DUNS Number: 627573561
Contracting Officer's Representative: ▮▮▮▮▮▮▮▮▮▮ ice.dhs.gov
Contracting Officer: ▮▮▮▮▮▮▮▮▮▮ ice.dhs.gov
County POC: ▮▮▮▮▮▮▮▮▮▮ akerso.com

The purpose of this modification is to implement Executive Order 14042 Ensuring Adequate COVID Safety Protocols for Federal Contractors

This requirement shall be applicable to all subcontractors/ teaming partners, if any, and all active and future orders

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| ▮▮▮▮ Director of Finance | ▮▮▮▮   TEL: 202-73▮   EMAI: ▮▮▮▮ ICE.DHS.GOV |
| 15B. CONTRACTOR/OFFEROR ▮▮▮▮▮▮ | 15C. DATE SIGNED 11/5/2021 | 16B. UNITED STATES OF AMERICA (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 223 of 226

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>DROIGSA-09-0038/P00022 | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
BAKER COUNTY OF

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors. (OCT 2021) (DEVIATION)<br>(a) Definition. As used in this clause –<br>United States or its outlying areas means—<br>    (1) The fifty States;<br>    (2) The District of Columbia;<br>    (3) The commonwealths of Puerto Rico and the Northern Mariana Islands;<br>    (4) The territories of American Samoa, Guam, and the United States Virgin Islands; and<br>    (5) The minor outlying islands of Baker Island, Howland Island, Jarvis Island, Johnston Atoll, Kingman Reef, Midway Islands, Navassa Island, Palmyra Atoll, and Wake Atoll.<br><br>(b) Authority. This clause implements Executive Order 14042, Ensuring Adequate COVID Safety Protocols for Federal Contractors, dated September 9, 2021 (published in the Federal Register on September 14, 2021, 86 FR 50985).<br><br>(c) Compliance. The Contractor shall comply with all guidance, including guidance conveyed through Frequently Asked Questions, as amended during the performance of this contract, for contractor workplace locations published by the Safer Federal Workforce Task Force (Task Force Guidance) at https://www.saferfederalworkforce.gov/contractors/<br><br>(d) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts at any tier that exceed the simplified acquisition threshold, as defined in Federal Acquisition Regulation 2.101 on the date of subcontract award, and are for services, including construction, performed in whole or in part within the United States or its outlying areas.<br>(End of clause)<br>Period of Performance: 08/03/2009 to 05/31/2026 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

Supp. App. 1636

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/08/2026    Page: 224 of 226
Case 1:25-cv-23182-RAR    Document 53-1    Entered on FLSD Docket 08/07/2025    Page 28 of 136

# ADDENDUM #1

## 1.1 PARTIES

This supplemental agreement shall constitute an Addendum to the Memorandum of Agreement, *287(g) Jail Enforcement Model* ("MOA") between U.S. Immigration and Customs Enforcement ("ICE"), a component of the Department of Homeland Security ("DHS"), and the Florida Department of Corrections ("Department"), executed on August 21, 2020. The Department and ICE are collectively referred to herein as the "Parties" and individually as a "Party."

## 1.2 PURPOSE

The purpose of this Addendum is to set forth the terms and conditions pursuant to which the Department may provide detention services for ICE-approved, state-operated detention facilities, other than the Department's correctional facilities, that maintain, on ICE's behalf, custody of aliens detained pursuant to the federal immigration laws. Nothing contained in this Addendum shall otherwise limit the powers normally possessed by the Department. However, the exercise of detention authority delegated under this Addendum to the Department shall occur only as provided in this Addendum.

## 1.3 APPLICABILITY OF MOA

For purposes of this limited Addendum, only Section III (Authority), Section IV.E (Costs and Expenditures), Section IV.G (Interpretation Services), Section IV.H (Liability and Responsibility), Section IV.I (Civil Rights Standards), Section V (Reporting and Documentation), Section VI (Modifications to This MOA), Section VII (Points of Contact), Appendix B (Complaint Procedure), and Appendix C (Public Information Points of Contact) shall apply and are incorporated by reference. All other sections of the MOA shall not apply to circumstances addressed in this Addendum.

