# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12873

_____

FRIENDS OF THE EVERGLADES, INC.,
   a Florida 501(c)(3) not-for-profit corporation,
CENTER FOR BIOLOGICAL DIVERSITY,
   a 501(c)(3) nonprofit organization,

                                      *Plaintiffs-Appellees,*

MICCOSUKEE TRIBE OF INDIANS OF
FLORIDA,

                                      *Plaintiff-Intervenor-Appellee,*

versus

SECRETARY OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY,
ACTING DIRECTOR, OF THE UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT,
EXECUTIVE DIRECTOR, OF THE FLORIDA DIVISION
OF EMERGENCY MANAGEMENT,

                                      *Defendants-Appellants,*

MIAMI-DADE COUNTY,
   a political subdivision of the State of Florida,

                                      *Defendant.*

2        Order of the Court        25-12873

-----

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-22896-KMW

-----

ORDER:

The motion for an extension of time to and including January 20, 2026 to file Appellees' response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE