No. 25-12873

# In the United States Court of Appeals for the Eleventh Circuit

FRIENDS OF THE EVERGLADES, INC., ET AL.,
*Plaintiffs-Appellees,*

V.

EXECUTIVE DIRECTOR, FLORIDA DIVISION OF EMERGENCY MANAGEMENT, ET AL.,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Florida
No. 25-cv-22896-KMW

**APPELLANTS' JOINT MOTION FOR ENLARGEMENT OF WORD LIMIT**

James Uthmeier
  *Attorney General of Florida*
Jeffrey Paul DeSousa
  *Acting Solicitor General*
Nathan A. Forrester
  *Chief Deputy Solicitor General*
Kevin Golembiewski
  *Senior Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com

February 3, 2026

Jesse Panuccio
Evan Ezray
David Costello
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL  33301
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

(*Additional counsel listed below*)

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert Stander
*Deputy Assistant Attorney General*

Marissa A. Piropato
Hayley A. Carpenter
Allen M. Brabender
*Attorneys*
U.S. Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3281
allen.brabender@usdoj.gov

*Counsel for Federal Defendants-Appellants*

## JOINT MOTION FOR ENLARGEMENT OF WORD LIMIT

Appellants Executive Director Kevin Guthrie (FDEM), Secretary Kristi Noem, and Acting Director Todd Lyons respectfully move to enlarge the word limit for their respective replies in support of their opening briefs. *See* 11th Cir. R. 32-4. In support, Appellants state as follows:

1. On December 16, 2025, Appellants filed their opening briefs. ECF Nos. 81-82. On January 7, 2026, Plaintiffs Friends of the Everglades and Center for Biological Diversity moved this Court for leave to file a consolidated answer brief of up to 19,500 words. ECF No. 90. Before the Court could rule on that motion, Plaintiffs filed an overlength answer brief totaling 19,201 words. ECF No. 103.

2. Given that Plaintiffs filed a brief that is 6,201 words over the typical word limit for answer briefs, *id.*, Appellants anticipate that their reply briefs will exceed the standard 6,500-word limit. Moreover, an enlargement is warranted because the district court's 82-page order rests on a voluminous preliminary-injunction record featuring ten live witnesses, twenty-four unique declarants, nearly 150 exhibits, and over 1,000 pages of transcript. The order also raises a host of critically

important legal issues, including venue, jurisdiction, the scope of the APA and NEPA, and the balance of equities. Finally, a third plaintiff—the Miccosukee Tribe of Indians of Florida—has filed a separate answer brief advancing distinct theories, including distinct assertions of irreparable harm, that Appellants' must address. *See* ECF No. 95.

3. For these reasons, Appellants respectfully request that this Court enlarge the word limit for their respective reply briefs to no more than 9,750 words—half the amount Plaintiffs requested for their consolidated answer brief—so that they may adequately respond to Appellees' arguments and aid the Court's resolution of this appeal.

## CONCLUSION

For the foregoing reasons, Appellants respectfully request that this Court enlarge the word limit for Appellants' respective reply briefs to 9,750 words.

Dated: February 3, 2026

James Uthmeier
  *Attorney General of Florida*
Jeffrey Paul DeSousa (FBN 110951)
  *Acting Solicitor General*
Nathan A. Forrester (FBN 1045107)
  *Chief Deputy Solicitor General*
Kevin A. Golembiewski (FBN 1002339)
  *Senior Deputy Solicitor General*
**Office of the Attorney General**
The Capitol, PL-01
Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com

Respectfully submitted,

s/ *Jesse Panuccio*
Jesse Panuccio (FBN 31401)
Evan Ezray (FBN 1008228)
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

*/s/ Allen M. Brabender*
Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert Stander
*Deputy Assistant Attorney General*

Marissa A. Piropato
Hayley A. Carpenter
Allen M. Brabender
*Attorneys*
U.S. Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3281
allen.brabender@usdoj.gov

3

*Counsel for Federal Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 315 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

s/ *Jesse Panuccio*
Jesse Panuccio

## CERTIFICATE OF SERVICE

I certify that on February 3, 2026, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

s/ *Jesse Panuccio*
Jesse Panuccio
