# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12873

_____

FRIENDS OF THE EVERGLADES, INC.,
  a Florida 501(c)(3) not-for-profit corporation,
CENTER FOR BIOLOGICAL DIVERSITY,
  a 501(c)(3) nonprofit organization,

                                *Plaintiffs-Appellees,*

MICCOSUKEE TRIBE OF INDIANS OF
FLORIDA,

                                *Plaintiff-Intervenor-Appellee,*

*versus*

SECRETARY OF THE UNITED STATES
DEPARTMENT OF HOMELAND SECURITY,
ACTING DIRECTOR, OF THE UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT,
EXECUTIVE DIRECTOR, OF THE FLORIDA DIVISION
OF EMERGENCY MANAGEMENT,

                                *Defendants-Appellants,*

MIAMI-DADE COUNTY,
  a political subdivision of the State of Florida,

2                            Order of the Court                            25-12873

*Defendant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-22896-KMW

_____

ORDER:

The motion of Appellees Friends of the Everglades, Inc. and Center for Biological Diversity for leave to exceed the word count limit for their response brief is GRANTED to the extent the Court accepts their response brief filed January 20, 2026.

The motion of Appellees Friends of the Everglades, Inc. and Center for Biological Diversity to supplement the record on appeal is DENIED.

The motion of Appellants the Secretary of the U.S. Department of Homeland Security and the Acting Director of U.S. Immigration and Customs Enforcement to supplement the record on appeal is DENIED.

Appellants' joint motion for an extension of time until February 24, 2026 to file their reply briefs is GRANTED.

Appellants' joint motion for leave to exceed the word count limit for their respective reply briefs is GRANTED.

25-12873 Order of the Court 3

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION