No. 25-12873

# In the United States Court of Appeals for the Eleventh Circuit

FRIENDS OF THE EVERGLADES, INC., ET AL.,
*Plaintiffs-Appellees,*

v.

EXECUTIVE DIRECTOR, FLORIDA DIVISION OF EMERGENCY MANAGEMENT, ET AL.,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Florida
No. 25-cv-22896-KMW

## APPELLANTS' JOINT MOTION TO ENLARGE ORAL ARGUMENT TIME

James Uthmeier
  *Attorney General of Florida*
Jeffrey Paul DeSousa
  *Acting Solicitor General*
Nathan A. Forrester
  *Chief Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com

March 5, 2026

Jesse Panuccio
Evan Ezray
David Costello
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
jpanuccio@bsfllp.com

*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

(*Additional counsel listed below*)

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert Stander
*Deputy Assistant Attorney General*

Marissa A. Piropato
Hayley A. Carpenter
Allen M. Brabender
*Attorneys*
U.S. Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3281
allen.brabender@usdoj.gov

*Counsel for Federal Defendants-Appellants*

## JOINT MOTION TO ENLARGE ORAL ARGUMENT TIME

Appellants jointly move to enlarge oral argument time by eight minutes per side, for a total of twenty-three minutes per side. *See* 11th Cir. R. 34, I.O.P. 11. In support, Appellants state:

1. Oral argument is scheduled for April 7, 2026. ECF No. 113-2. The Court has allotted fifteen minutes per side. *Id.* There are two appellants and two appellees, each of which filed separate merits briefs.

2. This appeal presents numerous legal and factual issues arising from the district court's eighty-two-page order, which rests on a voluminous preliminary-injunction record featuring ten live witnesses, twenty-four unique declarants, 146 exhibits, and 910 pages of transcript. The order raises a host of important legal issues, including venue, jurisdiction, the scope of the APA and NEPA, and the balance of equities.

3. The breadth of the issues is reflected in this Court's fifty-nine-page order staying the district court's preliminary injunction, ECF No. 42-1, and the substantial briefing by the various parties, each advancing distinct arguments. Indeed, the Court has already permitted the Parties to file over-length briefs. *See* ECF Nos. 82, 86, 95, 103, 125, 126.

4.	In addition, separate counsel for both the State and the Federal Government will present oral argument, requiring the allotted time be divided among multiple lawyers.

5.	To allow the parties a meaningful opportunity to address the Court's questions and aid the Court in resolving this appeal, Appellants respectfully request that the Court enlarge the time for oral argument by eight minutes per side, for a total of twenty-three minutes per side. Such an order will permit each Appellant (both the State and the Federal government) to present ten minutes of argument, while reserving three minutes of rebuttal for the State.

6.	Appellants' counsel has conferred with counsel for Appellees. Counsel for Appellees have advised that they do not oppose the requested relief.

## CONCLUSION

For the foregoing reasons, Appellants respectfully request that the Court enlarge the time for oral argument by eight minutes per side, for a total of twenty-three minutes per side.

Dated: March 5, 2026

James Uthmeier
  *Attorney General of Florida*
Jeffrey Paul DeSousa (FBN 110951)
  *Acting Solicitor General*
Nathan A. Forrester (FBN 1045107)
  *Chief Deputy Solicitor General*
**Office of the Attorney General**
The Capitol, PL-01
Tallahassee, FL 32399
jeffrey.desousa@myfloridalegal.com



s/ *Allen M. Brabender*
Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert Stander
*Deputy Assistant Attorney General*

Marissa A. Piropato
Hayley A. Carpenter
Allen M. Brabender
*Attorneys*
U.S. Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3281
allen.brabender@usdoj.gov
*Counsel for Federal Defendants-Appellants*

Respectfully submitted,

s/ *Jesse Panuccio*
Jesse Panuccio (FBN 31401)
Evan Ezray (FBN 1008228)
David Costello (FBN 1004952)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
jpanuccio@bsfllp.com


*Counsel for Kevin Guthrie, in his official capacity as Executive Director of the Florida Division of Emergency Management*

3

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 343 words.

2. This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

s/ *Jesse Panuccio*
Jesse Panuccio

## CERTIFICATE OF SERVICE

I certify that on March 5, 2026, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

s/ *Jesse Panuccio*
Jesse Panuccio
