Case No. 25-12873

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

FRIENDS OF THE EVERGLADES, INC., et al.,
*Plaintiffs-Appellees*,

v.

EXECUTIVE DIRECTOR,
FLORIDA DIVISION OF EMERGENCY MANAGEMENT,
*Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of Florida
Case No. 1:25-cv-22896-KMW
(Hon. Kathleen M. Williams, Dist. Judge)

## APPELLEES' MOTION TO RECONSIDER ALLOCATION OF COSTS

Tania Galloni, FBN 619221
Dominique Burkhardt, FBN 100309
**EARTHJUSTICE**
4500 Biscayne Boulevard, Suite 201
Miami, Florida  33137
Telephone:  (305) 440-5434
tgalloni@earthjustice.org
dburkhardt@earthjustice.org

*Counsel for Friends of the Everglades*

Paul J. Schwiep, FBN 823244
Scott A. Hiaasen, FBN 103318
Jeffrey B. Crockett, FBN 347401
**COFFEY BURLINGTON, P.L.**
2601 S. Bayshore Drive, PH-1
Miami, Florida  33133
Telephone:  (305) 858-2900
pschwiep@coffeyburlington.com
shiaasen@coffeyburlington.com
jcrockett@coffeyburlington.com
yvb@coffeyburlington.com
service@coffeyburlington.com

*Counsel for Appellees*

Case No. 25-12873

Elise Pautler Bennett, FBN 106573
Jason Alexander Totoiu, FBN 871931
**CENTER FOR BIOLOGICAL
   DIVERSITY**
Post Office Box 2155
St. Petersburg, Florida  33731
Telephone:  (727) 623-9797
ebennett@biologicaldiversity.org
jtotoiu@biologicaldiversity.org

*Counsel for Center for Biological
Diversity*

Case No. 25-12873

## APPELLEES' MOTION TO
## RECONSIDER ALLOCATION OF COSTS

On April 21, 2026, the Court vacated the preliminary injunction granted by the district court in favor of Appellees Friends of the Everglades and Center for Biological Diversity and Appellee-Intervenor the Miccosukee Tribe of Indians of Florida. ECF 139-1 at 19 ("We VACATE the preliminary injunction and REMAND for further proceedings."). The Court entered judgment on the same day. ECF 140. Neither order addressed the allocation of costs.[1] A Memorandum to Counsel and Parties from the Clerk of Court that accompanied the opinion, however, stated that "Costs are taxed against Appellee(s) / Respondent(s)." ECF 139-2. Appellant Florida Department of Emergency Management ("FDEM") has now filed a bill of costs against Appellees. ECF 141. For the reasons stated below, Appellants move the Court for an order providing that the parties each bear their own costs.

The Federal Rules of Appellate Procedure provide that if the judgment below is "reversed," costs are allocated against the Appellee, but that if a judgment is "affirmed in part, reversed in part . . . or vacated," each party bears its own costs. Fed.R.App.P. 39(a)(3), (4). These default allocations apply unless the "the court

---

[1] *Cf. See Golden Door Jewelry Creations, Inc. v. Lloyds Underwriters Non-Marine Ass'n*, 117 F.3d 1328, 1340 (11th Cir. 1997) (court of appeals issued a "Judgment Mandate awarding" prevailing party "costs on appeal to be taxed by the Clerk of this court").

Case No. 25-12873

orders otherwise." *Id.* The "allocation of costs is established by the entry of judgment." Fed.R.App.P. 39(b). "[A] party may seek reconsideration of that allocation by filing a motion in the court of appeals within 14 days after the entry of judgment." *Id.*

Appellants respectfully move for an order directing that the parties bear their own costs for two reasons. First, the Court's vacatur of the preliminary injunction fits within the plain language of Rule 39(a)(4)'s provision that when a judgment is vacated, the parties are to bear their own costs. Fed.R.App.P. 39(a)(4). Second, even if the vacatur of the preliminary injunction were considered a reversal, Rule 39(a)(4)'s provision that the parties bear their own costs in appeals involving mixed results should apply here because Appellants did not secure all the relief they sought. Appellants sought entry of judgment in their favor on the merits of the claim on which the preliminary injunction was based, and an order on remand directing transfer of the case to the Middle District of Florida, both of which were denied. *See* ECF 82 at 82 (FDEM Br.), ECF 86 at 72 (Fed. Br.) (requesting additional relief not addressed or granted by the Court's ruling). Cf. *City of San Antonio, Texas v. Hotels.com, L.P.*, 959 F.3d 159, 164–65 (5th Cir. 2020), *aff'd*, 593 U.S. 330, (2021) (applying Rule 39(a)(3)'s default allocation for reversal rather than Rule 39(a)(4)'s allocation for vacatur because the court of appeals "set aside the entire judgment" and "rendered judgment for [appellants] ... a reversal under any standard"). Where

2

results are mixed, typically each party bears its own costs. *See, e.g.*, *Exxon Valdez v. Exxon Mobil*, 568 F.3d 1077, 1081 (9th Cir. 2009) (discussing practice of ordering each party to bear its own costs where punitive damages were upheld but reduced).

Therefore, to the extent the Clerk's Memorandum constituted an order from the Court allocating costs, *cf. Golden Door Jewelry Creations,* 117 F.3d at 1341 ("A general order for the clerk of the appellate court to tax costs encompasses those costs enumerated in Rule 39(e)"), Appellants respectfully request that the Court reconsider that allocation and direct that the parties bear their own costs.

Respectfully submitted,

| | |
|---|---|
| EARTHJUSTICE | COFFEY BURLINGTON, P.L. |
| 4500 Biscayne Boulevard, Suite 201 | 2601 South Bayshore Drive |
| Miami, Florida  33137 | Penthouse One |
| Telephone:  (305) 440-5432 | Miami, Florida  33133 |
| | Telephone:  (305) 858-2900 |
| By:_____s/   Tania Galloni_____ | |
| Tania Galloni, Fla. Bar No. 619221 | By:_____s/   Paul J. Schwiep_____ |
| tgalloni@earthjustice.org | Paul J. Schwiep, Fla. Bar No. |
| Dominique Burkhardt, Fla. Bar No. | 823244 |
| 100309 | PSchwiep@CoffeyBurlington.com |
| dburkhardt@earthjustice.org | Scott Hiaasen, Fla. Bar No. 103318 |
| | SHiaasen@CoffeyBurlington.com |
| *Counsel for Appellee Friends of the* | Jeffrey B. Crockett, Fla. Bar No. |
| *Everglades* | 347401 |
| | YVB@CoffeyBurlington.com |
| | LPerez@CoffeyBurlington.com |
| | service@CoffeyBurlington.com |
| | |
| | *Counsel for Plaintiffs-Appellees* |

3

Case No. 25-12873

CENTER FOR BIOLOGICAL
DIVERSITY
Elise Pautler Bennett, Fla. Bar No.
106573
ebennett@biologicaldiversity.org
Jason Alexander Totoiu, Fla. Bar No.
871931
jtotoiu@biologicaldiversity.org
Post Office Box 2155
St. Petersburg, FL 33731
Telephone:  (727) 755-6950

*Counsel for Appellee Center for
Biological Diversity*

4

Case No. 25-12873

## CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 590 words.

2.    This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Paul J. Schwiep*
Paul J. Schwiep

## CERTIFICATE OF SERVICE

I hereby certify that on  May 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Paul J. Schwiep*
Paul J. Schwiep