## 1.4 RESPONSIBILITIES

### A. AUTHORIZED FUNCTIONS

The Department is hereby delegated the limited power and authority to maintain custody of aliens transferred by ICE on behalf of ICE under the federal immigration laws, *see* 8 U.S.C. §§ 1187, 1225, 1226, 1231. The Department, in its discretion, may refuse to accept custody of any such alien. The detention authority delegated by this Addendum must be exercised in accordance with ICE-approved standards, including use-of-force standards, and only at a state-operated detention facility, other than a Department correctional facility, that has been approved by ICE or otherwise satisfies ICE-approved standards. Other than exercising the delegated authority under this Addendum, persons operating under the supervision of the Department who are providing detention services are not authorized to exercise any other duties of an immigration officer, unless otherwise permitted by the MOA.

1

Supp. App. 1637

USCA11 Case: 25-12873    Document: 92-6    Date Filed: 01/06/2026    Page: 225 of 226
Case 1:25-cv-23182-RAR    Document 53-1    Entered on FLSD Docket 08/07/2025    Page 29 of 136

### B.  QUALIFIED PERSONS

The Department shall provide to ICE the names and sufficient biographical information of all persons operating under the supervision of the Department who are providing detention services under this Addendum for purposes of accountability and background checks. The Department will confirm in writing that each such person is a certified corrections officer in good standing in any state (and provide the name of the state) or otherwise approved by ICE to perform detention duties and that the person has received training on ICE-approved detention standards, including use-of-force standards. All persons who are certified corrections officers in good standing and who have been trained shall be deemed to have received adequate training regarding the enforcement of relevant federal immigration laws, and may immediately exercise the limited detention authority delegated under this Addendum.  However, in its discretion, ICE may, in writing, prohibit, disallow, or revoke such delegation of authority to any person at any time for any reason.

### C.  ICE SUPERVISION

ICE shall provide oversight of the detention authority delegated by this Addendum to ensure compliance with federal immigration law and ICE policies.  Only aliens delivered and approved by ICE for detention may be detained under the authority delegated by this Addendum. Upon demand of ICE, any alien detained under such authority shall be returned to the physical custody of ICE or released, as directed by ICE. The Department retains supervision of all other aspects of the employment and performance of duties of all persons providing detention services under this Addendum. In the absence of a written agreement to the contrary, the policies and procedures to be utilized by the Department in exercising the delegated authorities under this Addendum shall be ICE-approved policies and procedures. ICE is responsible for providing the Department with the applicable policies. However, no person will be expected or required to violate or otherwise fail to maintain the Department's rules, standards, or policies, or be required to fail to abide by restrictions or limitations as may otherwise be imposed by law.  If a conflict arises between an order or direction of an ICE officer or an ICE-approved policy and the Department's rules, standards, or policies, the conflict shall be promptly reported to the points of contact in Section VII of the MOA, who shall attempt to resolve the conflict.

### 1.5 EFFECTIVE DATE, SUSPENSION, AND TERMINATION OF THIS ADDENDUM

This Addendum becomes effective upon signature of both parties and will remain in effect until either party terminates or suspends the Addendum. Termination by the Department shall be provided, in writing, to the local Field Office.

Any detention activities encompassed by this Addendum that were undertaken on behalf of ICE by persons providing detention services operating under the supervision of the Department prior to the effective date of this Addendum but after June 1, 2025, are ratified by the Parties and deemed in compliance with this Addendum.

All other provisions related to suspension and termination of the MOA remain in full force and in effect.

This Addendum does not, is not intended to, shall not be construed to, and may not be relied upon to create any rights, substantive or procedural, enforceable at law by any person in any matter, civil or criminal.

By signing this Addendum, each Party represents that it is fully authorized to enter into this Addendum; accepts the terms, responsibilities, obligations, and limitations of this Addendum; and agrees to be bound thereto to the fullest extent allowed by law.

Date: 8/5/2025

MARCOS D CHARLES
Digitally signed by MARCOS D CHARLES
Date: 2025.08.05 18:33:14 -04'00'

Marcos D. Charles
Acting Executive Associate Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Department of Homeland Security

Date: 8/6/2025

Ricky D. Dixon
Ricky D. Dixon
2025.08.06 14:50:35 -04'00'
2025.001.20577

Ricky Dixon
Secretary
Florida Department of Corrections

3